No. 24-1963

---

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

---

**OPEN ARTIFICIAL INTELLIGENCE, INC. and GUY RAVINE**

*Defendants and Appellants,*

*v.*

**OPENAI, INC.**

*Plaintiff and Appellee.*

---

Appeal from United States District Court
Northern District of California
Hon. Yvonne Gonzalez Rogers
U.S. District Court Case No. 4:23-cv-03918-YGR

---

**APPELLANTS' EXCERPTS OF RECORD
INDEX VOLUME**

---

**WAYMAKER LLP**
Ryan G. Baker
rbaker@waymakerlaw.com
Scott M. Malzahn
smalzahn@waymakerlaw.com
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800

*Attorneys for Defendants and Appellants Open Artificial Intelligence, Inc.
and Guy Ravine*

## INDEX
## Appellants' Excerpts of Record

## Ninth Circuit Case No. 24-1963

| VOLUME 1 of 10 | | | | |
|---|---|---|---|---|
| **Date** | **Docket No.** | **Description** | **Volume of ER** | **Pages of ER** |
| 04/05/24 | 95 | Notice of Errata; Order Denying Defendants' Motion to Alter or Amend a Judgment Pursuant to Fed. r. Civ. P. 59(e) or, In the Alternative, Relief from a Judgment or Order Pursuant to Fed. R. Civ. P. 60(b) | 1 | 2-6 |
| 02/28/24 | 63 | Order Granting Plaintiff's Motion for a Preliminary Injunction | 1 | 7-27 |

1

| Date | Docket No. | Description | Volume of ER | Pages of ER |
|---|---|---|---|---|
| | | **VOLUME 2 of 10** | | |
| 04/03/24 | 96 | Transcript of Proceedings re Defendants' Motion to Alter or Amend a Judgment Pursuant to Fed. R. Civ. P. 59(e) or, In the Alternative, Relief from a Judgment or Order Pursuant to Fed. R. Civ. P. 60(b) | 2 | 29-41 |
| 03/27/24 | 76 | Defendant's Open Artificial Intelligence, Inc. and Guy Ravine's Notice of Motion and Motion to Alter or Amend A Judgment Pursuant to Fed. R. Civ. P. 59(e), or in the Alternative, for Relief from a Judgment or Order Pursuant to Fed. R. Civ. P. 60(b) | 2 | 42-76 |
| 03/27/24 | 76-1 | [Proposed] Order Granting Defendant's Motion to Alter or Amend A Judgment Pursuant to Fed. R. Civ. P. 59(e), or in the Alternative, for Relief from a Judgment or Order Pursuant to Fed. R. Civ. P. 60(b) | 2 | 77-81 |
| 03/27/24 | 77 | Declaration of Jose R. Nuño in Support of Defendant's Motion and Motion to Alter or Amend A Judgment Pursuant to Fed. R. Civ. P. 59(e), or in the Alternative, for Relief from a Judgment or Order Pursuant to Fed. R. Civ. P. 60(b) | 2 | 82-83 |
| 03/27/24 | 77-1 | Exhibit A: 02.09.24 USPTO Office Action - U.S. Trademark Application Serial No. 97733261 | 2 | 84-173 |
| 03/27/24 | 78 | Declaration of Thomas Gruber | 2 | 174-176 |

| Date | Docket No. | Description | Volume of ER | Pages of ER |
|---|---|---|---|---|
| 03/27/24 | 79 | Declaration of Kaustuv Debiswas in Support of Defendant's Motion and Motion to Alter or Amend A Judgment Pursuant to Fed. R. Civ. P. 59(e), or in the Alternative, for Relief from a Judgment or Order Pursuant to Fed. R. Civ. P. 60(b) | 2 | 177-179 |
| 03/27/24 | 80 | Declaration of Defendant Guy Ravine in Support of Defendant's Motion and Motion to Alter or Amend A Judgment Pursuant to Fed. R. Civ. P. 59(e), or in the Alternative, for Relief from a Judgment or Order Pursuant to Fed. R. Civ. P. 60(b) | 2 | 180-188 |
| 03/27/24 | 80-1 | Exhibit A: Purchase Agreement | 2 | 189-195 |
| 03/27/24 | 80-2 | Exhibit B: Excerpts of an on-line brochure date-stamped and verified as of October 2015 | 2 | 196-200 |
| 03/27/24 | 80-3 | Exhibit C: Screenshot of edits to decentralized.openai | 2 | 201-202 |
| 03/27/24 | 80-4 | Exhibit D: Copy of specimen submitted to USPTO | 2 | 203-204 |
| 03/27/24 | 80-5 | Exhibit E: Copy of 15 images that appeared on open.ai | 2 | 205-206 |
| 03/27/24 | 81 | Declaration of J. Luke Tenery in Support of Defendant Open Acritical Intelligence, Inc. and Guy Ravine's Notice of Motion and Motion to Alter or Amend A Judgment Pursuant to Fed. R. Civ. P. 59(e), or in the Alternative, for Relief from a Judgment or Order Pursuant to Fed. R. Civ. P. 60(b) | 2 | 207-219 |
| 03/27/24 | 81-1 | Exhibit A: J. Luke Tenery CV | 2 | 220-225 |
| 03/27/24 | 81-2 | Exhibit B: List of log files analyzed | 2 | 226-231 |

3

| Date | Docket No. | Description | Volume of ER | Pages of ER |
|---|---|---|---|---|
| 03/27/24 | 81-3 | Exhibit C:  List of queries used to format and export relevant data points | 2 | 232-234 |
| 03/27/24 | 81-4 | Exhibit D:  Interactions chart | 2 | 235-240 |
| 03/27/24 | 81-5 | Exhibit E:  "Companies" table | 2 | 241-242 |
| 03/27/24 | 81-6 | Exhibit F:  Screenshot of Sunglass.io website | 2 | 243-244 |
| 03/27/24 | 81-7 | Exhibit G:  Spreadsheet of 4 interactions | 2 | 245-246 |
| 03/27/24 | 81-8 | Exhibit H:  Slides with Open AI branding and screenshots of artifacts | 2 | 247-255 |
| | | **VOLUME 3 of 10** | | |
| 03/27/24 | 82 | Request for Judicial Notice in Support of Defendants' Motion to Alter or Amend A Judgment Pursuant to Fed. R. Civ. P. 59(e), or in the Alternative, for Relief from a Judgment or Order Pursuant to Fed. R. Civ. P. 60(b) | 3 | 257-259 |
| 03/27/24 | 82-1 | Exhibit A: 02.09.24 USPTO Office Action - U.S. Trademark Application Serial No. 97733261 | 3 | 260-349 |
| 03/27/24 | 82-2 | Proposed Order Granting Defendants' Request for Judicial Notice | 3 | 350-351 |
| 03/25/24 | 84 | Transcript of Proceedings re Second Case Management Conference | 3 | 352-363 |
| 03/18/24 | 70 | Joint Case Management Statement and Proposed Order | 3 | 364-378 |
| 02/02/24 | 61 | Statement of Recent Decision | 3 | 379-381 |
| 02/02/24 | 61-1 | Declaration of Cameron Partovi in Support of Defendants' Statement of Recent Decision | 3 | 382-384 |

| Date | Docket No. | Description | Volume of ER | Pages of ER |
|---|---|---|---|---|
| 02/02/24 | 61-2 | Exhibit A: E-mail Permitting Defendants' Filing of Statement of Recent Decision. | 3 | 385-387 |
| 02/02/24 | 61-3 | Exhibit B: Decision *Andrusiek v. Cosmic Crusaders LLC*, Cancellation No. 92/064,830, 2022 WL 4103636 (T.T.A.B. Sept. 6, 2022) | 3 | 388-426 |
| 02/02/24 | 61-4 | Exhibit C: Decision *Andrusiek v. Cosmic Crusaders LLC*, Cancellation No. 92/064,830 (T.T.A.B. Jan. 3, 2024) | 3 | 427-468 |
| 11/20/23 | 56 | Transcript of Proceedings re 11.20.2024 Hearing on Preliminary Injunction Hearing | 3 | 469-547 |
| 11/10/23 | 51 | [Amended Proposed] Order Granting OpenAI's Motion for a Preliminary Injunction | 3 | 548-555 |
| **VOLUME 4 of 10** | | | | |
| 10/30/23 | 57 | Transcript of Proceedings re 10.30.2024 Case Management Conference | 4 | 557-567 |
| 10/24/23 | 45 | Plaintiff OpenAI, Inc.'s Reply in Support of its Motion for a Preliminary Injunction | 4 | 568-587 |
| 10/24/23 | 46 | Declaration of Greg Brockman in Support of OpenAI, Inc.'s Motion for Preliminary Injunction | 4 | 588-591 |
| 10/24/23 | 46-1 | Exhibit A:  Announcement dated 12/11/15 | 4 | 592-596 |
| 10/24/23 | 46-2 | Exhibit B: 12/11/15-12/12/15 e-mail chain | 4 | 597-599 |
| 10/24/23 | 46-3 | Exhibit C: Copy of the Internet Archive's capture of the ai webpage as of 12/14/15 | 4 | 600-601 |

| Date | Docket No. | Description | Volume of ER | Pages of ER |
|------|-----------|-------------|--------------|-------------|
| 10/24/23 | 46-4 | Exhibit D:  E-mail chain to/from Ravine and Altman dated 12/16/15 | 4 | 602-603 |
| 10/24/23 | 47 | Declaration of Dr. Seth James Nielson in Support of OpenAI's Motion for Preliminary Injunction | 4 | 604-624 |
| 10/24/23 | 47-1 | Exhibit A: CV of Dr. James | 4 | 625-639 |
| 10/24/23 | 47-2 | Exhibit B: List of materials considered by Dr. James to form his opinions | 4 | 640-641 |
| 10/24/23 | 47-3 | Exhibit C: Screenshots from three captures on the Internet Archive's website | 4 | 642-645 |
| 10/24/23 | 47-4 | Exhibit D: Screenshot of capture on the Internet Archive's website | 4 | 646-647 |
| 10/24/23 | 47-5 | Exhibit E : Screenshot of capture on the Internet Archive's website | 4 | 648-655 |
| 10/24/23 | 47-6 | Exhibit F: Screenshot of website taken on October 24, 2023 | 4 | 656-663 |
| 10/24/23 | 47-7 | Exhibit G: Screenshot from the Internet Archive taken on March 25, 2015 | 4 | 664-665 |
| 10/24/23 | 47-8 | Exhibit H:  Screenshot of five search results | 4 | 666-667 |
| 10/24/23 | 47-9 | Exhibit I:  Excerpt from textbook from Google Books | 4 | 668-672 |
| 10/24/23 | 47-10 | Exhibit J: Side by Side summary comparison of each of the passages | 4 | 673-677 |
| 10/24/23 | 47-11 | Exhibit K:  Screenshot from Discourse's website | 4 | 678-684 |
| 10/24/23 | 47-12 | Exhibit L:  Screenshot from the guy.open.ai website | 4 | 685-686 |
| 10/24/23 | 47-13 | Exhibit M:  Compilation of print outs from Google | 4 | 687-690 |
| 10/24/23 | 48 | Declaration of Dylan Scher | 4 | 691-693 |
| 10/24/23 | 48-1 | Exhibit A: Document titled "Petition to Director" filed by Open Artificial Intelligence Inc in | 4 | 694-697 |

| Date | Docket No. | Description | Volume of ER | Pages of ER |
|---|---|---|---|---|
| | | connection with trademark application Ser. No. 98/210,091 | | |
| 10/24/23 | 48-2 | Exhibit B: PTO Trademark Specimens Overview | 4 | 698-775 |
| 10/24/23 | 48-3 | Exhibit C: Chart summarizing evidence relating to Defendants' claimed uses of "Open AI" before November 2022 | 4 | 776-778 |
| 10/24/23 | 48-4 | Exhibit D: Compilation of printouts of online articles from 2023 | 4 | 779-790 |
| | | **VOLUME 5 of 10** | | |
| 10/16/23 | 38 | Defendants' Memorandum in Opposition to Motion for Preliminary Injunction | 5 | 792-825 |
| 10/16/23 | 38-1 | [Proposed] Order Denying Plaintiff's Motion for Preliminary Injunction | 5 | 826-832 |
| 10/16/23 | 38-2 | Declaration of Guy Ravine in Support of Defendants' Opposition to Motion for Preliminary Injunction | 5 | 833-841 |
| 10/16/23 | 38-3 | Exhibit 1: Article entitled "Strategic Implications of Operations in AI Development" | 5 | 842-856 |
| 10/16/23 | 38-4 | Exhibit 2: Screenshot of a reconstruction of the Initial Collaboration Tool | 5 | 857-858 |
| 10/16/23 | 38-5 | Exhibit 3: Archive.org screenshot reflecting the Open AI homepage | 5 | 859-860 |
| 10/16/23 | 38-6 | Exhibit 4: Screenshot of Hub reflecting the use of Hub in September 2016 | 5 | 861-862 |

| Date | Docket No. | Description | Volume of ER | Pages of ER |
|---|---|---|---|---|
| 10/16/23 | 38-7 | Exhibit 5: Screenshot reflecting the use of the Evolved Collaboration Tool as of September 2023 | 5 | 863-864 |
| 10/16/23 | 38-8 | Exhibit 6: Screenshot reflecting the use of Decentralized as of September 2023 | 5 | 865-866 |
| 10/16/23 | 38-9 | Exhibit 7: Screenshot reflecting the use of the Open AI Image Generator as of October 15, 2023 | 5 | 867-868 |
| 10/16/23 | 38-10 | Exhibit 8: Blog post published published by Plaintiff OpenAI, Inc. on Plaintiff's website on December 11, 2015, entitled "Introducing OpenAI" | 5 | 869-879 |
| 10/16/23 | 38-11 | Exhibit 9: Plaintiff's January 26, 2022, application to register OpenAI character mark with USPTO bearing Serial No. 97/238,896 | 5 | 880-904 |
| 10/16/23 | 38-12 | Exhibit 10: USPTO Office Action dated February 23, 2023 re Trademark Application Serial No. 97/238,896 | 5 | 905-914 |
| 10/16/23 | 38-13 | Exhibit 11: Email correspondence between Guy Ravine, Sam Altman and Greg Brockman | 5 | 915-917 |
| 10/16/23 | 38-14 | Exhibit 12: USPTO Office Action dated January 5, 2017 re Trademark Application Serial No. 87/178,985 | 5 | 918-945 |
| 10/16/23 | 38-15 | Exhibit 13: USPTO Office Action Notice of Abandonment dated August 4, 2017 re Trademark Application Serial No. 87/178,985 | 5 | 946-947 |
| 10/16/23 | 38-16 | Exhibit 14: Open AI Mark Registration Certificate dated August 1, 2017 | 5 | 948-950 |
| 10/16/23 | 38-17 | Exhibit 15: Email correspondence | 5 | 951-953 |

8

| Date | Docket No. | Description | Volume of ER | Pages of ER |
|---|---|---|---|---|
| | | between Guy Ravine and Plaintiff's CEO Sam Altman, from February 19, 2022, through March 4, 2022. | | |
| 10/16/23 | 38-18 | Exhibit 16: USPTO Office Action dated April 12, 2023 regarding Plaintiff's U.S. Trademark Application Serial No. 97/238,902 | 5 | 954-963 |
| 10/16/23 | 38-19 | Exhibit 17: "Documents" Tab of USPTO's "Status Search" webpage for Plaintiff's U.S. Trademark Application Serial No. 98/010,861 | 5 | 964-966 |
| 10/16/23 | 38-20 | Exhibit 18: Vice News article authored by Max Daly entitled "ChatGPT Gave Me Advice on How To Join a Cartel and Smuggle Cocaine Into Europe," published February 3, 2023 | 5 | 967-976 |
| 10/16/23 | 38-21 | Exhibit 19: New Statesman article authored by Ido Vock entitled "ChatGPT Proves That AI Still Has A Racism Problem," published December 9, 2022 | 5 | 977-981 |
| 10/16/23 | 38-22 | Exhibit 20: Motherboard (Tech by Vice) article authored by Janus Rose entitled "OpenAI's New Chatbot Will Tell You How to Shoplift And Make Explosives," published December 1, 2022 | 5 | 982-986 |
| 10/16/23 | 38-23 | Exhibit 21: "GPT-4 Technical Report," published on March 27, 2023 | 5 | 987-1087 |

9

| | | VOLUME 6 of 10 | | |
|---|---|---|---|---|
| 10/16/23 | 38-24 | Exhibit 22: USPTO Office Action regarding Plaintiff's U.S. Trademark Application Serial No. 97/238,896 dated January 3, 2023 | 6 | 1089-1094 |
| 10/16/23 | 38-25 | Exhibit 23: Blog post published on Plaintiff's website on March 11, 2019, entitled "OpenAI LB" | 6 | 1095-1107 |
| 10/16/23 | 38-26 | Exhibit 24: Blog post published on Plaintiff's website on March 25, 2021, entitled "GPT-3 Powers the Next Generation of Apps" | 6 | 1108-1126 |
| 09/29/23 | 21 | Plaintiff OpenAI, Inc.'s Notice of Motion and Motion for Preliminary Injunction | 6 | 1127-1156 |
| 09/29/23 | 21-1 | Proposed Order Granting OpenAI's Preliminary Injunction | 6 | 1157-1159 |
| 09/29/23 | 22 | Declaration of James Dyett in Support of OpenAI, Inc.'s Motion for Preliminary Injunction | 6 | 1160-1169 |
| 09/29/23 | 22-1 | Exhibit A: OpenAI's Introduction Post | 6 | 1170-1174 |
| 09/29/23 | 22-2 | Exhibit B: Articles re OpenAI's Founding | 6 | 1175-1217 |
| 09/29/23 | 22-3 | Exhibit C: Open AI's DALL E Announcement | 6 | 1218-1222 |
| 09/29/23 | 22-4 | Exhibit D: Printout from OpenAI's webpage introducing ChatGPT on November 30, 2022 | 6 | 1223-1229 |
| 09/29/23 | 22-5 | Exhibit E: Reuters article re ChatGPT | 6 | 1230-1233 |
| 09/29/23 | 22-6 | Exhibit F: Printout from OpenAI's website discussing that pricing | 6 | 1234-1238 |
| 09/29/23 | 22-7 | Exhibit G: OpenAI's ChatGPT Plus Announcement | 6 | 1239-1242 |

| 09/29/23 | 22-8 | Exhibit H: Open AI's website on December 11, 2015 | 6 | 1243-1245 |
|---|---|---|---|---|
| 09/29/23 | 22-9 | Exhibit I: OpenAI's ChatGPT login page (desktop)_ | 6 | 1246-1247 |
| 09/29/23 | 22-10 | Exhibit J: OpenAI's ChatGPT login page (mobile)_ | 6 | 1248-1249 |
| 09/29/23 | 22-11 | Exhibit K: OpenAI's GPT-4page (desktop) | 6 | 1250-1256 |
| 09/29/23 | 22-12 | Exhibit L: OpenAI's GPT-4page (mobile) | 6 | 1257-1258 |
| 09/29/23 | 22-13 | Exhibit M: OpenAI's Website Traffic | 6 | 1259-1267 |
| 09/29/23 | 22-14 | Exhibit N: OpenAI's Twitter Profile | 6 | 1268-1269 |
| 09/29/23 | 22-15 | Exhibit O: OpenAI's LinkedIn Profile | 6 | 1270-1278 |
| 09/29/23 | 22-16 | Exhibit P: OpenAI's YouTube Profile | 6 | 1279-1281 |
| **VOLUME 7 of 10** | | | | |
| 09/29/23 | 22-17 | Exhibit Q: Press Coverage re OpenAI | 7 | 1283-1472 |
| 09/29/23 | 22-17 | Exhibit Q: Press Coverage re OpenAI (continued) | 7 | 1473-1579 |
| **VOLUME 8 of 10** | | | | |
| 09/29/23 | 22-17 | Exhibit Q: Press Coverage re OpenAI (continued) | 8 | 1581-1637 |
| 09/29/23 | 22-18 | Exhibit R: TV News Coverage re OpenAI | 8 | 1638-1654 |
| 09/29/23 | 22-19 | Exhibit S: OpenAI's Safety Standards Page | 8 | 1655-1659 |
| 09/29/23 | 22-20 | Exhibit T: OpenAI's Usage Policy Page | 8 | 1660-1664 |
| 09/29/23 | 22-21 | Exhibit U: OpenAI's DALL E 2 Page | 8 | 1665-1673 |
| 09/29/23 | 22-22 | Exhibit V: News Articles re Competitors | 8 | 1674-1686 |

| 09/29/23 | 23 | Declaration of Rebecca McCurry in Support of OpenAI, Inc.'s Motion for Preliminary Injunction | 8 | 1687-1689 |
|---|---|---|---|---|
| 09/29/23 | 23-1 | Exhibit A: Response to FOIA request including copies of two protest letters | 8 | 1690-1806 |
| 09/29/23 | 24 | Declaration of Dr. Scott D. Swain in Support of OpenAI, Inc.'s 8Motion for Preliminary Injunction | 8 | 1807-1839 |
| 09/29/23 | 24-1 | Exhibit A: Dr. Swain's CV | 8 | 1840-1857 |
| 09/29/23 | 24-2 | Exhibit B: Dr. Swain's testimony in last four years | 8 | 1858-1859 |
| 09/29/23 | 24-3 | Exhibit C: Dr. Swain's materials considered | 8 | 1860-1862 |
| **VOLUME 9 of 10** | | | | |
| 09/29/23 | 24-4 | Exhibit D: Google searches for proximity | 9 | 1864-1872 |
| 09/29/23 | 24-5 | Exhibit E: Actual confusion in third party articles | 9 | 1873-1917 |
| 09/29/23 | 24-6 | Exhibit F:  Actual confusion in social media posts | 9 | 1918-1930 |
| 09/29/23 | 24-7 | Exhibit G: Dr. Swain's survey script | 9 | 1931-1990 |
| 09/29/23 | 24-8 | Exhibit H: Screenshots of survey | 9 | 1991-2041 |
| 09/29/23 | 24-9 | Exhibit I:  Data tabulations | 9 | 2042-2049 |
| **VOLUME 10 of 10** | | | | |
| 09/29/23 | 25 | Declaration of Aaron Perahia in Support of OpenAI, Inc.'s Motion for Preliminary Injunction | 10 | 2051-2060 |
| 09/29/23 | 25-1 | Exhibit A: Trademark Application re "Open AI," Ser. No. 86/847,151 | 10 | 2061-2067 |
| 09/29/23 | 25-2 | Exhibit B: Office Action letter dated March 29, 2016 issued by the USPTO | 10 | 2068-2087 |

12

| 09/29/23 | 25-3 | Exhibit C: Response dated September 27, 2016 to March 29, 2016 Office Action letter | 10 | 2088-2094 |
|---|---|---|---|---|
| 09/29/23 | 25-4 | Exhibit D: Compilation of excerpts of three posts on the Hub website | 10 | 2095-2101 |
| 09/29/23 | 25-5 | Exhibit E: Compilation of screenshots obtained reflecting portions of three posts accessed from the Hub Website from a mobile browser | 10 | 2102-2105 |
| 09/29/23 | 25-6 | Exhibit F: Compilation of printouts obtained from three prior threads on GitHub | 10 | 2106-2117 |
| 09/29/23 | 25-7 | Exhibit G: Infringing Mark, Reg. No. 5/258,002 dated August 1, 2017 | 10 | 2118-2120 |
| 09/29/23 | 25-8 | Exhibit H: Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8 with the PTO dated July 20, 2023 | 10 | 2121-2133 |
| 09/29/23 | 25-9 | Exhibit I: Compilation of screenshots of the Internet Archive's captures of Defendants' Main Website on December 14, 2015, December 2, 2016, and June 1, 2017 | 10 | 2134-2137 |
| 09/29/23 | 25-10 | Exhibit J: Screenshots of the Internet Archive's captures of Defendants' Main Website on September 26, 2017, December 27, 2018, May 4, 2019, November 1, 2020, December 22, 2021, and January 24, 2022 | 10 | 2138-2145 |
| 09/29/23 | 25-11 | Exhibit K: Compilation of screenshots of the Internet Archive's captures of Defendants' Main Website on November 26, 2022 and December 11, 2022 | 10 | 2146-2148 |

13

| 09/29/23 | 25-12 | Exhibit L: Printout of the "home" page for Defendants' Main Website as it existed on September 14, 2023 | 10 | 2149-2151 |
|---|---|---|---|---|
| 09/29/23 | 25-13 | Exhibit M: Printout of the "terms of use" page for Defendants' Main Website as it existed on September 14, 2023 | 10 | 2152-2155 |
| 09/29/23 | 25-14 | Exhibit N: Printout of the "feed" page for Defendants' Main Website as it existed on September 14, 2023 | 10 | 2156-2163 |
| 09/29/23 | 25-15 | Exhibit O: Compilation of screenshots and images reflecting examples of images and text that I saw displayed on the Feed Page and elsewhere on Defendants' Main Website | 10 | 2164-2165 |
| 09/29/23 | 25-16 | Exhibit P: Compilation of screenshots reflecting examples of the images generated in response to text prompts for "Chatgpt," "chatgpt 4.0" and "trychatgpt" | 10 | 2166-2176 |
| 09/29/23 | 25-17 | Exhibit Q: Printout of Defendants' webpage available at the subdomain https://staging.open.ai/ as of September 14, 2023 | 10 | 2177-2178 |
| 09/29/23 | 25-18 | Exhibit R: Screenshot of the Internet Archive's capture of that subdomain on April 8, 2023, | 10 | 2179-2180 |
| 09/29/23 | 25-19 | Exhibit S: Compilation of screenshots from Defendants' Home Page, Feed Page, and Terms Page on September 29, 2023 | 10 | 2181-2184 |
| 09/29/23 | 25-20 | Exhibit T: Screenshot of the LinkedIn profile for "Guy Ravine" | 10 | 2185-2187 |
| 09/29/23 | 25-21 | Exhibit U: Compilation of printouts of online articles | 10 | 2188-2208 |

| | | | | |
|---|---|---|---|---|
| | | on websites for Forbes, the Telegraph, the World Economic Forum, and GoDaddy | | |
| 09/29/23 | 25-22 | Exhibit V: Compilation of printouts of X (formerly known as Twitter) posts that contain links and/or reference Defendants' Main Website when discussing OpenAI and/or its product(s) | 10 | 2209-2221 |
| 09/29/23 | 25-23 | Exhibit W: Screenshot reflecting the domain name registration information for Defendants' domain name | 10 | 2222-2224 |
| 09/29/23 | 25-24 | Exhibit X: Compilation of printouts from Google searches of "open ai" and "openai" | 10 | 2225-2233 |
| 09/29/23 | 25-25 | Exhibit Y:  Screenshot of OpenAI's website homepage | 10 | 2234-2235 |
| 08/04/23 | 1 | Complaint | 10 | 2236-2262 |
| 04/08/24 | 97 | Amended Notice of  Preliminary Injunction Appeal and Appeal from Order on Postjudgment Motion by Defendants Open Artificial Intelligence, Inc. and Guy Ravine | 10 | 2263-2264 |
| 03/29/24 | 85 | Notice of Preliminary Injunction Appeal by Defendants Open Artificial Intelligence, Inc. and Guy Ravine | 10 | 2265-2266 |
| | | Case Docket for U.S. District Court, Northern District of California, Case No. 4:23-cv-03918 | 10 | 2267-2283 |

15