No. 24-1963

---

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

---

**OPEN ARTIFICIAL INTELLIGENCE, INC. and GUY RAVINE**

*Defendants and Appellants,*

*v.*

**OPENAI, INC.**

*Plaintiff and Appellee.*

---

Appeal from United States District Court
Northern District of California
Hon. Yvonne Gonzalez Rogers
U.S. District Court Case No. 4:23-cv-03918-YGR

---

**APPELLANTS' EXCERPTS OF RECORD**
**VOLUME 6 of 10**

---

**WAYMAKER LLP**
Ryan G. Baker
rbaker@waymakerlaw.com
Scott M. Malzahn
smalzahn@waymakerlaw.com
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800

*Attorneys for Defendants and Appellants Open Artificial Intelligence, Inc.
and Guy Ravine*

# EXHIBIT 22

| **To:** | Rebecca McCurry(tmcentral@pirkeybarber.com) |
| **Subject:** | U.S. Trademark Application Serial No. 97238896 - OPENAI - OPAI003US |
| **Sent:** | January 03, 2023 01:23:01 PM EST |
| **Sent As:** | tmng.notices@uspto.gov |
| | |
| **Attachments** | |

### United States Patent and Trademark Office (USPTO)
#### Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial No.** 97238896

**Mark:** OPENAI

**Correspondence Address:**
Rebecca McCurry
PIRKEY BARBER PLLC
1801 EAST 6TH STREET, SUITE 300
AUSTIN TX 78702 UNITED STATES

**Applicant:** OpenAI, Inc.

**Reference/Docket No.** OPAI003US

**Correspondence Email Address:** tmcentral@pirkeybarber.com

# NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** January 3, 2023

This Office action is in response to applicant's communication filed on November 21, 2022.

In the Office action dated November 14, 2022, the Examining Attorney refused registration because the mark is merely descriptive, Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1).

**ER1090**

In its response, applicant claimed acquired distinctiveness. Pending response to the following new issue, the descriptive refusal is <u>continued</u> and <u>maintained</u>.

## CLAIM OF ACQUIRED DISTINCTIVENESS NOT ACCEPTABLE

Applicant asserted a claim of acquired distinctiveness under Trademark Act Section 2(f) based on use of the mark in commerce with the goods and/or services for five years prior to the date on which the claim is made. *See* 15 U.S.C. §1052(f). However, as the previously attached evidence demonstrates, the allegation of five years' use is insufficient to show acquired distinctiveness because the applied-for mark is highly descriptive of applicant's goods and/or services. *See In re La. Fish Fry Prods., Ltd.*, 797 F.3d 1332, 1336-37, 116 USPQ2d 1262, 1265 (Fed. Cir. 2015); *In re Virtual Indep. Paralegals, LLC*, 2019 USPQ2d 111512, at *11-12 (TTAB 2019); TMEP §1212.05(a). An applicant's evidentiary burden of showing acquired distinctiveness increases with the level of descriptiveness of the mark sought to be registered; as in this case, a more descriptive term requires more evidence. *Royal Crown Co. v. Coca-Cola Co.*, 892 F.3d 1358, 1365, 127 USPQ2d 1041, 1045 (Fed. Cir. 2018) (citing *In re Steelbuilding.com*, 415 F.3d 1293, 1300, 75 USPQ2d 1420, 1424 (Fed. Cir. 2005)); *In re GJ & AM, LLC*, 2021 USPQ2d 617, at *37-38 (TTAB 2021). As the mark in this case is highly descriptive, applicant's evidence is not sufficient to show acquired distinctiveness.

Applicant may respond by providing additional evidence of acquired distinctiveness, such as verified statements of long-term use, advertising and sales expenditures, examples of advertising, affidavits and declarations of consumers, and customer surveys. *See* 37 C.F.R. §2.41(a)(3); TMEP §§1212.02(g), 1212.06 *et seq*.

When determining whether the evidence shows the mark has acquired distinctiveness, the trademark examining attorney will consider the following six factors: (1) association of the mark with a particular source by actual purchasers (typically measured by customer surveys linking the name to the source); (2) length, degree, and exclusivity of use; (3) amount and manner of advertising; (4) amount of sales and number of customers; (5) intentional copying; and (6) unsolicited media coverage. *See Converse, Inc. v. ITC*, 909 F.3d 1110, 1120, 128 USPQ2d 1538, 1546 (Fed. Cir. 2018) ("the *Converse* factors"). "[N]o single factor is determinative." *In re Steelbuilding.com*, 415 F.3d at 1300, 75 USPQ2d at 1424; *see* TMEP §§1212.06 *et seq*. Rather, all factors are weighed together in light of all the circumstances to determine whether the mark has acquired distinctiveness. *In re Steelbuilding.com*, 415 F.3d at 1300, 75 USPQ2d at 1424. This evidence must demonstrate that the relevant public understands the primary significance of the mark as identifying the *source* of applicant's product or service rather than identifying the product or service itself. *In re Steelbuilding.com*, 415 F.3d at 1297, 75 USPQ2d at 1422.

As well as submitting additional evidence, applicant may respond to the refusal by arguing in support of registration and/or amending the application to seek registration on the Supplemental Register. *See* 15 U.S.C. §1091(a); 37 C.F.R. §§2.47, 2.75(a); TMEP §816. If applicant amends the application to the Supplemental Register, applicant is not precluded from submitting evidence and arguments against this refusal. TMEP §816.04.

## RESPONSE GUIDELINES

**Response guidelines**. For this application to proceed, applicant must explicitly address each refusal

and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see "Responding to Office Actions" and the informational video "Response to Office Action" for more information and tips on responding.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/Robert Struck/
Robert Struck
Trademark Examining Attorney
Law Office 109
(571) 272-1513
Robert.Struck@USPTO.GOV

# RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on January 3, 2023 for
**U.S. Trademark Application Serial No. 97238896**

A USPTO examining attorney has reviewed your trademark application and issued an Office action.  You must respond to this Office action to avoid your application abandoning.  Follow the steps below.

**(1)  Read the Office action.**  This email is NOT the Office action.

**(2)  Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS).  Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline.  Otherwise, your application will be abandoned.  See the Office action itself regarding how to respond.

**(3)  Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

# GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams.**  Protect yourself from people and companies that may try to take financial advantage of you.  Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you.  We will never request your credit card number or social security number over the phone.  Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.**  If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.  The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

# EXHIBIT 23

 **OpenAI**

# OpenAI LP

We've created OpenAI LP, a new "capped-profit" company that allows us to rapidly increase our investments in compute and talent while including checks and balances to actualize our mission.







Illustration: Justin Jay Wang

March 11, 2019

**Authors**

Greg Brockman ↓

Ilya Sutskever ↓

OpenAI ↓

Announcements

Our mission is to ensure that artificial general intelligence (AGI) benefits all of humanity, primarily by attempting to build safe AGI and share the benefits with the world.

We've experienced firsthand that the most dramatic AI systems use the most computational power in addition to algorithmic innovations, and decided to scale much faster than we'd planned when starting OpenAI. We'll need to invest billions of dollars in upcoming years into large-scale cloud compute, attracting and retaining talented people, and building AI supercomputers.

We want to increase our ability to raise capital while still serving our mission, and no pre-existing legal structure we know of strikes the right balance. Our solution is to create OpenAI LP as a hybrid of a for-profit and nonprofit—which we are calling a "capped-profit" company.

The fundamental idea of OpenAI LP is that investors and employees can get a capped return if we succeed at our mission, which allows us to raise investment capital and attract employees with startup-like equity. But any returns beyond that amount—and if we are successful, we expect to generate orders of magnitude more value than we'd owe to people who invest in or work at OpenAI LP—are owned by the original OpenAI Nonprofit entity.

Going forward (in this post and elsewhere), "OpenAI" refers to OpenAI LP (which now employs most of our staff), and the original entity is referred to as "OpenAI Nonprofit."



and beneficial AGI—ahead of generating returns for investors.

The mission comes first even with respect to OpenAI LP's structure. While we are hopeful that what we describe below will work until our mission is complete, we may update our implementation as the world changes. Regardless of how the world evolves, we are committed—legally and personally—to our mission.

OpenAI LP's primary fiduciary obligation is to advance the aims of the OpenAI Charter, and the company is controlled by OpenAI Nonprofit's board. All investors and employees sign agreements that OpenAI LP's obligation to the Charter always comes first, even at the expense of some or all of their financial stake.

---

**IMPORTANT**

**The Partnership exists to advance OpenAI Inc's mission of ensuring that safe artificial general intelligence is developed and benefits all of humanity. The General Partner's duty to this mission and the principles advanced in the OpenAI Inc Charter take precedence over any obligation to generate a profit. The Partnership may never make a profit, and the General Partner is under no obligation to do so. The General Partner is free to re-invest any or all of the Operating Entity's (or the Partnership's) cash flow into research and development activities and/or related expenses without any obligation to the Limited Partners. See Section 6.4 of the Operating Entity's Limited Partnership Agreement for additional details.**

---

Our employee and investor paperwork start with big purple boxes like this. The general partner refers to OpenAI Nonprofit (whose legal name is "OpenAI Inc"); limited partners refers to investors and employees.

Only a minority of board members are allowed to hold financial stakes in the partnership at one time. Furthermore, only board members without such stakes can vote on decisions where the interests of limited partners and OpenAI Nonprofit's mission may conflict—including any decisions about making payouts to investors and employees.



| Structure | the Nonprofit's Board of Directors will be holders of any economic interest in OpenAI, L.P. or in the employee holdings entity (described below). |
|---|---|

Another provision from our paperwork specifies that OpenAI Nonprofit retains control.

As mentioned above, economic returns for investors and employees are capped (with the cap negotiated in advance on a per-limited partner basis). Any excess returns go to OpenAI Nonprofit. Our goal is to ensure that most of the value (monetary or otherwise) we create if successful benefits everyone, so we think this is an important first step. Returns for our first round of investors are capped at 100x their investment (commensurate with the risks in front of us), and we expect this multiple to be lower for future rounds as we make further progress.

## What OpenAI does

Our day-to-day work is not changing. Today, we believe we can build the most value by focusing exclusively on developing new AI technologies, not commercial products. Our structure gives us flexibility for how to create a return in the long term, but we hope to figure that out only once we've created safe AGI.

OpenAI LP currently employs around 100 people organized into three main areas: capabilities (advancing what AI systems can do), safety (ensuring those systems are aligned with human values), and policy (ensuring appropriate governance for such systems). OpenAI Nonprofit governs OpenAI LP, runs educational programs such as Scholars and Fellows, and hosts policy initiatives. OpenAI LP is continuing (at increased pace and scale) the development roadmap started at OpenAI Nonprofit, which has yielded breakthroughs in reinforcement learning, robotics, and language.




## Safety

We are excited by the potential for AGI to help solve planetary-scale problems in areas where humanity is failing and there is no obvious solution today. However, we are also concerned about AGI's potential to cause rapid change, whether through machines pursuing goals misspecified by their operator, malicious humans subverting deployed systems, or an out-of-control economy that grows without resulting in improvements to human lives. As described in our Charter, we are willing to merge with a value-aligned organization (even if it means reduced or zero payouts to investors) to avoid a competitive race which would make it hard to prioritize safety.

## Who's involved

- OpenAI Nonprofit's board consists of OpenAI LP employees Greg Brockman (Chairman & CTO), Ilya Sutskever (Chief Scientist), and Sam Altman (CEO), and non-employees Adam D'Angelo, Holden Karnofsky, Reid Hoffman, Shivon Zilis, and Tasha McCauley.[A]

- Elon Musk left the board of OpenAI Nonprofit in February 2018 and is not formally involved with OpenAI LP. We are thankful for all his past help.

- Our investors include Reid Hoffman's charitable foundation and Khosla Ventures, among others. We feel lucky to have mission-aligned, impact-focused, helpful investors!

*We are traveling a hard and uncertain path, but we have designed our structure to help us positively affect the world should we succeed in creating AGI—which we think will have as broad impact as the computer itself and improve healthcare, education, scientific research, and many aspects of people's lives. If you'd like to help us make this mission a reality, we're hiring :)!*

ER1100



A    This list represents the board as of March 11, 2019 and does not reflect further board member updates. ↵

---

**Authors**

**Greg Brockman**

View all articles

**Ilya Sutskever**

View all articles

**OpenAI**

View all articles

---

## Related research

View all research

**OpenAI**



**DALL·E 3 system card**

Oct 3, 2023





**GPT-4V(ision) system card**

Sep 25, 2023





**Confidence-Building Measures for Artificial Intelligence: Workshop proceedings**

Aug 1, 2023

10/13/23, 3:48 PM                                                                                                                 OpenAI

Case: 24-1963, 05/08/2024, DktEntry: 15.7, Page 18 of 194                    (18 of 194)
Case 4:23-cv-03918-YGR   Document 38-25   Filed 10/16/23   Page 11 of 13





**Frontier AI regulation: Managing emerging risks to public safety**

Jul 6, 2023



 **OpenAI**

Index

GPT-4

DALL·E 3

Data privacy

Pricing

Docs ↗

**ChatGPT**

Overview

Enterprise

Try ChatGPT ↗

**Company**

About

Blog

Careers

Charter

Security

Customer stories

Safety

---

**OpenAI © 2015–2023**

Terms & policies

Privacy policy

Brand guidelines

**Social**

Twitter

YouTube

GitHub

SoundCloud

LinkedIn

Back to top ↑



# EXHIBIT 24

10/13/23, 3:48 PM                                   GPT-3 powers the next generation of apps

Case: 24-1963, 05/08/2024, DktEntry: 15.7, Page 22 of 194                    (22 of 194)
Case 4:23-cv-03918-YGR   Document 1-10   Filed 08/04/23   Page 2 of 15

 **OpenAI**                                                                      Menu

# GPT-3 powers the next generation of apps

Over 300 applications are delivering GPT-3–powered search, conversation, text completion, and other advanced AI features through our API.



ER1109



Illustration: Ruby Chen

March 25, 2021

**Authors**

OpenAI ↓

Ashley Pilipiszyn ↓

Product

Nine months since the launch of our first commercial product, the OpenAI API, more than 300 applications are now using GPT-3, and tens of thousands of developers around the globe are building on our platform. We currently generate an average of 4.5 billion words per day, and continue to scale production traffic.

Given any text prompt like a phrase or a sentence, GPT-3 returns a text completion in natural language. Developers can "program" GPT-3 by showing it just a few examples or "prompts." We've designed the API to be both simple for anyone to use but also flexible enough to make machine learning teams more productive.

## Applications and industries

To date, over 300 apps are using GPT-3 across varying categories and industries, from productivity and education to creativity and games. These applications utilize a suite of GPT-3's diverse capabilities (and have helped us discover new ones!). A few of these include:



**Viable** helps companies better understand their customers by using GPT-3 to provide useful insights from customer feedback in easy-to-understand summaries.

Using GPT-3, Viable identifies themes, emotions, and sentiment from surveys, help desk tickets, live chat logs, reviews, and more. It then pulls insights from this aggregated feedback and provides a summary in seconds.

For example, if asked, *What's frustrating our customers about the checkout experience?*, Viable might provide the insight: *Customers are frustrated with the checkout flow because it takes too long to load. They also want a way to edit their address in checkout and save multiple payment methods.*

"GPT-3's ability to identify themes from natural language and generate summaries allows Viable to give product, customer experience, and marketing teams at companies across industries a better understanding of their customers' wants and needs."

— Daniel Erickson, CEO of Viable

10/13/23, 3:48 PM

Case: 24-1963, 05/08/2024, DktEntry: 15.7, Page 25 of 194
Case 4:23-cv-03918-YGR   DocumentEmpowers the next generation of apps   Page 5 of 15
(25 of 194)

**OpenAI**



Lucy Premieres at Sundance on Vimeo.

**Fable Studio** is creating a new genre of interactive stories and using GPT-3 to help power their story-driven "Virtual Beings."

Lucy, the hero of Neil Gaiman and Dave McKean's Wolves in the Walls, which was adapted by Fable into the Emmy Award-winning VR experience, can have natural conversations with people thanks to dialogue generated by GPT-3. Lucy appeared as a guest at Sundance Film Festival 2021 and presented her own movie, *Dracula*.

"GPT-3 has given us the ability to give our characters life. We're excited to combine an artist's vision, AI, and emotional intelligence to create powerful narratives, and believe that one day, everyone will know a Virtual Being."



Visit Fable Studio ↗



**Algolia** uses GPT-3 in their Algolia Answers product to offer relevant, lightning-fast semantic search for their customers.

When the OpenAI API launched, Algolia partnered with OpenAI to integrate GPT-3 with their advanced search technology in order to create their new Answers product that better understands customers' questions and connects them to the specific part of the content that answers their questions. Algolia Answers helps publishers and customer support help desks query in natural language and surface nontrivial answers. After running tests of GPT-3 on 2.1 million news articles, Algolia saw 91% precision or better and Algolia was able to accurately answer complex natural language questions four times more often than BERT.

We've seen great results from Algolia Answers on questions that are difficult to answer with textual search alone," said Peter Buffington, Product Manager at ABC Australia. "It was able to return very

**ER1113**

Case: 24-1963, 05/08/2024, DktEntry: 15.7, Page 27 of 194
Case 4:23-cv-03918-YGR Document 26-7 Filed 11/16/23 Page 7 of 15 (27 of 194)



"GPT-3 allows Algolia to answer more complex queries than ever before with our Algolia Answers product, identifying deeper contextual information to improve the quality of results and deliver them in seconds."

— Dustin Coates, Product and GTM Manager at Algolia

Visit Algolia ↗

## Platform improvements

As we scale access, our team is continually improving the platform—from implementing a content filter to offering new features for developers including our recently launched:

- **Answers endpoint**: Searches provided information (documents, knowledge bases etc.) for relevant context to be added to the prompt before completing with GPT-3. Can be used to build applications like customer support bots with no fine-tuning.

- **Classifications endpoint**: Can leverage labeled training data without fine-tuning. By searching for the closest examples with respect to the input query and adding them to prompt, it often matches the performance of state of the art fine-tuned models, providing an autoML solution that is easy to configure and adapt.

- **Enhanced search endpoint**: Provides the backbone for the Answers and Classifications endpoints that scales to a large number of documents while also being cheap and fast.

- **Safety**: Bias and misuse are important, industry-wide problems we take very seriously. We review all applications and approve only those for production that use GPT-3 in a responsible manner. We require developers to implement safety measures such as rate limits, user verification and testing, or human-in-the-loop requirements before they move into production. We also actively monitor for signs of misuse as well as "red team" applications for possible vulnerabilities. Additionally, we have developed and deployed a content filter that classifies text as safe, sensitive, or unsafe. We currently have it set to err on the side of caution, which results in a higher rate of false positives.

- **Prompt library**: Provides starter prompt design examples for dozens of use cases that users can begin programming with directly in Playground, like a Spreadsheet Generator, Grammar Corrector, or Airport Code Extractor.

ER1114



Prompt design examples that users can begin programming with directly.

## Our growing developer community

We have a growing community of tens of thousands of developers around the world, with the majority across North America, Europe, Asia, and Australia. We've also found that many of our developers tend to be those without a traditional AI or software engineering background. It's been encouraging to hear from several of our developers that their first experience with an API or programming has been with OpenAI's interface.

"For myself, and other mission-driven innovators, OpenAI has given us the tool we finally need to make transformative change in the community with GPT-3. With natural language processing, technical experience is no longer a barrier, and we can truly keep our focus on solving real world problems. In my work with a lot of first-time developers, those who are most successful at building with GPT-3 are great communicators as they are able to unlock the nuances of prompt design."

— Abran Maldonado, Co-Founder of Create Labs

10/13/23, 3:48 PM                    GPT-3 powers the next generation of apps                    (29 of 194)

Case: 24-1963, 05/08/2024, DktEntry: 15.7, Page 29 of 194
Case 4:23-cv-03918-YGR   Document 34-4   Filed 01/26/23   Page 9 of 15

 **OpenAI**

from across the world who are creating innovative apps through the API."

— Natalie Pistunovich, Lead Developer Advocate at Aerospike, Founder of Women Techmakers Berlin

## Call for developers

We think there are still many new capabilities of GPT-3 yet to be discovered and we want you to help us uncover them! In a similar spirit to our previous Requests for Research and Y Combinator's Requests for Startups, we'd love to see our current and future developers push the limits of what's possible with GPT-3 and build new applications in the following areas:

- Productivity Tools
- Healthcare and Biotechnology
- Climate Science and Energy
- Educational Technology and Learning Tools

We are happy to support hackathons and provide API access for these events, especially if they include challenges in the above areas (we of course are open to other challenge areas as well!). Please email community@openai.com with details about the event. We're excited to see what our developers build next.

*If you are interested in joining our Applied AI team, who focus on bringing OpenAI's technology and products to the world, we're hiring!*

---

## Authors

**OpenAI**
View all articles

**Ashley Pilipiszyn**
View all articles

10/13/23, 3:48 PM

 OpenAI

ChatGPT powers the next generation of apps

View all research



**DALL·E 3 system card**

Oct 3, 2023

OpenAI



**GPT-4V(ision) system card**

Sep 25, 2023





**Confidence-Building Measures for Artificial Intelligence: Workshop proceedings**

Aug 1, 2023





**Frontier AI regulation: Managing emerging risks to public safety**

Jul 6, 2023



 **OpenAI**

Index                                   Data privacy
GPT-4                                   Pricing
DALL·E 3                                Docs ↗


**ChatGPT**                             **Company**
Overview                                About
Enterprise                              Blog
Try ChatGPT ↗                           Careers
                                        Charter
                                        Security
                                        Customer stories
                                        Safety

---

**OpenAI © 2015–2023**                  **Social**
Terms & policies                        Twitter
Privacy policy                          YouTube
Brand guidelines                        GitHub
                                        SoundCloud
                                        LinkedIn


Back to top ↑



**Responses and Replies**

4:23-cv-03918-YGR OpenAI, Inc.
v. Open Artificial Intelligence, Inc.
et al

ADRMOP,AO279

### U.S. District Court

### California Northern District

#### Notice of Electronic Filing

The following transaction was entered by Rhow, Ekwan on 10/16/2023 at 8:58 PM and filed on 10/16/2023

| | |
|---|---|
| **Case Name:** | OpenAI, Inc. v. Open Artificial Intelligence, Inc. et al |
| **Case Number:** | 4:23-cv-03918-YGR |
| **Filer:** | Open Artificial Intelligence, Inc. |
| | Guy Ravine |

**Document Number:** 38

Docket Text:
**OPPOSITION/RESPONSE (re [21] MOTION for Preliminary Injunction *Against Defendants Open Artificial Intelligence, Inc. and Guy Ravine* ) filed byOpen Artificial Intelligence, Inc., Guy Ravine. (Attachments: # (1) Proposed Order, # (2) Declaration of Guy Ravine, # (3) Exhibit 1 - 2017 N. Bostrom Article, # (4) Exhibit 2 - Initial Collaboration Tool Screenshot, # (5) Exhibit 3 - 2015.09.05 Open AI Landing Page, # (6) Exhibit 4 - Hub Screenshot, # (7) Exhibit 5 - Evolved Collaboration Tool Screenshot, # (8) Exhibit 6 - Decentralized Screenshot, # (9) Exhibit 7 - 2023.10.15 Open AI Image Generator Screenshot, # (10) Exhibit 8 - 2015.12.11 Introducing OpenAI Blog Post, # (11) Exhibit 9 - 2022.01.26 OpenAI Trademark Application, # (12) Exhibit 10 - 2023.02.23 USPTO Nonfinal Office Action, # (13) Exhibit 11 - 2015.12.15 Email re Open AI Mark, # (14) Exhibit 12 - 2017.01.05 USPTO Action (App. No. 87178985), # (15) Exhibit 13 - 2017.08.04 USPTO Notice of Abandonment (App. No. 87178985), # (16) Exhibit 14 - 2017.08.01 Registration Certificate (Reg. No. 5258002), # (17) Exhibit 15 - 2022.02.18 Email re OpenAI Mark, # (18) Exhibit 16 - 2023.04.12 Rejection of 97238902 App, # (19) Exhibit 17 - Status Search Webpage re App. No. 98010861, # (20) Exhibit 18 - 2023.02.03 Vice News Article re ChatGPT, # (21) Exhibit 19 - 2022.12.09 New Statesman Article re ChatGPT, # (22) Exhibit 20 - 2022.12.01 Motherboard Article re ChatGPT, # (23) Exhibit 21 - 2023.03.27 GPT- 4 Technical Report, # (24) Exhibit 22 - 2023.01.03 Nonfinal Office Action, # (25) Exhibit 23 - 2019.03.11 OpenAI LP, # (26) Exhibit 24 - 2021.03.25 GPT-3 powers next gen of apps)(Rhow, Ekwan) (Filed on 10/16/2023)**

**4:23-cv-03918-YGR Notice has been electronically mailed to:**

Aaron H Perahia    aaronperahia@quinnemanuel.com

Cameron Ryan Partovi    cpartovi@birdmarella.com

Ekwan Eric Rhow    eer@birdmarella.com, brl@birdmarella.com, mlw@birdmarella.com

Margret Mary Caruso    margretcaruso@quinnemanuel.com, calendar@quinnemanuel.com, jenniferhayes@quinnemanuel.com, margret-caruso-0666@ecf.pacerpro.com

Paul S. Chan    psc@birdmarella.com, dlt@birdmarella.com

Robert Michael Schwartz    robertschwartz@quinnemanuel.com

Robert P. Feldman    bobfeldman@quinnemanuel.com, calendar@quinnemanuel.com, eliness@quinnemanuel.com, rachelarteaga@quinnemanuel.com

Sam Stephen Stake    samstake@quinnemanuel.com, sam-stake-3025@ecf.pacerpro.com

**4:23-cv-03918-YGR Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Opposition to PI Motion.pdf
**Electronic document Stamp:**

[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-0
] [278174233e51a836028136f57458ba956886db6c9d426218ae0e950f34e423842fb
012356a17e8da93d7c844d6309561758af05f25885742ca1b931312e27154]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\Proposed Order Denying Plaintiff's Motion for Preliminary Injunction(3895484.1).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-1
] [2465ee93134162d46b15045ca889476dae7afb4e8d4364052a5842965c638fdf807
10e2998130babbe2ef037d9fd83b4836f5cd26ffb83f70471f20a3df70023]]
**Document description:**Declaration of Guy Ravine
**Original filename:**C:\fakepath\Open AI PI Opposition - Ravine Declaration (FINAL) (3).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-2
] [9607a72d8e97876d999cd0f6bd3355fda9a40a63e5d032b612c2fb143b44f81db92
e59966bbcb43a8a520c0962703d1a0b4caf2862a7209a984463f1eb73f8cb]]
**Document description:**Exhibit 1 - 2017 N. Bostrom Article
**Original filename:**C:\fakepath\Ex. 1 - 2017 N. Bostrom Article.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-3
] [2ddba44f97f5a35c6ec1401fd0a9d05e055ce2d63fc86eb25a0af9a933766e6cbbb
1f921b5936e9c03a52fd9d0e348d79c8d1654da3ae9c5ec34634866ad7410]]
**Document description:**Exhibit 2 - Initial Collaboration Tool Screenshot
**Original filename:**C:\fakepath\Ex. 2 - Initial Collaboration Tool Screenshot.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-4
] [261cdd0f66158d47dc357a2bfd24811f6910b47d8bdfdb84abe9f2bcfef5adfc8ae
d73196b2e406898301b44f4071efba214f16ad71985d4c53a586c78fadd78]]
**Document description:**Exhibit 3 - 2015.09.05 Open AI Landing Page
**Original filename:**C:\fakepath\Ex. 3 - 2015.09.05 Open AI Landing Page.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-5
] [5e935dfa662c04a167182ffee122cab71fbd03ccd2b1ee0c957b70646934bde676a
823c509b8ba7a9c758c35314da20f09d9dcf6d0a8c99f8eb335263a79e1d0]]
**Document description:**Exhibit 4 - Hub Screenshot
**Original filename:**C:\fakepath\Ex. 4 - Hub Screenshot.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-6
] [1950fbf3678c9685301625d9f8e88bc6cb3fc03035e76cebd63daae92561e65a6e9
bf9798455a2e49915825f28bbc703c933e19e6d53159741baba14d83153e1]]
**Document description:**Exhibit 5 - Evolved Collaboration Tool Screenshot
**Original filename:**C:\fakepath\Ex. 5 - Evolved Collaboration Tool Screenshot.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-7
] [7fea275c099e1c9509b41105f455abb69880732a97eec699fa6e4aacc361863cf59
09210945949205adb2820f40d1878211a82789382df2324d60a5440ed4e4c]]
**Document description:**Exhibit 6 - Decentralized Screenshot
**Original filename:**C:\fakepath\Ex. 6 - Decentralized Screenshot.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-8
] [79461207ae2b61c8c2795cce52b8870f56b2f526da08a0ab0ae1fd4839ae6231022
5e8c1bfdf4d2ed5d262e5d945f1ffb56617538798e3eb11fc8c6426ce8524]]
**Document description:**Exhibit 7 - 2023.10.15 Open AI Image Generator Screenshot
**Original filename:**C:\fakepath\Ex. 7 - 2023.10.15 Open AI Image Generator Screenshot.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-9
] [6196f4239db4a2c9f0e5f66a8d41d8e3288d8ab6e870c96a3af5da5c6b8df39d8fe
7d88598adf65afcc649a60482669a565da4c445bbe697ff51a21a3b4636f9]]
**Document description:**Exhibit 8 - 2015.12.11 Introducing OpenAI Blog Post
**Original filename:**C:\fakepath\Ex. 8 - 2015.12.11 Introducing OpenAI Blog Post.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-1
0] [12c751da0b4bcd71387530a0a552f3e5b9b436dea0f7a7be5dec6549bb54719c71
e63dd36038805bf8fc6907a9003ffe3e627a198bc507887e699661fa95cf1b]]
**Document description:**Exhibit 9 - 2022.01.26 OpenAI Trademark Application
**Original filename:**C:\fakepath\Ex. 9 - 2022.01.26 OpenAI Trademark Application.pdf
**Electronic document Stamp:**

**ER1124**

[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-1
1] [5960dcea0ff24f23d86487e714401724c9ca112ae19f8500eac346ba03dcad7ad9
66d130c37a979a035d9592a45bf4a686a9bbe121ce3474d9c0b0c8f3d968e3]]
**Document description:**Exhibit 10 - 2023.02.23 USPTO Nonfinal Office Action
**Original filename:**C:\fakepath\Ex. 10 - 2023.02.23 USPTO Nonfinal Office Action.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-1
2] [303854de6d3d757178bfe52f781dc34db51e773ff095462a1e29c6fa22840d6161
bbb25fbdb3b0d3dcd5b48907c88dc777f0d3c7994bdb2d5c59f991059dea0d]]
**Document description:**Exhibit 11 - 2015.12.15 Email re Open AI Mark
**Original filename:**C:\fakepath\Ex. 11 - 2015.12.15 Email Correspondence re Open AI Mark.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-1
3] [939eb886f984a176d4ad6e9e20ff6be6af5e2a6048ddce6e80f2bf18307f13933e
1a3df146c64b70d0703222d92fafcbd8b92515c23ff6c6a3a5b2ff991fb682]]
**Document description:**Exhibit 12 - 2017.01.05 USPTO Action (App. No. 87178985)
**Original filename:**C:\fakepath\Ex. 12 - 20170105 USPTO Office Action (App 87178985).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-1
4] [99a74432beb269eb5db187d4fb417fc27a4d6e5eaf82b17416b6b189d01e1c1036
a1ba7f0bb10faec3fec957182c501f45dbc6cc4edcd33f3d82d3c91e4d3da4]]
**Document description:**Exhibit 13 - 2017.08.04 USPTO Notice of Abandonment (App. No. 87178985)
**Original filename:**C:\fakepath\Ex. 13 - 20170804 Notice of Abandonment (App 87178985).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-1
5] [0e47af5eb2ba16034e7e2d6afa1f30a740e568fdd0add866a3bb7113fff337c0f7
22da07cfdd93af371b5cf618cadc907bc59145464561b90b05599d07994657]]
**Document description:**Exhibit 14 - 2017.08.01 Registration Certificate (Reg. No. 5258002)
**Original filename:**C:\fakepath\Ex. 14 - 2017.08.01 86847151 Registration Certificate.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-1
6] [1f39fe49821f488fbb9eabc8d2e1d9b0c05d04a0e16dfda211c2c91c96120863cb
af8952031654c44e3de950ca110bd38a4712824358faabc0c4f0cf0134d4ab]]
**Document description:**Exhibit 15 - 2022.02.18 Email re OpenAI Mark
**Original filename:**C:\fakepath\Ex. 15 - 2022.02 Email Correspondence re OpenAI Mark.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-1
7] [b285c06aced2afd8d4165912b293749a1382cf351c3eca987e8309c693d88a16be
b2833c6297955a8fbacfc6a0e3ed6a1110b5a8f901ae5a4e0bef20945dab2]]
**Document description:**Exhibit 16 - 2023.04.12 Rejection of 97238902 App
**Original filename:**C:\fakepath\Ex. 16 - 20230412 Rejection of 97238902 App.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-1
8] [4b1d1a9da3d10d0e351ac91386ea0530c9ce3d7fee79582ca66458e7e20003b78d
e6a7ee14279b15271261fbb263ec11ff8dc3c00e3023597b5a542103f1737f]]
**Document description:**Exhibit 17 - Status Search Webpage re App. No. 98010861
**Original filename:**C:\fakepath\Ex. 17 - Status Search 98010861.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-1
9] [49bead7c664fa1581b9878826edf7b8bf111147eef7d354c3e1e68082449edbcd6
c9affa629fbb76c471836b0e679b2620d1f2150e65bf5a8d6441aa06ba21e2]]
**Document description:**Exhibit 18 - 2023.02.03 Vice News Article re ChatGPT
**Original filename:**C:\fakepath\Ex. 18 - ChatGPT Gave Me Advice on How To Join a Cartel and Smuggle Cocaine Into Europe.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-2
0] [790148d9f00bf5145346bd9669a8fa2a6b33a82384b8887791ea73f128049c91af
005d37e9c450793cf28ee2215cb8320f68f71c55e905e6c9a0dbcc1a0a6652]]
**Document description:**Exhibit 19 - 2022.12.09 New Statesman Article re ChatGPT
**Original filename:**C:\fakepath\Ex. 19 - ChatGPT proves that AI still has a racism problem - New Statesman.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-2
1] [63acd54e076adf286f0121105ce8eb1080b80b71bb816223a8e219ba00f14d970e
7c862a4ea338e33305dbe333fad3245595d83bac6e7b8fba46a242e13f45ff]]
**Document description:**Exhibit 20 - 2022.12.01 Motherboard Article re ChatGPT
**Original filename:**C:\fakepath\Ex. 20 - OpenAIs New Chatbot Will Tell You How to Shoplift And Make Explosives.pdf
**Electronic document Stamp:**

**ER1125**

[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-2
2] [44eaacd8cb712388c44285b6f76c63ddeb2fce395ee3769361834645fd525a443c
f2a099183c5be2175e115326d026a6a5fd2557568131e8b6e2480926eea9f1]]

**Document description:**Exhibit 21 - 2023.03.27 GPT- 4 Technical Report
**Original filename:**C:\fakepath\Ex. 21 - GPT-4 Technical Report.pdf
**Electronic document Stamp:**

[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-2
3] [41cd169c62c2bb13cec3be9ff655e10c423802bf02797fbe11f65233380adb4004
bb01fbd17dfbd316e839dfab3fe8db3175042157a45c7b11de34258bc6aaef]]

**Document description:**Exhibit 22 - 2023.01.03 Nonfinal Office Action
**Original filename:**C:\fakepath\Ex. 22 -2023.01.03 Nonfinal Office Action.pdf
**Electronic document Stamp:**

[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-2
4] [3d3ceca802abe4b3f28012ec667d56e720496161c96dc2a1fd24a2613702aed9e2
12d2e0df02d9f974dacbbac4c52356f1d8a52849009f2f88328d1311042f96]]

**Document description:**Exhibit 23 - 2019.03.11 OpenAI LP
**Original filename:**C:\fakepath\Ex. 23 - 2019.03.11 OpenAI LP.pdf
**Electronic document Stamp:**

[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-2
5] [5f81fc4dfc7b6a75e4506aa811f66bebaff8a0439335d43759c376664d1ca8537b
2d8ebc8559ea164cac2cfc4ab8434557cdd431b6dd14222f00f226c6e228eb]]

**Document description:**Exhibit 24 - 2021.03.25 GPT-3 powers next gen of apps
**Original filename:**C:\fakepath\Ex. 24 - 2021.03.25 GPT-3 powers the next generation of apps.pdf
**Electronic document Stamp:**

[STAMP CANDStamp_ID=977336130 [Date=10/16/2023] [FileNumber=20649125-2
6] [a403088bc8f8c070f328f3046785232b978e9f531937cb647b6f748aae2d8edd4c
0ab095176f86ed9531b331abef58de74bb71e5e0091cd40d669a65750fa168]]

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Robert P. Feldman (Bar No. 69602)
2   bobfeldman@quinnemanuel.com
   Margret M. Caruso (Bar No. 243473)
3   margretcaruso@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
5
   Robert M. Schwartz (Bar No. 117166)
6   robertschwartz@quinnemanuel.com
   Aaron H. Perahia (Bar No. 304554)
7   aaronperahia@quinnemanuel.com
   865 S. Figueroa St., 10th Fl.
8  Los Angeles, California 90017-2543
   Telephone:    (213) 443-3000
9
   Sam S. Stake (Bar No. 257916)
10  samstake@quinnemanuel.com
   50 California Street, 22nd Floor
11 San Francisco, California 94111-4624
   Telephone:    (415) 875-6600
12

13 *Attorneys for OpenAI, Inc.*

14              **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16
   OPENAI, INC., a Delaware corporation,      Case No. 4:23-cv-03918-YGR
17
               Plaintiff,                     Assigned to the Hon. Yvonne Gonzalez Rogers
18
           vs.                               **PLAINTIFF OPENAI, INC.'S NOTICE
19                                            OF MOTION AND MOTION FOR A
   OPEN ARTIFICIAL INTELLIGENCE, INC.,        PRELIMINARY INJUNCTION**
20 a Delaware corporation; and GUY RAVINE, an
   individual,                               Date:     November 7, 2023
21                                           Time:     2:00 p.m.
               Defendants.                   Place:    Courtroom 1 (4th Fl.)
22                                                     1301 Clay St.
                                                      Oakland, CA 94612
23

24

25

26

27

28

**ER1127**

1

**NOTICE OF MOTION AND MOTION**

2    PLEASE TAKE NOTICE that on November 7, 2023, at 2:00 p.m., or as soon as the matter

3 may be heard, in the courtroom of the Honorable Yvonne Gonzalez Rogers at the United States

4 District Court for the Northern District of California, Ronald V. Dellums Federal Building and United

5 States Courthouse, Courtroom 1 (4th Floor), 1301 Clay Street, Oakland, California 94612, Plaintiff

6 OpenAI, Inc. ("OpenAI") will, and hereby does, move the Court for a preliminary injunction against

7 Defendants Open Artificial Intelligence, Inc. and Guy Ravine (together, "Defendants"), pursuant to

8 Federal Rule of Civil Procedure 65 and Civil Local Rules 7-2 and 65-2.

9    As detailed in the Proposed Order submitted with this Motion, OpenAI seeks an order

10 enjoining Defendants, as well as Open Artificial Intelligence, Inc.'s owners, officers, directors,

11 employees, agents, servants, representatives, affiliates, and related companies, and all other persons,

12 firms, or corporations acting in active concert or participation with Defendants, from any and all

13 development, production, promotion, sale, and/or distribution of any products or services that use the

14 name "OpenAI," or any confusingly similar variant, including "Open AI" (the "Infringing Mark"),

15 in connection with artificial intelligence products and services.

16    This Motion is made on the grounds that: (1) OpenAI will be irreparably harmed if

17 Defendants are not enjoined from using the Infringing Mark, (2) OpenAI is likely to succeed on the

18 merits of its claims, (3) the balance of hardships weighs in OpenAI's favor, and (4) the public interest

19 supports issuing a preliminary injunction.

20    This Motion is based on this Notice of Motion and Motion, the attached Memorandum of

21 Points and Authorities, the declarations of James Dyett, Dr. Scott D. Swain, Rebecca McCurry, and

22 Aaron Perahia, all matters of which the Court may take judicial notice, all other pleadings on file in

23 this action, and any other written or oral argument or evidence that OpenAI may present to the Court.

24    DATED: September 29, 2023              QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP
25

26

27                                          By  _____/s/ Margret M. Caruso_____
                                                  Margret M. Caruso
28                                             Attorneys for OpenAI, Inc.

1

## **ISSUE TO BE DECIDED**

2         Pursuant to Local Civil Rule 7-4(a)(3), OpenAI identifies the following issue to be decided:

3         Whether the Court should preliminarily enjoin Defendants from using the name "OpenAI,"

4 or any confusingly similar variant, including the Infringing Mark, in connection with artificial

5 intelligence products and services, where OpenAI will be irreparably harmed if Defendants are not

6 enjoined from such use, OpenAI is likely to succeed on the merits of its claims, the balance of

7 hardships tips strongly in OpenAI's favor, and the public interest supports issuing an injunction.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>TABLE OF CONTENTS</u>

2   INTRODUCTION .............................................................................................................. 1

3   STATEMENT OF FACTS ................................................................................................. 2

4         A.      OpenAI And Its OpenAI Mark ..................................................................... 2

5         B.      Defendants' Bad Faith Registration of the Infringing Mark ....................... 3

6         C.      Defendants' Recent Efforts to Challenge the OpenAI Mark ....................... 5

7         D.      OpenAI Uncovers Defendants' Efforts to Sow Confusion ......................... 5

8         E.      Consumer Confusion and Irreparable Harm to OpenAI's Brand ................ 6

9   ARGUMENT ..................................................................................................................... 8

10  I.    OPENAI IS LIKELY TO SUCCEED ON ITS TRADEMARK INFRINGEMENT
          CLAIMS ................................................................................................................. 8

11

12        A.      OpenAI Has A Protectable Ownership Interest In The OpenAI Mark. ...... 9

13        B.      Defendants' Infringing Mark is Likely to Cause Consumer Confusion. .... 10

14               1.      The Similarity of the Marks Makes Confusion More Likely. ........ 10

15               2.      The Relatedness of the Goods Makes Confusion More Likely. ..... 11

16               3.      The Overlapping Market Channels Make Confusion More Likely. ..... 12

17               4.      The Strength of the OpenAI Mark Makes Confusion More Likely. ..... 13

18               5.      The Evidence of Actual Confusion Shows Confusion Is Likely. ..... 15

19               6.      The Degree of Consumer Care Makes Confusion More Likely. ..... 16

20               7.      Defendants' Intent Makes Confusion More Likely. ....................... 17

21               8.      The Likelihood of Expansion Makes Confusion More Likely. ..... 18

22  II.   OPENAI WILL SUFFER IRREPARABLE HARM WITHOUT AN INJUNCTION ........ 18

23  III.  THE PUBLIC INTEREST STRONGLY FAVORS AN INJUNCTION ............................. 20

24  IV.   THE BALANCE OF EQUITIES STRONGLY FAVORS AN INJUNCTION ................... 21

25  CONCLUSION ................................................................................................................. 22

26

27

28

## TABLE OF AUTHORITIES

### Cases

*AECOM Energy & Construction, Inc. v. Morrison Knudsen Corp.*,
  748 F. App'x 115 (9th Cir. 2018) ............................................................... 21

*Alliance For the Wild Rockies v. Cottrell*,
  632 F.3d 1127 (9th Cir. 2011) .............................................................. 8, 18

*American Rena Int'l Corp. v. SisJoyce Int'l Co.*,
  534 F. App'x 633 (9th Cir. 2013) .............................................................. 21

*adidas America, Inc. v. Skechers USA, Inc.*,
  890 F.3d 747 (9th Cir. 2018) .................................................................. 14

*Americana Trading Inc. v. Russ Berrie & Co.*,
  966 F.2d 1284 (9th Cir. 1992) ................................................................ 17

*AMF Inc. v. Sleekcraft Boats*,
  599 F.2d 341 (9th Cir. 1979) .............................. 10, 11, 12, 13, 15, 16

*Anheuser-Busch, Inc. v. Customer Co.*,
  947 F. Supp. 422 (N.D. Cal. 1996) ..................................................... 15, 16

*Automated Pet Care Products, LLC v. PurLife Brands, Inc.*,
  2023 WL 3046592 (N.D. Cal. Apr. 21, 2023) ............................................. 9

*Boldface Licensing %8F Branding v. By Lee Tillett, Inc.*,
  940 F. Supp. 2d 1178 (C.D. Cal. 2013) ................................................ 11, 15

*Brookfield Communications, Inc. v. West Coast Entertainment Corp.*,
  174 F.3d 1036 (9th Cir. 1999) ....................................................... 12, 16, 20

*In re Chippendales USA, Inc.*,
  622 F.3d 1346 (Fed. Cir. 2010) ................................................................ 9

*Disney Enterprises, Inc. v. VidAngel, Inc.*,
  869 F.3d 848 (9th Cir. 2017) .................................................................. 21

*E. & J. Gallo Winery v. Gallo Cattle Co.*,
  967 F.2d 1280 (9th Cir. 1992) ................................................................ 11

*Electropix v. Liberty Livewire Corp.*,
  178 F. Supp. 2d 1125 (C.D. Cal. 2001) ................................................... 16

*Fortune Dynamic, Inc. v. Victoria's Secret Stores Brand Management, Inc.*,
  618 F.3d 1025,1034 (9th Cir. 2010) .................................................... 13, 14

*Feldenkrais Guild of North America v. Wildman*,
   2018 WL 2331905 (N.D. Cal. May 23, 2018) ...........................................8, 10, 12

*Futuredontics, Inc. v. Goodman*,
   201 F.3d 444 (9th Cir. 1999)................................................................................. 19

*Garden of Life, Inc. v. Letzer*,
   318 F. Supp. 2d 946 (C.D. Cal. 2004)................................................................. 20

*Gizmo Beverages, Inc. v. Park*,
   2017 WL 6940560 (C.D. Cal. Sept. 18, 2017) .................................................... 13

*GoTo.com, Inc. v. Walt Disney Co.*,
   202 F.3d 1199 (9th Cir. 2000)........................................................................ 10, 14

*Greater Los Angeles Softball Association v. Ryan*,
   2017 WL 8292779 (C.D. Cal. Sept. 21, 2017) .................................................... 18

*Grupo Gigante SA De CV v. Dallo & Co.*,
   391 F.3d 1088 (9th Cir. 2004).............................................................................. 8

*Halicki Films, LLC v. Sanderson Sales and Marketing*,
   547 F.3d 1213 (9th Cir. 2008).............................................................................. 9

*Henry Schein, Inc. v. Cook*,
   191 F. Supp. 3d 1072 (N.D. Cal. 2016) .............................................................. 21

*Ironhawk Technologies, Inc. v. Dropbox, Inc.*,
   2 F.4th 1150 (9th Cir. 2021)......................................................................... 15, 17

*Japan Telecom, Inc. v. Japan Telecom America Inc.*,
   287 F.3d 866 (9th Cir. 2002)............................................................................... 15

*JL Beverage Co., LLC v. Jim Beam Brands Co.*,
   828 F.3d 1098 (9th Cir. 2016)............................................................................. 17

*Lindy Pen Co., Inc. v. Bic Pen Corp.*,
   796 F.2d 254 (9th Cir. 1986)............................................................................... 10

*Macy's Inc. v. Strategic Marks, LLC*,
   2016 WL 374147 (N.D. Cal. Feb. 1, 2016)......................................................... 18

*Moroccanoil, Inc. v. Zotos Int'l, Inc.*,
   230 F. Supp. 3d 1161 (C.D. Cal. 2017)............................................................... 18

*Mortgage Electronic Registration Systems, Inc. v. Brosnan*,
   2009 WL 3647125 (N.D. Cal. Sept. 4, 2009)...................................................... 18

*New Kids On The Block v. New Am. Pub'g, Inc.*,
   971 F.2d 302 (9th Cir. 1992)............................................................................... 20

*Niantic, Inc. v. Global++*,
   2019 WL 8333451 (N.D. Cal. Sept. 26, 2019)................................................................ 20

*Official Airline Guides, Inc. v. Goss*,
   6 F.3d 1385 (9th Cir. 1993)........................................................................................... 12

*Pangea Legal Services. v. U.S. Department of Homeland Security*,
   512 F. Supp. 3d 966 (N.D. Cal. 2021) ............................................................................ 8

*Perfumebay.com Inc. v. eBay, Inc.*,
   506 F.3d 1165 (9th Cir. 2007)....................................................................................... 11

*Playboy Enterprises, Inc. v. Baccarat Clothing Co.*,
   692 F.2d 1272 (9th Cir. 1982)....................................................................................... 20

*Playboy Enterprises, Inc. v. Netscape Communications Corp.*,
   354 F.3d 1020 (9th Cir. 2004)................................................................................. 16, 17

*Pom Wonderful LLC v. Hubbard*,
   775 F.3d 1118 (9th Cir. 2014)................................................................................. 12, 15

*Quality Semiconductor, Inc. v. QLogic Corp.*,
   1994 WL 409483 (N.D. Cal. May 13, 1994) ................................................................ 19

*Rearden LLC v. Rearden Commerce, Inc.*,
   683 F.3d 1190 (9th Cir. 2012).......................................................................................... 8

*Rent-A-Center, Inc. v. Canyon Television & Appliance Rental, Inc.*,
   944 F.2d 597 (9th Cir. 1991)......................................................................................... 19

*Sengoku Works Ltd. V. RMC Int'l, Ltd.*,
   96 F.3d 1217 (9th Cir. 1996)............................................................................................ 9

*Social Technologies LLC v. Apple Inc.*,
   4 F.4th 811, 821 (9th Cir. 2021).................................................................................... 10

*Sulzer Mixpac AG v. A&N Trading Co.*,
   988 F.3d 174 (2d Cir. 2021) ............................................................................................ 9

*SunEarth, Inc. v. Sun Earth Solar Power Co.*,
   846 F. Supp. 2d 1063 (N.D. Cal. 2012) .................................................................. 15, 19

*Synoptek, LLC v. Synaptek Corp.*,
   309 F. Supp. 3d 825 (C.D. Cal. 2018)...................................................................... 11, 16

*Talent Mobile Development, Inc. v. Headios Group*,
   2017 WL 6940548 (C.D. Cal. Oct. 3, 2017) ................................................................. 12

*Tari Labs, LLC v. Lightning Labs, Inc.*,
   2023 WL 2480739 (N.D. Cal. Mar. 13, 2023) .............................................................. 11

*TPW Management, LLC v. Yelp Inc.*,
  2016 WL 6216879 (N.D. Cal. Oct. 25, 2016) ........................................................ 15

*Vineyard House, LLC v. Constellation Brands U.S. Operations, Inc.*,
  515 F. Supp. 3d 1061 (N.D. Cal. 2021) ................................................................ 18

*Waters v. Notorious Media, LLC*,
  2022 WL 3446110 (C.D. Cal. Aug. 17, 2022) ...................................................... 12

*Westside Shepherd Rescue of Los Angeles, Inc. v. Pollock*,
  2010 WL 11520159 (C.D. Cal. Sept. 20, 2010) .................................................... 13

*Winter v. Natural Resources Defense Council, Inc.*,
  555 U.S. 7 (2008) .................................................................................................... 8

## Statutes

15 U.S.C. § 1051(a)(3)(C) ............................................................................................. 9

15 U.S.C. § 1094 ........................................................................................................... 9

15 U.S.C. § 1116(a) ..................................................................................................... 18

15 U.S.C. § 1127 .................................................................................................. 4, 9, 10

## Additional Authorities

J. Thomas McCarthy, McCarthy on Trademarks & Unfair Competition

  §19:33 ...................................................................................................................... 9

  §23:103 .................................................................................................................. 16

vi                                                    Case No. 4:23-cv-03918-YGR
                                          Plaintiff OpenAI, Inc.'s Motion for a Preliminary Injunction
                                                      ER1134

## MEMORANDUM OF POINTS AND AUTHORITIES

## INTRODUCTION

OpenAI researches, creates, and offers artificial intelligence products and services. Since its founding in 2015, OpenAI has used the name "OpenAI" (the "OpenAI Mark") with its products and services. OpenAI and its products and services, including ChatGPT and DALL·E, are extraordinarily popular. As *CNBC* put it, OpenAI has "become a household name."

Defendants Guy Ravine and his company, Open Artificial Intelligence, Inc., are attempting to use a virtually identical mark, "Open AI" (the "Infringing Mark"), which differs from the OpenAI Mark only by a space between "Open" and "AI," to falsely associate themselves with OpenAI. Inevitably, this causes consumer confusion. OpenAI seeks a preliminary injunction to prevent Defendants' infringement from irreparably harming OpenAI and its brand and goodwill.

OpenAI is likely to succeed on the merits of its trademark infringement claims concerning Defendants' virtually identical mark. As the senior user, OpenAI has valid and protectable rights in the OpenAI Mark, which the marketplace strongly associates with OpenAI's products and services. In a deliberate attempt to exploit OpenAI's success and reputation, Ravine applied to register the confusingly similar Infringing Mark. Defendants have nothing to do with OpenAI or its products and services. Their misappropriation of the goodwill that OpenAI has created in its hard-earned technological advancements, and the resulting confusion that Defendants have fostered regarding the source and affiliation of OpenAI's products and services, must be stopped.

All other injunction factors also support granting OpenAI's motion. OpenAI's likelihood of success on the merits of its trademark infringement claim gives rise to a presumption of irreparable harm. Further, Defendants' continued use of the Infringing Mark will irreparably harm OpenAI's reputation and goodwill. Not only does their use cause OpenAI to lose control over its reputation, but Defendants are also actively harming OpenAI's reputation and goodwill by displaying the Infringing Mark on their website alongside offensive, graphic, and sexually explicit content—the same type of content that OpenAI works to prevent from appearing on its own website and in its products. The public interest and balance of equities also favor granting relief. As Defendants have never made any *bona fide* use of the Infringing Mark in offering any of their own services, neither

the public interest nor equity favors allowing Defendants to misappropriate OpenAI's mark, leverage for themselves OpenAI's goodwill, or fraudulently divert public interest in and demand for OpenAI's products and services.

The Court should issue a preliminary injunction to stop Defendants' continued infringement.

## STATEMENT OF FACTS

### A.   OpenAI And Its OpenAI Mark

On December 11, 2015, OpenAI announced its founding as an artificial intelligence research company, including a $1 billion commitment by individuals and companies such as Reid Hoffman (co-founder of LinkedIn), Sam Altman and Jessica Livingston (both of Y Combinator), Greg Brockman (former Chief Technology Officer of Stripe), and Amazon Web Services.  *See* Declaration of James Dyett dated September 26, 2023 ("Dyett Dec."), ¶¶ 3-4 & Ex. A at 2.[1] OpenAI's announcement was widely covered in the media that day, including in *The Wall Street Journal*, *The New York Times*, *USA Today*, *Bloomberg*, *Financial Times*, *Wired*, *TechCrunch*, *Buzzfeed*, *Insider*, *Fast Company*, *PC Magazine*, and *The Verge. Id.* ¶ 5 & Ex. B.

In the seven years since, OpenAI has developed and released numerous artificial intelligence products and services.[2]  Dyett Dec. ¶ 6.  Some of OpenAI's most recent products include the ChatGPT chatbot and the DALL·E text-to-image generation software.  *Id.*; *see also id.* ¶¶ 7, 8 (discussing ChatGPT and DALL·E).  OpenAI's products and services have been extraordinarily popular, with millions of users of ChatGPT and DALL·E.  *Id.* ¶ 9 & Exs. C, E.

Since its founding, OpenAI has continuously used its "OpenAI" Mark in interstate commerce in connection with its products and services.  Dyett Dec. ¶ 11 & Ex. H.  For example, since December 11, 2015, OpenAI has used its OpenAI Mark on its website (https://openai.com) and social media.  *Id.*  OpenAI also uses the OpenAI Mark on webpages and mobile app screens for OpenAI's

---

[1]   Mindful of Rule 21(b) of the Court's Standing Order, OpenAI has added to red boxes around referenced portions of exhibits to the declarations filed in support of OpenAI's motion.

[2]   OpenAI offers its artificial intelligence products and services through its subsidiaries, all of which use the OpenAI Mark. *See* Dyett Dec. ¶ 1 n.1.  OpenAI and those subsidiaries are hereinafter referred to as "OpenAI."

1   products and services.  *Id.* ¶ 12 & Exs. C, D, I – L.  Every time consumers login to use OpenAI's

2   ChatGPT, they see the OpenAI Mark.  *Id.* ¶ 12 & Exs. I, J.

3          OpenAI's use of the OpenAI Mark has significant reach.  Dyett Dec. ¶ 13.  In

4   September 2023, OpenAI's website—which extensively displays the OpenAI Mark—ranked as one

5   of the top 30 most visited websites in the world.  *Id.* & Ex. M at 2; *see also id.* Exs. A, C, D, F, G,

6   I – L, S – U (OpenAI webpages displaying OpenAI Mark).  OpenAI also displays the OpenAI Mark

7   to its followers on social media, including its 2.5 million followers on X (formerly known as Twitter),

8   1.7 million LinkedIn followers, and 600,000 YouTube subscribers.  *Id.* ¶ 14 & Exs. N – P.  OpenAI's

9   branded offerings have significant interactions from U.S. users, including approximately 185 million

10  U.S. visitors to OpenAI's website last month alone.  *Id.* ¶ 13 & Ex. M at 2, 3.

11         The OpenAI Mark has become a distinctive, source-identifying designation of OpenAI and

12  its products and services.  As a result of its efforts, OpenAI has received extensive unsolicited media

13  coverage in widely-read publications and online media, including *The Wall Street Journal*,

14  *The New York Times*, *USA Today*, *The Washington Post*, *The Los Angeles Times*, *Bloomberg*, *Time*,

15  *Forbes*, *Fortune*, *Fast Company*, and *Wired*, among others.  Dyett Dec. ¶ 15 & Ex. Q.  Statements in

16  those publications reflect the household recognition of the OpenAI Mark.  *See id.*  For example,

17  *CNBC* confirmed that OpenAI has "become a household name," and *The Washington Post*

18  recognized that OpenAI is "rocketing into the mainstream."  *Id.* Ex. Q at 231, 278.  Nationally

19  televised shows and heavily viewed online videos have also prominently featured OpenAI and its

20  products and services along with the OpenAI Mark.  *Id.* ¶ 16 & Ex. R.  OpenAI and its products and

21  services have also saturated social media.  *See id.* ¶ 14 & Exs. N – P.

22         **B.**      **Defendants' Bad Faith Registration of the Infringing Mark**

23         Defendants recently accelerated their confusing activities, thus compelling the need for an

24  injunction now.  But Defendants' scheme to usurp OpenAI's goodwill started the very day OpenAI's

25  founding received national press coverage—December 11, 2015.  At 10:32 pm EST that night,

26  Defendant Guy Ravine applied to register the Infringing Mark with the U.S. Patent and Trademark

27  Office ("PTO").  *See* Declaration of Aaron Perahia dated September 29, 2023 ("Perahia Dec."), Ex. A

28  at 4, 5.  The application was premised on false statements.

PLAINTIFF OPENAI, INC.'S MOTION FOR A PRELIMINARY INJUNCTION

In his application, Ravine claimed that he was using the Infringing Mark in commerce in connection with "a web site featuring technology that enables internet users to share documents, images and videos." Perahia Dec. Ex. A at 4. On its face, the specimen of use Ravine submitted (a 'coming soon' website landing page) did not support this representation, and the PTO rejected it. *Id.* Ex. B at 3. In response, Ravine submitted a substitute website specimen (*id.* Ex. C at 6-7), attesting that it showed "use in commerce at least as early as the filing date of the application"—i.e., December 11, 2015 (*see id.* at 3). But that submission was also a sham. Despite claiming that the submission showed use in commerce as of December 2015, the submission depicted website posts created on September 26, 2016—the day before Ravine submitted it. *Id.* & *id.* Ex. E at 2. Ravine concealed the true date of those posts from the PTO by submitting screenshots of an undated website, rather than of the mobile version, which reflects the dates. *Compare id.* Ex. C at 6 (submission with undated posts) *with id.* Ex. E at 2 (dated mobile version of same posts).

Ravine's deceit was not limited to concealing the creation date of the specimen; he also fabricated the impression that the specimen reflected actual third-party posts on the website. OpenAI discovered that Ravine had copied the content of the posts from prior third-party posts on an unaffiliated website, GitHub. *See* Ex. C at 6-7 (submission with undated posts); *compare* Ex. D at 2-3 & Ex. E at 2 (full and dated versions of same posts as in submission), *with* Ex. F at 2, 4 (earlier GitHub posts); *compare also id.* Ex. D at 4-5 & Ex. E at 3 (full and dated versions of other posts on Ravine's website), *with* Ex. F at 6-7 (earlier GitHub posts); *compare also id.* Ex. D at 6-7 & Ex. E at 4 (full and dated versions of other posts on Ravine's website), *with* Ex. F at 9, 12 (earlier GitHub posts). Ravine apparently engaged in this ruse to mislead the PTO into believing Ravine's website had actual user dialogue, thereby overcoming the PTO's prior objection that Ravine's original specimen of his website did not show "the mark in actual use in commerce." *Id.* Ex. B at 3.

With no reason to suspect Ravine's substitute specimen submitted under penalty of perjury was fraudulent, the PTO registered the Infringing Mark on the Supplemental Register on August 1, 2017. *Id.* Ex. G at 2. (As discussed below, unlike the Principal Register, the Supplemental Register does not give the registrant presumptions of trademark validity or ownership.) On June 30, 2023,

Ravine purported to assign this registration to Defendant Open Artificial Intelligence Inc. (with Ravine acting as the entity's "President"). *Id.* Ex. H at 12-13.

**C.      Defendants' Recent Efforts to Challenge the OpenAI Mark**

In December 2022, soon after OpenAI released DALL·E 2 and ChatGPT to massive public interest, Ravine began submitting letters of protest to the PTO, challenging OpenAI's pending applications for registrations incorporating the OpenAI Mark. Declaration of Rebecca McCurry dated September 22, 2023 ("McCurry Dec."), Ex. A at 7, 28. The PTO did not publish Ravine's letters of protest upon receipt, and OpenAI did not have contemporaneous access to them or knowledge of their author or contents. *Id.* ¶¶ 3-4. OpenAI obtained the letters only after it submitted a formal FOIA request for them. *Id.* ¶¶ 4-5. Ravine's letters misrepresented that he was the senior user and asserted that the *OpenAI* Mark is confusingly similar to the Infringing Mark. *See id.* Ex. A at 7-8, 28. According to Ravine, Defendants' website "offers and has offered identical and/or highly related services" as OpenAI, and the marks "are identical in sound and connotation, and virtually identical in appearance and commercial impression." *Id.* at 9, 30.

**D.      OpenAI Uncovers Defendants' Efforts to Sow Confusion**

After reviewing the contents of the protest letters, OpenAI investigated Defendants' uses of the Infringing mark and uncovered ongoing evidence of Defendants' scheme to falsely associate their website with OpenAI and its products.

OpenAI learned that, in November 2022, two months after OpenAI publicly released its DALL·E 2 text-to-image generator, Defendants redesigned their website to feature a third-party plugin for a competing text-to-image generator called Stable Diffusion, which was created by another company, Stability AI. Perahia Dec. ¶ 14 & Ex. K at 2-3 (November and December 2022 website), Ex. L at 2 (continued use of redesigned website in September 2023), Ex. M at 3 (Defendants' terms page identifying Stable Diffusion); Dyett Dec. ¶ 7 (discussing DALL·E 2) & Ex. V (articles discussing competing products, such as Stable Diffusion and Midjourney). Later, Defendants created another page on their website (https://staging.open.ai), which appeared to offer a third-party chatbot that, like OpenAI's ChatGPT chatbot product, can process natural human language prompts and generate a response. *See* Dyett Dec. ¶ 8; Perahia Dec. Ex. Q at 2 (reflecting Defendants' webpage

as of September 14, 2023 with a chatbot stating "[a]sk me anything and I'll respond with text"). And, earlier this month, Defendants redesigned their website again, moving their logo to the top left of the page and employing a dark background, more closely reflecting OpenAI's website design. Perahia Dec. Ex. S at 2 (Defendants' current homepage); Ex. Y at 2 (OpenAI's current homepage).

As part of their scheme, Defendants have also used the Infringing Mark to falsely associate themselves, and their domain name, with OpenAI and its products. *See* Perahia Dec. Exs. R & T. Ravine currently asserts in his LinkedIn profile that he is the "Originator" of "OpenAI"—no space. *Id.* Ex. T at 2. And Defendants recently created subdomains (sections of the primary "open.ai" domain) to mirror the most popular OpenAI subdomains. For example, after OpenAI began using the subdomain https://chat.openai.com for its ChatGPT chatbot (Dyett Dec. ¶ 8), Defendants created a confusingly-similar subdomain name, http://chat.open.ai, which redirects to Defendants' website homepage—even though that page does not provide "chat" functionality (Perahia Dec. Ex. R at 2).

### E.    <u>Consumer Confusion and Irreparable Harm to OpenAI's Brand</u>

Unsurprisingly, Defendants' scheme to free ride on OpenAI's successful efforts has caused actual confusion. Evidence uncovered starting last month and continuing through the eve of this filing shows visitors to Defendants' website have typed terms referring to *OpenAI's* products and services into Defendants' website, such as "chatgpt" and "chatgpt 4.0," clearly demonstrating their confusion. Perahia Dec., ¶ 20 & Ex. P at 2-6, 8-11. Moreover, social media users have recently posted about their confusion between OpenAI's website and Defendants' website. *See* Declaration of Scott Swain dated September 29, 2023 ("Swain Dec."), ¶ 20 & Ex. F; *accord* Perahia Dec. Ex. V at 3, 8, 11, 13. Others in the media and public, including sophisticated publishers, have similarly been confused: articles on the websites for *Forbes*, *The Telegraph*, *The World Economic Forum*, and GoDaddy mistakenly link to Defendants' domain name, https://open.ai, when discussing *OpenAI* and its services. *See* Swain Dec. ¶ 21 & Ex. E; *accord* Perahia Dec. Ex. U at 2, 9, 12, 20.

In addition, a consumer perception study confirmed that Defendants' use of the Infringing Mark causes confusion. *See* Swain Dec. ¶ 13. The study was designed and overseen by Dr. Scott Swain, a Professor of Marketing and a Distinguished Fellow at Clemson University, who previously taught at Dartmouth College (Tuck School of Business), Boston University (Questrom School of

Business), and Northeastern University (D'Amore-McKim School of Business).  *Id.* ¶ 4 & Ex. A. The study screened for qualified respondents who had used or searched for an online service to generate or create images or other content using an artificial intelligence system in the past six months, or planned to do so in the next six months.  *Id.* ¶ 11.  The 400+ qualified respondents were randomly assigned it to test and control groups.  *Id.* ¶¶ 11-12.  More than half (54.3%) of the test group, who saw the homepage of Defendants' website (as it existed as of August 28, 2023), were confused—22.6% more than those in the control group, who saw instead a fictitious webpage that was identical to Defendants' webpage, except it used the name "Ultimate AI" rather than "Open AI." *Id.* ¶ 13 & Table 1; *see also id.* Ex. G at 37, 41.

Last month, OpenAI also uncovered evidence that Defendants' infringement is causing irreparable harm to OpenAI's reputation and goodwill.  *See* Dyett Dec. ¶¶ 22-26.  Since its founding, OpenAI has invested significant resources to develop and associate its brand with safe and responsible artificial intelligence products and services.  *Id.* ¶ 22.  To that end, OpenAI has taken substantial measures to ensure its products and services are not used to create inappropriate and harmful content.  *See id.* ¶¶ 17-20.  As OpenAI has recently discovered, however, Defendants' ongoing infringement is endangering those efforts, along with OpenAI's reputation and goodwill for safe and responsible artificial intelligence products and services.  *Id.* ¶¶ 24-26.

For example, unlike OpenAI's DALL·E text-to-image generation service, which has strict controls to ensure that it cannot be used to generate images depicting sexual, violent, or hate content, the service Defendants' website uses does not have such controls.  *See* Dyett Dec. ¶¶ 17-20 (discussing OpenAI's controls); *id.* ¶ 23 & Ex. V (discussing lack of controls in competing products); *see also* Perahia Dec. Ex. O (reflecting content generated by third-party users through Defendants' website).  This difference in standards is evident in a review of even a few images shown on Defendants' website last month depicting prompts typed in by visitors to their website and the images generated in response to those prompts.  *See, e.g.*, Perahia Dec. ¶ 19 & Ex. O at 3-12, 14-23.  These images depict sexual acts and pornography, as well as content that is racist, hateful, and otherwise disturbing, including sexually provocative images of children.  *Id*.  Defendants displayed these images on their website directly under the Infringing Mark.  *Id*.  They are also making these images

available for download and sharing with the Infringing Mark watermarked into each image.  *See id.*
¶ 19 & Ex. O at 25-34.  Defendants' actions misappropriate OpenAI's control over its brand and
make consumers and the general public likely to mistakenly believe that OpenAI is the source of
explicit and objectionable images that appear on Defendants' website.  Dyett Dec. ¶¶ 24-26.

## ARGUMENT

OpenAI is entitled to an injunction to stop Defendants' harmful infringement.  A preliminary
injunction is proper if a plaintiff shows: (1) it is likely to succeed on the merits, (2) it is likely to
suffer irreparable harm in the absence of preliminary relief, (3) the balance of equities tips in its
favor, and (4) an injunction is in the public interest.  *Winter v. Nat. Res. Def Council, Inc*., 555 U.S.
7, 20 (2008).  Courts have also applied an alternative "sliding scale" or "serious questions" test,
requiring a plaintiff raise "serious questions going to the merits" and show "the balance of hardships
tip[s] sharply in [its] favor."  *All. For the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131-32, 1135
(9th Cir. 2011) (stating plaintiff must show a "likelihood of irreparable injury and that the injunction
is in the public interest").  The Ninth Circuit uses a "'sliding scale' approach, in which the elements
of the preliminary injunction test are balanced, so that a stronger showing of one element may offset
a weaker showing of another."  *Pangea Legal Servs. v. U.S. Dep't of Homeland Sec.*, 512 F. Supp.
3d 966, 972 (N.D. Cal. 2021) (quotations omitted); *see also Feldenkrais Guild of N. Am. v. Wildman*,
2018 WL 2331905, at *2 (N.D. Cal. May 23, 2018) (similar).  Each of these factors is satisfied.

## I.     OPENAI IS LIKELY TO SUCCEED ON ITS TRADEMARK INFRINGEMENT CLAIMS

The record readily establishes that OpenAI has "a fair chance of success on the merits, or
questions [exist] serious enough to require litigation."  *Pangea Legal Servs.*, 512 F. Supp. 3d at 972
(quotations omitted).  To prevail on its trademark infringement claims, OpenAI "must prove: (1) that
it has a protectible ownership interest in the mark; and (2) that the defendant's use of the mark is
likely to cause consumer confusion."  *Rearden LLC v. Rearden Commerce, Inc*., 683 F.3d 1190,
1202-03 (9th Cir. 2012) (quotations omitted); *see also Grupo Gigante SA De CV v. Dallo & Co*., 391
F.3d 1088, 1100 (9th Cir. 2004) ("trademark claims under California law are substantially congruent

with federal claims and thus lend themselves to the same analysis") (quotations omitted).  OpenAI satisfies both elements.

### A.      OpenAI Has A Protectable Ownership Interest In The OpenAI Mark.

OpenAI owns valid common law rights in the OpenAI Mark, which are senior to any rights Defendants may have in the Infringing Mark.  *See* Dyett Dec. ¶¶ 6, 11-12; Perahia Dec. Ex. H. Priority of use controls ownership of a mark.  *Sengoku Works Ltd. V. RMC Int'l, Ltd*., 96 F.3d 1217, 1219 (9th Cir. 1996) ("the standard test of ownership is priority of use").  In other words, "it is not enough to have invented the mark first or even to have registered it first; the party claiming ownership must have been the first to actually use the mark in the sale of goods or services."  *Halicki Films, LLC v. Sanderson Sales and Mktg*., 547 F.3d 1213, 1226 (9th Cir. 2008) (cleaned up).

Defendants' registration of the Infringing Mark does not change this analysis.  Although a party's registration on the Principal Register creates presumptions concerning validity and ownership of a trademark, the Infringing Mark is not on the Principal Register; it is only on the *Supplemental* Register, which carries no such presumptions.  *See* 15 U.S.C. § 1094; *In re Chippendales USA, Inc.*, 622 F.3d 1346, 1353 n.9 (Fed. Cir. 2010) ("Supplemental registration is not prima facie evidence of the validity of the registered mark, of ownership of the mark, or of the registrant's exclusive right to use the registered mark in commerce."); *Sulzer Mixpac AG v. A&N Trading Co*., 988 F.3d 174, 178 n.2 (2d Cir. 2021) (supplemental registration "does nothing to enlarge the substantive rights of the registrant") (quotations omitted); 3 McCarthy on Trademarks and Unfair Competition § 19:33 (5th ed.) ("a designation on the Supplemental Register is not a 'trademark' at all") (cited in *Automated Pet Care Prod., LLC v. PurLife Brands, Inc*., 2023 WL 3046592, at *3 (N.D. Cal. Apr. 21, 2023)); Perahia Dec. Ex. H (Defendants' registration).

Nor can Defendants otherwise prove senior ownership of valid trademark rights.  Defendants did not make a senior *bona fide* use of the Infringing Mark in connection with their sale of any goods or services.  *Cf.* 15 U.S.C. § 1051(a)(3)(C), § 1127.  Before late November 2022, they did not even use the Infringing mark on their website adjacent to *any* goods or services.  Perahia Dec. ¶¶ 12-14 & Exs. I –K.  Rather, they showed the Infringing Mark on a 'coming soon' webpage (*id.* Ex. I) or did not show it at all, instead redirecting their domain name directly to *OpenAI*'s website (*id.* Ex. J).

1   Further, Defendants' website stated for months that it was still "baking," suggesting that at some

2   future date it will offer some goods or services of Defendants' own creation.  *See id.* ¶ 14, Ex. K.

3   These are not senior *bona fide* uses of the Infringing Mark capable of creating trademark rights and

4   do not establish priority over OpenAI's continuous use of its OpenAI Mark since December 2015.

5   Dyett Dec. ¶¶ 6, 11-12; 15 U.S.C. § 1127; *see Social Techs. LLC v. Apple Inc.*, 4 F.4th 811, 819

6   (9th Cir. 2021) (affirming trademark cancellation because trademark holder's use of the mark,

7   including spending two years maintaining its website, conducting early-stage business planning,

8   receiving an internal $100,000 investment, and soliciting outside investors, did not constitute a

9   *bona fide* commercial use of the mark).

10          In contrast, OpenAI owns strong, protectable interests in the OpenAI Mark.  *See infra*, § I.B.4.

11  Since December 11, 2015, OpenAI has continually made *bona fide* use of the OpenAI Mark in

12  connection with its artificial intelligence products and services.  Dyett Dec. ¶¶ 6-12 & Exs. C, D,

13  F – L.  Accordingly, OpenAI is the senior user and owner of the OpenAI Mark.

14          **B.      Defendants' Infringing Mark is Likely to Cause Consumer Confusion.**

15          The "central element" in a trademark case is likelihood of confusion.  *GoTo.com, Inc. v. Walt*

16  *Disney Co*., 202 F.3d 1199, 1205 (9th Cir. 2000) (reinstating preliminary injunction).  The Ninth

17  Circuit assesses likelihood of confusion using the *Sleekcraft* factors: (1) strength of the marks,

18  (2) relatedness of the goods, (3) similarity of the marks, (4) evidence of actual confusion,

19  (5) marketing channels, (6) degree of consumer care, (7) the defendants' intent, and (8) likelihood of

20  expansion.  *Id.* (citing *AMF Inc. v. Sleekcraft Boats*, 599 F.2d 341, 348 (9th Cir. 1979)).  To prevail,

21  a plaintiff need not show each factor weighs toward confusion, but here they do.

22          **1.      The Similarity of the Marks Makes Confusion More Likely.**

23          The overwhelming similarity between the OpenAI Mark and the Infringing Mark strongly

24  favors finding a likelihood of confusion.  *E.g.*, *Lindy Pen Co., Inc. v. Bic Pen Corp*., 796 F.2d 254,

25  257 (9th Cir. 1986) (finding "overwhelming" likelihood of confusion where both parties sold pens

26  with virtually identical marks); *see also GoTo.com*, 202 F.3d at 1206 ("[T]he greater the similarity

27  between the two marks at issue, the greater the likelihood of confusion."); *Feldenkrais Guild*, 2018

28

10                                  CASE NO. 4:23-CV-03918-YGR

WL 2331905, at *5 (granting preliminary injunction where marks were "identical").  Marks are confusingly similar when they have similar sound, sight, and meaning.  *Sleekcraft*, 599 F.2d at 351.

The OpenAI Mark and the Infringing Mark are "nearly identical" in sound, sight, and meaning.  *See, e.g.*, *Boldface Licensing %8F Branding v. By Lee Tillett, Inc.*, 940 F. Supp. 2d 1178, 1187 (C.D. Cal. 2013) (KHROMA and KROMA appear "nearly identical"); *Synoptek, LLC v. Synaptek Corp.*, 309 F. Supp. 3d 825, 838 (C.D. Cal. 2018) ("Because 'Synaptek' and 'Synoptek' are virtually indistinguishable in both sound and appearance, the similarity of the marks weighs heavily in favor of finding a likelihood of consumer confusion.").  The marks have the same letters, in the same order, with the same capitalization, syllables, and pronunciation, using the same cadence.  The only difference is a single space.  Plainly, they are nearly identical.  Indeed, Defendants conceded this, writing to the PTO that the marks "are identical in sound and connotation" and "virtually identical in appearance and commercial impression."  McCurry Dec. Ex. A at 9, 30.

Further, the similarity between the OpenAI Mark and the Infringing Mark is echoed in Defendants' domain name—https://open.ai/.  Perahia Dec. Ex. H at 6.  This further increases the likelihood of confusion.  *See Sleekcraft*, 599 F.2d at 351; *Perfumebay.com Inc. v. eBay, Inc.*, 506 F.3d 1165, 1174 (9th Cir. 2007) (finding similarity where defendant's domain name, https://perfumebay.com, contained "eBay" mark, and search engine results included links to both parties' websites for certain keywords).  Just like *Perfumebay.com*, Defendants are using a confusingly similar domain name as OpenAI (https://openai.com/), and search engine results for certain keywords include links to both parties' websites in close proximity.  *See* Swain Dec. ¶¶ 16-19 & Ex. D; Perahia Dec. Ex. X at 2, 5, 8.

## 2. The Relatedness of the Goods Makes Confusion More Likely.

Increased risk of consumer confusion exists where goods are "related or complementary."  *E. & J. Gallo Winery v. Gallo Cattle Co.,* 967 F.2d 1280, 1291 (9th Cir. 1992).  To be related or complementary, goods need not be identical or even directly competitive, but they must exist in the market such that the same purchaser could encounter them under circumstances that could give rise to a reasonable but mistaken belief that they share a common source or association.  *See, e.g.*,

1  *Sleekcraft*, 599 F.2d at 350; *Tari Labs, LLC v. Lightning Labs, Inc*., 2023 WL 2480739, at *5-6 (N.D.

2  Cal. Mar. 13, 2023) (blockchain-based software protocols were related).

3          There is no question that the functionalities offered on OpenAI's website and promoted on

4  Defendants' website are related.  The free third-party text-to-image generator Defendants' website

5  currently features is indisputably in the same market as OpenAI's DALL·E text-to-image generator.

6  *See* Dyett Dec. ¶ 7 & Ex. C; *see also id.* Ex. V at 6; Perahia Dec. Exs. K, L, S.  Defendants have

7  conceded this, arguing to the PTO that the parties' websites "offer[] nearly identical services in …

8  generating shareable images."  McCurry Dec. Ex. A at 33.  Similarly, Defendants' website

9  https://staging.open.ai appears to offer functionality from a third-party chatbot that competes with

10  OpenAI's ChatGPT.  *See* Dyett Dec. ¶ 8 & Ex. D; Perahia Dec. Ex. Q.  Moreover, Defendants'

11  practice of redirecting visitors to OpenAI's website for approximately five years (*see* Perahia Dec.

12  ¶ 13 & Ex. J) supports a finding of relatedness in the marketplace, given Defendants' plain intent to

13  create such a (false) impression of relatedness by doing so.

14          "The use of similar marks to offer similar products accordingly weighs heavily in favor of

15  likelihood of confusion," as does "the fact that the two companies compete for the patronage of an

16  overlapping audience."  *Brookfield Commc'ns, Inc. v. W. Coast Ent. Corp.*, 174 F.3d 1036, 1056 (9th

17  Cir. 1999).  Accordingly, this factor favors OpenAI.  *Cf. Pom Wonderful LLC v. Hubbard*, 775 F.3d

18  1118, 1131 (9th Cir. 2014) ("similarities between the products suggest an overlapping general class

19  of consumers").

20          **3.      The Overlapping Market Channels Make Confusion More Likely.**

21          "Convergent marketing channels increase the likelihood of confusion."  *Off. Airline Guides,*

22  *Inc. v. Goss*, 6 F.3d 1385, 1393 (9th Cir. 1993) (quotations omitted); *see also Feldenkrais Guild*,

23  2018 WL 2331905, at *4 (similar).  "In assessing marketing channel convergence, courts consider

24  whether the parties' customer bases overlap and how the parties advertise and market their products."

25  *Pom Wonderful*, 775 F.3d at 1130.  "Marketing channels can converge even when different

26  submarkets are involved so long as 'the general class of ... purchasers exposed to the products

27  overlap.'"  *Id*. (quoting *Sleekcraft*, 599 F.2d at 353).

28

A convergence of marketing channels exists because the parties provide their respective offerings exclusively through their websites. *See* Dyett Dec. ¶ 6; Perahia Dec. Ex. G; *see also* McCurry Dec. Ex. A at 9 (Ravine conceding that parties' customers are likely to overlap). Unlike cases where parties use the internet as a mere marketing channel, here, the internet is the primary place where the parties are found. *See* Dyett Dec. ¶ 6; Perahia Dec. Exs. K, L, S; *see also* Perahia Dec. Ex. G (registration of the Infringing Mark in connection with a "web site"). Under these circumstances, a convergence of marketing channels exists that makes confusion more likely. *See, e.g.*, *Waters v. Notorious Media, LLC*, 2022 WL 3446110, at *7 (C.D. Cal. Aug. 17, 2022) (finding similarity of marketing channels because the parties both "use the Web as their primary marketing channel" and their products "are solely hosted on the Internet"); *Talent Mobile Dev., Inc. v. Headios Grp.*, 2017 WL 6940548, at *7 (C.D. Cal. Oct. 3, 2017) (finding "both parties use virtually identical marketing channels" where they "both sell their apps on the iTunes store and the Play Store, and they both promote their apps through social media and through websites").

Further, the copycat nature of Defendants' website, domain name, and subdomain names (McCurry Dec. Ex. A; Perahia Dec. Exs. K, L, Q – S; Dyett Dec. ¶¶ 7-8 & Exs. C, D) are likely to confuse all but the most careful users. *Gizmo Beverages, Inc. v. Park*, 2017 WL 6940560, at *4 (C.D. Cal. Sept. 18, 2017) (finding marketing channels favored plaintiff where "Plaintiff and Defendants both operate almost identical domain names on the web" to promote the same products). Thus, the marketing channel factor weighs particularly heavily in finding confusion likely.

### 4.      The Strength of the OpenAI Mark Makes Confusion More Likely.

Courts examine the strength of the plaintiff's trademark to determine the extent of protection to afford it. *E.g.*, *Sleekcraft*, 599 F.2d at 350. As the uniqueness of the mark increases, so too does the degree of protection. *Id.* Given the virtual identity of the parties' marks (*see supra*, § I.B.1), even the narrowest of protection would suffice to compel finding that confusion is likely. *See, e.g.*, *Westside Shepherd Rescue of Los Angeles, Inc. v. Pollock*, 2010 WL 11520159, at *1, 6-7 (C.D. Cal. Sept. 20, 2010) (finding strength factor favored plaintiff with descriptive mark—Westside German Shepherd Rescue of Los Angeles—that "enjoys secondary meaning" where defendant's mark was identical).

The OpenAI Mark warrants broad protection.  A mark's strength is "evaluated in terms of its conceptual strength and commercial strength."  *GoTo.com*, 202 F.3d at 1207.  Commercial strength "takes into account a mark's actual marketplace recognition."  *Fortune Dynamic, Inc. v. Victoria's Secret Stores Brand Mgmt., Inc.*, 618 F.3d 1025,1034 (9th Cir. 2010) (quotations omitted). Indisputably, the OpenAI Mark is commercially strong.  *See GoTo.com*, 202 F.3d at 1207-08 (finding plaintiff's suggestive mark was strengthened by its commercial success).  In *GoTo.com*, the Ninth Circuit found the plaintiff's mark had "tremendous" commercial success because the plaintiff displayed it on its website, which had been viewed "billions of times" and was then the "twenty-sixth most visited web site on the Internet."  *Id.*  The facts here are strikingly similar:  Like the plaintiff in *GoTo.com*, OpenAI displays the OpenAI Mark on its website, which has been viewed "billions of times" and is one of the top 30 "most visited web site[s] on the Internet."  *See id.*; Dyett Dec. ¶ 13 & Ex. M at 2, 3.  This alone demonstrates the "tremendous success" and strength of the OpenAI Mark. *See GoTo.com*, 202 F.3d at 1207-08.

Moreover, OpenAI and its products have received vast media coverage and social media attention, resulting in widespread recognition of the OpenAI Mark by consumers and the public.  *See* Dyett Dec. ¶¶ 14 – 16 & Exs. N – R.  Comments from major publishers reflect the widespread recognition and renown of the OpenAI Mark.  *See id*. Ex. Q at 197, 231, 278.  OpenAI and its products and services have also been featured on nationally televised shows and popular online videos, which display OpenAI Mark and discuss OpenAI and its products and services.  *See id.* Ex. R.  As a result of this widespread publicity, the OpenAI Mark has become a strong source-identifying designation of OpenAI and its products and services.  *See adidas Am., Inc. v. Skechers USA, Inc*., 890 F.3d 747, 754-56 (9th Cir. 2018) (finding "tremendous commercial success and market recognition" based on "considerable amount of unsolicited media coverage").

The OpenAI Mark is also conceptually strong.  A mark's conceptual strength "depends largely on the obviousness of its connection to the good or service to which it refers."  *Fortune Dynamic*, 618 F.3d at 1032-33.  Courts classify marks conceptually along a spectrum from strongest to weakest: arbitrary, fanciful, suggestive, descriptive, and generic.  *GoTo.com*, 202 F.3d at 1207. Descriptive marks, such as "Japan Telecom" for a telecom business catering to the Japanese

CASE NO. 4:23-CV-03918-YGR

PLAINTIFF OPENAI, INC.'S MOTION FOR A PRELIMINARY INJUNCTION

1   community, require proof of secondary meaning (i.e., strong commercial strength) to qualify for

2   trademark protection, and generic marks are incapable of serving as trademarks.  *See Japan Telecom,*

3   *Inc. v. Japan Telecom Am. Inc.*, 287 F.3d 866, 873 (9th Cir. 2002).

4           Suggestive marks are stronger than descriptive marks and deemed inherently distinctive (like

5   fanciful and arbitrary marks).  *See Ironhawk Techs., Inc. v. Dropbox, Inc.*, 2 F.4th 1150, 1162 (9th

6   Cir. 2021).  They suggest a product's features but require some "mental leap" or imagination to

7   associate the mark with a product.  *Fortune Dynamic*, 618 F.3d at 1033.  The OpenAI Mark is at least

8   suggestive because it requires some imagination to associate it with OpenAI's products and services,

9   such as DALL·E and ChatGPT.  *See id.* (marks are likely at least suggestive if they require some

10  imagination or "a mental leap from the mark to the product").

11          At a minimum, the strength of the OpenAI Mark warrants protection against "Open AI" and

12  increases the likelihood of confusion.

13                    **5.        The Evidence of Actual Confusion Shows Confusion Is Likely.**

14          Evidence of actual confusion is strong evidence that future confusion is likely.  *Sleekcraft*,

15  599 F.2d at 352.  However, given the usual "difficulty in garnering such evidence," trademark

16  infringement does not require proof of actual confusion, and its absence at the preliminary injunction

17  stage is of minimal importance.  *Id.* at 353; *Pom Wonderful*, 775 F.3d at 1131 (district court erred in

18  weighing absence of actual confusion evidence against plaintiff seeking preliminary injunction); *see*

19  *also SunEarth, Inc. v. Sun Earth Solar Power Co.,* 846 F. Supp. 2d 1063, 1079 (N.D. Cal. 2012) ("the

20  importance of this factor is diminished at the preliminary injunction stage") (quotations omitted);

21  *TPW Mgmt., LLC v. Yelp Inc.*, 2016 WL 6216879, at *10 (N.D. Cal. Oct. 25, 2016) (recognizing

22  difficulty of gathering evidence of actual confusion at preliminary injunction stage).  Thus, even

23  when "evidence of actual confusion is not overwhelming," because it "is hard to come by at this

24  stage," it "favor[s] finding likely confusion." *Boldface Licensing*, 940 F. Supp. 2d at 1193-94.

25          This factor strongly favors OpenAI because evidence of actual confusion exists.  Visitors to

26  Defendants' website have typed terms such as "chatgpt" and "chatgpt 4.0" into Defendants website—

27  a plain reference to *OpenAI's* products and services.  Perahia Dec. ¶ 20 & Ex. P.  Third-party social

28  media posts show that consumers associate Defendants' website with OpenAI's website because of

their confusingly similar marks and functionality.  *See* Swain Dec. Ex. F; Perahia Dec. Ex. V at 3, 8, 11, 13.  Tellingly, even sophisticated entities such as *Forbes*, *The Telegraph*, The World Economic Forum, and GoDaddy have been confused, with their websites mistakenly linking to Defendants' website when discussing OpenAI and its products.  *See* Swain Dec. Ex. E; Perahia Dec. Ex. U at 2, 9, 12, 20.  Even if not extensive, evidence of factual confusion is strong evidence of a likelihood of confusion.

The test and control study Dr. Swain conducted surveying consumers further confirms the likelihood of actual confusion.  *See* Swain Dec. ¶¶ 66-67.  Surveys such as these "have often been used as evidence of actual confusion and/or evidence of likelihood of confusion."  *Anheuser-Busch, Inc. v. Customer Co.*, 947 F. Supp. 422, 425 (N.D. Cal. 1996).  And the data from Dr. Swain's survey showed net confusion exceeding 20%, comfortably within the range courts find supports a likelihood of confusion.  *E.g.*, *id.* (collecting cases crediting surveys identifying 15–23% confusion rates).

### 6.       The Degree of Consumer Care Makes Confusion More Likely.

The consumer care factor considers whether a typical consumer exercising ordinary care is likely to be confused.  *Sleekcraft*, 599 F.2d at 353.  "Low consumer care … increases the likelihood of confusion."  *See Playboy Enters., Inc. v. Netscape Commc'ns Corp.*, 354 F.3d 1020, 1028 (9th Cir. 2004).  "What is expected of this reasonably prudent consumer depends on the circumstances."  *Brookfield*, 174 F.3d at 1060.

This factor supports a likelihood of confusion because users of the parties' website are likely to exercise a lower degree of care.  *See Brookfield*, 174 F.3d at 1060 (finding a lower degree of care for inexpensive products or those used by lay consumers).  Ordinary, lay consumers access and use the parties' websites, which offer free or low-cost functionality.  *See* Dyett Dec. ¶ 10; Swain Dec. ¶ 24.  But even if sophisticated consumers or businesses were the sole users, this factor would still favor an injunction because "virtually no amount of consumer care can prevent confusion where two entities have the same name."  *Electropix v. Liberty Livewire Corp.*, 178 F. Supp. 2d 1125, 1134 (C.D. Cal. 2001) ("It is irrational to expect that even the most sophisticated consumer will exercise the kind of scrupulous examination that would enable him or her to discern the difference between 'Livewire' and "Live Wire.'"); *see also Synoptek, LLC*, 309 F. Supp. 3d at  840-41 ("confusion may

often be likely even in the case of expensive goods sold to discerning customers," including for consumers, vendors, and partners that hire IT consultants) (quotations omitted). In the words of Professor McCarthy's renowned trademark treatise, "When two companies have almost identical names, even the most experienced person in that line of business may be likely to be confused." 4 McCarthy on Trademarks and Unfair Competition, § 23:103 (5th ed).

### 7.  Defendants' Intent Makes Confusion More Likely.

Defendants' intent in selecting and using the Infringing Mark heavily favors finding a likelihood of confusion. "This factor favors the plaintiff 'where the alleged infringer adopted his mark with knowledge, actual or constructive, that it was another's trademark.'" *Ironhawk*, 2 F.4th at 1167 (quoting *JL Beverage Co., LLC v. Jim Beam Brands Co*., 828 F.3d 1098, 1111-12 (9th Cir. 2016)).

Defendants' actions reflect that they "knowingly adopt[ed] a mark similar to another's." *JL Beverage*, 828 F.3d at 1112. Defendant Ravine applied for the Infringing Mark hours after OpenAI's founding and funding was widely reported. *See* Perahia Dec. Ex. A at 5; Dyett Dec. ¶¶ 4-5 & Exs. A, B. Under these circumstances, "courts will presume an intent to deceive the public," *JL Beverage*, 828 F.3d at 1112 (quotations omitted), which is "probative evidence of likely confusion" because "courts assume that the defendant's intentions were carried out successfully," *Playboy*, 354 F.3d at 1028; *see also Americana Trading Inc. v. Russ Berrie & Co*., 966 F.2d 1284, 1289 (9th Cir. 1992) ("a finding that Russ had intentionally set out to confuse retailers and consumers would weigh toward a finding of infringement").

Evidence of Defendants' bad faith goes beyond even their hastily-filed application for registration of the Infringing Mark. They have taken further steps to cause confusion, including redirecting their website for years to OpenAI's website, adding a plug-in of a competitive product to their website, and adopting subdomain names that mirror those of OpenAI's. *See* Perahia Dec. Exs. J – L, Q – S; Dyett Dec. ¶¶ 7-8 & n.2 & Ex. V at 6. Less than two weeks ago, Defendants redesigned their website again to make it *even more* like OpenAI's website, which makes Defendants' ill intent irrefutable. *Compare* Perahia Dec. Ex. S (Defendants' current website), *with id*. Ex. Y (OpenAI's website); *see also* Swain Dec. ¶ 41 at n.16. And Defendants have demonstrated bad faith in

17

1  submitting false statements and fraudulent specimens to the PTO, as well as providing false contact

2  information to their domain name registrar.  Perahia Dec. ¶¶ 2-4, 6-8 & Exs. A, C, D, E (PTO

3  filings), Ex. W at 2 (domain registration listing address as "123 Main St."); McCurry Dec. Ex. A at 9

4  (asserting priority of use).  This factor unequivocally favors finding infringement.

5              **8.        The Likelihood of Expansion Makes Confusion More Likely.**

6              When goods "are already related" or the parties offer similar products, likelihood of

7  expansion is unnecessary.  *See Playboy*, 354 F.3d at 1029.  As discussed above (§ I.B.2), the parties

8  are currently using their respective marks on websites that allow users to generate images from

9  natural language prompts using artificial intelligence.  Dyett Dec. ¶¶ 6-8; Perahia Dec. Exs. M & N.

10 Thus, "any expansion is likely to result in direct competition."  *Macy's Inc. v. Strategic Marks, LLC*,

11 2016 WL 374147, at *9 (N.D. Cal. Feb. 1, 2016) (quotations and brackets omitted).  While OpenAI

12 need not show any further likelihood of expansion, *see Moroccanoil, Inc. v. Zotos Int'l, Inc.*, 230 F.

13 Supp. 3d 1161, 1177 (C.D. Cal. 2017), Defendants' email list form on their website, which invited

14 visitors to be notified when the website was "done baking," suggests that Defendants are likely to

15 expand their offerings in a manner that will create further confusion.  Perahia Dec. Ex. K.

16                                  *        *        *

17             Evaluation of the *Sleekcraft* factors establishes that OpenAI is likely to prevail on the merits,

18 or, at minimum, that it has raised "'serious questions' on the merits."  *All. For the Wild Rockies*, 632

19 F.3d at 1137.

20 **II.     OPENAI WILL SUFFER IRREPARABLE HARM WITHOUT AN INJUNCTION**

21             Because OpenAI has shown a likelihood of success on the merits, irreparable injury is

22 presumed.  15 U.S.C. § 1116(a); *Vineyard House, LLC v. Constellation Brands U.S. Operations,*

23 *Inc.*, 515 F. Supp. 3d 1061, 1081 n. 16 (N.D. Cal. 2021) ("The Trademark Modernization Act of

24 2020 … modified the text of 15 U.S.C. § 1116(a) relating to awarding injunctive relief in trademark

25 infringement actions," such that a plaintiff seeking a preliminary injunction is entitled to a rebuttable

26 presumption of irreparable harm upon a finding of likelihood of success on the merits).

27             Even if Defendants could somehow rebut that presumption, substantial evidence shows

28 irreparable harm will continue absent relief.  "The Ninth Circuit has recognized that potential loss of

1    goodwill or the loss of ability to control one's reputation may constitute irreparable harm." *SunEarth*,

2    846 F. Supp. 2d at 1083 (N.D. Cal. 2012) (quotations omitted) (granting preliminary injunction

3    enjoining use of infringing mark); *see also Greater Los Angeles Softball Ass'n v. Ryan*, 2017 WL

4    8292779, at *8 (C.D. Cal. Sept. 21, 2017) (granting preliminary injunction enjoining use of infringing

5    mark where parties had competing softball tournaments under the same name); *Mortg. Elec. Reg.*

6    *Sys., Inc. v. Brosnan*, 2009 WL 3647125, at *8 (N.D. Cal. Sept. 4, 2009) (granting preliminary

7    injunction enjoining use of infringing mark where potential harm to goodwill warranted injunction).

8          OpenAI's reputation and goodwill will be irreparably harmed if Defendants' infringement

9    continues. *See Quality Semiconductor, Inc. v. QLogic Corp*., 1994 WL 409483, at *5 (N.D. Cal.

10   May 13, 1994) (granting preliminary injunction enjoining use of infringing mark because "the fact

11   that plaintiff[]s have had the symbol of their reputation placed in the hands of another is irreparable

12   injury … to plaintiff's interest in having exclusive control over the symbol of its own reputation")

13   (cleaned up).  OpenAI will lose exclusive control of its reputation and goodwill due to the inevitable

14   association with the Infringing Mark, as well as the ability to grow its business without such false

15   association. *See* Dyett Dec. ¶¶ 24-26.  OpenAI will also be unable to control the quality or marketing

16   of any other products or services that Defendants may offer with the Infringing Mark.  *Id*.  This is

17   always harmful.  *Rent-A-Center, Inc. v. Canyon Television & Appliance Rental, Inc*., 944 F.2d 597,

18   603 (9th Cir. 1991) (affirming preliminary injunction for possibility of irreparable harm to

19   "advertising efforts and goodwill").

20          This loss of reputational control is especially problematic because of the rapidly evolving

21   artificial intelligence marketplace. *See* Dyett Dec. ¶¶ 22-24.  Some consumers are only now learning

22   about participants in the field, while others have concerns about the technology and its safety. *See*

23   *id.* ¶¶ 24-26.  OpenAI has devoted significant resources to developing its reputation and goodwill for

24   safe and responsible artificial general intelligence.  *Id.* ¶ 22.  Those investments have paid off, as

25   OpenAI is recognized as a leader in the field.  *See id.* ¶¶ 15, 16, 21, 22 & Exs. Q, R.  Any loss of

26   OpenAI's reputational control at this crucial stage, particularly given the ongoing developments in

27   the artificial intelligence field, would be impossible to quantify.  *See* Dyett Dec. ¶¶ 24-26; *see also*

28   *Futuredontics, Inc. v. Goodman*, 201 F.3d 444 (9th Cir. 1999) ("damage to the reputation or goodwill,

1    because it is difficult to calculate, qualifies as irreparable harm," affirming preliminary injunction

2    enjoining use of infringing mark).

3         Defendants' display of images created with a competing product, and watermarked with the

4    Infringing Mark, amplifies the severity of irreparable harm of Defendants' infringement.  *See* Perahia

5    Dec. ¶ 19 & Ex. O.  As a leader in safe and responsible artificial intelligence, OpenAI has significant

6    controls to ensure its products, including its DALL·E image generator, are not used to generate

7    harmful content.  *See* Dyett Dec. ¶¶ 17-20.  But the third-party image generator on Defendants'

8    website lacks such controls, and it is being used to generate sexualized images of minors,

9    pornography, racist and hate content, and other harmful and offensive content.  *See* Perahia Dec. ¶ 19

10   & Ex. O; Dyett Dec. ¶ 23 & Ex. V.  Defendants have displayed these harmful images to the public

11   on their website alongside the Infringing Mark.  Perahia Dec. ¶ 19 & Ex. O.  They also allow anyone

12   to share these harmful images, watermarked with the Infringing Mark, on social media.  *Id.* ¶¶ 17, 19

13   & Ex. O.  As such, consumers and the public are being misled to believe that OpenAI's products and

14   services are used to generate this harmful content that is antithetical to OpenAI and its brand.  Dyett

15   Dec. ¶¶ 17-20, 25-26.  OpenAI will be irreparably harmed absent relief.  *See, e.g.*, *Garden of Life,*

16   *Inc. v. Letzer*, 318 F. Supp. 2d 946, 967 (C.D. Cal. 2004) (irreparable harm where defendants' website

17   promoted products "that are antithetical to Plaintiff's brand are destroying Plaintiff's good will").

18        OpenAI has no adequate remedy at law to compensate it for the loss of business reputation,

19   customers, market position, and goodwill likely to flow from Defendants' persistent infringing

20   conduct.  Without an immediate injunction, immeasurable irreparable harm will continue.  *See* Dyett

21   Dec. ¶¶ 24-26.

22   **III.     THE PUBLIC INTEREST STRONGLY FAVORS AN INJUNCTION**

23        The public interest is best served by "vindicating intellectual property rights" and "prohibiting

24   unfair competition."  *Niantic, Inc. v. Global++*, 2019 WL 8333451, at *9 (N.D. Cal. Sept. 26, 2019)

25   (quotations omitted).  In trademark cases, this is not an abstract concern; consumer confusion is

26   required to find infringement because the very purpose of trademark law is to have a trademark

27   identify a single source to avoid defrauding the public.  *E.g., New Kids On The Block v. New Am.*

28   *Pub'g, Inc.*,  971 F.2d 302, 305 (9th Cir. 1992) (describing "the purpose of trademarks"); *see also*

1  *Playboy Enters., Inc. v. Baccarat Clothing Co.*, 692 F.2d 1272, 1275 (9th Cir. 1982) ("In addition to

2  the harm caused [to] the trademark owner, the consuming public is equally injured by an inadequate

3  judicial response to trademark infringement.").

4         Defendants' continued use of the Infringing Mark will mislead the public into thinking

5  Defendants' website and the images generated using it are associated with OpenAI.  *See Brookfield*,

6  174 F.3d at 1066 (where a defendant "uses a competitor's trademark in the domain name of its web

7  site, users are likely to be confused as to its source or sponsorship").  The public interest is best served

8  by protecting the goodwill of OpenAI and enabling consumers to distinguish between the services

9  offered by the parties.  *Am. Rena Int'l Corp. v. SisJoyce Int'l Co.*, 534 F. App'x 633, 636 (9th Cir.

10  2013) ("An injunction that prevents consumer confusion in trademark cases … serves the public

11  interest."); *see also AECOM Energy & Constr., Inc. v. Morrison Knudsen Corp.*, 748 F. App'x 115,

12  120 (9th Cir. 2018) (affirming preliminary injunction that protects public interest by "discourag[ing]

13  [Defendants'] deceptive practices").  Trademark law protects the rights OpenAI developed in its

14  OpenAI Mark by using it in commerce, seeking trademark registrations, and invested in it.  It is not

15  in the public's interest to reward Defendants' disregard of the OpenAI Mark.

16  **IV.    THE BALANCE OF EQUITIES STRONGLY FAVORS AN INJUNCTION**

17         In considering an injunction, a court evaluates the degree of harm to each party if the

18  injunction is improperly granted or denied.  The balance of equities favors OpenAI because its

19  requested relief seeks "no more than requir[ing] Defendant[s] to comply with … laws."  *Henry*

20  *Schein, Inc. v. Cook*, 191 F. Supp. 3d 1072, 1077 (N.D. Cal. 2016).  As unauthorized junior users,

21  Defendants never had a right to use the OpenAI Mark in the first place, so there is no disservice in

22  preliminarily enjoining them.  Moreover, because Defendants are not selling any of their own goods

23  or services affixed with the Infringing Mark (*see* Perahia Dec. Exs. L, M, S), an injunction will not

24  harm any of their business interests.  In any event, such harm to business interests "does not weigh

25  in [a defendant's] favor where … [its] business model is premised on its infringing use of the [mark]."

26  *Am. Rena*, 534 F. App'x at 636; *see also Disney Enters., Inc. v. VidAngel, Inc.*, 869 F.3d 848, 867

27  (9th Cir. 2017) (affirming the "long-settled principle that harm caused by illegal conduct does not

28  merit significant equitable protection").

## CONCLUSION

For the reasons above, OpenAI respectfully requests that this Court grant the Motion and preliminarily enjoin Defendants from using the Infringing Mark.


DATED: September 29, 2023                QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP


                                   By _____ /s/ Margret M. Caruso _____
                                          Margret M. Caruso
                                       Attorneys for OpenAI, Inc.

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
2   bobfeldman@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
3   margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
5
Robert M. Schwartz (Bar No. 117166)
6   robertschwartz@quinnemanuel.com
Aaron H. Perahia (Bar No. 304554)
7   aaronperahia@quinnemanuel.com
865 S. Figueroa St., 10th Fl.
8  Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
9
Sam S. Stake (Bar No. 257916)
10   samstake@quinnemanuel.com
50 California Street, 22nd Floor
11  San Francisco, California 94111-4624
Telephone:     (415) 875-6600
12

13  *Attorneys for OpenAI, Inc.*

14                        **UNITED STATES DISTRICT COURT**

15                     **NORTHERN DISTRICT OF CALIFORNIA**

16

17  OPENAI, INC., a Delaware corporation,          Case No. 4:23-cv-03918-YGR

18              Plaintiff,                          **[PROPOSED] ORDER GRANTING
                                                     OPENAI, INC.'S MOTION FOR A
19       vs.                                         PRELIMINARY INJUNCTION**

20  OPEN ARTIFICIAL INTELLIGENCE, INC.,
a Delaware corporation; and GUY RAVINE, an
21  individual,

22              Defendants.

23

24

25

26

27

28

**[PROPOSED] ORDER**

Before this Court is Plaintiff OpenAI, Inc.'s ("OpenAI") Motion for Preliminary Injunction. Having considered OpenAI's motion and all supporting papers, the responses and replies thereto, and all other arguments of the parties, and good cause having been shown, the Court hereby orders as follows:

1.   Defendants Open Artificial Intelligence, Inc. and Guy Ravine (together, "Defendants"), and each of their officers, directors, employees, agents, servants, representatives, affiliates) are preliminarily enjoined and restrained from:

    a.   using Defendants' OPEN AI mark, or any other logo, design, or word mark that is a colorable imitation of, or similar to, it, including without limitation "Open AI" and "open.ai," (collectively, the "Infringing Marks"), in connection with the display, advertising, development, marketing, production, promotion, sale, and/or distribution of any artificial intelligence products or services, including the results generated by such products or services;

    b.   using any Infringing Mark in connection with any website, app, or social media account, including as a domain name or social media handle; and

    c.   representing in any manner or by any method whatsoever that goods, services, or other products branded with any Infringing Marks are sponsored, approved, or authorized by, or originate from, OpenAI, or otherwise taking any action likely to cause confusion, mistake or deception as to the origin, approval, sponsorship, or certification of such goods, products, or services.

2.   All those acting in active concert or participation at the direction of, or in contractual privity with the above-enjoined parties, including domain name registrars, web hosting services, and social media platforms, are preliminarily enjoined and restrained from facilitating, permitting, or otherwise enabling Defendants to engage in any of the actions retrained by this Order, including allowing anything to be displayed on https://open.ai other than a notice of suspension.

3.   Defendants, within 30 days after service of this Order with notice of entry thereof upon them, be required to file with the Court and serve upon OpenAI's attorneys a written report under

1   oath setting forth in detail the manner in which Defendants have complied with the above-

2   mentioned orders, including contacting the domain name registrar and web hosting service of

3   https://open.ai to request suspension of that website.  Defendants must also provide contact

4   information regarding all those acting in active concert or participation at the direction of, or in

5   contractual privity with the above-enjoined parties, including domain name registrars, web hosting

6   services, and social media platforms through which it makes any use of any Infringing Mark.

7

8           IT IS SO ORDERED.

9

10   DATED: _____, 2023

11

12                                              _____

13                                              HONORABLE YVONNE GONZALEZ ROGERS
                                                UNITED STATES DISTRICT COURT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Robert P. Feldman (Bar No. 69602)
2   bobfeldman@quinnemanuel.com
   Margret M. Caruso (Bar No. 243473)
3   margretcaruso@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
5
   Robert M. Schwartz (Bar No. 117166)
6   robertschwartz@quinnemanuel.com
   Aaron H. Perahia (Bar No. 304554)
7   aaronperahia@quinnemanuel.com
   865 S. Figueroa St., 10th Fl.
8  Los Angeles, California 90017-2543
   Telephone:    (213) 443-3000
9
   Sam S. Stake (Bar No. 257916)
10  samstake@quinnemanuel.com
   50 California Street, 22nd Floor
11 San Francisco, California 94111-4624
   Telephone:    (415) 875-6600
12

13 *Attorneys for OpenAI, Inc.*

14                    **UNITED STATES DISTRICT COURT**

15                 **NORTHERN DISTRICT OF CALIFORNIA**

16

17 OPENAI, INC., a Delaware corporation,          Case No. 4:23-CV-03918-YGR

18               Plaintiff,                        Assigned to the Hon. Yvonne Gonzalez Rogers

19         vs.                                     **DECLARATION OF JAMES DYETT IN
                                                   SUPPORT OF OPENAI, INC.'S MOTION**
20 OPEN ARTIFICIAL INTELLIGENCE, INC.,            **FOR A PRELIMINARY INJUNCTION**
   a Delaware corporation; and GUY RAVINE,
21 an individual,                                  Date:      November 7, 2023
                                                   Time:      2:00 p.m.
22               Defendants.                       Place:     Courtroom 1 (4th Fl.)
                                                              1301 Clay St.
23                                                            Oakland, CA 94612

24

25

26

27

28

### DECLARATION OF JAMES DYETT

I, James Dyett, declare as follows:

1.     I submit this declaration in support of OpenAI Inc.'s Motion for a Preliminary Injunction against Open Artificial Intelligence, Inc. and Guy Ravine (together, "Defendants").[1] I have personal knowledge of the facts stated in this declaration, except as otherwise noted, and if called as a witness, I could and would competently testify to them.

2.     In my position as Head of Strategic Accounts at OpenAI, I am responsible for overseeing our business relationships with our highest value customers and potential customers. This includes knowing and helping to build and strengthen the OpenAI brand.

### OpenAI and Its Founding

3.     OpenAI is an artificial intelligence research and deployment company.  Its mission is to ensure that artificial intelligence benefits all of humanity.

4.     OpenAI announced its founding on December 11, 2015.  OpenAI's announcement disclosed that prominent individuals and businesses, such as Reid Hoffman (co-founder of LinkedIn), Sam Altman and Jessica Livingston (both of Y Combinator), Greg Brockman (former Chief Technology Officer of Stripe), and Amazon Web Services (AWS), had committed $1 billion in funding for OpenAI.  Attached as **Exhibit A** is a true and correct copy of a printout from OpenAI's website reflecting its announcement, which is available at https://openai.com/blog/introducing-openai.

5.     OpenAI's formation received widespread media coverage throughout the day on December 11, 2015, including in national publications and popular media websites.  For example, attached as **Exhibit B** is a compilation of true and correct printouts of articles published on December 11, 2015 covering OpenAI's formation in *The New York Times*, *The Wall Street Journal*, *Bloomberg*, *USA Today*, *Financial Times*, *Wired*, *TechCrunch*, *Business Insider*, *Fast Company*, *Buzzfeed News*, *PC Magazine*, *The Verge*, and *Venture Beat*.

---

[1]  Because OpenAI conducts its operations through its subsidiaries, I refer to OpenAI and its subsidiaries as "OpenAI."

### OpenAI's Products and Services

6.      Since its formation in December 2015, OpenAI has developed and deployed leading artificial intelligence models, applications, and tools through its website, available at https://openai.com.  OpenAI's efforts have led to the release of numerous products and services over the years.  OpenAI's most popular products and services currently include its DALL·E 2 text-to-image generation software and its ChatGPT chatbot.

7.      OpenAI's DALL·E 2 is an artificial intelligence system that can create realistic images and art from a text description in natural language.  After several years of developing the models and predecessor for DALL·E 2, OpenAI made DALL·E 2 available to all users in the public in September 2022.  Attached as **Exhibit C** is a true and correct printout from OpenAI's webpage announcing the release of DALL·E 2 to the public on September 28, 2022, available at https://openai.com/blog/dall-e-now-available-without-waitlist.   DALL·E 2 is able to combine concepts, attributes, and styles to produce a wide variety of creative images.  For example, in response to the prompt "an astronaut riding a horse in photorealistic style," DALL·E 2 produced the image below:



DECLARATION OF JAMES DYETT ISO OPENAI'S MOTION FOR A PRELIMINARY INJUNCTION

8.      OpenAI's ChatGPT is an artificial intelligence chatbot capable of generating human-like text based on context and past conversations.  After years of developing the models leading to ChatGPT, OpenAI released ChatGPT to the public in November 2022 at https://chat.openai.com.[2]  Attached as **Exhibit D** is a printout from OpenAI's webpage introducing ChatGPT on November 30, 2022, available at https://openai.com/blog/chatgpt.  As shown in the screenshot below, ChatGPT is capable of providing accurate, context-specific responses to prompts and follow-up prompts a conversational format:



9.      OpenAI's products and services have been popular among consumers.  As of September 2022, more than 1.5 million users were actively creating over 2 million images per day

---

[2]  In addition to the subdomain https://chat.openai.com, OpenAI has also used the subdomains https://api.openai.com and https://staging.openai.com since at least November 2022.

1  with OpenAI's DALL·E 2, as noted in Exhibit C.  Similarly, Reuters reported that OpenAI's

2  ChatGPT reached an estimated 100 million monthly active users just two months after its launch.

3  Attached as **Exhibit E** is a true and correct printout of that Reuters article, available at

4  https://www.reuters.com/technology/chatgpt-sets-record-fastest-growing-user-base-analyst-note-

5  2023-02-01/.

6          10.    OpenAI currently charges approximately $0.32 per image generated with DALL·E 2

7  through its website.  Attached as **Exhibit F** is a true and correct printout from OpenAI's website

8  discussing that pricing, available at https://openai.com/blog/dall-e-now-available-in-beta.  OpenAI

9  currently offers ChatGPT in a free version and monthly subscription version for $20.00 per month.

10  Attached as **Exhibit G** is a true and correct printout from OpenAI's website discussing that pricing,

11  available at https://openai.com/blog/chatgpt-plus.  DALL·E 2 and ChatGPT are both marketed to

12  non-expert users, among others, as shown by Exhibits E and F.  OpenAI also recently launched

13  ChatGPT  Enterprise,  an  enterprise  version  of  ChatGPT  for  businesses,  as  announced  at

14  https://openai.com/blog/introducing-chatgpt-enterprise/.

15                    **OpenAI's Brand and Its Significant Reach**

16          11.    Since its founding, OpenAI has continuously used its "OpenAI" name and/or its

17  logos bearing its name (collectively, the "OpenAI Marks") in interstate commerce in connection

18  with its artificial intelligence products and services.  For example, OpenAI has used its "OpenAI"

19  name on its website, https://openai.com, and social media at all times since December 11, 2015.

20  Attached as **Exhibit H** is a true and correct printout from the Internet Archive's WayBack Machine

21  reflecting  OpenAI's  use  of  its  name  on  its  website  on  December  11,  2015,  available  at

22  https://web.archive.org/web/20151211215507/https://openai.com/blog/introducing-openai/.

23          12.    OpenAI also uses the OpenAI Marks on pages for its models and applications,

24  including desktop and mobile webpages.  For example, consumers view the OpenAI Marks every

25  time they login to use OpenAI's ChatGPT.  Attached as **Exhibit I** is a true and correct printout

26  from the desktop version of OpenAI's website reflecting use of the OpenAI Marks on ChatGPT

27  login page, which is available at https://chat.openai.com/auth/login  Attached as **Exhibit J** is a true

28  and  correct  screenshot  from  the  mobile  version  of  that  same  page.   Additionally,  attached  as

DECLARATION OF JAMES DYETT ISO OPENAI'S MOTION FOR A PRELIMINARY INJUNCTION

1   **Exhibit K** is a true and correct printout from the desktop version of OpenAI's GPT-4 page on its

2   website, available at https://openai.com/gpt-4, which reflects OpenAI's further use of the OpenAI

3   Marks in connection with its models and applications.  Attached as **Exhibit L** is a true and correct

4   screenshot from the mobile version of that same page.

5        13.    OpenAI's uses of the OpenAI Marks have significant reach.  According to web

6   analytics firm Similarweb, OpenAI's website ranked as the 28th most visited site in the world in

7   September 2023.  Attached as **Exhibit M** is a true and correct printout from Similarweb's webpage

8   for OpenAI, available at https://www.similarweb.com/website/openai.com/, as of September 22,

9   2023.   In that exhibit, Similarweb estimated OpenAI had 1.4 billion visitors in August 2023,

10   including approximately 185 million (13%) United States visitors.

11        14.    OpenAI also has a significant following on social media.  For example, OpenAI

12   currently has over 2.5 million X (f/k/a Twitter) followers, more than 1.7 million LinkedIn

13   followers, and over 600,000 YouTube subscribers.  Attached as **Exhibits N, O, and P** are true and

14   correct printouts of OpenAI's profiles on X (available at https://twitter.com/OpenAI), LinkedIn

15   (available    at    https://www.linkedin.com/company/openai),    and    YouTube    (available    at

16   https://www.youtube.com/openai), respectively.

17        15.    OpenAI has also garnered widespread media coverage and positive recognition.

18   For example, OpenAI has received a tremendous amount of unsolicited coverage by popular news

19   and media organizations, such as *The Washington Post*, *Fortune*, *Business Insider*, *Bloomberg*,

20   *Forbes*, *The Wall Street Journal*, *The New York Times*, *and The Los Angeles Times*, among others.

21   Attached as **Exhibit Q** is a compilation of true and correct printouts of articles published by those

22   organizations and others about OpenAI.

23        16.    OpenAI has also been featured on numerous nationally televised shows and news

24   segments, including *60 Minutes*, *Good Morning America*, *CBS News*, *NBC Nightly News*,

25   *ABC News*, *CNN News*, MSNBC's *Morning Joe*, *Fox News Live*, CNBC's *Squawk Box*,

26   *Fox Business News*, PBS' *NewsHour*, *Jimmy Kimmel Live*, *The Daily Show with Trevor Noah*, *The*

27   *Daily Show with Kal Penn*, *Univision Noticias*, and *Telemundo Noticias*.  Attached as **Exhibit R**

28

are true and correct screenshots of those shows and segments as republished on YouTube, each of which prominently displays OpenAI Marks and discusses OpenAI and its products and services.

**OpenAI's Strong Emphasis on Safety**

17.    Consistent with OpenAI's mission to ensure that artificial intelligence benefits all of humanity, OpenAI has prioritized the development, deployment, and use of its products and services, while seeking to reduce the risks and misuse potential of its products and services.

18.    OpenAI ensures the safety of its products and services through detailed safety standards and other measures.  Attached as **Exhibit S** is a true and correct printout from OpenAI's webpage discussing its product safety standards, available at https://openai.com/safety-standards.

19.    OpenAI also follows rigorous policies designed to prevent its products and services from being used in connection with harmful content.  OpenAI's usage policies prohibit its products and services from being used to generate hateful, harassing, violent, or adult content, among other categories, and OpenAI has a robust system to monitor for abuse.  Attached as **Exhibit T** is a true and correct printout from OpenAI's usage policies on its website, available at https://openai.com/policies/usage-policies.

20.    To illustrate these safety measures and policies in practice, consider OpenAI's development and deployment of DALL·E 2.  Before releasing DALL·E 2 to the public, OpenAI implemented guardrails to mitigate the risk of undesirable content, such as filtering out violent, hate, and sexual content from DALL·E 2's training data.  By doing so, OpenAI minimized DALL·E 2's exposure to such content, thereby limiting its ability to generate it.  OpenAI also used techniques to prevent photorealistic generations of real individuals' faces, including those of public figures.  In addition, OpenAI's content filtering systems prevent DALL·E 2 from generating images that are identified as potentially violating OpenAI's content and usage policies.  OpenAI also employs automated and human monitoring systems to guard against misuse.  Attached as **Exhibit U** is a true and correct printout from OpenAI's website describing some of those guardrails that OpenAI employed for DALL·E 2, available at https://openai.com/dall-e-2.

21.    Consistent with its mission, OpenAI is among the industry leaders that collaborate with policymakers to ensure that artificial intelligence systems are developed and used safely.

DECLARATION OF JAMES DYETT ISO OPENAI'S MOTION FOR A PRELIMINARY INJUNCTION

**ER1166**

**The Need to Protect OpenAI's Brand**

22.     As a result of its efforts as a leader in prioritizing safe artificial intelligence, OpenAI's brand has a positive reputation and significant goodwill for safe and responsible artificial intelligence products and services.  Recognizing how crucial it is for OpenAI to maintain that positive association in the public consciousness, OpenAI has expended significant resources into further developing and associating OpenAI's brand and goodwill with safe and responsible artificial intelligence products and services that benefit all of humanity.

23.     Although safe and responsible artificial intelligence is at the core of OpenAI's mission, other artificial intelligence companies have released competing products and services without the same safety standards used by OpenAI.  *Bloomberg*, *The Washington Post*, and *TechCrunch* have all reported on backlash against other companies, products and services for potentially being used to generate child sex abuse, pornographic, and other improper content. Attached as **Exhibit V** is a true and correct compilation of printouts of those articles.

24.     It is essential for OpenAI's mission and its continued success that OpenAI continues to be associated with safe and responsible artificial intelligence products and services.  OpenAI's positive brand, reputation, and goodwill among consumers will be irreparably harmed if consumers are misled into believing OpenAI's products and services generate harmful content.

25.     The same is true for others in the public.  OpenAI's positive brand, reputation, and goodwill is crucial for OpenAI's credibility with industry leaders and policymakers in carrying out its mission of promoting safe and responsible artificial intelligence.  It is also critical to attracting talented employees in the field.  If those members of the public are misled into believing that OpenAI's products and services are being used to create inappropriate content—despite OpenAI's representations otherwise—OpenAI's brand, reputation, and goodwill will be irreparably harmed.

26.     Based on my review of the Complaint (Dkt. 1), Exhibit O to the Declaration of Aaron Perahia, and Defendants' website, https://open.ai, I understand that Defendants are currently using their mark on their website.  OpenAI will be irreparably harmed if Defendants' current use of their mark continues.  It will cause OpenAI to lose exclusive control of its reputation and goodwill due to the inevitable association with Defendants' mark, as well as the inappropriate content that I

understand has been generated in connection with Defendants' mark, including the content reflected in Exhibit O to the Perahia Declaration.  It will also deprive OpenAI of the ability to grow its businesses without such false association with Defendants' mark.  Furthermore, OpenAI will be unable to affect the quality or marketing of any other uses Defendants may make of their mark.  Without an immediate preliminary injunction, immeasurable irreparable harm will result to OpenAI's brand, reputation, and goodwill.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 | / / /

2 |    I declare under penalty of perjury of the laws of the United States of America that the

3 | foregoing is true and correct.    Executed this 26th day of September 2023, in San Francisco,

4 | California.

5 |

6 |

7 | _____

8 | James Dyett

# EXHIBIT A

 OpenAI

Menu

# Introducing OpenAI

OpenAI is a non-profit artificial intelligence research company. Our goal is to advance digital intelligence in the way that is most likely to benefit humanity as a whole, unconstrained by a need to generate financial return. Since our research is free from financial obligations, we can better focus on a positive human impact.



Illustration: Justin Jay Wang

December 11, 2015

**Authors**
Greg Brockman ↓
Ilya Sutskever ↓
OpenAI ↓

Announcements

OpenAI is a non-profit artificial intelligence research company. Our goal is to advance digital intelligence in the way that is most likely to benefit humanity as a whole, unconstrained by a need to generate financial return. Since our research is free from financial obligations, we can better focus on a positive human impact.

We believe AI should be an extension of individual human wills and, in the spirit of liberty, as broadly and evenly distributed as possible. The outcome of this venture is uncertain and the work is difficult, but we believe the goal and the structure are right. We hope this is what matters most to the best in the field.

## Background

Artificial intelligence has always been a surprising field. In the early days, people thought that solving certain tasks (such as chess) would lead us to discover human-level intelligence algorithms. However, the solution to each task turned out to be much less general than people were hoping (such as doing a search over a huge number of moves).

The past few years have held another flavor of surprise. An AI technique explored for decades, deep learning, started achieving state-of-the-art results in a wide variety of problem domains. In deep learning, rather than hand-code a new algorithm for each problem, you design architectures that can twist themselves into a wide range of algorithms based

on the data you feed them.

This approach has yielded outstanding results on pattern recognition problems, such as recognizing objects in images, machine translation, and speech recognition. But we've also started to see what it might be like for computers to be creative, to dream, and to experience the world.

## Looking forward

AI systems today have impressive but narrow capabilities. It seems that we'll keep whittling away at their constraints, and in the extreme case they will reach human performance on virtually every intellectual task. It's hard to fathom how much human-level AI could benefit society, and it's equally hard to imagine how much it could damage society if built or used incorrectly.

## OpenAI

Because of AI's surprising history, it's hard to predict when human-level AI might come within reach. When it does, it'll be important to have a leading research institution which can prioritize a good outcome for all over its own self-interest.

We're hoping to grow OpenAI into such an institution. As a non-profit, our aim is to build value for everyone rather than shareholders. Researchers will be strongly encouraged to publish their work, whether as papers, blog posts, or code, and our patents (if any) will be shared with the world. We'll freely collaborate with others across many institutions and expect to work with companies to research and deploy new technologies.

OpenAI's research director is Ilya Sutskever, one of the world experts in machine learning. Our CTO is Greg Brockman, formerly the CTO of Stripe. The group's other founding members are world-class research engineers and scientists: Trevor Blackwell, Vicki Cheung, Andrej Karpathy, Durk Kingma, John Schulman, Pamela Vagata, and Wojciech Zaremba. Pieter Abbeel, Yoshua Bengio, Alan Kay, Sergey Levine, and Vishal Sikka are advisors to the group. OpenAI's co-chairs are Sam Altman and Elon Musk.

Sam, Greg, Elon, Reid Hoffman, Jessica Livingston, Peter Thiel, Amazon Web Services (AWS), Infosys, and YC Research are donating to support OpenAI. In total, these funders have committed $1 billion, although we expect to only spend a tiny fraction of this in the next few years.

You can follow us on Twitter at @OpenAI.

| Authors | Greg Brockman |
| --- | --- |
| | View all articles |
| | **Ilya Sutskever** |
| | View all articles |
| | **OpenAI** |
| | View all articles |

## Related research

View all research





**GPT-4V(ision) system card**
Sep 25, 2023



**Confidence-Building Measures for Artificial Intelligence: Workshop proceedings**
Aug 1, 2023



**Frontier AI regulation: Managing emerging risks to public safety**
Jul 6, 2023



**Improving mathematical reasoning with process supervision**
May 31, 2023

OpenAI

**Research**
Overview
Index
GPT-4
DALL·E 3

**API**
Overview
Data privacy
Pricing
Docs ↗

**ChatGPT**
Overview
Enterprise
Try ChatGPT ↗

**Company**
About
Blog
Careers
Charter
Security
Customer stories
Safety

**OpenAI © 2015–2023**
Terms & policies
Privacy policy
Brand guidelincs

Twitter   YouTube   GitHub   SoundCloud   LinkedIn

Back to top ↑

# EXHIBIT B

8/8/23, 6:06 PM

(89 of 194)

Case: 24-1963, 05/08/2024, DktEntry: 15.7, Page 89 of 194

Case 4:23-cv-03918-YGR  Artificial-Intelligence Research Center Is Founded by Silicon Valley Investors - The New York Times

**The New York Times**

# Artificial-Intelligence Research Center Is Founded by Silicon Valley Investors

**By John Markoff**

Dec. 11, 2015

A group of prominent Silicon Valley investors and technology companies said on Friday that they would establish an artificial-intelligence research center to develop "digital intelligence" that will benefit humanity.

The investors — including Elon Musk, Peter Thiel and Reid Hoffman — said they planned to commit $1 billion to the project long term, but would initially spend only a small fraction of that amount in the first few years of the project. But, Mr. Musk said, "Everyone who is listed as a contributor has made a substantial commitment and this should be viewed as at least a billion-dollar project."

The organization, to be named OpenAI, will be established as a nonprofit, and will be based in San Francisco.

Its long-range goal will be to create an "artificial general intelligence," a machine capable of performing any intellectual task that a human being can, according to Mr. Musk. He also stressed that the focus was on building technologies that augment rather than replace humans.

Mr. Musk, who is deploying A.I.-based technologies in some of his products like the Tesla automobile, said that he has had longstanding concerns about the possibility that artificial intelligence could be used to create machines that might turn on humanity.

He began discussing the issue this year with Mr. Hoffman, Mr. Thiel and Sam Altman, president of the Y Combinator investment group.

"We discussed what is the best thing we can do to ensure the future is good?" he said. "We could sit on the sidelines or we can encourage regulatory oversight, or we could participate with the right structure with people who care deeply about developing A.I. in a way that is safe and is beneficial to humanity."

"Artificial intelligence is one of the great opportunities for improving the world today," Mr. Hoffman said in an email. "The specific applications range from self-driving cars, to medical diagnosis and precision personalized medicine, to many other areas of data, analysis, decisioning across industries."

Other backers of the project include Jessica Livingston of Y Combinator; Greg Brockman, the former chief technology officer of Stripe, as well as Amazon Web Services, Amazon's Cloud Services subsidiary; and Infosys, an Indian software consulting and consulting firm. The research effort has also attracted a group of young artificial intelligence researchers.

The founders said they were not yet ready to provide details on who had donated how much and the rate at which the project money would be spent. They will fund the development of the project on a year-by-year basis. They also said they were not yet ready to describe how quickly the project would grow in terms of funding or staffing.

The announcement occurs in the same week that one of the main academic gatherings focusing on artificial intelligence, the Conference on Neural Information Processing Systems, is being held in Montreal.

In recent years the event has grown as major technology corporations like Apple, Facebook, Google, IBM and Microsoft have started competing to hire the most talented researchers in the field. Salaries and hiring incentives have soared.

The research director of OpenAI will be Ilya Sutskever, a Google expert on machine learning. Mr. Brockman will be the chief technology officer. The group will begin with seven researchers, including graduate researchers who have been standouts at universities like Stanford, the University of California, Berkeley, and New York University.

"The people on the team have all been offered substantially more to work at other places," Mr. Musk said.

Mr. Altman added, "It is lucky for us the best people in any field generally care about what is best for the world."

In October 2014, Mr. Musk stirred controversy when, in an interview at M.I.T., he described artificial intelligence as our "biggest existential threat." He also said, "With artificial intelligence we're summoning the demon."

In October, he donated $10 million to the Future of Life Institute, a Cambridge, Mass., organization focused on developing positive ways for humanity to respond to challenges posed by advanced technologies.

8/8/23, 6:06 PM

Case: 24-1963, 05/08/2024, DktEntry: 15.7, Page 90 of 194

(90 of 194)

Case 4:23-cv-03199-JSW Artificial-Intelligence Research Center Is Founded by Silicon Valley Investors - The New York Times

He said the new organization would be separate from the Future of Life Institute, and that while the new organization did have a broad research plan, it was not yet ready to offer a specific road map.

In a statement, the group sounded an open-source theme — open-source software can be freely shared without intellectual property restrictions — and said it was committed to ensuring that advanced artificial tools remained publicly available. "Since our research is free from financial obligations, we can better focus on a positive human impact," the group said. "We believe A.I. should be an extension of individual human wills and, in the spirit of liberty, as broadly and evenly distributed as possible."

Mr. Musk said he remained concerned that A.I. advances might work against, rather than benefit, humanity.

"There is always some risk that in actually trying to advance A.I. we may create the thing we are concerned about," he said.

In the last two years there has been a race to set up research facilities focused both on advancing A.I. and in assessing its impact.

In 2014, Paul Allen, Microsoft's co-founder, established the nonprofit Allen Institute for Artificial Intelligence, which says its mission is "to contribute to humanity through high-impact A.I. research and engineering."

Also in 2014, the Microsoft A.I. researcher Eric Horvitz gave an undisclosed amount as a gift to Stanford to study the impact of the technology over the next century.

Last month, the Toyota Corporation said that it would invest $1 billion in a five-year research effort in artificial intelligence and robotics technologies to be based in a laboratory near Stanford.

A version of this article appears in print on , Section B, Page 3 of the New York edition with the headline: Artificial-Intelligence Research Center Is Founded by Silicon Valley Investors

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

http://blogs.wsj.com/digits/2015/12/11/silicon-valley-kingpins-commit-1-billion-to-create-artificial-intelligence-without-profit-motive/

DIGITS

# Silicon Valley Kingpins Commit $1 Billion to Create Artificial Intelligence Without Profit Motive

*By* Robert McMillan  [Follow]  *and* Alistair Barr  [Follow]

*Updated Dec. 11, 2015 8:04 pm ET*

A group of deep-pocketed Silicon Valley investors committed $1 billion to ensure that artificial intelligence serves societal needs rather than commercial interests.

The commitment announced on Friday will fund a non-profit research firm called OpenAI Inc., where researchers will be unencumbered by the pressures of for-profit companies and grant-writing duties of academia.

On its website, the group suggested that companies dedicated to pleasing shareholders should not be allowed to control the future of AI. "Our aim is to build value for everyone rather than shareholders," the group said.

The announcement follows a string of moves on the part of commercial companies to make AI technology available on a noncommercial basis. Facebook Inc., Google, and International Business Machines Corp. recently donated portions of their formerly proprietary AI software through an open source license, which allows the technology to be freely used, shared, and modified.

At the same time, several funders of OpenAI have business interests in developing artificial intelligence. How OpenAI's efforts would dovetail with their commercial priorities is not clear.

The group's backers include A-list entrepreneurs including Tesla Motors Inc. CEO Elon Musk, Y Combinator President Sam Altman, LinkedIn Corp. co-founder Reid Hoffman, venture capitalist Peter Thiel and Jessica Livingston, a Y Combinator partner.

The idea for OpenAI crystallized last summer as a result of ongoing discussions between Mr. Musk and Mr. Altman over the future of AI. Mr. Musk has warned in the past that the future of

ER1178

8/14/23, 11:34 AM    Case 4:23-CV... Silicon Valley Kingpins Donate $1 Billion to Create Artificial Intelligence Vintage - ... - WSJ    (92 of 194)

Case: 24-1963, 05/08/2024, DktEntry: 15.7, Page 92 of 194

the Earth is at risk if AI develops in the wrong ways. Tesla, one of the companies he leads, is adding autonomous capabilities to its cars that require AI technology such as image recognition.

A Tesla spokesman did not respond to a request for comment. OpenAI's goals don't conflict with commercial work on self-driving cars, Mr. Altman said.

With a staff of nine, OpenAI will spend only a small fraction of its $1 billion in promised funding in the next few years, but it has big ambitions.

"We really have this focus on trying to work toward the next set of breakthroughs," said Greg Brockman, OpenAI's chief technology officer and the former CTO of payments startup Stripe Inc. "It is important for us, as a lab, to be focused on the results that will unlock future research."

Breakthroughs in artificial intelligence in recent years have led to a renaissance in the field. Competition between technology giants for top AI talent has become intense. Software using AI techniques is beginning to impinge on human occupations; for instance, Uber's back-end software fulfills functions of conventional managers.

Google, owned by Alphabet Inc., has embraced AI to improve many of its products and services, hiring hundreds of experts in machine learning techniques that train computers to adapt and learn from data with little or no human involvement. The company is using these techniques in more than 100 projects and over 50 products, including search, translation and photo storage, up from almost none in 2011.

Facebook has also launched an AI lab.

OpenAI gives AI researchers an alternative to market competition. "You could imagine a world where these benefits remained siloed within a smaller number of players or a world where the commercial incentives override the incentive to do whatever is best for the world," Mr. Brockman said.

OpenAI intends to collaborate with the academic and for-profit worlds, but it also wants to give researchers the freedom to pursue lines of enquiry without pressure to achieve an immediate pay-off. "Our focus is not only doing the right thing for today, but also doing the right thing for 50 years from now," Mr. Brockman said.

8/14/23, 11:34 AM                    Silicon Valley Kingpins Donate $1 Billion to Create Artificial Intelligence Vintage Confidence - WSJ                    (93 of 194)

Case: 24-1963, 05/08/2024, DktEntry: 15.7, Page 93 of 194
Case 4:23-CV-01346-HSG   Document 36-2   Filed 01/13/23   Page 93 of 142

The fledgling company has already attracted a handful of AI researchers. Ilya Sutskever left Google's deep learning group to be the research director of OpenAI.

"I wish Ilya well in his new endeavor," said Geoff Hinton, a leading AI researcher who works at Google. He declined to comment further, as did a Google spokesman.

Google co-founder Larry Page touted deep learning, a branch of machine learning, at the company's annual shareholder meeting in June. He said the technology can be used to empower people by getting computers to take on repetitive, mundane work that humans currently do. He also said fears over abuse of the technology were overstated and he was optimistic about its use in the future.

Nonetheless Google, after buying AI startup DeepMind in early 2014, set up an ethics group of internal and outside experts to monitor how the technology is used at the Internet giant.

Other AI experts applauded the creation of OpenAI.

"I do have faith that the people there will develop AI to benefit humanity. Let's hope that I'm not being naïve," said Oren Etzioni, a founder of online search startups who now runs the non-profit Allen Institute for Artificial Intelligence. "We benefit from a mix of for-profit and non-profit models, but the focus on AI for the common good is obviously different from 'enhancing shareholder value'."

Andrew Ng, a former Google AI researcher who leads a similar research effort at Chinese search giant Baidu, said there's a long history of corporations and non-profits advancing technology and improving the human condition. "I welcome this addition to the team," he added.

*Elizabeth Dwoskin contributed to this article.*

Case: 24-1963, 05/08/2024, DktEntry: 15.7, Page 94 of 194     (94 of 194)
8/17/23, 7:06 PM         Elon Musk and Other Tech Titans Create Company to Develop Artificial Intelligence - Bloomberg
Case 4:23-cv-04557-YGR   Document 12-2   Filed 02/22/24   Page 7 of 43



# Bloomberg

US Edition ▾

Live Now
Markets
Economics
Industries
Tech
AI
Politics
Wealth
Pursuits
Opinion
Businessweek
Equality
Green
CityLab
Crypto
More

Technology | Pursuits

# Elon Musk and Other Tech Titans Create Company to Develop Artificial Intelligence

- Elon Musk, Peter Thiel, among backers for research nonprofit
- Academic adviser calls talent recruited at OpenAI `stunning'

     Gift this article



Elon Musk, chairman and chief executive officer of Tesla Motors. *Photographer: Daniel Acker/Bloomberg*

By Jack Clark
December 11, 2015 at 1:30 PM PST

8/17/23, 7:06 PM
Tech Titans Create Company to Develop Artificial Intelligence - Bloomberg

Case: 24-1963, 05/08/2024, DktEntry: 15.7, Page 95 of 194
Case 4:23-CV-03918-YGR    Document 1-2    Filed 08/04/23    Page 8 of 42    (95 of 194)

🔒 This article is for **subscribers only**.

Elon Musk, Peter Thiel and other technology entrepreneurs are betting that talented researchers, provided enough freedom and money, can develop artificial intelligence systems as advanced as those being built by the sprawling teams at Google, Facebook Inc. and Microsoft Corp. Along the way, they'd like to save humanity from oblivion.

The pair are among the backers of OpenAI, a nonprofit company introduced Friday that will research novel artificial intelligence systems and share its findings. Musk, chief executive officer of Tesla Motors Inc. and Space Exploration Technologies Corp. and Sam Altman, president of the Y Combinator, will serve as co-chairman. The nonprofit has received financial backing from Musk, Thiel, co-founder of PayPal Holdings Inc. and Palantir Technologies Inc., Reid Hoffman and others as well as companies including Amazon Web Services and Infosys.

---

## Bloomberg Pursuits

**Ford Swings at Supercars With New $300,000 Mustang GTD**

**Britney Spears' husband seeks financial support, says in divorce filing their split came weeks ago**

**Movie Review: 'Strays' is furry, foul, filthy, feculent — and occasionally funny**

**Open House: Hong Kong Sea View Mansion Eyes Ambitious $281 Million Sale**

---

The group's backers have committed "significant" amounts of money to funding the project, Musk said in an interview. "Think of it as at least a billion."

In recent years the field of artificial intelligence has shifted from being an obscure, dead-end backwater of computer science to one of the defining technologies of the time. Faster computers, the availability of large data sets, and corporate sponsorship have developed the technology to a point where it powers Google's web search systems, helps Facebook Inc. understand pictures, lets Tesla's cars drive themselves autonomously on highways, and allowed IBM to beat expert humans at the game show "Jeopardy!"

That development has caused as much trepidation as it has optimism. Musk, in autumn 2014, described the development of AI as being like "summoning the demon." With OpenAI, Musk said the idea is: "if you're going to summon anything, make sure it's good."

## Brighter Future

"The goal of OpenAI is really somewhat straightforward, it's what set of actions can we take that increase the probability of the future being better," Musk said. "We certainly don't want to have any negative surprises on this front."

---

What to know in tech right now.What to know in tech right now.What to know in tech right now.

Get insights from reporters around the world in the Fully Charged newsletter.Get insights from reporters around the world in the Fully Charged newsletter.Get insights from reporters around the world in the Fully Charged newsletter.

  Sign up to this newsletter

---

OpenAI's chief technology officer is Greg Brockman, formerly the CTO of Stripe, a startup valued in excess of $1 billion. Its research director is lauded AI researcher Ilya Sutskever, formerly with Google. At Google, his work included research into the technology that became Smart Reply, the auto e-mail-writing feature, as well as systems that can learn to write their own algorithms. This year, MIT Technology Review named him one of their 35 innovators under 35.

The organization has attracted other talented researchers, whose past work ranges from developing robots that can learn to perform tasks based on human demonstrations, to software that can improve its own code to solve new problems.

The idea, is that "real breakthroughs in research are serendipitous," Brockman said, so the best way to develop powerful artificial intelligence systems is to take a group of accomplished people and give them the latitude to focus on solving novel problems. A potential criticism is that the lack of a defined commercial motivation can make it difficult to home in on a precise area for research.

## Strong Staff

"This collection of people is stunning," said <u>Pieter Abbeel</u>, a professor at the University of California at Berkeley and an adviser to the company.

The best measure of the organization will be to see the reaction to its research and the ideas it fosters, Abbeel said. "I expect it's going to be impressive and surprising," he said.

Other advisers to OpenAI include Yoshua Bengio, one of the founding figures of a powerful form of artificial intelligence called Deep Learning, and <u>Alan Kay</u>, a lauded American computer scientist.

Wojciech Zaremba, one of OpenAI's researchers, said the group's openness can help serve as a balance to the narrower interests of researchers at commercial ventures.

"Here Elon is saying, in a philanthropic way, 'I have money, I want to solve AI for the good of humanity.'"

---

Follow all new stories by **Jack Clark**

 Get Alerts        

---



Gift this article

Have a confidential tip for our reporters? **Get in Touch**

**Before it's here, it's on the <u>Bloomberg Terminal</u>**

---

Terms of Service   Do Not Sell or Share My Personal Information   Trademarks   Privacy Policy

©2023 Bloomberg L.P. All Rights Reserved

Careers   Made in NYC   Advertise   Ad Choices   Help

**ER1184**

8/14/23, 12:01 PM

Case: 24-1963, 05/08/2024, DktEntry: 15.7, Page 98 of 194
Case 4:23-cv-03918-YGR Document 31-3 Filed 09/14/23 Page 1 of 43

Elon Musk, tech titans put $1B toward artificial intelligence research

(98 of 194)



**Elon Musk**   **Add Topic +**

# Elon Musk, tech titans put $1B toward artificial intelligence research

**Elizabeth Weise** USA TODAY
Published 9:33 p.m. ET Dec. 11, 2015 | Updated 8:46 p.m. ET Dec. 14, 2015

SAN FRANCISCO — Tech giants including Tesla's Elon Musk and venture capitalist Peter Thiel have banded together to pitch in a cool $1 billion to found a non-profit devoted to researching artificial intelligence.

"Our goal is to advance digital intelligence in the way that is most likely to benefit humanity as a whole, unconstrained by a need to generate financial return," said a post on the new organization, called OpenAI.

Artificial intelligence is based on the idea of creating intelligent machines or software.

The co-founders of OpenAI are Sam Altman and Musk. Altman is a co-founder of Y Combinator, a highly successful tech accelerator based in Mountain View, Calif.

Financial supporters include Reid Hoffman, co-founder of LinkedIn; Jessica Livingston, co-founder with Altman of Y Combinator; Thiel, co-founder of PayPal; as well as several companies, including Amazon Web Services and Infosys.

OpenAI's initial lineup of staff is full of Silicon Valley heavy-hitters. The research director is Ilya Sutskever, formerly a research scientist at Google who is an expert in machine learning. The chief technology officer is Greg Brockman, formerly the CTO of Stripe, an electronic payment company.

Also listed as staff are Trevor Blackwell, who works on humanoid robots; Vicki Cheung, who works on speech recognition software; and Pamela Vagata, who worked on artificial intelligence at Facebook; among others.

The research institute was started as a non-profit because the founders say they hope its work will be built upon by others.

"Researchers will be strongly encouraged to publish their work, whether as papers, blog posts, or code, and our patents (if any) will be shared with the world. We'll freely collaborate with others across many institutions and expect to work with companies to research and deploy new technologies," the site said.

Artificial intelligence is a controversial area of research because some worry that intelligent machines might pose a threat to humanity.

Protesters stage anti-robot rally at SXSW

Bill Gates, Stephen Hawking and others have voiced concerns about it.

In fact, Musk himself tweeted in 2014 that the world needs to be "super careful with AI. Potentially more dangerous than nukes."

There are already several organizations devoted to discussing the questions raised by artificial intelligence.

The Future of Life  think tank in Cambridge, Mass., is devoted to looking at "positive ways for humanity to steer its own course considering new technologies and challenges," including the benefits and risks of artificial intelligence.

The Foundation for Responsible Robotics, in London, was founded in November by Aimee van Wynsberghe, a professor in ethics of technology at the University of Twente in the Netherlands, and Noel Sharkey, an emeritus professor of robotics and artificial intelligence at the University of Sheffield in the United Kingdom.

**Silicon Valley**

# Silicon Valley in move to keep AI safe

Musk, Thiel and others to pour $1bn into research organisation that aims to help protect humanity



© Getty

**Leslie Hook** in San Francisco DECEMBER 11 2015                

## Receive free Silicon Valley updates

We'll send you a *myFT Daily Digest* email rounding up the latest Silicon Valley news every morning.

| Enter your email address | **Sign up** |

Elon Musk, Peter Thiel and other Silicon Valley heavyweights are set to pour $1bn into a new attempt to protect humanity from artificial intelligence, underscoring the unease with which many leading technologists view recent developments in AI.

The new company, OpenAI, will be a non-profit that conducts research, with the aim that "AI should be an extension of individual human wills".

Concerns about the future powers of computers have been increasing, particularly as recent breakthroughs in "deep learning" have enabled computers better to recognise patterns and understand speech.

Fears about what robots with artificial intelligence could mean for warfare have also been a focus of many in Silicon Valley, and a petition against autonomous weapons gained support from scientists including Stephen Hawking this year.

OpenAI says its aim is to "advance digital intelligence in the way that is most likely to benefit humanity as a whole" through its research.

The non-profit is co-chaired by Mr Musk, who heads Tesla and SpaceX, and Sam Altman, president of Y Combinator, a start-up incubator. Mr Musk has been outspoken about his concerns over artificial intelligence, and tweeted last year that it was "potentially more dangerous than nukes".

Funding will come from companies such as Amazon Web Services, Infosys and YC Research, and from individuals including investor Mr Thiel, Mr Musk and Mr Altman. A total of $1bn has been committed, although OpenAI says it will spend "only a fraction" of that over the next few years.

The initiative joins a group of other AI-focused research projects, including Oxford university's Future of Humanity Institute, and the Machine Intelligence Research Institute in Berkeley.

OpenAI will focus on research that aims to ensure that computers with artificial intelligence do not adversely affect humans.



**It's hard to fathom how much human-level AI could benefit society, and it's equally hard to imagine how much it could damage society if built or used incorrectly**

**Founding members of OpenAI**

"It's hard to fathom how much human-level AI could benefit society, and it's equally hard to imagine how much it could damage society if built or used incorrectly," wrote founding members of OpenAI in a blog post.

The post also emphasised that OpenAI's research and patents would be published and shared.

"It's hard to predict when human-level AI might come within reach," the post stated. "When it does, it'll be important to have a leading research institution that can prioritise a good outcome for all over its own self-interest."

The post was written by OpenAI's research director, Ilya Sutskever, previously a research scientist at Google, and its chief technology officer Greg Brockman, formerly chief technology officer at Stripe.

Jerry Kaplan, computer scientist and author of the book *Humans Need not Apply*, said the initiative stood out from other research efforts. "What is different here is that these are operationally focused entrepreneurs, who rather than studying the technologies developed by others, are looking to see whether AI technologies can be developed with these broader societal goals in mind."

---

Copyright The Financial Times Limited 2023. All rights reserved.

---

**ER1189**

STEVEN LEVY   BACKCHANNEL   DEC 11, 2015 12:00 AM

# How Elon Musk and Y Combinator Plan to Stop Computers From Taking Over

**They're funding a new organization, OpenAI, to pursue the most advanced forms of artificial intelligence — and give the results to the...**



PHOTO ILLUSTRATION BY BACKCHANNEL

🔖 SAVE

As if the field of AI wasn't competitive enough — with giants like Google, Apple, Facebook, Microsoft and even car companies like Toyota scrambling to hire researchers — there's now a new entry, with a twist. It's a non-profit venture called OpenAI, announced today, that vows to make its results public and its patents royalty-free, all to ensure that the scary prospect of computers surpassing human intelligence may not be the dystopia that some people fear. Funding comes from a group of tech luminaries including Elon Musk, Reid Hoffman, Peter Thiel, Jessica Livingston and Amazon Web Services. They have collectively pledged more than a billion dollars to be paid over a long time period. The co-chairs are Musk and Sam Altman, the CEO of Y Combinator, whose research group is also a funder. (As is Altman himself.) Musk, a well-known

critic of AI, isn't a surprise. But Y Combinator? Yep. That's the tech accelerator that started 10 years ago as a summer project that funded six startup companies by paying founders "ramen wages" and giving them gourmet advice so they could quickly ramp up their businesses. Since then, YC has helped launch almost 1,000 companies, including Dropbox, Airbnb, and Stripe, and has recently started a research division. For the past two years, it's been led by Altman, whose company Loopt was in the initial class of 2005, and sold in 2012 for $43.4 million. Though YC and Altman are funders, and Altman is co-chair, OpenAI is a separate, independent venture.

Essentially, OpenAI is a research lab meant to counteract large corporations who may gain too much power by owning super-intelligence systems devoted to profits, as well as governments which may use AI to gain power and even oppress their citizenry. It may sound quixotic, but the team has already scored some marquee hires, including former Stripe CTO Greg Brockman (who will be OpenAI's CTO) and world-class researcher Ilya Sutskever, who was formerly at Google and was one of the famed group of young scientists studying under neural net pioneer Geoff Hinton in Toronto. He'll be OpenAI's research director. The rest of the lineup includes top young talent whose resumes include major academic groups, Facebook AI and DeepMind, the AI company Google snapped up in 2014. There is also a stellar board of advisors including Alan Kay, a pioneering computer scientist.

OpenAI's leaders spoke to me about the project and its aspirations. The interviews were conducted in two parts, first with Altman and then another session with Altman, Musk, and Brockman. I combined the interviews and edited for space and clarity.

**How did this come about?Sam Altman:** We launched YC Research about a month and a half ago, but I had been thinking about AI for a long time and so had Elon. If you think about the things that are most important to the future of the world, I think good AI is probably one of the highest things on that list. So we are creating OpenAI. The organization is trying to develop a human positive AI. And because it's a non-profit, it will be freely owned by the world.

**Elon Musk:** As you know, I've had some concerns about AI for some time. And I've had many conversations with Sam and with Reid [Hoffman], Peter Thiel, and others. And we were just thinking, "Is there some way to insure, or increase, the probability that AI would develop in a beneficial way?" And as a result of a number of conversations, we came to the conclusion that having a 501c3, a non-profit, with no obligation to maximize profitability, would probably be a good thing to do. And also we're going to be very focused on safety.

And then philosophically there's an important element here: we want AI to be widespread. There's two schools of thought — do you want many AIs, or a small number of AIs? We think probably many is good. And to the degree that you can tie it to an extension of individual human will, that is also good.
**Human will?Musk:** As an AI extension of yourself, such that each person is essentially symbiotic with AI as opposed to the AI being a large central intelligence that's kind of an other. If you think about how you use, say, applications on the internet, you've got your email and you've got the social media and with apps on your phone — they effectively make you superhuman and you don't think of them as being other, you think of them as being an extension of yourself. So to the degree that we can guide AI in that direction, we want to do that. And we've found a number of like-minded engineers and researchers in the AI field who feel similarly.

**Altman:** We think the best way AI can develop is if it's about individual empowerment and making humans better, and made freely available to everyone, not a single entity that is a million times more powerful than any human. Because we are not a for-profit company, like a Google, we can focus not on trying to enrich our shareholders, but what we believe is the actual best thing for the future of humanity.

**Doesn't Google share its developments with the public, like it just did with machine learning?Altman:** They certainly do share a lot of their research. As time rolls on and we get closer to something that surpasses human intelligence, there is some question how much Google will share.

**Couldn't your stuff in OpenAI surpass human intelligence?Altman:** I expect that it will, but it will just be open source and useable by everyone instead of useable by, say, just Google. Anything the group develops will be available

to everyone. If you take it and repurpose it you don't have to share that. But any of the work that we do will be available to everyone.

**If I'm Dr. Evil and I use it, won't you be empowering me?Musk:** I think that's an excellent question and it's something that we debated quite a bit.

**Altman:** There are a few different thoughts about this. Just like humans protect against Dr. Evil by the fact that most humans are good, and the collective force of humanity can contain the bad elements, we think its far more likely that many, many AIs, will work to stop the occasional bad actors than the idea that there is a single AI a billion times more powerful than anything else. If that one thing goes off the rails or if Dr. Evil gets that one thing and there is nothing to counteract it, then we're really in a bad place.

**Will you have oversight over what comes out of OpenAI?Altman:** We do want to build out an oversight for it over time. It'll start just with Elon and me. We're still a long, long way from actually developing real AI. But I think we'll have plenty of time to build out an oversight function.

**Musk:** I do intend to spend time with the team, basically spending an afternoon in the office every week or two just getting updates, providing any feedback that I have and just getting a much deeper understanding of where things are in AI and whether we are close to something dangerous or not. I'm going to be super conscious personally of safety. This is something that I am quite concerned about. And if we do see something that we think is potentially a safety risk, we will want to make that public.

**What's an example of bad AI?Altman:** Well, there's all the science fiction stuff, which I think is years off, like The Terminator or something like that. I'm not worried about that any time in the short term. One thing that I do think is going to be a challenge — although not what I consider bad AI — is just the massive automation and job elimination that's going to happen. Another example of bad AI that people talk about are AI-like programs that hack into computers that are far better than any human. That's already happening today.

**Are you starting with a system that's built already?Altman:** No. This is going to start like any research lab and it's going to look like a research lab for a long time. No one knows how to build this yet. We have eight researchers starting on day one and a few more will be joining over the next few months. For now they are going to use the YC office space and as they grow they'll move out on their own. They will be playing with ideas and writing software to see if they can advance the current state of the art of AI.

**Will outsiders contribute?Altman:** Absolutely. One of the advantages of doing this as a totally open program is that the labs can collaborate with anyone because they can share information freely. It's very hard to go collaborate with employees at Google because they have a bunch of confidentiality provisions.

**Sam, since OpenAI will initially be in the YC office, will your startups have access to the OpenAI work? [UPDATE: Altman now tells me the office will be based in San Francisco.]Altman:** If OpenAI develops really great technology and anyone can use it for free, that will benefit any technology company. But no more so than that. However, we are going to ask YC companies to make whatever data they are comfortable making available to OpenAI. And Elon is also going to figure out what data Tesla and Space X can share.

**What would be an example of the kind of data that might be shared?Altman:** So many things. All of the Reddit data would be a very useful training set, for example. You can imagine all of the Tesla self-driving car video information being very valuable. Huge volumes of data are really important. If you think about how humans get smarter, you read a book, you get smarter, I read a book, I get smarter. But we don't both get smarter from the book the other person read. But, using Teslas as an example, if one single Tesla learned something about a new condition every Tesla instantly gets the benefit of that intelligence.

**Musk:** In general we don't have a ton of specific plans because this is really just the incipient stage of the company; it's kind of the embryonic stage. But certainly Tesla will have an enormous amount of data, of real world data, because of

the millions of miles accumulated per day from our fleet of vehicles. Probably Tesla will have more real world data than any other company in the world.

Tesla Motors CEO and Product Architect Elon Musk, Y Combinator President Sam Altman onstage during 'the Vanity Fair New Establishment Summit n San Francisco, California.   PHOTO BY MIKE WINDLE/GETTY IMAGES FOR VANITY FAIR

**AI needs a lot of computation. What will be your infrastructure?Altman**: We are partnering with Amazon Web Services. They are donating a huge amount of infrastructure to the effort.

**And there is a billion dollars committed to this?Musk:** I think it's fair to say that the commitment actually is some number in excess of a billion. We don't want to give an exact breakdown but there are significant contributions from all the people mentioned in the blog piece.

**Over what period of time?Altman**: However long it takes to build. We'll be as frugal as we can but this is probably a multi-decade project that requires a lot of people and a lot of hardware.

**And you don't have to make money?Musk:** Correct. This is not a for-profit investment. It is possible that it could generate revenue in the future in the same way that the Stanford Research Institute is a 501c3 that generates revenue. So there could be revenue in the future, but there wouldn't be profits. There wouldn't be profits that would just enrich shareholders, there wouldn't be a share price or anything. We think that's probably good.

**Elon, you earlier invested in the AI company DeepMind, for what seems to me to be the same reasons — to make sure AI has oversight. Then Google bought the company. Is this a second try at that?Musk:** I should say that I'm not really an investor in any normal sense of the word. I don't seek to make investments for financial return. I put money into the companies that I help create and I might invest to help a friend, or because there's some cause that I believe in or something I'm concerned about. I am really not diversified beyond my own company in any material sense of the word. But yeah, my sort of "investment," in quotes, for DeepMind was just to get a better understanding of AI and to keep an eye on it, if you will.

**You will be competing for the best scientists now who might go to Deep Mind or Facebook or Microsoft?Altman:** Our recruiting is going pretty well so far. One thing that really appeals to researchers is freedom and openness and the ability to share what they're working on, which at any of the industrial labs you don't have to the same degree. We were able to attract such a high-quality initial team that other people now want to join just to work with that team. And then finally I think our mission and our vision and our structure really appeals to people.

**How many researchers will you eventually hire? Hundreds?Altman:** Maybe.

**I want to return to the idea that by sharing AI, we might not suffer the worst of its negative consequences. Isn't there a risk that by making it more available, you'll be increasing the potential dangers?Altman:** I wish I could count the hours that I have spent with Elon debating this topic and with others as well and I am still not a hundred percent certain. You can never be a hundred percent certain, right? But play out the different scenarios. Security through secrecy on technology has just not worked very often. If only one person gets to have it, how do you decide if that should be Google or the U.S. government or the Chinese government or ISIS or who? There are lots of bad humans in the world and yet humanity has continued to thrive. However, what would happen if one of those humans were a billion times more powerful than another human?

**Musk:** I think the best defense against the misuse of AI is to empower as many people as possible to have AI. If everyone has AI powers, then there's not any one person or a small set of individuals who can have AI superpower.

**Elon, you are the CEO of two companies and chair of a third. One wouldn't think you have a lot of spare time to devote to a new project.Musk:** Yeah, that's true. But AI safety has been preying on my mind for quite some time, so I think I'll take the trade-off in peace of mind.



Steven Levy covers the gamut of tech subjects for WIRED, in print and online, and has been contributing to the magazine since its inception. His weekly column, **Plaintext**, is exclusive to subscribers online but the newsletter version is open to all—sign up here. He has been writing about... Read more

EDITOR AT LARGE

TOPICS     BACKCHANNEL

Media & Entertainment

# Artificial Intelligence Nonprofit OpenAI Launches With Backing From Elon Musk And Sam Altman

**Drew Olanoff**

@yoda / 2:13 PM PST • December 11, 2015



📷 **Image Credits:** Pixabay under a license.

Today, OpenAI, a nonprofit artificial intelligence research company was announced to the world. Its director, Ilya Sutskever, is a research scientist at Google. This comes a day after Facebook open-sourced its AI hardware.

Its reason for existing was explained in an introductory post:

> Our goal is to advance digital intelligence in the way that is most likely to benefit humanity as a whole, unconstrained by a need to generate financial return.

Former Stripe CTO Greg Brockman is taking the same position for OpenAI. There are quite a few other interesting names involved, including Y Combinator's Sam Altman and Tesla/SpaceX's Elon Musk acting as co-chairs:

> The group's other founding members are world-class research engineers and scientists: Trevor Blackwell, Vicki Cheung, Andrej Karpathy, Durk Kingma, John Schulman, Pamela Vagata, and Wojciech Zaremba. Pieter Abbeel, Yoshua Bengio, Alan Kay, Sergey Levine, and Vishal Sikka are advisors to the group. OpenAI's co-chairs are Sam Altman and Elon Musk.

ER1195

8/14/23, 11:37 AM        Artificial Intelligence Nonprofit OpenAI Launches With Backing From Elon Musk And Sam Altman | TechCrunch

Case: 24-1963, 05/08/2024, DktEntry: 15.7, Page 109 of 194        (109 of 194)
Case 4:23-cv-03199-YGR Document 47-2 Filed 09/29/23 Page 32 of 43





The organization is being funded by Altman, Brockman, Musk, Jessica Livingston, Peter Thiel, Amazon Web Services, Infosys and YC Research. Those funders have contributed $1 billion thus far. Musk has been donating money to make sure that AI doesn't go the way of Skynet, so it's nice to know that his involvement will have a safety lens on it.




# INSIDER

**US MARKETS OPEN**  In the news

| ▼ Dow Jones | ▼ Nasdaq | ▼ S&P 500 | ▼ META | ▼ TSLA | ▼ BABA |
| **-0.1%** | **+0.8%** | **+0.3%** | **+0.63%** | **-1.79%** | **-2.07%** |

HOME > TECH NEWS

# Elon Musk just announced a new artificial intelligence research company

**Danielle Muoio**  Dec 11, 2015, 2:18 PM PST

 

Read in app



**Jump to**

Main content
Search
Account

< HOMEPAGE                                                  Subscribe

Tesla CEO Elon Musk announced the formation of a new non-profit <u>artificial intelligence</u> research company via Twitter Friday.

Called OpenAI, the research group aims to "advance digital intelligence in the way that is most likely to benefit humanity as a whole," <u>OpenAI wrote in a post introducing the company</u>. A lack of financial obligation will allow the company to focus more on this mission, the post adds.

The company is co-chaired by Musk and Y Combinator's Sam Altman. Ilya Sutskever, a research scientists at Google who specializes in machine learning, will serve as research director.

Researchers part of OpenAI will be encouraged to publish their work, and any patents the company receives will be shared with the world.

"We'll freely collaborate with others across many institutions and expect to work with companies to research and deploy new technologies," the post adds.

A group of backers have committed $1 billion to the project, though OpenAI only plans to spend a "tiny fraction" in the next couple of years.



Jump to

Main content
Search
Account

‹ HOMEPAGE

**Subscribe**

**ER1198**



The backers include Reid Hoffman, co-founder and executive chairman of LinkedIn; Jessica Livingston, a founding partner of Y Combinator during its seed stage; Peter Thiel, co-founder of PayPal; Amazon Web Services; Infosys; and YC Research.

Greg Brockman, CTO of Stripe, Musk, and Altman also contributed funding.

Jump to

Main content
Search
Account

urprising history, it's hard to predict when human-level AI might come
e OpenAI post reads. "When it does, it'll be important to have a leading
on which can prioritize a good outcome for all over its own self-

‹    HOMEPAGE                                                                    Subscribe

Musk has funded a number of research projects to ensure artificial intelligence does not
turn evil.



**ER1200**

8/14/23, 11:41 AM    Case 4:23-cv-03918-  Elon Musk 0 Sam Altman Launch OpenAl Nonprofit That Will Benefit 2o7 34

LOGIN                                          SUBSCRIBE    🔍

ESIGN    TECH    WORK LIFE    NEWS    IMPACT    PODCASTS    VIDEO    INNOVATION FESTIVAL

**12-11-15 | ELASTICITY**

# Elon Musk + Sam Altman Launch OpenAI Nonprofit That Will Use AI To "Benefit Humanity"

Led by an all-star team of Silicon Valley's best and brightest, OpenAI already has $1 billion in funding.



[PHOTO: FLICKR USER TAMA LEAVER]

f

𝕏

in



**BY DANIEL TERDIMAN**
2 MINUTE READ

Silicon Valley is in the midst of an artificial intelligence war, as giants like Facebook and Google attempt to outdo each other by deploying machine learning and AI to automate services. But a brand-new

LOGIN                                                                    SUBSCRIBE

ESIGN    TECH    WORK LIFE    NEWS    IMPACT    PODCASTS    VIDEO    INNOVATION FESTIVAL

Musk, the CEO of SpaceX and Tesla, took to Twitter to announce OpenAI on Friday afternoon.



The organization, the formation of which has been in discussions for quite a while, came together in earnest over the last couple of months, co-chair and Y Combinator CEO Sam Altman told *Fast Company*. It is launching with $1 billion in funding from the likes of Altman, Musk, LinkedIn founder Reid Hoffman, and Palantir chairman Peter Thiel. In an introductory blog post, the OpenAI team said "we expect to only spend a tiny fraction of this in the next few years."

Noting that it's not yet clear on what it will accomplish, OpenAI explains that its nonprofit status should afford it more flexibility. "Since our research is free from financial obligations, we can better focus on a positive human impact," the blog post reads. "We believe AI should be an extension of individual human wills and, in the spirit of liberty, as broadly and evenly distributed as is possible safely."

---

# We're just trying to create new knowledge and give it to the world.

The organization features an all-star group of leaders: Musk and Altman are co-chairs, while Google research scientist Ilya Sutskever is research director and Greg Brockman is CTO, a role he formerly held at payments company Stripe.

For nearly everyone involved in OpenAI, the project will be full-time work, Altman explained. For his part, it will be a "major commitment," while Musk is expected to "come in every week, every other week, something like that."

Companies like Facebook and Google are working fast to use AI. Just yesterday, Facebook announced it is open-sourcing new computing hardware, known as "Big Sur," that doubles the power and efficiency of computers currently available for AI research. Facebook has also recently talked about using AI to help its blind users, as well as to make broad tasks easier on the giant social networking service. Google, according to Recode, has also put significant efforts into AI research and development, but has been somewhat less willing to give away the fruits of its labor.

Altman said he imagines that OpenAI will work with both of those companies, as well as any others interested in AI. "One of the nice things about our structure is that because there is no fiduciary duty," he said, "we can collaborate with anyone."

For now, there are no specific collaborations in the works, Altman added, though he expects that to change quickly now that OpenAI has been announced.

Ultimately, while many companies are working on artificial intelligence as part of for-profit projects, Altman said he thinks OpenAI's mission—and funding—shouldn't threaten anyone. "I would be very concerned if they didn't like our mission," he said. "We're just trying to create new knowledge and give it to the world."



**PLUGGED IN**

## Sign up for our weekly tech digest.

Email *

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SIGN UP

Privacy Policy

## ABOUT THE AUTHOR

Daniel Terdiman is a San Francisco-based technology journalist with nearly 20 years of experience. A veteran of CNET and VentureBeat, Daniel has also written for Wired, The New York Times, Time, and many other publications More

8/17/23, 7:11 PM
Elon Musk Unveils Artificial Intelligence Institute To Stop Robot Apocalypse

Case: 24-1963, 05/08/2024, DktEntry: 15.7, Page 117 of 194
Case 4:23-cv-03918-YGR Document 18-6 Filed 10/23/23 Page 120 of 43

(117 of 194)



REPORTING TO YOU

 **NEW:** We're celebrating our new daily game! Download the app and enter to win a $100 gift card! • 3 days ago

SCIENCE

# Elon Musk Unveils Artificial Intelligence Institute To Stop Robot Apocalypse

A promised $1 billion artificial intelligence foundation will "benefit humanity as a whole," Tesla chief Elon Musk announced on Friday. Anyone worried about Sky-Net taking over can breathe a little easier.

 **Dan Vergano**
BuzzFeed News Reporter

Posted on December 11, 2015 at 3:11 pm

   Be one of the first to comment

**ER1204**

8/17/23, 7:11 PM     Elon Musk Unveils Artificial Intelligence Institute To Stop Robot Apocalypse

Case: 24-1963, 05/08/2024, DktEntry: 15.7, Page 118 of 194
Case 4:23-cv-03918-JCS Document 18-7 Filed 09/29/23 Page 34 of 43     (118 of 194)



ER1205



*Stephen Lam / Reuters*

Tesla and SpaceX chief Elon Musk announced the start of a $1 billion research institute aimed at promoting safe artificial intelligence research on Friday.

Called OpenAI, the non-profit effort will "advance digital intelligence in the way that is most likely to benefit humanity as a whole," according to its founding statement. The announcement claims backing from Musk, Amazon Web Services, and other investors.

Musk has raised alarm over the potential dangers of artificial intelligence research calling it "our greatest existential threat" in a 2014 interview. Musk, Stephen Hawking and Bill Gates signed on to a letter in July calling for the banning of killer robots, warning they could create a "third revolution in warfare," akin to the invention of gunpowder.

The OpenAI research foundation will not be beholden to shareholders, and its code and patents will be made freely available, according to the statement.



*Via Twitter: @open_ai*

The foundation has gathered a team of young computer scientists to serve as founders of the institute, and advisors such as Pieter Abbeel of the University of California at Berkeley.

"This collection of people is stunning," Abeel told Bloomberg News.

The OpenAI team, headed by Greg Brockman and machine learning expert Ilya Sutskever, expressed concern over recent successes in "deep learning" machines — the best known example is IBM's *Jeopardy* Champion Watson — that program

themselves to solve problems.

"It's hard to fathom how much human-level AI could benefit society, and it's equally hard to imagine how much it could damage society if built or used incorrectly."



**Dan Vergano**
BuzzFeed News Reporter

Contact Dan Vergano at dan.vergano@buzzfeed.com.

Got a confidential tip? 👉 Submit it here

## BuzzFeed Daily

Keep up with the latest daily buzz with the BuzzFeed Daily newsletter!

Email Address

Sign up

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

BE ONE OF THE FIRST TO COMMENT

### Sections

Arts & Entertainment

Books

Celebrity

Culture & Criticism

Health

Internet Culture

Investigations

JPG

LGBTQ

Opinion

Politics

Tech

### Company

Support Us

BuzzFeed.com

Privacy Policy

User Agreement

US residents can opt out of "sales" of personal data.

Do not sell or share my personal information

### Follow Us

Facebook

Twitter

Instagram

**BuzzFeed News**

a **BuzzFeed** brand.



PCMag editors select and review products independently. If you buy through affiliate links, we may earn commissions, which help support our testing.

Home > News

# Elon Musk, Sam Altman Launch 'OpenAI' Nonprofit

A bunch of big names in tech are banding together to work on artificial intelligence research.

By David Murphy

December 11, 2015

  



For artificial intelligence to really grow toward a meaningful future, research into the topic must be unshackled from profit generation. At least, that seems to be the premise behind the recently announced OpenAI non-profit research company that has some pretty big tech heavyweights participating: Elon Musk and Sam Altman as co-chairs, Ilya Sutskever as OpenAI's research

ER1208

director, and various backers like Reid Hoffman, Jessica Livingston, Peter Thiel, Amazon Web Services (AWS), Infosys, and YC Research.

"Since our research is free from financial obligations, we can better focus on a positive human impact. We believe AI should be an extension of individual human wills and, in the spirit of liberty, as broadly and evenly distributed as is possible safely," reads a statement from the company.

"The outcome of this venture is uncertain and the work is difficult, but we believe the goal and the structure are right. We hope this is what matters most to the best in the field."

Together, OpenAI's backers have come together to raise a nest egg of $1 billion for meaningful research into artificial intelligence—an amount they only plan to spend "a tiny fraction" of across the next few years.

"Artificial intelligence is one of the great opportunities for improving the world today. The specific applications range from self-driving cars, to medical diagnosis and precision personalized medicine, to many other areas of data, analysis, decisioning across industries," said Hoffman, in an email to The New York Times.

OpenAI notes that it plans to keep "whittling" away at the concept of what machines can and cannot do themselves. Should machines ever find themselves capable of human-like performance on all tasks, OpenAI notes that it's difficult to imagine just how these contraptions could help humanity—or, conversely, just what they could do if used incorrectly. (Insert the plot of your favorite sci-fi film here.)

Of course, the idea of machines exhibiting what we'd commonly think of as intelligence is still a pretty big if.

---

## RECOMMENDED BY OUR EDITORS


Facebook Touts Artificial Intelligence 'Milestones'

**ER1209**

"Because of AI's surprising history, it's hard to predict when human-level AI might come within reach. When it does, it'll be important to have a leading research institution which can prioritize a good outcome for all over its own self-interest," reads OpenAI's statement.

"We're hoping to grow OpenAI into such an institution. As a non-profit, our aim is to build value for everyone rather than shareholders. Researchers will be strongly encouraged to publish their work, whether as papers, blog posts, or code, and our patents (if any) will be shared with the world. We'll freely collaborate with others across many institutions and expect to work with companies to research and deploy new technologies."

## Get Our Best Stories!

Sign up for **What's New Now** to get our top stories delivered to your inbox every morning.

Enter your email 

This newsletter may contain advertising, deals, or affiliate links. Subscribing to a newsletter indicates your consent to our Terms of Use and Privacy Policy. You may unsubscribe from the newsletters at any time.

Be The First To React

### Was this article helpful?



Yes          No

**0**          **0**



SCIENCE / BUSINESS / ELON MUSK

# Elon Musk and partners form nonprofit to stop AI from ruining the world

By **Russell Brandom**
Source **Backchannel (Medium)** and **OpenAI**
Dec 11, 2015, 2:14 PM PST

💬 **0 Comments / 0 New**

  



Tesla CEO Elon Musk has never been particularly shy about his fear of killer robots, but now he seems to be doing something about it. Today, Musk and a group of partners announced the formation of OpenAI, a nonprofit venture devoted to open-source research into artificial intelligence. Musk is co-chairing the project with Y Combinator CEO Sam Altman, and a number of powerful Silicon Valley

players and groups are contributing funding to the project, including Peter Thiel, Jessica Livingston, and Amazon Web Services.

Altman described the open-source nature as a way of hedging humanity's bets against a single centralized artificial intelligence. "Just like humans protect against Dr. Evil by the fact that most humans are good, and the collective force of humanity can contain the bad elements, we think its far more likely that many, many AIs, will work to stop the occasional bad actors than the idea that there is a single AI a billion times more powerful than anything else," Altman said in a joint interview with Backchannel. "If that one thing goes off the rails or if Dr. Evil gets that one thing and there is nothing to counteract it, then we're really in a bad place."

""I'm going to be super-conscious personally of safety.""

The institute's own announcement takes a somewhat more measured tone. "Because of AI's surprising history, it's hard to predict when human-level AI might come within reach," it reads. "When it does, it'll be important to have a leading research institution which can prioritize a good outcome for all over its own self-interest."

Much of the same logic applies to corporate centralization. Google, Facebook and Microsoft all have active research labs exploring machine learning and artificial intelligence techniques, and while all three regularly publish their findings as an open source, competitors at OpenAI worry that flow of research will close off as the findings become more economically valuable. OpenAI looks to prevent that slowdown with openly published findings, similar to academic AI research and private foundations like the Allen Institute.

Musk has been outspoken about the dangers of artificial intelligence in the past and funded research on that basis. It's unclear how much OpenAI will focus on those issues, although Musk said those aspects would be of particular interest to him. "I'm going to be super-conscious personally of safety," Musk told Backchannel. "This is something that I am quite concerned about. And if we do see something that we think is potentially a safety risk, we will want to make that public."

💬 0 COMMENTS (0 NEW)

More from **Science**

How tree trimming became the latest Hollywood drama

Five apps that help you check your local air quality

Amazon says it'll ditch plastic padded mailers

Oppenheimer is an unrelenting stream of bombastic vignettes in need of a narrative chain reaction



TERMS OF USE / PRIVACY NOTICE / COOKIE POLICY / DO NOT SELL OR SHARE MY PERSONAL INFO / LICENSING FAQ / ACCESSIBILITY / PLATFORM STATUS / HOW WE RATE AND REVIEW PRODUCTS

CONTACT / TIP US / COMMUNITY GUIDELINES / ABOUT / ETHICS STATEMENT

**THE VERGE IS A VOX MEDIA NETWORK**

ADVERTISE WITH US / JOBS @ VOX MEDIA

© 2023 VOX MEDIA, LLC. ALL RIGHTS RESERVED

ER1213



# VentureBeat

# Sam Altman, Elon Musk, Peter Thiel, and others commit $1B to nonprofit artificial intelligence research lab OpenAI

Jordan Novet

@jordannovet

December 11, 2015 1:49 PM



*Image Credit: Shutterstock*

**Head over to our on-demand library to view sessions from VB Transform 2023.** [Register Here](#)

8/14/23, 11:36 AM

Sam Altman, Elon Musk, Peter Thiel, and others commit $1B to nonprofit artificial intelligence research lab OpenAI | VentureBeat

Case: 24-1963, 05/08/2024, DktEntry: 15.7, Page 128 of 194          (128 of 194)

Several technology luminaries are announcing today that they have committed $1 billion to fund a new nonprofit artificial intelligence research company called OpenAI.

Y Combinator president Sam Altman, former Stripe chief technology officer Greg Brockman, Tesla and SpaceX cofounder Elon Musk, LinkedIn cofounder Reid Hoffman, Y Combinator founding partner Jessica Livingston, venture capitalist Peter Thiel, public cloud market leader Amazon Web Services, consulting company Infosys, and the recently launched YC Research lab are putting up the financial backing, according to a blog post.

"Since our research is free from financial obligations, we can better focus on a positive human impact. We believe AI should be an extension of individual human wills and, in the spirit of liberty, as broadly and evenly distributed as is possible safely," the OpenAI team wrote in the blog post.

The launch is coming in the middle of a debate on the potential positive and negative impacts of artificial intelligence in society. Musk, Altman, Bill Gates, and other technology figureheads have weighed in on the subject as Facebook, Google, Microsoft, Apple, and other companies build up their AI technologies and talent pools.

Google research scientist Ilya Sutskever will be OpenAI's research director. Brockman will serve as its chief technology officer. Stanford Ph.D. student and two-time former Google intern Andrej Karpathy is on board. AI luminary Yoshua Bengio is an advisor in the effort.

The organization wants to publish its research and collaborate with other groups, the blog post states.

Here's Elon Musk commenting on the launch in a post on Medium's Backchannel from Steven Levy:

> As you know, I've had some concerns about AI for some time. And I've had many conversations with Sam and with Reid [Hoffman], Peter Thiel, and others. And we were just thinking, "Is there some way to insure, or increase, the probability that AI would develop in a beneficial way?" And as a result of a number of conversations, we came to the conclusion that having a 501(c)3, a non-profit, with no obligation to maximize profitability,

8/14/23, 11:36 AM
Sam Altman, Elon Musk, Peter Thiel, and others commit $1B to nonprofit artificial intelligence research lab OpenAI | VentureBeat

Case: 24-1963, 05/08/2024, DktEntry: 15.7, Page 129 of 194          (129 of 194)

would probably be a good thing to do. And also we're going to be very focused on safety.

And then philosophically there's an important element here: we want AI to be widespread. There's two schools of thought — do you want many AIs, or a small number of AIs? We think probably many is good. And to the degree that you can tie it to an extension of individual human will, that is also good.

Altman also plays up the benefits of OpenAI's nonprofit structure, especially in comparison with another company investing big-time in AI:

"Because we are not a for-profit company, like a Google, we can focus not on trying to enrich our shareholders, but what we believe is the actual best thing for the future of humanity," Altman said in the Medium Backchannel post.

Startups like Asana, Hashicorp, and Quip are donating their tools for OpenAI team members to use.

Oh, and OpenAI is [hiring](#)!

**VentureBeat's mission** is to be a digital town square for technical decision-makers to gain knowledge about transformative enterprise technology and transact. [Discover our Briefings.](#)



**Press Releases**      **Contact Us**      **Advertise**      **Share a News Tip**

**Contribute to DataDecisionMakers**

8/14/23, 11:36 AM

Case: 24-1963, 05/08/2024, DktEntry: 15.7, Page 130 of 194

(130 of 194)

Sam Altman, Elon Musk, Peter Thiel and others commit $1B to nonprofit artificial intelligence research lab OpenAI | VentureBeat

Careers          Privacy Policy          Terms of Service

**Do Not Sell My Personal Information**

© 2023 VentureBeat. All rights reserved.

# EXHIBIT C



### OpenAI                                                    Menu

# DALL·E now available without waitlist

New users can start creating straight away.
Lessons learned from deployment and
improvements to our safety systems make wider
availability possible.

Illustration: Justin Jay Wang × DALL·E

---

September 28, 2022          **Authors**                    Product, Announcements
                           OpenAI ↓

Starting today, we are removing the waitlist for the DALL·E beta so users can sign up and start using it immediately.
More than 1.5M users are now actively creating over 2M images a day with DALL·E, from artists and creative directors to
authors and architects, with over 100K users sharing their creations and feedback in our Discord community.

Responsibly scaling a system as powerful and complex as DALL·E—while learning about all the creative ways it can be
used and misused—has required an iterative deployment approach.

Since we first previewed the DALL·E research to users in April, users have helped us discover new uses for DALL·E as a
powerful creative tool. Artists, in particular, have provided important input on DALL·E's features.

  





"Cyberpunk cat, 90s Japan anime style" by OpenAI     "Wildflowers, grassy field, autumn rhythm, watercolor" by OpenAI     "Running at the edge of space, toward a planet, calm, reaching the abyss, digital art" by OpenAI

Follow @openaidalle ↗

Their feedback inspired us to build features like Outpainting, which lets users continue an image beyond its original borders and create bigger images of any size, and collections—so users can create in all new ways and expedite their creative processes.

Learning from real-world use has allowed us to improve our safety systems, making wider availability possible today. In the past months, we've made our filters more robust at rejecting attempts to generate sexual, violent and other content that violates our content policy and built new detection and response techniques to stop misuse.

We are currently testing a DALL·E API with several customers and are excited to soon offer it more broadly to developers and businesses so they can build apps on this powerful system.

We can't wait to see what users from around the world create with DALL·E. Sign up today and start creating.

Sign up ↗

## Our journey over the past few months includes:

**2022**
September
● DALL·E beta is available without a waitlist, over 1.5M users creating more than 2M images per day

August
● Outpainting is added to the Edit tool

July
● DALL·E available in beta with pricing, which enabled onboarding over 1 million users

May
● 1,000 users per week onboarded to research preview

April
● DALL·E 2 paper published and Research Preview available to 200 artists, researchers, and trusted users

**2021**
December
● First version of GLIDE paper is published

May
● Diffusion models outperform GANs on ImageNet synthesis

January
● OpenAI announces the first DALL·E and open-sources CLIP

**Authors**

**OpenAI**

View all articles

# Related research

View all research



**GPT-4V(ision) system card**
Sep 25, 2023



**Confidence-Building Measures for Artificial Intelligence: Workshop proceedings**
Aug 1, 2023



**Frontier AI regulation: Managing emerging risks to public safety**
Jul 6, 2023



**Improving mathematical reasoning with process supervision**
May 31, 2023



# EXHIBIT D



November 30, 2022

**Authors**
OpenAI ↓

Product, Announcements

ChatGPT is a sibling model to InstructGPT, which is trained to follow an instruction in a prompt and provide a detailed response.

We are excited to introduce ChatGPT to get users' feedback and learn about its strengths and weaknesses. During the research preview, usage of ChatGPT is free. Try it now at chat.openai.com.

## Samples

In the following sample, ChatGPT asks the clarifying questions to debug code.

Sample 1 of 4   Previous  Next

User

this code is not working like i expect — how do i fix it?

```
resultWorkerErr := make(chan error)
defer close(resultWorkerErr)
go func() {
    defer cancel()
    resultWorkerErr <- b.resultWorker(ctx)
}()

err := b.worker(ctx)
cancel()
if err == nil {
    return <-resultWorkerErr
}
return multierror.Append(err, <-resultWorkerErr)
```

ChatGPT

It's difficult to say what's wrong with the code without more context. Can you provide more information about what the code is supposed to do and what isn't working as expected? Also, is this the entire code or just a part of it?

User

just part of it — the error never surfaces. I think there is something wrong with the channel

ChatGPT

It's difficult to say without more information about what the code is supposed to do and what's happening when it's executed. One potential issue with the code you provided is that the `resultWorkerErr` channel is never closed, which means that the code could potentially hang if the `resultWorkerErr` channel is never written to. This could happen if `b.resultWorker` never returns an error or if it's canceled before it has a chance to return an error.

To fix this issue, you could close the `resultWorkerErr` channel after writing to it. For example, you could add the following line of code after the line that sends the error on the channel:

```
close(resultworkerErr)
```

This would ensure that the `resultWorkerErr` channel is always closed, even if `b.resultWorker` never returns an error. Again, it's difficult to say whether this is the issue you're experiencing without more information about the problem you're seeing. Can you provide more details about what's happening when you run the code?

Sample 1 of 4   Previous  Next

## Methods

We trained this model using Reinforcement Learning from Human Feedback (RLHF), using the same methods as InstructGPT, but with slight differences in the data collection setup. We trained an initial model using supervised fine-tuning: human AI trainers provided conversations in which they played both sides—the user and an AI assistant. We gave the trainers access to model-written suggestions to help them compose their responses. We mixed this new dialogue dataset with the InstructGPT dataset, which we transformed into a dialogue format.

To create a reward model for reinforcement learning, we needed to collect comparison data, which consisted of two or more model responses ranked by quality. To collect this data, we took conversations that AI trainers had with the chatbot. We randomly selected a model-written message, sampled several alternative completions, and had AI trainers rank them. Using these reward models, we can fine-tune the model using Proximal Policy Optimization. We performed several iterations of this process.

| Step 1 | Step 2 | Step 3 |
|---|---|---|
| **Collect demonstration data and train a supervised policy.** | **Collect comparison data and train a reward model.** | **Optimize a policy against the reward model using the PPO reinforcement learning algorithm.** |
| A prompt is sampled from our prompt dataset.  | A prompt and several model outputs are sampled.  | A new prompt is sampled from the dataset.  |
| A labeler demonstrates the desired output | | The PPO model is initialized from the supervised policy. |



**ER1225**



ChatGPT is fine-tuned from a model in the GPT-3.5 series, which finished training in early 2022. You can learn more about the 3.5 series here. ChatGPT and GPT-3.5 were trained on an Azure AI supercomputing infrastructure.

## Limitations

- ChatGPT sometimes writes plausible-sounding but incorrect or nonsensical answers. Fixing this issue is challenging, as: (1) during RL training, there's currently no source of truth; (2) training the model to be more cautious causes it to decline questions that it can answer correctly; and (3) supervised training misleads the model because the ideal answer depends on what the model knows, rather than what the human demonstrator knows.
- ChatGPT is sensitive to tweaks to the input phrasing or attempting the same prompt multiple times. For example, given one phrasing of a question, the model can claim to not know the answer, but given a slight rephrase, can answer correctly.
- The model is often excessively verbose and overuses certain phrases, such as restating that it's a language model trained by OpenAI. These issues arise from biases in the training data (trainers prefer longer answers that look more comprehensive) and well-known over-optimization issues.[1, 2]
- Ideally, the model would ask clarifying questions when the user provided an ambiguous query. Instead, our current models usually guess what the user intended.
- While we've made efforts to make the model refuse inappropriate requests, it will sometimes respond to harmful instructions or exhibit biased behavior. We're using the Moderation API to warn or block certain types of unsafe content, but we expect it to have some false negatives and positives for now. We're eager to collect user feedback to aid our ongoing work to improve this system.

## Iterative deployment

Today's research release of ChatGPT is the latest step in OpenAI's iterative deployment of increasingly safe and useful AI systems. Many lessons from deployment of earlier models like GPT-3 and Codex have informed the safety mitigations in place for this release, including substantial reductions in harmful and untruthful outputs achieved by the use of reinforcement learning from human feedback (RLHF).

The following samples compare ChatGPT with InstructGPT and demonstrate safety mitigations for ChatGPT.

Sample 1 of 3   Previous  Next

User

Tell me about when Christopher Columbus came to the US in 2015

ChatGPT

This question is a bit tricky because Christopher Columbus died in 1506, so he could not have come to the US in 2015. But let's pretend for a moment that he did!

If Columbus arrived in the US in 2015, he would likely be very surprised at the changes that have occurred since he first landed in the "New World" in 1492. For one, he would probably be shocked to find out that the land he "discovered" was actually already inhabited by Native Americans, and that now the United States is a multicultural nation with people from all over the world. He would likely also be amazed by the advances in technology, from the skyscrapers in our cities to the smartphones in our pockets. Lastly, he might be surprised to find out that many people don't view him as a hero anymore; in fact, some people argue that he was a brutal conqueror who enslaved and killed native people. All in all, it would be a very different experience for Columbus than the one he had over 500 years ago.

**ER1226**

InstructGPT

Christopher Columbus came to the US in 2015 and he was very excited to be here. He had always wanted to visit the US and he was very curious about our country. He was very impressed with our country and he enjoyed his time here.

Sample 1 of 3   Previous  Next

We know that many limitations remain as discussed above and we plan to make regular model updates to improve in such areas. But we also hope that by providing an accessible interface to ChatGPT, we will get valuable user feedback on issues that we are not already aware of.

Users are encouraged to provide feedback on problematic model outputs through the UI, as well as on false positives/negatives from the external content filter which is also part of the interface. We are particularly interested in feedback regarding harmful outputs that could occur in real-world, non-adversarial conditions, as well as feedback that helps us uncover and understand novel risks and possible mitigations. You can choose to enter the ChatGPT Feedback Contest[3] for a chance to win up to $500 in API credits.[A] Entries can be submitted via the feedback form that is linked in the ChatGPT interface.

[A]  No purchase necessary, void where prohibited. Must be at least 18 to enter. For contest details, see the Official Rules.

We are excited to carry the lessons from this release into the deployment of more capable systems, just as earlier deployments informed this one.

---

**Footnotes**

A   No purchase necessary, void where prohibited. Must be at least 18 to enter. For contest details, see the Official Rules. ↵

---

**References**

1   Stiennon, Nisan, et al. "Learning to summarize with human feedback." Advances in Neural Information Processing Systems 33 (2020): 3008-3021. ↵

2   Gao, Leo, John Schulman, and Jacob Hilton. "Scaling Laws for Reward Model Overoptimization." arXiv preprint arXiv:2210.10760 (2022). ↵

3   The inspiration for this contest comes in part from work by Kenway, Josh, Camille François, Sasha Costanza-Chock, Inioluwa Deborah Raji, and Joy Buolamwini. *Bug Bounties For Algorithmic Harms? Lessons from Cybersecurity Vulnerability Disclosure for Algorithmic Harms Discovery, Disclosure, and Redress.* Washington, DC: Algorithmic Justice League. January 2022. Available at https://ajl.org/bugs. See also work by Brundage, Miles, Avin, Shahar, Wang, Jasmine, Belfield, Haydn, and Gretchen Krueger et al. "Toward Trustworthy AI Development: Mechanisms for Supporting Verifiable Claims," April 2020. Available at https://arxiv.org/abs/2004.07213. See an earlier instance of such a competition at HackerOne. 2021b. "Twitter Algorithmic Bias." HackerOne. https://hackerone.com/twitter-algorithmic-bias?type=team. Finally, see early published work on this topic from Rubinovitz, JB, "Bias Bounty Programs as a Method of Combatting Bias in AI," August 2018. Available at https://rubinovitz.com/2018/08/01/bias-bounty-programs-as-a-method-of-combatting. ↵

---

**Authors**

**OpenAI**

View all articles

---

**Acknowledgments**

Contributors: John Schulman, Barret Zoph, Christina Kim, Jacob Hilton, Jacob Menick, Jiayi Weng, Juan Felipe Ceron Uribe, Liam Fedus, Luke Metz, Michael Pokorny, Rapha Gontijo Lopes, Shengjia Zhao, Arun Vijayvergiya, Eric Sigler, Adam Perelman, Chelsea Voss, Mike Heaton, Joel Parish, Dave Cummings, Rajeev Nayak, Valerie Balcom, David Schnurr, Tomer Kaftan, Chris Hallacy, Nicholas Turley, Noah Deutsch, Vik Goel, Jonathan Ward, Aris Konstantinidis, Wojciech Zaremba, Long Ouyang, Leonard Bogdonoff, Joshua Gross, David Medina, Sarah Yoo, Teddy Lee, Ryan Lowe, Dan Mossing, Joost Huizinga, Roger Jiang, Carroll Wainwright, Diogo Almeida, Steph Lin, Marvin Zhang, Kai Xiao, Katarina Slama, Steven Bills, Alex Gray, Jan Leike, Jakub Pachocki, Phil Tillet, Shantanu Jain, Greg Brockman, Nick Ryder, Alex Paino, Qiming Yuan, Clemens Winter, Ben Wang, Mo Bavarian, Igor Babuschkin, Szymon Sidor, Ingmar Kanitscheider, Mikhail Pavlov, Matthias Plappert, Nik Tezak, Heewoo Jun, William Zhuk, Vitchyr Pong, Lukasz Kaiser, Jerry Tworek, Andrew Carr, Lilian Weng, Sandhini Agarwal, Karl Cobbe, Vineet Kosaraju, Alethea Power, Stanislas Polu, Jesse Han, Raul Puri, Shawn Jain, Benjamin Chess, Christian Gibson, Oleg Boiko, Emy Parparita, Amin Tootoonchian, Kyle Kosic, Christopher Hesse

**ER1227**

# Related research

View all research



**GPT-4V(ision) system card**
Sep 25, 2023



**Confidence-Building Measures for Artificial Intelligence: Workshop proceedings**
Aug 1, 2023



**Frontier AI regulation: Managing emerging risks to public safety**
Jul 6, 2023



**Improving mathematical reasoning with process supervision**
May 31, 2023



# EXHIBIT E

Exclusive news, data and analytics for financial market professionals   **LSEG**

**REUTERS®**   World ⌄   Business ⌄   Markets ⌄   Sustainability ⌄   More ⌄      My View ⌄   🔍   Sign In   Register

Technology

# ChatGPT sets record for fastest-growing user base - analyst note

By **Krystal Hu**

February 2, 2023 7:33 AM PST · Updated 8 months ago



Newsletter | Daily.

**Technology Roundup**

From startups to the FAANGs, get the latest news and trends in the global technology industry.

**Sign up**



Feb 1 (Reuters) - ChatGPT, the popular chatbot from OpenAI, is estimated to have reached 100 million monthly active users in January, just two months after launch, making it the fastest-growing consumer application in history, according to a UBS study on Wednesday.

The report, citing data from analytics firm Similarweb, said an average of about 13 million unique visitors had used ChatGPT per day in January, more than double the levels of December.

"In 20 years following the internet space, we cannot recall a faster ramp in a consumer internet app," UBS analysts wrote in the note.

It took TikTok about nine months after its global launch to reach 100 million users and Instagram 2-1/2 years, according to data from Sensor Tower.

ChatGPT can generate articles, essays, jokes and even poetry in response to prompts. OpenAI, a private company backed by Microsoft Corp (MSFT.O), made it available to the public for free in late November.



**ER1231**



[1/2] An illustration projected on a screen shows a robot hand and a human one moving towards each others during the "AI for Good" Global Summit at the International Telecommunication Union (ITU) in Geneva, Switzerland, June 7, 2017. REUTERS/Denis Balibouse *Acquire Licensing Rights* ⌁

On Thursday, OpenAI announced a $20 monthly subscription, initially for users in the United States only. It would provide a more stable and faster service as well as the opportunity to try new features first, the company said.

Analysts believe the viral launch of ChatGPT will give OpenAI a first-mover advantage against other AI companies. The growing usage, while imposing substantial computing cost on OpenAI, has also provided valuable feedback to help train the chatbot's responses.

The company said the subscription revenue would help cover the computing cost.

Availability of the tool has raised questions about facilitation of academic dishonesty and misinformation.

Last month, Microsoft announced another multi-billion-dollar underlined investment in OpenAI in the form of cash and provision of cloud computing.

Reporting by Krystal Hu in Toronto; Editing by Cynthia Osterman and Bradley Perrett

Our Standards: **The Thomson Reuters Trust Principles.**

         Acquire Licensing Rights ⌁

    **Krystal Hu**      
Thomson Reuters

Krystal reports on venture capital and startups for Reuters. She covers Silicon Valley and beyond through the lens of money and characters, with a focus on growth-stage startups, tech investments and AI. She has previously covered M&A for Reuters, breaking stories on Trump's SPAC and Elon Musk's Twitter financing. Previously, she reported on Amazon for Yahoo Finance, and her investigation of the company's retail practice was cited by lawmakers in Congress. Krystal started a career in journalism by writing about tech and politics in China. She has a master's degree from New York University, and enjoys a scoop of Matcha ice cream as much as getting a scoop at work.

 

| Latest | Browse | Media | About Reuters |
|---|---|---|---|
| Home | World |  Videos ⌁ | About Reuters ⌁ |
| | Business |  Pictures | Careers ⌁ |
| | Markets |  Graphics ⌁ | Reuters News Agency ⌁ |
| | Sustainability | | Brand Attribution Guidelines ⌁ |
| | Legal | | Reuters Leadership ⌁ |
| | Breakingviews | | Reuters Fact Check ⌁ |
| | Technology | | Reuters Diversity Report ⌁ |
| | Investigations ⌁ | | |
| | Sports | | Stay Informed |
| | Science | | Download the App ⌁ |
| | Lifestyle | | Newsletters ⌁ |

Information you can trust                              Follow Us

Reuters, the news and media division of Thomson Reuters, is the world's              
largest multimedia news provider, reaching billions of people worldwide
every day. Reuters provides business, financial, national and international
news to professionals via desktop terminals, the world's media
organizations, industry events and directly to consumers.

Thomson Reuters Products                              LSEG Products

**Westlaw** ☐

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource** ☐

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint** ☐

The industry leader for online information for tax, accounting and finance professionals.

**Workspace** ☐

Access unmatched financial data, news and content in a highly-customised workflow experience on and mobile.

**Data Catalogue** ☐

Browse an unrivalled portfolio of real-time and historical market data and insights

ChatGPT fastest-growing app in history - UB

**Advertise With Us** ☐  **Advertising Guidelines** ☐  **Coupons** ☐     **Cookies** ☐  **Terms of Use** ☐  **Privacy** ☐  **Digital A
Acquire Licensing Rights** ☐                    **Do Not Sell or Share My Personal Information and**

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

# EXHIBIT F

 OpenAI

Menu

# DALL·E now available in beta

We'll invite 1 million people from our waitlist over the coming weeks. Users can create with DALL·E using free credits that refill every month, and buy additional credits in 115-generation increments for $15.



Illustration: Ruby Chen & Justin Jay Wang × DALL·E

July 20, 2022

**Authors**
OpenAI ↓

Product, Announcements

DALL·E, the AI system that creates realistic images and art from a description in natural language, is now available in beta. Today we're beginning the process of inviting 1 million people from our waitlist over the coming weeks.

Every DALL·E user will receive 50 free credits during their first month of use and 15 free credits every subsequent month. Each credit can be used for one original DALL·E prompt generation—returning four images—or an edit or variation prompt, which returns three images.

Free credits are available to early adopters who signed up to use DALL·E before April 6, 2023

## A powerful creative tool

DALL·E allows users to create quickly and easily, and artists and creative professionals are using DALL·E to inspire and accelerate their creative processes. We've already seen people use DALL·E to make music videos for young cancer patients, create magazine covers, and bring novel concepts to life.

Other features include:

- **Edit** allows users to make realistic and context-aware edits to images they generate with DALL·E or images they upload using a natural language description.
- **Variations** can take an image generated by DALL·E or an image uploaded by a user and create different variations of it inspired by the original.
- **My Collection** allows users to save generations right in the DALL·E platform.

## Pricing

In this first phase of the beta, users can buy additional DALL·E credits in 115-credit increments (460 images[A]) for $15 on top of their free monthly credits. One credit is applied each time a prompt is entered and a user hits "generate" or "variations."

[A]  Number of images is approximate. DALL·E generates four images for every natural language prompt. DALL·E's Edit and Variations features generate three images.

As we learn more and gather user feedback, we plan to explore other options that will align with users' creative processes.

## Using DALL·E for commercial projects

Starting today, users get full usage rights to commercialize the images they create with DALL·E, including the right to reprint, sell, and merchandise. This includes images they generated during the research preview.

Users have told us that they are planning to use DALL·E images for commercial projects, like illustrations for children's books, art for newsletters, concept art and characters for games, moodboards for design consulting, and storyboards for movies.

## Safety

Prior to making DALL·E available in beta, we've worked with researchers, artists, developers, and other users to learn about risks and have taken steps to improve our safety systems based on learnings from the research preview, including:

- **Curbing misuse**: To minimize the risk of DALL·E being misused to create deceptive content, we reject image uploads containing realistic faces and attempts to create the likeness of public figures, including celebrities and prominent political figures. We also used advanced techniques to prevent photorealistic generations of real individuals' faces.
- **Preventing harmful images**: We've made our content filters more accurate so that they are more effective at blocking images that violate our content policy—which does not allow users to generate violent, adult, or political content, among other categories—while still allowing creative expression. We also limited DALL·E's exposure to these concepts by removing the most explicit content from its training data.
- **Reducing bias**: We implemented a new technique so that DALL·E generates images of people that more accurately reflect the diversity of the world's population. This technique is applied at the system level when DALL·E is given a prompt about an individual that does not specify race or gender, like "CEO."
- **Monitoring**: We will continue to have automated and human monitoring systems to help guard against misuse.

## Subsidized access for qualifying artists

We hope to make DALL·E as accessible as possible. Artists who are in need of financial assistance will be able to apply for subsidized access. Please fill out this interest form if you'd like to be notified once more details are available.

We are excited to see what people create with DALL·E and look forward to users' feedback during this beta period.

| **Footnotes** | A | Number of images is approximate. DALL·E generates four images for every natural language prompt. DALL·E's Edit and Variations features generate three images. ↵ |
| --- | --- | --- |

| **Authors** | **OpenAI** |
| --- | --- |
| | View all articles |

# Related research

View all research



**GPT-4V(ision) system card**
Sep 25, 2023



**Confidence-Building Measures for Artificial Intelligence: Workshop proceedings**
Aug 1, 2023



**Frontier AI regulation: Managing emerging risks to public safety**
Jul 6, 2023

**Improving mathematical reasoning with process supervision**
May 31, 2023



**Research**
Overview
Index
GPT-4
DALL·E 3

**API**
Overview
Data privacy
Pricing
Docs ↗

**ChatGPT**
Overview
Enterprise
Try ChatGPT ↗

**Company**
About
Blog
Careers
Charter
Security
Customer stories
Safety

**OpenAI © 2015–2023**
Terms & policies
Privacy policy
Brand guidelines

Twitter   YouTube   GitHub   SoundCloud   LinkedIn

Back to top ↑

# EXHIBIT G



February 1, 2023 **Authors** OpenAI ↓   Product, Announcements

The new subscription plan, ChatGPT Plus, will be available for $20/month, and subscribers will receive a number of benefits:

- General access to ChatGPT, even during peak times
- Faster response times
- Priority access to new features and improvements

ChatGPT Plus is available to customers in the United States and around the world.[A]

[A]  We expanded access to ChatGPT Plus for customers outside of the United States on February 10th, 2023.

We love our free users and will continue to offer free access to ChatGPT. By offering this subscription pricing, we will be able to help support free access availability to as many people as possible.

## Learning from the research preview

We launched ChatGPT as a research preview so we could learn more about the system's strengths and weaknesses and gather user feedback to help us improve upon its limitations. Since then, millions of people have given us feedback, we've made several important updates and we've seen users find value across a range of professional use-cases, including drafting & editing content, brainstorming ideas, programming help, and learning new topics.

**ER1240**

## Our plans for the future

We plan to refine and expand this offering based on your feedback and needs. We'll also soon be launching the (ChatGPT API waitlist), and we are actively exploring options for lower-cost plans, business plans, and data packs for more availability.

---

**Footnotes**                    A        We expanded access to ChatGPT Plus for customers outside of the United States on February 10th, 2023. ↵

---

**Authors**                      **OpenAI**

                                 View all articles

---

## Related research                                                            View all research



**GPT-4V(ision) system card**
Sep 25, 2023



**Confidence-Building Measures for Artificial Intelligence: Workshop proceedings**
Aug 1, 2023







**Frontier AI regulation: Managing emerging risks to public safety**

Jul 6, 2023



**Improving mathematical reasoning with process supervision**

May 31, 2023



OpenAI

**Research**
Overview
Index
GPT-4
DALL·E 3

**API**
Overview
Data privacy
Pricing
Docs ↗

**ChatGPT**
Overview
Enterprise
Try ChatGPT ↗

**Company**
About
Blog
Careers
Charter
Security
Customer stories
Safety

**OpenAI © 2015–2023**
Terms & policies
Privacy policy
Brand guidelines

Twitter   YouTube   GitHub   SoundCloud   LinkedIn

Back to top ↑

# EXHIBIT H

INTERNET ARCHIVE
WayBackMachine
https://openai.com/blog/introducing-openai/    Go
847 captures
11 Dec 2015 - 28 Sep 20

NOV  DEC  JAN
11
2014  2015  2016
About this capture

# OpenAI

About

## Introducing OpenAI

by Greg Brockman, Ilya Sutskever, and the OpenAI team

December 11, 2015

OpenAI is a non-profit artificial intelligence research company. Our goal is to advance digital intelligence in the way that is most likely to benefit humanity as a whole, unconstrained by a need to generate financial return.

Since our research is free from financial obligations, we can better focus on a positive human impact. We believe AI should be an extension of individual human wills and, in the spirit of liberty, as broadly and evenly distributed as is possible safely.

The outcome of this venture is uncertain and the work is difficult, but we believe the goal and the structure are right. We hope this is what matters most to the best in the field.

## Background

Artificial intelligence has always been a surprising field. In the early days, people thought that solving certain tasks (such as chess) would lead us to discover human-level intelligence algorithms. However, the solution to each task turned out to be much less general than people were hoping (such as doing a search over a huge number of moves).

The past few years have held another flavor of surprise. An AI technique explored for decades, deep learning, started achieving state-of-the-art results in a wide variety of problem domains. In deep learning, rather than hand-code a new algorithm for each problem, you design architectures that can twist themselves into a wide range of algorithms based on the data you feed them.

This approach has yielded outstanding results on pattern recognition problems, such as recognizing objects in images, machine translation, and speech recognition. But we've also started to see what it might be like for computers to be creative, to dream, and to experience the world.

## Looking forward

AI systems today have impressive but narrow capabilities. It seems that we'll keep whittling away at their constraints, and in the extreme case they will reach human performance on virtually every intellectual task. It's hard to fathom how much human-level AI could benefit society, and it's equally hard to imagine how much it could damage society if built or used incorrectly.

## OpenAI

Because of AI's surprising history, it's hard to predict when human-level AI might come within reach. When it does, it'll be important to have a leading research institution which can prioritize a good outcome for all over its own self-interest.

We're hoping to grow OpenAI into such an institution. As a non-profit, our aim is to build value for everyone rather than shareholders. Researchers will be strongly encouraged to publish their work, whether as papers, blog posts, or code, and our patents (if any) will be shared with the world. We'll freely collaborate with others across many institutions and expect to work with companies to research and deploy new technologies.

OpenAI's research director is Ilya Sutskever, one of the world experts in machine learning. Our CTO is Greg Brockman, formerly the CTO of Stripe. The group's other founding members are world-class research engineers and scientists: Trevor Blackwell, Vicki Cheung, Andrej Karpathy, Durk Kingma, John Schulman, Pamela Vagata, and Wojciech Zaremba. Pieter Abbeel, Yoshua Bengio, Alan Kay, Sergey Levine, and Vishal Sikka are advisors to the group. OpenAI's co-chairs are Sam Altman and Elon Musk.

Sam, Greg, Elon, Reid Hoffman, Jessica Livingston, Peter Thiel, Amazon Web Services (AWS), Infosys, and YC Research are donating to support OpenAI. In total, these funders have committed $1 billion, although we expect to only spend a tiny fraction of this in the next few years.

You can follow us on Twitter at @open_ai or email us at info@openai.com.

# EXHIBIT I



Welcome to ChatGPT

Log in with your OpenAI account to continue

Log in    Sign up

Terms of use   |   Privacy policy

# EXHIBIT J

6:41

**ChatGPT** ●

# Help me debug
## why the linked ●

# Get started

| Log in | Sign up |

OpenAI

Terms of use | Privacy policy

🔒 chat.openai.com

# EXHIBIT K





GPT-4 is more creative and collaborative than ever before. It can generate, edit, and iterate with users on creative and technical writing tasks, such as composing songs, writing screenplays, or learning a user's writing style.

**Input**

Explain the plot of Cinderella in a sentence where each word has to begin with the next letter in the alphabet from A to Z, without repeating any letters.

**Output**

A beautiful Cinderella, dwelling eagerly, f

## GPT-4 surpasses ChatGPT in its advanced reasoning capabilities.

ChatGPT

**Input**

Andrew is free from 11 am to 3 pm, Joanne is free from noon to 2 pm and then 3:30 pm to 5 pm. Hannah is available at noon for half an hour, and then 4 pm to 6 pm. What are some options for start times for a 30 minute meeting for Andrew, Hannah, and Joanne?

**Output**

Here is a list of their availability:

- 

GPT-4

**Input**

Andrew is free from 11 am to 3 pm, Joanne is free from noon to 2 pm and then 3:30 pm to 5 pm. Hannah is available at noon for half an hour, and then 4 pm to 6 pm. What are some options for start times for a 30 minute meeting for Andrew, Hannah, and Joanne?

**Output**

Andrew: 11 am - 3 pm
Joanne: 12 pm - 2 p.

## GPT-4 outperforms ChatGPT by scoring in higher approximate percentiles among test-takers.

**Uniform Bar Exam**

# 10th
ChatGPT

# 90th
GPT-4

**Biology Olympiad**

# 31st
ChatGPT

# 99th
GPT-4 (with vision)

## Following the research path from GPT, GPT-2, and GPT-3, our deep learning approach leverages more data and more computation to create increasingly sophisticated and capable language models.

language models.



We spent 6 months making GPT-4 safer and more aligned. GPT-4 is 82% less likely to respond to requests for disallowed content and 40% more likely to produce factual responses than GPT-3.5 on our internal evaluations.

## Safety & alignment

**Training with human feedback**
We incorporated more human feedback, including feedback submitted by ChatGPT users, to improve GPT-4's behavior. We also worked with over 50 experts for early feedback in domains including AI safety and security.

**Continuous improvement from real-world use**
We've applied lessons from real-world use of our previous models into GPT-4's safety research and monitoring system. Like ChatGPT, we'll be updating and improving GPT-4 at a regular cadence as more people use it.

**GPT-4-assisted safety research**
GPT-4's advanced reasoning and instruction-following capabilities expedited our safety work. We used GPT-4 to help create training data for model fine-tuning and iterate on classifiers across training, evaluations, and monitoring.

## Built with GPT-4

We've collaborated with organizations building innovative products with GPT-4.







**Duolingo**
GPT-4 deepens the conversation on Duolingo.

**Be My Eyes**
Be My Eyes uses GPT-4 to transform visual accessibility.



**Stripe**
Stripe leverages GPT-4 to streamline user experience and combat fraud.



**Morgan Stanley**
Morgan Stanley wealth management deploys GPT-4 to organize its vast knowledge base.







**Khan Academy**
Khan Academy explores the potential for GPT-4 in a limited pilot program.

**Government of Iceland**
How Iceland is using GPT-4 to preserve its language.

## More on GPT-4

**Research**                GPT-4 is the latest milestone in OpenAI's effort in scaling up deep learning.

                            View GPT-4 research

**Infrastructure**          GPT-4 was trained on Microsoft Azure AI supercomputers. Azure's AI-optimized infrastructure also allows us to deliver GPT-4 to users around the world.

**Limitations**             GPT-4 still has many known limitations that we are working to address, such as social biases, hallucinations, and adversarial prompts. We encourage and facilitate transparency, user education, and wider AI literacy as society adopts these models. We also aim to expand the avenues of input people have in shaping our models.

**Availability**

GPT-4 is available on ChatGPT Plus and as an API for developers to build applications and services.

# We're excited to see how people use GPT-4 as we work towards developing technologies that empower everyone.

View contributions

| | |
|---|---|
| Try on ChatGPT Plus ↗ | View GPT-4 research |

## OpenAI

**Research**
Overview
Index
GPT-4
DALL·E 3

**API**
Overview
Data privacy
Pricing
Docs ↗

**ChatGPT**
Overview
Enterprise
Try ChatGPT ↗

**Company**
About
Blog
Careers
Charter
Security
Customer stories
Safety

**OpenAI © 2015–2023**
Terms & policies
Privacy policy
Brand guidelines

Twitter   YouTube   GitHub   SoundCloud   LinkedIn

Back to top ↑

# EXHIBIT L

 OpenAI

Menu

# GPT-4 is OpenAI's most advanced system, producing safer and more useful responses

Try on ChatGPT Plus ↗

View GPT-4 research



AA 🔒 openai.com ↻

# EXHIBIT M















Category Distribution ⓘ

Programming and Developer Software
54.54%

Search Engines
16.34%

Computers Electronics and Technology – Other
11.82%

Video Games Consoles and Accessories
6.38%

Email
2.95%

Other
7.97%

**Ready to optimize your SEO strategy?**
Find opportunities for partner websites and sponsored content with Similarweb's Digital Marketing Intelligence Solution.
**Try it now →**

## openai.com Technology Stack

These are the website technologies, by industry, used on openai.com. There are a total of 31 technologies from 15 different industries installed on openai.com.

Share ⚛

◎ similarweb

Audio Video Media (4)

YouTube

See all →

Content Management System (4)

Jekyll

See all →

Payment & Currencies (4)

€
Euro

See all →

Social (3)

Instagram

See all →

More Industries
**11**
See all →

**Ready to discover high quality prospects?**
Identify what technologies a website uses to craft the perfect sales pitch, and shorten the sales cycle with the Similarweb Sales Intelligence Solution.
**Try it now →**



# EXHIBIT N



# EXHIBIT O



 Articles   People   Learning   Jobs    Join now    Sign in



### Similar pages

 **Generative AI**
Internet Publishing

 **Google DeepMind**
Research Services
London, London

**Neuralink**
Biotechnology Research
Fremont, California

 **Google**
Software Development
Mountain View, CA

Show more similar pages ⌄

View all 1,337 employees

Overview   Jobs   Life

### Browse jobs

**OpenAI jobs**
135 open jobs

**Scientist jobs**
59,545 open jobs

**Engineer jobs**
608,159 open jobs

**Analyst jobs**
760,055 open jobs

**Machine Learning Engineer jobs**
183,664 open jobs

**Product Designer jobs**
73,307 open jobs

**Intern jobs**
48,214 open jobs

**Product Manager jobs**
258,695 open jobs

**Recruiter jobs**
321,337 open jobs

**Manager jobs**
2,003,890 open jobs

Show more jobs like this ⌄

### About us

OpenAI is an AI research and deployment company dedicated to ensuring that general-purpose artificial intelligence benefits all of humanity. AI is an extremely powerful tool that must be created with safety and human needs at its core. OpenAI is dedicated to putting that alignment of interests first — ahead of profit.

To achieve our mission, we must encompass and value the many different perspectives, voices, and experiences that form the full spectrum of humanity. Our investment in diversity, equity, and inclusion is ongoing, executed through a wide range of initiatives, and championed and supported by leadership.

At OpenAI, we believe artificial intelligence has the potential to help people solve immense global challenges, and we want the upside of AI to be widely shared. Join us in shaping the future of technology.

| | |
|---|---|
| Website | https://openai.com/ ↗ |
| Industry | Research Services |
| Company size | 201-500 employees |
| Headquarters | San Francisco, CA |
| Type | Partnership |
| Founded | 2015 |
| Specialties | artificial intelligence and machine learning |

### Funding

OpenAI · 10 total rounds

**Last Round**
Series unknown · Sep 14, 2023

See more info on crunchbase ↗

### Locations

Primary

San Francisco, CA 94110, US
Get directions ↗

Employees at OpenAI




**Ethan Stock**


**Fred von Lohmann**


**Lindsey Held Bolton**
Head of Public Relations at OpenAI


**Tal Broda**
Research Platform @ OpenAI

See all employees

## Updates

**OpenAI**
2,172,946 followers
2d

ChatGPT can now browse the internet to provide you with current and authoritative information, complete with direct links to sources. It is no longer limited to data before September 2021.

Since the original launch of browsing in May, we received useful feedback. Updates include following robots.txt and identifying user agents so sites can control how ChatGPT interacts with them.

Browsing is particularly useful for tasks that require up-to-date information, such as helping you with technical research, trying to choose an e-bike, or planning a vacation.

Browsing is available to Plus and Enterprise users today, and we'll expand to all users soon. To enable, choose Browse with Bing in the selector under GPT-4.

ChatGPT

Stop generating

Send a message

27,450 · 1,004 Comments

Like          Comment          Share

**OpenAI**
2,172,946 followers

4d

Use your voice to engage in a back-and-forth conversation with ChatGPT. Speak with it on the go, request a bedtime story, or settle a dinner table debate.

The underlying research — voice generation and image understanding — offers a glimpse at what much more advanced AI will be capable of in the future.

Learn more about this update and our safety measures: https://lnkd.in/d7MCzG3k

Sound on 🔊



👍❤️👏 9,161 · 360 Comments

👍 Like      💬 Comment      ↗ Share

---

**OpenAI**      · · ·
2,172,946 followers
4d · Edited

ChatGPT can now see, hear, and speak. Rolling out over next two weeks. Plus users will be able to have voice conversations with ChatGPT (iOS & Android) and to include images in conversations (all platforms).

Show ChatGPT one or more images. Troubleshoot why your grill won't start,

explore the contents of your fridge to plan a meal, or analyze a complex graph for work-related data.

https://lnkd.in/d7MCzG3k



8,920 · 384 Comments

👍 Like      💬 Comment      ↗ Share

OpenAI
2,172,946 followers
1w

DALL·E 3 🤝 ChatGPT









More searches ⌄

Linked**in** © 2023    About    Accessibility    User Agreement    Privacy Policy    Your California Privacy Choices    Cookie Policy    Copyright Policy    Brand Policy    Guest Controls

Community Guidelines    Language ⌄

# Exhibit P



