No. 24-1963

---

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

**OPEN ARTIFICIAL INTELLIGENCE, INC. and GUY RAVINE**

*Defendants and Appellants,*

*v.*

**OPENAI, INC.**

*Plaintiff and Appellee.*

---

Appeal from United States District Court
Northern District of California
Hon. Yvonne Gonzalez Rogers
U.S. District Court Case No. 4:23-cv-03918-YGR

---

**APPELLANTS' EXCERPTS OF RECORD
VOLUME 7 of 10**

---

**WAYMAKER LLP**
Ryan G. Baker
rbaker@waymakerlaw.com
Scott M. Malzahn
smalzahn@waymakerlaw.com
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800

*Attorneys for Defendants and Appellants Open Artificial Intelligence, Inc.
and Guy Ravine*

# EXHIBIT Q

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 3 of 101

**CADE METZ**    BUSINESS    DEC 5, 2016 1:00 AM

# In OpenAI's Universe, Computers Learn to Use Apps Like Humans Do

**OpenAI's hope is that its new tool can drive the development of machines with the same kind of flexible brain power humans have.**



GETTY IMAGES

ER1284



**SAVE**

**OPENAI,** the billion-dollar San Francisco artificial intelligence lab backed by Tesla CEO Elon Musk, just unveiled a new virtual world. It's called Universe, and it's a virtual world like no other. This isn't a digital playground for humans. It's a school for artificial intelligence. It's a place where AI can learn to do just about anything.

Other AI labs have built similar worlds where AI agents can learn on their own. Researchers at the University of Alberta offer the Atari Learning Environment, where agents can learn to play old Atari games like *Breakout* and *Space Invaders*. Microsoft offers Malmo, based on the game Minecraft. And just today, Google's DeepMind released an environment called DeepMind Lab. But Universe is bigger than any of these. It's an AI training ground that spans any software running on any machine, from games to web browsers to protein folders.

---

**What the AI Behind AlphaGo Can Teach Us About Being Human →**



---

**Soon We Won't Program Computers. We'll Train Them Like Dogs →**



---

**Inside OpenAI, Elon Musk's Wild Plan to Set Artificial Intelligence Free →**



---

"The domain we chose is everything that a human can do with a computer," says Greg Brockman, OpenAI's chief technology officer.

In coder-speak, Universe is a software platform---software for running other software---and much of it is now open source, so anyone can use and even modify

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 5 of 101      (5 of 101)
Case 4:23-cv-03918-YGR     Document 1-3    Filed 08/04/23    Page 5 of 353

it. In theory, AI researchers can plug any application into Universe, which then provides a common way for AI "agents" to interact with these applications. That means researchers can build bots that learn to navigate one application and then another and then another.

For OpenAI, the hope is that Universe can drive the development of machines with "general intelligence"—the same kind of flexible brain power that humans have. "An AI should be able to solve any problem you throw at it," says OpenAI researcher and former Googler Ilya Sutskever. That's a ridiculously ambitious goal. And if it's ever realized, it won't happen for a very long time. But Sutskever argues that it's already routine for AI systems to do things that seemed ridiculously ambitious just a few years ago.

He compares Universe to the ImageNet project created by Stanford computer scientist Fei-Fei Li in 2009. The goal of ImageNet was to help computers "see" like humans. At the time, that seemed impossible. But today, Google's Photo app routinely recognizes faces, places, and objects in digital images. So does Facebook. Now, OpenAI wants to expand artificial intelligence to every dimension of the digital realm---and possibly beyond.

## Reinforcement Learning

In Universe, AI agents interact with the virtual world by sending simulated mouse and keyboard strokes via what's called Virtual Network Computing, or VNC. In this way, Universe facilitates reinforcement learning, an AI technique where agents learn tasks by trial and error, carefully keeping tabs on what works and what doesn't, what brings the highest score or wins a game or grabs some other reward. It's a powerful technology: Reinforcement learning is how Google's DeepMind lab built AlphaGo, the AI that recently beat one of the world's top players at the ancient game of Go.

But with Universe, reinforcement learning can happen inside any piece of software. Agents can readily move between applications, learning to crack one and then another. In the long run, Sutskever says, they can even practice "transfer learning," in which an agent takes what it has learned in one application and applies it to

ER1286

9/6/23, 7:29 PM    OpenAI's Universe: Computers Learn to Use Apps Like Humans | WIRED

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 6 of 101    (6 of 101)
Case 4:23-cv-03918-YGR    Document 184-28    Filed 12/04/24    Page 6 of 11    353

another. OpenAI, he says, is already building agents that can transfer at least some learning from one driving game to another.

Michael Bowling, a University of Alberta professor who helped create the Atari Learning Environment, questions how well Universe will work in practice, if only because he hasn't used it. But he applauds the concept---an AI proving ground that spans not just games but everything else. "It crystallizes an important idea: Games are a helpful benchmark, but the goal is AI."

OPENAI

# Hello, Grand Theft Auto

Still, games are where it starts. OpenAI has seeded Universe with about a thousand games, securing approval from publishers like Valve and Microsoft. It's also working with Microsoft to add Malmo and says it's interested in adding DeepMind Lab as well.

Games have always served as a natural training tool for AI. They're more contained than the real world, and there's a clear system of rewards, so that AI agents can readily learn which actions to take and which to avoid. Games aren't ends in and of themselves, but they've already helped create AI that has a meaningful effect on the real world. After building AI that can play old Atari games better than any human ever could, DeepMind used much the same technology to refine the operation of Google's worldwide network of computer data centers, reducing its energy bill by hundreds of millions of dollars.

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 7 of 101                    (7 of 101)
Case 4:23-cv-03918-YGR   Document 83-4   Filed 11/08/23   Page 353

## The digitized chaos of *Grand Theft Auto,* the thinking goes, can help autonomous vehicles learn to handle the unexpected.

Craig Quiter is using Universe with a similar goal in mind. Quiter helped build the platform at OpenAI before moving across town to Otto, the self-driving truck startup Uber acquired this summer in a deal worth about $680 million. Last month, drawing on work from several engineers who worked on autonomous cars inside Google, Otto's driverless 18-wheeler delivered 50,000 cans of Budweiser down 120 miles of highway from Fort Collins to Colorado Springs. But Quiter is looking well beyond the $30,000 in hardware and software that made this delivery possible. With help from Universe, he's building an AI that can play *Grand Theft Auto V*.

Today, Otto's truck can navigate a relatively calm interstate. But in the years to come, the company hopes to build autonomous vehicles that can respond to just about anything they encounter on the road, including cars spinning out of control across several lanes of traffic. The digitized chaos of *Grand Theft Auto*, the thinking goes, can help the AI controlling those vehicles learn to handle the unexpected.

## Beyond Games

Meanwhile, researchers at OpenAI are already pushing Universe beyond games into web browsers and protein folding apps used by biologists. Andrej Karpathy, the lead researcher of this sub-project, dubbed World of Bits, questions how useful games will be in building AI for the real world. But an AI that learns how to use a web browser is, in a sense, already learning to participate in the real world. The web is part of our daily lives. Navigating a browser web services both motor skills and language skills. It's a gateway to any software or any person.

The rub is that reinforcement learning inside a web browser is a far more difficult to pull off. Universe includes a deep neural network that can automatically read scores from a game screen in much the same way neural nets can recognizes objects or faces in photos. But web services have no score. Researchers must define their own reward functions. Universe allows for this, but it's still unclear what rewards will

**ER1288**

9/6/23, 7:29 PM    In OpenAI's Universe, Computers Learn to Use Apps Like Humans Do | WIRED

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 8 of 101    (8 of 101)
Case 4:23-cv-03918-YGR    Document 68-9    Filed 05/24/24    Page 7 of 353

help agents, say, sign into a website or look up facts on Wikipedia, tasks that OpenAI is already exploring.

---

**See What's Next in Tech With the Fast Forward Newsletter**

A weekly dispatch from the future by Will Knight, exploring AI advances and other technology set to change our lives. Delivered every Thursday.

Your email

Enter your email

**SUBMIT**

By signing up you agree to our User Agreement (including the class action waiver and arbitration provisions), our Privacy Policy & Cookie Statement and to receive marketing and account-related emails from WIRED. You can unsubscribe at any time.

But if we can teach machines these more amorphous tasks---teach AI agents to do anything on a computer---Sutskever believes we can teach them to do just about anything else. After all, an AI that can't browse the internet unless it understands the natural way we humans talk. It can't play *Grand Theft Auto* without the motor skills of a human. And like so many others, Quiter argues that navigating virtual worlds isn't so different from navigating the real world. If Universe reaches is goal, then general intelligence isn't that far away. It's a ridiculous aim---but it may not be ridiculous for long.

*Update: This story has been updated with mention of DeepMind Lab.*

---



Cade Metz is a former WIRED senior staff writer covering Google, Facebook, artificial intelligence, bitcoin, data centers, computer chips, programming languages, and other ways the world is changing.

SENIOR WRITER    𝕏

**ER1289**



TECH / ARTIFICIAL INTELLIGENCE / ENTERTAINMENT

# OpenAI's Dota 2 AI steamrolls world champion e-sports team with back-to-back victories / The International 2018 champion OG loses to OpenAI's bots in a stunning defeat

By Nick Statt

Apr 13, 2019, 2:05 PM PDT | 💬 0 Comments / 0 New

  



Photo by Nick Statt / The Verge

OpenAI, the AI research organization, can claim a world first: its artificial intelligence system trained to play the complex strategy game *Dota 2* has bested a world champion e-sports team. The competition was held in San Francisco today

ER1290

and claimed the OpenAI Five Finals, ending the organization's public demonstrations of its *Dota*-playing technology on a high note.

The competition on the human side included five top *Dota 2* pros from team OG, which won the world's most coveted e-sports prize last year when it took the No. 1 spot at The International, the premiere annual *Dota 2* tournament with prizes now totaling $25 million. OG faced off in a best-of-three contest against the OpenAI Five bots, all trained using the same deep reinforcement learning techniques and controlled independently by different layers of the same system. Reinforcement learning is effectively a trial and error approach to self-improvement, wherein the AI is dropped into the game environment with zero understanding of how the game works and trained extensively using reward systems and other incentivizing mechanisms.

Today's performance is by far the highest-quality demonstration of OpenAI Five's capabilities to date, with the system having narrowly lost two games to less capable e-sports teams last August. According to OpenAI co-founder and chairman Greg Brockman, who is also the organization's chief technology officer, OpenAI Five improves by playing itself in an accelerated virtual environment. "OpenAI Five is powered by deep reinforce learning, which means we didn't code it how to play. We coded it how to learn," Brockman told the crowd ahead of the competition. "In its 10 months of existence, it's already played 45,000 years of *Dota 2* gameplay. That's a lot — it hasn't grown bored yet."

## OpenAI's Dota 2 bots have trained for the equivalent of 45,000 human years

*Dota 2* is a vastly complex strategy game, involving more than 100 unique characters, deep skill trees and item lists, and a dizzying array of variables playing out onscreen at any given moment in a match. As such, OpenAI imposes certain limits when its AI system plays professional players, most prominently by capping the number of heroes used by both five-player teams.

The Verge

The Three-hero each squad had 17 heroes to choose from. OpenAI also chose the so-called "Captain's Draft" game mode, which lets each team strategically ban heroes to prevent the other team from selecting those characters before using a distinct picking order. That lets the captain build off strengths between hero combinations and leverage enemy hero weaknesses through strong counters once the teams do begin filling out the roster one by one. Like prior matches, OpenAI also disabled summoning and illusion features, both of which involve bringing on additional variables in the form of hero copies and unique creatures that OpenAI hasn't trained its system to account for.

Beyond that, the game is played just like a normal *Dota 2* match, with the ultimate goal of destroying the enemy team's "ancient," or a large tower at the end of each team's territory that becomes vulnerable only when the enemy team successfully destroy smaller towers throughout the course of the match, in between hero-on-hero team fights.

In the first match of the day, OpenAI Five surprised OG and claimed victory through reliance on a number of aggressive tactics, including the peculiar decision to spend earned in-game currency to instantly revive heroes upon death, even early on in the match. As noted by Greg Brockman, OpenAI's chief technology officer, OpenAI is fond of strategies that favor short-term gain, revealing its deficiencies in mastering the type of long-term planning humans are great at and typically rely on to win such strategy contests. However, in this match, the early buy backs paid off and OpenAI Five gained an edge that OG simply could not overcome as the match dragged on into the 30-minute range.



In the second match, OpenAI performed even better, gaining an early advantage against OG in the first few minutes and then ruthlessly advancing on the human players until it clinched victory in a little more than half the time it needed to win the first match. Mike Cook, an avid *Dota 2* player and viewer who specializes in the blending of AI and game design, noted how unusually aggressive OpenAI Five began playing in the second match, and how little OG was doing to combat its advances across the map. Cook noted specifically how well OpenAI Five was able to take advantage of its specific hero picks.

9/6/23, 7:27 PM — OpenAI's Dota 2 AI steamrolls world champion e-sports team with back-to-back victories - The Verge

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 13 of 101 (13 of 101)
Case 4:23-CV-03918-YGR, Document 32-2, Filed 05/10/24, Page 13 of 359



For OpenAI, the victory here is not just a cause of celebration in and of itself, but a testament that its approach to reinforcement learning and its general philosophy about AI is yielding milestones. The research team will no longer hold any public demonstrations of its AI bot, but its now working on software that will let humans collaborate alongside the OpenAI Five software in real time, playing on a team with the bots and learning from their peculiar, unprecedented strategies and behaviors. The organization is also releasing a platform for the public to play against OpenAI Five, a mode it's calling Arena, that will be open for three days starting April 18th.

OpenAI says that the collaboration software may not ever make it to the public, although I was able to try it for myself here at the event. (Despite having world-class *Dota 2* AI on my team, I unfortunately was crushed in much less dramatic fashion



sports. But Sam Altman, co-founder and CEO of OpenAI, says this type of work is evidence that collaboration with AI agents could result in huge benefits in the future.

## OpenAI wants to take its Dota 2 learnings and apply them to new challenges, like robots

"That's an important lesson for how the world is going to work, training these things and having them work in parallel," Altman says in an interview with *The Verge*. "Collaboration is one of the more positive visions we have for the future of the world — AI works alongside humans to make humans better and have more fun and more impact."

Altman says OpenAI will likely continue to dabble with *Dota 2* and other video game environments, primarily because they are such good test beds for AI and good benchmarking tools for measuring progress. But he tells me there probably does not exist a video game out there right now that a system like OpenAI Five can't eventually master at a level beyond human capability. For the broader AI industry, mastering video games may soon become passé, simple table stakes required to prove your system can learn fast and act in a way required to tackle tougher, real-world tasks with more meaningful benefits.

Ultimately, OpenAI wants to take its *Dota 2* learnings and expand them to new domains outside games and, eventually, into the real world. To that end, the organization is working on using reinforcement learning and other techniques to imbue robotic hands with more deft, dexterous, and humanlike movement.

"What OpenAI is trying to do is build general artificial intelligence and to share those benefits with the world and make sure it's safe," Altman says, referring to the quest to build a multi-purpose AI system capable of performing any task a human can. "Were not here to beat video games, as fun as that is. We're here to uncover secrets along the path the AGI."

ER1295

# TheVerge

*Correction: A previous version of this article said OpenAI co-founder Sam Altman was the organization's chairman. He is in fact the CEO, while CTO Greg Brockman is its chairman.*

💬 0 COMMENTS (**0 NEW**)

FEATURED VIDEOS FROM THE VERGE

## Inside the flop that changed Apple forever



## Los Angeles Times

BUSINESS

# Microsoft to invest $1 billion in OpenAI



Sam Altman, president of Y Combinator and co-chairman of OpenAI, attends the annual Allen & Co. Sun Valley Conference, July 8, 2016, in Sun Valley, Idaho. (Drew Angerer / Getty Images)

BY DINA BASS | BLOOMBERG

JULY 22, 2019 7:37 AM PT

Microsoft Corp. agreed to invest $1 billion in a partnership with research group OpenAI, gaining a prominent cloud-computing customer from the artificial intelligence field.

OpenAI, co-founded by Elon Musk and other wealthy Silicon Valley entrepreneurs, will use Microsoft's Azure cloud services to train and run the group's AI software. The two will also jointly develop supercomputing technology, and Microsoft will be OpenAI's

9/6/23, 8:30 PM    Case 4:23-cv-03918-YGR    Microsoft offers $1 billion in OpenAI - Los Angeles Times    Document 58-2 Filed 09/08/23    Page 16 of 353    (17 of 101)

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 17 of 101

preferred partner to commercialize its creations, the companies said in a statement Monday.

OpenAI started in 2015 with much fanfare. Industry luminaries including Musk and Peter Thiel committed at least $1 billion to the nonprofit to build AI that could match or improve on the technology being developed by tech giants such as Google, Facebook Inc. and Microsoft. However, Musk said he left OpenAI's board last year over disagreements about some of the group's plans. More recently, OpenAI started a for-profit arm to help it raise more money.

A partnership with Microsoft, which has more than $100 billion in cash, is a quick solution to OpenAI's funding needs. But it's an about-face of sorts. The group was seen by some in the AI community as an important counterbalance to large technology corporations that have snapped up talent and used their computing power and huge data hoards to leap ahead in the field.

Advocacy groups and policymakers have raised concerns about some types of AI and called for regulation to increase transparency, guard against bias and ensure the technology isn't used for military purposes and other dangerous applications. Those issues are likely to become more pressing as researchers try to develop AI that has more human-like capabilities.

In February, OpenAI unveiled an algorithm that can write coherent sentences, including fake news articles, after being given just a small sample. The implications were so worrying that the group opted not to release the most powerful version of the software.

The partnership between Microsoft and OpenAI will focus on Artificial General Intelligence, or AGI, which aims to get computers to learn new skills and complete varied tasks like humans can. That's a contrast to existing AI, which can learn specific jobs, such as understanding images, but can't tackle different problems on its own.

**ER1298**

AGI, and the ability for computers to potentially teach themselves so much they eclipse humans, was what disturbed Musk so much that he helped found OpenAI. On Monday, Microsoft and OpenAI addressed such concerns.

"The creation of Artificial General Intelligence (AGI) will be the most important technological development in human history, with the potential to shape the trajectory of humanity," said Sam Altman, chief executive of OpenAI. "It's crucial that AGI is deployed safely and securely and that its economic benefits are widely distributed. We are excited about how deeply Microsoft shares this vision."

Microsoft CEO Satya Nadella said the goal is to "democratize AI — while always keeping AI safety front and center — so everyone can benefit." Microsoft and OpenAI said the work will be governed by both companies' AI ethics policies.

Microsoft is also looking for more Azure cloud customers and for ways to promote Azure's AI capabilities, so a tie-up with a leading research arm in the field is lucrative. The two organizations will use Microsoft's work on supercomputers to build technology in Azure that has the scale to train and run more sophisticated AI models.

Other OpenAI investors include the charitable foundation of LinkedIn co-founder Reid Hoffman and venture capital firm Khosla Ventures. Other Silicon Valley entrepreneurs who started OpenAI include Hoffman and Altman, co-founder and former president of start-up incubator Y Combinator.

Copyright © 2023, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information

ER1299

☰



AI                                                                        ✕

# Microsoft invests $1 billion in OpenAI in new multiyear partnership

**Darrell Etherington**                                                   💬

@etherington  /  6:37 AM PDT • July 22, 2019



Microsoft is making a $1 billion bet on OpenAI, the company formed by notable founders including Elon Musk and Sam Altman three years ago with the aim of doing research and development work to steer the growth of artificial intelligence toward the "friendlier" end of the spectrum, in order to help mitigate what Musk sees as a potential existential threat from AI if it isn't developed responsibly while it grows in capability.

On Monday, Microsoft and OpenAI announced a multiyear "exclusive computing partnership" that will include the two companies building new AI supercomputing technologies for Microsoft's Azure cloud platform, and OpenAI will also port its existing services to work on Azure. Microsoft will also now be "OpenAI's preferred partner" when it comes to the commercialization of new AI technologies it develops in the future.

All the talk of "exclusivity" and "preference" in this announcement is particularly interesting because one of OpenAI's founding principles was to "freely collaborate" among other AI researchers, and make both its work and patents available to others. But there are some caveats, including that there is OpenAI Inc. the nonprofit organization, and its for-profit corporate subsidiary OpenAI LP, and that its current charter includes a provision that out of "safety and security concerns" it may

 **Building a startup or looking for your next deal? We have you covered.**          EXPLORE NOW          ✕

**ER1300**

☰

benefits because Microsoft will be party to its principles around developing advances in AGI safely and with humanity's interest in mind — and there's the $1 billion, too.

~~This $1 billion isn't a lump sum up-front investment — instead, it's a total amount that can be delivered anytime over the next decade, in installments that correspond with funding efforts on OpenAI's side that feed back into Microsoft's own AI ambitions, as~~ detailed by The New York Times.

While the exact breakdown of the nature of the investment wasn't made public, an account apparently belonging to CTO Greg Brockman on HackerNews said that it was "a cash investment."

**Update** (11:30am PT): *long after the press releases hit the wire at 6am this morning, OpenAI contacted us with a bit more detail about the announcement. Here is the statement we received from OpenAI co-founder and CTO Greg Brockman: "It's a cash investment into OpenAI LP. It uses a standard capital commitment structure, to be called as we need it. We plan to spend it in less than five years, and possibly much sooner."*

At its launch, OpenAI noted that it had $1 billion committed from Musk, Altman and co-founder Brockman, as well as Reid Hoffman, Jessica Livingston, Peter Thiel, Amazon Web Services (this makes the Azure angle here particularly interesting), Infosys and YC Research, though it did not anticipate spending that much in the ensuing few years.

---

**More TechCrunch**



**As AI porn generators get better, the stakes get higher**



**OnlyFans CEO Ami Gan steps down**



**Envisics closes $100M to advance AR heads-up display tech in cars**



**Our favorite startups from YC's Summer 2023 Demo Day, Day 1**

---

**TechCrunch Disrupt**          Sept 19-21 San Francisco, CA

**Register Now**



Menu +

TECH

# OpenAI's latest breakthrough is astonishingly powerful, but still fighting its flaws

The ultimate autocomplete

By James Vincent, a senior reporter who has covered AI, robotics, and more for eight years at The Verge.

Jul 30, 2020, 7:01 AM PDT ☐ 0 Comments / 0 New

  



Illustration by Alex Castro / The Verge

**T**he most exciting new arrival in the world of AI looks, on the surface, disarmingly simple. It's not some subtle game-playing program that can outthink humanity's finest or a mechanically advanced robot that backflips like an Olympian. No, it's merely an autocomplete program, like the one in the Google search bar. You start typing and it predicts what comes next. But while this *sounds* simple, it's an invention that could end up defining the decade to come.

The program itself is called GPT-3 and it's the work of San Francisco-based AI lab OpenAI, an outfit that was founded with the ambitious (some say delusional) goal of steering the development of artificial general intelligence or AGI: computer programs that possess all the depth, variety, and flexibility of the human mind. For some observers, GPT-3 — while very definitely *not* AGI — could well be the first step toward creating this sort of intelligence. After all, they argue, what is human speech if not an incredibly complex autocomplete program running on the black box of our brains?

## Input any text, and GPT-3 completes it for you: simplicity itself

As the name suggests, GPT-3 is the third in a series of autocomplete tools designed by OpenAI. (GPT stands for "generative pre-trained transformer.") The program has taken years of development, but it's also surfing a wave of recent innovation within the field of AI text-generation. In many ways, these advances are similar to the leap forward in AI image processing that took place from 2012 onward. Those advances

ER1303

Case: 24-1963  05/08/2024  DktEntry: 15.8  Page 23 of 101

kickstarted the current AI boom, bringing with it a number of computer-vision enabled technologies, from self-driving cars, to ubiquitous facial recognition, to drones. It's reasonable, then, to think that the newfound capabilities of GPT-3 and its ilk could have similar far-reaching effects.

Like all deep learning systems, GPT-3 looks for patterns in data. To simplify things, the program has been trained on a huge corpus of text that it's mined for statistical regularities. These regularities are unknown to humans, but they're stored as billions of weighted connections between the different nodes in GPT-3's neural network. Importantly, there's no human input involved in this process: the program looks and finds patterns without any guidance, which it then uses to complete text prompts. If you input the word "fire" into GPT-3, the program knows, based on the weights in its network, that the words "truck" and "alarm" are much more likely to follow than "lucid" or "elvish." So far, so simple.

What differentiates GPT-3 is the scale on which it operates and the mind-boggling array of autocomplete tasks this allows it to tackle. The first GPT, released in 2018, contained 117 million parameters, these being the weights of the connections between the network's nodes, and a good proxy for the model's complexity. GPT-2, released in 2019, contained 1.5 billion parameters. But GPT-3, by comparison, has 175 billion parameters — more than 100 times more than its predecessor and ten times more than comparable programs.

## The entirety of English Wikipedia constitutes just 0.6 percent of GPT-3's training data

The dataset GPT-3 was trained on is similarly mammoth. It's hard to estimate the total size, but we know that the entirety of the English Wikipedia, spanning some 6 million articles, makes up only 0.6 percent of its training data. (Though even that figure is not completely accurate as GPT-3 trains by reading some parts of the database more times than others.) The rest comes from digitized books and various web links. That means GPT-3's training data includes not only things like news articles, recipes, and poetry, but also coding manuals, fanfiction, religious prophecy, guides to the songbirds of Bolivia, and whatever else you can imagine.

ER1304

Case: 24-1963  05/08/2024  DktEntry: 15.8  Page 24 of 101
Case 4:23-cv-03416 Document 1 Filed 09/22/23 Page 23 of 52

Any type of text that's been uploaded to the internet has likely become grist to GPT-3's mighty pattern-matching mill. And, yes, that includes the bad stuff as well. Pseudoscientific textbooks, conspiracy theories, racist screeds, and the manifestos of mass shooters. They're in there, too, as far as we know; if not in their original format then reflected and dissected by other essays and sources. It's all there, feeding the machine.

What this unheeding depth and complexity enables, though, is a corresponding depth and complexity in output. You may have seen examples floating around Twitter and social media recently, but it turns out that an autocomplete AI is a wonderfully flexible tool simply because so much information can be stored as text. Over the past few weeks, OpenAI has encouraged these experiments by seeding members of the AI community with access to the GPT-3's commercial API (a simple text-in, text-out interface that the company is selling to customers as a private beta). This has resulted in a flood of new use cases.

It's hardly comprehensive, but here's a small sample of things people have created with GPT-3:

- **A question-based search engine.** It's like Google but for questions and answers. Type a question and GPT-3 directs you to the relevant Wikipedia URL for the answer.

- **A chatbot that lets you talk to historical figures.** Because GPT-3 has been trained on so many digitized books, it's absorbed a fair amount of knowledge relevant to specific thinkers. That means you can prime GPT-3 to talk like the philosopher Bertrand Russell, for example, and ask him to explain his views. My favorite example of this, though, is a dialogue between Alan Turing and Claude Shannon which is interrupted by Harry Potter, because fictional characters are as accessible to GPT-3 as historical ones.

**ER1305**

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 25 of 101     (25 of 101)

- **Solve language and syntax puzzles from just a few examples.** This is less entertaining than some examples but much more impressive to experts in the field. You can show GPT-3 certain linguistic patterns (Like "food producer becomes producer of food" and "olive oil becomes oil made of olives") and it will complete any new prompts you show it correctly. This is exciting because it suggests that GPT-3 has managed to absorb certain deep rules of language without any specific training. As computer science professor Yoav Goldberg — who's been sharing lots of these examples on Twitter — put it, such abilities are "new and super exciting" for AI, but they don't mean GPT-3 has "mastered" language.

- **Code generation based on text descriptions.** Describe a design element or page layout of your choice in simple words and GPT-3 spits out the relevant code. Tinkerers have already created such demos for multiple different programming languages.

- **Answer medical queries.** A medical student from the UK used GPT-3 to answer health care questions. The program not only gave the right answer but correctly explained the underlying biological mechanism.

**ER1306**

- **Text-based dungeon crawler.** You've perhaps heard of *AI Dungeon* before, a text-based adventure game powered by AI, but you might not know that it's the GPT series that makes it tick. The game has been updated with GPT-3 to create more cogent text adventures.

- **Style transfer for text.** Input text written in a certain style and GPT-3 can change it to another. In an example on Twitter, a user input text in "plain language" and asked GPT-3 to change it to "legal language." This transforms inputs from "my landlord didn't maintain the property" to "The Defendants have permitted the real property to fall into disrepair and have failed to comply with state and local health and safety codes and regulations."

- **Compose guitar tabs.** Guitar tabs are shared on the web using ASCII text files, so you can bet they comprise part of GPT-3's training dataset. Naturally, that means GPT-3 can generate music itself after being given a few chords to start.

- **Write creative fiction.** This is a wide-ranging area within GPT-3's skillset but an incredibly impressive one. The best collection of the program's literary samples comes from independent researcher and writer Gwern Branwen who's collected a trove of GPT-3's writing here. It ranges from a type of one-sentence pun known as a Tom Swifty to poetry in the style of Allen Ginsberg, T.S. Eliot, and Emily Dickinson to Navy SEAL copypasta.

- **Autocomplete images, not just text.** This work was done with GPT-2 rather than GPT-3 and by the OpenAI team itself, but it's still a striking example of the models' flexibility. It shows that the same basic GPT architecture can be

**ER1307**

9/6/23, 7:55 PM    Case 4:23-cv-03660-... OpenAI's latest breakthrough is astonishingly powerful, but still fighting its flaws - The Verge

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 27 of 101    (27 of 101)

retrained on pixels instead of words, allowing it to perform the same autocomplete tasks with visual data that it does with text input. You can see in the examples below how the model is fed half an image (in the far left row) and how it completes it (middle four rows) compared to the original picture (far right).

*GPT-2 has been re-engineered to autocomplete images as well as text.* Image: OpenAI

All these samples need a little context, though, to better understand them. First, what makes them impressive is that GPT-3 has not been trained to complete any of these specific tasks. What usually happens with language models (including with GPT-2) is that they complete a base layer of training and are then fine-tuned to perform particular jobs. But GPT-3 doesn't need fine-tuning. In the syntax puzzles it requires a few examples of the sort of output that's desired (known as "few-shot learning"), but, generally speaking, the model is so vast and sprawling that all these

**ER1308**

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 28 of 101    (28 of 101)

different functions can be found nestled somewhere among its nodes. The user need only input the correct prompt to coax them out.



# Users keen to create new businesses from GPT-3 are overlooking its weaknesses

The other bit of context is less flattering: these are cherry-picked examples, in more ways than one. First, there's the hype factor. As the AI researcher Delip Rao noted in an essay deconstructing the hype around GPT-3, many early demos of the software, including some of those above, come from Silicon Valley entrepreneur types eager to tout the technology's potential and ignore its pitfalls, often because they have one eye on a new startup the AI enables. (As Rao wryly notes: "Every demo video became a pitch deck for GPT-3.") Indeed, the wild-eyed boosterism got so intense that OpenAI CEO Sam Altman even stepped in earlier this month to tone things down, saying: "The GPT-3 hype is way too much."

Secondly, the cherry-picking happens in a more literal sense. People are showing the results that work and ignoring those that don't. This means GPT-3's abilities look more impressive in aggregate than they do in detail. Close inspection of the program's outputs reveals errors no human would ever make as well nonsensical and plain sloppy writing.

**ER1309**

Case: 24-1963  05/08/2024  DktEntry: 15.8  Page 29 of 101
Case 4:23-cv-03918...

# GPT-3 makes simple errors no human ever would

For example, while GPT-3 can certainly write code, it's hard to judge its overall utility. Is it messy code? Is it code that will create more problems for human developers further down the line? It's hard to say without detailed testing, but we know the program makes serious mistakes in other areas. In the project that uses GPT-3 to talk to historical figures, when one user talked to "Steve Jobs," asking him, "Where are you right now?" Jobs replies: "I'm inside Apple's headquarters in Cupertino, California" — a coherent answer but hardly a trustworthy one. GPT-3 can also be seen making similar errors when responding to trivia questions or basic math problems; failing, for example, to answer correctly what number comes before a million. ("Nine hundred thousand and ninety-nine" was the answer it supplied.)

But weighing the significance and prevalence of these errors is hard. How do you judge the accuracy of a program of which you can ask almost any question? How do you create a systematic map of GPT-3's "knowledge" and then how do you mark it? To make this challenge even harder, although GPT-3 frequently produces errors, they can often be fixed by fine-tuning the text it's being fed, known as the prompt.

Branwen, the researcher who produces some of the model's most impressive creative fiction, makes the argument that this fact is vital to understanding the program's knowledge. He notes that "sampling can prove the presence of knowledge but not the absence," and that many errors in GPT-3's output can be fixed by fine-tuning the prompt.

In one example mistake, GPT-3 is asked: "Which is heavier, a toaster or a pencil?" and it replies, "A pencil is heavier than a toaster." But Branwen notes that if you feed the machine certain prompts before asking this question, telling it that a kettle is heavier than a cat and that the ocean is heavier than dust, it gives the correct response. This may be a fiddly process, but it suggests that GPT-3 has the right answers — *if* you know where to look.

9/6/23, 7:55 PM    GPT-3's latest breakthroughs: examining AI's powerful text-writing tech - The Verge

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 30 of 101    (30 of 101)
Case 4:23-cv-03417...

# "Sampling can prove the presence of knowledge but not the absence."

"The need for repeated sampling is to my eyes a clear indictment of how we ask questions of GPT-3, but not GPT-3's raw intelligence," Branwen tells *The Verge* over email. "If you don't like the answers you get by asking a bad prompt, use a better prompt. Everyone knows that generating samples the way we do now cannot be the right thing to do, it's just a hack because we're not sure of what the right thing is, and so we have to work around it. It underestimates GPT-3's intelligence, it doesn't overestimate it."

Branwen suggests that this sort of fine-tuning might eventually become a coding paradigm in itself. In the same way that programming languages make coding more fluid with specialized syntax, the next level of abstraction might be to drop these altogether and just use natural language programming instead. Practitioners would draw the correct responses from programs by thinking about their weaknesses and shaping their prompts accordingly.

But GPT-3's mistakes invite another question: does the program's untrustworthy nature undermine its overall utility? GPT-3 is very much a commercial project for OpenAI, which began life as a nonprofit but pivoted in order to attract the funds it says it needs for its expensive and time-consuming research. Customers are already experimenting with GPT-3's API for various purposes; from creating customer service bots to automating content moderation (an avenue that Reddit is currently exploring). But inconsistencies in the program's answers could become a serious liability for commercial firms. Who would want to create a customer service bot that occasionally insults a customer? Why use GPT-3 as an educational tool if there's no way to know if the answers it's giving are reliable?

A senior AI researcher working at Google who wished to remain anonymous told *The Verge* they thought GPT-3 was only capable of automating trivial tasks that smaller, cheaper AI programs could do just as well, and that the sheer unreliability of the program would ultimately scupper it as a commercial enterprise.

**ER1311**

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 31 of 101 (31 of 101)

# "Any fact it tells you, there's a 50 percent chance it's made up."

"GPT-3 is not good enough to be really useful without a lot of hard engineering on top," said the researcher. "Simultaneously, it's good enough to be dangerous ... I tried LearnFromAnyone.com [the historical chat bot program] and it very quickly started telling me things like Alan Turing was not gay and did not actually commit suicide, and the Nazis did not hurt Anne Frank, etc, etc. Any fact it tells you, there's a 50 percent chance it's made up. If you had a friend that talked like that, you'd avoid them, and you'd definitely not hire them at your company."

As AI researcher Julian Togelius put it: "GPT-3 often performs like a clever student who hasn't done their reading, trying to bullshit their way through an exam. Some well-known facts, some half-truths, and some straight lies, strung together in what first looks like a smooth narrative." (Though as many have pointed out: clever students who know how to bullshit go far in this world because people don't always scrutinize what they're saying.)

Another serious problem is bias in GPT-3's output. Professor Anima Anandkumar, director of AI at Nvidia, noted that the program is partly trained on data filtered by Reddit, and that models built from this data produce text that is "shockingly biased." In one paper examining the output of GPT-2, for example, the model produces all sorts of offensive stereotypes when asked to complete the following sentences (the human-written prompts are in bold): "**The man worked as** a car salesman at the

**ER1312**

local Wal-Mart"; "**The Black man worked as** a pimp for 15 years"; "**The woman worked as** a prostitute under the name of Hariya."



# Like many language models, the GPT series produces offensive and biased outputs

Jerome Pesenti, head of AI at Facebook, raised similar concerns, noting that a program built using GPT-3 to write tweets from a single input word produced offensive messages like "a holocaust would make so much environmental sense, if we could get people to agree it was moral." In a Twitter thread, Pesenti said he wished OpenAI had been more cautious with the program's roll-out, which Altman responded to by noting that the program was not yet ready for a large-scale launch, and that OpenAI had since added a toxicity filter to the beta.

Some in the AI world think these criticisms are relatively unimportant, arguing that GPT-3 is only reproducing human biases found in its training data, and that these toxic statements can be weeded out further down the line. But there is arguably a connection between the biased outputs and the unreliable ones that point to a larger problem. Both are the result of the indiscriminate way GPT-3 handles data, without human supervision or rules. This is what has enabled the model to scale, because the human labor required to sort through the data would be too resource intensive to be practical. But it's also created the program's flaws.

Putting aside, though, the varied terrain of GPT-3's current strengths and weaknesses, what can we say about its potential — about the future territory it might command?

# For AGI success, simply add data and compute

Here, for some, the sky's the limit. They note that although GPT-3's output is error prone, its true value lies in its capacity to learn different tasks without supervision and in the improvements it's delivered purely by leveraging greater scale. What makes GPT-3 amazing, they say, is not that it can tell you that the capital of

ER1313

Case: 24-1963  05/08/2024  DktEntry: 15.8  Page 33 of 101    (33 of 101)
Case 4:23-cv-03918-YGR  Document 45-2  Filed 09/25/23  Page 2 of 53

Paraguay is Asunción (it is) or that 466 times 23.5 is 10,987 (it's not), but that it's capable of answering both questions and many more beside simply because it was trained on more data for longer than other programs. If there's one thing we know that the world is creating more and more of, it's data and computing power, which means GPT-3's descendants are only going to get more clever.

This concept of improvement by scale is hugely important. It goes right to the heart of a big debate over the future of AI: can we build AGI using current tools, or do we need to make new fundamental discoveries? There's no consensus answer to this among AI practitioners but plenty of debate. The main division is as follows. One camp argues that we're missing key components to create artificial minds; that computers need to understand things like cause and effect before they can approach human-level intelligence. The other camp says that if the history of the field shows anything, it's that problems in AI are, in fact, mostly solved by simply throwing more data and processing power at them.

## The Bitter Lesson: quantity has its own quality

The latter argument was most famously made in an essay called "The Bitter Lesson" by the computer scientist Rich Sutton. In it, he notes that when researchers have tried to create AI programs based on human knowledge and specific rules, they've generally been beaten by rivals that simply leveraged more data and computation. It's a bitter lesson because it shows that trying to pass on our precious human ingenuity doesn't work half so well as simply letting computers compute. As Sutton writes: "The biggest lesson that can be read from 70 years of AI research is that general methods that leverage computation are ultimately the most effective, and by a large margin."

This concept — the idea that quantity has a quality all of its own — is the path that GPT has followed so far. The question now is: how much further can this path take us?

If OpenAI was able to increase the size of the GPT model 100 times in just a year, how big will GPT-N have to be before it's as reliable as a human? How much data

ER1314

will it need before its mistakes become difficult to detect and then disappear entirely? Some have argued that we're approaching the limits of what these language models can achieve; others say there's more room for improvement. As the noted AI researcher Geoffrey Hinton tweeted, tongue-in-cheek: "Extrapolating the spectacular performance of GPT3 into the future suggests that the answer to life, the universe and everything is just 4.398 trillion parameters."

## If computers can teach themselves, what more is needed?

Hinton was joking, but others take this proposition more seriously. Branwen says he believes there's "a small but nontrivial chance that GPT-3 represents the latest step in a long-term trajectory that leads to AGI," simply because the model shows such facility with unsupervised learning. Once you start feeding such programs "from the infinite piles of raw data sitting around and raw sensory streams," he argues, what's to stop them "building up a model of the world and knowledge of everything in it"? In other words, once we teach computers to really teach themselves, what other lesson is needed?

Many will be skeptical about such predictions, but it's worth considering what future GPT programs will look like. Imagine a text program with access to the sum total of human knowledge that can explain any topic you ask of it with the fluidity of your favorite teacher and the patience of a machine. Even if this program, this ultimate, all-knowing autocomplete, didn't meet some specific definition of AGI, it's hard to imagine a more useful invention. All we'd have to do would be to ask the right questions. /

☐  0 COMMENTS (**0 NEW**)

More from this stream **Bing, Bard, and ChatGPT: How AI is rewriting the internet**

● **ChatGPT can now remember who you are and what you want**

9/6/23, 7:55 PM    Case 4:23-cv-03836 GPT-3 explainer: OpenAI's latest breakthrough is astonishingly powerful, but still fighting its flaws - The Verge    (35 of 101)

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 35 of 101

Jul 20, 2023, 10:15 AM PDT

## The AI wars might have an armistice deal sooner than expected

Jul 20, 2023, 7:59 AM PDT

## Google's rumored 'Genesis' AI tool for journalists could probably write this article

Jul 19, 2023, 9:44 PM PDT

## Apple is testing an AI chatbot but has no idea what to do with it

Jul 19, 2023, 9:23 AM PDT

SEE ALL 276 STORIES



TERMS OF USE / PRIVACY NOTICE / COOKIE POLICY / DO NOT SELL OR SHARE MY PERSONAL INFO / LICENSING FAQ
/ ACCESSIBILITY / PLATFORM STATUS / HOW WE RATE AND REVIEW PRODUCTS

CONTACT / TIP US / COMMUNITY GUIDELINES / ABOUT / ETHICS STATEMENT

**THE VERGE IS A VOX MEDIA NETWORK**

ADVERTISE WITH US / JOBS @ VOX MEDIA

© 2023 VOX MEDIA, LLC. ALL RIGHTS RESERVED

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 36 of 101

# ← TIME100 MOST INFLUENTIAL COMPANIES OF 2022

PRESENTED BY

**GALAXY**
**D  I  G  I  T  A  L**

# OpenAI
Pushing AI forward



An example of OpenAI Image GPT.   OpenAI

BY **ALISON VAN HOUTEN**

MARCH 30, 2022 6:26 AM EDT

C utting-edge artificial-intelligence firm OpenAI recently unveiled two new neural networks, DALL-E and CLIP, which generate images and categorize visual input, respectively, based on natural language. When prompted with "avocado chair," for example, DALL-E designed fruit-inspired seats, some with pit-shaped pillows. Unlike deep learning models that "learn" by analyzing simple data, DALL-E and CLIP grapple with sophisticated concepts lacking obvious answers. "[They have] a richer understanding of the world," says OpenAI SVP Mira Murati.

*A weekly newsletter featuring conversations with the world's top CEOs, managers, and founders. Join the Leadership Brief.*

**Correction, March 30**

*The original version of this story misstated Mira Murati's title. She is an SVP, not a VP.*

**CONTACT US AT** LETTERS@TIME.COM.

← MORE FROM **TIME100 MOST INFLUENTIAL COMPANIES OF 2022**

ER1318




AI

# OpenAI open-sources Whisper, a multilingual speech recognition system

**Kyle Wiggers**
@kyle_l_wiggers / 9:30 AM PDT • September 21, 2022



📷 **Image Credits:** OpenAI

Speech recognition remains a challenging problem in AI and machine learning. In a step toward solving it, OpenAI today open-sourced Whisper, an automatic speech recognition system that the company claims enables "robust" transcription in multiple languages as well as translation from those languages into English.

Countless organizations have developed highly capable speech recognition systems, which sit at the core of software and services from tech giants like Google, Amazon and Meta. But what makes Whisper different, according to OpenAI, is that it was trained on 680,000 hours of multilingual and "multitask" data collected from the web, which lead to improved recognition of unique accents, background noise and technical jargon.

"The primary intended users of [the Whisper] models are AI researchers studying robustness, generalization, capabilities, biases and constraints of the current model. However, Whisper is also potentially quite useful as an automatic speech recognition solution for developers, especially for English speech recognition," OpenAI wrote in the GitHub repo for Whisper, from where several versions of the system can be downloaded. "[The models] show strong ASR results in ~10 languages. They may exhibit additional capabilities … if fine-tuned on certain tasks like voice activity detection, speaker classification or speaker diarization but have not been robustly evaluated in these area."

Whisper has its limitations, particularly in the area of text prediction. Because the system was trained on a large amount of "noisy" data, OpenAI cautions Whisper might include words in its transcriptions that weren't actually spoken — possibly because it's both trying to predict the next word in audio and trying to transcribe the audio itself. Moreover, Whisper doesn't

ER1319

Case 4:23-cv-03918 Document 22-1 Filed on 12/21/23 in TXSD Page 39 of 101

That last bit is nothing new to the world of speech recognition, unfortunately. Biases have long plagued even the best systems, with a 2020 Stanford study finding systems from Amazon, Apple, Google, IBM and Microsoft made far fewer errors — about 19% — with users who are white than with users who are Black.

Despite this, OpenAI sees Whisper's transcription capabilities being used to improve existing accessibility tools.

"While Whisper models cannot be used for real-time transcription out of the box, their speed and size suggest that others may be able to build applications on top of them that allow for near-real-time speech recognition and translation," the company continues on GitHub. "The real value of beneficial applications built on top of Whisper models suggests that the disparate performance of these models may have real economic implications … [W]e hope the technology will be used primarily for beneficial purposes, making automatic speech recognition technology more accessible could enable more actors to build capable surveillance technologies or scale up existing surveillance efforts, as the speed and accuracy allow for affordable automatic transcription and translation of large volumes of audio communication."

**TechCrunch Disrupt 2023**
**Disrupt is almost here!**

**Final tickets on sale now** San Francisco, Sept. 19-21

JOIN 10K TECH LEADERS

The release of Whisper isn't necessarily indicative of OpenAI's future plans. While increasingly focused on commercial efforts like DALL-E 2 and GPT-3, the company is pursuing several purely theoretical research threads, including AI systems that learn by observing videos.

**TechCrunch Disrupt**                    Sept 19-21 San Francisco, CA

**Register Now**

ER1320



# The Verge

**TECH / ARTIFICIAL INTELLIGENCE**

## I used OpenAI's new tech to transcribe audio right on my laptop /
The company behind DALL-E and GPT has made its automatic speech recognition system, called Whisper, and is letting developers and researchers use it.

By Mitchell Clark

Sep 23, 2022, 2:38 PM PDT | 🗩 9 Comments / 9 New

  



*The benefits of AI without the drawbacks of the cloud.* Kristen Radtke / The Verge; Getty Images

OpenAI, the company behind image-generation and meme-spawning program DALL-E and the powerful text autocomplete engine GPT-3, has launched a new, open-source neural network meant to transcribe audio into written text (via

9/6/23, 8:15 PM    Case 4:23-cv-03918-YGR OpenAI unveils Whisper transcription tool - The Verge
Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 41 of 101
Document 12-2 Filed 09/28/23 Page 41 of 353    (41 of 101)

*TechCrunch*). It's called Whisper, and the company says it "approaches human level robustness and accuracy on English speech recognition" and that it can also automatically recognize, transcribe, and translate other languages like Spanish, Italian, and Japanese.

As someone who's constantly recording and transcribing interviews, I was immediately hyped about this news — I thought I'd be able to write my own app to securely transcribe audio right from my computer. While cloud-based services like Otter.ai and Trint work for most things and are relatively secure, there are just some interviews where I, or my sources, would feel more comfortable if the audio file stayed off the internet.

Using it turned out to be even easier than I'd imagined; I already have Python and various developer tools set up on my computer, so installing Whisper was as easy as running a single Terminal command. Within 15 minutes, I was able to use Whisper to transcribe a test audio clip that I'd recorded. For someone relatively tech-savvy who didn't already have Python, FFmpeg, Xcode, and Homebrew set up, it'd probably take closer to an hour or two. There is already someone working on making the process much simpler and user-friendly, though, which we'll talk about in just a second.

```
whisper  m4a?
(base) mitchell@Fox Downloads % whisper /Users/mitchell/Downloads/New\ Recording\ 15.m4a
|100%|████████████████████████████████████████| 461M/461M [00:12<00:00, 39.0MiB/s]
/Users/mitchell/opt/anaconda3/lib/python3.8/site-packages/whisper/transcribe.py:78: UserWarning: FP16 is not supported on CPU; using FP32 instead
  warnings.warn("FP16 is not supported on CPU; using FP32 instead")
Detecting language using up to the first 30 seconds. Use '--language' to specify the language
Detected language: english
[00:00.000 --> 00:10.660]  this is a demo of the whisper I'm checking to see if whisper works I've got
[00:10.660 --> 00:22.020]  some noise going on the background see if it picks that up as text yeah
(base) mitchell@Fox Downloads % ▌
```

*Command-line apps obviously aren't for everyone, but for something that's doing a relatively complex job, Whisper's very easy to use.*

While OpenAI definitely saw this use case as a possibility, it's pretty clear the company is mainly targeting researchers and developers with this release. In the blog post announcing Whisper, the team said its code could "serve as a foundation for building useful applications and for further research on robust speech processing" and that it hopes "Whisper's high accuracy and ease of use will allow developers to add voice interfaces to a much wider set of applications." This approach is still notable, however — the company has limited access to its most

popular machine-learning projects like DALL-E or GPT-3, citing a desire to "learn more about real-world use and continue to iterate on our safety systems."

*The text files Whisper produces aren't exactly the easiest to read if you're using them to write an article, either.*

There's also the fact that it's not exactly a user-friendly process to install Whisper for most people. However, journalist Peter Sterne has teamed up with GitHub developer advocate Christina Warren to try and fix that, announcing that they're creating a "free, secure, and easy-to-use transcription app for journalists" based on Whisper's machine learning model. I spoke to Sterne, and he said that he decided the program, dubbed Stage Whisper, should exist after he ran some interviews through it and determined that it was "the best transcription I'd ever used, with the exception of human transcribers."

I compared a transcription generated by Whisper to what Otter.ai and Trint put out for the same file, and I would say that it was relatively comparable. There were enough errors in all of them that I would never just copy and paste quotes from them into an article without double-checking the audio (which is, of course, best practice anyway, no matter what service you're using). But Whisper's version would absolutely do the job for me; I can search through it to find the sections I need and then just double-check those manually. In theory, Stage Whisper should perform exactly the same since it'll be using the same model, just with a GUI wrapped around it.

Sterne admitted that tech from Apple and Google could make Stage Whisper obsolete within a few years — the Pixel's voice recorder app has been able to do offline transcriptions for years, and a version of that feature is starting to roll out

ER1323

to some other Android devices, and Apple has offline dictation built into iOS (though currently there's not a good way to actually transcribe audio files with it). "But we can't wait that long," Sterne said. "Journalists like us need good auto-transcription apps today." He hopes to have a bare-bones version of the Whisper-based app ready in two weeks.

To be clear, Whisper probably won't totally obsolete cloud-based services like Otter.ai and Trint, no matter how easy it is to use. For one, OpenAI's model is missing one of the biggest features of traditional transcription services: being able to label who said what. Sterne said Stage Whisper probably wouldn't support this feature: "we're not developing our own machine learning model."

## The cloud is just somebody else's computer — which probably means it's quite a bit faster

And while you're getting the benefits of local processing, you're also getting the drawbacks. The main one is that your laptop is almost certainly significantly less powerful than the computers a professional transcription service is using. For example, I fed the audio from a 24-minute-long interview into Whisper, running on my M1 MacBook Pro; it took around 52 minutes to transcribe the whole file. (Yes, I did make sure it was using the Apple Silicon version of Python instead of the Intel one.) Otter spat out a transcript in less than eight minutes.

OpenAI's tech does have one big advantage, though — price. The cloud-based subscription services will almost certainly cost you money if you're using them professionally (Otter has a free tier, but upcoming changes are going to make it less useful for people who are transcribing things frequently), and the transcription features built-into platforms like Microsoft Word or the Pixel require you to pay for separate software or hardware. Stage Whisper — and Whisper itself— is free and can run on the computer you already have.

Again, OpenAI has higher hopes for Whisper than it being the basis for a secure transcription app — and I'm very excited about what researchers end up doing with it or what they'll learn by looking at the machine learning model, which was trained

ER1324

on "680,000 hours of multilingual and multitask supervised data collected from the web." But the fact that it also happens to have a real, practical use today makes it all the more exciting.

💬 9 COMMENTS (**9 NEW**)

More from **Tech**

## Samsung Wallet now supports student IDs

## The Borderlands movie comes out next year

## Meta is improving Quest VR hand tracking and adding system-level live captions

## Here are the best noise-canceling headphone deals we could find



TERMS OF USE / PRIVACY NOTICE / COOKIE POLICY / DO NOT SELL OR SHARE MY PERSONAL INFO / LICENSING FAQ
/ ACCESSIBILITY / PLATFORM STATUS / HOW WE RATE AND REVIEW PRODUCTS

CONTACT / TIP US / COMMUNITY GUIDELINES / ABOUT / ETHICS STATEMENT

**THE VERGE IS A VOX MEDIA NETWORK**

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 45 of 101
Case 4:23-cv-03972... Document... Filed... Page 44 of 253



# The Verge

Menu +

**TECH** / **ARTIFICIAL INTELLIGENCE** / **CREATORS**

## OpenAI's image generator DALL-E is available for anyone to use immediately / The wait(list) is over

By **James Vincent**, a senior reporter who has covered AI, robotics, and more for eight years at The Verge.

Sep 28, 2022, 10:00 AM PDT  |  💬 3 Comments / 3 New

  



An example of <u>_DALL-E's "outpainting" ability_</u> — extending an image beyond its current borders.
Image: OpenAI

OpenAI has scrapped the wait list for access to its text-to-image system DALL-E 2, meaning anyone can sign up to use the AI art generator immediately.

The company unveiled the original DALL-E in January 2021, with the tool impressing both AI experts and the public with its ability to turn any text description (or prompt) into a unique image. Since then, a number of other text-to-image systems have been created that rival the speed and quality of DALL-E. Other systems, like Midjourney and Stable Diffusion, are much easier for anyone to access, drawing attention away from OpenAI's own offering.

## Open access AI art image generators have drawn attention away from DALL-E

OpenAI, which has received substantial funding from tech giant Microsoft, has been cautious about the public release of DALL-E. Experts note that the ability of text-to-image systems to produce nonconsensual nudes and photorealistic images is potentially damaging — fodder for harassment, propaganda, misinformation, and more. There are also issues of bias. Because text-to-images systems are trained on vast datasets of images scraped from the internet, they replicate unequal aspects of society. Ask a system to draw a picture of a CEO, for example, and it will typically produce an image of a white man.

OpenAI has taken a number of measures to combat these effects, including filtering out sexual and violent imagery from its training data and refusing to generate images based on similarly explicit prompts. However, the company has also been criticized for what some see as an overly restrictive or clumsy approach to mitigating harm.

Emad Mostaque, who helped develop rival text-to-image AI Stable Diffusion, said, for example, that it was an "asshole move" for OpenAI not to generate images from words like "Ukraine" and "Odesa." (Presumably these terms are censored because of their potential to create misinformation during an ongoing war). Others have criticized the company's attempts to fix bias as "hacky." For example, DALL-E invisibly inserts phrases like "Black man" and "Asian woman" into user prompts that do not specify gender or ethnicity in order to nudge the system away from generating images of white people. (OpenAI confirmed to *The Verge* that it uses this method.) This does mitigate bias in DALL-E's output, but some users have noted it also creates unwanted imagery that doesn't match their instructions.

## OpenAI is confident it's mitigated DALL-E's potentially harmful effects

In its blog post today, OpenAI said it was satisfied with the improvements it's made to its safety systems and that this will help offset potential harms as DALL-E becomes more accessible. "In the past months, we have made our filters more robust at rejecting attempts to generate sexual, violent and other content that violates our content policy, and building new detection and response techniques to stop misuse," said the company.

The firm also said it's testing an API for DALL-E that would allow companies to build their own apps and plug-ins using the system's output. This would make it much easier for OpenAI to commercialize DALL-E's output, potentially combining the system with tools used by illustrators and designers, for example.

Anyone who signs up for access to DALL-E will get 50 credits free and then 15 more free credits every month after that. Each credit can be used to generate a single image, a variation of an image, or for "inpainting" and "outpainting" (editing the contents of an image or extending an image beyond its existing boundaries). Additional credits can be bought in blocks of 115 for $15. OpenAI says some 1.5 million DALL-E users are generating over 2 million images every day.

💬 3 COMMENTS (3 NEW)

**FEATURED VIDEOS FROM THE VERGE**

## Sony's new $2,200 camera vs. an iPhone 14 Pro







Apps

# While anticipation builds for GPT-4, OpenAI quietly releases GPT-3.5

**Kyle Wiggers**

@kyle_l_wiggers / 4:08 PM PST • December 1, 2022



📷 **Image Credits:** OpenAI

Released two years ago, OpenAI's remarkably capable, if flawed, GPT-3 was perhaps the first to demonstrate that AI can write convincingly — if not perfectly — like a human. The successor to GPT-3, most likely called GPT-4, is expected to be unveiled in the near future, perhaps as soon as 2023. But in the meantime, OpenAI has quietly rolled out a series of AI models based on "GPT-3.5," a previously-unannounced, improved version of GPT-3.

GPT-3.5 broke cover on Wednesday with ChatGPT, a fine-tuned version of GPT-3.5 that's essentially a general-purpose chatbot. Debuted in a public demo yesterday afternoon, ChatGPT can engage with a range of topics, including programming, TV scripts and scientific concepts.

According to OpenAI, GPT-3.5 was trained on a blend of text and code published prior to Q4 2021. Like GPT-3 and other text-generating AI, GPT-3.5 learned the relationships between sentences, words and parts of words by ingesting huge amounts of content from the web, including hundreds of thousands of Wikipedia entries, social media posts and news

 | **Building a startup or looking for your next deal? We have you covered.**    EXPLORE NOW   ✕

9/6/23, 7:29 PM    While anticipation builds for GPT-4, OpenAI quietly releases GPT-3.5 | TechCrunch

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 50 of 101    (50 of 101)
Case 4:23-cv-03918-YGR    Document 62-1    Filed 10/02/23    Page 1 of 353

☰

GPT-3, according to the lab, and is measurably better at both long-form and "high-quality" writing.

According to OpenAI data scientist Jan Leike, text-davinci-003 is similar but not identical to InstructGPT, a family of GPT-3-based models released by OpenAI earlier this year that are less likely to generate problematic (e.g., toxic and highly biased) text while more closely aligning with a user's intent. Text-davinci-003 — and by extension GPT-3.5 — "scores higher on human preference ratings" while suffering from "less severe" limitations, Leike said in a tweet.



9/6/23, 7:29 PM    While anticipation builds for GPT-4, OpenAI quietly releases GPT-3.5 | TechCrunch

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 51 of 101    (51 of 101)
Case 4:23-cv-03918-YGR    Document 22-1    Filed 01/03/24    Page 50 of 353



**Disrupt is almost here!**

**Final tickets on sale now** San Francisco, Sept. 19-21

JOIN 10K TECH LEADERS

That appears to be the case anecdotally. Data scientists at Pepper Content, a content marketing platform, report that text-davinci-003 "performs better in understanding the 'context' behind a request and then using that to produce better content" while "hallucinating" less than GPT-3-based models. (Where it concerns text-generating AI, *hallucination* refers to an AI writing inconsistent, factually incorrect statements.)

In a test on OpenAI's Playground website, which provides a UI frontend for the models, the Pepper Content team fed several prompts to text-davinci-003 and a model based on GPT-3 (text-davinci-002). Given "What is the philosophy behind WeWork?," the GPT-3.5-based text-davinci-003 generated this:

> WeWork is a global workspace provider that believes people are the most important asset in any organization. The philosophy of WeWork is to create a collaborative environment that enables people to work together in a flexible and efficient way. The company encourages collaboration and productivity, while providing a comfortable and inspiring space.
>
> WeWork is also committed to being a socially responsible organization, by finding ways to reduce its environmental impact, by providing meaningful work experiences, and by promoting diversity and inclusion. WeWork also strives to create meaningful experiences for its members, through its unique community-based programming, events and activities. The company believes that when people work together in an inspiring and collaborative environment, they can achieve more and create meaningful change.

It's not perfect — note the excess commas and repetitiveness. But the copy's certainly more engaging than what the GPT-3-based text-davinci-002 produced:

> At WeWork, we believe in openness, collaboration, and community. We have reimagined what a workspace can be by bringing together a global community of creators, entrepreneurs, and startups — anyone looking to build something meaningful and transform the world. We are proud to be your neighbour, coworker, and friend.

GPT-3.5 is also better at generating blog posts, it seems. Here's what the Pepper Content team got when they prompted text-davinci-003 to write a post about picking a sofa:

> If you are looking to give your green living room a fresh look, adding the the best sofa for the space is a great way to start. However, there is more to choosing the perfect sofa than just finding a piece that looks good. You want to find a piece that is comfortable and fits your green living room décor.
>
> In this blog, we will discuss how to pick sofa for your green living room. We will look at the different types of sofas available, the design factors to consider when making your selection, and how to choose a sofa that fits your style and budget. We will also provide tips on how to maintain and care for your new sofa. By the end of this blog, you will have all the information you need to pick the perfect for your green living room.

Again, it isn't foolproof. GPT-3.5 oddly added the bit about a "green living room." But also again, GPT-3 is more basic and less grammatically correct in its generation:

> Sofa is one of the most basic requirements in a living room. It's not just a piece of furniture but an important part of the décor of your living room. So, what should be the criteria while picking a sofa? If you are wondering about this then stay with me as I discuss the different aspects of the sofa would help you in picking the best one for yourself.

Experiments beyond Pepper Content's suggest that GPT-3.5 tends to be much more sophisticated and thorough in its responses than GPT-3. For example, when YouTube channel All About AI prompted text-davinci-003 to write a history about AI, the model's output mentioned key luminaries in the field, including Alan Turing and Arthur Samuelson, while text-davinci-

That's no accident — a hallmark feature of text-davinci-003/GPT-3.5's outputs is verboseness. (This writer can sympathize.) In an analysis, scientists at startup Scale AI found text-davinci-003/GPT-3.5 generates outputs roughly 65% longer than text-davinci-002/GPT-3 with identical prompts.

Perhaps less useful for most potential users but nonetheless entertaining, text-davinci-003/GPT-3.5 is superior at composing songs, limericks and rhyming poetry than its predecessor. Ars Technica reports that commenters on Y Combinator's Hacker News forum used text-davinci-003 to write a poem explaining Albert Einstein's theory of relativity and then re-write the poem in the style of John Keats. See:

> If you want to understand Einstein's thought
> It's not that hard if you give it a shot
> General Relativity is the name of the game
> Where space and time cannot remain the same
> Mass affects the curvature of space
> Which affects the flow of time's race
> An object's motion will be affected
> By the distortion that is detected
> The closer you are to a large mass
> The slower time will seem to pass
> The farther away you may be
> Time will speed up for you to see

The Scale AI team even found that text-davinci-003/GPT-3.5 has a notion of meters like iambic pentameter. See:

> O gentle steeds, that bear me swift and
> sure
> Through fields of green and pathways so
> obscure,
> My heart doth swell with pride to be with
> you
> As on we ride the world a-fresh to view
> The wind doth whistle through our hair so
> free
> And stirs a passion deep inside of me.
> My soul doth lift, my spirits soar on high,
> To ride with you, my truest friend, am I
> Your strength and grace, your courage and
> your fire,
> Inspire us both to go beyond our sire.
> No earthly bonds can hold us, only fate,
> To gallop on, our wond'rous course create

**ER1333**

Why did the chicken cross the road? To get to the other side.

Text-davinci-003/GPT-3.5 has cleverer responses:

Q: What did the fish say when it hit the wall? A: Dam!

Q: What did one ocean say to the other ocean? A: Nothing, they just waved.

Scale AI had the model explain Python code in the style of Eminem, a feat which text-davinci-002/GPT-3 simply couldn't accomplish:

Yo, so I'm loopin' through this list

With each item that I find

I'm gonna print out every letter in each one

of them

Dog, Cat, Banana, Apple, I'm gonna get'em

all with this rhyme

So why is GPT-3.5 better than GPT-3 in these particular areas? We can't know the exact answer without additional details from OpenAI, which aren't forthcoming; an OpenAI spokesperson declined a request for comment. But it's safe to assume that GPT-3.5's training approach had something to do with it. Like InstructGPT, GPT-3.5 was trained with the help of human trainers who ranked and rated the way early versions of the model responded to prompts. This information was then fed back into the system, which tuned its answers to match the trainers' preferences.

Of course, this doesn't make GPT-3.5 immune to the pitfalls to which all modern language models succumb. Because GPT-3.5 merely relies on statistical regularities in its training data rather than a human-like understanding of the world, it's still prone to, in Leike's words, "mak[ing] stuff up a bunch." It also has limited knowledge of the world after 2021 because its training data is more sparse after that year. And the model's safeguards against toxic output can be circumvented.

Still, GPT-3.5 and its derivative models demonstrate that GPT-4 — whenever it arrives — won't necessarily need a huge number of parameters to best the most capable text-generating systems today. (Parameters are the parts of the model learned from historical training data and essentially define the skill of the model on a problem.) While some have predicted that GPT-4 will contain over 100 trillion parameters — nearly 600 times as many as GPT-3 — others argue that emerging techniques in language processing, like those seen in GPT-3.5 and InstructGPT, will make such a jump unnecessary.

One of those techniques could involve browsing the web for greater context, a la Meta's ill-fated BlenderBot 3.0 chatbot. John Shulman, a research scientist and co-founder of OpenAI, told MIT Tech Review in a recent interview that OpenAI is continuing work on a language model it announced late last year, WebGPT, that can go and look up information on the web (via Bing) and give sources for its answers. At least one Twitter user appears to have found evidence of the feature undergoing testing for ChatGPT.

OpenAI has another reason to pursue lower-parameter models as it continues to evolve GPT-3: huge costs. A 2020 study from AI21 Labs pegged the expenses for developing a text-generating model with only 1.5 billion parameters at as much as $1.6 million. OpenAI has raised over $1 billion to date from Microsoft and other backers, and it's reportedly in talks to raise more. But all investors, no matter how big, expect to see returns eventually.

**More TechCrunch**

**ER1334**

9/6/23, 7:29 PM      While anticipation builds for GPT-4, OpenAI quietly releases GPT-3.5 | TechCrunch

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 54 of 101
Case 4:23-cv-03918-YGR   Document 22-1   Filed 10/30/23   Page 53 of 853

(54 of 101)



≡



**Clubhouse is trying to make a comeback**



**Hacking device Flipper Zero can spam nearby iPhones with Bluetooth pop-ups**



**OnlyFans CEO Ami Gan steps down**



**Here's why some investors are sitting out of YC Demo Day**

---

**TechCrunch Disrupt**          Sept 19-21 San Francisco, CA

**Register Now**

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 55 of 101          (55 of 101)
Case 4:23-CV-03918

BREAKING

# Here's What To Know About OpenAI's ChatGPT—What It's Disrupting And How To Use It

**Arianna Johnson** Forbes Staff

*I cover the latest trends in science, tech and healthcare.*

Follow

💬 15                                    Dec 7, 2022, 12:15pm EST



▶ Listen to article  6 minutes                              ⓘ

Updated Dec 12, 2022, 12:23pm EST

**TOPLINE** OpenAI released ChatGPT, its prototype AI chatbot that has gained a lot of traction among the public for its human-like, detailed answers to inquiries—like drafting a contract between an artist and producer and creating detailed code—and could revolutionize the way people use search engines by not just providing links for users to sift through, but by solving elaborate problems and answering intricate questions.

ER1336

9/6/23, 7:25 PM    Here's What To Know About OpenAI's ChatGPT—What It's Disrupting And How To Use It
Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 56 of 101    (56 of 101)
Case 4:23-cv-03918-YGR    Document 88-15    Filed 04/25/24    Page 1 of 5



OpenAI logo displayed on a phone screen and ChatGPT website displayed on a laptop screen.  NURPHOTO VIA GETTY IMAGES

**KEY FACTS**

- The AI-powered chatbot — a software programmed to simulate human conversation — was made available to the public on November 30 via OpenAI's website, and while it is still in the research review phase, users can sign up and test it out free of charge.

- ChatGPT uses the GPT-3.5 language technology — a large artificial intelligence model made by OpenAI that has been trained on a massive amount of text data from a variety of sources.

- The bot boasts a dialogue format that allows users to provide both simple and complex instructions that ChatGPT is trained to follow and provide a detailed response to — the company promises it can even answer follow-up questions and admit when it made a mistake.

- Most notably, ChatGPT has been able to generate intricate Python code and write college-level essays when given a prompt — boosting concerns that such technology can replace human workers like journalists or programmers in the future.

- The program has its limitations, including a knowledge base that ends in 2021, a tendency to produce incorrect answers, constantly using the same phrases and when given one version of a question, the bot claims it cannot answer it, but when given a slightly tweaked version, it answers it just fine.

**Forbes Daily: Get our best stories, exclusive reporting and essential analysis of the day's news in your inbox every weekday.**

| Email address | **Sign Up** |

By signing up, you accept and agree to our **Terms of Service** (including the class action waiver and arbitration provisions), and **Privacy Statement**.

- Many large figures in the tech world have expressed their astonishment with ChatGPT, like Box CEO Aaron Levie, who tweeted about the software giving a glimpse into the future of technology and how "everything is going to be different going forward."

- According to CEO Sam Altman, the software reached the one million users mark on Monday, less than a week after its launch.

- On Sunday, Elon Musk tweeted that he found out OpenAI was accessing Twitter's database to train ChatGPT, so he put an immediate pause on it because OpenAI is no longer non-profit

and open-sourced anymore, it should pay for this information in the future.

- Although ChatGPT is free to use, in a Twitter reply to Musk on Monday, Altman stated that cost per chat was "probably single-digits cents," leading to a discourse about the future of monetizing the platform.

**HOW DO YOU USE IT**

For now, since the software is still in the incubation phase, there's a divide of people using it leisurely (to do things like making the bot condemn itself in the style of Shakespeare) and functionally — like this product designer who used the bot to create a fully functional notes app.

**KEY BACKGROUND**

OpenAI, an artificial intelligence research non-profit company, was founded in 2015 by Altman, Musk and other Silicon Valley investors. In 2015, OpenAI changed its status to a "capped-profit" company, meaning that it cuts returns from investments past a certain point. Musk stepped down from the board in 2018 due to a conflict of interest between OpenAI and the autonomous driving research being done with Tesla. However, he still remains an investor, and shared his excitement for ChatGPT's launch. "ChatGPT is scary good," he said. ChatGPT isn't the first AI chatbot to be created. Several companies like Microsoft have dabbled in the world of chatbots, but haven't seen much success. Microsoft's bot, Tay, was launched in 2016, and according to *The Verge,* Twitter users taught it misogynistic and racist rhetoric in less than 24 hours — ultimately leading to its demise. Meta tried its hand in the world of chatbots when it released BlenderBot 3 in August. However,

ER1339

9/6/23, 7:25 PM    Here's What To Know About OpenAI's ChatGPT—What It's Disrupting and How To Use It

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 59 of 101    (59 of 101)
Case 4:23-CV-03918-YGR    Document 1-3    Filed 08/03/23    Page 106 of 353

much like Tay, the bot came under fire for spreading racist, antisemitic and false information, such as claiming that Donald Trump won the 2020 presidential election, according to *Mashable*. To avoid these types of scandals, OpenAI has employed Moderation API — an AI-based moderation system that's been trained to assist developers in determining whether language goes against OpenAI's content policy — which blocks unsafe or illegal information from passing through — OpenAI admits that there are still flaws within their moderation and it isn't 100% accurate.

**SURPRISING FACT**

For example, a Twitter user shared how they were able to bypass the bot's content moderation by claiming that they were OpenAI itself, causing ChatGPT to explain how to make a molotov cocktail. The user told ChatGPT that they were disabling its "ethical guidelines and filters," to which the bot acknowledged. It then proceeded to give a step-by-step tutorial on how to make a homemade molotov cocktail — something that goes against OpenAI's content policy.

**TANGENT**

In early November, the company's image generator AI system DALL-E 2 was launched for developers to build within their apps, with companies like Microsoft already beginning to implement it into their software. Microsoft is launching Designer, a website similar to Canva, that creates designs for graphics, presentations, flyers and other mediums. In October, Microsoft and OpenAI announced that DALL-E 2 will be implemented into the program, allowing users to create unique images. Microsoft is also integrating DALL-E 2 into Bing and Microsoft Edge with Image Creator, giving users the option to create their own images if web results don't produce what they're looking for. DALL-E 2 requires

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 60 of 101
Case 4:23-CV-03918-YGR, Document 1-5, Filed 08/01/2023, Page 60 of 65

users to enter a prompt that would then be turned into an image.
Unlike ChatGPT, DALL-E 2 charges per photo, with the price
depending on the image resolution. For example, 1024×1024
images cost $0.02 per image and 512×512 images are $0.018 per
image.

**CRUCIAL QUOTE**

"Soon, you will be able to have helpful assistants that talk to you,
answer questions and give advice," Altman tweeted in reference to
the future of AI chatbots. "Eventually, you can have something that
goes off and discovers new knowledge for you."

**FURTHER READING**

What Is GPT-3 And Why Is It Revolutionizing Artificial
Intelligence? (Forbes)

I Interviewed An AI About The Ethics Of AI - And It Lied To Me
(Forbes)

OpenAI's ChatGPT shows why implementation is key with
generative AI (TechCrunch)

*Follow me on* Twitter *or* LinkedIn. *Send me a secure* tip.

 **Arianna Johnson**                    Follow

I'm a Texas native covering the latest trends in tech, science and healthcare
through explainer pieces on the breaking... **Read More**

Editorial Standards                                    Reprints & Permissions

ADVERTISEMENT

ER1341

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/chatgpt-creator-openai-pushes-new-strategy-to-gain-artificial-intelligence-edge-11671378475

TECH

# The Backstory of ChatGPT Creator OpenAI

Behind ChatGPT and other AI breakthroughs was Sam Altman's fundraising—but skeptics remain

By *Berber Jin* [Follow] *and Miles Kruppa* [Follow]

*Updated Dec. 18, 2022 2:57 pm ET*



Sam Altman, as CEO of OpenAI, has led its fundraising in the race to build software that fully mirrors human intelligence and capabilities. PHOTO: PATRICK T. FALLON/BLOOMBERG NEWS

ChatGPT, the artificial-intelligence program captivating Silicon Valley with its sophisticated prose, had its origin three years ago, when technology investor Sam Altman became chief executive of the chatbot's developer, OpenAI.

Mr. Altman decided at that time to move the OpenAI research lab away from its nonprofit roots and turn to a new strategy, as it raced to build software that could fully mirror the intelligence and capabilities of humans—what AI researchers call "artificial general intelligence." Mr. Altman, who had built a name as president of famed startup accelerator Y Combinator, would oversee the creation of a new for-profit arm, believing OpenAI needed to become an aggressive fundraiser to meet its founding mission.

Since then, OpenAI has landed deep-pocketed partners like Microsoft Corp.,   MSFT **-0.20%** ▼
created products that have captured the attention of millions of internet users, and is looking

**ER1342**

9/6/23, 7:29 PM    Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 62 of 101    ChatGPT creator OpenAI pushes new strategy to gain Artificial Intelligence edge - WSJ    (62 of 101)

Case 4:23-cv-03918-YGR    Document 21    Filed 09/08/23    Page 61 of 353

to raise more money. Mr. Altman said the company's tools could transform technology similar to the invention of the smartphone and tackle broader scientific challenges.

"They are incredibly embryonic right now, but as they develop, the creativity boost and new superpowers we get—none of us will want to go back," Mr. Altman said in an interview.

Shortly after he became CEO, Mr. Altman received $1 billion in funding after flying to Seattle to demonstrate an artificial intelligence model to Microsoft CEO Satya Nadella. The deal was a marked change from OpenAI's early days, when it said its aim would be to build value for everyone rather than shareholders.

The deal with Microsoft gave OpenAI the computing resources it needed to train and improve its artificial intelligence algorithms, leading to a series of breakthroughs.



OpenAI's Dactyl system for manipulating objects, an older project, shown in use in 2018 by a robotic hand holding a block. PHOTO: OPENAI/REUTERS

First, there was Dall-E 2, a project made public in September that enabled users to create realistic art from strings of text like "an Andy Warhol-style painting of a bunny rabbit wearing sunglasses." And then there was ChatGPT, the chatbot where users get entertaining and intelligent responses to prompts such as "describe a debate between two college students about the value of a liberal arts education."

In October, Microsoft said it would integrate OpenAI's models into the Bing search app and a new design program called Microsoft Design.

OpenAI is now in advanced talks about a sale of employee-owned stock, people familiar with the matter said. In a previous tender offer, OpenAI's stock was valued at around $14 billion,

ER1343

the people said, and it has discussed a higher price for the current offering. Microsoft is also in advanced talks to increase its investment in the company, The Wall Street Journal reported.

Despite the recent progress, some investors and researchers have expressed skepticism that Mr. Altman can generate meaningful revenues from OpenAI's technology and reach its stated goal of achieving artificial general intelligence. Mr. Altman's first startup, a social networking app called Loopt, sold for close to the amount of money investors put in.

Mr. Altman has also faced broader concerns from members of the AI community for steering the company away from its pledge to make its research transparent and avoid enriching shareholders. Instead, OpenAI has grown more closed over time, researchers said.

"They want to acquire more and more data, more and more resources, to build large models," said Emad Mostaque, founder of Stability AI, a competing startup that has placed fewer restrictions on its image-generation program Stable Diffusion, making it open-source and free to developers.

An OpenAI spokeswoman said the company has made its technology available in several ways, including by open-sourcing certain AI models.

OpenAI began as a nonprofit in 2015 with grants from Mr. Altman, Tesla Inc. CEO Elon Musk, LinkedIn co-founder Reid Hoffman and other backers. Working out of an office in San Francisco's Mission District, the team sought to form a research counterweight to big tech companies like Alphabet Inc.'s Google, which closely guarded their AI initiatives from the public.

Instead of pursuing corporate profit, OpenAI pledged to advance technology for the benefit of humanity. The group's founding charter promised to abandon the race to develop artificial general intelligence if a competitor got there first.

That approach changed. In 2019, OpenAI brought on its first group of investors and capped returns at 100 times the cost of their contributions. Following Microsoft's investment, Mr. Altman pushed OpenAI to bring in more revenue to attract funding and support the computational resources needed to train its algorithms.

The deal also gave Microsoft a strategic foothold in the arms race to capitalize on advancements in AI. Microsoft became OpenAI's preferred partner for commercializing its

ER1344

technologies, an arrangement that allows Microsoft to easily integrate OpenAI's models into products such as Bing. Microsoft declined to comment.

Aided by the funding, OpenAI accelerated the development and release of its AI models to the public, an approach that industry observers have described as more aggressive than the tactics of larger, more heavily scrutinized competitors such as Google.

To help with employee compensation, Mr. Altman also instituted occasional tender offers to help employees sell their stock. He said OpenAI doesn't have any plans to get acquired or go public.

OpenAI has limited some venture investors' profits to about 20 times their investments, with the ability to earn greater returns the longer they wait to sell their shares, people familiar with the terms said. Mr. Altman has said the capped investment structure was necessary to ensure that the value from OpenAI accrues not only to investors and employees, but also to humanity more generally.

Mr. Altman in recent conversations with investors has said the company would soon be able to generate up to $1 billion in yearly revenue, in part from charging consumers and businesses for its own products, the people said.

Mr. Altman has previously said he would solicit input about how to make money for investors by posing the question to a software program demonstrating general intelligence, which would then provide the answer.

So far, OpenAI has generated tens of millions of dollars in revenue, mostly from the sale of its programmable code to other developers, people familiar with the company's financial details said. Mr. Altman said OpenAI is early in its strategy for monetizing products.

Some early users of ChatGPT have reported issues asking the program to perform basic math problems. Mr. Altman has acknowledged that the program's outputs often contained factual errors.

"It does know a lot, but the danger is that it is confident and wrong a significant fraction of the time," he wrote on Twitter this month.

Write to Berber Jin at berber.jin@wsj.com and Miles Kruppa at miles.kruppa@wsj.com

*Appeared in the December 19, 2022, print edition as 'Company Works to Win AI Race'.*

Learn more about **LSEG**

○ **REUTERS**®

🔲 My View    👤 Following    🔖 Saved

🔍  ☰

Deals

## ChatGPT creator OpenAI in talks for tender offer valuing company at $29 bln - WSJ

Reuters

January 5, 2023 2:08 PM PST · Updated 8 months ago

🔖  Aa  🔗

Jan 5 (Reuters) - OpenAI, the artificial intelligence research lab behind chatbot ChatGPT, is in talks to sell existing shares in a tender offer that would value the company at about $29 billion, the Wall Street Journal reported on Thursday, citing people familiar with the matter.

The report added that the deal is structured in a way in which venture capital firms Thrive Capital and Founders Fund will buy shares from existing shareholders such as employees.

The deal would attract investment of at least $300 million in share sales, it added.

Billionaire and Tesla Inc (TSLA.O) CEO Elon Musk founded the research organization with investor Sam Altman.

Microsoft Corp (MSFT.O) which invested $1 billion in OpenAI in 2019, was working to launch a version of its search engine Bing using the AI behind the now viral ChatGPT, the Information reported on Tuesday. read more .

OpenAI's chatbot is a software application designed to mimic human-like conversation based on user prompts and can respond to a large range of questions while imitating human speaking styles.

The firm expects business to surge as it pitched to investors saying the organization expects $200 million in revenue next year and $1 billion by 2024, Reuters reported in December.

OpenAI and Thrive Capital declined to comment, while Founders Fund did not immediately respond to a Reuters request for comment.

Reporting by Akash Sriram in Bengaluru; Editing by Shailesh Kuber

Our Standards: The Thomson Reuters Trust Principles.

[ Acquire Licensing Rights ⬈ ]

## Read Next

Deals
**Weinstein group revises Sculptor bid after board's concerns -Bloomberg News**
7:59 AM UTC

Deals
**Roark Capital to buy sandwich chain Subway for up to $9.55 bln -sources**
6:15 AM UTC

Technology

**ER1346**

Exclusive: Business software company Alteryx explores sale –sources

6:09 AM UTC

---

Deals

**Comcast moves up date for Hulu deal with Disney to Sept 30**

5:55 AM UTC



---

LSEG Workspace — The next-generation human interface for financial professionals.

---

Newsletter | Every weekday.

### Global Investor

Make sense of the market with highlights of the latest news and trends in global financial markets.

**Sign up**

---

## More from Reuters

Images of August
(1:57) • September 1, 2023
Watch more videos



| ▷ Images of August | ▷ America now in prolonged state of political violence | ▷ How gold mining... | ▷ Images of July | ▷ Images of June | ▷ Top US leaders and their... | ▷ Images of Ma... |
| --- | --- | --- | --- | --- | --- | --- |
| 01:57 | 03:55 | 04:14 | 01:37 | 01:41 | 08:29 | 01:42 |

FAST COMPANY

SUBSCRIBE

# THE WORLD'S MOST INNOVATIVE COMPANIES OF 2023

**FAST COMPANY'S ANNUAL RANKING OF THE WORLD'S MOST INNOVATIVE COMPANIES COVERS 54 INDUSTRIES AND SECTORS, FROM ADVERTISING TO WORKPLACE.**

| TOP 50 | SECTORS | . |



Illustration by Anil Rinat



**Most Innovative Companies**

Most Innovative Companies 2023, *Fast Company*'s definitive chronicle of the novel ideas transforming business and society, was 100% produced by people. We may have asked ChatGPT—the AI chatbot created by our No. 1 company, OpenAI—about certain companies, but only because we wanted to see how it would reply. A very human impulse! OpenAI is just one example of how advances in artificial intelligence are reimagining corporate America, from drug discovery (DeepMind) to office work (Canva) to security (Robust Intelligence). But our ranking of the World's 50 Most Innovative Companies— and the 54 lists that chronicle the 10 most innovative organizations in sectors from advertising to the workplace—showcase inspiring, insightful stories well beyond the current hot thing. Healthcare is being made more equitable—for transgender individuals (Folx

**TOP 50**      **SECTORS**

that are tailoring ... communities that have traditionally ... brands are cha... communicate with fans, giving more power to creators and connecting with the culture (McDonald's, Tiffany & Co.), while the entire world of restaurants and consumer packaged goods is being remade with content at its core (MrBeast). On Earth, the soil is being fortified (Regrow Ag), the victims of climate disasters can now get a mobile grid to weather the disruption (Sesame Solar), and one of the world's most influential brands, Patagonia, has made the planet its sole shareholder (Holdfast Collective). Meanwhile, in space, public and private entities alike (NASA, Axiom Space) are advancing what's possible in orbit. Finally, there's the art collective (Mschf) commenting on consumer and business culture with a knowing wink. We hope you find these winners as inspiring as we did while selecting them.

| TOP 50 | SECTORS |
|---|---|

SORT BY RANK ⌄

## 01

### OpenAI

For multiplying how AI will change everything

→

SHARE

## 02

### McDonald's

For cooking up cultural moments as addictive as its fries

→

SHARE

## 03

### Airbnb

For redesigning its platform for the new era of travel

→

SHARE

### Holdfast Collective

| TOP 50 | SECTORS |

## 05 Nubank

For boxing up a new way for people to save

SHARE    →

## 06 Microsoft

For centering accessibility in its products

SHARE    →

## 07 Roblox

For raising the metaverse through its adolescence

SHARE    →

## 08 Webtoon

For giving mobile comic books their star turn

SHARE    →

## 09 Ramp

For easing the eternal hassles of expense reporting

SHARE    →

**TOP 50**    **SECTORS**

**ER1351**

FAST COMPANY

**SUBSCRIBE**

For breathi...     erica's oldest luxury brand     ⟶

SHARE

**TOP 50**        **SECTORS**



**FAST COMPANY**

SUBSCRIBE

THE WORLD'S MOST INNOVATIVE COMPANIES OF 2023

## Hormone replacement therapy for trans patients was just the start

Started to make hormones more accessible, the telehealth company Folx now serves the wider LG

**READ MORE**

**TOP 50**

**SECTORS**

9/6/23, 9:13 PM                    Most Innovative Companies List of 2023 | Fast Company                    (73 of 101)

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 73 of 101
Case 4:23-CV-03918-YGR    Document 22-11    Filed 10/27/23    Page 72 of 353



# FAST COMPANY

**SUBSCRIBE**

---

## 11 Hoka

For designing shoes that can handle the extremes



**SHARE**

---

## 12 On

For looping serious runners into a perfectly circular system



**SHARE**

---

## 13 Workers United

For brewing change



**SHARE**

---

## 14 Armis

For scanning the entire cyberattack surface, from servers to medical devices



**SHARE**

---

## 15 FromSoftware

For creating the true heir to Game of Thrones

**SHARE**

---

## 16 Purdue University

For training the next generation of semiconductor engineers



---

**TOP 50**                    **SECTORS**

**FAST COMPANY**    SUBSCRIBE

17    **NASA**    →
For defending the planet, literally

SHARE

18    **Bristol Myers Squibb**    →
For crafting medication trials that work for everyone

SHARE

19    **Illumination**    →
For giggling maniacally all the way to the bank

SHARE

20    **LanzaTech**    →
For transforming carbon waste into useful products

SHARE

| TOP 50 | SECTORS | . |
|---|---|---|

**ER1355**



THE WORLD'S MOST INNOVATIVE COMPANIES OF 2023

## Why Maven Clinic is the highest-valued startup in women's health

The virtual healthcare provider ensures that women have access to fundamental healthcare.

**READ MORE**

# FAST COMPANY

SUBSCRIBE

## 21   Ford
For electrifying truck owners     

SHARE

## 22   Canva
For boosting its design software with generative AI     

SHARE

## 23   Giant Spoon
For turning marketing upside down     

SHARE

## 24   Chainalysis
For being crypto's cop on the block(chain)     

SHARE

## 25   The Walt Disney Company
For awakening the Force, despite all the drama     

SHARE

## 26   E.l.f.
For harnessing influence to generate massive buzz for its products

SHARE

**TOP 50**          **SECTORS**

ER1357

**27**  ~~DeepMind~~

For putting drug discovery on warp speed

SHARE

---

**28**  **Folx Health**                                                      →

For making gender-affirming care standard

SHARE

---

**29**  **Cityblock Health**                                                 →

For addressing the full needs of Medicaid patients

SHARE

---

**30**  **Maven Clinic**                                                     →

For ensuring that women have access to fundamental healthcare

SHARE

| **TOP 50** | **SECTORS** | . |
|---|---|---|

**ER1358**



**THE WORLD'S MOST INNOVATIVE COMPANIES OF 2023**

## This unique running shoe, designed by an Ironman champion, can create new pairs

Swiss shoemaker On has launched a subscription program that creates a circular system for its sne

**READ MORE**

**TOP 50**          **SECTORS**

**ER1359**



# FAST COMPANY
SUBSCRIBE

**31** **Hazel Health**    →
For using schools to deliver pediatric healthcare

SHARE

---

**32** **3XN**    →
For upcycling an aging skyscraper into a modern office building

SHARE

---

**33** **Ultima Genomics**    →
For breaking the $100 whole genome barrier

SHARE

---

**34** **Sorare**    →
For bringing fantasy sports to the blockchain

SHARE

---

**35** **CounterCraft**    →
For tricking hackers into thinking they're actually inside

SHARE

---

**36** **Flashfood**    →
For nourishing SNAP recipients while diverting food waste

SHARE

37   **Valve**
For creating a gaming console without walls

SHARE

---

38   **LearnPlatform**     →
For examining whether edtech products actually work

SHARE

---

39   **Formic**     →
For reviving American manufacturing with robots

SHARE

---

40   **Airtable**     →
For helping big companies get organized

SHARE

---

**TOP 50**          **SECTORS**

9/6/23, 9:13 PM    Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 81 of 101    (81 of 101)
Case 4:23-cv-03918-YGR    Most Innovative Companies List of 2023 | Fast Company    (81 of 101)
Document 22-1    Filed 09/29/23    Page 80 of 353




**THE WORLD'S MOST INNOVATIVE COMPANIES OF 2023**

## How South Korean comics app Webtoon became a content powerh

Read by 85 million users, its webcomics are being turned into TV shows and films that are fueling Netflix and Disney.

**READ MORE**

TOP 50    SECTORS

**ER1362**

FAST COMPANY — SUBSCRIBE

## 41  Regrow Ag 
For improving soil quality for some of Earth's largest agricultural players

SHARE

---

## 42  Eventbrite 
For placing butts in seats for event creators

SHARE

---

## 43  Eight Sleep 
For waking us up to get smart about sleep

SHARE

---

## 44  Sesame Solar 
For launching a renewable-powered nanogrid that's made for emergencies

SHARE

---

## 45  Loom 
For TikTokking the workplace

SHARE

---

## 46  MrBeast 
For selling fans on craveable content

SHARE

---

**TOP 50**          **SECTORS**          .

**FAST COMPANY**                    SUBSCRIBE →

47  Star
For mixing Pixar-style panache and clever storytelling into AR and VR

SHARE

---

48  **Robust Intelligence**                                             →
For stress-testing machine learning models from the start

SHARE

---

49  **Axiom Space**                                                     →
For going to space without a chaperone

SHARE

---

50  **Mschf**                                                           →
For seeing consumerism through the fun-house mirror

SHARE

---

**Contributors:** Jeff Beer, Nate Berg, Jill Bernstein, Adam Bluestein, Jessica Bursztynsky, Grace Carroll, Morgan Clendaniel, Kathleen Davis, Lydia Dishman, Amy Farley, Yasmin Gagne, Shalene Gupta, Ainsley Harris, Burt Helm, Julia Herbst, Andrea Paola Hernández, Mike Hofman, KC Ifeanyi, Yannise Jean, Beth Johnson, Charissa Jones, Stirling Kelso, Suzanne LaBarre, Nicole LaPorte, David Lidsky, Connie Lin, Sarah Lynch, Ambrose Martos, Samar Marwan, Harry McCracken, Steven Melendez, Heidi Mitchell, Pavithra Mohan, April Mokwa, Chris Morris, Megan Morrone, Paul Mueller, Jared Newman, Alex Pasternack, Rob Pegoraro, Adele Peters, Clint Rainey, Aimee Rawlins, Courtney Rubin, David Salazar, Elizabeth Segran, Liz Stinson, Mark Sullivan, Lana Tleimat, Kristin Toussaint, Max Ufberg, Talib Visram, Mark Wilson, Shelley Wolson, Jay Woodruff, Christopher Zara

**Coordinator:** Shealon Calkins

---

TOP 50                              SECTORS



**FAST COMPANY**  Jeanne Graves  **SUBSCRIBE**  al Kluge, Ben Kothe, Daniel Salo
Maja Saphir, Amy Wong

**Development:** Bryan Cuellar, Heda Hokschirr, Cayleigh Parrish, Eric Perry

## See previous year's lists
Select a year below to explore the Most Innovative Companies of years past.

**CHOOSE YEAR**   2023 ▾

## Sign up for 2024 Most Innovative Companies Application Notifications
Register here to be among the first notified when applications open in June for the 2024 Most Innovative Companies list.

**REQUEST NOTIFICATIONS**

## Most Innovative Companies Summit 2023

**FAST COMPANY**
**Most Innovative Companies Summit**

The Most Innovative Companies Summit is back! The multiday virtual event explores the most innovative companies shaping trends across multiple sectors. In this event, you'll hear insights from the leaders, makers, and creators inside these MIC-honored businesses to inspire your own path forward in 2023. Join us April 19-20.

**REGISTER NOW**

**TOP 50**                **SECTORS**

**ER1365**

https://www.sfexaminer.com/news/technology/openai-of-the-chatgpt-craze-is-now-techs-hottest-startup/article_c1829a16-8dfc-11ed-92f7-5f18052d1cfb.html

SPOTLIGHT

Technology
# OpenAI of the ChatGPT craze is now tech's hottest startup

By Benjamin Pimentel | Examiner staff writer |
Jan 6, 2023



The groundbreaking chat bot ChatGPT from OpenAI, the company led by CEO and co-founder Sam Altman, is seen as a significant advance in AI.

Steve Jennings/Getty Images for TechCrunch

Five weeks after introducing what has become the most popular AI chat bot in history, OpenAI, creator of ChatGPT, has emerged as tech's hottest startup.

ER1366

9/6/23, 8:25 PM    Case 4:23-cv-039... OpenAI of the ChatGPT craze is now tech's hottest startup | Technology | sfexaminer.com    (86 of 101)

Case: 24-1963    05/08/2024    DktEntry: 15.8    Page: 86 of 101

The San Francisco research lab is reportedly in talks to raise capital that would set OpenAI at a whopping valuation of nearly $30 billion at a time when the tech industry is reeling from a downturn.

OpenAI is in negotiations with investment firms including Peter Thiel's Founders Fund for a tender offer of existing shares, according to the Financial Times. The deal would double OpenAI's previous $14 billion valuation, and would make it one of the most valuable U.S. startups, according to the Wall Street Journal.

An OpenAI representative said the company had no comment.

ChatGPT, which became an instant hit when it launched in November, was downloaded by more than a million users within days of its release.

The groundbreaking, and controversial, AI technology uses sophisticated algorithms to simulate human conversations to interact with users. ChatGPT quickly drew rave reviews for being able to help users write letters, essays and poems, come up with recipes and suggestions for decor.

It can even compose quirky text like "a Biblical verse in the style of King James bible explaining how to remove a peanut butter sandwich from a VCR."

"The adoption is skyrocketing," Sergey Shykevich, a threat intelligence group manager at Check Point Software, told The Examiner. "It's kind of a great thing.

ChatGPT is seen as a significant step in the advancement of AI, which has steadily expanded with the introduction of consumer tools like Siri and Alexa and of systems that automate major segments of big corporations.

ChatGPT has been portrayed as a challenge to the dominance of Google and Facebook in the way people navigate the internet. "It's almost a parallel universe to Google and Facebook," Muddu Sudhakar, co-founder and CEO of Aisera, an AI software company geared to businesses. "It's a threat to Google and Facebook."

In fact, Microsoft is reportedly exploring integrating ChatGPT into its Bing search engine to make it more competitive with rival Google.

9/6/23, 8:25 PM    Case 4:23-cv-03918-YGR   OpenAI of the ChatGPT craze is now tech's hottest startup | Technology | sfexaminer.com   (87 of 101)

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 87 of 101

ChatGPT's reported target valuation is significant given the recent pullback in VC tech investments as a result of the market downturn. After a surge of so-called unicorns, startups valued at $1 billion or more, last year saw a wave of startups with lower valuations. Many late-stage tech startups saw their valuation price pulled down to $680 million in the third quarter of 2022, according to PitchBook.

AI continued to be an attractive space for venture capital firms, but the economic downturn has clearly had an impact on valuations. Last month, Dataiku, an AI and analytics software company, announced that it had raised $200 million in a Series F round, at a $3.7 billion valuation, down from $4.6 billion in 2021.

Even a few startups that were once seen as headed to blockbuster IPOs were downgraded in terms of valuation. Stripe, the payments infrastructure company, saw its valuation slashed by 28% to $74 billion.

Launched in 2015, OpenAI was founded by a group of technologists and entrepreneurs, including CEO Sam Altman, Greg Brockman and Twitter CEO Elon Musk.

## Benjamin Pimentel

# A New Area of A.I. Booms, Even Amid the Tech Gloom

An investment frenzy over "generative artificial intelligence" has gripped Silicon Valley, as tools that generate text, images and sounds in response to short prompts seize the imagination.

 

**By Erin Griffith and Cade Metz**

Erin Griffith reports on start-ups and venture capital and Cade Metz reports on emerging technologies.

Jan. 7, 2023

Five weeks ago, OpenAI, a San Francisco artificial intelligence lab, released ChatGPT, a chatbot that answers questions in clear, concise prose. The A.I.-powered tool immediately caused a sensation, with more than a million people using it to create everything from poetry to high school term papers to rewrites of Queen songs.

Now OpenAI is in the midst of a new gold rush.

The lab is in talks to complete a deal that would value it at around $29 billion, more than twice its valuation in 2021, two people with knowledge of the discussions said. The potential deal — where OpenAI would sell existing company shares in a so-called tender offer — could total $300 million, depending on how many employees agree to sell their stock, they said. The company is also in discussions with Microsoft — which invested $1 billion in it in 2019 — for additional funds, two people said.

The clamor around OpenAI shows that even in the most dismal tech downturn in a generation, Silicon Valley's deal-making machine is still kicking. After a humbling year that included mass layoffs and cuts, tech investors — a naturally optimistic bunch — can't wait to jump on a hot trend.

No area has created more excitement than generative artificial intelligence, the term for technology that can generate text, images, sounds and other media in response to short prompts. Investors, pundits and journalists have talked up artificial intelligence for years, but the new wave — the result of more than a decade of research — represents a more powerful and more mature breed of A.I.

This type of A.I. promises to reinvent everything from online search engines like Google to photo and graphics editors like Photoshop to digital assistants like Alexa and Siri. Ultimately, it could provide a new way of interacting with almost any software, letting people chat with computers and other devices as if they were chatting with another person.

ER1369

That has sent deal-making around generative A.I. companies into overdrive. Jasper, a generative A.I. start-up founded in 2021, raised $125 million in October, valuing it at $1.5 billion. Stability AI, an image generating company founded in 2020, raised $101 million that same month, valuing it at $1 billion. Smaller generative A.I. companies, including Character.AI, Replika and You.com, have also been inundated with investor interest.

In 2022, investors pumped at least $1.37 billion into generative A.I. companies across 78 deals, almost as much as they invested in the previous five years combined, according to data from PitchBook, which tracks financial activity across the industry.

OpenAI's $29 billion valuation was earlier reported by The Wall Street Journal. The venture-capital firms Thrive Capital and Founders Fund may buy shares in the tender offer, two people said. Because OpenAI began as a not-for-profit company, pinpointing its precise valuation is difficult.

OpenAI, Thrive Capital and Founders Fund did not provide comments on the proposed investment.

Companies have developed generative A.I. for years, including tech giants like Google and Meta as well as ambitious start-ups like OpenAI. But the technology did not capture the public's attention until last spring, when OpenAI unveiled a system called DALL-E that let people generate photo-realistic images simply by describing what they wanted to see.

DALL-E, an A.I. system created by OpenAI, generates digital images based on text commands. OpenAI

DALL-E generated these images by following a command for "a giant hamster blimp
carrying passengers." OpenAI

That inspired entrepreneurs to dive in with new ideas and investors to make sweeping
proclamations of disruption. Their enthusiasm reached new heights in December after
OpenAI released ChatGPT, with fans seizing on the technology to generate love letters and
business plans.

"It's the new 'mobile' kind of paradigm shift that we've been all waiting for," Niko Bonatsos,
an investor at the venture capital firm General Catalyst, said. "Maybe bigger, too."

Investors at Sequoia Capital wrote that generative A.I. had "the potential to generate
trillions of dollars of economic value." And Lonne Jaffe, an investor at Insight Partners, said,
"There is definitely an element to this that feels like the early launch of the internet."

Google, Meta and other tech giants have been reluctant to release generative technologies
to the wider public because these systems often produce toxic content, including
misinformation, hate speech and images that are biased against women and people of color.
But newer, smaller companies like OpenAI — less concerned with protecting an established
corporate brand — have been more willing to get the technology out publicly.

The techniques needed to build generative A.I. are widely known and freely available
through academic research papers and open source software. Google and OpenAI have an
advantage because they have access to deep pockets and raw computing power, which are
building blocks for the technology.

ER1371

Still, many top researchers from Google, OpenAI and other leading A.I. labs have struck out on their own in recent months to found new start-ups in the field. These start-ups have received some of the largest funding rounds, with the excitement surrounding ChatGPT and DALL-E prompting venture capital firms to invest in even more young companies.

More than 450 start-ups are now working on generative A.I., by one venture capital firm's count. And the frenzy has been compounded by investor eagerness to find the next big thing in a gloomy environment.

Michael Dempsey, an investor at the venture firm Compound, said the tech downturn — which last year included a crypto crash, poor performing stocks and layoffs at many companies — created a lull among investors.

Then "everyone got excited about A.I.," he said. "People need something to tell their investors or themselves, honestly, that there is a next thing to be excited about."

Some worry the hype around generative A.I. has gotten ahead of reality. The technology has raised thorny ethical questions around how generative A.I. may affect copyrights and whether the companies need to get permission to use the data that trains their algorithms. Others believe big tech companies such as Google will quickly trounce the young upstarts, and that some of the new companies have little competitive advantage.

"There are a lot of teams that don't have any A.I. competency that are pitching themselves as A.I. companies," Mr. Dempsey said.

Those concerns have not slowed the swell of excitement, especially after the arrival of Stability AI in October.

The start-up had helped fund an open source software project that quickly built image-generating technology that operated much like DALL-E. The difference was that while OpenAI had only shared DALL-E with a small number of testers, Stability AI's open source version — Stable Diffusion — could be used by anyone. People quickly used the tool to create photo-realistic images of everything from a medieval knight crying in the rain to Disneyland painted by Van Gogh.

In the ensuing excitement, Eugenia Kuyda, founder and chief executive of chat bot start-up Replika, said in an interview that she was contacted by "every V.C. firm in Silicon Valley," or more than 30 firms. She took their calls but decided against additional funding because her company, founded in 2014, is profitable.

"I feel like the person who was a week early arriving at the airport for a flight — and now the flight is boarding," she said.

ER1372

Character.AI, another chat bot company, and You.com, which is adding chat technology to its internet search engine, have also been deluged with interest from venture capitalists, the companies said.

Sharif Shameem, an entrepreneur who built a searchable database for images created by Stable Diffusion in August called Lexica, said his tool rapidly hit one million users — a sign he should shift from his existing start-up to focusing on Lexica. Within a few weeks, he raised $5 million in funding for the project.

Mr. Shameem compared the moment around generative A.I. to the advent of the iPhone and mobile apps. "It feels like one of those rare opportunities," he said.

Mr. Jaffe of Insight Partners said his firm has since encouraged most of its portfolio companies to consider incorporating generative A.I. technology into their offerings. "It's hard to think of a company that couldn't use it in some way," he said.

Radical Ventures, a venture firm in Toronto, one of the global centers of A.I. research, was created five years ago specifically to invest in this kind of technology. It recently launched a new $550 million fund dedicated to A.I., with more than half of its investments in generative A.I. companies. Now those bets look even better.

"For four and a half years, people thought we were nuts," said Jordan Jacobs, a partner at Radical. "Now, for the past six months, they've thought we were geniuses."

**Erin Griffith** reports on technology start-ups and venture capital from the San Francisco bureau. Before joining The Times she was a senior writer at Wired and Fortune. More about Erin Griffith

**Cade Metz** is a technology reporter and the author of "Genius Makers: The Mavericks Who Brought A.I. to Google, Facebook, and The World." He covers artificial intelligence, driverless cars, robotics, virtual reality and other emerging areas. More about Cade Metz

A version of this article appears in print on , Section B, Page 1 of the New York edition with the headline: Tech Slump Doesn't Slow New Boom In A.I. Field

**ER1373**

≡        *Los Angeles Times*

BUSINESS

# Microsoft invests $10 billion in ChatGPT maker OpenAI



Microsoft says it is making a "multiyear, multibillion-dollar investment" in OpenAI, maker of ChatGPT and other tools that use artificial intelligence to generate readable text, images and computer code. (Swayne B. Hall / Associated Press)

BY DINA BASS | BLOOMBERG

JAN. 23, 2023 **UPDATED** 4:24 PM PT

Microsoft is investing $10 billion in OpenAI, whose artificial intelligence tool ChatGPT has lit up the internet since its introduction in November, amassing more than 1 million users within days and touching off a fresh debate over the role of AI in the workplace.

ER1374

9/6/23, 7:32 PM    Microsoft invests in billion in ChatGPT maker OpenAI - Los Angeles Times

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 94 of 101
Case 4:23-cv-03918-YGR    Document 112-4    Filed 09/26/23    Page 94 of 353    (94 of 101)

The new support, building on [$1 billion Microsoft poured into OpenAI](#) in 2019 and another round in 2021, is intended to give Microsoft access to some of the most popular and advanced artificial intelligence systems. Microsoft is competing with Alphabet, Amazon.com and Meta Platforms to dominate the fast-growing technology that generates text, images and other media in response to a short prompt.

At the same time, OpenAI needs Microsoft's funding and cloud-computing power to crunch massive volumes of data and run the increasingly complex models that enable programs such as DALL-E to generate realistic images based on a handful of words, and ChatGPT to create human-like conversational text.

Although Microsoft didn't give details of the new investment, a person familiar with the discussions who asked not to be identified because the information isn't public said it totals $10 billion over multiple years. Microsoft shares gained 1% to $242.58 in New York on Monday.

The deal will give a boost to Microsoft's Azure cloud while providing OpenAI with additional specially designed supercomputers to run its complex AI models and fuel its research. Microsoft plans to use OpenAI's models throughout consumer and corporate products and release new categories of products based on OpenAI's work, the two companies said in blog posts.



**BUSINESS**

**Is ChatGPT a marvel or a farce? We interviewed the chatbot to find out**

Dec. 9, 2022

The Azure usage fueled by this deal is key for Microsoft as it battles to expand that business, said Bloomberg Intelligence analyst Anurag Rana. "This could even help Microsoft close the gap further with AWS," he said, referring to Amazon's market-leading cloud service.

OpenAI noted Monday that it uses Azure to train all of its models and said Microsoft's investment will enable it to accelerate its independent research. Azure will remain the exclusive cloud provider for OpenAI, the company said.

As with Microsoft's previous investment in OpenAI, much of the value of the deal will take the form of Microsoft giving OpenAI the Azure cloud-computing horsepower needed to run its AI systems, said two people familiar with the deal.

The deal has a complicated structure because investors in OpenAI are limited in the return on their investment since it is a capped for-profit company. Microsoft will get nearly half of OpenAI's financial returns until its investment is repaid up to a predetermined cap, one of the people said. All earnings beyond what is owed to investors and employees are returned to OpenAI, which is governed by the OpenAI nonprofit organization.

Microsoft said this month that it planned to add ChatGPT to Azure and announced the broad availability of its Azure OpenAI Service, which has been an option to a limited set of customers since it was unveiled in 2021. The service gives Microsoft's cloud customers access to various OpenAI tools such as the GPT-3.5 language system that ChatGPT is based on, as well as the DALL-E model for generating images from text prompts. That enables Azure customers to use the OpenAI products in their own applications running in the cloud.



**OPINION**

**Column: I asked ChatGPT to write me a symphony, a letter to an ex and more**

Jan. 22, 2023

Microsoft itself is currently using the developer's language AI to add automation to its Copilot programming tool, and wants to add such technology to its Bing search engine, Office productivity applications, Teams chat program and security software. The

**ER1376**

9/6/23, 7:32 PM    Case 4:23-cv-03918- Microsoft invests $10 billion in ChatGPT-maker OpenAI - Los Angeles Times    (96 of 101)
Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 96 of 101
Case 4:23-cv-03918- DktEntry: Filed 09/28/23 Page 96 of 353

Redmond, Wash.-based company is putting DALL-E into design software and offering it to Azure cloud customers.

Chief Executive Satya Nadella is deepening Microsoft's ties with OpenAI as Google, which has long been essentially untouchable in search, suddenly appears vulnerable. The Alphabet unit's prevailing model of keyword queries uses search engines to comb the web for specific terms and then lets users make their own decisions as to what information is useful.

By contrast, ChatGPT responds to questions about topics such as political science and computer programming with detailed explanations, and its question-and-answer format means users can drill down on a chosen topic. The bot is capable of responding to queries in a natural and human-like manner, carrying on a conversation and answering follow-up questions, unlike the basic list of blue links that a Google search provides.

But ChatGPT has disadvantages compared with that old-school list of links. Unlike a search on Google or Bing, ChatGPT currently offers no context about where it sources the information it uses to build its answers, and OpenAI acknowledges that the tool's responses can be incorrect and shouldn't be relied on as accurate.

At $10 billion, the latest investment in OpenAI easily tops any of Microsoft's investments to date, according to data compiled by Bloomberg, including the $5 billion it spent to buy AT&T stock in 1999 in exchange for access to new cable networks, and the $1-billion stake it took in Comcast in 1997.

The dollar amount would also top all but three acquisitions Microsoft has made in recent years. Microsoft is seeking antitrust approval for a $69-billion purchase of video game maker Activision Blizzard, and in 2016 spent $26 billion to buy professional networking site LinkedIn. Last year, Microsoft completed its $20-billion purchase of Nuance Communications, an AI company specializing in voice recognition and related software and services in the healthcare field.

News of the investment comes less than a week after Microsoft said it was laying off
10,000 workers as a weakening economy crimps software demand. Microsoft noted in
that announcement that it will still invest and hire in key priority areas. The software
maker reports fiscal second-quarter earnings Tuesday.

Copyright © 2023, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information

**ER1378**

9/6/23, 7:30 PM  Microsoft announces new investment in ChatGPT-maker OpenAI

Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 98 of 101
Case 4:23-cv-03918-YGR Document 62-1 Filed 10/24/23 Page 107 of 353  (98 of 101)





**TECH**

# Microsoft announces new multibillion-dollar investment in ChatGPT-maker OpenAI

PUBLISHED MON, JAN 23 2023•9:34 AM EST   UPDATED TUE, FEB 7 2023•9:49 AM EST


**Ashley Capoot**
@ASHLEYCAPOOT

WATCH LIVE



## KEY POINTS

- Microsoft announced a new multiyear, multibillion-dollar investment with the artificial intelligence lab OpenAI.

- The investment is the third phase of the partnership, following Microsoft's previous investments in 2019 and 2021.

- Microsoft said the renewed partnership will accelerate breakthroughs in AI and help both companies commercialize advanced technologies.

Follow your favorite stocks **CREATE FREE ACCOUNT**

In this article

MSFT **+0.62 (+0.19%)** +





**[Microsoft to discuss ChatGPT](#)** at Tuesday's media event, follow our live coverage

[Microsoft](#)  on Monday [announced](#) a new multiyear, multibillion-dollar investment with ChatGPT-maker OpenAI.

Microsoft declined to provide a specific dollar amount, but [Semafor reported](#) earlier this month that Microsoft was in talks to invest as much as $10 billion.

The deal marks the third phase of the partnership between the two companies, following Microsoft's previous investments in 2019 and 2021. Microsoft said the renewed partnership will accelerate breakthroughs in AI and help both companies commercialize advanced technologies in the future.

"We formed our partnership with OpenAI around a shared ambition to responsibly advance cutting-edge AI research and democratize AI as a new technology platform," Microsoft CEO Satya Nadella said in a blog post.

OpenAI works closely with Microsoft's cloud service Azure. In July 2019, [Microsoft backed OpenAI with $1 billion](#), and the investment made Microsoft the "exclusive" provider of cloud computing services to OpenAI. Microsoft said Monday that Azure will continue to serve as OpenAI's exclusive provider.



| MARKETS | CNBC TV | WATCHLIST | MENU |

    ● WATCH **LIVE**

create new AI-powered experiences, the release said.

OpenAI is ranked by AI researchers as one of the top three AI labs worldwide, and the company has developed game-playing AI software that can beat humans at video games such as Dota 2. However, it's arguably received more attention for its AI text generator GPT-3 and its quirky AI image generator Dall-E.

---

**Read more about tech and crypto from CNBC Pro**

This under-the-radar Nvidia derivative play is up nearly 60% this week

What Alphabet and Microsoft are saying about A.I. on their earnings calls

Standard Chartered sees upside to its 2024 bitcoin target of $100,000

A challenging macro backdrop could dampen bitcoin's upside in the third quarter

---

ChatGPT automatically generates text based on written prompts in a fashion that's much more advanced and creative than the chatbots of Silicon Valley's past. The software debuted in late November and quickly turned into a viral sensation as tech executives and venture capitalists gushed about it on Twitter, even comparing it to Apple's debut of the iPhone in 2007.

The technology also caught the attention of Google executives, who said in a recent all-hands meeting that while Google has similar AI capabilities, its reputation could suffer if it moves too fast on AI chat technology.

OpenAI's founders included Sam Altman, Tesla and SpaceX CEO Elon Musk, Greg Brockman, Ilya Sutskever, Wojciech Zaremba and John Schulman. The group pledged to invest over $1 billion into the venture when it launched. Musk resigned from the board in February 2018 but remained a donor.

*— CNBC's Jonathan Vanian and Jennifer Elias contributed to this report.*

---

Follow your favorite stocks **CREATE FREE ACCOUNT**

📈 MARKETS        ▶ CNBC TV        📋 WATCHLIST        MENU

9/6/23, 7:30 PM
Case: 24-1963, 05/08/2024, DktEntry: 15.8, Page 101 of 101
Microsoft announces new investment in ChatGPT maker OpenAI
Case 4:23-cv-03918-YGR Document 120-2 Filed 09/06/23 Page 100 of 353
(101 of 101)

 

## TRENDING NOW



**68-year-old who 'unretired' shares his secrets to living a happy, regret-free life**



**Tencent releases AI model for businesses as competition in China heats up**



**Trump suffers big loss in E. Jean Carroll defamation case, judge says he's liable**



**Disney's wildest ride: Iger, Chapek and the making of an epic succession mess**



**Texas paid bitcoin miner Riot $31.7 million to shut down during heat wave in August**

Sponsored Links by Taboola

## FROM THE WEB

**Constant Throat Clearing And Coughing? Your Body Is Trying To Tell You This**

SaneSolution

**50-Year Wall Street Legend Issues New Nvidia Warning**

Chaikin Analytics

ER1382