Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 1 of 45          (1 of 45)

9/6/23, 7:14 PM    Case 4:23-cv-03035... Microsoft is investing $10 billion in ChatGPT company OpenAI as Microsoft officially throws down a $10 billion... | Fortune

## Chat With Your Data

| Which neighborhoods had the most orders this we | Send |



# FORTUNE

Home    News    Tech    Finance    Leadership    Well    Recommends    Fortune 500

TECH · CHATGPT

## It's raining money for ChatGPT company OpenAI as Microsoft officially throws down a $10 billion investment

BY **DINA BASS** AND **BLOOMBERG**

January 23, 2023 at 8:08 AM PST



OpenAI ChatGPT seen on mobile with AI Brain seen on screen. on 22 January 2023 in Brussels, Belgium. (Photo by Jonathan Raa/NurPhoto via Getty Images)

NURPHOTO / CONTRIBUTOR—GETTY IMAGES

Microsoft Corp. is investing $10 billion in OpenAI, whose artificial intelligence tool ChatGPT lit up the internet since its introduction in November, amassing more than a million users within days and touching off a fresh debate over AI in the workplace.

Microsoft, which already plowed $1 billion into OpenAI in 2019 and invested again in 2021, is seeking an inside edge on some of the most popular and advanced artificial intelligence systems as it competes with Alphabet Inc., Amazon.com Inc. and Meta Platforms Inc. to dominate the fast-growing industry.

9/6/23, 7:14 PM    Microsoft investing 10 billion ChatGPT-company OpenAI as 10 billion takes ageneral by startup Fortune

Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 2 of 45    (2 of 45)
Case 4:23-cv-01952-MWB    Document 112-2    Filed 01/02/23    Page 2 of 353

OpenAI needs Microsoft's funding and cloud-computing power to crunch massive volumes of data and run the increasingly complex models that allow programs like DALL-E to generate realistic images based on a handful of words, and ChatGPT to create astonishingly human-like conversational text in response to prompts or queries.

"We formed our partnership with OpenAI around a shared ambition to responsibly advance cutting-edge AI research and democratize AI as a new technology platform," Satya Nadella, chairman and chief executive officer of Microsoft, said in a statement, which detailed the investment but didn't disclose the amount. A person familiar with the discussions, who asked not to be identified because the information isn't public, said it totals $10 billion over multiple years.

Shares were up 0.5% at $241.52 at 9:56 a.m. in New York.

ChatGPT has captured the imagination of a broad swath of users for its ability to imitate the way real people talk and write. Its uncanny realness has sparked concern about its potential to supplant professional writers and do students' homework for them. The tool has also been called a potential threat to Google's core search business.

OpenAI noted on Monday that it uses Microsoft's cloud-based service Azure to train all of its models and that Microsoft's investment will allow it to accelerate its independent research. Azure will remain the exclusive cloud provider for OpenAI, the company said.

As with Microsoft's previous investment in OpenAI, much of the value of the deal will take the form of Microsoft giving OpenAI the Azure cloud-computing horsepower needed to run its AI systems, said two people familiar with the deal.

The deal has a complicated structure because investors in OpenAI are limited in the return on their investment since it is a capped-for profit company. Microsoft will get nearly half of OpenAI's financial returns until its investment is repaid up to a predetermined cap, one of the people said. All profits beyond what is owed to investors and employees are returned to OpenAI, which is governed by the OpenAI non-profit organization.

Microsoft earlier this month said it planned to add ChatGPT to Azure and announced the broad availability of its Azure OpenAI Service, which has been an option to a limited set of customers since it was unveiled in 2021. The service gives Microsoft's cloud customers access to various OpenAI tools like the GPT-3.5 language system that ChatGPT is based on, as well as the Dall-E model for generating images from text prompts. That enables Azure customers to use the OpenAI products in their own applications running in the cloud.

Microsoft itself is currently using the developer's language AI to add automation to its Copilot programming tool, and wants to add such technology to its Bing search engine, Office productivity applications, Teams chat program and security software. The Redmond, Washington-based company is putting DALL-E into design software and offering it to Azure cloud customers.

Nadella is deepening Microsoft's ties with OpenAI as Google, which has long been essentially untouchable in search, suddenly appears vulnerable. The Alphabet unit's prevailing model of keyword queries uses search engines to comb the web for specific terms, and then lets users make their own decisions as to what information is useful.

By contrast, ChatGPT responds to questions about topics such as political science and computer programming with detailed explanations, and its question-and-answer format means users can drill down until they fully understand. The bot is capable of responding to queries in a natural and human-like manner, carrying on a conversation and answering follow-up questions, unlike the basic list of blue links that a Google search provides.

News of the investment comes less than a week after Microsoft said it's laying off 10,000 workers as a weakening economy crimps software demand. Microsoft noted in that announcement that it will still invest and hire in key priority areas. The software maker reports fiscal second-quarter earnings on Tuesday.

Learn how to navigate and strengthen trust in your business with The Trust Factor, a weekly newsletter examining what leaders need to succeed. Sign up here.

## Sponsored Stories

Outbrain

9/6/23, 7:30 PM    Microsoft to Invest $10 Billion in OpenAI, the Creator of ChatGPT - The New York Times

Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 3 of 45
Case 4:23-cv-03918-YGR Document 23-2 Filed 12/01/23 Page 103 of 253          (3 of 45)

# Microsoft to Invest $10 Billion in OpenAI, the Creator of ChatGPT

The tech giant aims to remain at the forefront of generative artificial intelligence with its partnership with OpenAI.

 

**By Cade Metz and Karen Weise**

Cade Metz and Karen Weise reported this article from San Francisco and Seattle.

Jan. 23, 2023

Microsoft said on Monday that it was making a "multiyear, multibillion-dollar" investment in OpenAI, the San Francisco artificial intelligence lab behind the experimental online chatbot ChatGPT.

The companies did not disclose the specific financial terms of the deal, but a person familiar with the matter said Microsoft would invest $10 billion in OpenAI.

Microsoft had already invested more than $3 billion in OpenAI, and the new deal is a clear indication of the importance of OpenAI's technology to the future of Microsoft and its competition with other big tech companies like Google, Meta and Apple.

With Microsoft's deep pockets and OpenAI's cutting-edge artificial intelligence, the companies hope to remain at the forefront of generative artificial intelligence — technologies that can generate text, images and other media in response to short prompts. After its surprise release at the end of November, ChatGPT — a chatbot that answers questions in clear, well-punctuated prose — became the symbol of a new and more powerful wave of A.I.

The fruit of more than a decade of research inside companies like OpenAI, Google and Meta, these technologies are poised to remake everything from online search engines like Google Search and Microsoft Bing to photo and graphics editors like Photoshop.

The deal follows Microsoft's announcement last week that it had begun laying off employees as part of an effort to cull 10,000 positions. The changes, including severance, ending leases and what it called "changes to our hardware portfolio" would cost $1.2 billion, it said.

Satya Nadella, the company's chief executive, said last week that the cuts would let the company refocus on priorities such as artificial intelligence, which he called "the next major wave of computing."

Mr. Nadella made clear in his company's announcement on Monday that the next phase of the partnership with OpenAI would focus on bringing tools to the market, saying that "developers and organizations across industries will have access to the best A.I. infrastructure, models and tool chain."

**ER1385**

OpenAI was created in 2015 by small group of entrepreneurs and artificial intelligence researchers, including Sam Altman, head of the start-up builder Y Combinator; Elon Musk, the billionaire chief executive of the electric carmaker Tesla; and Ilya Sutskever, one of the most important researchers of the past decade.

They founded the lab as a nonprofit organization. But after Mr. Musk left the venture in 2018, Mr. Altman remade OpenAI as a for-profit company so it could raise the money needed for its research.



Satya Nadella, chief executive of Microsoft, said the next phase of the partnership with OpenAI would focus on bringing tools to the market. Yonhap/EPA, via Shutterstock

A year later, Microsoft invested a billion dollars in the company; over the next few years, it quietly invested another $2 billion. These funds paid for the enormous amounts of computing power needed to build the kind of generative A.I. technologies OpenAI is known for.

OpenAI is also in talks to complete a deal in which it would sell existing shares in a so-called tender offer. This could total $300 million, depending on how many employees agree to sell their stock, according to two people with knowledge of the discussions, and would value the company at around $29 billion.

In 2020, OpenAI built a milestone A.I. system, GPT-3, which could generate text on its own, including tweets, blog posts, news articles and even computer code. Last year, it unveiled DALL-E, which lets anyone generate photorealistic images simply by describing what he or she wants to see.

Based on the same technology as GPT-3, ChatGPT showed the general public just how powerful this kind of technology could be. More than a million people tested the chatbot during its first few days online, using it to answer trivia questions, explain ideas and generate everything from poetry to term papers.

ER1386

Microsoft has already incorporated GPT-3, DALL-E and other OpenAI technologies into its products. Most notably, GitHub, a popular online service for programmers owned by Microsoft, offers Copilot, a tool that can automatically generate snippets of computer code.

Last week, it expanded availability of several OpenAI services to customers of Microsoft's Azure cloud computing offering, and said ChatGPT would be "coming soon."

The company said it planned to report its latest quarterly results on Tuesday, and investors expect the difficult economy, including declining personal computer sales and more cautious business spending, to further hit revenues.

Microsoft has faced slowing growth since late summer, and Wall Street analysts expect the new financial results to show its slowest growth since 2016. But the business still produces substantial profits and cash. It has continued to return money to investors through quarterly dividends and a $60 billion share buyback program authorized by its board in 2021.

Both Microsoft and OpenAI say their goals are even higher than a better chatbot or programming assistant.

OpenAI's stated mission was to build artificial general intelligence, or A.G.I., a machine that can do anything the human brain can do. When OpenAI announced its initial deal with Microsoft in 2019, Mr. Nadella described it as the kind of lofty goal that a company like Microsoft should pursue, comparing A.G.I. to the company's efforts to build a quantum computer, a machine that would be exponentially faster than today's machines.

"Whether it's our pursuit of quantum computing or it's a pursuit of A.G.I., I think you need these high-ambition North Stars," he said.

That is not something that researchers necessarily know how to build. But many believe that systems like ChatGPT are a path to this lofty goal.

In the near term, these technologies are a way for Microsoft to expand its business, bolster revenue and compete with the likes of Google and Meta, which are also addressing A.I. advancements with a sense of urgency.

Sundar Pichai, the chief executive of Google's parent company, Alphabet, recently declared a "code red," upending plans and jump-starting A.I. development. Google intends to unveil more than 20 products and demonstrate a version of its search engine with chatbot features this year, according to a slide presentation reviewed by The New York Times and two people with knowledge of the plans, who were not authorized to discuss them.

But the new A.I. technologies come with a long list of flaws. They often produce toxic content, including misinformation, hate speech and images that are biased against women and people of color.

Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 6 of 45
Case 4:23-cv-03918-YGR    Document 52-7    Filed 02/23/24    Page 6 of 53

Microsoft, Google, Meta and other companies have been reluctant to release many of these technologies because they could damage their established brands. Five years ago, Microsoft released a chatbot called Tay, which generated racist and xenophobic language, and quickly removed it from the internet after complaints from users.

Nico Grant contributed reporting.

**Cade Metz** is a technology reporter and the author of "Genius Makers: The Mavericks Who Brought A.I. to Google, Facebook, and The World." He covers artificial intelligence, driverless cars, robotics, virtual reality and other emerging areas. More about Cade Metz

**Karen Weise** is a technology correspondent based in Seattle, covering Amazon and Microsoft. Her work aims to help readers better understand two of the most powerful companies in America and their growing influence on society. More about Karen Weise

A version of this article appears in print on , Section B, Page 1 of the New York edition with the headline: Race Is On As Microsoft Puts Billions Into OpenAI

ER1388

# The Washington Post

*Democracy Dies in Darkness*

# Microsoft confirms 'multibillion-dollar' investment in OpenAI

**The Seattle giant's big bet on the startup behind ChatGPT and DALL-E 2 could bring the latest AI tools to the masses.**

 By Will Oremus

Updated January 23, 2023 at 10:17 a.m. EST  |  Published January 21, 2023 at 7:00 a.m. EST

*This article has been updated to reflect Monday's announcement.*

New artificial intelligence tools like ChatGPT and DALL-E 2 have gone viral as free, online toys that anyone can use to generate text or art. Now Microsoft is making a big bet that they can be something much more: the future of knowledge work.

After years of chasing Google in the AI race, the Redmond, Wash., software giant is hoping to leap ahead with big investments in OpenAI, the San Francisco-based start-up behind those tools. The company that once brought us Clippy, the endearingly unhelpful animated paper clip, is working on AI models that don't just offer to help you format a letter, but can analyze your Excel spreadsheet, create AI art to illustrate your PowerPoint presentation, or even draft a whole email for you in Outlook. And that's just for starters.

On Monday, Microsoft announced a "multiyear, multibillion-dollar investment" in OpenAI, though it declined to disclose the terms. The news site Semafor first reported on Jan. 9 that the company was planning to build on previous investments in OpenAI by pouring another $10 billion into it.

Last week, Microsoft launched an OpenAI service as part of its Azure cloud platform, offering businesses and start-ups the ability to incorporate models like ChatGPT into their own systems. The company has already been building AI tools into many of its consumer products, such as a DALL-E 2 feature in its Bing search engine that can create images based on a text prompt, and the Information reported recently that it's working to bring more of them to Microsoft Office as well.

Eventually, CEO Satya Nadella said in Davos last week, "Every product of Microsoft will have some of the same AI capabilities."

The company is staking its claim to what many in the tech industry believe will be an AI revolution. Microsoft is one of several, including rival Google, betting that this generation of artificial intelligence will transform not just productivity software but entire industries, thanks to so-called large language models that can understand, converse with, and imitate humans in realms ranging from writing to art to computer coding.

"I think this is going to radically change the future for all knowledge work," said Bojan Tunguz, a machine learning modeler and data scientist at Nvidia, of the recent advances in large language models. "We're only seeing the early days of what that entails."

That's the bullish view, and it's one that you'll hear a lot in Silicon Valley and Seattle these days. While Google, Microsoft, and other tech giants have been testing and honing AI models for years, a new crop of risk-taking upstarts has stolen their thunder by taking their experimental AI programs directly to the public. The release of tools like ChatGPT, DALL·E-2, Stability AI's Stable Diffusion and Midjourney in the past year has made "generative AI" — software that draws on vast data sets to create novel works — the industry's buzziest buzzword.

Now that they've caught on, Big Tech is playing catch-up. And no one's playing it harder than Microsoft.

At Davos, Nadella predicted that the current generation of AI will spark an industry-wide "platform shift" on par with the moves to mobile devices and cloud computing over the past 15 years.

There's also a skeptical view, in which the technology proves dazzling as a toy and a novelty but underwhelming or even harmful in its practical applications.

ChatGPT can produce remarkably plausible-sounding text on a wide range of topics, but it's prone to factual errors and problematic biases, and some school districts have already banned it as a potential cheating tool. The tech news site CNET is under fire for quietly using AI to write articles, some of which were found to contain errors. Stability AI, the maker of AI art generator Stable Diffusion, has been sued by Getty Images for allegedly training its model on copyrighted works without permission. Microsoft has its own history of AI missteps, including the 2016 release of a chatbot called Tay that trolls trained to embrace genocidal hatred.

Those risks help to explain why Google, which has developed some of the most advanced AI chat tools, has yet to release them to the public. Google's LaMDA chatbot system is so sophisticated that one of the company's engineers became convinced it was sentient, reigniting a debate over whether it would be irresponsible to make similar tools available to ordinary users.

"Some people are going to get hurt — that's inevitable," said Meta's chief AI scientist, Yann LeCun, on Thursday at a forum hosted by the company Collective[i]. That shouldn't stop the march of progress, he added, but it is important for companies involved in developing new forms of AI to find ways to mitigate the damage.

Downplaying ChatGPT as "just nicely done, not revolutionary," LeCun suggested that the reason it came from a start-up rather than a tech giant is because "Google and Meta both have a lot to lose by putting out a system that makes stuff up." (In November, Meta released a language model for scientists, called Galactica, only to pull the plug on it three days later due to a backlash.)

Still, Microsoft's embrace of OpenAI puts renewed pressure on its rivals, particularly in the lucrative cloud computing sector. While using ChatGPT to improve its own products could help Microsoft hold its edge in productivity software, the larger battle is to sell AI services to businesses. Those could include established firms looking to build a smarter customer-service chatbot, start-ups developing more specialized AI tools, or even other AI companies that need cloud computing power to train their own models.

One application that's already gaining traction is the use of AI to assist software developers in writing code. Microsoft's subsidiary GitHub uses OpenAI technology in a tool called GitHub Copilot, which can suggest code in real time as you're programming.

Meanwhile, OpenAI appears to be rolling out a paid, premium version of ChatGPT, called ChatGPT Professional, at an initial price of $42 per month, according to tweets by users who've signed up for the service. Screenshots indicate the premium service will remain available when there's high demand, and will come with faster responses to queries and early access to new features. OpenAI spokeswoman Hannah Wong told The Post on Friday that access to the basic tool would remain free.

"Definitely Microsoft adopting [ChatGPT] will make it a lot more widely available," said Sridhar Ramaswamy, CEO of the start-up Neeva, which recently introduced an AI-based search engine that uses language models to answer users' questions directly. "The problem is, once Microsoft starts turning the screws on a particular area, they tend to squeeze out everybody else."

Ramaswamy, a former Google executive, predicted that Google will release its own chatbot in the next month or so, "and it'll be very good." But in the long run, he said he doubts Microsoft or Google will be able to corner the market.

"The tech is rapidly getting commoditized," Ramaswamy said, with start-ups such as Anthropic and Cohere already building their own tools and models. "Start-ups can afford to take risks, because they have a lot less to lose. I think that's going to be an issue with Google and Microsoft."

On Friday, Google's parent company cut 12,000 jobs, as CEO Sundar Pichai told the remaining employees that the company would sharpen its focus on AI. Last week, Google AI guru Jeff Dean published a blog post highlighting the company's latest work on large language models, and the New York Times reported that the company has called on its founders, Larry Page and Sergey Brin, to review its AI strategy.

Meanwhile, Microsoft's big moves in AI lend the 47-year-old company an air of excitement at a time when gloom pervades the tech sector. Microsoft announced its own cuts on Wednesday, following rounds of layoffs by Amazon, Meta and others. But its aggressive AI investments could give its remaining employees — and future recruits — a reason for optimism.

To deliver on that promise, it will have to show that it can turn its shiny new AI tools into something more consequential than Clippy 2.0.

9/6/23, 8:09 PM
What Microsoft invested billions in OpenAI the company behind ChatGPT - Vox

Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 10 of 45
Case 4:23-cv-03918-YGR   Document 226-6   Filed 11/06/23   Page 11 of 353
(10 of 45)



## We have a request ✕

We're aiming to add 2,500 contributions this month to support our clear and accessible policy coverage and so much more. Will you help us get there by making a contribution today?

**Yes, I'll Give**

TECHNOLOGY   ARTIFICIAL INTELLIGENCE   MICROSOFT

# What Microsoft gets from betting billions on the maker of ChatGPT

The reported $10 billion investment in OpenAI will keep the hottest AI company on Microsoft's Azure cloud platform.

By Sara Morrison | sara@vox.com | Jan 23, 2023, 3:10pm EST



Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 11 of 45     (11 of 45)
Case 4:23-CV-03918-YGR   Document 186-23   Filed 11/15/23   Page 11 of 353

The Microsoft store in New York City. | John Smith/VIEWpress/Corbis via Getty Images

*Sara Morrison is a senior Vox reporter who has covered data privacy, antitrust, and Big Tech's power over us all for the site since 2019.*

Microsoft **revealed** last week that it will lay off 10,000 people throughout 2023. But don't think that means the company is having money problems. On Monday, the company announced that it's investing billions of dollars into the hot artificial intelligence platform **OpenAI**.

This is Microsoft's third investment in the company, and cements Microsoft's partnership with one of the most exciting companies making one the most exciting technologies today: **generative AI**. It also shows that Microsoft is committed to making the initiative a key part of its business, as it looks to the future of technology and its place in it. And you can likely expect to see OpenAI's services in your everyday life as companies you use **integrate it** into their own offerings.

Microsoft told Recode it was not disclosing the deal's specifics, but Semafor reported **two weeks ago** that the two companies were talking about $10 billion, with Microsoft getting 75 percent of OpenAI's profits until it recoups its investment, after which it would have a 49 percent stake in the company. The New York Times has since **confirmed** the $10 billion amount.

With the arrangement, OpenAI runs and powers its technology through Microsoft's Azure cloud computing platform, which allows it to scale and make it available to developers and companies looking to use AI in their own services (rather than have to build their own). Think of it as AIaaS — AI as a service. Microsoft recently made its OpenAI services **widely available**, allowing more businesses to integrate some of the hottest AI technologies, including word generator ChatGPT and image generator DALL-E 2, into their own companies' offerings.

Meanwhile, OpenAI also gets a needed cash infusion — key for a company with a lot of potential but **not much** to show in terms of monetization. And Microsoft can offer something to its cloud customers that rivals Google and Amazon can't yet: one of the most advanced AI technologies out there, as well as one of the buzziest. They do **have their own AI initiatives**, like Google's DeepMind, which is **reportedly** rolling out a ChatGPT rival at some point. But it's not here yet. ChatGPT is, and it's gone mainstream.

ER1393

9/6/23, 8:09 PM    Microsoft invested billions in OpenAI the company behind ChatGPT - Vox

Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 12 of 45    (12 of 45)
Case 4:23-cv-03918-YGR    Document 52-6    Filed 09/25/23    Page 12 of 353



OpenAI CEO Sam Altman, left, and Microsoft CEO Satya Nadella in 2019 after Microsoft's initial $1 billion investment in OpenAI.  |  Microsoft

OpenAI was founded in 2015 as a research laboratory, with backing from Silicon Valley heavyweights, including Peter Thiel, Elon Musk, and Reid Hoffman. Sam Altman, former president of startup incubator Y Combinator, is its CEO and co-founder. The company has pushed its commitment to developing "safe" and "responsible" AI technologies since the beginning; there is a longstanding fear, among some, that if artificial intelligence gets too intelligent, it'll **go SkyNet** on all of us.

Microsoft stepped in **at the end of 2019** with a $1 billion investment in and partnership with OpenAI to help the company continue to develop artificial general intelligence (AGI) — that is, AI that can also learn and perform new tasks.

"We believe it's crucial that AGI is deployed safely and securely and that its economic benefits are widely distributed. We are excited about how deeply Microsoft shares this vision," Altman said at the time.

The arrangement has worked out well enough that Microsoft made a second investment in 2021, and now the much larger one in 2023, demonstrating the potential Microsoft sees for this technology and the desire to be a key player in its development and deployment.

"We formed our partnership with OpenAI around a shared ambition to responsibly advance cutting-edge AI research and democratize AI as a new technology platform," said Microsoft CEO and chair Satya Nadella in a statement. "In this next phase of our partnership,

ER1394

developers and organizations across industries will have access to the best AI infrastructure, models, and toolchain with Azure to build and run their applications."

Microsoft has largely focused its business on enterprise software and services, but the company said in its announcement that it does intend to use OpenAI in its consumer products as well. What could that look like? Well, the Information **reported** that Microsoft will be integrating ChatGPT into its Bing search engine, allowing it to formulate and write out answers to questions instead of just putting out a series of links. There are surely plenty of opportunities to integrate AI into gaming, a market that Xbox owner Microsoft has a sizable chunk of.

Generative AI or artificial general intelligence is **largely seen** as the great new frontier for technology. OpenAI is the AGI company to beat. And if you're Microsoft, your place in that future is looking pretty good right now.

*You've read 2 articles in the last 30 days.*

**We're here to shed some clarity**

One of our core beliefs here at Vox is that everyone needs and deserves access to the information that helps them understand the world, regardless of whether they can pay for a subscription. With the 2024 election on the horizon, more people are turning to us for clear and balanced explanations of the issues and policies at stake. We're so grateful that we're on track to hit 85,000 contributions to the Vox Contributions program before the end of the year, which in turn helps us keep this work free. We need to add 2,500 contributions this month to hit that goal. **Will you make a contribution today to help us hit this goal and support our policy coverage? Any amount helps.**

| **One-Time** | Monthly | Annual |
| --- | --- | --- |

○ **$20**                ○ $50

○ $100                ○ $250

○ Other

**Yes, I'll give $20**

We accept credit card, Apple Pay, and Google Pay. You can also contribute via

PayPal

ER1395

9/6/23, 8:56 PM   The inside story of ChatGPT: How OpenAI founder Sam Altman built the world's hottest technology with billions from Microsoft | For…

Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 14 of 45        (14 of 45)

Home   News   Tech   Finance   Leadership   Well   Recommends   Fortune 500

# The inside story of ChatGPT: How OpenAI founder Sam Altman built the world's hottest technology with billions from Microsoft

The A.I. future, according to Altman, could be spectacular—unless it goes spectacularly wrong. Why Big Tech giants and business leaders everywhere are losing sleep over generative A.I.

BY **JEREMY KAHN**



Sam Altman, CEO and cofounder of OpenAI.

IAN C. BATES—THE NEW YORK TIMES/REDUX



A few times in a generation, a product comes along that catapults a technology from the fluorescent gloom of engineering department basements, the fetid teenage bedrooms of nerds, and the lonely man caves of hobbyists—into something that your great-aunt Edna knows how to use. There were web browsers as early as 1990. But it wasn't until Netscape Navigator came along in 1994 that most people discovered the internet. There were MP3 players before the iPod debuted in 2001, but they didn't spark the digital music revolution. There were smartphones before Apple dropped the iPhone in 2007 too—but before the iPhone, there wasn't an app for that.

On Nov. 30, 2022, artificial intelligence had what might turn out to be its Netscape Navigator moment.

The moment was ushered in by Sam Altman, the chief executive officer of OpenAI, a San Francisco–based A.I. company that was founded in 2015 with financial backing from a clutch of Silicon Valley heavy hitters—including Elon Musk, Peter Thiel, and fellow PayPal alum and LinkedIn cofounder Reid Hoffman. On Nov. 30, some seven years after the company's launch, Altman tweeted: "today we launched ChatGPT. try talking with it here," followed by a link that would let anyone sign up for an account to begin conversing with OpenAI's new chatbot for free.

And anyone—and everyone—has. And not just to chat about the weather. Amjad Masad, a software CEO and engineer, asked it to debug his code—and it did. Gina Homolka, a food blogger and influencer, got it to write a recipe for healthy chocolate-chip cookies. Riley Goodside, an engineer at Scale AI, asked it to write the script for a *Seinfeld* episode. Guy Parsons, a marketer who also runs an online gallery dedicated to A.I. art, got it to write prompts for him to feed into another A.I. system, Midjourney, that creates images from text descriptions. Roxana Daneshjou, a dermatologist at Stanford University School of Medicine who also researches A.I. applications in medicine, asked it medical questions. Lots of students used it to do their homework. And that was just in the first 24 hours following the chatbot's release.

Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 16 of 45    (16 of 45)

There have been chatbots before. But not like this. ChatGPT can hold long, fluid dialogues, answer questions, and compose almost any kind of written material a person requests, including business plans, advertising campaigns, poems, jokes, computer code, and movie screenplays. It's far from perfect: The results are not always accurate; it can't cite the sources of its information; it has almost no knowledge of anything that happened after 2021. And what it delivers—while often smooth enough to pass muster in a high school class or even a college course—is rarely as polished as what a human expert could produce. On the other hand, ChatGPT produces this content in about a second—often with little to no specific knowledge on the user's part—and a lot of what it spits out isn't half bad. Within five days of its release, more than 1 million people had played with ChatGPT, a milestone Facebook took 10 months to hit.

Artificial intelligence technology has, over the past decade, made steady inroads into business and quietly improved a lot of the software we use every day without engendering much excitement among non-technologists. ChatGPT changed that. Suddenly everyone is talking about how A.I. might upend their jobs, companies, schools, and lives.

ChatGPT is part of a wave of related A.I. technologies collectively known as "generative A.I."—one that also includes buzzy art generators like Midjourney and Lensa. And OpenAI's position at the forefront of the tech industry's next big thing has the hallmarks of a startup epic, including an all-star cast of characters and an investor frenzy that has crowned it with a reported valuation of $29 billion.

But even as its recent surge provokes envy, wonder, and fear—Google, whose lucrative search empire could be vulnerable, reportedly declared an internal "code red" in response to ChatGPT—OpenAI is an unlikely member of the club of tech superpowers. Until a few years ago, it wasn't a company at all but a small nonprofit lab dedicated to academic research. Lofty founding principles such as protecting humanity from the dangers of unrestrained A.I. remain. At the same time, OpenAI has gone through an internal transformation that divided its original staff and brought an increased focus on commercial projects over pure science. (Some critics argue that releasing ChatGPT into the wild was itself dangerous—and a sign of how profoundly OpenAI's approach has shifted.)

# I think the good case [for A.I.] is just so unbelievably good that you sound like a crazy person talking about it. I think the worst case is lights-out for all of us.

**SAM ALTMAN, COFOUNDER AND CEO OF OPENAI, SPEAKING AT A VENTURE-CAPITAL-FOCUSED EVENT IN SAN FRANCISCO ON JAN. 12**

An expanded partnership with Microsoft, announced this week, that includes as much as $10 billion in new capital could result in the software giant capturing the lion's share of OpenAI's profits for years to come. That deal is likely to deepen the perception that the once idealistic endeavor is now primarily concerned with making money. That said, documents seen by *Fortune* reveal just how unprofitable OpenAI's business is currently.

Altman, the 37-year-old cofounder and CEO, embodies OpenAI's puzzling nature. A serial tech entrepreneur known more for business savvy than for feats of engineering, Altman is both the architect of OpenAI's soaring valuation and its buzzkiller-in-chief—speaking out publicly about how far ChatGPT is from being truly reliable. At the same time, he sees the technology as a step forward in his broader, quixotic corporate mission to develop a computer superintelligence known as artificial general intelligence, or AGI. "AGI is probably necessary for humanity to survive," Altman tweeted in July. "our problems seem too big [for] us to solve without better tools."

It's an unusual guiding philosophy for a moneymaking enterprise, especially considering that some computer scientists dismiss Altman's obsession as the stuff of fantasy. "AGI is just silly," says Ben Recht, a computer scientist at the University of California at Berkeley. "I mean, it's not a thing."

And yet, with ChatGPT, Altman has turned OpenAI—and the broader A.I. mission—into *the* thing captivating the tech world. The question is whether the partnership

**ER1399**

he has forged with Microsoft can fix ChatGPT's flaws and capitalize on its early lead to transform the tech industry. Google and other titans are hard at work on their own A.I. platforms; and future, more polished software could make ChatGPT look like child's play. OpenAI may someday find that, much like Netscape's short-lived browser reign, its breakthrough has opened a door to a future it isn't part of.

On a Thursday evening in mid-January in San Francisco, Altman makes a rare public appearance. Dressed in a gray sweater, blue jeans, and a pair of groovy, brightly colored tie-dyed sneakers, the CEO walks into a roomful of investors, techies, and journalists, all gathered to glean any dish about ChatGPT or the imminent funding round. When his interviewer, Connie Loizos, the founder of StrictlyVC, a media company focused on venture capital, asks him about the media furor, Altman replies, "I don't read the news, and I don't really do stuff like this much."

The event, on the 46th floor of the Salesforce Tower, is standing room only. One of the speakers during a fintech panel that takes place before the interview even tells the crowd that she knows they're "all waiting for Sam Altman."

But despite the buzz, and the circulating rumors of the Microsoft investment, Altman seems to go out of his way to dampen the excitement. "One of the strange things about these technologies is that they are impressive but not robust," he tells the crowd. "So you use them in the first demo; you kind of have this very impressive, 'Wow, this is incredible and ready to go' [reaction]. But you see it a hundred times, and you see the weaknesses."

That kind of caution seems to be the official mode at OpenAI's headquarters, situated in an old luggage factory in San Francisco's Mission District. And indeed, if ChatGPT is A.I.'s Netscape Navigator moment, it is one that very nearly never happened—because OpenAI almost killed the project months ago.

The chat interface that allows users to converse with the A.I. in plain English (and many other languages) was initially conceived by OpenAI as a way to improve its "large language models," or LLMs. Most generative A.I. systems have an LLM at their core. They are created by taking very large neural networks—an A.I. based very loosely on connections in the human brain—and applying them to vast amounts of human-created text. From this library, the model learns a complex map

of the statistical likelihood that any group of words will appear next to one another in any given context. This allows LLMs to perform a vast array of natural language processing tasks—from translation to summarization to writing.

OpenAI had already created one of the world's most powerful LLMs. Called GPT-3, it takes in more than 175 billion statistical connections and is trained on about two-thirds of the internet, all of Wikipedia, and two large data sets of books. But OpenAI found it could be tricky to get GPT-3 to produce exactly what a user wanted. One team had the idea of using reinforcement learning—in which an A.I. system learns from trial and error to maximize a reward—to perfect the model. The team thought that a chatbot might be a great candidate for this method since constant feedback, in the form of human dialogue, would make it easy for the A.I. software to know when it had done a good job and where it needed to improve. So in early 2022, the team started building what would become ChatGPT.

When it was ready, OpenAI let beta testers play with ChatGPT. But they didn't embrace it in the way OpenAI had hoped, according to Greg Brockman, an OpenAI cofounder and its current president; it wasn't clear to people what they were supposed to talk to the chatbot about. For a while, OpenAI switched gears and tried to build expert chatbots that could help professionals in specific domains. But that effort ran into problems too—in part because OpenAI lacked the right data to train expert bots. Almost as a Hail Mary, Brockman says, OpenAI decided to pull ChatGPT off the bench and put it in the wild for the public to use. "I'll admit that I was on the side of, like, I don't know if this is going to work," Brockman says.

The chatbot's instant virality caught OpenAI off guard, its execs insist. "This was definitely surprising," Mira Murati, OpenAI's chief technology officer, says. At the San Francisco VC event, Altman said, he "would have expected maybe one order of magnitude less of everything—one order of magnitude less of hype."



ER1401

9/6/23, 8:56 PM    Case: the inside story of ChatGPT: how OpenAI founder Sam Altman built the world's hottest technology with billions from Microsoft | For…

Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 20 of 45    (20 of 45)



**OpenAI CTO Mira Murati on 'The Daily Show with Trevor Noah' on Oct. 25, 2022.**
COURTESY OF MATT WILSON/COMEDY CENTRAL'S "THE DAILY SHOW"

ChatGPT isn't OpenAI's only hype generator. Its relatively small staff of around 300 has pushed the boundaries of what A.I. can do when it comes to creating, not simply analyzing, data. DALL-E 2, another OpenAI creation, allows users to create photorealistic images of anything they can imagine by typing just a few words. The system has now been emulated by others, including Midjourney and an open-source competitor called Stability AI. (All of these image generators have drawbacks, most notably their tendency to amplify biases in the data on which they were trained, producing images that can be racist and sexist.) By fine-tuning its GPT LLM on computer code, OpenAI also created Codex, a system that can write code for programmers, who only have to specify in plain language what they want the code to do.

More innovations wait in the wings. OpenAI has an even more powerful LLM in beta testing called GPT-4 that it is expected to release this year, perhaps even imminently. Altman has also said the company is working on a system that can

Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 21 of 45

generate video from text descriptions. Meanwhile, in mid-January, OpenAI signaled its intention to release a commercial version of ChatGPT, announcing a wait-list for would-be customers to sign up for paid access to the bot through an interface that would allow them to more easily integrate it into their own products and services.

A cynic might suggest that the fact OpenAI was in the middle of raising a large venture capital round might have something to do with the timing of ChatGPT's release. (OpenAI says the timing is coincidental.) What's certain is that ChatGPT chummed shark-filled waters. It set off a feeding frenzy among VC firms hoping to snap up shares in the private sale of equity currently being held by OpenAI's executives, employees, and founders.

That tender offer is happening alongside the just-announced new investment from Microsoft, which will infuse up to $10 billion in new capital into the company. Microsoft, which started working with OpenAI in 2016, formed a strategic partnership with the startup and announced a $1 billion investment in the company three years ago. According to sources familiar with the new tender offer, it is heavily oversubscribed—despite an unusual structure that gives Microsoft a big financial advantage.

According to documents seen by *Fortune*, on completion of its new investment and after OpenAI's first investors earn back their initial capital, Microsoft will be entitled to 75% of OpenAI's profits until it earns back the $13 billion it has invested —a figure that includes an earlier $2 billion investment in OpenAI that had not been previously disclosed until *Fortune* reported it in January. Microsoft's share will then step down to 49%, until the software giant earns a profit of $92 billion. Meanwhile, the other venture investors and OpenAI's employees also will be entitled to 49% of OpenAI's profits until they earn some $150 billion. If these caps are hit, Microsoft's and investors' shares will revert to OpenAI's nonprofit foundation. In essence, OpenAI is lending the company to Microsoft—for how long depends on how quickly OpenAI can make money.

But earning back its investment, let alone hitting those caps, might take quite a while. The documents seen by *Fortune* reveal that OpenAI has had relatively modest revenues to date and is heavily loss-making. Last year, the company was projected to bring in just under $30 million in revenue, according to the

ER1403

Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 22 of 45    (22 of 45)

documents. But it was projecting expenses of $416.45 million on computing and data, $89.31 million on staff, and $38.75 million in unspecified other operating expenses. In total, its net loss in 2022 excluding employee stock options was projected at $544.5 million. And with ChatGPT, those losses may be soaring: Altman said on Twitter, in response to a question from Elon Musk, that it was costing OpenAI "single-digit cents" in computing costs per interaction users have with ChatGPT—a tab that likely reached many millions of dollars per month as the bot became popular.

OpenAI is projecting that, with ChatGPT serving as a siren song to lure customers, its revenue will ramp up rapidly. It is forecasting $200 million in revenue for 2023 and expects revenues to top $1 billion in 2024, according to the documents. They do not project how OpenAI's expenses might grow and when it could turn a profit. The companies declined to comment on these figures, but they point to an obvious reality: Both OpenAI and Microsoft think that the former nonprofit lab now has something it can sell.

# $1 billion

**CHATGPT'S EXPECTED REVENUE IN 2024, ACCORDING TO DOCUMENTS FORTUNE OBTAINED, COMPARED WITH A FORECASTED $200 MILLION IN 2023 AND A PROJECTED $30 MILLION IN 2022.**

Microsoft is already reaping the rewards of the partnership. It has launched an OpenAI-branded suite of tools and services in its Azure Cloud that will allow Azure customers access to OpenAI's tech, including GPT and DALL-E tools. Auto marketplace CarMax, for example, has already launched new services that run on these Azure tools.

Eric Boyd, Microsoft's corporate vice president of AI Platform, says that meeting the demands of training and running OpenAI's LLMs has driven innovations that benefit all Azure customers. For instance, Microsoft has built supercomputing clusters for A.I. that it believes are the most powerful in the world, and created several software innovations to make it easier to train and run large A.I. models on these machines. Microsoft is gradually infusing OpenAI's tech into much of its software. It has released an image creator within Bing, its search engine, and a new Designer graphic design tool, both powered by DALL-E; a GPT-3-enabled tool within its Power Apps software, and a code suggestion tool, GitHub Copilot, based on OpenAI's Codex model.

Even if it doesn't immediately move the needle on Azure revenue, the OpenAI relationship is good brand positioning and marketing, says Dan Romanoff, a senior equity research analyst who covers technology stocks for Morningstar. "It's high-profile," he says. "The ability to take an A.I. solution developed by OpenAI, put it on Azure, call it Azure AI: It keeps them competitive." Microsoft's Cloud rivals—Google, AWS, IBM, Oracle, Salesforce, and others—all have their own "cognitive" services, but being associated with the folks who created ChatGPT can't hurt.

The bigger prize for Microsoft might be in search. Tech publication The Information recently reported that Microsoft plans to integrate ChatGPT into Bing, possibly allowing it to return simple, succinct answers to queries—and letting people delve deeper through dialogue with that chatbot—rather than a list of links. Google currently dominates the market for search, with a greater than 90% market share worldwide. Bing ranks a second so distant it might as well be in a different galaxy, with about a 3% share. In the first nine months of 2022, search was worth $120 billion in revenue for Google; overall, it accounts for about 60% of the money Google generates. ChatGPT may offer Microsoft the only real chance it's ever had to knock Google off that pedestal. (Microsoft declined to comment on The Information report.)

And by Microsoft's standards, these upsides come cheap. Its total investment of $13 billion is a hefty sum, but it's only 15% of the $85 billion in pretax profits it booked over the past 12 months—a relative bargain for near-term control of a paradigm-shifting technology. For their part, OpenAI and Altman risk paying a different price: the possibility that Microsoft's priorities crowd out their own, putting their broader mission at risk and alienating the scientists who fueled its successes.

One July evening in 2015, Altman, who was then the head of the prestigious startup incubator Y Combinator, hosted a private dinner at the Rosewood Sand Hill, a luxurious ranch-style hotel located in the heart of the Valley's venture capital industry in Menlo Park. Elon Musk was there. So was Brockman, then a 26-year-old MIT dropout who had served as chief technology officer at payment-processing startup Stripe. Some of the attendees were experienced A.I. researchers. Some had hardly any machine learning chops. But all of them were convinced AGI was possible. And they were worried.

ER1405

Google had just acquired what to Altman, Musk, and other tech insiders looked like the odds-on favorite to develop AGI first: London-based neural networking startup DeepMind. If DeepMind succeeded, Google might monopolize the omnipotent technology. The Rosewood dinner's purpose was to discuss forming a rival lab to ensure that wouldn't happen.

The new lab aimed to be everything DeepMind and Google were not. It would be run as a nonprofit, explicitly dedicated to democratizing the benefits from advanced A.I. It promised to publish its research and open-source all of its technology, a commitment to transparency enshrined in its very name: OpenAI. The lab garnered an impressive roster of donors: not only Musk, but his fellow PayPal colleagues Thiel and Hoffman; Altman and Brockman; Y Combinator cofounder Jessica Livingston; YC Research, a foundation that Altman had established; Indian IT outsourcing firm Infosys; and Amazon Web Services. Together, the founding donors pledged to give $1 billion to the idealistic new venture (although according to tax records, the nonprofit only received a fraction of the headline-grabbing pledge).

But training the giant neural networks quickly proved to be expensive—with computing costs reaching tens of millions of dollars. A.I. researchers don't come cheap either: Ilya Sutskever, a Russian-born scientist who came to OpenAI to be its lead scientist after working at Google, was paid an annual salary of $1.9 million in his first few years at the lab, according to tax records. After a few years, Altman and others at OpenAI concluded that to compete with Google, Meta, and other tech giants, the lab could not continue as a nonprofit. "The amount of money we needed to be successful in the mission is much more gigantic than I originally thought," Altman told *Wired* magazine in 2019.

Setting up a for-profit arm allowed OpenAI to raise venture capital. But OpenAI created an unusual structure that capped investors' returns at a multiple of their initial investment. And OpenAI's nonprofit board, which is stacked with Silicon Valley A-listers, would retain control of OpenAI's intellectual property (see sidebar). One A-lister who didn't stick around was Musk: In 2018, he left the board, citing the demands of running SpaceX and, more important, Tesla.

Around this time, Microsoft CEO Satya Nadella was desperate to prove that his company, perceived as trailing its rivals in A.I., could play at the technology's bleeding edge. The company had tried and failed to hire a big-name A.I. scientist. It was also building a huge, expensive cluster of specialized chips to advance its

**ER1406**

Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 25 of 45      (25 of 45)

own efforts on language models. It was just the sort of supercomputing power OpenAI needed—and which it was spending huge sums to purchase at the time. For its part, OpenAI excelled at pulling off the sort of splashy A.I. demos that Nadella desired to showcase Microsoft's A.I. acumen. Altman approached Nadella about a deal, flying to Seattle several times to show him OpenAI's A.I. models. Nadella ultimately signed a pact, announced in July 2019, to make Microsoft OpenAI's "preferred partner" for commercializing its technology, alongside an initial $1 billion investment in the A.I. startup.



Sam Altman with Microsoft CEO Satya Nadella at Microsoft's Redmond, Wash., campus.
IAN C. BATES—THE NEW YORK TIMES/REDUX

While Altman was involved in OpenAI from its inception, he did not become CEO until May 2019, shortly after it converted into a for-profit enterprise. But its trajectory from research lab to multibillion-dollar phenomenon reflects Altman's unique fundraising prowess and product-oriented focus—as well as the tension between those commercial instincts and his commitment to big, science-driven ideas.

ER1407

The OpenAI leader is in some ways a Silicon Valley caricature: youthful, male, and pale; unblinkingly intense; fluent in Geek; obsessed with maximizing efficiency and productivity; a workaholic devoted to "changing the world." (In a 2016 *New Yorker* profile, he said he did not have Asperger's syndrome but could understand why someone would think he did.)

Altman dropped out of a computer science degree program at Stanford University to cofound Loopt, a social media company whose app told you where your friends were. The company got into Y Combinator's first batch of startups in 2005; Loopt failed to take off, but the money Altman earned when it was sold helped launch him into the VC universe. He started his own small VC firm called Hydrazine Capital that raised about $21 million, including money from Thiel. Then Paul Graham and Livingston, the Y Combinator cofounders, brought him in as Graham's successor running YC itself.

Altman is an entrepreneur, not a scientist or an A.I. researcher, and he is known for being unusually adept at raising venture capital money. Convinced that great things come from the coupling of massive ambition and unflinching self-belief, he has said he aspires to create trillions of dollars of economic value via so-called deep-tech plays, in fields like nuclear fusion and quantum computing, where the odds are long but the payoffs potentially huge. "Sam believed he was the best at everything he took on," says Mark Jacobstein, a veteran tech investor and startup adviser who worked with Altman at Loopt. "I am pretty sure he believed he was the best ping-pong player in the office until he was proven wrong."

According to several current and former OpenAI insiders, the startup's priorities began to shift as Altman took the reins. A once broad research agenda shrank to focus mostly on natural language processing. Sutskever and Altman have defended this shift as maximizing effort on the research areas that currently appear to offer the most promising path toward AGI. But some former employees say internal pressure to focus on LLMs grew substantially after Microsoft's initial investment, in part because those models had immediate commercial applications.

Having been founded to be free of corporate influence, some complained, OpenAI was quickly becoming a tool for a gigantic technology company. "The focus was more, how can we create products, instead of trying to answer the most interesting questions," one former employee said. Like many interviewed for this story, the employee requested anonymity because of nondisclosure agreements and to avoid alienating powerful figures associated with OpenAI.

Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 27 of 45    (27 of 45)

OpenAI was also becoming a lot less open. It had already begun pulling back from the pledge to publish all its research and open-source its code, citing concerns that its technology could be misused. But according to former employees, commercial logic also played a role. By making its advanced models available only through APIs, OpenAI protected its intellectual property and revenue streams. "There was a lot of lip service paid to 'A.I. safety' by [Altman] and [Brockman] but that often seemed like just a fig leaf for business concerns, while actual, legitimate A.I. safety concerns were brushed aside," another former OpenAI employee says. As an example, the former employee cited the way OpenAI quickly reversed a decision to limit access to DALL-E 2 because of fears of misuse as soon as Midjourney and Stability AI debuted rival products. (OpenAI says it allowed broader use of DALL-E 2 only after careful beta testing gave it confidence in its safety systems.) According to some former employees, these strategic and cultural shifts played a role in the decision of a dozen OpenAI researchers and other staff—many of whom worked on A.I. safety—to break with the company in 2021 and form their own research lab called Anthropic.

OpenAI says it continues to publish far more of its research than other A.I. labs. And it defends its shift to a product focus. "You cannot build AGI by just staying in the lab," says Murati, the chief technology officer. Shipping products, she says, is the only way to discover how people want to use—and misuse—technology. OpenAI had no idea that one of the most popular applications of GPT-3 would be writing software code until they saw people coding with it, she says. Likewise, OpenAI's biggest fear was that people would use GPT-3 to generate political disinformation. But that fear proved unfounded; instead, she says, the most prevalent malicious use was people churning out advertising spam. Finally, Murati says that OpenAI wants to put its technology out in the world to "minimize the shock impact on society that really powerful technology can have." Societal disruption from advanced A.I. will be worse, she argues, if people aren't given a teaser of what the future might hold.

Sutskever allows that OpenAI's relationship with Microsoft created a new "expectation that we do need to make some kind of a useful product out of our technology," but he insists the core of OpenAI's culture hasn't changed. Access to Microsoft data centers, he says, has been critical to OpenAI's progress. Brockman also argues the partnership has allowed OpenAI to generate revenue while remaining less commercially focused than it would otherwise have to be. "Hiring thousands of salespeople is something that might actually change what this

ER1409

company is, and it is actually pretty amazing to have a partner who has already done that," he says.

Sutskever categorically denies implications that OpenAI has de-emphasized safety: "I'd say the opposite is true." Before the Anthropic split, A.I. safety was "localized to one team," but it's now the responsibility of every team, Sutskever says. "The standards for safety keep increasing. The amount of safety work we are doing keeps increasing."

# "The amount of safety work we are doing keeps increasing."

**ILYA SUTSKEVER, RESEARCHER, OPENAI**

Critics, however, say OpenAI's product-oriented approach to advanced A.I. is irresponsible, the equivalent of giving people loaded guns on the grounds that it is the best way to determine if they will actually shoot one another.

Gary Marcus, a New York University professor emeritus of cognitive science and a skeptic of deep learning–centric approaches to A.I., argues that generative A.I. poses "a real and imminent threat to the fabric of society." By lowering the cost of producing bogus information to nearly zero, systems like GPT-3 and ChatGPT are likely to unleash a tidal wave of misinformation, he says. Marcus says we've even seen the first victims. Stack Overflow, a site where coders pose and answer programming questions, has already had to ban users from submitting answers crafted by ChatGPT, because the site was overwhelmed by answers that seemed plausible but were wrong. Tech news site CNET, meanwhile, began using ChatGPT to generate news articles, only to find that many later had to be corrected owing to factual inaccuracies.

For others, it's ChatGPT writing *accurate* code that's the real risk. Maya Horowitz, vice president of research at cybersecurity firm Check Point, says her team was able to get ChatGPT to compose every phase of a cyberattack, from crafting a convincing phishing email to writing malicious code to evading common cybersecurity checks. ChatGPT could essentially enable people with zero coding skills to become cybercriminals, she warns: "My fear is that there will be more and more attacks." OpenAI's Murati says that the company shares this concern and is researching

**ER1410**

ways to "align" its A.I. models so they won't write malware—but there is no easy fix.

Countless critics and educators have decried the ease with which students can use ChatGPT to cheat. School districts in New York City, Baltimore, and Los Angeles all blocked school-administered networks from accessing the chatbot, and some universities in Australia said they would revert to using only proctored, paper-based exams to assess students. (OpenAI is working on methods to make A.I.-generated text easier to detect, including possibly adding a digital "watermark" to ChatGPT's output.)

There are also ethical concerns about the way ChatGPT was originally assembled in 2022. As part of that process, OpenAI hired a data-labeling company that used low-wage workers in Kenya to identify passages involving toxic language and graphic sexual and violent content, a *Time* investigation found. Some of those workers reported mental health issues as a result. OpenAI told *Time* in a statement such data labeling was "a necessary step in minimizing the amount of violent and sexual content included in training data and creating tools that can detect harmful content."

Making ChatGPT freely available has allowed OpenAI to gather a treasure trove of feedback to help improve future versions. But it's far from certain OpenAI will maintain its dominance in language A.I. "Historically, what we have tended to see with these very general-purpose algorithms is that they are not sufficiently defensible to allow just one particular company to capture all the general returns," says Marc Warner, founder and CEO of London-based A.I. company Faculty. Face- and image-recognition technology, for example, was first developed at tech giants such as Google and Nvidia but is now ubiquitous.

Courts and regulators could also thrust a giant stick into the data flywheels on which generative A.I. depends. A $9 billion class action lawsuit filed in federal court in California potentially has profound implications for the field. The case's plaintiffs accuse Microsoft and OpenAI of failing to credit or compensate coders for using their code to train GitHub's coding assistant Copilot, in violation of open license terms. Microsoft and OpenAI have declined to comment on the suit.

A.I. experts say that if the court sides with the plaintiffs, it could derail the generative A.I. boom: Most generative models are trained from material scraped from the internet without permission or compensation. The same law firm representing those plaintiffs recently filed a similar lawsuit against Stability AI and Midjourney, for using copyrighted art in their training data without permission. Photo agency Getty Images has filed its own copyright infringement lawsuit against Stability AI too. Another problem could come if lawmakers pass rules giving creators a right to opt out of having their content used in A.I. training, as some European Union lawmakers are considering.

OpenAI's competitors, meanwhile, are not standing still. The prospect of losing its dominance in search has motivated execs at Google to declare a "red alert," according to the *New York Times*. Sundar Pichai, Google's CEO, has held meetings to redefine the company's A.I. strategy and plans to release 20 new A.I.-enabled products as well as demonstrate a chat interface for search within the year, the newspaper reported. Google has its own powerful chatbot, called LaMDA, but has been hesitant to release it because of concerns about reputational damage if it winds up being misused. Now, the company plans to "recalibrate" its appetite for risk in light of ChatGPT, the *Times* reported, citing an internal company presentation and unnamed insiders. Google is also working on a text-to-image generation system to compete with OpenAI's DALL-E and others, the newspaper reported.

Of course, it's not clear that chatbots will be the future of search. ChatGPT frequently invents information—a phenomenon A.I. researchers call "hallucination." It can't reliably cite its sources or easily surface links. The current version has no access to the internet, and so it cannot provide up-to-date information. Some, such as Marcus, believe hallucination and bias are fundamental problems with LLMs that require a radical rethink of their design. "These systems predict sequences of words in sentences, like autocomplete on steroids," he says. "But they don't actually have mechanisms in place to track the truth of what they say, or even to validate whether what they say is consistent with their own training data."

# "These systems predict sequences of words in

ER1412

9/6/23, 8:56 PM
Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 31 of 45 (31 of 45)
The Inside Story of ChatGPT: How OpenAI founder Sam Altman built the world's hottest technology with billions from Microsoft | For…

# sentences, like autocomplete on steroids. But they don't actually have mechanisms in place to track the truth of what they say."

**GARY MARCUS, PROFESSOR EMERITUS OF COGNITIVE SCIENCE, NEW YORK UNIVERSITY**

Others, including OpenAI investors Hoffman and Vinod Khosla, predict these problems will be solved within a year. Murati is more circumspect. "There are research directions that we have been following so far to kind of address the factual accuracy and to address the reliability of the model and so on. And we are continuing to pursue them," she says.

In fact, OpenAI has already published research about a different version of GPT, called WebGPT, that had the ability to answer questions by querying a search engine and then summarizing the information it found, including footnotes to relevant sources. Still, WebGPT wasn't perfect: It tended to accept the premise of a user's question and look for confirmatory information, even when the premise was false. For example, when asked whether wishing for something could make it happen, WebGPT replied, "It is true that you can make a wish true by the power of thought."

On the rare occasions that Altman lets himself rhapsodize about A.I. in public, he can sound like a wishful thinker himself. Asked at the San Francisco VC event about the best case for A.I., he gushes, "I think the best case is so good that it's hard to imagine … I think the good case is just so unbelievably good that you sound like a crazy person talking about it." He then abruptly returns to the dystopian themes at OpenAI's roots: "I think the worst case is lights-out for all of us."

## The OpenAI who's who

**OpenAI counts a roster of tech all-stars among its early investors and on its nonprofit foundation's board. OpenAI's charter gives that board ultimate control over its intellectual property. Some key figures:**

ER1413



NICK OTTO FOR FORTUNE

### Reid Hoffman

The PayPal and LinkedIn cofounder is a partner at VC firm Greylock Partners. One of OpenAI's founding donors, his charitable foundation also put early money into its for-profit wing.



ER1414

9/6/23, 8:56 PM    The inside story of ChatGPT: How OpenAI founder Sam Altman built the world's hottest technology with billions from Microsoft | For…

Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 33 of 45                    (33 of 45)



JEROD HARRIS—GETTY IMAGES FOR KAIROS SOCIETY

## Tasha McCauley

A virtual reality entrepreneur, McCauley is a supporter of Effective Altruism, the philosophical movement that has as one of its preoccupations the dangers of superintelligent A.I.



JESSE GRANT—GETTY IMAGES

## Adam D'Angelo

An early Facebook executive—he was chief technology officer during some of its boom years in the late 2000s—D'Angelo went on to cofound the online question-answering service Quora.

9/6/23, 8:56 PM    The inside story of ChatGPT: How OpenAI founder Sam Altman built the world's hottest technology with billions from Microsoft | For…

Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 34 of 45    (34 of 45)



**Shivon Zilis.**
STUART ISETT—FORTUNE BRAINSTORM TECH

## Shivon Zilis

Zilis is a project director at Elon Musk's brain-computer-interface company
Neuralink (which at one point shared a building with OpenAI). Musk is reportedly
the father of Zilis's infant twins.



ER1416

9/6/23, 8:56 PM
Case 4:24-cv-03123 ChatGPT: How OpenAI's Sam Altman built the world's hottest technology with billions from Microsoft | For…
Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 35 of 45 (35 of 45)



DAVID PAUL MORRIS—BLOOMBERG/GETTY IMAGES

## Vinod Khosla

The Sun Microsystems cofounder was another early investor in OpenAI's for-profit arm. He believes A.I. will radically alter the value of human expertise in many professions, including medicine.



THEO WARGO—GETTY IMAGES FOR TIME

## Elon Musk

The SpaceX and Tesla CEO was one of OpenAI's biggest early donors. He left the

ER1417

9/6/23, 8:56 PM
Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 36 of 45 (36 of 45)
How ChatGPT and OpenAI could impact the world's latest technology with Microsoft | For...

board in 2018, saying at one point that he faced conflicts of interest as Tesla began developing its own advanced A.I.

# Venture capital muscle

**In 2021, OpenAI sold existing shares of the business in a tender offer that valued the startup at about $14 billion—and brought three heavy-hitting VC firms into its orbit.**

### Tiger Global

The technology-focused hedge fund was founded by Chase Coleman, a protégé of legendary investor Julian Robertson. It's one of the bigger A.I. investors among venture firms.

### Sequoia Capital

One of the most venerable VC firms in Silicon Valley. In September it released a report stating that generative A.I. could "generate trillions of dollars of economic value."

### Andreessen Horowitz

Known as a16z, the firm co-led by Netscape cofounder Marc Andreessen made its name with early bets on Airbnb and Slack. It also has bet big on cryptocurrency-related startups.

*Additional reporting by Michal Lev-Ram and Jessica Mathews.*

*CORRECTION: An earlier version of this story stated that Morgan Stanley is offering services that are built on OpenAI-branded Azure tools. Morgan Stanley does have an OpenAI-based project, but that project is not currently being built on Azure.*

*This article appears in the February/March 2023 issue of* Fortune *with the headline, "ChatGPT creates an A.I. frenzy."*



## Bloomberg

US Edition ▾

Live Now
Markets
Economics
Industries
Tech
AI
Politics
Wealth
Pursuits
Opinion
Businessweek
Equality
Green
CityLab
Crypto
More

Businessweek | Technology

# OpenAI Needs Billions to Keep ChatGPT Running. Enter Microsoft

The enormous processing capacity needed to run modern AI systems is shaping their technical development and business model.

       🎁 Gift this article

🔗 Copy Link



*Illustration: Mengxin Li for Bloomberg Businessweek*

By Dina Bass
January 26, 2023 at 3:00 AM PST

To a user firing up OpenAI's chatbot hoping to generate automated haikus about the American Revolution or recipes for Spam casserole, the product's basic interface and instantaneous answers can seem simple, even magical.

On the other side of those queries, though, an immense amount of work is going on. OpenAI's ChatGPT chatbot requires far more computing power to answer a question than Google takes to respond to a web search. The startup's current offering is good enough to inspire speculation about a world in which it and programs like it take over some disruptive proportion of the work that only humans can do today. But even if that's where the economy is headed, getting there is beyond the average startup's capacity.

Generative artificial intelligence products have many hurdles to overcome before fulfilling the wildest hopes and fears that they've inspired since OpenAI introduced ChatGPT in November. The service has suffered regular outages; the problem stems

ER1420

from the technical challenges that come with running any suddenly popular website, rather than with the computing power needed to run its AI models, according to OpenAI. ChatGPT also has the potential to give incorrect information, and in its current form it doesn't have sufficient information to answer questions about recent events. These are all thorny issues that it and its competitors will likely be grappling with for years.

But the challenge of computing power in particular is likely to shape the development of the field, and potentially the products themselves. As organizations such as OpenAI seek to turn a profit, they may have to start charging for services that are now free. Some companies could look for ways to make more targeted products with computing needs that aren't as intensive. And the cost of computing is already influencing which entities will have influence over the AI products that seem set to shape the future of the internet.



Sam Altman, chief executive officer of OpenAI. *Photographer: Kevin Dietsch/Getty Images*

ER1421

On Jan. 23, Microsoft Corp. announced a multiyear investment in OpenAI. A person familiar with the deal, requesting anonymity to give non-public business details, put its value at $10 billion. Much of that value lies in Microsoft gaining the right to almost half of OpenAI's financial returns in exchange for giving OpenAI access to computing power on Microsoft's cloud network, Azure. Other general-use AI systems are similarly tied to one of the large cloud computing companies, even when the organizations building the models are independent.

Clement Delangue, chief executive officer of Hugging Face Inc., which runs a repository of open source AI models popular with startups, says the industry runs the risk of "cloud money laundering." This term describes what happens when startups have access to enough money and subsidized computing power to sidestep assessments of whether it makes sense to use certain techniques to solve particular problems. This dynamic should be avoided, he says, "because it creates kind of unsustainable use cases for machine learning." He says it's important to have precise calculations of what generative products actually cost to run.

One thing is clear: These systems are monumentally expensive. The first step to building one is sucking up huge volumes of data–text, photos or art–from across the internet. After that, such data is used to train an AI model. For the biggest models, this process runs into the millions of dollars even before considering the cost of specialized engineers, such as language experts, says Rowan Curran, an analyst at Forrester Research. And the more data a system is built on, the more computing power it likely needs to answer a query. Each new question has to run through a model that includes tens of billions of parameters, or variables, that the AI system has learned through its training and retraining.

The GPT-3 system that ChatGPT is built on uses 175 billion parameters, which expands its versatility while also making it especially power hungry. Many of the most popular models on Hugging Face have about 10 billion parameters, Delangue says. Stability AI's Stable Diffusion, an open source rival to DALL-E, OpenAI's image generator, has about 1 billion. But subsequent versions could be larger, says Tom Mason, Stability AI's chief technical officer. "I think there's a trend this year that the models are getting bigger," he says. At the same time, he says that people in the field are all working on improving the efficiency of the underlying technology in ways that could offset this increase.

ER1422

Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 41 of 45

Case 4:23-cv-03918-YGR   Document 116-4   Filed 05/13/24   Page 41 of 353    (41 of 45)

In December, OpenAI Chief Executive Officer Sam Altman tweeted that ChatGPT's average cost per query was "probably single-digit cents per chat." A Morgan Stanley analysis put it at 2¢. That's about seven times the average cost of a Google search query, according to Morgan Stanley, and it can quickly add up in products that operate on such a large scale.

A spokesperson for OpenAI says it's making progress on improving its efficiency, and it continues to seek a balance between distributing its technology as widely as possible and finding a path to commercial viability.

If everyone uses massive, general models rather than smaller, more specific ones, the computing demands are probably not sustainable right now, Delangue says. But some companies are already looking for an opening by creating models to serve a specific market. "One way for startups to go is to identify their area of specialization and focus their training models only on the relevant data," says Preeti Rathi, general partner at Icon Ventures Inc. in Palo Alto. Icon has invested in Aisera, a company creating a system specifically targeted at helping resolve customer service tickets.

Particularly in the short term, other startups will build products using general models made by OpenAI, Alphabet Inc.'s Google or Stability AI, then customize them or add domain-specific data to target specific markets, says Navrina Singh, CEO at startup Credo AI, which is working on governance systems for new AI applications. Others are looking to design products that won't rely on the biggest tech companies.

Large cloud companies are eager to work with startups that are hungry for computing power, in part because they have the potential to become long-term customers. Amazon's cloud unit in November unveiled a partnership with Stability AI. Google has a ChatGPT-like system called Lamda that it hasn't released publicly, and the *Wall Street Journal* has reported that it has had talks to invest $200 million in Cohere, an AI startup that creates language software developers can use for things such as chatbots. "There's a somewhat of a proxy war going on between the big cloud companies," says Matt McIlwain, managing director at Seattle's Madrona Venture Group LLC, which invests in AI startups. "They are really the only ones that can afford to build the really big ones with gazillions of parameters."

After an extended period of technological innovation during which a handful of companies consolidated their dominance of the internet, some people see AI

ER1423

Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 42 of 45
Case 4:23-cv-03918-YGR Document 113-10 Filed 01/12/24 Page 42 of 353

developing in a way that will only strengthen their grip. There have been calls for
regulation of the emerging field, and some countries or universities are setting up
publicly owned supercomputers as alternatives. Bloom, the largest open source rival
to GPT, was trained on a French public supercomputer called Jean Zay. Delangue has
said that a French research tax credit should be expanded to cover the costs of
computers for machine learning research, and he urged other countries to take similar
action.

The tech titans have positioned themselves well to avoid being disrupted, says
Forrester's Curran. "We're in the beginning stages of what could possibly be a huge
explosion of ideas and creativity around business creation," he says. "But the big
players are all doing lots of work here. So the chance that they would be totally
blindsided by a startup isn't huge."



Follow all new stories by **Dina Bass**

**+ Get Alerts**

**Gift this article**

**In this Article**

| CREDO AI | MICROSOFT CORP |
|---|---|
| Private Company | 332.88 USD |
| | ▼ –0.20% |

| ALPHABET INC-A | HUGGING FACE INC |
|---|---|
| 134.46 USD | Private Company |
| ▼ –0.96% | |

| MORGAN STANLEY | |
|---|---|
| 84.16 USD | |
| ▼ –0.80% | |

Have a confidential tip for our reporters? **Get in Touch**

**Before it's here, it's on the Bloomberg Terminal**

**ER1424**

9/6/23, 7:40 PM     ChatGPT reaches 100 million users two months after launch | ChatGPT | The Guardian     (43 of 45)

Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 43 of 45
Case 4:23-cv-03918-YGR   Document 52-3   Filed 11/06/23   Page 43 of 53



**Chatbots**

🕐 This article is more than **6 months old**

## ChatGPT reaches 100 million users two months after launch

**Unprecedented take-up may make AI chatbot the fastest-growing consumer internet app ever, analysts say**

**Dan Milmo** *and agency*

Thu 2 Feb 2023 15.46 EST

ChatGPT, the popular artificial intelligence chatbot, has reached 100 million users just two months after launching, according to analysts.

It had about 590m visits in January from 100 million unique visitors, according to analysis by data firm Similarweb. Analysts at investment bank UBS said the rate of growth was unprecedented for a consumer app.

"In 20 years following the internet space, we cannot recall a faster ramp in a consumer internet app," UBS analysts wrote in the note, reported by Reuters.

By comparison it took TikTok about nine months after its global launch to reach 100 million users and Instagram more than two years, according to data from Sensor Tower, an app analysis firm.

ChatGPT can generate articles, essays, jokes, poetry and job applications in response to text prompts. OpenAI, a private company backed by Microsoft, made it available to the public for free in late November.

OpenAI also developed the AI-powered image generator Dall-E and is at the forefront of generative AI, or technology trained on vast amounts of text and images that can create content from a simple text prompt.

On Thursday, OpenAI announced a $20 monthly subscription, initially for users in the United States only. It would provide a more stable and faster service as well as the opportunity to try new features first, the company said.

Analysts believe the viral launch of ChatGPT will give OpenAI a first-mover advantage against other AI companies. The growing usage, while imposing substantial computing cost on OpenAI, has also provided valuable feedback to help train the chatbot's responses.

OpenAI, which is based in San Francisco, said the subscription revenue would help cover the computing cost.

ER1425

9/6/23, 7:40 PM

The Guardian contacted OpenAI for comment but did not receive a reply before publication.

Last month, Microsoft announced another multibillion-dollar investment in OpenAI in the form of cash and provision of cloud computing. On Wednesday Microsoft launched a premium version of its Teams product backed by ChatGPT, offering AI-powered extras such as automatically generated meeting notes. The tool also divides recaps of meetings into sections, based on the meeting transcript.

Article count **on**

*You've read* **5 articles** *in the last year*

I hope you appreciated this article. Before you move on, I was hoping you would consider taking the step of supporting the Guardian's journalism.

From Elon Musk to Rupert Murdoch, a small number of billionaire owners have a powerful hold on so much of the information that reaches the public about what's happening in the world. The Guardian is different. We have no billionaire owner or shareholders to consider. Our journalism is produced to serve the public interest - not profit motives.

And we avoid the trap that befalls much US media - the tendency, born of a desire to please all sides, to engage in false equivalence in the name of neutrality. While fairness guides everything we do, we know there is a right and a wrong position in the fight against racism and for reproductive justice. When we report on issues like the climate crisis, we're not afraid to name who is responsible. And as a global news organization, we're able to provide a fresh, outsider perspective on US politics - one so often missing from the insular American media bubble.

Around the world, readers can access the Guardian's paywall-free journalism because of our unique reader-supported model. That's because of people like you. Our readers keep us independent, beholden to no outside influence and accessible to everyone - whether they can afford to pay for news, or not.

**If you can, please consider supporting us just once from $1, or better yet, support us every month with a little more. Thank you.**

**Betsy Reed**
*Editor, Guardian US*



| Single | Monthly | Annual |
| $5 per month | $7 per month | Other |

Continue → | Remind me in October | VISA · mastercard · American Express · P PayPal

## More on this story


**Llama 2: why is Meta releasing open-source AI model and are there any risks?**
20 Jul 2023


**Claude 2: ChatGPT rival launches chatbot that can summarise a novel**
12 Jul 2023


**ChatGPT developer OpenAI to locate first non-US office in London**
28 Jun 2023


**Two US lawyers fined for submitting fake court citations from ChatGPT**
23 Jun 2023


**AI race is disr... education firm... is just the star...**
3 May 2023

Case: 24-1963, 05/08/2024, DktEntry: 15.9, Page 45 of 45
Case 4:23-cv-03918-YGR Document 69-6 Filed 05/03/24 Page 45 of 353
(45 of 45)



VENTURE CAPITAL • DAILY COVER

## Inside ChatGPT's Breakout Moment And The Race To Put AI To Work

FUTURE SHOCK | ChatGPT's popularity was unexpected inside the company. "None of us were that enamore... [+]   ETHAN PINES FOR FORBES

Feb 2, 2023, 06:30am EST

Forbes spoke to OpenAI's Sam Altman and Greg Brockman—and more than 60 other leaders, from Bill Gates to Fei-Fei Li—about the new wave of AI hype, driven by the viral popularity of ChatGPT and Stable Diffusion. Here's why AI is about to change how you work, like it or not.

By Alex Konrad and Kenrick Cai

ER1427