# IN an unremarkable conference

room inside OpenAI's office, insulated from the mid-January rain pelting San Francisco, company president Greg Brockman surveys the "energy levels" of the team overseeing the company's new artificial intelligence model, ChatGPT. "How are we doing between 'everything's on fire and everyone's burned out' to 'everyone's just back from the holidays and everything's good'? What's the spectrum?" he asks.

"I would say the holidays came at just the right time," replies one lieutenant. That's an understatement. Within five days of ChatGPT's November launch, 1 million users overloaded its servers with trivia questions, poetry prompts and recipe requests. (*Forbes* estimates it's now 5 million-plus.) OpenAI quietly routed some of the load to its training supercomputer, thousands of interconnected graphics processing units (GPUs) custom-built with allies Microsoft and Nvidia, while long-term work on its next models, like the highly anticipated GPT-4, took a back seat.

As the group huddles, ChatGPT's at-capacity servers still turn away users. The previous day, it went down for two hours. Yet amid the fatigue, this roomful of employees, all in their 20s and early 30s, clearly relish their roles in a historic moment. "AI is going to be debated as the hottest topic of 2023. And you know what? That's appropriate," says Bill Gates, the person most

**ER1428**

9/6/23, 8:14 PM                    Inside ChatGPT's Breakout Moment and the Race for the Future of AI | Forbes

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 2 of 45
Case 4:23-cv-03918-YGR    Document 175-8    Filed 09/13/23    Page 47 of 353

(2 of 45)

responsible for a similar previous paradigm shift —one known as software. "This is every bit as important as the PC, as the internet."

The markets agree. Valued at $29 billion following a reported $10 billion investment commitment from Microsoft, OpenAI— specifically, Brockman, 34, and his boss, CEO Sam Altman, 37—serves as the poster child for something extraordinary. But it's hardly alone. In image generation, Amazon quietly backs Stability AI (recent value: $1 billion), whose brash CEO, Emad Mostaque, 39, aspires to be the Amazon Web Services of the category. Hugging Face ($2 billion) supplies tools for giants like Intel and Meta to build and run competitive models themselves. Below the generative AI providers in this budding tech stack, Scale AI ($7.3 billion) and others provide picks-and-shovels infrastructure; above them, an ecosystem of applications develops, funneling the AI into specialized software that could fundamentally alter jobs for lawyers, salespeople, doctors—pretty much everyone.

Is there hype? Plenty. The reported valuation for OpenAI, aggressively forecasting 2023 revenue of $200 million (compared to expected revenue of about $30 million last year, according to part of a past investor presentation observed by *Forbes*), would imply a forward 145 price-to-sales multiple, compared to a more typical 10x or 20x. (OpenAI declined to comment on its financials except to

say that the investment was multiyear and multibillion.) No matter that AI insurgents aren't pure disruptors—Amazon, Google, Microsoft, Nvidia and others already profit by providing the cloud infrastructure underpinning much of the category. Google in particular, with its enormous resources and decade-plus of machine learning research, is the "elephant in the room," says investor Mike Volpi at Index Ventures.

Societal challenges? Those, too. There's potential for bias and discrimination in the models, not to mention misuse by bad actors. Legal spats are emerging over the ownership of AI-generated work and the actual data used to teach them. Then there's the ultimate goal that some, such as OpenAI's leaders, envision: a conscious, self-improving "artificial general intelligence" that could reimagine capitalism (Altman's hope)—or threaten humanity (others' fear, including Elon Musk's).

Today's AI-based image generators aren't self-aware. But Forbes asked OpenAI's DALL-E and Stability AI's Stable Diffusion—to attempt to visualize themselves, using an identical prompt: "An artistic portrait of the artificial intelligence called X, created by the artificial intelligence X." These were the authors' favorites of the resulting self-portrait attempts.   DREAMSTUDIO / DALL-E

9/6/23, 8:14 PM    Inside ChatGPT's Breakout Moment and the Race to Pursue the Future of AI

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 4 of 45
Case 4:23-cv-03918-YGR    Document 50-7    Filed 09/05/23    Page 49 of 353    (4 of 45)

OpenAI CEO Sam Altman declined to be photographed for this story. Here's how his generative AI tool DALL-E imagined "Sam Altman on the cover of Forbes Magazine"—in this generated image, proudly presenting it himself.   DALL-E

But in speaking with more than 60 researchers, investors and entrepreneurs in the category, it's clear that this AI gold rush also has something other recent crazes have lacked: practical, even boring, business substance. The race to embed tools in company workflows, large and small, is already on. Calls to AI-based code snippets, or APIs, soared tenfold in 2022, with more acceleration in December, according to provider Rapid. A recent Cowen study of 100-plus enterprise software buyers found that AI has emerged as the top spending priority among emerging technologies. ChatGPT and OpenAI's models are coming to Microsoft's massive-footprint suite of products such as Outlook and

9/6/23, 8:14 PM
Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 5 of 45
Inside ChatGPT's Breakout Moment and the Race to Purchase Video
(5 of 45)
Case 4:23-cv-03918-YGR Document 1-1 Filed 08/04/23 Page 50 of 353

Word, with most business software makers poised to follow suit quickly.

A quarter-century after IBM's Deep Blue program defeated chess grandmaster Garry Kasparov, the shift to artificial intelligence is finally here. "It's an exciting time," the press-shy Altman tells *Forbes,* "but my hope is that it's still extremely early."

## New York City's public school system banned ChatGPT, and a Wharton professor who tested the program gave it a "B" on his final exam.

**T**his AI tipping point also has roots in London, the headquarters for Mostaque's Stability. In August, hot on the heels of the beta launch of OpenAI's image model, DALL-E, Mostaque released Stable Diffusion, which allows anyone to instantly spin a line of text into a piece of art, or turn a dull selfie into a dramatic self-portrait. Unlike OpenAI's proprietary model, Stability doesn't own Stable Diffusion, which is open-source. But it's become the biggest driving

ER1432

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 6 of 45 (6 of 45)
Case 4:23-cv-03918-YGR Document 60-3 Filed 05/05/23 Page 51 of 353

force and profit maker behind the project so far.
On any given day, 10 million people use Stable
Diffusion—more than any other model.

THINK BIGGER | At his $2 billion startup's January off-site in France, Clem Delangue, Hugging Face's cofounder
and CEO, had one directive for his 150 employees: Be more ambitious. "Sometimes when an industry gets
bigger, the speed of evolution goes down. Here it's evolving really, really fast. I think there's potential for
multiple $100 billion companies." LEVON BISS FOR FORBES

Such rapid adoption proved a turning point.
Previously, AI had existed in three realms. The
first was academic: A seminal paper
demonstrating the power of neural networks, a
key underpinning of GPT and other large
language models (so named because they can
scan, translate and generate text) was published
more than a decade ago. The second was
demonstrative: Deep Blue created an arms race of
stunts, with Alphabet's DeepMind unit ultimately

ER1433

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 7 of 45
Case 4:23-cv-03918-YGR   Document 111-10   Filed 05/23/25   Page 52 of 353
(7 of 45)

creating juggernauts in chess and the ancient board game Go. The third was incremental: apps like Gmail, which works without AI, but is better with features such as autocomplete.

What none of these had was the magic of playing with the technology firsthand that made Stability such a breakthrough. Its overnight virality was enough for investors to offer the company a $1 billion valuation and more than $100 million of funding in August, within two weeks of its launch —off virtually no revenue.

# AI's potential impact needs to be debated now: "It's like an invasive species. We will need policymaking at the speed of technology."

---

**ER1434**

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 8 of 45
Case 4:23-cv-03918-YGR   Document 159-2   Filed 05/23/25   Page 73 of 353
(8 of 45)

Now, generative AI has exploded. Electronic
music group the Chainsmokers used Stable
Diffusion to render a recent music video, and
Mostaque predicts it'll soon be used to generate
entire movies. The Dalí Museum in St.
Petersburg, Florida, is using DALL-E to help
visitors visualize their dreams, and a similar
image generation tool from the startup
Midjourney sparked outrage online when it was
used to create a piece of art that won a top prize at
the Colorado State Fair.

"I think this is a Sputnik moment," says Stripe
CEO Patrick Collison, Brockman's former boss,
who says he's looking forward to AI tools live
translating YouTube videos and grouping them by
AI-identified themes.

As Stability proliferated, OpenAI had already
decided to shelve ChatGPT to concentrate on

ER1435

9/6/23, 8:14 PM          Inside ChatGPT's Breakout Moment and the Race to Purchase Video          (9 of 45)

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 9 of 45
Case 4:23-cv-03918-YGR Document 1 Filed 08/03/23 Page 154 of 353

domain-focused alternatives, saving the interface for a bigger later release. But by November, it had reversed course. And by January, as New York City's public school system banned ChatGPT on its computers and a Wharton professor who tested the program gave it a "B" on his final exam, the company offered a test paid version of the tool to some users. "Stable Diffusion threw a bomb into the mix by making things dramatically more accessible," says Sequoia investor Pat Grady, an OpenAI backer. "It really lit a fire under OpenAI and got them to become much more commercially focused."

This, in turn, accelerated the commercial aspirations across the industry. Stability's Mostaque gave his entire staff off during the holidays—he himself mostly slept, interrupted only by GPT-fueled panic calls from headmasters of top U.K. schools—with the idea that 2023 would turn grueling as he tries to go toe to toe with not just OpenAI but the likes of Google and Meta. His message to his team: "You're all going to die in 2023."

---

**T**he world's biggest tech companies have accepted the challenge. At Google, hermetic founders Sergey Brin and Larry Page have reportedly returned to headquarters as part of a "code red" enacted by CEO Sundar Pichai to address ChatGPT and its ilk; at Microsoft, long-retired cofounder Gates tells *Forbes* he now

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 10 of 45
Case 4:23-cv-03918-YGR    Document 157-13    Filed 08/12/25    Page 55 of 353

spends about 10% of his time meeting with various teams about their product road maps.

Google *should* have the advantage. In 2017, Google researchers invented the "T" in GPT, publishing a paper on transformers that, by analyzing the context of a word in a sentence, made large language models more practical. One of its authors, Aidan Gomez, remembers deploying the tech first to Google Translate, then to Search, Gmail and Docs. How it's used, however, remains mostly behind the scenes—or in support of advertising products, the bulk of its sales—leaving consumers un-wowed. "I was waiting for the world to start picking this up and building with it, and it wasn't happening," says Gomez, who launched his own OpenAI challenger, Cohere, in 2019. "Nothing was changing." Of the paper's eight authors, six have left Google to start their own companies; another jumped to OpenAI.

ER1437

9/6/23, 8:14 PM
Inside ChatGPT's Breakout Moment and the Race to Pursue the Web

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 11 of 45
Case 4:23-CV-03918-YGR   Document 84-19   Filed 05/13/24   Page 156 of 353
(11 of 45)

TOIL AND TROUBLE | The "dot-AI bubble" is coming, says Stability
AI founder and CEO Emad Mostaque. Unlike with past bubbles,
though, the business impact is clear. "In boardrooms, what's the
number one topic? Generative AI." LEVON BISS FOR FORBES

Instead, Microsoft seems poised to become the
industry leader. In 2019, Brockman and his
team realized they couldn't pay for the large-scale
computing GPT would need with the money they
had been able to raise as a nonprofit, including
from the likes of Peter Thiel and Musk. OpenAI
spun up a for-profit entity to give employees
equity and take on traditional backers, and
Altman came on board full time. Microsoft CEO

ER1438

Satya Nadella committed $1 billion to OpenAI at the time, and guaranteed a large and growing customer base in his cloud service, Microsoft Azure.

Now, the $10 billion Microsoft investment will translate into ChatGPT deploying across Microsoft's Office software suite. RBC Capital Markets analyst Rishi Jaluria, who covers Microsoft, imagines a near-future "game-changer" world, in which workers convert Word documents into elegant PowerPoint presentations at the push of a button.

For years, the big data question for large enterprises has been how to turn hordes of data into revenue-generating insights, says FPV Ventures cofounder Pegah Ebrahimi, the former CIO of Morgan Stanley's investment banking unit. Now, employees ask how they can deploy AI tools to analyze video catalogs, or embed chatbots into their own products. "A lot of them have been doing that exercise in the last couple of months and have come to the conclusion that yes, it's interesting, and there are places we could use it," she says.

---

**T**he big debate around this new AI era surrounds yet another abbreviation: "AGI," or artificial general intelligence—a conscious, self-teaching system that could theoretically outgrow human control. Helping to develop such technology safely remains the core

mission at OpenAI, its executives say. "The most important question is not going to be how to make technical progress, it's going to be what values are in there," Brockman says. At Stability, Mostaque scoffs at the objective as misguided: "I don't care about AGI. . . If you want to do AGI, you can go work for OpenAI. If you want to get stuff that goes out to people, you come to us."

OpenAI supporters like billionaire Reid Hoffman, who donated to its nonprofit through his charitable foundation, claim that reaching an AGI would be a bonus, not a requirement for global benefit. Altman admits he's been "reflecting a great deal" on whether we will recognize AGI should it arrive. He currently believes "it's not going to be a crystal-clear moment; it's going to be a much more gradual transition." But researchers warn that the potential impact of AI models needs to be debated now, given that once released, they can't be taken back. "It's like an invasive species," says Aviv Ovadya, a researcher at Harvard's Center for Internet and Society. "We will need policymaking at the speed of technology."

## "Every time we've gone to Microsoft to say, 'Hey, we need to do this weird thing that you're probably going to hate,'

9/6/23, 8:14 PM
Inside ChatGPT's Breakout Moment and the Race to Put AI to Work
(14 of 45)
Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 14 of 45
Case 4:23-cv-03918-YGR Document 51-3 Filed 02/22/25 Page 159 of 353

# they have said, 'That's awesome.'"

---

In the nearer term, these models, and the high-flying companies behind them, face pressing questions about the ethics of their creations. OpenAI and other players use third-party vendors to label some of their data and train their models on what's out of bounds, forfeiting some control over their creators. A recent review of hundreds of job descriptions written using ChatGPT by Kieran Snyder, CEO of software maker Textio, found that the more tailored the prompt, the more compelling the AI output—and the more potentially biased. OpenAI's guardrails know to keep out explicitly sexist or racist terms. But discrimination by age, disability or religion slipped through. "It's hard to write editorial rules that filter out the numerous ways people are bigoted," she says.

Copyright laws are another battleground. Microsoft and OpenAI are the target of a class action alleging "piracy" of programmers' code. (Both companies recently filed motions to dismiss the claims and declined further comment.) Stability was recently sued by Getty Images, which claims Stable Diffusion was illegally trained on millions of its proprietary photos. A company spokesperson said it was still reviewing the documents.

ER1441

9/6/23, 8:14 PM

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 15 of 45

Inside ChatGPT's Breakout Moment and the Race to Purge Web...

(15 of 45)

Case 4:23-cv-03918-YGR Document 55-3 Filed 09/19/23 Page 16 of 353

Even more dangerous are bad actors who could deliberately use generative AI to disseminate disinformation—say, photorealistic videos of a violent riot that never actually happened. "Trusting information is part of the foundation of democracy," says Fei-Fei Li, the co-director of Stanford's Institute for Human-Centered Artificial Intelligence. "That will be profoundly impacted."

---

**W**ho will have to answer such questions depends in part on how the fast-growing AI market takes shape. "In the '90s we had AltaVista, Infoseek and about ten other companies that were like it, and you could feel in the moment like some or one of any of those were going to the moon," says Benchmark partner Eric Vishria. "Now they're all gone."

Microsoft's investment in OpenAI, which comes with a majority profit-sharing agreement until it has made back its investment, plus a capped share of additional profits, is unprecedented, including its promise for OpenAI to eventually return to nonprofit control. (Altman and Brockman, respectively, call that a "safety override" and "automatic circuit breaker" to keep OpenAI from concentrating power if it gets too big.) Some industry observers more wryly see the deal as a near-acquisition, or at least a rental, that benefits Nadella the most. "Every time we've gone to them to say, 'Hey, we need to do this weird thing that

9/6/23, 8:14 PM      Inside ChatGPT's Breakout Moment and the Race to Pursue AI

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 16 of 45
Case 4:23-cv-03918-YGR Document 59-10 Filed 05/20/24 Page 61 of 353      (16 of 45)

you're probably going to hate,' they've said, 'That's
awesome,'" Altman says of the arrangement.
(Microsoft declined to discuss the deal's terms.)

There's another underdiscussed aspect of this
deal: OpenAI could gain access to vast new stores
of data from Microsoft's Office suite—crucial as AI
models mine the internet's available documents to
exhaustion. Google, of course, already has such a
treasure trove. Its massive AI divisions have
worked with it for years, mostly to protect its own
businesses. A bevy of fast-tracked AI releases are
now expected for 2023.

At Stability, Mostaque takes great pains to explain
his business as focused on the creative industry,
more like Disney and Netflix—above all, staying
out of Google's way. "They've got more GPUs than
you, they've got more talent than you, they've got
more data than you," he says. But Mostaque has
made his own potential Faustian bargain—with
Amazon. A partnership with Stability saw the
cloud leader provide more than 4,000 Nvidia AI
chips for Stability to assemble one of the world's
largest supercomputers. Mostaque says that a
year ago, Stability had just 32 such GPUs.

# Above all, stay out of Google's way: "They've got more GPUs than you, they've got more

ER1443

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 17 of 45
Case 4:23-cv-03918-YGR Document 48-1 Filed 11/16/23 Page 62 of 353

# talent than you,
# they've got more data
# than you."

---

"They cut us an incredibly attractive deal," he says. For good reason: The synergy provides an obvious cash cow from cloud computing run on Amazon Web Services and could generate content for its Studios entertainment arm. But beyond that, Amazon's play is an open question.

Don't forget Apple and Facebook parent Meta, which have large AI units, too. Apple recently released an update that integrates Stable Diffusion directly into its latest operating systems. At Meta, chief AI scientist Yann LeCun griped to reporters, and over Twitter, about ChatGPT buzz. Then there are the many startups looking to build all around, and against, OpenAI, Stability and their kind. Clem Delangue, the 34-year-old CEO of Hugging Face, which hosts the Stable Diffusion open-source model, envisions a Rebel Alliance of sorts, a diverse AI ecosystem less dependent on any Big Tech player. Otherwise, Delangue argues, the costs of such models lack transparency and will rely on Big Tech subsidies to remain viable. "It's cloud money laundering," he says.

Existing startup players like Jasper, an AI-based copywriter that built tools on top of GPT and generated an estimated $75 million in revenue

ER1444

last year, are scrambling to keep above the wave. The company has already refocused away from individual users, some of who were paying $100 or more a month for features now covered roughly by ChatGPT, with OpenAI's own planned first-party applications yet to arrive. "This stuff gets broken through so quickly, it's like nobody has an edge," says CEO Dave Rogenmoser.

That applies to OpenAI, too, the biggest prize and the biggest target in the bunch. In January, a startup founded by former OpenAI researchers called Anthropic (backed most recently by Sam Bankman-Fried of bankrupt firm FTX), released its own chatbot called Claude. The bot holds its own against ChatGPT in many respects, despite having been developed at a fraction of the cost, says Scale AI CEO Alexandr Wang, an infrastructure software provider to both. "It [raises] the question: What are the moats? I don't think there's a clear answer."

At OpenAI, Brockman points to a clause in the company's nonprofit charter that promises, should another company be close to reaching artificial general intelligence, to shut down OpenAI's work and merge it into the competing project. "I haven't seen anyone else adopt that," he says. Altman, too, is unperturbed by horse-race details. Can ChatGPT beat Google search? "People are totally missing the opportunity if you're focused on yesterday's news," he muses. "I'm

much more interested in thinking about what
comes way beyond."

## MORE FROM FORBES

MORE FROM FORBES

### A Quick Remedy Proves Elusive For Lifesaving Pulse Oximeter's Problems With Darker Skin

By **Amy Feldman**

MORE FROM FORBES

### The Only Thing Better Than An Elite Quarterback Is An Inexpensive Elite Quarterback

By **Matt Craig**

MORE FROM FORBES

### Fallen Unicorns: Startup Billionaires Nearly $100 Billion Poorer Than A Year Ago

By **Matt Durot**

MORE FROM FORBES

### Google Docs Is More Popular Than Microsoft Word. But ChatGPT Could Change That.

By **Rashi Shrivastava**

MORE FROM FORBES

### ChatGPT And AI Will Fuel New EdTech Boom

By **Emma Whitford**



MORE FROM FORBES

### The AI 50 2022

ER1446

9/6/23, 8:14 PM Inside ChatGPT's Breakout Moment And The Race To Pursue...

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 20 of 45

Case 4:23-cv-03918-YGR Document 87-5 Filed 09/25/23 Page 65 of 353

(20 of 45)

 **Alex Konrad**

 **Kenrick Cai**

Editorial Standards             Reprints & Permissions

9/6/23, 8:15 PM
How ChatGPT Kicked Off an A.I. Arms Race - The New York Times

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 21 of 45
Case 4:23-cv-03918-YGR Document 70-2 Filed 02/28/24 Page 366 of 353
(21 of 45)

THE SHIFT

# *How ChatGPT Kicked Off an A.I. Arms Race*

Even inside the company, the chatbot's popularity has come as something of a shock.

 **By Kevin Roose**

Feb. 3, 2023

One day in mid-November, workers at OpenAI got an unexpected assignment: Release a chatbot, fast.

The chatbot, an executive announced, would be known as "Chat with GPT-3.5," and it would be made available free to the public. In two weeks.

The announcement confused some OpenAI employees. All year, the San Francisco artificial intelligence company had been working toward the release of GPT-4, a new A.I. model that was stunningly good at writing essays, solving complex coding problems and more. After months of testing and fine-tuning, GPT-4 was nearly ready. The plan was to release the model in early 2023, along with a few chatbots that would allow users to try it for themselves, according to three people with knowledge of the inner workings of OpenAI.

But OpenAI's top executives had changed their minds. Some were worried that rival companies might upstage them by releasing their own A.I. chatbots before GPT-4, according to the people with knowledge of OpenAI. And putting something out quickly using an old model, they reasoned, could help them collect feedback to improve the new one.

So they decided to dust off and update an unreleased chatbot that used a souped-up version of GPT-3, the company's previous language model, which came out in 2020.

Thirteen days later, ChatGPT was born.

In the months since its debut, ChatGPT (the name was, mercifully, shortened) has become a global phenomenon. Millions of people have used it to write poetry, build apps and conduct makeshift therapy sessions. It has been embraced (with mixed results) by news publishers, marketing firms and business leaders. And it has set off a feeding frenzy of investors trying to get in on the next wave of the A.I. boom.

It has also caused controversy. Users have complained that ChatGPT is prone to giving biased or incorrect answers. Some A.I. researchers have accused OpenAI of recklessness. And school districts around the country, including New York City's, have banned ChatGPT to try to prevent a flood of A.I.-generated homework.

ER1448

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 22 of 45
Case 4:23-cv-03918-YGR    Document 100-4    Filed 12/12/23    Page 67 of 353                    (22 of 45)

Yet little has been said about ChatGPT's origins, or the strategy behind it. Inside the company, ChatGPT has been an earthshaking surprise — an overnight sensation whose success has created both opportunities and headaches, according to several current and former OpenAI employees, who requested anonymity because they were not authorized to speak publicly.

An OpenAI spokesman, Niko Felix, declined to comment for this column, and the company also declined to make any employees available for interviews.

Before ChatGPT's launch, some OpenAI employees were skeptical that the project would succeed. An A.I. chatbot that Meta had released months earlier, BlenderBot, had flopped, and another Meta A.I. project, Galactica, was pulled down after just three days. Some employees, desensitized by daily exposure to state-of-the-art A.I. systems, thought that a chatbot built on a two-year-old A.I. model might seem boring.

But two months after its debut, ChatGPT has more than 30 million users and gets roughly five million visits a day, two people with knowledge of the figures said. That makes it one of the fastest-growing software products in memory. (Instagram, by contrast, took nearly a year to get its first 10 million users.)

The growth has brought challenges. ChatGPT has had frequent outages as it runs out of processing power, and users have found ways around some of the bot's safety features. The hype surrounding ChatGPT has also annoyed some rivals at bigger tech firms, who have pointed out that its underlying technology isn't, strictly speaking, all that new.

ChatGPT is also, for now, a money pit. There are no ads, and the average conversation costs the company "single-digit cents" in processing power, according to a post on Twitter by Sam Altman, OpenAI's chief executive, likely amounting to millions of dollars a week. To offset the costs, the company announced this week that it would begin selling a $20 monthly subscription, known as ChatGPT Plus.

Despite its limitations, ChatGPT's success has vaulted OpenAI into the ranks of Silicon Valley power players. The company recently reached a $10 billion deal with Microsoft, which plans to incorporate the start-up's technology into its Bing search engine and other products. Google declared a "code red" in response to ChatGPT, fast-tracking many of its own A.I. products in an attempt to catch up.

Mr. Altman has said his goal at OpenAI is to create what is known as "artificial general intelligence," or A.G.I., an artificial intelligence that matches human intellect. He has been an outspoken champion of A.I., saying in a recent interview that its benefits for humankind could be "so unbelievably good that it's hard for me to even imagine." (He has also said that in a worst-case scenario, A.I. could kill us all.)

As ChatGPT has captured the world's imagination, Mr. Altman has been put in the rare position of trying to downplay a hit product. He is worried that too much hype for ChatGPT could provoke a regulatory backlash or create inflated expectations for future releases, two people familiar with his views said. On Twitter, he has tried to tamp down excitement, calling ChatGPT "incredibly limited" and warning users that "it's a mistake to be relying on it for anything important right now."

He has also discouraged employees from boasting about ChatGPT's success. In December, days after the company announced that more than a million people had signed up for the service, Greg Brockman, OpenAI's president, tweeted that it had reached two million users. Mr. Altman asked him to delete the tweet, telling him that advertising such rapid growth was unwise, two people who saw the exchange said.

OpenAI is an unusual company, by Silicon Valley standards. Started in 2015 as a nonprofit research lab by a group of tech leaders including Mr. Altman, Peter Thiel, Reid Hoffman and Elon Musk, it created a for-profit subsidiary in 2019 and struck a $1 billion deal with Microsoft. It has since grown to around 375 employees, according to Mr. Altman — not counting the contractors it pays to train and test its A.I. models in regions like Eastern Europe and Latin America.

From the start, OpenAI has billed itself as a mission-driven organization that wants to ensure that advanced A.I. will be safe and aligned with human values. But in recent years, the company has embraced a more competitive spirit — one that some critics say has come at the expense of its original aims.

Those concerns grew last summer when OpenAI released its DALL-E 2 image-generating software, which turns text prompts into works of digital art. The app was a hit with consumers, but it raised thorny questions about how such powerful tools could be used to cause harm. If creating hyper-realistic images was as simple as typing in a few words, critics asked, wouldn't pornographers and propagandists have a field day with the technology?

9/6/23, 8:15 PM                    How ChatGPT Kicked Off an A.I. Arms Race - The New York Times                              (24 of 45)
Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 24 of 45
Case 4:23-cv-03918-YGR          Document 28-12      Filed 05/25/23      Page 69 of 353

Both of these images were created by OpenAI's DALL-E 2 image-generating software.  DALL-E 2.

The release of DALL-E 2 raised questions about how the software might be abused.  DALL-E 2.

To allay these fears, OpenAI outfitted DALL-E 2 with numerous safeguards and blocked certain words and phrases, such as those related to graphic violence or nudity. It also taught the bot to neutralize certain biases in its training data — such as making sure that when a user asked for a photo of a C.E.O., the results included images of women.

These interventions prevented trouble, but they struck some OpenAI executives as heavy-handed and paternalistic, according to three people with knowledge of their positions. One of them was Mr. Altman, who has said he believes that A.I. chatbots should be personalized to the tastes of the people using them — one user could opt for a stricter, more family-friendly model, while another could choose a looser, edgier version.

OpenAI has taken a less restrictive approach with ChatGPT, giving the bot more license to weigh in on sensitive subjects like politics, sex and religion. Even so, some right-wing conservatives have accused the company of overstepping. "ChatGPT Goes Woke," read the headline of a National Review article last month, which argued that ChatGPT gave left-wing

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 25 of 45                (25 of 45)
Case 4:23-cv-03918-YGR    Document 227-2    Filed 12/02/23    Page 270 of 353

responses to questions about topics such as drag queens and the 2020 election. (Democrats have also complained about ChatGPT — mainly because they think A.I. should be regulated more heavily.)

As regulators swirl, Mr. Altman is trying to keep ChatGPT above the fray. He flew to Washington last week to meet with lawmakers, explaining the tool's strengths and weaknesses and clearing up misconceptions about how it works.

Back in Silicon Valley, he is navigating a frenzy of new attention. In addition to the $10 billion Microsoft deal, Mr. Altman has met with top executives at Apple and Google in recent weeks, two people with knowledge of the meetings said. OpenAI also inked a deal with BuzzFeed to use its technology to create A.I.-generated lists and quizzes. (The announcement more than doubled BuzzFeed's stock price.)

The race is heating up. Baidu, the Chinese tech giant, is preparing to introduce a chatbot similar to ChatGPT in March, according to Reuters. Anthropic, an A.I. company started by former OpenAI employees, is reportedly in talks to raise $300 million in new funding. And Google is racing ahead with more than a dozen A.I. tools.

Then there's GPT-4, which is still scheduled to come out this year. When it does, its abilities may make ChatGPT look quaint. Or maybe, now that we're adjusting to a powerful new A.I. tool in our midst, the next one won't seem so shocking.

**Kevin Roose** is a technology columnist and the author of "Futureproof: 9 Rules for Humans in the Age of Automation." More about Kevin Roose

A version of this article appears in print on , Section B, Page 1 of the New York edition with the headline: ChatGPT Kicked Off A.I. Frenzy

VENTURE CAPITAL • EDITORS' PICK

# Exclusive: Bill Gates On Advising OpenAI, Microsoft And Why AI Is 'The Hottest Topic Of 2023'

Feb 6, 2023, 06:30am EST

ER1453

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 27 of 45
Case 4:23-cv-03918-YGR    Document 72-2    Filed 11/03/23    Page 17 of 353

Bill Gates, Co-chair, Bill & Melinda Gates Foundation   JOHN KEATLEY

## The Microsoft cofounder talked to Forbes about his work with AI unicorn OpenAI and back on Microsoft's campus, AI's potential impact on jobs and in medicine, and much more.

By Alex Konrad

I n 2020, Bill Gates left the board of directors of Microsoft, the tech giant he cofounded in 1975. But he still spends about 10% of his time at its Redmond, Washington headquarters, meeting with product teams, he says. A big topic of discussion for those sessions: artificial intelligence, and the ways AI can change how we work — and how we use Microsoft software products to do it.

ER1454

In the summer of 2022, Gates met with OpenAI cofounder and president Greg Brockman to review some of the generative AI products coming out of the startup unicorn, which recently announced a "multiyear, multibillion" dollar deepened partnership with Microsoft.

You can read more about OpenAI and the race to bring AI to work — including comments from Brockman, CEO Sam Altman and many other players — in our print feature here. Gates' thoughts on AI, shared exclusively with *Forbes*, are below.

*This interview has been edited for clarity and consistency*

---

**ALEX KONRAD: It looks like 2018 was the earliest I saw you talking with excitement about what OpenAI was doing. Is that right, or where does your interest in the company begin?**

BILL GATES: [My] interest in AI goes back to my very earliest days of learning about software. The idea of computers seeing, hearing and writing is the longterm quest of the entire industry. It's always been super interesting to me. And so as these machine learning techniques started to work extremely well, particularly things for speech and image recognition I've been fascinated by how many more inventions we would need before [AI] is really intelligent, in the sense of passing tests and being able to write fluently.

I know Sam Altman well. And I got to know Greg [Brockman] through OpenAI and some of the other people there, like Ilya [Sutskever, Brockman's cofounder and chief scientist]. And I was saying to them, "Hey, you know, I think it doesn't reach an upper bound unless we more explicitly have a knowledge representation, and explicit forms of symbolic logic." There have been a lot of people raising those questions, not just me. But they were able to convince me that there was significant emergent behavior as you scaled up these large language models, and they did some really innovative stuff with reinforcement learning on top of it. I've stayed in touch with them, and they've been great about demoing their stuff. And now over time, they're doing some collaboration, particularly with the huge back-ends that these skills require, that's really come through their partnership with Microsoft.

**That must be gratifying for you personally, that your legacy is helping their legacy.**

Yeah, it's great for me because I love these types of things. Also, wearing my foundation hat [The Bill & Melinda Gates Foundation, which Gates talked more about in September], the idea that a math tutor that's available to inner city students, or medical advice that's available to people in Africa who during their life, generally wouldn't ever get to see a doctor, that's pretty fantastic. You know, we don't have white collar worker capacity available for lots of worthy causes. I have to say,

**ER1456**

really in the last year, the progress [in AI] has gotten me quite excited.

**Few people have seen as many technological changes, or major shifts, as close-up as you have. How would you compare AI to some of these historic moments in technology history?**

I'd say, this is right up there. We've got the PC without a graphics interface. Then you have the PC with a graphics interface, which are things like Windows and Mac, and which for me really began as I spent time with Charles Simonyi at Xerox PARC. That demo was greatly impactful to me and kind of set an agenda for a lot of what was done in both Microsoft and in the industry thereafter. [Editor's note: a Silicon Valley research group famous for work on tech from the desktop to GPUs and the Ethernet.]

Then of course, the internet takes that to a whole new level. When I was CEO of Microsoft, I wrote the internet "tidal wave" memo, It's pretty stunning that what I'm seeing in AI just in the last 12 months is every bit as important as the PC, the PC with GUI [graphical user interface], or the internet. As the four most important milestones in digital technology, this ranks up there.

And I know OpenAI's work better than others. I'm not saying they're the only ones. In fact, you know, part of what's amazing is that there'll be a lot of entrants into this space. But what OpenAI

ER1457

has done is very, very impressive, and they certainly lead in many aspects of [AI], which people are seeing through the broad availability of ChatGPT.

**How do you see this changing how people work or how they do business? Should they be excited about productivity? Should they be at all concerned about job loss? What should people know about what this will mean for how they work?**

Most futurists who've looked at the coming of AI have said that repetitive blue collar and physical jobs would be the first jobs to be affected by AI. And that's definitely happening, and people shouldn't lower their guard to that, but it's a little more slow than I would have expected. You know, Rodney Brooks [a professor emeritus at MIT and robotics entrepreneur] put out what I would call some overly conservative views of how quickly some of those things would happen. Autonomous driving has particular challenges, but factory robotization will still happen in the next five to 10 years. But what's surprising is that tasks that involve reading and writing fluency — like summarizing a complex set of documents or writing something in the style of a pre-existing author — the fact that you can do that with these large language models, and reinforce them, that fluency is really quite amazing.

**ER1458**

One of the things I challenged Greg [Brockman] with early in the summer: "Hey, can OpenAI's model]] pass the AP Biology tests?" And I said, "If you show me that, then I will say that it has the ability to represent things in a deeply abstract form, that's more than just statistical things." When I was first programming, we did these random sentence generators where we'd have the syntax of typical English sentences, you know, noun, verb, object. Then we'd have a set of nouns, a set of verbs and a set of objects and we would just randomly pick them, and every once in a while, it would spit out something that was funny or semi-cogent. You'd go, "Oh my god." That's the 'monkeys typing on keyboards' type of thing.

Well, this is a relative of that. Take [the AI's] ability to take something like an AP test question. When a human reads a biology textbook, what's left over in your mind? We can't really describe that at a neurological level. But in the summer, [OpenAI] showed me progress that I really was surprised to see. I thought we'd have to invent more explicit knowledge representation.

# We had to train it to do Sudoku, and it would get it wrong and say, "Oh, I mistyped." Well,

ER1459

# of course you mistyped, what does that mean? You don't have a keyboard, you don't have fingers! But you're "mistyping?" Wow.

Satya [Nadella, Microsoft's CEO] is super nice about getting input from me on technological things. And I spend maybe 10% of my time meeting with Microsoft product groups about their product roadmaps. I enjoy that time, and it also helps me be super up-to-date for the work of the Foundation, which is in health, education and agriculture. And so it was a huge win to give feedback to OpenAI over the summer, too. (Now people are seeing most of what I saw; I've seen some things that are somewhat more up-to-date.) If you take this progression, the ability to help you write and to help you read is happening now, and it will just get better. And they're not hitting a boundary, nor are their competitors.

So, okay, what does that mean in the legal world, or in the processing invoices world, or in the medical world? There's been an immense amount of playing around with [ChatGPT] to try to drive

**ER1460**

9/6/23, 8:13 PM
Case 4:23-CV-03516 Exclusive Bill Gates On Raising OpenAI, Microsoft And Why AI Is The Hottest Topic of 2023

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 34 of 45

(34 of 45)

those applications. Even things as fundamental as search.

[ChatGPT] is truly imperfect. Nobody suggests it doesn't make mistakes, and it's not very intuitive. And then, with something like math, it'll just be completely wrong. Before it was trained, its self-confidence in a wrong answer was also mind blowing. We had to train it to do Sudoku, and it would get it wrong and say, "Oh, I mistyped." Well, of course you mistyped, what does that mean? You don't have a keyboard, you don't have fingers! But you're "mistyping?" Wow. But that's what the corpus [of training text] had taught it.

**Having spent time with Greg [Brockman] and Sam [Altman], what makes you confident that they are building this AI responsibly, and that people should trust them to be good stewards of this technology? Especially as we move closer to an AGI.**

Well, OpenAI was founded with that in mind. They certainly aren't a purely profit-driven organization, though they do want to have the resources to build big, big, big machines to take this stuff forward. And that will cost tens of billions of dollars, eventually, in hardware and training costs. But the near-term issue with AI is a productivity issue. It will make things more productive and that affects the job market. The long term-issue, which is not yet upon us, is what

people worry about: the control issue. What if the humans who are controlling it take it in the wrong direction? If humans lose control, what does that mean? I believe those are valid debates.

These guys care about AI safety. They'd be the first to say that they haven't solved it. Microsoft also brings a lot of sensibilities about these things as a partner as well. And look, AI is going to be debated. It'll be the hottest topic of 2023, and that's appropriate. It will change the job market somewhat. And it'll make us really wonder, what are the boundaries? [For example] it's not anywhere close to doing scientific invention. But given what we're seeing, that's within the realm of possibility five years from now or 10 years from now.

**What is your favorite or most fun thing you've seen these tools create so far?**

It's so much fun to play around with these things. When you're with a group of friends, and you want to write a poem about how much fun something has been. The fact that you can say okay, "write it like Shakespeare" and it does — that creativity has been fun to have. I'm always surprised that even though the reason I have access is for serious purposes, I often turn to [ChatGPT] just for fun things. And after I recite a poem it wrote, I have to admit that I could not have written that.

ER1462

## MORE FROM FORBES

MORE FROM FORBES

**After Layoffs And A CEO Change, Cometeer's Frozen Coffee Pod Business Is In Hot Water**

By Alex Konrad

___

MORE FROM FORBES

**Emerging VCs Struggle To Raise Funds As Nervous Investors Park Their Money In Big-Name Firms**

By Kenrick Cai

___

MORE FROM FORBES

**'Fake It 'Til You Make It': Meet Charlie Javice, The Startup Founder Who Fooled JP Morgan**

By Alexandra S. Levine

___

MORE FROM FORBES

**How Laurel Bowden Became One Of Europe's Top Investors By Skipping The Hype**



By Kenrick Cai

___

MORE FROM FORBES

**Disruption Through Conflict, Catastrophe And Chance: Meet The 30 Under 30 In Enterprise Tech**

By Kenrick Cai

___

*Follow me on Twitter or LinkedIn. Send me a secure tip.*

  **Alex Konrad**

Editorial Standards                    Reprints & Permissions

*Los Angeles Times*

BUSINESS

# Microsoft unveils Bing search engine using OpenAI technology



Alphabet's Google, whose search engine has almost 90% of the market, uses AI but relies on an older language model. The new Bing runs on an OpenAI language model that is more advanced than the one behind ChatGPT. (NurPhoto / NurPhoto via Getty Images)

BY DINA BASS | BLOOMBERG

FEB. 7, 2023 UPDATED 2:23 PM PT

Microsoft Corp. unveiled new versions of its Bing internet search engine and Edge browser powered by the newest technology from [ChatGPT maker OpenAI](), aiming to gain ground on Google's web search juggernaut by being first to offer a more conversational alternative for finding answers on the web and creating content.

ER1464

"This technology is going to reshape pretty much every software category," Microsoft Chief Executive Satya Nadella said at an event Tuesday at the company's Redmond, Wash., headquarters. It's "high time" innovation was restored to internet search, he said.

The new Bing, which runs on an OpenAI language model that is more advanced than the one behind ChatGPT, can be switched in and out of chat mode, and users can tap the bot to compose emails. The new Edge browser adds the AI-based Bing for chat and writing text, and it can summarize web pages and respond conversationally to queries. The answers come with citations to their sources, so users can see where the information is coming from.

A flurry of product announcements from Microsoft and Google in recent weeks comes amid a sudden intense focus on generative AI, which can create new content from digital troves of text, photos and art. Last week Microsoft unveiled a customer-management program that uses OpenAI text-generation tools to compose emails for salespeople, and jazzed up the premium tier of its Teams chat and meeting software with AI-written post-meeting notes.

Microsoft recently announced a multibillion-dollar investment in OpenAI, solidifying ties with the startup to get the inside track on its artificial intelligence models such as ChatGPT and Dall-E, which have attracted millions of users in just months. Beyond search, Microsoft executives have said they want to add OpenAI's technology into the Office productivity software, security programs and video game tools.

The new Bing search query box can accept up to 1,000 characters. In a demonstration, Microsoft Vice President Yusuf Mehdi asked the chat-based engine about events in Scottsdale, Ariz., during this weekend's Super Bowl. The new Bing returned information about a Super Bowl week party, a culinary event and other related happenings. The souped-up service can also estimate whether an Ikea love seat will fit in a 2019 Honda

**ER1465**

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 39 of 45
Case 4:23-CV-03918-YGR    Document 159-1    Filed 04/04/24    Page 41 of 353

Odyssey — Bing told Mehdi it wasn't sure, and it depends on whether the second and third row of the vehicle are folded down.

---



**BUSINESS**

**Is ChatGPT a marvel or a farce? We interviewed the chatbot to find out**

Dec. 9, 2022

---

Asked for an egg substitute in recipes, Bing offered several choices and the measurements of each that equals one egg. It also discussed the properties of each substitute, such as which will make the recipe fluffier.

Microsoft said the new version of Bing is available now as a preview, which means users can try a limited number of queries. People can also join a waiting list for full access, which the company hopes to expand to millions in the coming weeks, Mehdi said.

Alphabet's Google, whose search engine has almost 90% of the market, uses AI but relies on an older language model. From a competitive standpoint, Google's longtime dominance has meant the market has grown stodgy, with the 14-year-old Bing and other upstarts unable to make significant inroads. Although parts of the basic page design and features from the main players have been tweaked over the years, the format for search results — a list of links — remains.

ChatGPT and other generative AI search products aim to change that, replacing links that may or may not address a user's query with a conversational, contextual answer. The risks to this burgeoning approach are that inaccuracies or misinformation can seep into responses, and — depending on how results are presented — users may not be able to tell the source or veracity of information that the service has given as a definitive answer.

In recent months, Google's once-vaunted AI unit has lost momentum and lately has been overshadowed by OpenAI. The larger company has been stuck, puzzling over

whether or when to release its work and how to innovate without imperiling its core search and ad businesses. In December, Google employees asked CEO Sundar Pichai and AI research chief Jeff Dean about competition from ChatGPT. According to CNBC, the executives responded that unlike startups, which can quickly release new tools to the public, Google faces vast reputational risk from any mistakes or errors because it already has billions of users.



**BUSINESS**

**Google releases ChatGPT rival AI 'Bard' to early testers**

Feb. 6, 2023

The success of ChatGPT and Microsoft's increased investment in its developer seem to have accelerated Pichai's timeline. Google's management mobilized teams of researchers to respond to ChatGPT, declaring the situation a "code red" threat.

On Monday, Google said its own conversational AI service, Bard, is opening up to trusted testers, and that the company is readying the service for the public "in the coming weeks." Bard aims to generate detailed answers when given simple prompts, such as what to make for lunch or how to plan a friend's baby shower, Google said. The service is based on LaMDA, Google's Language Model for Dialogue Applications system.

Google also offered a look at some AI-powered features that will soon appear in its search and are intended to offer users insights for queries where there's no one correct answer.

Microsoft, meanwhile, has been steadily boosting its bet on artificial intelligence features, seeking to add new capabilities to existing consumer and corporate products and create new experiences. The company is investing in the space even as it scales back in other ways — the company is laying off 10,000 workers and has warned of a slowdown in cloud and business software sales for the rest of the fiscal year, which ends in June.

While Microsoft has aligned with OpenAI, Google is also investing almost $400 million in AI startup Anthropic, which is testing a ChatGPT rival called Claude, according to a person familiar with the matter.

Copyright © 2023, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 42 of 45
Case 4:23-cv-03918-YGR    Document 81-7    Filed 09/29/23    Page 42 of 353    (42 of 45)

MIT Technology Review

SUBSCRIBE



STEPHANIE ARNETT/MITTR

**_Tech Review Explains: Let our writers untangle the complex, messy world of technology to help you understand what's coming next. You can read more here._**

We've reached peak ChatGPT. Released at the end of November as a web app by the San Francisco–based firm OpenAI, the chatbot exploded into the mainstream almost overnight. According to some estimates, it is the fastest-growing internet service ever, reaching 100 million users in January, just two months after launch.

ER1469

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 43 of 45
Case 4:23-CV-03918-YGR Document 30-10 Filed 09/29/23 Page 4 of 353    (43 of 45)

MITT  *echnology Review*                                         **SUBSCRIBE**

PaLM. Even my family WhatsApp is filled with ChatGPT chat.

But OpenAI's breakout hit did not come out of nowhere. The chatbot is the most polished iteration to date in a line of large language models going back years. This is how we got here.

👤 Subscribe and save 17% to join our new *Roundtables* online event on regulating AI.

### 1980s–'90s: Recurrent Neural Networks

ChatGPT is a version of GPT-3, a large language model also developed by OpenAI. A large language model (or LLM) is a type of neural network that has been trained on lots and lots of text. (Neural networks are software inspired by the way neurons in animal brains signal one another.) Because text is made up of sequences of letters and words of varying lengths, language models require a type of neural network that can make sense of that kind of data. Recurrent neural networks, invented in the 1980s, can handle sequences of words, but they are slow to train and can forget previous words in a sequence.

In 1997, computer scientists Sepp Hochreiter and Jürgen Schmidhuber fixed this by inventing **LSTM** (**Long Short-Term Memory**) networks, recurrent neural networks with special components that allowed past data in an input sequence to be retained for longer. LSTMs could handle strings of text several hundred words long, but their language skills were limited.

### 2017: Transformers

The breakthrough behind today's generation of large language models came when a team of Google researchers invented transformers, a kind of neural network that can track where each word or phrase appears in a sequence. The meaning of words often depends on the meaning of other words that come before or after. By tracking this contextual information, transformers can handle longer strings of text and capture the meanings of words more accurately. For example, "hot dog" means very different things in the sentences "A hot dog should be given lots of water" and "A hot dog should be eaten with mustard."

### 2018–2019: GPT and GPT-2

OpenAI's first two large language models came just a few months apart. The company wants to develop multi-skilled, general-purpose AI and believes that large language models are a key step toward that goal. GPT (short for Generative Pre-trained Transformer) planted a flag, beating state-of-the-art benchmarks for natural-language processing at the time.

**ER1470**

9/6/23, 8:01 PM            ChatGPT is everywhere. Here's where it came from | MIT Technology Review

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 44 of 45
Case 4:23-CV-03918-YGR   Document 120-9   Filed 06/29/24   Page 289 of 353                    (44 of 45)

**MIT T** echn ogy R ie w                                                    **SUBSCRIBE**

Many previous successes in machine-learning had relied on supervised learning and annotated data, but labeling data by hand is slow work and thus limits the size of the data sets available for training.

But it was GPT-2 that created the bigger buzz. OpenAI claimed to be so concerned people would use GPT-2 "to generate deceptive, biased, or abusive language" that it would not be releasing the full model. How times change.

## 2020: GPT-3
GPT-2 was impressive, but OpenAI's follow-up, GPT-3, made jaws drop. Its ability to generate human-like text was a big leap forward. GPT-3 can answer questions, summarize documents, generate stories in different styles, translate between English, French, Spanish, and Japanese, and more. Its mimicry is uncanny.

One of the most remarkable takeaways is that GPT-3's gains came from supersizing existing techniques rather than inventing new ones. GPT-3 has 175 billion parameters (the values in a network that get adjusted during training), compared with GPT-2's 1.5 billion. It was also trained on a lot more data.

But training on text taken from the internet brings new problems. GPT-3 soaked up much of the disinformation and prejudice it found online and reproduced it on demand. As OpenAI acknowledged: "Internet-trained models have internet-scale biases."

## December 2020: Toxic text and other problems
While OpenAI was wrestling with GPT-3's biases, the rest of the tech world was facing a high-profile reckoning over the failure to curb toxic tendencies in AI. It's no secret that large language models can spew out false—even hateful—text, but researchers have found that fixing the problem is not on the to-do list of most Big Tech firms. When Timnit Gebru, co-director of Google's AI ethics team, coauthored a paper that highlighted the potential harms associated with large language models (including high computing costs), it was not welcomed by senior managers inside the company. In December 2020, Gebru was pushed out of her job.

9/6/23, 8:01 PM

ChatGPT is everywhere. Here's where it came from | MIT Technology Review

Case: 24-1963, 05/08/2024, DktEntry: 15.10, Page 45 of 45

Case 4:23-cv-03918-YGR    Document 132-8    Filed 06/07/24    Page 118 of 353

(45 of 45)

MIT Technology Review

SUBSCRIBE



## How should we regulate AI?

Subscribe to join us on **Sep. 12 at 12pm EST** as we discuss, "How Should We Regulate AI?" in our new **subscriber-only** event series.

### SUBSCRIBE & SAVE

## January 2022: InstructGPT

OpenAI tried to reduce the amount of misinformation and offensive text that GPT-3 produced by using reinforcement learning to train a version of the model on the preferences of human testers (a technique called reinforcement learning from human feedback, or RLHF). The result, InstructGPT, was better at following the instructions of people using it—known as "alignment" in AI jargon—and produced less offensive language, less misinformation, and fewer mistakes overall. In short, InstructGPT is less of an asshole—unless it's asked to be one.

## May–July 2022: OPT, BLOOM