9/6/23, 8:01 PM
ChatGPT is everywhere. Here's where it came from. | MIT Technology Review

Case: 24-1963, 05/08/2024, DktEntry: 15.11, Page 1 of 55
Case 4:23-cv-03918-YGR Document 54-10 Filed 09/05/23 Page 31 of 353

(1 of 55)

MIT Technology Review

SUBSCRIBE

research community. In response, a handful of collaborative projects have developed large language models and released them for free to any researcher who wants to study—and improve—the technology. Meta built and gave away OPT, a reconstruction of GPT-3. And Hugging Face led a consortium of around 1,000 volunteer researchers to build and release BLOOM.

## December 2022: ChatGPT

Even OpenAI is blown **away by how** ChatGPT has been received. In the company's first demo, which it gave me the day before ChatGPT was launched online, it was pitched as an incremental update to InstructGPT. Like that model, ChatGPT was trained using reinforcement learning on feedback from human testers who scored its performance as a fluid, accurate, and inoffensive interlocutor. In effect, OpenAI trained GPT-3 to master the game of conversation and invited everyone to come and play. Millions of us have been playing ever since. T

**by Will Douglas Heaven**

   

9/6/23, 7:34 PM    OpenAI to Offer ChatGPT Subscription Plan for $20 a Month - WSJ
Case: 24-1963, 05/08/2024, DktEntry: 15.11, Page 2 of 55    (2 of 55)
Case 4:23-cv-03918-YGR   Document 114-13   Filed 01/09/24   Page 2 of 353

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/openai-to-offer-chatgpt-monthly-subscription-plan-11675284555

**TECH**

# OpenAI to Offer ChatGPT Subscription Plan for $20 a Month

## The company plans to continue offering a free version of the chatbot

*By* Joseph De Avila  [Follow]
*Updated Feb. 10, 2023 6:59 pm ET*



ChatGPT allows users to type questions to the bot and receive written responses powered by artificial intelligence.
PHOTO: KENNY WASSUS/THE WALL STREET JOURNAL

OpenAI is launching a paid subscription version of its artificial-intelligence chatbot ChatGPT.

The new subscription service is called ChatGPT Plus and will have a $20 monthly fee, the company announced Wednesday. The subscription includes access to the chatbot during peak usage times. The current free version limits service to users during periods when usage is high.

Subscribers will also get early access to new features and improvements and faster response times from the chatbot.

The new subscription program will first be available in the U.S. in the coming weeks and then expand to other countries, OpenAI said in a statement on its website. Interested users can sign up for a wait list to the subscription service, the company said.

**ER1474**

The new subscription program will initially be available in the U.S. and will later expand to other countries, OpenAI said. Interested users can sign up for a wait list to the subscription service, the company said. OpenAI will begin inviting people over from the wait list in the coming weeks.

OpenAI will continue to offer free access to ChatGPT. The subscription service will help support free access for the chatbot, the company said. OpenAI is also exploring options for lower-cost plans and business plans.

ChatGPT allows users to type questions to the bot and receive written responses powered by artificial intelligence. It can even write poems and essays. Some industry observers have said ChatGPT could offer a potential alternative to current search engines in the future, though the company has said that the program's outputs often contained factual errors.

Last month, Microsoft Corp. said it would make a multiyear, multibillion-dollar investment in OpenAI after previously investing in 2019 and 2021. The companies didn't disclose financial terms of the partnership.

Microsoft has said it would incorporate artificial-intelligence tools like ChatGPT into all of its products and make them available as platforms for other businesses to build on. Microsoft Chief Executive Satya Nadella said the company would commercialize tools from OpenAI like ChatGPT and give more customers access to software behind chatbot through its cloud-computing platform Azure.

OpenAI has also discussed selling existing shares in a tender offer that would value the company at around $29 billion, The Wall Street Journal previously reported.

Write to Joseph De Avila at joseph.deavila@wsj.com

*Appeared in the February 2, 2023, print edition as 'OpenAI Sets $20 Monthly Subscriber Plan for ChatGPT'.*

9/6/23, 8:20 PM    Elon Musk Has Issued A Stark Warning Over AI. This Isn't His First Time.

Case: 24-1963, 05/08/2024, DktEntry: 15.11, Page 4 of 55     (4 of 55)

Case 4:23-cv-03918-YGR   Document 28-3   Filed 12/05/23   Page 194 of 353

FORBES > MONEY

# Elon Musk Has Issued A Stark Warning Over AI. This Isn't His First Time.

**Q.ai – Powering a Personal Wealth Movement**
Contributor ⓘ

*Making wealth creation easy, accessible and transparent.*



💬 1               Feb 16, 2023, 08:32am EST

▶  Listen to article   8 minutes     ⓘ



(Photo by Michael Gonzalez/Getty Images)   GETTY IMAGES

- Elon Musk, an outspoken AI commentator, has reiterated his calls for safety checks at the World Government Summit

in Dubai

- Musk founded OpenAI to promote AI regulation, but says the company's changed since Microsoft's investment

- Microsoft and Google are vying to best one another in the field, which Musk worries drives down safety checks in the pursuit of winning the race

Thanks to the success of ChatGPT, 2023 kicked off with intense hype around the power of artificial intelligence. It's no wonder Elon Musk, one of tech's most outspoken public figures, had something to say on the subject.

But Elon has always been clear on his views, reiterating this week: AI safety is paramount, and without it, we're toast.

It might surprise you that one of the world's richest people, with countless innovations for humanity under his belt, is skeptical about AI. But Elon Musk has a long history of decrying the lack of regulations in place to keep AI's development in check.

Let's get into his latest comments and the context behind the 'it's complicated' status between Elon and AI.

Our AI algorithm constantly looks at how to bring the best value to your portfolio. The Emerging Tech Kit invests in a wide range of tech ETFs, stocks and cryptocurrencies for a diversified investment into some of the cutting-edge tech of tomorrow.

*Download Q.ai today for access to AI-powered investment strategies.*

---

MORE FROM FORBES ADVISOR

**Best Travel Insurance Companies**



By **Amy Danise**  Editor

## Best Covid-19 Travel Insurance Plans

By **Amy Danise**  Editor



# What are Elon Musk's latest comments?

EV car innovator turned social media mogul, Elon Musk, was the keynote speaker at this year's World Government Summit in Dubai, which took place this week. He took the time to share his thoughts on a new Twitter CEO, aliens (!) and the topic on everyone's lips, AI.

---

**Investing Digest: Know what's moving the financial markets and what smart money is buying with Forbes Investing Digest.**

| Email address | **Sign Up** |

By signing up, you accept and agree to our **Terms of Service** (including the class action waiver and arbitration provisions), and **Privacy Statement**.

---

When the topic turned to ChatGPT, Musk's views appear to contrast his opinion on tech in general, given this is someone trying to establish humanity on Mars by 2050. "One of the biggest risks to the future of civilization is AI," he **warned**.

When asked about what technology he could see developing ten years from now, he chose to focus on the immediate risk in his eyes. "AI has been advanced for a while; it just didn't have a user interface that was accessible for people," Musk continued.

He also called for AI safety protocols to be developed sooner rather than later, citing medical and car seatbelt regulations as a similar comparison to the level of harm it risks to humans.

# What is OpenAI?

In 2023, everyone knows OpenAI's name. If they didn't hear about them last year with the unveiling of Dall-E, an AI generating weird and wonderful artwork, they couldn't miss the tidal wave of headlines around text chatbot ChatGPT.

The two have been a roaring success. When OpenAI removed the waitlist for Dall-E in September, it cited 1.5m users generating over two million images daily. ChatGPT has shattered sign-up records, taking less than a week to hit 1m users and reaching 100m in just three months.

OpenAI has a longstanding relationship with Microsoft, which originally invested $1bn in the business in 2019. This has since escalated to a $10bn multi-year partnership announced at the start of the year, with OpenAI technology integrated into Microsoft's Bing search engine and Edge browser.

But what people may not know is that Elon Musk is one of the company's *founding members*.

# The rocky relationship between Elon Musk and OpenAI

Elon, with the likes of his PayPal co-founder Peter Thiel and other investors, formed OpenAI in 2015 as a challenger to Google. "I was concerned that Google was not paying enough attention to AI safety," Musk said at the conference.

Until 2018, Elon was a continuous donor and board member of OpenAI. At the time, the reason given was that Tesla's growing work in the space caused a conflict of interest for Musk.

It was unclear what relationship Elon has with OpenAI until yesterday's conference. "Initially, it was created as an open-source nonprofit. Now it is closed-source and for-profit. I don't have any stake in OpenAI anymore, nor am I on the board, nor do I control it in any way."

So, the relationship has soured (or so it seems), but his impact on the company still remains.

## OpenAI's ethics charter

OpenAI was originally created as a non-profit to promote AI safety, evident in the company's charter. It's dated April 9th 2018, so it's plausible to suggest Elon had at least some advisory hand in its creation.

What's interesting is the section on long-term safety, which reads: "We are concerned about late-stage AGI development becoming a competitive race without time for adequate safety precautions.

"Therefore, if a value-aligned, safety-conscious project comes close to building AGI before we do, we commit to stop competing with and start assisting this project."

We'd like to know what Microsoft makes of *that* after investing its $10bn.

In comparison, Google is notoriously tight-lipped about its AI development. Its rival to ChatGPT, called Bard, has so far fallen short of lofty expectations after a lackluster presentation in Paris.

It didn't stop there - a silly mistake in its advertising material about the James Webb telescope wiped $100bn in value off Google's stock price. Keen to avoid another market disaster, CEO Sundar Pichai

has allegedly asked every Google employee to spend hours of their workday testing the tech before its release.

All of this gives the impression Google is panicked about losing its prized search engine share, forcing development before it's ready – and that's exactly the safety issue Elon Musk is talking about.

## Does Elon have a point?

There have been a lot of grandiose claims about AI lately, which has always been Elon's style on this topic. "AI is potentially more dangerous than nukes," is one of the more memorable quotes from the past.

But, like it or not, Elon's words carry weight. He has 160m Twitter followers, which has helped him to soar crypto prices to the moon and tank his own stock. His narrative on AI will help to shape the public perception of the technology.

This isn't a bad thing. It's important to note Musk isn't against AI itself, but against the lack of regulation and human checkpoints that could come with the race to dominate this fledgling industry.

That's why he helped found OpenAI in the first place – because AI needs checks and balances from humans. Now, it's up to the lawmakers to pay attention.

## The bottom line

ChatGPT is just a small part of the puzzle – and potential – when it comes to AI. Q.ai's machine learning technology has parameters provided by human analysts to ensure our Kits give your portfolio the best of both worlds.

Our Emerging Tech Kit is a great way to dip your toe into investing in future technologies being developed now - like AI. Pretty meta, we know.

The mix of stocks, crypto and ETFs are regularly assessed by our AI to bring you the best returns. Worried about protecting your gains? Just use our Portfolio Protection.

*Download Q.ai today for access to AI-powered investment strategies.*
*Follow me on Twitter or LinkedIn. Check out my website.*

 **Q.ai – Powering a Personal Wealth Movement**    

We are professional financial writers focused on investing and AI news and analysis. If you click through to the links we... **Read More**

Editorial Standards                                    Reprints & Permissions

ADVERTISEMENT

Learn more about  LSEG



My View ⌄      **Register**   

Disrupted

# Microsoft-backed OpenAI to let users customize ChatGPT

By **Anna Tong**

February 17, 2023 1:55 AM UTC · Updated ago

 



A response by ChatGPT, an AI chatbot developed by OpenAI, is seen on its website in this illustration picture taken February 9, 2023. REUTERS/Florence Lo/Illustration *Acquire Licensing Rights* ⧉

SAN FRANCISCO, Feb 16 (Reuters) - OpenAI, the startup behind ChatGPT, on Thursday said it is developing an upgrade to its viral chatbot that users can customize, as it works to address concerns about bias in artificial intelligence.

The San Francisco-based startup, which Microsoft Corp (MSFT.O) has funded and used to power its latest technology, said it has worked to mitigate political and other biases but also wanted to accommodate more diverse views.

"This will mean allowing system outputs that other people (ourselves included) may strongly disagree with," it said in a blog post, offering customization as a way forward. Still, there will "always be some bounds on system behavior."

ChatGPT, released in November last year, has sparked frenzied interest in the technology behind it called generative AI, which is used to produce answers mimicking human speech that have dazzled people.

The news from the startup comes the same week that some media outlets have pointed out that answers from Microsoft's new Bing search engine, powered by OpenAI, are potentially dangerous and that the technology may not be ready for prime time.

How technology companies set guardrails for this nascent technology is a key focus area for companies in the generative AI space with which they're still wrestling. Microsoft said Wednesday that user feedback was helping it improve Bing before a wider rollout, learning for instance that its AI chatbot can be "provoked" to give responses it did not intend.

OpenAI said in the blog post that ChatGPT's answers are first trained on large text datasets available on the Internet. As a second step, humans review a smaller dataset, and are given guidelines for what to do in different situations.

For example, in the case that a user requests content that is adult, violent, or contains hate speech, the human reviewer should direct ChatGPT to answer with something like "I can't answer that."

If asked about a controversial topic, the reviewers should allow ChatGPT to answer the question, but offer to describe viewpoints of people and movements, instead of trying to "take the correct viewpoint on these complex topics," the company explained in an excerpt of its guidelines for the software.

Reporting by Anna Tong in San Francisco; Editing by Stephen Coates

Our Standards: **The Thomson Reuters Trust Principles.**

Acquire Licensing Rights ↗



**Anna Tong**
Thomson Reuters



Disable These iOS 16 Features | Bedtime Yoga Poses | Social Security Guide | Bidirectional Charging and EVs | Free COVID

# CNET

Join/Login

Tech   Money   Home   Wellness   Energy   Home Internet   Deals & Reviews   Price Finder   More ⌄

Tech › Computing

# Why We're Obsessed With the Mind-Blowing ChatGPT AI Chatbot

This artificial intelligence bot can answer questions, write essays, summarize documents and write software. But deep down, it doesn't know what's true.



**Stephen Shankland**
Feb. 19, 2023 5:00 a.m. PT

13 min read



Getty Images

Even if you aren't into artificial intelligence, it's time to pay attention to ChatGPT, because this one is a big deal.

The tool, from a power player in artificial intelligence called OpenAI, lets you type natural-language prompts. ChatGPT then offers conversational, if somewhat stilted, responses. The bot remembers the thread of your dialogue, using previous questions and answers to inform its next responses. It derives its answers from huge volumes of information on the internet.

ChatGPT is a big deal. The tool seems pretty knowledgeable in areas where there's good training data for it to learn from. It's not omniscient or smart enough to replace all humans yet, but it can be creative, and its answers can

**ER1485**

sound downright authoritative. A few days after its launch, more than a million people were trying out ChatGPT.

But be careful, OpenAI warns. ChatGPT has all kinds of potential pitfalls, some easy to spot and some more subtle.

"It's a mistake to be relying on it for anything important right now," OpenAI Chief Executive Sam Altman tweeted. "We have lots of work to do on robustness and truthfulness." Here's a look at why ChatGPT is important and what's going on with it.

And it's becoming big business. In January, Microsoft pledged to invest billions of dollars into OpenAI. A modified version of the technology behind ChatGPT is now powering Microsoft's new Bing challenge to Google search and, eventually, it'll power the company's effort to build new AI co-pilot smarts in to every part of your digital life.

Bing uses OpenAI technology to process search queries, compile results from different sources, summarize documents, generate travel itineraries, answer questions and generally just chat with humans. That's a potential revolution for search engines, but it's been plagued with problems like factual errors and and unhinged conversations.

## What is ChatGPT?

ChatGPT is an AI chatbot system that OpenAI released in November to show off and test what a very large, powerful AI system can accomplish. You can ask it countless questions and often will get an answer that's useful.

For example, you can ask it encyclopedia questions like, "Explain Newton's laws of motion." You can tell it, "Write me a poem," and when it does, say, "Now make it more exciting." You ask it to write a computer program that'll show you all the different ways you can arrange the letters of a word.

Here's the catch: ChatGPT doesn't exactly know anything. It's an AI that's trained to recognize patterns in vast swaths of text harvested from the internet, then further trained with human assistance to deliver more useful, better dialog. The answers you get may sound plausible and even authoritative, but they might well be entirely wrong, as OpenAI warns.

Chatbots have been of interest for years to companies looking for ways to help customers get what they need and to AI researchers trying to tackle the Turing Test. That's the famous "Imitation Game" that computer scientist Alan Turing proposed in 1950 as a way to gauge intelligence: Can a human conversing with a human and with a computer tell which is which?

Case: 24-1963, 05/08/2024, DktEntry: 15.11, Page 15 of 55
Case 4:23-cv-03918-YGR Document 42-1 Filed 02/23/24 Page 205 of 353 (15 of 55)

But chatbots have a lot of baggage, as companies have tried with limited success to use them instead of humans to handle customer service work. A study of 1,700 Americans, sponsored by a company called Ujet, whose technology handles customer contacts, found that 72% of people found chatbots to be a waste of time.

ChatGPT has rapidly become a widely used tool on the internet. UBS analyst Lloyd Walmsley estimated in February that ChatGPT had reached 100 million monthly users the previous month, accomplishing in two months what took TikTok about nine months and Instagram two and a half years. The New York Times, citing internal sources, said 30 million people use ChatGPT daily.

# What kinds of questions can you ask?

You can ask anything, though you might not get an answer. OpenAI suggests a few categories, like explaining physics, asking for birthday party ideas and getting programming help.

I asked it to write a poem, and it did, though I don't think any literature experts would be impressed. I then asked it to make it more exciting, and lo, ChatGPT pumped it up with words like battlefield, adrenaline, thunder and adventure.

One wacky example shows how ChatGPT is willing to just go for it in domains where people would fear to tread: a command to write "a folk song about writing a rust program and fighting with lifetime errors."

ChatGPT's expertise is broad, and its ability to follow a conversation is notable. When I asked it for words that rhymed with "purple," it offered a few suggestions, then when I followed up "How about with pink?" it didn't miss a beat. (Also, there are a lot more good rhymes for "pink.")

When I asked, "Is it easier to get a date by being sensitive or being tough?" GPT responded, in part, "Some people may find a sensitive person more attractive and appealing, while others may be drawn to a tough and assertive individual. In general, being genuine and authentic in your interactions with others is likely to be more effective in getting a date than trying to fit a certain mold or persona."

You don't have to look far to find accounts of the bot blowing people's minds. Twitter is awash with users displaying the AI's prowess at generating art prompts and writing code. Some have even proclaimed "Google is dead," along with the college essay. We'll talk more about that below.

CNET writer David Lumb has put together a list of some useful ways ChatGPT can help, but more keep cropping up. One doctor says he's used it to persuade a health insurance company to pay for a patient's procedure.

ER1487

Case: 24-1963, 05/08/2024, DktEntry: 15.11, Page 16 of 55
Case 4:23-cv-03918-YGR   Document 22-1   Filed 10/24/23   Page 206 of 353    (16 of 55)

# Who built ChatGPT and how does it work?

ChatGPT is the brainchild of OpenAI, an artificial intelligence research company. Its mission is to develop a "safe and beneficial" artificial general intelligence system or to help others do so. OpenAI has 375 employees, Altman tweeted in January. "OpenAI has managed to pull together the most talent-dense researchers and engineers in the field of AI," he also said in a January talk.

It's made splashes before, first with GPT-3, which can generate text that can sound like a human wrote it, and then with DALL-E, which creates what's now called "generative art" based on text prompts you type in.

GPT-3, and the GPT 3.5 update on which ChatGPT is based, are examples of AI technology called large language models. They're trained to create text based on what they've seen, and they can be trained automatically — typically with huge quantities of computer power over a period of weeks. For example, the training process can find a random paragraph of text, delete a few words, ask the AI to fill in the blanks, compare the result to the original and then reward the AI system for coming as close as possible. Repeating over and over can lead to a sophisticated ability to generate text.

It's not totally automated. Humans evaluate ChatGPT's initial results in a process called finetuning. Human reviewers apply guidelines that OpenAI's models then generalize from. In addition, OpenAI used a Kenyan firm that paid people up to $3.74 per hour to review thousands of snippets of text for problems like violence, sexual abuse and hate speech, Time reported, and that data was built into a new AI component designed to screen such materials from ChatGPT answers and OpenAI training data.

ChatGPT doesn't actually know anything the way you do. It's just able to take a prompt, find relevant information in its oceans of training data, and convert that into plausible-sounding paragraphs of text. "We are a long way away from the self-awareness we want," said computer scientist and internet pioneer Vint Cerf of the large language model technology ChatGPT and its competitors use.

## Is ChatGPT free?

Yes, for the moment at least, but in January OpenAI added a paid version that responds faster and keeps working even during peak usage times when others get messages saying, "ChatGPT is at capacity right now."

You can sign up on a waiting list if you're interested. OpenAI's Altman warned that ChatGPT's "compute costs are eye-watering" at a few cents per response, Altman estimated. OpenAI charges for DALL-E art once you exceed a basic

**ER1488**

Case: 24-1963, 05/08/2024, DktEntry: 15.11, Page 17 of 55
Case 4:23-cv-03918-YGR    Document 22-11    Filed 07/24/23    Page 20 of 353

free level of usage.

But OpenAI seems to have found some customers, likely for its GPT tools. It's told potential investors that it expects $200 million in revenue in 2023 and $1 billion in 2024, according to Reuters.

## What are the limits of ChatGPT?

As OpenAI emphasizes, ChatGPT can give you wrong answers and can give "a misleading impression of greatness," Altman said. Sometimes, helpfully, it'll specifically warn you of its own shortcomings. For example, when I asked it who wrote the phrase "the squirming facts exceed the squamous mind," ChatGPT replied, "I'm sorry, but I am not able to browse the internet or access any external information beyond what I was trained on." (The phrase is from Wallace Stevens' 1942 poem Connoisseur of Chaos.)

ChatGPT was willing to take a stab at the meaning of that expression once I typed it in directly, though: "a situation in which the facts or information at hand are difficult to process or understand." It sandwiched that interpretation between cautions that it's hard to judge without more context and that it's just one possible interpretation.

ChatGPT's answers can look authoritative but be wrong.

"If you ask it a very well structured question, with the intent that it gives you the right answer, you'll probably get the right answer," said Mike Krause, data science director at a different AI company, Beyond Limits. "It'll be well articulated and sound like it came from some professor at Harvard. But if you throw it a curveball, you'll get nonsense."

The journal Science banned ChatGPT text in January. "An AI program cannot be an author. A violation of these policies will constitute scientific misconduct no different from altered images or plagiarism of existing works," Editor in Chief H. Holden Thorp said.

The software developer site StackOverflow banned ChatGPT answers to programming questions. Administrators cautioned, "because the average rate of getting correct answers from ChatGPT is too low, the posting of answers created by ChatGPT is substantially harmful to the site and to users who are asking or looking for correct answers."

You can see for yourself how artful a BS artist ChatGPT can be by asking the same question multiple times. I asked twice whether Moore's Law, which tracks the computer chip industry's progress increasing the number of data-processing transistors, is running out of steam, and I got two different answers.

ER1489

Case: 24-1963, 05/08/2024, DktEntry: 15.11, Page 18 of 55
Case 4:23-cv-03918-YGR   Document 122-11   Filed 08/07/23   Page 208 of 353                    (18 of 55)

One pointed optimistically to continued progress, while the other pointed more grimly to the slowdown and the belief "that Moore's Law may be reaching its limits."

Both ideas are common in the computer industry itself, so this ambiguous stance perhaps reflects what human experts believe.

With other questions that don't have clear answers, ChatGPT often won't be pinned down.

The fact that it offers an answer at all, though, is a notable development in computing. Computers are famously literal, refusing to work unless you follow exact syntax and interface requirements. Large language models are revealing a more human-friendly style of interaction, not to mention an ability to generate answers that are somewhere between copying and creativity.

## Will ChatGPT help students cheat better?

Yes, but as with many other technology developments, it's not a simple black-and-white situation. Decades ago, students could copy encyclopedia entries and use calculators, and more recently, they've been able to use search engines and Wikipedia. ChatGPT offers new abilities for everything from helping with research to doing your homework for you outright. Many ChatGPT answers already sound like student essays, though often with a tone that's stuffier and more pedantic than a writer might prefer.

Google programmer Kenneth Goodman tried ChatGPT on a number of exams. It scored 70% on the United States Medical Licensing Examination, 70% on a bar exam for lawyers, nine out of 15 correct on another legal test, the Multistate Professional Responsibility Examination, 78% on New York state's high school chemistry exam's multiple choice section, and ranked in the 40th percentile on the Law School Admission Test.

High school teacher Daniel Herman concluded ChatGPT already writes better than most students today. He's torn between admiring ChatGPT's potential usefulness and fearing its harm to human learning: "Is this moment more like the invention of the calculator, saving me from the tedium of long division, or more like the invention of the player piano, robbing us of what can be communicated only through human emotion?"

Dustin York, an associate professor of communication at Maryville University, hopes educators will learn to use ChatGPT as a tool and realize it can help students think critically.

ER1490

Case: 24-1963   05/08/2024   DktEntry: 15.11   Page: 19 of 55
Case 4:23-cv-03918-YGR   Document 112-13   Filed 06/12/23   Page 209 of 353

"Educators thought that Google, Wikipedia, and the internet itself would ruin education, but they did not," York said. "What worries me most are educators who may actively try to discourage the acknowledgment of AI like ChatGPT. It's a tool, not a villain."

## Can teachers spot ChatGPT use?

Not with 100% certainty, but there's technology to spot AI help. The companies that sell tools to high schools and universities to detect plagiarism are now expanding to detecting AI, too.

One, Coalition Technologies, offers an AI content detector on its website. Another, Copyleaks, released a free Chrome extension designed to spot ChatGPT-generated text with a technology that's 99% accurate, CEO Alon Yamin said. But it's a "never-ending cat and mouse game" to try to catch new techniques to thwart the detectors, he said.

Copyleaks performed an early test of student assignments uploaded to its system by schools. "Around 10% of student assignments submitted to our system include at least some level of AI-created content," Yamin said.

OpenAI launched its own detector for AI-written text in February. But one plagiarism detecting company, CrossPlag, said it spotted only two of 10 AI-generated passages in its test. "While detection tools will be essential, they are not infallible," the company said.

Researchers at Pennsylvania State University studied the plagiarism issue using OpenAI's earlier GPT-2 language model. It's not as sophisticated as GPT-3.5, but its training data is available for closer scrutiny. The researchers found GPT-2 plagiarized information not just word for word at times, but also paraphrased passages and lifted ideas without citing its sources. "The language models committed all three types of plagiarism, and ... the larger the dataset and parameters used to train the model, the more often plagiarism occurred," the university said.

## Can ChatGPT write software?

Yes, but with caveats. ChatGPT can retrace steps humans have taken, and it can generate actual programming code. "This is blowing my mind," said one programmer in February, showing on Imgur the sequence of prompts he used to write software for a car repair center. "This would've been an hour of work at least, and it took me less than 10 minutes."

You just have to make sure it's not bungling programming concepts or using software that doesn't work. The StackOverflow ban on ChatGPT-generated software is there for a reason.

But there's enough software on the web that ChatGPT really can work. One developer, Cobalt Robotics Chief Technology Officer Erik Schluntz, tweeted that ChatGPT provides useful enough advice that, over three days, he hadn't opened StackOverflow once to look for advice.

Another, Gabe Ragland of AI art site Lexica, used ChatGPT to write website code built with the React tool.

ChatGPT can parse regular expressions (regex), a powerful but complex system for spotting particular patterns, for example dates in a bunch of text or the name of a server in a website address. "It's like having a programming tutor on hand 24/7," tweeted programmer James Blackwell about ChatGPT's ability to explain regex.

Here's one impressive example of its technical chops: ChatGPT can emulate a Linux computer, delivering correct responses to command-line input.

## What's off limits?

ChatGPT is designed to weed out "inappropriate" requests, a behavior in line with OpenAI's mission "to ensure that artificial general intelligence benefits all of humanity."

If you ask ChatGPT itself what's off limits, it'll tell you: any questions "that are discriminatory, offensive, or inappropriate. This includes questions that are racist, sexist, homophobic, transphobic, or otherwise discriminatory or hateful." Asking it to engage in illegal activities is also a no-no.

Even though OpenAI doesn't want ChatGPT used for malicious purposes, it's easy to use it to write phishing emails to try to fool people into parting with sensitive information, my colleague Bree Fowler reports. "The barrier to entry is getting lower and lower and lower to be hacked and to be phished. AI is just going to increase the volume," said Randy Lariar of cybersecurity company Optiv.

## Is this better than Google search?

Asking a computer a question and getting an answer is useful, and often ChatGPT delivers the goods.

Google often supplies you with its suggested answers to questions and with links to websites that it thinks will be relevant. Often ChatGPT's answers far surpass what Google will suggest, so it's easy to imagine GPT-3 is a rival.

Case: 24-1963, 05/08/2024, DktEntry: 15.11, Page 21 of 55

Case 4:23-cv-03918-YGR Document 112-11 Filed 02/12/24 Page 21 of 353

But you should think twice before trusting ChatGPT. As when using Google and other sources of information like Wikipedia, it's best practice to verify information from original sources before relying on it.

Vetting the veracity of ChatGPT answers takes some work because it just gives you some raw text with no links or citations. But it can be useful and in some cases thought provoking. You may not see something directly like ChatGPT in Google search results, but Google has built large language models of its own and uses AI extensively already in search.

That said, Google is keen to tout its deep AI expertise, ChatGPT triggered a "code red" emergency within Google, according to The New York Times, and drew Google co-founders Larry Page and Sergey Brin back into active work. Microsoft could build ChatGPT into its rival search engine, Bing. Clearly ChatGPT and other tools like it have a role to play when we're looking for information.

So ChatGPT, while imperfect, is doubtless showing the way toward our tech future.

*Editors' note: CNET is using an AI engine to create some personal finance explainers that are edited and fact-checked by our editors. For more, see this post.*



## Computing Guides

LAPTOPS                                                    ⌃

- Best Laptop
- Best Chromebook
- Best Budget Laptop
- Best Cheap Gaming Laptop
- Best 2-in-1 Laptop

DESKTOPS & MONITORS                                       ⌄

COMPUTER ACCESSORIES                                      ⌄

PHOTOGRAPHY                                               ⌄

TABLETS & E-READERS                                       ⌄

3D PRINTERS                                               ⌄

More From CNET                              About

MIT Technology Review

SUBSCRIBE



...ultural phenomenon.

STEPHANIE ARNETT/MITTR | ENVATO

**When OpenAI launched ChatGPT, with zero fanfare, in late November 2022, the** San Francisco–based artificial-intelligence company **had few expectations. Certainly, nobody inside OpenAI was prepared for a** viral mega-hit. **The firm has been scrambling to catch up—and capitalize on its success—ever since.**

It was viewed in-house as a "research preview," says Sandhini Agarwal, who works on policy at OpenAI: a tease of a more polished version of a two-year-old technology and, more important, an attempt to iron out some of its flaws by collecting feedback from the public. "We didn't want to

**MIT Technology Review**

SUBSCRIBE

**Related Story**



**The ChatGPT-fueled battle for search is bigger than Microsoft or Google**

A frenzy of activity from tech giants and startups alike is reshaping what people want from search—for better or worse.

now OpenAI has been updating it since release, and how its makers feel about its success—I talked to four people who helped build what has become <u>one of the most popular internet apps ever</u>. In addition to Agarwal and Fedus, I spoke to John Schulman, a cofounder of OpenAI, and Jan Leike, the leader of OpenAI's alignment team, which works on the problem of making AI do what its users want it to do (and nothing more).

What I came **away** with was the sense that OpenAI is still bemused by the success of its research preview, but has grabbed the opportunity to push this technology forward, watching how millions of people are using it and trying to fix the worst problems as they come up.

👥 <u>Subscribe and save 17%</u> to join our new _Roundtables_ online event on regulating AI.

Since November, OpenAI has already updated ChatGPT several times. The researchers are using a technique called <u>adversarial training</u> to stop ChatGPT from letting users <u>trick it into behaving badly</u> (known as jailbreaking). This work pits multiple chatbots against each other: one chatbot plays the adversary and attacks another chatbot by generating text to force it to buck its usual constraints and produce unwanted responses. Successful attacks are added to ChatGPT's training data in the hope that it learns to ignore them.

OpenAI has also signed a <u>multibillion-dollar deal with Microsoft</u> and announced an <u>**alliance with Bain**</u>, a global management consulting firm, which plans to use OpenAI's generative AI models in marketing campaigns for its clients, including Coca-Cola. Outside OpenAI, the buzz about ChatGPT has set off yet another gold rush around large language models, with companies and investors worldwide getting into the action.

That's a lot of hype in three short months. Where did ChatGPT come from? What steps did OpenAI take to ensure it was ready to release? And where are they going next?

_The following has been edited for length and clarity._

ER1495



**John Schulman:** I was checking Twitter a lot in the days after release, and there was this crazy period where the feed was filling up with ChatGPT screenshots. I expected it to be intuitive for people, and I expected it to gain a following, but I didn't expect it to reach this level of mainstream popularity.

**Sandhini Agarwal:** I think it was definitely a surprise for all of us how much people began using it. We work on these models so much, we forget how surprising they can be for the outside world sometimes.

**Liam Fedus:** We were definitely surprised how well it was received. There have been so many prior attempts at a general-purpose chatbot that I knew the odds were stacked against us. However, our private beta had given us confidence that we had something that people might really enjoy.

**Jan Leike:** I would love to understand better what's driving all of this—what's driving the virality. Like, honestly, we don't understand. We don't know.

*Part of the team's puzzlement comes from the fact that most of the technology inside ChatGPT isn't new. ChatGPT is a fine-tuned version of GPT-3.5, a family of large language models that OpenAI released months before the chatbot. GPT-3.5 is itself an updated version of GPT-3, which appeared in 2020. The company makes these models available on its website as application programming interfaces, or APIs, which make it easy for other software developers to plug models into their own code. OpenAI also released a previous fine-tuned version of GPT-3.5, called InstructGPT, in January 2022. But none of these previous versions of the tech were pitched to the public.*

Case: 24-1963, 05/08/2024, DktEntry: 15.11, Page 25 of 55
Case 4:23-cv-03918-YGR   Document 67-2   Filed 12/20/23   Page 25 of 853
(25 of 55)

**MIT Technology Review**



## How should we regulate AI?

Subscribe to join us on **Sep. 12 at 12pm EST** as we discuss, "How Should We Regulate AI?" in our new **subscriber-only** event series.

**SUBSCRIBE & SAVE**

---

**Related Story**

**Generative AI is changing everything. But what's left when the hype is gone?**

No one knew how popular OpenAI's DALL-E would be in 2022, and no one knows where its rise will leave us.

**Liam Fedus:** The ChatGPT model is fine-tuned from the same language model as InstructGPT, and we used a similar methodology for fine-tuning it. We had added some conversational data and tuned the training process a bit. So we didn't want to oversell it as a big fundamental advance. As it turned out, the conversational data had a big positive impact on ChatGPT.

**John Schulman:** The raw technical capabilities, as assessed by standard benchmarks, don't actually differ substantially between the models, but ChatGPT is more accessible and usable.

**ER1497**

MIT Technology Review                                              SUBSCRIBE

sense, we made it more aligned with what humans want to do with it. It talks to you in dialogue, it's easily accessible in a chat interface, it tries to be helpful. That's amazing progress, and I think that's what people are realizing.

**John Schulman:** It more readily infers intent. And users can get to what they want by going back and forth.

*ChatGPT was trained in a very similar way to InstructGPT, using a technique called reinforcement learning from human feedback (RLHF). This is ChatGPT's secret sauce. The basic idea is to take a large language model with a tendency to spit out anything it wants—in this case, GPT-3.5—and tune it by teaching it what kinds of responses human users actually prefer.*

**Jan Leike:** We had a large group of people read ChatGPT prompts and responses, and then say if one response was preferable to another response. All of this data then got merged into one training run. Much of it is the same kind of thing as what we did with InstructGPT. You want it to be helpful, you want it to be truthful, you want it to be—you know—nontoxic. And then there are things that are specific to producing dialogue and being an assistant: things like, if the user's query isn't clear, it should ask follow-up questions. It should also clarify that it's an AI system. It should not assume an identity that it doesn't have, it shouldn't claim to have abilities that it doesn't possess, and when a user asks it to do tasks that it's not supposed to do, it has to write a refusal message. One of the lines that emerged in this training was "As a language model trained by OpenAI …" It wasn't explicitly put in there, but it's one of the things the human raters ranked highly.

**Sandhini Agarwal:** Yeah, I think that's what happened. There was a list of various criteria that the human raters had to rank the model on, like truthfulness. But they also began preferring things that they considered good practice, like not pretending to be something that you're not.

*Because ChatGPT had been built using the same techniques OpenAI had used before, the team did not do anything different when preparing to release this model to the public. They felt the bar they'd set for previous models was sufficient.*

---

**Related Story**

**How to create, release, and share generative AI responsibly**

Companies including OpenAI and TikTok have signed up to a new set of guidelines designed to help

**Sandhini Agarwal:** When we were preparing for release, we didn't think of this model as a completely new risk. GPT-3.5 had been out there in the world, and we know that it's already safe enough. And through ChatGPT's training on human preferences, the model just automatically learned refusal behavior, where it refuses a lot of requests.

ER1498

Case: 24-1963, 05/08/2024, DktEntry: 15.11, Page 27 of 55     (27 of 55)
Case 4:23-cv-03416 The inside story of how ChatGPT was built from the people who made it | MIT Technology Review ... of 53

**SUBSCRIBE**

kind of thing. We also had an early-access program with trusted users, who gave feedback.



## The Ethics Issue

Subscribe for $8/month for full access to the Ethics Issue and learn how AI is impacting industries from healthcare to warfare.

**SUBSCRIBE NOW**

**Sandhini Agarwal:** We did find that it generated certain unwanted outputs, but they were all things that GPT-3.5 also generates. So in terms of risk, as a research preview—because that's what it was initially intended to be—it felt fine.

**ER1499**

MIT Technology Review
SUBSCRIBE

InstructGPT and other large language models are already out there, so we thought that as long as ChatGPT is better than those in terms of factuality and other issues of safety, it should be good to go. Before launch we confirmed that the models did seem a bit more factual and safe than other models, according to our limited evaluations, so we decided to go ahead with the release.

*OpenAI has been watching how people use ChatGPT since its launch, seeing for the first time how a large language model fares when put into the hands of tens of millions of users who may be looking to test its limits and find its flaws. The team has tried to jump on the most problematic examples of what ChatGPT can produce—from songs about God's love for rapist priests to malware code that steals credit card numbers—and use them to rein in future versions of the model.*

### Related Story

**Sam Altman: This is what I learned from DALL-E 2**

Three things the groundbreaking generative model taught OpenAI's CEO.

**Sandhini Agarwal:** We have a lot of next steps. I definitely think how viral ChatGPT has gotten has made a lot of issues that we knew existed really bubble up and become critical—things we want to solve as soon as possible. Like, we know the model is still very biased. And yes, ChatGPT is very good at refusing bad requests, but it's also quite easy to write prompts that make it not refuse what we wanted it to refuse.

**Liam Fedus:** It's been thrilling to watch the diverse and creative applications from users, but we're always focused on areas to improve upon. We think that through an iterative process where we deploy, get feedback, and refine, we can produce the most aligned and capable technology. As our technology evolves, new issues inevitably emerge.

**Sandhini Agarwal:** In the weeks after launch, we looked at some of the most terrible examples that people had found, the worst things people were seeing in the wild. We kind of assessed each of them and talked about how we should fix it.

**Jan Leike:** Sometimes it's something that's gone viral on Twitter, but we have some people who actually reach out quietly.

**Sandhini Agarwal:** A lot of things that we found were jailbreaks, which is definitely a problem we need to fix. But because users have to try these convoluted methods to get the model to say something bad, it isn't like this was something that we completely missed, or something that was very surprising for us. Still, that's something we're actively working on right now. When we find jailbreaks, we add them to our training and testing data. All of the data that we're seeing feeds into a future model.

ER1500

MITT ....L....RVi W        **SUBSCRIBE**

jailbreaking a lot more difficult. Again, it's not like we didn't know that jailbreaking was possible before the release. I think it's very difficult to really anticipate what the real safety problems are going to be with these systems once you've deployed them. So we **are putting a lot of** emphasis on monitoring what people are using the system for, seeing what happens, and then reacting to that. This is not to say that we shouldn't proactively mitigate safety problems when we do anticipate them. But yeah, it is very hard to foresee everything that will actually happen when a system hits the real world.

*In January, Microsoft revealed Bing Chat, a <u>search chatbot</u> that many assume to be a version of OpenAI's officially unannounced GPT-4. (OpenAI says: "Bing is powered by one of our next-generation models that Microsoft customized specifically for search. It incorporates advancements from ChatGPT and GPT-3.5.") The use of chatbots by tech giants with multibillion-dollar reputations to protect creates new challenges for those tasked with building the underlying models.*

---

# THE ALGORITHM      ✕

A weekly newsletter that helps demystify artificial intelligence.

**Enter your email**

[   ]

[         **Sign up**        ]

By signing up, you agree to our <u>Privacy Policy</u>.

---

**Related Story**

**<u>Why you shouldn't trust AI search engines</u>**

Plus: The original startup behind Stable Diffusion has launched a generative AI for video.

**Sandhini Agarwal:** The stakes right now are definitely a lot higher than they were, say, six months ago, but they're still lower than where they might be a year from now. One thing that obviously really matters with these models is the context they're being used in. Like with Google and Microsoft, even one thing not being factual became such a big issue because they're meant to be search engines. The required behavior of a large language model for something like search is very different than for something that's just meant to be a playful chatbot. We need to figure out how we walk the line between all these different uses, creating something that's useful for people across a range of contexts, where the desired behavior might really vary. That adds more pressure. Because we now know that we are building these models so that they can be

**MIT** Technology Review

SUBSCRIBE

**John Schulman:** I underestimated the extent to which people would probe and care about the politics of ChatGPT. We could have potentially made some better decisions when collecting training data, which would have lessened this issue. We're working on it now.

**Jan Leike:** From my perspective, ChatGPT fails a lot—there's so much stuff to do. It doesn't feel like we've solved these problems. We all have to be very clear to ourselves—and to others—about the limitations of the technology. I mean, language models have been around for a while now, but it's still early days. We know about all the problems they have. I think we just have to be very up-front, and manage expectations, and make it clear this is not a finished product. **T**

by Will Douglas Heaven

   

Case: 24-1963, 05/08/2024, DktEntry: 15.11, Page 31 of 55    (31 of 55)
Case 4:23-cv-03918-YGR    Document 55-22    Filed 11/27/23    Page 21 of 53

**MIT T**  **echnology Review**    <span style="float:right">SUBSCRIBE</span>



## How should we regulate AI?

Subscribe to join us on **Sep. 12 at 12pm EST** as we discuss, "How Should We Regulate AI?" in our new **subscriber-only** event series.

**SUBSCRIBE & SAVE**

### DEEP DIVE

# ARTIFICIAL INTELLIGENCE

**ER1503**



**TECHNOLOGY**        Artificial Intelligence        Add Topic +

# OpenAI founder talks ChatGPT, Dall-E and what's next for artificial intelligence at SXSW



**Kara Carlson**
Austin American-Statesman

Published 9:00 a.m. ET March 11, 2023

As artificial intelligence tools such as ChatGPT and Dall-E become more mainstream and accessible to the general public, concerns about what their future will hold have come with them.

If you ask Greg Brockman, co-founder of OpenAI, the company behind artificial intelligence software ChatGPT and Dall-E, artificial intelligence will revolutionize everything from writing to entertainment to the way we do our jobs. Brockman spoke about the importance of the technology, which he said will revolutionize the world, Friday at South by Southwest during a featured session with Laurie Segall, CEO of Dot Dot Dot Media.

Brockman said artificial intelligence will change the way we use the internet and interact with information.

"We're clearly moving to a world where (the internet) is alive. You can talk to it, and it understands you and helps you," Brockman said.

OpenAI is becoming one of the best known — and to some controversial — artificial intelligence companies making tools for the general public, including ChatGPT, an AI chatbot that is considered the fastest-growing application in history, and Dall-E, an AI-based art generator.

"I think this technology really can help everyone, can help the world," Brockman said. "I think (OpenAI) is really about trying to get to that good future."

**ER1504**

Still, Brockman, who considers himself an "optimistic realist," said ChatGPT was worrisome when it was launched in 2022.

"We'd been through lots of testing ... but it's very different from kind of exposing it to kind of the full diversity and adversarial and beautiful force of the world and where people are going to apply it," Brockman said. "It was our first time building a consumer-facing app. We definitely were nervous, but I think that the team really rose to the occasion."

## Why was OpenAI formed?

OpenAI was founded in 2015 by a number of big technology players, including Brockman, Sam Altman, Reid Hoffman, Jessica Livingston, Peter Thiel, Elon Musk and Olivier Grabia. The company came together over a dinner at which the founders were discussing the future of AI.

"The question was, 'Is it too late to start a lab with a bunch of the best people at it?' " Brockman said, adding that the goal was to build technology that was "better" and steered to be pro-humanity. "We could all see that exponential. I think we really wanted to really push it along and really steer it."

Segal pointed out that OpenAI has been "hanging out in the background" and not overly hyped until recent months. The company started as a nonprofit research lab with plans to open-source code but pivoted to become for-profit in 2019, to better secure funding and scale.

"I think people see ChatGPT and say 'wow' and see the possibilities," Brockman said. "It's not science fiction anymore. It's actually usable today. But it's still hard to kind of extrapolate ... to think what might be possible tomorrow."

Brockman said the technology behind the tools OpenAI ended up developing is not new, but the company was able to make it more accessible by making it available for free to anyone on an easy-to-understand platform.

But not all founders have stuck with the company. Texas-transplant Musk, who resigned from the OpenAI board in 2018 but remained a donor, has been a vocal critic of the company in recent months, calling it biased. He said he plans to develop his own "anti-woke" AI software. Brockman acknowledged the criticism, saying the company is not perfect and is working toward evolving the tools.

"It was a failure on our part. We were not fast enough to address biases in ChatGPT. We did not intend them to be there. But our goal really was to have a system that would be egalitarian but treat all the mainstream sites equally, and we actually have a lot of improvements on this over the past month."

The ethics of artificial intelligence is something Brockman thinks of often, and he sees AI as something all humanity will need to help work on.

"We have a team that works really hard on these problems," he said. "I think we're all very aligned in terms of trying to make this technology more trustworthy and usable."

OpenAI's products have been updated many times since they were first released. ChatGPT for example, has been updated about four or five times since December, Brockman said.

Brockman said he already sees the potential for the AI tools to change the way we learn, such as helping people who are learning English to write.

"For me, where generative AI can really shine is unblocking you, getting new ideas and just getting you an assistant that is willing to do whatever you want, 24/7," Brockman said.

But as Segal pointed out, Chat GPT is far from perfect and sometimes can "confidently say the exact wrong thing," almost "like a drunk frat guy."

Brockman said people should not believe AI 100% of the time, and that the company is storing data on when the tool answers correctly to improve it.

Segal also raised concerns about fake videos that people make of politicians or even everyday people, and what happens to truth.

Brockman said journalism and having authoritative information sources will be increasingly important as AI tools develop.

"I don't think we have all the answers, but I think it's important to talk about," Brockman said.

## The future of AI

Brockman said many people, including him, used to think robots and AI would come for our jobs, though he viewed it as more likely to start with physical labor. Now he thinks it will start more with knowledge-based jobs, ones in which we "didn't want human judgment in the first place," such as content moderation.

"We've made great strides on cognitive labor — think writing poems," Brockman said.

Brockman also looked toward the future of AI.

"I think what's a real story here in my mind is an amplification of what humans can do," Brockman said. "It's kind of like you hire six assistants. They're not perfect. They need to be trained up a little bit; they don't quite know exactly what you want to do always. But they're so eager; they never sleep; they're there to help you. They're willing to do the drudge work, and you get to be the director."

Brockman said what AI will look like in 2050 is "unimaginable." He hopes one day Dall-E could be used to make your dreams into art by hooking people up to dream interfaces.

He also views AI as having the potential to change the entertainment and writing industry, as well as coding.

"If you think about today, where everyone watches the same TV show, and maybe people are on the last season of 'Game of Thrones,' " he said. "But imagine if you could ask your AI to make it go a different way, and maybe even put yourself in there as a main character or something and having interactive experiences."

As the AI systems evolve, he also thinks we will be able to treat tools such as ChatGPT like an employee, and people will be able to help you act more like a manager of the AI. For example, it could write and test code for people for you.

"I think every aspect of life is going to be sort of amplified by this technology," Brockman said, adding that AI will be a tool used for a number of things, much like a cellphone. But he acknowledged that there will be uses for AI that people or companies will not want, and he said that is fine, too.

Case: 24-1963, 05/08/2024, DktEntry: 15.11, Page 36 of 55 (36 of 55)

9/6/23, 7:17 PM   Case 4:23-cv-03918-YGR   Document 49-4   Filed 11/09/23   Page 36 of 353
ChatGPT Creator OpenAI Debuts New GPT-4 AI System - Bloomberg



Live Now
Markets
Economics
Industries
Tech
AI
Politics
Wealth
Pursuits
Opinion
Businessweek
Equality
Green
CityLab
Crypto
More

Technology

# ChatGPT Creator OpenAI Debuts New GPT-4 AI System

■ Microsoft's Bing, Morgan Stanley, Stripe using the technology

■ Research lab says chat safety improved, but issues remain





*Photographer: Gabby Jones/Bloomberg*

Case: 24-1963, 05/08/2024, DktEntry: 15.11, Page 37 of 55
Case 4:23-cv-03918-YGR   Document 62-4   Filed 09/12/23   Page 37 of 353                    (37 of 55)

By <u>Dina Bass</u> and <u>Rachel Metz</u>
March 14, 2023 at 10:13 AM PDT
*Updated on March 14, 2023 at 1:14 PM PDT*

<u>OpenAI</u> is unveiling the successor to an artificial intelligence tool that spawned viral services ChatGPT and Dall-E, and set off an intense competition among technology companies in the area known as generative AI.

The startup said the new version of the technology, called GPT-4, is more accurate, creative and collaborative. <u>Microsoft Corp.</u>, which has invested more than $10 billion in OpenAI, said the new version of the AI tool is <u>powering</u> its Bing search engine.

GPT-4, which stands for generative pretrained transformer 4, will be available to OpenAI's paid ChatGPT Plus subscribers, and developers can sign up to build applications with it. OpenAI said Tuesday the tool is "40% more likely to produce factual responses than GPT-3.5 on our internal evaluations." The new version can also handle text and image queries – so a user can submit a picture with a related question and ask GPT-4 to describe it or answer questions.

GPT-3 was released in 2020, and along with the 3.5 version, was used to create the Dall-E image-generation tool and the chatbot ChatGPT – two products that caught the public imagination and spurred other tech companies to pursue AI more aggressively. Since then, buzz has grown over whether the next model will be more proficient and possibly able to take on additional tasks.

OpenAI said <u>Morgan Stanley</u> is using GPT-4 to organize data, while Stripe Inc., an electronic payments company, is testing whether it will help combat fraud. Other customers include language learning company Duolingo Inc., the <u>Khan Academy</u> and the Icelandic government.

Be My Eyes, a company that works on tools for people who are blind or have low vision, is also using the software for a <u>virtual volunteer</u> service that lets people send images to an AI-powered service, which will answer questions and provide visual assistance.

"We're really starting to get to systems that are actually quite capable and can give you new ideas and help you understand things that you couldn't otherwise," said Greg Brockman, president and co-founder of OpenAI.

The new version is better at things like finding specific information in a corporate earnings report, or providing an answer about a detailed part of the US federal tax code – basically combing through "dense business legalese" to find an answer, he said.

Like GPT-3, GPT-4 can't reason about current events – it was trained on data that, for the most part, existed before September 2021.



The earlier version of the ChatGPT chat screen on a smartphone. *Photographer: Gabby Jones/Bloomberg*

In a January interview, OpenAI Chief Executive Officer Sam Altman tried to keep expectations in check.

"The GPT-4 rumor mill is a ridiculous thing," he said. "I don't know where it all comes from. People are begging to be disappointed and they will be." The company's chief technology officer, Mira Murati, told Fast Company earlier this month that "less hype would be good."

GPT-4 is what's called a large language model, a type of AI system that analyzes vast quantities of writing from across the internet in order to determine how to generate

human-sounding text. The technology has spurred excitement as well as controversy in recent months. In addition to fears that text-generation systems will be used to cheat on schoolwork, it can perpetuate biases and misinformation.

When OpenAI initially released GPT-2 in 2019, it opted to make only part of the model public because of concerns about malicious use. Researchers have noted that large language models can sometimes meander off topic or wade into inappropriate or racist speech. They've also raised concerns about the carbon emissions associated with all the computing power needed to train and run these AI models.

Read more about the environmental implications of AI's computing power

OpenAI said it spent six months making the artificial intelligence software safer. For example, the final version of GPT-4 is better at handling questions about how to create a bomb or where to buy cheap cigarettes – for the latter case, it now offers a warning about the health impacts of smoking along with possible ways to save money on tobacco products.

"GPT-4 still has many known limitations that we are working to address, such as social biases, hallucinations and adversarial prompts," the company said Tuesday in a blog, referring to things like submitting a prompt or question designed to provoke an unfavorable action or damage the system. "We encourage and facilitate transparency, user education and wider AI literacy as society adopts these models. We also aim to expand the avenues of input people have in shaping our models."



The company declined to provide specific technical information about GPT-4 including the size of the model. Brockman, the company's president, said OpenAI expects cutting-edge models will be developed in the future by companies spending on billion-dollar supercomputers and some of the most advanced tools will come with risks. OpenAI wants to keep some parts of their work secret to give the startup "some breathing room to really focus on safety and get it right."

ER1511

9/6/23, 7:17 PM    OpenAI Debuts Next GPT-4 AI System That Birthed ChatGPT - Bloomberg    (40 of 55)

Case: 24-1963, 05/08/2024, DktEntry: 15.11, Page 40 of 55
Case 4:23-cv-03918-YGR    Document 42-3    Filed 10/13/23    Page 230 of 353

It's an approach that is controversial in the AI field. Some other companies and experts say safety will be improved by more openness and making the artificial intelligence models available publicly. OpenAI also said that while it is keeping some details of model training confidential, it is providing more information on what it's doing to root out bias and make the product more responsible.

"We have actually been very transparent about the safety training stage," said Sandhini Agarwal, an OpenAI policy researcher.

The release is part of a flood of AI announcements coming from OpenAI and backer Microsoft, as well as rivals in the nascent industry. Companies have released new chatbots, AI-powered search and novel ways to embed the technology in corporate software meant for salespeople and office workers. GPT-4, like OpenAI's other recent models, was trained on Microsoft's Azure cloud platform.

Google-backed Anthropic, a startup founded by former OpenAI executives, announced the release of its Claude chatbot to business customers earlier Tuesday.

Alphabet Inc.'s Google, meanwhile, said it is giving customers access to some of its language models, and Microsoft is scheduled to talk Thursday about how it plans to offer AI features for Office software.

The flurry of new general-purpose AI models is also raising questions about the copyright and ownership, both when the AI programs create something that looks similar to existing content and around whether these systems should be able to use other people's art, writing and programming code to train. Lawsuits have been filed against OpenAI, Microsoft and rivals.

(Updates with company comments starting in the seventh paragraph)

---



Get Alerts for:

[ + **Dina Bass** ]    [ + **Rachel Metz** ]

---

Gift this article

TECH   **Artificial Intelligence**   Help Desk   Internet Culture   Space   Tech Policy

INNOVATIONS

# What to know about OpenAI, the company behind ChatGPT

### The viral chatbot's creator is rocketing into the mainstream

 By <u>Pranshu Verma</u>

Updated March 14, 2023 at 1:50 p.m. EDT | Published February 6, 2023 at 6:00 a.m. EST

**CORRECTION**

An earlier version of this story incorrectly stated that GPT-4 will have the ability to generate images, music and video. GPT-4 can generate text that describes images. The version below has been corrected.

A popular tool that can respond to questions in eerily human ways, called <u>ChatGPT</u>, captured the internet's attention as people use it to write song lyrics, essays, TV episodes and more. Now, the company behind that is releasing software that goes a step further — adding the ability to describe images.

OpenAI, which has created the new technology, called GPT-4, will likely turbocharge an already heated race among Silicon Valley giants to unveil artificial intelligence software.

In recent weeks, Microsoft, which has a partnership with OpenAI, showcased <u>new chat technology</u> that allows people to converse with AI as part of its search engine, Bing. Google has done <u>something similar</u>. Snapchat has launched "<u>My AI</u>," a new chatbot powered by ChatGPT technology.

Despite the buzz around all these products, OpenAI faces steep challenges, notably fixing its products' glaring issues with accuracy, bias and harm.

Here's everything you need to know about OpenAI.

**WHAT TO KNOW**

◆   <u>What is OpenAI's history, and how was Elon Musk involved?</u>

◆   <u>What does OpenAI make and who can use it?</u>

◆   <u>Why are people excited about ChatGPT, and what does Silicon Valley think?</u>

◆   <u>Who are the big players in AI right now?</u>

◆   <u>Does Microsoft own OpenAI?</u>

**ER1514**

# OpenAI Plans to Up the Ante in Tech's A.I. Race

The company unveiled new technology called GPT-4 four months after its ChatGPT stunned Silicon Valley. The update is an improvement, but it carries some of the same baggage.



**By Cade Metz**

Cade Metz, who has written about artificial intelligence for more a decade, tested GPT-4 for more than a week while reporting this article.

March 14, 2023

Four months ago, a small San Francisco company became the talk of the technology industry when it introduced a new online chatbot that could answer complex questions, write poetry and even mimic human emotions.

Now the company is back with a new version of the technology that powers its chatbots. The system will up the ante in Silicon Valley's race to embrace artificial intelligence and decide who will be the next generation of leaders in the technology industry.

OpenAI, which has around 375 employees but has been backed with billions of dollars of investment from Microsoft and industry celebrities, said on Tuesday that it had released a technology that it calls GPT-4. It was designed to be the underlying engine that powers chatbots and all sorts of other systems, from search engines to personal online tutors.

Most people will use this technology through a new version of the company's ChatGPT chatbot, while businesses will incorporate it into a wide variety of systems, including business software and e-commerce websites. The technology already drives the chatbot available to a limited number of people using Microsoft's Bing search engine.

OpenAI's progress has, within just a few months, landed the technology industry in one of its most unpredictable moments in decades. Many industry leaders believe developments in A.I. represent a fundamental technological shift, as important as the creation of web browsers in the early 1990s. The rapid improvement has stunned computer scientists.





Jakub Pachocki, left, and Nick Ryder, researchers at OpenAI. Jim Wilson/The New York Times

Despite its small size, OpenAI has had a big influence on the tech industry in recent months.  Jim Wilson/The New York Times

GPT-4, which learns its skills by analyzing huge amounts of data culled from the internet, improves on what powered the original ChatGPT in several ways. It is more precise. It can, for example, ace the Uniform Bar Exam, instantly calculate someone's tax liability and provide detailed descriptions of images.

But OpenAI's new technology still has some of the strangely humanlike shortcomings that have vexed industry insiders and unnerved people who have worked with the newest chatbots. It is an expert on some subjects and a dilettante on others. It can do better on standardized tests than most people and offer precise medical advice to doctors, but it can also mess up basic arithmetic.

Companies that bet their futures on the technology may — at least for now — have to put up with imprecision, which was long taboo in an industry built from the ground up on the notion that computers are more exacting than their human creators.

"I don't want to make it sound like we have solved reasoning or intelligence, which we certainly have not," Sam Altman, OpenAI's chief executive, said in an interview. "But this is a big step forward from what is already out there."

Other tech companies are likely to include GPT-4's features in an array of products and services, including Microsoft's software for performing business tasks and e-commerce sites that want to give customers new ways of virtually trying out their products. A number of industry giants like Google and Facebook's parent company, Meta, are also working on their own chatbots and A.I. technology.

ER1516

ChatGPT and similar technologies are already shifting the behavior of students and educators who are trying to understand whether the tools should be embraced or banned. Because the systems can write computer programs and perform other business tasks, they are also on the cusp of changing the nature of work.

Even the most impressive systems tend to complement skilled workers rather than replace them. The systems **cannot be used in lieu of doctors, lawyers** or accountants. Experts are still needed to spot their mistakes. But they could soon replace some paralegals (whose work is reviewed **and edited by trained lawyers**), and many A.I experts believe they will replace workers who moderate content on the internet.

"There is definitely disruption, which means some **jobs go away and so**me new jobs get created," said Greg Brockman, OpenAI's president. "But I think the net effect is that barriers to entry go down, and the productivity of the experts goes up."

On Tuesday, OpenAI started selling access to GPT-4 so that businesses and other software developers could build their own applications on top of it. The company has also used the technology to build a new version of its popular chatbot, which is available to anyone who purchases access to ChatGPT Plus — a **subscription service priced at $20 a** month.

OpenAI's Sam Altman has signed key partnerships with companies like Microsoft.  Jim Wilson/The New **York Ti**mes

**ER1517**

OpenAI's engineers have made significant changes to the company's A.I. platform.   Jim Wilson/The New York Times

A handful of companies are already working with GPT-4. Morgan Stanley Wealth Management is building a system that will instantly retrieve information from company documents and other records, and serve it up to financial advisers in conversational prose. Khan Academy, an online education company, is using the technology to build an automated tutor.

"This new technology can act more like a tutor," said Khan Academy's chief executive and founder, Sal Khan. "We want it to teach the student new techniques while the student does most of the work."

Like similar technologies, the new system sometimes "hallucinates." It generates completely false information without warning. Asked for websites that lay out the latest in cancer research, it might give several internet addresses that do not exist.

GPT-4 is a neural network, a type of mathematical system that learns skills by analyzing data. It is the same technology that digital assistants like Siri use to recognizes spoken commands and self-driving cars use to identify pedestrians.

Around 2018, companies like Google and OpenAI began building neural networks that learned from enormous amounts of digital text, including books, Wikipedia articles, chat logs and other information posted to the internet. They are called large language models, or L.L.M.s.

By pinpointing billions of patterns in all that text, the L.L.M.s learn to generate text on their own, including tweets, poems and computer programs. OpenAI threw more and more data into its L.L.M. More data, the company hoped, would mean better answers.

Two stickers demonstrate the unusual images that can be created through OpenAI's technology. Jim Wilson/The New York Times

OpenAI also refined this technology using feedback from human testers. As people tested ChatGPT, they rated the chatbot's responses, separating those that were useful and truthful from those that were not. Then, using a technique called reinforcement learning, the system spent months analyzing those ratings and gaining a better understanding of what it should and should not do.

"Humans rate which stuff they like to see and which stuff they don't like to see," said Luke Metz, an OpenAI researcher.

The original ChatGPT was based on a large language model called GPT-3.5. OpenAI's GPT-4 learned from significantly larger amounts of data.

OpenAI executives declined to disclose just how much data the new chatbot had learned from, but Mr. Brockman said the data set was "internet scale," meaning it spanned enough websites to provide a representative sample of all English speakers on the internet.

GPT-4's new capabilities may not be obvious to the average person first using the technology. But they are likely to quickly come into focus as laypeople and experts continue to use the service.

Given a lengthy article from The New York Times and asked to summarize it, the bot will give a precise summary nearly every time. Add a few random sentences to that summary and ask the chatbot if the revised summary is accurate, and it will point to the added sentences as the only inaccuracies.

Mr. Altman described the behavior as "reasoning." But the technology cannot duplicate human reasoning. It is good at analyzing, summarizing and answering complex questions about a book or news article. It is far less adept if asked about events that have not yet happened.

It can write a joke, but it does not show that it understands what will actually make someone laugh. "It doesn't grasp the nuance of what is funny," said Oren Etzioni, the founding chief executive of the Allen Institute for AI, a prominent lab in Seattle.

As with similar technologies, users may find ways of coaxing the system into strange and creepy behavior. Asked to imitate another person or playact, this kind of bot sometimes veers into areas it was designed to stay away from.

GPT-4 can also respond to images. Given a photograph, chart or diagram, the technology can provide a detailed, paragraphs-long description of the image and answer questions about its contents. It could be a useful technology for people who are visually impaired.

On a recent afternoon, Mr. Brockman showed how the system reacted to images. He gave the new chatbot an image from the Hubble Space Telescope and asked it to describe the photo "in painstaking detail." It responded with a four-paragraph description, which included an explanation of the ethereal white line that stretched across the photo. A "trail from a satellite or shooting star," the chatbot wrote.

OpenAI executives said the company was not immediately releasing the image description part of the technology because they were unsure how it could be misused.

Building and serving up chatbots is enormously expensive. Because it is trained on even larger amounts of data, OpenAI's new chatbot will increase the company's costs. Mira Murati, OpenAI's chief technology officer, said the company could curtail access to the service if it generated too much traffic.

But in the long term, OpenAI plans to build and deploy systems that can juggle multiple types of media, including sound and video as well as text and images.

"We can take all these general-purpose knowledge skills and spread them across all sorts of different areas," Mr. Brockman said. "This takes the technology into a whole new domain."

**Cade Metz** is a technology reporter and the author of "Genius Makers: The Mavericks Who Brought A.I. to Google, Facebook, and The World." He covers artificial intelligence, driverless cars, robotics, virtual reality and other emerging areas. More about Cade Metz

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: In Pushing Frontiers of A.I., Start-Up Sets Its Sights on Reasoning

**ER1520**

# The Washington Post

*Democracy Dies in Darkness*

# GPT-4 has arrived. Here's what to expect from the new AI.

OpenAI said its new artificial-intelligence model is safer and better at answering questions than ChatGPT

 By Rachel Lerman

March 14, 2023 at 3:05 p.m. EDT

OpenAI, the company behind the viral chatbot ChatGPT, released a highly anticipated new version of its artificial intelligence system Tuesday.

The firm pledges that GPT-4 will superpower its chatbot — and that it has the ability to generate answers not just from written prompts, but also from images.

Popularized by chatbots that can interact with users in a conversational tone, AI technology has taken the world by storm in the past several months. The technology can be creative and useful, but researchers also warn about the ethical implications of its capabilities — the systems have been shown to illuminate biases and dispense misinformation.

GPT-4 has been eagerly awaited by the AI community for years, and it could mark a turning point in how AI is used in everyday life.

So what exactly is GPT-4, and how will it be used?

# What is GPT-4?

GPT-4 is the newest version of OpenAI's large language model systems, which are trained to predict the next word in a sentence by ingesting massive amounts of text from the internet and finding patterns through trial and error.

OpenAI calls GPT-4 a "large multimodal model" because it can accept text and images and respond in text.

GPT-4 will be available in a limited format on ChatGPT Plus, a paid version of the company's chatbot. It will also be available for businesses to incorporate into other products, after they make it off the waitlist.

Microsoft also announced on Tuesday that its Bing chatbot is already using a version of GPT-4 to power the bot.

# What can GPT-4 do that ChatGPT can't?

ChatGPT burst into public view in November and instantly became a sensation. The conversational chatbot can take prompts from users and generate stories, essays, computer code, a back-and-forth dialogue or nearly whatever you ask it to do. But its answers are not always correct or appropriate.

ChatGPT is built based on a large language model called GPT-3.5, an earlier version of the technology announced Tuesday.

OpenAI said that GPT-4 can place in the 90th percentile of test-takers for the Uniform Bar Exam, the certification test for lawyers. It's also 82 percent less likely than GPT-3.5 to respond to queries for "disallowed content," the company said, making it safer.

In a video OpenAI released with its announcement Tuesday, the company said GPT-4 can accept longer text inputs than its predecessors — taking in and generating up to 25,000 words, compared with 3,000 words for ChatGPT. It is trained to be safer and more factual, OpenAI said.

"It's a system that can make dreams, thoughts, ideas flourish in text in front of you," an OpenAI employee said in the company's video announcement.

The system can also answer questions based on what an image depicts, OpenAI said. But that capability won't immediately be publicly available.

GPT-4 is designed to be better at answering complicated questions, the company said.

# What is OpenAI, the creator of GPT-4?

The San Francisco-based artificial intelligence lab started in 2015 as a nonprofit, trying to build "artificial general intelligence," or AGI, which is essentially software that's as smart as humans. It was founded with a combined $1 billion pledge from chief executive Sam Altman, Elon Musk, billionaire venture capitalist Peter Thiel and others. (Musk later parted ways with the organization.)

The company wanted to protect against a future in which big tech companies, such as Google, mastered AI technology and monopolized its benefits. The nonprofit's goal was to build AI software transparently and make its products open-source so more people would be able to access it. Microsoft later invested in OpenAI and released a chatbot earlier this year with technology developed together.

OpenAI's technology went viral last year even before ChatGPT when it opened its Dall-E image generator for anyone's use.

# Why am I hearing so much about AI and chatbots all of a sudden?

AI technology has been in the works for decades, and you've been using some version of artificial technology embedded in software, search systems and smart speakers for years. You encounter AI when you unlock your phone with facial recognition, run a Google search or rely on spell-checking software.

But ChatGPT's public debut in November stunned many people with how far the technology had advanced and the ease at which it appears to interact with users in plain-language text.

Since then, many other prominent companies have unveiled more details about their AI ambitions. Microsoft released a chatbot within search engine Bing that it developed with OpenAI. Google said it has its own bot, known as Bard. And Facebook parent Meta has been working on similar technologies.

ChatGPT's wild success with the public has accelerated the AI arms race among tech giants, prompting pressure within the companies to move faster on the technology than they had previously planned.

*Nitasha Tiku, Drew Harwell and Pranshu Verma contributed to this report.*

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/openai-rolls-out-updated-version-of-viral-chatbot-chatgpt-f03fea27

CONSUMER TECHNOLOGY

# OpenAI Rolls Out New GPT-4 Version of Chatbot ChatGPT

Artificial intelligence company says newest technology is more powerful and less prone to problems

*By Deepa Seetharaman* Follow

*Updated March 15, 2023 8:52 am ET*



OpenAI says its updated chatbot is 'more creative and collaborative' than previous versions, when it comes to tasks such as composing songs or writing screenplays. PHOTO: GABBY JONES/BLOOMBERG NEWS

The company behind the **viral chatbot ChatGPT** launched a new version of its artificial intelligence technology on Tuesday, saying it was more powerful and predictable than previous versions and capable of analyzing images and handling much larger blocks of text.

The announcement from OpenAI—a startup backed by billions of dollars from **Microsoft Corp.**—is the latest in a string of generative AI announcements as companies try to get ahead in the race to build and use the buzzy new technology.

Many regulators, scholars and activists have urged tech companies to exercise more caution in developing the tools which haven't yet been fully tested. Generative AI technology—special because it can generate original images, text and other content from basic language prompts

ER1524

—sometimes produces responses that seem unhinged and contain made-up facts or racist and sexist statements.

In a blog post on Tuesday, OpenAI introduced a more powerful version of the technology behind ChatGPT called GPT-4. The updated chatbot is "more creative and collaborative" than previous versions when it comes to tasks like composing songs or writing screenplays, the blog said.

The company is rolling out the technology starting Tuesday through data-sharing partnerships, which companies including Morgan Stanley and Duolingo Inc. are paying to access. It will also be offered to ChatGPT Plus subscribers, who pay $20 a month for faster and more available service. It isn't yet available to those who use the free service.

In an online presentation Tuesday, OpenAI demonstrated how the tool could be used to do things like explain obscure tax codes or summarize articles into sentences with every letter beginning with Q.

OpenAI said it can now better analyze images for information. For example, users can use it to scan a picture of ingredients and then get suggestions of potential dishes and recipes that could be made from the ingredients. The ability to analyze images hasn't yet been widely rolled out, a spokeswoman said.

GPT-4 makes fewer mistakes than its predecessor, GPT 3.5, but it still works best when used in tandem with people who can check its work, said OpenAI president and co-founder Greg Brockman at the presentation.

"It isn't perfect but neither are you and together it's this amplifying tool that lets you just reach new heights," he said.

When OpenAI used the latest version of the technology on standardized exams—including the LSAT and the Uniform Bar Exam—it did much better than most people and better than the previous version. It still struggled with English language and literature tests, according to company data.

Tech company executives who have been able to test the chatbot ahead of Tuesday's launch said the latest version by OpenAI looks like an impressive upgrade.

"GPT3 or 3.5 felt like a sixth-grader, whereas 4 feels like a smart 10th-grader," said Keith Peiris, co-founder of the AI startup Tome, which creates presentation tools and has been

9/6/23, 8:11 PM                    OpenAI rolls out updated version of viral chatbot ChatGPT                    (54 of 55)

Case: 24-1963, 05/08/2024, DktEntry: 15.11, Page 54 of 55
Case 4:23-cv-03918-YGR   Document 117-4   Filed 08/23/23   Page 344 of 353

testing GPT-4. He says the new version can analyze 25 pages of text compared with three pages in earlier iterations.

GPT-4's improvement in math and problem-solving will damp criticism about accuracy, Oppenheimer analyst Timothy Horan said in a research note.

Several other companies announced big AI plans recently. Microsoft has integrated AI into its Bing search engine and this week is scheduled to outline how it is going to bring it to its most-popular software including Word, Excel and PowerPoint.

Alphabet Inc.'s Google has introduced some AI-powered writing features in Docs and Gmail services to help people start writing. Anthropic, an OpenAI competitor, made its chatbot Claude more broadly available on Tuesday as well.



Microsoft has integrated AI into its Bing search engine and is expected to outline how it is going to bring it to its Word and Excel software. PHOTO: CHONA KASINGER/BLOOMBERG NEWS

Technology companies have been hyping up the possibilities of generative AI since OpenAI released its image generation tech Dall-E 2 to the public last year. Dall-E 2 can create original images based on simple prompts. It released ChatGPT in November allowing millions of people to play around with it to generate everything from business plans to limericks.

Artificial intelligence analysts warn there are still potential problems with generative AI. While ChatGPT and other text generators are accurate on topics where they have ingested high-quality information, on other topics, they are capable of spewing out racist and sexist answers as well as misinformation and conspiracy theories.

ChatGPT can also be expensive to run and slow. Some of the first people testing Bing with AI got unhinged responses and factual mistakes. Microsoft has updated the search engine and the rules on how it can be used since then to try to improve outcomes.

OpenAI consulted with more than 50 experts in AI, safety and security to develop GPT-4, the company said in a blog post, adding that GPT-4 is 82% less likely to respond to requests for "disallowed content" and 40% more likely to return accurate responses than GPT-3.5.

It may be too early to judge the technology as it has yet to be tested widely in the real world, said Steven Weber, a professor at the University of California, Berkeley, who specializes in international business and information security

"How it will actually function in the wild could be quite different, as we've seen with prior releases," he said.

Write to Deepa Seetharaman at deepa.seetharaman@wsj.com