ARTIFICIAL INTELLIGENCE

# These 5 companies say GPT-4 has dramatically changed their priorities at work

Early collaborators with OpenAI say entire teams have been pivoted in their organizations to integrate AI into their products.



— A handful of launch partners got early access to OpenAI's GPT-4. NBC News / Getty Images

March 17, 2023, 10:53 AM PDT

**By David Ingram**

SAN FRANCISCO – Businesses and nonprofit groups agree on one thing after testing some of the latest in artificial intelligence: It is already changing the course of their operations.

Five organizations that were among the first to get access to GPT-4, the latest product from San Francisco startup OpenAI, said in interviews that they were reassigning employees, reorienting

internal teams and re-evaluating their strategies in anticipation of the technology upending much of their work.

Their experiences back up the idea that, for better or worse, AI technology may very soon radically alter some people's daily lives.

But the organizations also said that the technology required enormous amounts of work to customize to their specific needs, with employees giving daily feedback to the software to train it on terminology and methods specific to their fields, such as education or finance. OpenAI, best known for creating the AI chatbot ChatGPT, can then integrate the data from that work into its own model to potentially make its technology better.

In effect, each of the early testers is a microcosm of what others might go through as access to GPT-4 expands.

"There's a perception in the marketplace now that you plug into these machines and they give you all the answers," said Jeff McMillan, head of analytics, data and innovation for Morgan Stanley's wealth management division.

That's not true, he said. He said the bank has 300 employees putting some of their time into testing their tech using GPT-4.

"We have a team of people who literally review every response from the prior day," he said.

For Morgan Stanley, the result has been a specialized chatbot built with GPT-4 that serves as an internal research tool for its staff of financial advisers. McMillan said the tool is trained not only on 60,000 research reports on parts of the global economy, but also 40,000 other internal documents from the firm – making it an expert on any financial subject that a financial adviser might want to look up.

To be sure, the early adopters of GPT-4 are not a random sample of the economy. OpenAI, which became for-profit in 2019, hand-picked the organizations over the past weeks and months.

Critics of OpenAI and its competitors allege that the AI sector has benefited from unskeptical hype over the past several months. OpenAI was looking for positive examples to show when it reached out six months ago to Khan Academy, a nonprofit educational organization, founder Sal Khan said.

"The context was: We're going to be working on a next generation model; we want to be able to launch it with positive use cases," he said.

9/6/23, 8:13 PM | GPT-4 has brought a seismic change to the tech industry that has companies scrambling
Case: 24-1963, 05/08/2024, DktEntry: 15.12, Page 3 of 52 (3 of 52)
Case 4:23-cv-03918-YGR Document 1-20 Filed 08/04/23 Page 248 of 353

Khan Academy is best known for its videos on YouTube, but since OpenAI reached out, Khan said it has poured resources into creating Khanmigo, a chatbot tutor that is specially trained in established concepts of teaching.

"We collectively spent about 100 hours fine-tuning the model so that it potentially can behave like a really good tutor," he said.

## Recommended



OUT POLITICS AND POLICY

**Senator appeared to suggest bipartisan bill would censor transgender content online**



INTERNET

**She was a child-free woman enjoying her Saturday. Then came the culture warriors.**

"If you look at the cost of tutoring, this could be a very, very big deal," Khan added. "It's like having an amazing grad student or tutor or professor that you can start talking with in the moment."

Stripe, a tech company that makes payments software and related products for business, said that when it got early access to GPT-4 in January, it pulled 100 employees from their regular jobs and assigned them to an internal "hackathon" in which each person spent a week on average testing out ideas.

Duolingo, an app for learning languages, got access to GPT-4 in the fall, and employees said that CEO Luis von Ahn was so taken with it that he called a meeting for 8 a.m. the following morning and immediately changed people's jobs.

"He, after that, said, 'Pivot your team,'" Edwin Bodge, a product manager, said. "Since then, we've been working extremely closely with GPT-4 and with the OpenAI team."

So far, Duolingo has added a new, paid subscription tier costing $29.99 per month or $167.88 annually, which allows access to a a conversation chatbot in French or Spanish. They've also

**ER1530**

added an AI bot which will explain grammatical concepts to you as you progress through typical Duolingo lessons.

According to Bodge, the company has crafted 1,000-2,000 word prompts for GPT-4 that power the bots. The company would not share the prompts upon request.

All of the organizations who spoke with NBC News said they were proceeding with some degree of caution, given that AI technology is so new and the potential peril is unknown. Mike Buckley, CEO of Be My Eyes, a company that makes an app for people who are blind or have low vision, said that he'd like to get a test version of the app with GPT-4 into more hands, "but we want to be thoughtful and safe."

"Could we launch this more broadly to the community in six to eight weeks? It's possible, but we're going to go where the data and the use cases take us," he said.

The company works by connecting low-vision people with volunteers who, on a video call, can describe to app users what is around them – such as a product label in a grocery store, the directions through an airport or the wording in a greeting card. The version with GPT-4 works without a volunteer on the other end because the AI describes what it "sees" with the camera.

One of the app's blind spokespeople used it to get directions on the London Underground subway system, according to a video she posted on TikTok.



**Make Your Day**

trends start here. On a device or on the web, viewers can watch and discover millions of personalized short videos. Download the app to get started.

 TikTok

"We've tried to break it," Buckley said, adding that his staff ran thousands of tests. "We've slammed the technology as hard as we could for several weeks, and we've been pleasantly surprised."

He said his company hadn't run into any safety concerns with GPT-4, but it has made errors; for example, mixing up a toaster for a slow-cooker on a website. 🦚

David Ingram

David Ingram covers tech for NBC News.

Ben Goggin contributed.

## Sponsored Stories

by Taboola

NTLEMAN TODAY

Things That Make Men Look Old And How You Can Look Younger

ZZDAILY WINNERS

umers in Awe: The Most Realistic Game Yet

MP LEJEUNE WATER CLAIMS

vernment to pay Camp Lejeune victims $230,000

ASSMATES

ok For Any High School Yearbook, It's Free



100% relaxation. 10% savings.

AD | Hotels.com

Taboola Feed



**BREAKING** China's exports drop by 8.8% in August as trade slump persists  ✕

  WATCH**LIVE**  🔍

**TECH**

# Bill Gates says OpenAI's GPT is the most important advance in technology since 1980

PUBLISHED TUE, MAR 21 2023•4:11 PM EDT   UPDATED TUE, MAR 21 2023•5:12 PM EDT

 **Kif Leswing**
@KIFLESWING

WATCH LIVE

## KEY POINTS

- Microsoft founder Bill Gates says that OpenAI's GPT AI model is the most revolutionary advance in technology since he first saw a modern graphical desktop in 1980.

- "The whole experience was stunning," Gates wrote. "I knew I had just seen the most important advance in technology since the graphical user interface."

Follow your favorite stocks **CREATE FREE ACCOUNT**

**In this article**

MSFT **+0.62 (+0.19%)**  +

📈 MARKETS      ▶ CNBC TV      ☰ WATCHLIST      ☰ MENU

ER1533

9/6/23, 8:10 PM

Case: 24-1963, 05/08/2024, DktEntry: 15.12, Page 7 of 52
Case 4:23-cv-03918-YGR Document 47-21... Filed 02/16/24 Page 258 of 353

Bill Gates: OpenAI's GPT is most important advance in technology since 1980

(7 of 52)

**China's exports drop by 8.8% in August as trade slump persists**

**CNBC**    ● WATCH LIVE

Microsoft co-founder Bill Gates says that OpenAI's GPT AI model is the most revolutionary advance in technology since he first saw a modern graphical desktop environment (GUI) in 1980.

Before that, people used their computers through a command line. Gates took the "GUI" technology and based Windows around it, creating a modern-day software juggernaut.

Now, Gates sees parallels with OpenAI's GPT models, which can write text that resembles human output and generate nearly usable computer code.

He wrote in a blog post on Tuesday that he challenged the OpenAI team last year to develop an artificial intelligence model that could pass the Advanced Placement Biology exam. GPT-4, released to the public last week, scored the maximum score, according to OpenAI.

"The whole experience was stunning," Gates wrote. "I knew I had just seen the most important advance in technology since the graphical user interface."

"The development of AI is as fundamental as the creation of the microprocessor, the personal computer, the Internet, and the mobile phone. It will change the way people work, learn, travel, get health care, and communicate with each other. Entire industries will reorient around it. Businesses will distinguish themselves by how well they use it," he continued.

Gates is the latest big name technologist to take a position on recent advancements in AI as a major shift in the technology industry. He joins former Google CEO Eric Schmidt and former Amazon CEO Jeff Bezos who have predicted that data-based machine learning could change entire industries.

Current CEOs also see major business opportunities in AI applications and tools. Nvidia ⊞ CEO Jensen Huang said on Tuesday that the field is experiencing an "iPhone moment," referring to the time when a new technology becomes widely adopted and entrepreneurs see opportunities for new businesses and products.

Gates and Microsoft have close ties to OpenAI, which developed the GPT model. Microsoft

MARKETS        CNBC TV        WATCHLIST        MENU

9/6/23, 8:10 PM
Case: 24-1963, 05/08/2024, DktEntry: 15.12, Page 8 of 52
Bill Gates: OpenAI's GPT AI is most important advance in technology since 1980
(8 of 52)
Case 4:23-cv-03918-YGR Document 72-2 Filed 12/13/23 Page 258 of 353

China's exports drop by 8.8% in August as trade slump persists

 **CNBC**                    ● WATCH LIVE

because companies won't necessarily choose to make those investments themselves.

The entire post from Gates is worth a read over at his blog.

---

Follow your favorite stocks **CREATE FREE ACCOUNT**

---

**In this article**

MSFT **+0.62 (+0.19%)** 🌙 +

## TRENDING NOW

 **68-year-old who 'unretired' shares his secrets to living a happy, regret-free life**

---

 **Trump suffers big loss in E. Jean Carroll defamation case, judge says he's liable**

---

 **Disney's wildest ride: Iger, Chapek and the making of an epic succession mess**

---

 **Texas paid bitcoin miner Riot $31.7 million to shut down during heat wave in August**

---

 **CEO spent savings, 401(k), paychecks to keep cookware brand afloat—now it brings in $170 mil/year**

---



Subscribe to CNBC PRO                    Licensing & Reprints



≡ LOGIN

# FAST COMPANY

SUBSCRIBE

03-24-23

# Did OpenAI just have its 'App Store' moment?

OpenAI's plugins could represent the second major phase in the rise of AI chatbots.



[Screenshots: OpenAI]



**BY MARK SULLIVAN**
5 MINUTE READ

We may have just witnessed the birth of OpenAI's version of an app store.

There were no splashy press events or full-page ads announcing the launch—just a few tweets and a blog post—but the modest debut of ChatGPT's new plugin system could end up being a pivotal moment in the evolution of personal computing.

ER1536

"Assume we are on the cusp of a new computing platform shift, with generative computing platform," says Ben Bajarin, principal and market research firm, "gies will spread very quickly to billions of users."



**FAST COMPANY**

SUBSCRIBE



ER1537



LOGIN                      FAST COMPANY                      SUBSCRIBE

OpenAI said in the blog post that it's rolling out the plug-in program "so we can ... world use, impact ... safely and alignment challenge ... the program will r ... eyond this phase.

## MAKING CHATBOTS USEFUL

OpenAI's AI chatbot, ChatGPT, has seen a meteoric rise in popularity. It climbed to over 100 million users within two months of its November 2022 launch, and has more than 13 million daily active users. Anytime a tech product creates that much energy and attracts that many eyeballs, it becomes a platform. Brands and app developers want to be there. A limited set of developers, including Instacart, Expedia, Shopify, Slack, OpenTable, and Wolfram Alfa, got the opportunity to make their plug-in available at Open AI's ($20 per month) ChatGPT Plus service.

But OpenAI could become something far more than just a hot platform. And the plug-ins could play an important role in ChatGPT's growth by connecting it with actionable third-party knowledge.

"It is interesting how these plug-ins, and eventually other implementations, allow for brands, companies, and services to integrate some of their own proprietary foundational models, or smaller language models, to be used in conjunction with ChatGPTs large models," Bajarin says. "This could be an important trend to come."

OpenAI's plugins could represent the second major phase in the rise of AI chatbots. With ChatGPT, Google's Bard, and Microsoft's Bing Chat we saw "pure" chatbots trained on petabytes of text scraped from the open web. While the current chatbots can generate text that sounds trustworthy, they can also generate completely fabricated information. In chatbots' second phase, they begin to gain access to actionable, sometimes proprietary, data and functionality, and could even begin to take action on a user's behalf. So when ChatGPT gets a user prompt to help plan a trip, for example, it might connect with the AI model or database at Expedia to deliver real flight times and prices. It might even book the tickets on the user's behalf.

The Wolfram Alpha plugin provides something more functional—math and science computations–which will fill a gaping hole in ChatGPT's abilities. "ChatGPT—for all its remarkable prowess in textually generating material 'like' what it's read from the web, etc.—can't itself be expected to do actual nontrivial computations, or to systematically produce correct (rather than just "looks roughly right") data, etc.," writes Stephen Wolfram in a Thursday blog post. "But when it's connected to the Wolfram plugin it can do these things."

As OpenAI explains it its own thought-provoking blog post: "Though not a perfect analogy, plugins can be 'eyes and ears' for language models, giving them access to information that is too recent, too personal, or too specific to be included in the training data."

## A NEW KIND OF PLATFORM

A number of people on Twitter have commented that the launch of the ChatGPT plug-ins looked something like the launch of the iPhone App Store back in 2008.

"OpenAI is creating this intelligent OS like Apple did when it made its platform a mobile OS that allowed third party developers to build mobile apps on the platform," says cofounder and CEO of Perplexity AI Aravind Srinivas. Srinivas worked at OpenAI as a research scientist before launching Perplexity—a conversational search engine powered in part by OpenAI's ChatGPT—in January.

ER1538

LOGIN     FAST C⊙MPANY     SUBSCRIBE 

And while there are definite similarities to Apple's store, it's important to note the differences as well.

"This is not a dynamic we have seen before," Creative Strategies' Bajarin says. "New platforms which require new hardware. PCs, smartphones, VR, AR, etcetera. This new shift is accessible to everyone with a computer and that is a massive immediate opportunity."

OpenAI is beginning its rollout of the plug-ins program just four months after the launch of ChatGPT. "It's really amazing that they moved so fast," Srinivas says. "It's also amazing to see them move so fast on creating a language model that can take actions." For example, in the future, you might be able to take a photograph of a bowl of food in front of you and consult a diet app to ask whether the ingredients are suitable.

He explains that developers might also be attracted to the opportunity to "chain" their own plug-ins with others at ChatGPT. For example, he says, a ChatGPT user could chain the diet app plug-in (for a healthy recipe idea) to Wolfram Alfa's mathematical plug-in (to calculate how much of each ingredient to buy) to Instacart's plug-in (to order the ingredients).

## LOOKING FORWARD

Right now users will have to access the plug-in functionality from the ChatGPT Plus user interface. "But in the future OpenAI may let brands and third-party developers host the plugins at their own sites or apps," OpenAI Engineering Lead Andrey Mishchenko writes in an email to *Fast Company*.

"We would like to eventually roll out plugin support for developers on our API, incorporating the lessons we learn from deployment in ChatGPT," he adds, but his team's priority right now is evolving the plug-ins system to suit the needs of users and developers, and to address safety issues.

But the implications of OpenAI's plug-ins could go way beyond that.

If today's plug-ins give OpenAI's ChatGPT "eyes and ears," it's not hard to imagine another type of program giving the model "hands." A smart home company might decide to develop a plug-in that allows a user to talk to their house (perhaps via voice interactions with ChatGPT) and control lights and window coverings and garage doors. This is a natural language model, empowered with knowledge of home devices and the user's habits and preferences, controlling real world hardware. Consider where that could lead. We'd not be that far from Hal 9000 territory.

If we had something on our phones and computers that knows all about us, all about our belongings and property, all about our friends and family, our entertainment habits, and that could talk to us in a natural way about interacting with all of it, would we need our apps anymore?

It seems very likely that users will eventually be able to choose from hundreds of plug-ins of all kinds while using ChatGPT. Perplexity's Srinivas says his own company, Perplexity AI, will hold conversations about the possibility of having a plug-in at ChatGPT.

"The impact on the developer community could be game-changing," Srinivas says. "It's probably the hottest thing right now, and if the usage really picks up, developers will want to have their plug-ins there so that they don't miss out."



LOGIN          FAST COMPANY          SUBSCRIBE

*Now accepting applications for Most Innovative Companies.*
*Apply by October 6* for your chance to be featured!



## PLUGGED IN

### Sign up for our weekly tech digest.

Email *

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**SIGN UP**

Privacy Policy

### ABOUT THE AUTHOR

Mark Sullivan is a senior writer at Fast Company, covering emerging tech, AI, and tech policy. Before coming to Fast Company in January 2016, Sullivan wrote for VentureBeat, Light Reading, CNET, Wired, and PCWorld **More**

## TECH

### TECH
**Your dream car is a privacy nightmare**

### TECH
**Roku stock surges as streaming service cuts 10% of its workforce**

### TECH
**Arm plans an IPO as AI fever sweeps Wall Street**

## NEWS

### NEWS



Opinion | Columnist

# Tech's AI Armies Are Huge, Yet Struggling to Innovate

New data show Amazon, Microsoft and Google have thousands of AI specialists, but they're still playing catch-up to a tiny team at OpenAI.





More isn't necessarily better. *Photographer: Olivier Douliery/AFP/Getty Images*

By [Parmy Olson](#)
March 26, 2023 at 9:00 PM PDT

 Listen  6:05

Of all the questions that ChatGPT has raised about the future of artificial intelligence, one still reverberates through Silicon Valley: Why couldn't the industry's largest technology firms breed an innovative service with a similar kind of impact, especially after amassing some of the world's largest AI teams?

Exclusive new data from a London-based analytics startup show that the five biggest tech firms have an estimated army of 33,000 people working directly on AI research and development, with Amazon boasting the largest pool of AI-focused employees, at 10,113. Microsoft Corp. has 7,133 AI staff and Google has 4,970, according to Glass.ai, which used machine-learning technology to scrutinize tech company websites and thousands of LinkedIn profiles of their AI-focused employees. The numbers might not yet account for recently announced layoffs at Amazon, which were expected to affect AI staff, but they are also a conservative estimate, excluding software engineers who might well be working on AI, too. ⌐1⌐

---

**Bloomberg Opinion**

**Will India's Name Go the Way of Turkey?**

**The World's Safest Airline Is Crashing Its Brand**

**It's Bad for the World When Xi Chooses Not to Show Up**

**China Isn't Buying the Message US Officials Are Selling**

---

The numbers underscore how seriously the world's biggest technology firms have been taking their work on artificial intelligence, but also how slow and cautious they have been to create services with the technology until a tiny firm, San Francisco-based OpenAI, prodded them to act.

Just a few months after research lab OpenAI released ChatGPT , the chatbot became the fastest-growing online service of all time, sparking a race between Google and Microsoft to plug generative AI into many parts of their software. (Microsoft also has a partnership with OpenAI and has invested more than $10 billion in the smaller company.) Adobe Inc., meanwhile, has unveiled an AI image generator after the

ER1542

success of OpenAI's DALL-E 2, Snap Inc. recently launched a chatbot similar to ChatGPT and Facebook's Meta Platforms Inc. is racing to build similar "AI personas." Most of this is in response to the work of OpenAI's tiny team of artificial intelligence experts, who number just 154 people, according to Glass.ai.

The scuttlebutt in the AI community is that OpenAI's success really comes down to clever marketing. The company has been on a promotional tear for the last two years with glowing media coverage for earlier projects like its language model GPT-3 and DALL-E 2. But its success also comes down to the direct access its most specialized researchers have to the public.

OpenAI isn't a product company but a research and development lab. That means it launched ChatGPT without the battalions of engineers and product managers who would normally have their hands in the development of a product at a larger tech firm – and who inadvertently can create bottlenecks inhibiting the development of new technology.

Amazon makes an interesting alternative case study for turning AI research into successful products. Despite having the largest team of AI researchers in the industry, it has had mixed success turning its AI research into popular or innovative products.

Nearly a decade ago, Amazon introduced Alexa to the world as an exciting new virtual assistant. But the service, available for free through the $99 Echo speaker, has been something of a flop, having drained the company of billions of dollars. Many of Alexa's customers use it to play music or set timers and nothing more.

Why are Alexa and other digital assistants like Siri and Google Assistant so limited when chatbots like ChatGPT are so humanlike and versatile? Because the latter tools are powered by large language models, which are trained to generate text based on huge datasets scraped from the web. Alexa is powered by a more limited command-and-control system, which is programmed to recognize certain commands like, "What time is it?"

An Amazon spokeswoman said the company disagreed that Amazon was limited in what it could do. She added that AI permeates Amazon's operations, noting that AI staff also worked in areas like product recommendations, its cloud-computing business Amazon Web Services (AWS) and its warehouse logistics systems.

ER1543

Amazon's cloud-computing business AWS has been striking partnerships recently with some of the hottest names in machine learning, including Stability AI, which used AWS's computing infrastructure to build and deploy its image-generating tool Stable Diffusion. In February Amazon partnered with Hugging Face, which is building a rival to ChatGPT on Amazon's cloud-computing system.

These promising partnerships might offer a new strategic path for the company after its own internal efforts to build large-scale AI services struggled.

On Monday, Amazon announced it was laying off 9,000 more staff in the coming weeks, adding to some 18,000 previously disclosed job cuts. But the company has been building up its AI workforce for many years, and even went on a hiring spree in the field over the last five years. Glass.ai's data show that after 2018, Amazon pulled well ahead of Google, Microsoft, Meta Platforms Inc. and Apple to hire more staff in artificial intelligence.

It's possible that many of Amazon's latest layoffs will be concentrated in its struggling Alexa business. Amazon had about 10,000 staff working on Alexa back in November 2022, according to the Wall Street Journal, and while that number will likely include many sales and marketing staff, there will also be significant overlap with the 10,000 AI-focused staff that Glass.ai identified. 2



The downside to OpenAI's straight-to-market approach is that it is releasing a powerful and largely untested tool to the public. In treating its first millions of users like guinea pigs, the company also risks creating social harms it didn't anticipate. GPT-4, its latest language model, underwent six months of safety testing before being unleashed to the wild. But it is still unclear whether or to what extent these tools will spread misinformation, upend livelihoods or be misused by bad actors.

Amazon Chief Executive Officer Andy Jassy is now trying to streamline Amazon to make its processes similarly efficient. He may have to think more carefully about

ER1544

where to direct Amazon's army of AI expertise, but maintaining some caution isn't such a bad idea, either.

## More From Bloomberg Opinion:

- ChatGPT-4 Can't Replicate a Writer's Humanity: Adrian Wooldridge

- GPT-4 Will Turn Work Into a Pressure Cooker: Parmy Olson

- AI Race Between Microsoft, Google Has Loads of Risk: Parmy Olson

**Want more Bloomberg Opinion? OPIN <GO>. Or subscribe to our daily newsletter.**

1. To identify AI employees, Glass.ai's software crawled websites of technology companies and scanned the LinkedIn profiles of hundreds of thousands of employees. It shortlisted "core" AI teams by looking for the following phrases in their job titles and descriptions: AI, AI Architect, AI Developer, Artificial Intelligence, Autonomous Vehicle, Big Data, Computer Vision, Data Analyst, Data Science, Data Scientist, Deep Learning, Language Models, LLM, Machine Intelligence, Machine Learning, ML, Natural Language, Neural, NLP, Research Scientist.

   It excluded people working in finance, sales, marketing, HR and other "non-technical" departments, as well as more generic technical roles like "software engineer" or "software developer," even though people with those titles could be working on AI, too. View in article

2. Apple, at least, is probably avoiding the chatbot race. Glass.ai's analysis of Apple's most recent AI recruits showed that many were focused on computer vision technology, which ties better into Apple's work on a mixed-reality headset. Apple did not respond to a request for comment. View in article

This column does not necessarily reflect the opinion of the editorial board or Bloomberg LP and its owners.

(Recasts second chart to show the correct ranking of Apple and Meta in the race for AI talent.)

To contact the author of this story:
Parmy Olson at polson29@bloomberg.net

To contact the editor responsible for this story:
Wendy Pollack at wpollack@bloomberg.net



**Parmy Olson** is a Bloomberg Opinion columnist covering technology. A former reporter for the Wall Street Journal and Forbes, she is author of "We Are Anonymous."



+ **Get Alerts**

---

   

🎁 Gift this article

---

**In this Article**

---

| AMAZON.COM INC | ALPHABET INC-A |
|---|---|
| 135.36 USD | 134.46 USD |
| ▼ −1.39% | ▼ −0.96% |

---

| MICROSOFT CORP | META PLATFORMS-A |
|---|---|
| 332.88 USD | 299.17 USD |
| ▼ −0.20% | ▼ −0.33% |

---

| ADOBE INC | |
|---|---|
| 561.94 USD | |
| ▼ −0.52% | |

---

**Before it's here, it's on the Bloomberg Terminal**

---

3 Comments

---

# The ChatGPT King Isn't Worried, but He Knows You Might Be

Sam Altman sees the pros and cons of totally changing the world as we know it. And if he does make human intelligence useless, he has a plan to fix it.

 By Cade Metz

March 31, 2023

I first met Sam Altman in the summer of 2019, days after Microsoft agreed to invest $1 billion in his three-year-old start-up, OpenAI. At his suggestion, we had dinner at a small, decidedly modern restaurant not far from his home in San Francisco.

Halfway through the meal, he held up his iPhone so I could see the contract he had spent the last several months negotiating with one of the world's largest tech companies. It said Microsoft's billion-dollar investment would help OpenAI build what was called artificial general intelligence, or A.G.I., a machine that could do anything the human brain could do.

Later, as Mr. Altman sipped a sweet wine in lieu of dessert, he compared his company to the Manhattan Project. As if he were chatting about tomorrow's weather forecast, he said the U.S. effort to build an atomic bomb during the Second World War had been a "project on the scale of OpenAI — the level of ambition we aspire to."

He believed A.G.I. would bring the world prosperity and wealth like no one had ever seen. He also worried that the technologies his company was building could cause serious harm — spreading disinformation, undercutting the job market. Or even destroying the world as we know it.

"I try to be upfront," he said. "Am I doing something good? Or really bad?"

In 2019, this sounded like science fiction.

In 2023, people are beginning to wonder if Sam Altman was more prescient than they realized.

Now that OpenAI has released an online chatbot called ChatGPT, anyone with an internet connection is a click away from technology that will answer burning questions about organic chemistry, write a 2,000-word term paper on Marcel Proust and his madeleine or even generate a computer program that drops digital snowflakes across a laptop screen — all with a skill that seems human.

As people realize that this technology is also a way of spreading falsehoods or even persuading people to do things they should not do, some critics are accusing Mr. Altman of reckless behavior.

This past week, more than a thousand A.I. experts and tech leaders called on OpenAI and other companies to pause their work on systems like ChatGPT, saying they present "profound risks to society and humanity."

And yet, when people act as if Mr. Altman has nearly realized his long-held vision, he pushes back.

"The hype over these systems — even if everything we hope for is right long term — is totally out of control for the short term," he told me on a recent afternoon. There is time, he said, to better understand how these systems will ultimately change the world.



ER1547



Altman, the chief executive of OpenAI, whose company created the online chatbot ChatGPT, and has received more than $13 billion in funding from Microsoft — Jim ... /The New York Times

Many industry leaders, A.I. r... as significant as the creation of the web browser or the iPh...

Some believe it will deliver a ... ieve it could destroy humanity. Still others spend ... yone says it is, insisting that neither nirvana nor doomsda...

Mr. Altman, a slim, boyish-loo... sits calmly in the middle of it all. As chief executive of Ope... pping to balance the myriad possibilities as he moves this...

That means he is often critici... e. "If you're equally upsetting both extreme sides, then you're doing something right," said OpenAI's president, Greg Brockman.

To spend time with **Mr. Altman** is to understand that Silicon Valley will push this technology forward even though it is not quite sure what the implications will be. At one point during our dinner in 2019, he paraphrased Robert Oppenheimer, the leader of the Manhattan Project, who believed the atomic bomb was an inevitability of scientific progress. "Technology happens because it is possible," he said. (**Mr. Altman** pointed out that, as fate would have it, he and Oppenheimer share a birthday.)

He believes that artificial intelligence will happen one way or another, that it will do wonderful things that even he can't yet imagine and that we can find ways of tempering the harm it may cause.

It's an attitude that mirrors **Mr. Altman**'s own trajectory. His life has been a fairly steady climb toward greater prosperity and wealth, driven by an effective set of personal skills — not to mention some luck. It makes sense that he believes that the good thing will happen rather than the bad.

But if he's wrong, there's an escape hatch: In its contracts with investors like Microsoft, OpenAI's board reserves the right to shut the technology down at any time.

## The Vegetarian Cattle Farmer

The warning, sent with the driving directions, was: "Watch out for cows."

**Mr. Altman**'s weekend home is a ranch in Napa, Calif., where farmhands grow wine grapes and raise cattle.

During the week, **Mr. Altman** and his partner, Oliver Mulherin, an Australian software engineer, share a house on Russian Hill in the heart of San Francisco. But as Friday arrives, they move to the ranch, a quiet spot among the rocky, grass-covered hills. Their 25-year-old house is remodeled to look both folksy and contemporary. The Cor-Ten steel that covers the outside walls is rusted to perfection.

As you approach the property, the cows roam across both the green fields and gravel roads.

**Mr. Altman** is a man who lives with contradictions, even at his getaway home: a vegetarian who raises beef cattle. He says his partner likes them.

On a recent afternoon walk at the ranch, we stopped to rest at the edge of a small lake. Looking out over the water, we discussed, once again, the future of A.I.

His message had not changed much since 2019. But his words were even bolder.

He said his company was building technology that would "solve some of our most pressing problems, really increase the standard of life and also figure out much better uses for human will and creativity."



OpenAI employees at work in the cafeteria. Jim Wilson/The New York Times

He was not exactly sure what problems it will solve, but he argued that ChatGPT showed the first signs of what is possible. Then, with his next breath, he worried that the same technology could cause serious harm if it wound up in the hands of some authoritarian government.

Mr. Altman tends to describe the future as if it were already here. And he does so with an optimism that seems misplaced in today's world. At the same time, he has a way of quickly nodding to the other side of the argument.

Kelly Sims, a partner with the venture capital firm Thrive Capital who worked with Mr. Altman as a board adviser to OpenAI, said it was like he was constantly arguing with himself.

"In a single conversation," she said, "he is both sides of the debate club."

He is very much a product of the Silicon Valley that grew so swiftly and so gleefully in the mid-2010s. As president of Y Combinator, the Silicon Valley start-up accelerator and seed investor, from 2014 to 2019, he advised an endless stream of new companies — and was shrewd enough to personally invest in several that became household names, including Airbnb, Reddit and Stripe. He takes pride in recognizing when a technology is about to reach exponential growth — and then riding that curve into the future.

But he is also the product of a strange, sprawling online community that began to worry, around the same time Mr. Altman came to the Valley, that artificial intelligence would one day destroy the world. Called rationalists or effective altruists, members of this movement were instrumental in the creation of OpenAI.

The question is whether the two sides of Sam Altman are ultimately compatible: Does it make sense to ride that curve if it could end in diaster? Mr. Altman is certainly determined to see how it all plays out.

He is not necessarily motivated by money. Like many personal fortunes in Silicon Valley that are tied up in a wide variety of public and private companies, Mr. Altman's wealth is not well documented. But as we strolled across his ranch, he told me, for the first time, that he holds no stake in OpenAI. The only money he stands to make from the company is a yearly salary of around $65,000 — "whatever the minimum for health insurance is," he said — and a tiny slice of an old investment in the company by Y Combinator.

His longtime mentor, Paul Graham, founder of Y Combinator, explained Mr. Altman's motivation like this:

"Why is he working on something that won't make him richer? One answer is that lots of people do that once they have enough money, which Sam probably does. The other is that he likes power."

## 'What Bill Gates Must Have Been Like'

In the late 1990s, the John Burroughs School, a private prep school named for the 19th-century American naturalist and philosopher, invited an independent consultant to observe and critique daily life on its campus in the suburbs of St. Louis.

The consultant's review included one significant criticism: The student body was rife with homophobia.

In the early 2000s, **Mr. Alt**man, a 17-year-old student at John Burroughs, set out to change the school's culture, individually persuading teachers to post "Safe Space" signs on their classroom doors as a statement in support of gay students like him. He came out during his senior year and said the St. Louis of his teenage years was not an easy place to be gay.

Georgeann Kepchar, who taught the school's Advanced Placement computer science course, saw **Mr. Alt**man as one of her most talented computer science students — and one with a rare knack for pushing people in new directions.

"He had creativity and vision, combined with the ambition and force of personality to convince others to work with him on putting his ideas into action," she said. **Mr. Alt**man also told me that he had asked one particularly homophobic teacher to post a "Safe Space" sign just to troll the guy.

**Mr. Graham**, who worked alongside **Mr. Alt**man for a decade, saw the same persuasiveness in the man from St. Louis.

"He has a natural ability to talk people into things," **Mr. Graham** said. "If it isn't inborn, it was at least fully developed before he was 20. I first met Sam when he was 19, and I remember thinking at the time: 'So this is what Bill Gates must have been like.'"

The two got to know each other in 2005 when **Mr. Alt**man applied for a spot in Y Combinator's first class of start-ups. He won a spot — which included $10,000 in seed funding — and after his sophomore year at Stanford University, he dropped out to build his new company, Loopt, a social media start-up that let people share their location with friends and family.



**Mr. Alt**man at the Loopt office, in 2007.   Sherry Tesler for The New York Times

He now says that during his short stay at Stanford, he learned more from the many nights he spent playing poker than he did from most of his other college activities. After his freshman year, he worked in the artificial intelligence and robotics lab overseen by Prof. Andrew Ng, who would go on to found the flagship A.I. lab at Google. But poker taught **Mr. Alt**man how to read people and evaluate risk.

It showed him "how to notice patterns in people over time, how to make decisions with very imperfect information, how to decide when it was worth pain, in a sense, to get more information," he told me while strolling across his ranch in Napa. "It's a great game."

After selling Loopt for a modest return, he joined Y Combinator as a part-time partner. Three years later, **Mr. Graham** stepped down as president of the firm and, to the surprise of many across Silicon Valley, tapped a 28-year-old **Mr. Alt**man as his successor.

**Mr. Alt**man is not a coder or an engineer or an A.I. researcher. He is the person who sets the agenda, puts the teams together and strikes the deals. As the president of "YC," he expanded the firm with near abandon, starting a new investment fund and a new research lab and stretching the number of companies advised by the firm into the hundreds each year.

He also began working on several projects outside the investment firm, including OpenAI, which he founded as a nonprofit in 2015 alongside a group that included Elon Musk. By **Mr. Alt**man's own admission, YC grew increasingly concerned he was spreading himself too thin.

He resolved to refocus his attention on a project that would, as he put it, have a real impact on the world. He considered politics, but settled on artificial intelligence.

He believed, according to his younger brother Max, that he was one of the few people who could meaningfully change the world through A.I. research, as opposed to the many people who could do so through politics.

In 2019, just as OpenAI's research was taking off, Mr. Altman grabbed the reins, stepping down as president of Y Combinator to concentrate on a company with fewer than 100 employees that was unsure how it would pay its bills.

Within a year, he had transformed OpenAI into a nonprofit with a for-profit arm. That way he could pursue the money it would need to build a machine that could do anything the human brain could do.

## Raising '10 Bills'

In the mid-2010s, Mr. Altman shared a three-bedroom, three-bath San Francisco apartment with his boyfriend at the time, his two brothers and their girlfriends. The brothers went their separate ways in 2016 but remained on a group chat, where they spent a lot of time giving one another guff, as only siblings can, his brother Max remembers. Then, one day, Mr. Altman sent a text saying he planned to raise $1 billion for his company's research.

Within a year, he had done so. After running into Satya Nadella, Microsoft's chief executive, at an annual gathering of tech leaders in Sun Valley, Idaho — often called "summer camp for billionaires" — he personally negotiated a deal with Mr. Nadella and Microsoft's chief technology officer, Kevin Scott.

A few years later, Mr. Altman texted his brothers again, saying he planned to raise an additional $10 billion — or, as he put it, "10 bills." By this January, he had done this, too, signing another contract with Microsoft.



Greg Brockman, the president of OpenAI.  Jim Wilson/The New York Times

Mr. Brockman, OpenAI's president, said Mr. Altman's talent lies in understanding what people want. "He really tries to find the thing that matters most to a person — and then figure out how to give it to them," Mr. Brockman told me. "That is the algorithm he uses over and over."

The agreement has put OpenAI and Microsoft at the center of a movement that is poised to remake everything from search engines to email applications to online tutors. And all this is happening at a pace that surprises even those who have been tracking this technology for decades.

Amid the frenzy, Mr. Altman is his usual calm self — though he does say he uses ChatGPT to help him quickly summarize the avalanche of emails and documents coming his way.

Mr. Scott of Microsoft believes that Mr. Altman will ultimately be discussed in the same breath as Steve Jobs, Bill Gates and Mark Zuckerberg.

ER1551

Case: 24-1963, 05/08/2024, DktEntry: 15.12, Page 25 of 52

Case 4:23-cv-03416   Document 52   Filed 05/03/24   Page 25 of 52    (25 of 52)



Mr. Altman with Kevin Scott, the chief technology officer at Microsoft, in February. Ruth Fremson/The New York Times

"These are people who have left an indelible mark on the fabric of the tech industry and maybe the fabric of the world," he said. "I think Sam is going to be one of those people."

The trouble is, unlike the days when Apple, Microsoft and Meta were getting started, people are well aware of how technology can transform the world — and how dangerous it can be.

## The Man in the Middle

In March, Mr. Altman tweeted out a selfie, bathed by a pale orange flash, that showed him smiling between a blond woman giving a peace sign and a bearded guy wearing a fedora.

The woman was the Canadian singer Grimes, Mr. Musk's former partner, and the hat guy was Eliezer Yudkowsky, a self-described A.I. researcher who believes, perhaps more than anyone, that artificial intelligence could one day destroy humanity.

The selfie — snapped by Mr. Altman at a party his company was hosting — shows how close he is to this way of thinking. But he has his own views on the dangers of artificial intelligence.

Mr. Yudkowsky and his writings played key roles in the creation of both OpenAI and DeepMind, another lab intent on building artificial general intelligence.

He also helped spawn the vast online community of rationalists and effective altruists who are convinced that A.I. is an existential risk. This surprisingly influential group is represented by researchers inside many of the top A.I. labs, including OpenAI. They don't see this as hypocrisy: Many of them believe that because they understand the dangers clearer than anyone else, they are in the best position to build this technology.

Mr. Altman believes that effective altruists have played an important role in the rise of artificial intelligence, alerting the industry to the dangers. He also believes they exaggerate these dangers.

As OpenAI developed ChatGPT, many others, including Google and Meta, were building similar technology. But it was Mr. Altman and OpenAI that chose to share the technology with the world.

ER1552

Case: 24-1963, 05/08/2024, DktEntry: 15.12, Page 26 of 52

Case 4:23-cv-03416 Document 15-1 Filed 08/08/23 Page 26 of 53



The OpenAI offices in San Francisco. In its contracts with investors like Microsoft, OpenAI's board reserves the right to shut the technology down at any time. Jim Wilson/The New York Times

Many in the field have criticized the decision, arguing that this set off a race to release technology that gets things wrong, makes things up and could soon be used to rapidly spread disinformation. On Friday, the Italian government temporarily banned ChatGPT in the country, citing privacy concerns and worries over minors being exposed to explicit material.

**Mr. Alt**man argues that rather than developing and testing the technology entirely behind closed doors before releasing it in full, it is safer to gradually share it so everyone can better understand risks and how to handle them.

He told me that it would be a "very slow takeoff."

When I asked Mr. Altman if a machine that could do anything the human brain could do would eventually drive the price of human labor to zero, he demurred. He said he could not imagine a world where human intelligence was useless.

If he's wrong, he thinks he can make it up to humanity.

He rebuilt OpenAI as what he called a capped-profit company. This allowed him to pursue billions of dollars in financing by promising a profit to investors like Microsoft. But these profits are capped, and any additional revenue will be pumped back into the OpenAI nonprofit that was founded back in 2015.

His grand idea is that OpenAI will capture much of the world's wealth through the creation of A.G.I. and then redistribute this wealth to the people. In Napa, as we sat chatting beside the lake at the heart of his ranch, he tossed out several figures — $100 billion, $1 trillion, $100 trillion.

If A.G.I. does create all that wealth, he is not sure how the company will redistribute it. Money could mean something very different in this new world.

But as he once told me: "I feel like the A.G.I. can help with that."

**Cade Metz** is a technology reporter and the author of "Genius Makers: The Mavericks Who Brought A.I. to Google, Facebook, and The World." He covers artificial intelligence, driverless cars, robotics, virtual reality and other emerging areas. More about Cade Metz

A version of this article appears in print on , Section BU, Page 1 of the New York edition with the headline: He's Not Worried, But He Knows You Are

Send us a Tip! | Shop | Subscribe
We may earn a commission from links on this page

# GIZMODO
The Future Is Here

HOME  LATEST  NEWS  HARDWARE  SCIENCE  EARTHER  IO9  AI  SPACE  EN ESPAÑOL

**ARTIFICIAL INTELLIGENCE**

# Everything We Know About OpenAI's ChatGPT

Everybody's talking about ChatGPT, the powerful AI chatbot from OpenAI that generates text. Here are the basics you need to know.

**By Lucas Ropek** Updated May 1, 2023 | Comments (18)



Photo: Iryna Imago (Shutterstock)

If you haven't heard of ChatGPT, the uncanny chatbot from the artificial intelligence lab OpenAI, here is a quick primer on everything you need to know about the controversial program.

9/6/23, 7:53 PM     Case: 24-1963, 05/08/2024, DktEntry: 15.12, Page 28 of 52      Everything We Know About ChatGPT, OpenAI's Powerful AI Creator   (28 of 52)

Case 4:23-CV-03918-YGR   Document 62-2   Filed 03/04/24   Page 273 of 353

---

**Watch**

---

## Why is Everyone Suing AI Companies? | Future Tech



**No Google AI Search, I Don't Need to Learn About the "Benefits of Slavery"**

Friday 9:40AM

---

**Netflix Passwords, ChatGPT Can't Detect AI, and No More CoTweets | Editor Picks**

February 3, 2023

### What Is ChatGPT?

ChatGPT is an artificial intelligence tool that allows a user to generate original text. You can ask it questions, give it creative prompts, and use it to generate a whole bunch of different stuff—from poems, to songs, to essays, to short stories.

### When Did ChatGPT Come Out, and Where Does It Come From?

ChatGPT was created by OpenAI and launched in November of last year. Partially founded by Elon Musk, OpenAI is an organization that is dedicated to the research and development of artificial intelligence. OpenAI has a number of other controversial investors, such as rightwing billionaire Peter Thiel, who offered a substantial amount of financial assistance to the org when it was first setting up shop. OpenAI is run by CEO Sam Altman, who is also a founder of the organization.

9/6/23, 7:53 PM    Everything We Know About ChatGPT, OpenAI's Powerful AI Chatbot

Case: 24-1963, 05/08/2024, DktEntry: 15.12, Page 29 of 52    (29 of 52)
Case 4:23-cv-03918-YGR    Document 66-9    Filed 05/29/23    Page 274 of 353

## How Do You Use ChatGPT?

ChatGPT is really easy to use. To get set up, you'll need to create an OpenAI account. This is easy to do and only requires that you fork over an email address and a phone number. After that, you'll be able to use ChatGPT and the company's other tools like DALL E 2, an AI art tool that creates illustrations based on text prompts.

Like a normal chatbot, ChatGPT includes a text field where you can type in questions or commands. Give the chatbot a prompt and it will respond.

For instance, you can ask: "ChatGPT, why is the sky blue?" or "How do I build a birdhouse" or command it to "Write me a Raymond Chandler story about the McDonald's Hamburglar." This chatbot is pretty much down for anything, so feel free to get creative.

## How Does ChatGPT Work?

ChatGPT is powered by a sophisticated algorithm called a large language model. Such algorithms are fed with massive amounts of textual data, which then allow them to respond to prompts in a realistic, human-like fashion, a computational system known as natural language processing.

## Who Is ChatGPT for?

Pretty much anybody can use ChatGPT! As long as you set up an account with OpenAI, you should be good to go.

## Does ChatGPT Have a Mobile App?

No, ChatGPT does not currently have a mobile app, though it seems only natural that one will pop up in the not too distant future.

## Are ChatGPT's Answers Always Correct?

No. In fact, the platform is known for making a lot of things up, and its answers can often be wrong. If you're planning on relying on ChatGPT to write an essay or an article, you're going to want to fact check everything it says.

## Does ChatGPT Cost Money?

**ER1556**

The current answer to this question is: it depends on just how much chatting you want to do with ChatGPT.

For the first few months it was available, ChatGPT didn't cost any money to use, but OpenAI always made it clear that it intended to monetize the chatbot. On Feb. 1st, it was announced that a premium service had been launched. Dubbed ChatGPT Plus, users can shell out $20 a month if they want to try it out. The benefits include "priority access to new features and improvements" and supposed access to the chatbot "even during peak times," because ChatGPT has been known to crash due to popularity.

However, you can still use the free version of ChatGPT (!!!), so there's no need to subscribe unless you have big plans for the chatbot.

### Do I Have to Log into ChatGPT?

You have to log into your OpenAI account to use ChatGPT, but the chatbot itself doesn't require a separate login.

### Can I Make My Chats with ChatGPT Private?

ChatGPT actually has a "private mode." OpenAI says that this mode allows users to turn off their chat history. It also disables OpenAI's ability to use the chat history data to train its AI models. To do this, head to **Settings**, where you can click off the **Chat History & Training** setting. If you change your mind and decide you want to share your data with OpenAI for the purposes of training its AI program, simply press the **Enable chat history** button. The company has also said on the matter: "When chat history is disabled, we will retain new conversations for 30 days and review them only when needed to monitor for abuse, before permanently deleting." It should be noted that—as has been seen with other prominent companies—just because a firm claims your data is private doesn't necessarily mean that's the case, so just be careful with this one.

### What is "Generative AI"?

The term "generative AI" refers to the emergent field of industry and technology that involves artificial intelligence and, of which, ChatGPT is a major part.

ER1557

## Aside from Chatbots, what are some of the other things generative AI can do?

Generative AI is said to have a diversity of applications, including creating art, reproducing elements of video production, simulating human actors and voices, and other knowledge economy and creative industry based roles.

## Are There Problems With ChatGPT?

As much as ChatGPT has excited users, a number of concerns exist about how the platform and others of its kind will impact existing industries as well as educational institutions like colleges and high schools. Some of the concerns include that ChatGPT could...

- Kill the college essay and lead to other academic dysfunction
- Make human writers obsolete
- Generate factually inaccurate news articles (already happened)
- Cause a new disinformation typhoon with such easily-generated text
- Democratize cybercrime and helping to fuel easy malware creation
- Get loads of people fired
- ...and more!

## Can I Use ChatGPT at Work?

You should check with your boss before using ChatGPT at your job. Several Samsung employees found themselves in hot water in March 2023 when they fed the AI chatbot confidential company information, including source code and the transcript of a meeting.

Walmart and Amazon have warned employees not to use it after some of the chatbot's responses. Verizon and JP Morgan Chase have outright banned employees from using it at work.

## Can I use ChatGPT at school?

If you live in the US, your school might block access on school networks and devices like iPads and Chromebooks. New York City Public Schools, the Los Angeles Unified School District, Seattle Public Schools, Virginia's Fairfax County Public Schools, and

ER1558

Alabama's Montgomery County Public schools have all barred students from using the chatbot

## What's Going to Happen With ChatGPT in the Future?

We're not sure about that, but suffice it to say that OpenAI seems to be in a pretty good position for f                                        s $10 billion into

**Continue reading**

9/6/23, 7:45 PM    OpenAI: 2023 CNBC Disruptor 50

Case: 24-1963, 05/08/2024, DktEntry: 15.12, Page 33 of 52    (33 of 52)
Case 4:23-cv-03918-YGR    Document 22-7    Filed 10/10/23    Page 278 of 353

CNBC DISRUPTOR 50

# 1. OpenAI

PUBLISHED TUE, MAY 9 2023 5:50 AM EDT UPDATED THU, MAY 11 2023 10:20 AM EDT

**CNBC.com staff**
@CNBC

SHARE

**In this article**



MSFT  +0.62 (+0.19%)
GOOGL  +0.07 (+0.05%)

Follow your favorite stocks
**CREATE FREE ACCOUNT**

**Founders:** Sam Altman (CEO), Greg Brockman, Ilya Sutskever, Wojciech Zaremba, John Schulman, Elon Musk
**Launched:** 2015
**Headquarters:** San Francisco
**Funding:** N/A
**Valuation:** N/A
**Key technologies:** Artificial intelligence
**Industry:** Enterprise technology
**Previous appearances on Disruptor 50 List:** 0



Persephone Kavallines

Since launching ChatGPT in November, OpenAI has quickly become a household name. Its generative AI chatbot ChatGPT can converse on almost anything and has become a viral sensation. Within a month of release, more than a million people were testing it out enthusiastically to write emails, come up with recipes, articles, school book reports, stories and everything in between.

"I do think we are deep into a new technological wave and this is, I think, the biggest one in a while," said OpenAI CEO Sam Altman in an interview last week with CNBC.



**VIDEO** 03:34

**OpenAI ranks as No. 1 on Disruptor 50 list with $30 billion valuation and 200 million users**

OpenAI started as a nonprofit in 2015 with big-name backers such as Altman, Elon Musk, Peter Thiel, Amazon Web Services, Infosys, and YC Research pledging more than $1 billion to the venture. Microsoft came into the picture in 2019 with a $1 billion investment. The tech giant followed up with a multi-billion-dollar investment in 2023, with some reports putting the figure as high as $10 billion. Today, OpenAI is reportedly valued at $29 billion, though the company has not shared total funding or valuation data.

Microsoft's stepped-up involvement is not only financial, it's also opened the doors to distribution. Microsoft has been integrating the technology into Bing, its search engine, as well as its Microsoft 365 bundle and Dynamics 365 sales and marketing tools.

> **More coverage of the 2023 CNBC Disruptor 50**
>
> These are the 2023 CNBC Disruptor 50 companies
>
> How we chose the 2023 CNBC Disruptor 50
>
> Generative AI is having its iPhone moment
>
> Inside Wiz's rapid ascent to a $10 billion valuation
>
> Watch: CNBC's Julia Boorstin interviews OpenAI CEO Sam Altman

OpenAI is at the heart of the race to integrate AI into everything. Soon after ChatGPT's release, Alphabet released Bard, a competing chatbot, to early testers. Amazon has announced its first language models for developers, while Facebook parent Meta's LLaMa language model leaked online in March. Musk, who left OpenAI's board in 2018, has said he wants to start a competitor to ChatGPT, called TruthGPT.

Besides the heated competition, AI requires massive amounts of investment and computing power. The technology has also

spurred lawsuits about plagiarism and copyrights and raised alarms within the tech community about its capabilities to replace human work. Some commentators have argued that AI might pose a threat to humanity. Both Musk and Apple co-founder Steve Wozniak were among those who signed an open letter calling for a six-month AI research halt.

Further complicating OpenAI's outlook is its unconventional corporate structure. The company transitioned from a non-profit to what it called a capped-profit model in 2019. Under the structure, returns for the first round of investors are capped at 100x their investment. OpenAI says it expects "this multiple to be lower for future rounds."

That financial structure has brought out critics too, none more prominent than Musk, who donated the first $100 million to OpenAI but has no ownership or control, and has bashed the approach. "OpenAI was created as an open source (which is why I named it "Open" AI), non-profit company to serve as a counterweight to Google, but now it has become a closed source, maximum-profit company effectively controlled by Microsoft. Not what I intended at all," he said in a February tweet.

9/6/23, 7:46 PM      Why ChatGPT maker OpenAI is the No. 1 2023 CNBC Disruptor 50 company

Case: 24-1963, 05/08/2024, DktEntry: 15.12, Page 36 of 52
Case 4:23-cv-03918-YGR Document 46-5 Filed 02/02/24 Page 37 of 353
(36 of 52)



CNBC DISRUPTOR 50  |  2023 LIST  |  2022 LIST  |  2021 LIST  |  2020 LIST  |  METHODOLO

**CNBC DISRUPTOR 50**

# Why ChatGPT developer OpenAI is the No. 1 company on the 2023 CNBC Disruptor 50 list

PUBLISHED TUE, MAY 9 2023·6:00 AM EDT    UPDATED THU, MAY 11 2023·3:41 PM EDT


**Julia Boorstin**
@JBOORSTIN

`WATCH LIVE`

## KEY POINTS

- ChatGPT developer OpenAI comes in at No. 1 on the 2023 CNBC Disruptor 50 list, with artificial intelligence the dominant theme in the annual ranking.

- "I do think we are deep into a new technological wave and this is, I think, the biggest one in a while," OpenAI CEO Sam Altman said in an interview.

- The growth in the power of AI has been so rapid and dramatic that among the 50 companies on this year's list, 21 told us that AI already is critically important to more than 50% of their revenue.

---

Follow your favorite stocks   **CREATE FREE ACCOUNT**

**In this article**

`MSFT +0.62 (+0.19%)` 🌙 `+`

---



  

9/6/23, 7:46 PM                    Why ChatGPT maker OpenAI is the No.1 2023 CNBC Disruptor 50 company

Case: 24-1963, 05/08/2024, DktEntry: 15.12, Page 37 of 52                    (37 of 52)
Case 4:23-cv-03918-YGR  Document 86-2  Filed 09/28/23  Page 44 of 353



No innovation has had a greater cultural impact and no technology product has made a bigger splash in the past six months than OpenAI's ChatGPT.

The Microsoft ⊞ -backed startup's generative artificial intelligence chatbot wowed consumers when it debuted at the end of November. It revealed a quantum leap in the ability of humans to seamlessly interact with AI, which in turn can access the entire information universe of the internet.

AI is having its iPhone moment. Apple's breakthrough product sparked the invention of a new ecosystem of apps bringing users new services, ranging from Uber to Instagram, because suddenly they had a computer in their pocket. Coinciding with that mobile revolution was a computing one as well, with exponential power to shift data into the cloud.

Now we're seeing a similar technological boom around AI. It's not just about the startling experience of interacting with the latest chatbots. AI will influence, disrupt and accelerate every industry. In fact, it's already happening.

With OpenAI topping this year's Disruptor 50 list, there's no question that the dominant theme not just for the annual ranking but for the venture-backed tech startup space as a whole is artificial intelligence.



And it's not just companies that have AI at their core. We're seeing a range of enterprise applications for AI to drive efficiency and new capabilities across companies and sectors of the market. Of the 50 companies on this year's list, 21 told us that AI is critically important to more than 50% of their revenue.

Half of the companies in the top 10 of the 2023 CNBC Disruptor 50 list feature key use of AI, and notably, they represent a diverse range of industries and use cases. Canva, the No. 3 company, is integrating ChatGPT into its design tools, giving customers a new way to be creative. No. 4 Disruptor Relativity Space is using AI to make 3D-printed rockets. No. 7 Disruptor Anduril Industries deploys AI to identify and attack security threats. U.K.-based renewable energy company Octopus Energy, No. 8 on this year's list, uses AI to efficiently match energy supply and demand. No. 9 Lineage Logistics uses AI to optimize the movement of goods across the temperature-controlled supply chain.

**More coverage of the 2023 CNBC Disruptor 50**

- These are the 2023 CNBC Disruptor 50 companies
- How we chose the 2023 CNBC Disruptor 50
- Generative AI is having its iPhone moment
- Inside Wiz's rapid ascent to a $10 billion valuation
- Watch: CNBC's Julia Boorstin interviews OpenAI CEO Sam Altman

"I do think we are deep into a new technological wave and this is, I think, the biggest one in a while," OpenAI CEO Sam Altman said in an interview with CNBC late last week.

No. 19 on the Disruptor 50 list, Scale AI, has worked with companies including OpenAI to label the massive amounts of data — images, text, voice and video — that the machines need to digest to become better learners. Also on the list is the No. 44 Disruptor, Cohere, which was founded by former Google Brain researchers who helped develop a new method of natural language processing — transformers — that enable systems to grasp a word's context more accurately.

Altman said OpenAI is seeing artificial intelligence affect nearly every industry. He pointed to the legal profession as a prime example.



"What we're hearing from customers using our API for legal companies is that it is totally transforming the way they work and the efficiency that any one lawyer can achieve and the accuracy, freeing people up to do more of what they do really well, and having this new tool to sort of give them as much leverage as possible," Altman said.

"That is a pattern we're seeing again and again in many industries, and I'm super excited about it," he said.



**OpenAI CEO Sam Altman speaks during a keynote address announcing ChatGPT integration for Bing at Microsoft in Redmond, Washington, Feb. 7, 2023.**

*Jason Redmond | AFP | Getty Images*

Its ability to make stock market investors skittish became clear when Alphabet ⊞'s shares tanked after the rollout — which some employees called rushed — of its ChatGPT competitor, Bard, earlier this year. And in one of the sectors seen as being most acutely at risk from generative AI, education, Chegg saw its shares fall by close to half just because its CEO referenced an impact from ChatGPT on customer growth during its recent earnings call.

For now, OpenAI has a dual revenue stream: an enterprise software model where it charges companies for access to the platform, and a premium chat app it offers to consumers for $20 monthly, in addition to the free version.



"For now, we're pretty happy with these two models. We're super open to explore other things," Altman said, "you know, when we're very much at the very start of this technology."

OpenAI's business customers include [Salesforce](), [Snapchat](), and its backer Microsoft, which is [bringing OpenAI's generative AI technologies]() to its Bing and Edge internet browsers and Microsoft 365 suite of business software, including Word, PowerPoint and Excel.

[Microsoft's cumulative investment in OpenAI]() has reportedly swelled to $13 billion, and the startup's valuation is reported to be as high as $29 billion. The company declined to provide any funding or valuation data.



**VIDEO** 04:15
**OpenAI CEO Sam Altman on the ChatGPT boom: 'We need regulation'**

The growth in the power of AI has been so rapid and dramatic it has sparked concern [from politicians and regulators](). Those looking to play in the space — including Elon Musk, who was an early co-founder of OpenAI and now says he [will launch a competitor]() — are also speaking out about the risks. Musk, along with Apple co-founder Steve Wozniak and a range of professors and CEOs, [signed an open letter]() in March from the Future of Life Institute, urging AI labs to stop training models that are more powerful than OpenAI's GPT-4.

[Altman first responded]() in an appearance at a virtual event at MIT, saying that consistent safety guidelines were needed but that this proposed pause was "missing most technical nuance about



Altman continues to advocate for regulation. "We really need regulation here. We've been calling for it since the start of the company," he said. "I think we're going to get some regulation, and we'll get more over time. And I think that's really critically important. So I'm happy that it's happening."

"I think to get to the future where we have as much of the good use of AI and minimize the what could be quite bad uses of AI," Altman said, "there's just no way around having regulation here. We have regulation for other industries with much less powerful technology. So we should definitely have it here."

Reid Hoffman, partner at venture capital firm Greylock, was an early investor in OpenAI and is now an investor in a number of AI companies and the co-founder of AI startup Inflection. He said he finds some of the criticism to be more dangerous than OpenAI.

"A bunch of it is well-intentioned; there are a bunch of different ways AI can play out," said Hoffman, who is also on the Microsoft board of directors and had served on the OpenAI board before stepping down due to potential conflicts of interest. "Some of it is less well intentioned: 'Everyone else, slow down so I can speed up.' And this is one of those things where it is overall a mistaken effort. ... The call to slow down is, in fact, less safe than what they're proposing," he said, referring to OpenAI and Altman.

In addition to concerns about AI being used to manipulate or mislead, Altman said he is working to tamp down on bias within OpenAI's systems.

"A big part of that is what we call RLHF, or reinforcement learning from human feedback, where we take these models that are pretrained on a significant fraction of the internet and we can sort of push them in certain ways," Altman said. "We can teach the models like, 'Hey, there's a bias here in the data. You shouldn't act this way.'" He said that from GPT-3 to GPT-4 the company has been able to make great strides in reducing bias in the model.

As companies including OpenAI battle bias and push for smart regulation, they're also working with the established tech behemoths, such as Microsoft, and leaders in all sorts of industries to help them evolve, so they're not disrupted.



SQUAWK BOX

THE PROMISE AND PERIL OF AI
OPENAI CEO ON MITIGATING RISK

OpenAI CEO Sam Altman: Getting this right is 'one of the most important questions of our time'

---

Follow your favorite stocks  **CREATE FREE ACCOUNT**

**In this article**

MSFT +0.62 (+0.19%) 🌙 ➕

---

## RELATED



**Flexport CEO Dave Clark resigns from logistics startup after one year in the role**



**Former Disney CEO Bob Iger takes stake in Australian design company Canva**



**The 2023 CNBC Disruptor 50: See the full list of startups taking on the market's biggest companies**

---



Case: 24-1963, 05/08/2024, DktEntry: 15.12, Page 43 of 52
Document 107-4    Filed 01/04/24    Page 43 of 353    (43 of 52)

# OpenAI Introduces ChatGPT App for the iPhone

OpenAI is aiming to build on the popularity of its chatbot with a smartphone app that responds to voice prompts.



**By Cade Metz**
Cade Metz reports on artificial intelligence from San Francisco.

May 18, 2023

Since ChatGPT debuted in November, hundreds of millions of people have experimented with the online chatbot, which can answer questions, write poetry, draft emails and riff on almost any topic from inside a web browser.

On Thursday, OpenAI, the San Francisco artificial intelligence lab behind ChatGPT, unveiled a new version of the chatbot for the iPhone, hoping to build on its enormous popularity.

Unlike the browser-based version of ChatGPT, the smartphone app responds to voice commands, operating a bit like Apple's Siri digital assistant or Amazon's Alexa. The app does not answer with voice, but generates responses in text.

In a blog post, OpenAI said the app was part of its effort to transform its A.I. research into "useful tools that empower people, while continuously making them more accessible." It declined to comment further.

In offering its flagship technology to billions of iPhone users, OpenAI is solidifying its position among the giants of the tech industry. ChatGPT is the most prominent example of what is called generative A.I., technology that can generate text, images and other media based on short prompts. Google, Microsoft and various start-ups have released similar bots and have begun to roll such technology into a wide range of online services.

The result of more than a decade of research at companies like Google and OpenAI, these chatbots are poised to remake everything from internet search engines like Google Search and Bing to email programs like Gmail and Outlook.

They can generate digital text that can be used in almost any context, including for students to write term papers and businesspeople to create email messages and other marketing materials.

The technology is not perfect. Because these chatbots learn by analyzing vast amounts of digital text culled from across the internet, they cannot distinguish between fact and fiction. And the computer code they generate is often flawed.

Today, the technology tends to complement human workers rather than replace their skills outright.

OpenAI is not the first to introduce technology that lets people use ChatGPT with voice; some small companies and independent developers have already done so. Microsoft also offers a version of its Bing chatbot that responds to voice commands.

The new iPhone app is free. Subscribers of ChatGPT Plus — available for $20 a month — can use a more powerful version of the chatbot based on a technology called GPT-4.

OpenAI began rolling out the app in the United States on Thursday and will expand into other countries in the coming weeks. A version of the app for Android phones is also in the works.

**Cade Metz** is a technology reporter and the author of "Genius Makers: The Mavericks Who Brought A.I. to Google, Facebook, and The World." He covers artificial intelligence, driverless cars, robotics, virtual reality and other emerging areas. More about Cade Metz

A version of this article appears in print on , Section B, Page 6 of the New York edition with the headline: OpenAI Releases an iPhone Version of Its ChatGPT App That Responds to Voice Commands



TECH / ARTIFICIAL INTELLIGENCE

# OpenAI will start selling its text-generation tech, and the first customers include Reddit / Previously too dangerous to share; now yours for a price

By **James Vincent**, a senior reporter who has covered AI, robotics, and more for eight years at The Verge.

Jun 11, 2020, 10:51 AM PDT | 💬 0 Comments / 0 New

  



Illustration by Alex Castro / The Verge

Research lab OpenAI, which started as a nonprofit with the goal of mitigating the potential harms of artificial intelligence, has announced its first commercial product: an AI text-generation system that the outfit previously warned was too dangerous to share.

9/6/23, 7:27 PM   OpenAI will start selling its text-generation tech, and these are its first customers - The Verge

Case: 24-1963, 05/08/2024, DktEntry: 15.12, Page 46 of 52                    (46 of 52)
Case 4:23-CV-03918-YGR   Document 221-1   Filed 06/25/24   Page 47 of 252

OpenAI's work on text generation attracted much acclaim after the lab published the text generator GPT-2 in February last year. The project was widely seen as a significant step forward in the field. Users can input any text prompt into GPT-2 — a few lines of a song, a short story, even a scientific paper — and the software will continue writing, matching the style and content to some degree. You can try a web version of GPT-2 for yourself here.

## AI text generation can be used for a huge range of tasks

OpenAI initially limited the release of GPT-2 due to concerns the system would be used for malicious purposes, like the mass-generation of fake news or spam. It later published the code in full, saying it had seen "no strong evidence of misuse." This year, it announced a more sophisticated version of the system, 100 times larger, named GPT-3, which it's now adapted into its first commercial product.

Access to the GPT-3 API is invitation-only, and pricing is undecided. It's also not clear, even to OpenAI itself, exactly how the system might be used. The API could be used to improve the fluency of chatbots, to create new gaming experiences, and much more besides.

AI text generators like GPT-3 work by analyzing a huge corpus of text, and learning to predict what letters and words tend to follow after one another. This sounds like a simple learning approach, but it produces software that is incredibly flexible and varied. GPT-2, for example, has been used to create a range of tools, from chatbots to text-based dungeon generators. And because it learns how to generate data simply by looking for past patterns, it can even be tuned to play chess and solve math problems, given the right training.

So far, OpenAI says the GPT-3 API has around a dozen users. These include the search provider Algolia, which is using the API to better understand natural language search queries; mental health platform Koko, which is using it to analyze when users are in "crisis"; and Replika, which builds "AI companions." Social media

ER1573

9/6/23, 7:27 PM   OpenAI will start selling its text-generation tech to the first customers in a large Reddit - The Verge

Case: 24-1963, 05/08/2024, DktEntry: 15.12, Page 47 of 52          (47 of 52)
Case 4:23-CV-03417... Document 1 Filed 06/26/... Page 47 of 352

The Verge

platform. Reddit is also exploring how the GPT-3 API might be used to help it automate content moderation.

## "We will mistakes here, and we will learn."

OpenAI says, as with the initial launch of GPT-2, it's taking things slowly and keeping an eye out for malicious use cases before it makes the API available to all. "I don't know exactly how long that will take," OpenAI CEO Sam Altman told Bloomberg. "We would rather be on the too-slow than the too-fast side. We will mistakes here, and we will learn."

News of the API's release is notable not only as a step forward for a promising field in machine learning, but also as a milestone in OpenAI's history as a company.

Although the lab was founded as a purely nonprofit enterprise in 2015, it shifted its business model in 2019, creating a for-profit firm named OpenAI LP. The lab's leaders said this was necessary to attract investment (including $1 billion from Microsoft) needed to fund its ambitious work. Some AI researchers, though, criticized the move, saying it undermined the lab's claims to be pursuing sophisticated AI that "benefits all of humanity."

Now that the company has taken further steps into the commercial realm, many will be watching carefully to see how, if at all, this new line of work changes its research priorities.

💬 0 COMMENTS (0 NEW)

FEATURED VIDEOS FROM THE VERGE

### TikTok Hearing

Case: 24-1963, 05/08/2024, DktEntry: 15.12, Page 48 of 52

9/6/23, 8:14 PM    Case 4:23-cv-03918-YGR   Sam Altman-CEO of OpenAI - TIME100 Most Influential Companies 2023   Page 103 of 353      (48 of 52)

← TIME100 MOST INFLUENTIAL COMPANIES 2023

# OpenAI CEO Sam Altman Is Pushing Past Doubts on Artificial Intelligence

BY **EDWARD FELSENTHAL/SAN FRANCISCO** AND **BILLY PERRIGO/LONDON**
JUNE 21, 2023 6:55 AM EDT



"**Y**ou ever watch *Star Trek?*" **Sam** Altman, the CEO who has become the most visible face of the current artificial-intelligence boom, has just called us an Uber. The 38-year-old serial entrepreneur has lately become known for talking up the risks of AI, but he is at his most animated in talking about its possibilities. So transformative is this new technology that responds naturally to our verbal commands that he envisions new hardware for it—something, eventually, like the *Star Trek* holodeck, in which characters use their voice to conjure and interact with 3D simulations of the world. An interface like that feels "fundamentally right," he says.

Altman's company, OpenAI, is only seven years old. It has fewer than 500 employees. Pipe some pan flutes and whale sounds into the airy, light-filled lobby of its headquarters in San Francisco's Mission District, and it could almost be mistaken for a spa. But in the span of 6 months, the company—through its viral product ChatGPT—has vaulted AI into public consciousness. Few doubt it's at the vanguard of a revolution that will, for better or worse and probably both, change the world.

ChatGPT is almost certainly the most rapidly adopted product in the history of technology. It's also one of the more versatile, capable of responding to a vast array of user prompts, from "Tell me a joke" to "Draft 10 slides with ideas to grow revenue at a hair salon." It can write poetry and explain scientific concepts. Altman says he uses it for routine tasks, like pulling highlights from his overflowing email inbox or to "draft a tweet that I was having a hard time with." Essentially a super-powerful auto-complete tool trained to generate language by observing patterns in large quantities of data, it has its limits—including a disconcerting inability to separate truth from fiction. OpenAI's warning about this, placed beneath the text input box, hasn't stopped people from using it for homework, investment advice, and even therapy.

Consumer-facing AIs had hit the market before, but something about ChatGPT's text-message-inspired, conversational interface clicked. In the days following the Nov. 30 release, OpenAI employees were glued to their screens, posting graphs in the company Slack channel as usage numbers took off. "It just kept going up and to the right at a steeper and steeper angle," says Diane Yoon, OpenAI's vice president of people. Two months later, ChatGPT had more than 100 million unique visitors, according to data from Similarweb. Instagram took 30 months to reach that level.

ER1575

*A weekly newsletter featuring conversations with the world's top CEOs, managers, and founders. Join the Leadership Brief.*

It was the start of an AI arms race. Google declared an internal "Code Red" and fused its two AI labs—Google Brain and DeepMind—into one organization. Microsoft, having already invested $3 billion in OpenAI, poured in an additional $10 billion. Billions more flowed into startups and the stocks of public companies that could plausibly (and implausibly) claim AI would supercharge their growth. In March, OpenAI upped the stakes again, releasing an even more powerful tool called GPT-4.

**Tempering all the promise** is real fear. There's little doubt AI will make many jobs extinct, as new technology does, even as it creates new ones. It's also enhancing the ability of bad actors to flood us with fake content masquerading as truth and fake voices that sound eerily like those of our loved ones. Can we trust what we see or hear? Altman acknowledges, with unsettling matter-of-factness, that the answer is probably no. "You can't trust a voice you hear over the phone anymore," he says. "We just all need to start telling people this is coming."

In the wrong hands, these tools could cause even worse problems, launching cyberattacks or causing havoc in financial markets. And if AIs were to become capable of making plans on their own and acting on them—especially if those plans aren't "aligned" to human values—it's possible to imagine them deciding humans are obstacles to their goals. Altman himself joined dozens of other tech leaders and scientists recently to sign a statement that cast the development of AI as a risk on par with pandemics and nuclear war. The worst-case scenario, he said earlier this year, is "lights out for everyone."

Read more: TIME's Full Interview With OpenAI CEO Sam Altman

This has become Altman's calling card, championing the possibilities of AI while urging policymakers to get going on rules of the road to mitigate the dangers. "I'm a Midwestern Jew," says Altman, who grew up in St. Louis. "I think that fully explains my exact mental model—very optimistic, and prepared for things to go super wrong at any point." A related theme of Altman's is adaptability: the idea that success comes from the ability to reorient yourself to even radically new circumstances. In his professional life, adaptability is part of a skill set that guided Altman to great wealth in his late 20s and early 30s, as he helped launch thousands of new companies as a partner and later president of the renowned startup accelerator Y Combinator. It also informs his belief that we as a species can avoid the worst of what AI could bring. "Society is capable of adapting as people are much smarter and savvier than a lot of the so-called experts think," he says. "We can manage this."

The evangelist preaching about risks yet plowing ahead anyway is just one of the dualities that come through in conversation with Altman. He is an outspoken advocate for AI regulation, with his own opinions about which ones should apply to his company. ("You should be skeptical of any company calling for its own regulation," he acknowledges.) He is an avowed capitalist who says he has no equity in OpenAI, structured his company to cap investors' profits, and advocates a universal basic income program to temper inequality, which many believe AI will exacerbate. He professes faith in the ability of these models to continually

ER1576

9/6/23, 8:14 PM

Case: 24-1963, 05/08/2024, DktEntry: 15.12, Page 50 of 52
Case 4:23-cv-03918-YGR Document 52-24 Filed 04/11/24 Page 195 of 353

Sam Altman on OpenAI and Artificial Intelligence | TIME

(50 of 52)

improve, despite the fact that he and his colleagues concede they have limited insight into how the technology will evolve. "Even the people who create them don't actually know what they can and can't do," says Helen Toner, a member of OpenAI's board. "I expect that it's going to be probably years before we really know all the things that GPT-4 can and can't do."

How much we're able to trust the human beings who are "tuning" these powerful machine algorithms—both their intentions and their capabilities—will be one of the great recurring questions of the coming years. In conversation with OpenAI employees across a range of departments, a recognition of AI's dangers is a near universal talking point. It's a far cry from the playbooks of tobacco, fossil-fuel, and social media executives who spent years denying possible harms before finally being forced to acknowledge reality.

The semantics start to sound a bit Orwellian. Yoon, the HR chief, says OpenAI doesn't use the term *competitors,* a nod to the importance of collaboration with others in the field in order to avoid bad outcomes. When asked about the AI arms race, a company spokesman objected to the metaphor, saying "the whole arms race is a bit triggering for us."

**Of course, it's hard to argue that** OpenAI didn't play a significant role in triggering what is now unfolding in the industry. "It is a race," says Tristan Harris, the ethicist who co-founded the Center for Humane Technology, but collaboration among the major players will be key. "We need to coordinate because it's not about getting OpenAI to more safety. That wouldn't do anything because everyone else would just keep going faster." Harris is concerned that "advances in capabilities are exponential and advances in safety measures are linear," and about "the commercial incentives driving the show rather than conscious considerations about what world we want to see."

**Altman views the ChatGPT interface** as an advance over the iPhone in its simplicity, and says it was inspired by his own love of texting as a kid. The decision to give ChatGPT a "horrible," robotic name, Altman says, was a very deliberate one; he frets about the temptation to anthropomorphize AI tools, which can undermine the distinction between humans and machines. Here is another duality: ChatGPT is trained to remind users that it is incapable of having opinions. And yet ChatGPT's human qualities—its conversational interface, its liberal use of the first-person pronoun—were a key part of what made it go viral.

Despite the massive investment from Microsoft and the shift to a profit model that, even capped, allows for 100 times returns, OpenAI still considers itself a research lab committed to its original mission of ensuring artificial general intelligence "benefits all of humanity." The company's culture is defined by it. "I think it's important to push the technology as an antidote to the bad use," says chief operating officer Brad Lightcap. "If this project had started 60, 70 years ago, it probably would've been a government-funded effort."

OpenAI brought in a reported $28 million in revenue last year, which would be less than half of what a typical car dealership brings in. But Altman says he feels little immediate pressure to bring the company's commercial success to the level of its clout. Asked how much time he spends worrying about competition, he says, "You're not going to believe me on this, but almost none at all." What keeps him

ER1577

up at night, he says, is not surging competition from language models such as Google's LaMDA, Meta's LLaMA, and Anthropic's Claude. "This is super different than who gets a little bit more or less market share," Altman says. "We've got to figure out how to manage this and have this go well."

**A few days after our visit, Altman** embarked on a five-week blitz across six continents. The trip, he says, was designed to get him out of the Silicon Valley echo chamber. To some extent, it was also a victory lap—and an attempt to encourage and influence global AI regulation as nation-states wake up to the power of the technology he steers. On his tour, Altman addressed the U.S. Senate, met the British and Indian Prime Ministers, opined on forthcoming E.U. AI regulation, and urged collaboration with China.

On May 24, Altman spoke at a university lecture hall in London. The queue to get in snaked down the road and around a corner. Instead of disappearing backstage after the talk, Altman hopped down into the crowd, where he was surrounded by students and journalists. He posed for selfies and gamely answered questions. After heading out through a revolving door, he had a short discussion with protesters who had come to picket, one carrying a sign that read Stop the suicide AGI race. With no bodyguard or PR handler in sight, it was a starkly different scene from earlier stage-managed tours by Mark Zuckerberg and others.

As with tech companies before his, there is some daylight between what Altman says and what happens behind the scenes. At the London event, Altman told reporters that OpenAI may decide to "cease operating" in the E.U. as a result of the bloc's forthcoming AI regulation. In a meeting last year with E.U. officials, which had not been previously reported, OpenAI pushed back against wording that would have required "general purpose" AI models like ChatGPT to comply with the same rules as AI tools considered by the E.U. to be "high risk."

**Read More:** *OpenAI Lobbied E.U. to Water Down AI Regulation*

In our conversations, Altman expressed deep optimism about society's ultimate ability to adjust to AI's risks. To ensure that the people you hear on the phone or see on video are who they say they are, for example, he foresees society coming to use a mix of technical and social measures, such as code words or cryptographic keys that verify identity. He sees the promise for AI to eventually do a huge amount of the mundane tasks that occupy our days, and at the same time grapple with prompts like "Discover the cure for cancer." Says Altman: "The exciting parts are almost too long to list."

And yet, he has also mused aloud about whether OpenAI did "something really bad" in creating ChatGPT. Altman has long been reported to be a doomsday prepper—with guns, medicines, and gas masks at the ready. He rolls his eyes at the characterization, which he finds overblown, but adds that he does find survivalism "an interesting hobby."

"Look, if AGI goes wrong, no bunker's going to help anyone," he says, adding later: "The scary part is just sort of putting this lever into the world will for sure have unpredictable consequences."

Read TIME's Full Interview With OpenAI CEO Sam Altman

ER1578

*Buy a print of the TIME100 Companies cover featuring Sam Altman here*

**WRITE TO BILLY PERRIGO AT** BILLY.PERRIGO@TIME.COM.

← MORE FROM **TIME100 MOST INFLUENTIAL COMPANIES 2023**



Major League Baseball
By Sean Gregory

Kim Kardashian Loves Your Body
By Belinda Luscombe

ER1579