No. 24-1963

---

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

---

**OPEN ARTIFICIAL INTELLIGENCE, INC. and GUY RAVINE**

*Defendants and Appellants,*

*v.*

**OPENAI, INC.**

*Plaintiff and Appellee.*

---

Appeal from United States District Court
Northern District of California
Hon. Yvonne Gonzalez Rogers
U.S. District Court Case No. 4:23-cv-03918-YGR

---

**APPELLANTS' EXCERPTS OF RECORD
VOLUME 8 of 10**

---

**WAYMAKER LLP**
Ryan G. Baker
rbaker@waymakerlaw.com
Scott M. Malzahn
smalzahn@waymakerlaw.com
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800

*Attorneys for Defendants and Appellants Open Artificial Intelligence, Inc.
and Guy Ravine*

# EXHIBIT Q (continued)

# THE WEEK

Subscribe  Try 6 Free Issues

Home  |  News  |  Technology

**PROFILE**

# Sam Altman: the OpenAI CEO leading the AI revolution

The Silicon Valley entrepreneur is pushing AI into the mainstream while actively warning of its dangers

**KEUMARS AFIFI-SABET**
31 JUL 2023



Altman believes he's done a 'great public service' by releasing ChatGPT despite the risks   Joel Saget/Getty Images

ER1582

The launch of ChatGPT last November propelled OpenAI, and its co-founder and CEO Sam Altman, into the global spotlight.

The generative AI tool "had the world's imagination like nothing in tech's recent history", said The Atlantic, and, for Altman, this was "a moment of triumph", despite the possible dangers the technology could pose.

> Chat GPT, Generative AI and the future of creative work
>
> Will AI steal all our jobs?
>
> OpenAI: the ChatGPT start-up now worth billions

OpenAI was created as a non-profit with the "noble" aim of developing AI while making sure "it doesn't wipe out humanity", said Sky News. Altman, "a tech whizz before he left primary school", founded the start-up in 2015 alongside Elon Musk.

Despite The Atlantic saying that Altman has "zero regrets about letting ChatGPT loose into the world", Sky News added that his "worst fears" are tech companies causing "significant harm to the world". For that reason, he's advocated for government regulation, which would be "critical to mitigate the risks".

ER1583

# Who is Sam Altman?

Altman grew up in St Louis, Missouri, where he learned to program and "disassemble" a Macintosh when he was eight years old, said Tad Friend in The New Yorker. The Mac "became his lifeline to the world", and Altman, who came out as gay to his parents at 16, told the publication that "finding AOL chat rooms was transformative".

## News without agenda

**Try The Week magazine today and get straight to the heart of the issues that matter.**

START YOUR FREE TRIAL  →

He attended John Burroughs School and "changed the whole school", according to Madelyn Gray, the college counsellor, when he "addressed the whole community, announcing that he was gay" after a Christian group boycotted a school assembly about sexuality. He asked whether the school wanted to be "a repressive place or one open to different ideas".

**ER1584**

9/6/23, 8:02 PM
Sam Altman: profile of OpenAI CEO leading the AI revolution | The Week UK
Case: 24-1963, 05/08/2024, DktEntry: 15.13, Page 6 of 142
(6 of 142)
Case 4:23-cv-03918-YGR    Document 118-1    Filed 03/29/2024    Page 301 of 353

## Discover The WeekDay

A twice-daily digest of the biggest news stories of the day – and the best features from our website

_Enter email address..._

**SIGN ME UP**

Altman made his way to Stanford to study computer science, but dropped out after two years. He gave up "a precious spot at one of America's top universities", said Sky News, which amounts to a "rite of passage for the country's leading tech entrepreneurs".

His first venture was a smartphone app called Loopt, founded in 2005, which let people share their real-time location with others. He raised £30 million with the aid of start-up accelerator Y Combinator. This is an "aggressively geeky" three-month boot camp, run twice a year, in how to become a "'unicorn' – Valleyspeak for a billion-dollar company", according to The New Yorker. Altman became a partner of Y Combinator in 2011, then its president in 2014. He then turned his attention to his next start-up, OpenAI, the following year, and stepped back from Y Combinator in 2019.

# Why did Altman co-create OpenAI?

Altman created OpenAI with Musk in 2015 as a "hedged bet on the end of human predominance"; it was born of "Musk's conviction that an AI could wipe us out by accident".

Launching a start-up back then was "akin to assembling an alt-rock band in 1996 or protesting the Vietnam War in 1971 – an act of youthful rebellion gone conformist", said Friend in The New Yorker. "Like everyone in Silicon Valley, Altman professes to want to save the world; unlike almost everyone there, he has a plan to do it," Friend added.

Under his leadership, OpenAI is no longer a non-profit, and has an estimated value of $29 billion, according to Sky News, thanks to the "remarkable success of its generative AI tools" including ChatGPT and DALL-E.

ER1585

# What next for Altman and OpenAI?

"For all the wonder" generative AI is providing, it's matched by concerns including "spreading disinformation or making jobs redundant". Governments are also "scrambling" to effectively regulate a technology that "seems destined to change the world forever". These are also among Altman's "worst fears". For this reason, he "appears keen to be a willing participant" in the responsible use of AI and how regulation should be shaped.

The Silicon Valley CEO, however, sees releasing the technology as "a great public service", said The Atlantic. He also added that "jobs are definitely going to go away, full stop". This is something he "doesn't seem to be too stressed about", said The Byte, and says a "world with AI will be better – though it sounds like he isn't quite sure what that world will look like".

Altman is preparing for what comes next through other ventures including Tools for Humanity, which recently launched a new cryptocurrency project, Worldcoin. The aim, according to Wired, is to create a global ID system that will "help reliably differentiate between humans and AI, in preparation for when intelligence is no longer a reliable indicator of personhood".

SHARE:  

**BUSINESS**        **TECHNOLOGY**        **ARTIFICIAL INTELLIGENCE**

**SILICON VALLEY**

---

# Recommended

ER1586



AI

# OpenAI brings fine-tuning to GPT-3.5 Turbo

**Kyle Wiggers**
@kyle_l_wiggers / 1:00 PM PDT • August 22, 2023



📷 **Image Credits:** STEFANI REYNOLDS/AFP / Getty Images

OpenAI customers can now bring custom data to the lightweight version of GPT-3.5, GPT-3.5 Turbo — making it easier to improve the text-generating AI model's reliability while building in specific behaviors.

OpenAI claims that fine-tuned versions of GPT-3.5 can match or even outperform the base capabilities of GPT-4, the company's flagship model, on "certain narrow tasks."

"Since the release of GPT-3.5 Turbo, developers and businesses have asked for the ability to customize the model to create unique and differentiated experiences for their users," the company wrote in a blog post published this afternoon. "This update gives developers the ability to customize models that perform better for their use cases and run these custom models at scale."

With fine-tuning, companies using GPT-3.5 Turbo through OpenAI's API can make the model better follow instructions, such as having it always respond in a given language. Or they can improve the model's ability to consistently format responses (e.g. for completing snippets of code), as well as hone the "feel" of the model's output, like its tone, so that it better fits a brand or voice.

In addition, fine-tuning enables OpenAI customers to shorten their text prompts to speed up API calls and cut costs. "Early testers have reduced prompt size by up to 90% by fine-tuning instructions into the model itself," OpenAI claims in the blog post.

Fine-tuning currently requires prepping data, uploading the necessary files and creating a fine-tuning job through OpenAI's API. All fine-tuning data must pass through a "moderation" API and a GPT-4-powered moderation system to see if it's in conflict with OpenAI's safety standards, says the company. But OpenAI plans to launch a fine-tuning UI in the future with a dashboard for checking the status of ongoing fine-tuning workloads.

Fine-tuning costs are as follows:

**ER1587**



**Disrupt is almost here!**

**Final tickets on sale now** San Francisco, Sept. 19-21

JOIN 10K TECH LEADERS

- Training: $0.008 / 1K tokens
- Usage input: $0.012 / 1K tokens
- Usage output: $0.016 / 1K tokens

"Tokens" represent raw text — e.g. "fan," "tas" and "tic" for the word "fantastic." A GPT-3.5-turbo fine-tuning job with a training file of 100,000 tokens, or about 75,000 words, would cost around $2.40, OpenAI says.

In other news, OpenAI today made available two updated GPT-3 base models (babbage-002 and davinci-002), which can be fine-tuned as well, with support for pagination and "more extensibility." As previously announced, OpenAI plans to retire the original GPT-3 base models on January 4, 2024.

OpenAI said that fine-tuning support for GPT-4 — which, unlike GPT-3.5, can understand images in addition to text — will arrive sometime later this fall, but didn't provide specifics beyond that.

**TechCrunch Disrupt**                     Sept 19-21 San Francisco, CA

**Register Now**

## Sign up for Newsletters

See all newsletters

☐ Daily

☐ Week in Review

**ER1588**

# The Verge

**ARTIFICIAL INTELLIGENCE / TECH / BUSINESS**

## **OpenAI opens GPT-3.5 Turbo up for custom tuning** / OpenAI says that by fine-tuning its chatbot to focus on specific tasks — like code completion or maintaining a consistent tone — businesses can make ChatGPT a more efficient tool.

By **Wes Davis**, a weekend editor who covers the latest in tech and entertainment. He has written news, reviews, and more as a tech journalist since 2020.

Aug 22, 2023, 3:25 PM PDT  |  ☐ 2 Comments / 2 New

  



Illustration: The Verge

OpenAI has announced that businesses can now fine-tune GPT-3.5 Turbo using their own data — OpenAI claims the resulting custom model can match or exceed

ER1589

**TheVerge**

the adoption of GPT-4 for certain tasks. Later this fall, the company says it will open up the arguably more advanced GPT-4 for the same purpose.

Fine-tuning lets businesses essentially hone ChatGPT to a more focused model that's especially efficient for certain tasks. The supervised training would make a bot that's unique to the client company so that it offers, say, reliable responses in a specific language or with more concise wording. Until now, business customers were limited to GPT-3 variants for this, like davinci-002 or babbage-002.

The model would come pre-trained, like GPT-4, up to September 2021 before being fed company data. OpenAI says that none of that data, nor any input or output, will be used to train models outside of the client company.

Other uses include ensuring the bot is trained to mimic brand voices so they're more consistent — think ad copy or internal communications at least partially written by AI (not that we don't already see plenty). Software companies could use it for routine code like API calls or to dependably format and complete snippets of code.

**Related /**

- **Big companies use AI-generated ads because they're cheap**

GPT-3.5 Turbo is a model family the company debuted earlier this year that it said was ideal for use cases that aren't chat-specific. It can handle 4,000 tokens at a time, which OpenAI says is double what previously offered models could interpret. The company added that early testers have been able to make 90 percent shorter prompts after priming GPT-3.5 with fine-tuned instructions.

Pricing for GPT-3.5 is $0.0080 per 1,000 tokens for training, $0.0120 per 1,000 tokens for input usage, and $0.0160 per 1,000 tokens of the chatbot's output.

Microsoft also offers refinable GPT-based models as part of its AI Builder and Power Virtual Agents services, intended to be connected to a company's internal data to craft responses. Microsoft pitches them as a way to summarize information or generate content for email campaigns. Like OpenAI's fine-tuning bots,

**ER1590**

Case: 24-1963, 05/08/2024, DktEntry: 15.13, Page 12 of 142
Document 2.3.11   Filed 08/12/24   Page 307 of 353      (12 of 142)

# The Verge

Highly customizable AI bots can connect to company data to generate responses from a business' knowledge base.

***Correction August 24th, 2:42PM ET:*** *Pricing is $0.0160 per 1,000 tokens of the chatbot's output, not $0.0120. We regret the error.*

💬 2 COMMENTS **(2 NEW)**

More from this stream **Bing, Bard, and ChatGPT: How AI is rewriting the internet**

**The New York Times blocks OpenAI's web crawler**

Aug 21, 2023, 3:04 PM PDT

**Breaking down how Nvidia became a leader in AI hardware.**

Aug 21, 2023, 8:27 AM PDT

**Books3, a huge literary dataset used to train OpenAI and Meta chatbots, is filled with copyrighted works.**

Aug 20, 2023, 6:37 AM PDT

**AI-generated art cannot be copyrighted, rules a US federal judge**

Aug 19, 2023, 3:42 PM PDT

**SEE ALL 304 STORIES**



TERMS OF USE / PRIVACY NOTICE / COOKIE POLICY / DO NOT SELL OR SHARE MY PERSONAL INFO / LICENSING FAQ

**ER1591**

ARTIFICIAL INTELLIGENCE

# OpenAI launches ChatGPT Enterprise, the company's biggest announcement since ChatGPT's debut

The tool has been in development for "under a year" and had the help of more than 20 companies of varying sizes and industries, OpenAI COO Brad Lightcap told CNBC.



— OpenAI CEO Sam Altman during a hearing in Washington in May.    Elizabeth Frantz / Reuters file

Aug. 28, 2023, 10:52 AM PDT / Source: CNBC.com

**By Hayden Field, CNBC**

9/6/23, 8:02 PM                    OpenAI launches ChatGPT Enterprise, the company's biggest announcement since ChatGPT's debut

Case: 24-1963, 05/08/2024, DktEntry: 15.13, Page 14 of 142                                        (14 of 142)
Case 4:23-cv-03918-YGR    Document 50-8    Filed 08/25/23    Page 14 of 35

OpenAI on Monday announced its biggest news since ChatGPT's debut: It's launching ChatGPT Enterprise, the AI chatbot's business tier, available starting Monday.

The tool has been in development for "under a year" and had the help of more than 20 companies of varying sizes and industries, OpenAI COO Brad Lightcap told CNBC. ChatGPT Enterprise includes access to GPT-4 with no usage caps, performance that's up to two times faster than previous versions, and API credits. Lightcap said that pricing would not be publicly announced and that it "it will depend, for us, on every company's use cases and size." Beta users included Block, Canva and The Estée Lauder Cos.

Earlier this year, Microsoft's expanded investment in OpenAI – an additional $10 billion – made it the biggest AI investment of the year, according to PitchBook, and in April, the startup reportedly closed a $300 million share sale at a valuation between $27 billion-$29 billion, with investments from firms such as Sequoia Capital and Andreessen Horowitz. Two months after ChatGPT's launch in November, it surpassed 100 million monthly active users, breaking records for the fastest-growing consumer application in history: "a phenomenal uptake – we've frankly never seen anything like it, and interest has grown ever since," Brian Burke, a research vice president at Gartner, told CNBC in May.

More than 80% of Fortune 500 companies had teams actively using ChatGPT, per Lightcap and OpenAI.

One key differentiator between ChatGPT Enterprise and the consumer-facing version: ChatGPT Enterprise will allow clients to input company data to train and customize ChatGPT for their own industries and use cases, although some of those features aren't yet available in Monday's debut. The company also plans to introduce another tier of usage, called ChatGPT Business, for smaller teams, but did not specify a timeline.

Lightcap told CNBC that rolling out the enterprise version first, and waiting on the business tier, "gives us a little bit more of a way to engage with teams in a hands-on way and understand what the deployment motion looks like before we fully open it up."

**More from CNBC**

• How to delete yourself from the internet

• Google reportedly building A.I. that offers life advice

- **Microsoft submits new Activision Blizzard takeover deal to British regulator after initial block**

OpenAI noted in a blog post that "We do not train on your business data or conversations, and our models don't learn from your usage," adding that clients' conversation data would be encrypted both at transit and at rest. The company does, however, log aggregate data on how the tool is used, including performance metadata and more, as is relatively standard, Lightcap said.

ChatGPT Enterprise's debut comes as the AI arms race continues to heat up among chatbot leaders such as OpenAI, Microsoft, Google and Anthropic. In an effort to encourage consumers to adopt generative AI into their daily routines, tech giants are racing to launch not only new chatbot apps, but also new features. In May, OpenAI launched its iOS app, followed by the Android app in July. Google is regularly rolling out updates to its Bard chatbot, and Microsoft is doing the same with Bing, introducing features like visual search. Anthropic, the AI startup founded by ex-OpenAI executives, debuted a new AI chatbot, Claude 2, in July, months after raising $750 million over two financing rounds.

## Recommended



OUT POLITICS AND POLICY
**Senator appeared to suggest bipartisan bill would censor transgender content online**



INTERNET
**She was a child-free woman enjoying her Saturday. Then came the culture warriors.**

ChatGPT, like many large language models, is expensive to operate, with each chat likely costing OpenAI "single-digit cents," according to a December tweet by CEO Sam Altman, suggesting that operating the service for 100 million people a month could cost millions of dollars.

The biggest obstacle to ChatGPT Enterprise's development was figuring out how to prioritize features, Lightcap told CNBC.

Out of all the things shipping in the next couple of months, he said, "the prioritization of how you pulled forward those things based on how people are using the product – and what people really want and what's empowering – was the topic of a lot of debate, I would say, on the team."

One concrete example is Code Interpreter, a ChatGPT Plus feature that has since been renamed to Advanced Data Analysis. Lightcap said that the team questioned whether the feature was a priority for ChatGPT Enterprise and that it "sat stack-ranked in a list with a bunch of other things that we think are kind of equally or more exciting," but companies' feedback caused them to prioritize offering it sooner rather than later.

OpenAI plans to onboard "as many enterprises as we can over the next few weeks," per the company's blog post.

Hayden Field, CNBC

Hayden Field is a CNBC reporter



ABOUT

CONTACT

HELP

CAREERS

AD CHOICES

PRIVACY POLICY

YOUR PRIVACY CHOICES

CA NOTICE

NEW TERMS OF SERVICE (UPDATED JULY 7, 2023)

NBC NEWS SITEMAP

CLOSED CAPTIONING

ADVERTISE

SELECT SHOPPING

SELECT PERSONAL FINANCE

© 2023 NBC UNIVERSAL

NEWS                    MSNBC                    TODAY

ER1595



## Technology | AI

# OpenAI Nears $1 Billion of Annual Sales as ChatGPT Takes Off

- Startup has made strides toward generating sales from business
- OpenAI's ChatGPT helped ignite interest in generative AI

By Edward Ludlow
August 29, 2023 at 6:47 PM PDT

🎧 Listen  1:44

OpenAI is on track for $1 billion of annual revenue as businesses adopt the technology behind ChatGPT, the generative AI bot that ignited a wave of artificial intelligence investment.

The startup backed by Microsoft Corp. is earning about $80 million of revenue monthly, a person briefed on the matter said, asking to speak anonymously about undisclosed figures. The Information first reported on OpenAI's revenue, including that it lost 💬 around $540 million in 2022 developing GPT-4 and ChatGPT. A representative for the startup didn't immediately respond to requests for comment outside normal business hours.

OpenAI is regarded as one of several companies at the forefront of gene
which can create content from videos to poetry out of a few simple user



Since debuting its bot in November, OpenAI has worked with companies from fledgling firms to major corporations to incorporate the technology in their businesses and products.

This month, it launched a corporate version of ChatGPT with added features and privacy safeguards, the startup's most significant effort yet to attract a broad mix of business customers and boost revenue from its best-known product.

The rollout of ChatGPT Enterprise is a move forward in OpenAI's plans to make money from its ubiquitous chatbot, which is enormously popular but very expensive to operate because robust AI models require lots of computing power. The San Francisco-based startup has already taken steps toward generating revenue from ChatGPT, such as by selling a premium subscription and offering companies paid access to its application programming interface, which developers can use to add the chatbot to other apps.

Read more: OpenAI Unveils ChatGPT for Businesses, Stepping Up Revenue Push
— *With assistance by Rachel Metz*

---

Follow all new stories by **Edward Ludlow**

    



🎁 Gift this article

---

**In this Article**

**MICROSOFT CORP**
332.88 USD
▼ −0.20%

---

Have a confidential tip for our reporters? **Get in Touch**

**Before it's here, it's on the Bloomberg Terminal**

9/6/23, 7:16 PM    Case 4:23-cv-03918-YGR Document 42 Filed 05/08/24 OpenAI Nears $1 Billion of Annual Sales as ChatGPT Takes Off - Bloomberg    Page 19 of 353    (19 of 142)

Case: 24-1963, 05/08/2024, DktEntry: 15.13, Page 19 of 142

by Vlad Savov and Debby Wu



Technology

# EU Challenges Apple, Microsoft in New Push to Rein in Big Tech Dominance

■ Tech firms set to challenge EU in digital antitrust clampdown

■ Apple's App Store, Google Search, Amazon marketplace on list



EU's DMA Clampdown Targets Big Tech Services

By Samuel Stolton
September 6, 2023 at 2:30 AM PDT
*Updated on September 6, 2023 at 4:39 AM PDT*

🎧 Listen  3:34

Case: 24-1963   05/08/2024   DktEntry: 15.13   Page 20 of 142
Case 4:23-cv-03918-YGR   Document 115-8   Filed 05/17/24   Page 21 of 353

Microsoft Corp. and Apple Inc. face fresh investigations from European Union regulators as part of the bloc's landmark digital markets clampdown, which could end up forcing significant changes in how the firms do business in the region.

The likes of Alphabet Inc.'s Google Search, Apple's App Store and Amazon.com Inc.'s marketplace are among a list of 22 services that fall under the EU's Digital Markets Act, revealed on Wednesday. Now companies including Bytedance Ltd.'s TikTok and Meta Platforms Inc.'s Facebook have six months to fall in line with the new rules or challenge them in the EU court.

However, the European Commission, the bloc's executive arm, said it needed more time to investigate whether Microsoft's Bing, Edge and Advertising services and Apple's iMessage should be exempt from the new rules. The probe will not result in a fine.

Read more: Europe's Two-Track Approach to Policing Big Tech: QuickTake

For its part, Microsoft argues that Bing is too small a competitor to Google so should be exempt, while Apple says it doesn't have the data available to calculate the number of iMessage users.

The commission has also opened a probe to examine whether Apple's iPad operating system should be included in the regulation.

The new rules – which come into force in March – will impose a rigid regime on firms whose practices have previously resulted in billions of euros in fines and tax orders from the watchdog.

It will be illegal for certain platforms to favor their own services over those of rivals. They'll be barred from combining personal data across their different services, prohibited from using data they collect from third-party merchants to compete against them, and will have to allow users to download apps from rival platforms.

"We remain very concerned about the privacy and data security risks the DMA poses for our users," Apple said.

Read more: Big Tech Braces for EU's Biggest Antitrust Crackdown

**ER1599**

"We're extremely disappointed that no market investigation was conducted prior to this decision and are evaluating our next steps," a TikTok spokesperson said in an email.

The new obligations could result in iPhone users being able to download apps from rival app stores, Meta being barred from combining user data between Facebook and Instagram without obtaining permission, and see Google prohibited from favoring its own search verticals – like Shopping – in its general search results.

"We are finally reining in the economic power of six gatekeepers, giving more choice to consumers and creating new opportunities for smaller innovative tech companies," said Thierry Breton, the EU's internal market commissioner.

Margrethe Vestager, the EU's long-time antitrust chief, on Tuesday announced she is taking leave from commission as she pursues a bid for the Presidency of the European Investment Bank.

Microsoft said in statement that it welcomes investigation into some of its services that it described as "challengers in the market."

Google and Meta spokespeople said the firms would would review Wednesday's decision, while Amazon said the firm is "committed to delivering services that meet our customers' requirements within Europe's evolving regulatory landscape."

In July, the commission announced that several platforms had notified the EU they meet thresholds to be designated as a so-called gatekeeper, which includes having a sales across the bloc of at least €7.5 billion ($8.2 billion) or a market capitalization of €75 billion and above.

Platform services are also required to have more than 45 million monthly active end-users and more than 10,000 yearly active business users in the EU, to fall under the rules.

EU officials are expecting their decisions to be taken to court in cases that'll likely be drawn out for years.

The following is the full list of services swept up by the Digital Markets Act:

**ER1600**



WeWork Plans to Renegotiate Nearly All Leases

By <u>Lynn Doan</u>
September 6, 2023 at 7:50 AM PDT
*Updated on September 6, 2023 at 8:43 AM PDT*

🎧 Listen  1:10

<u>WeWork</u> is renegotiating nearly all of its leases with landlords and plans to exit "unfit and underperforming" locations, Chief Executive Officer David Tolley said on Wednesday.

"We intend to remain in the majority of our buildings and markets," Tolley said in a <u>statement</u> posted on the co-working company's website. "As when we've closed locations in the past, we will promptly inform members and offer alternative arrangements and additional support to minimize any disruption or inconvenience."

<u>Read More: Reverse Stock Splits and Why WeWork Is Doing One: QuickTake</u>

WeWork warned investors last month that there was "substantial doubt" about its ability to stay in business. The company's chance of <u>staving off</u> bankruptcy depends in large part on whether it can terminate or renegotiate a substantial number of its leases in more expensive markets.

The disclosure Wednesday failed to rebuild confidence in the business. The shares declined 2% in intraday trading.

The company's business has struggled as many people have continued to work from home after the pandemic, cutting into demand for office space. WeWork has said it's focusing over the next year on cutting rental costs, negotiating more favorable leases, boosting revenue and raising money.

(Updates with shares in the fourth paragraph.)

Follow all new stories by **Lynn Doan**

 **+  Get Alerts**





🎁 Gift this article

---

**In this Article**

**WEWORK INC-CL A**
3.42 USD
▼ **−3.39%**

---

Have a confidential tip for our reporters? **Get in Touch**

**Before it's here, it's on the Bloomberg Terminal**

---

Up Next

## EU Challenges Apple, Microsoft in New Push to Rein in Big Tech Dominance

---

**ER1602**

Learn more about **LSEG**

REUTERS®

My View · Following · Saved

Technology

## OpenAI on track to generate more than $1 bln revenue over 12 months - The Information

Reuters

August 30, 2023 3:02 AM PDT · Updated 8 days ago



Aug 29 (Reuters) - OpenAI is on track to generate more than $1 billion in revenue over the next 12 months from the sale of artificial intelligence software and computing capacity that powers it, the Information reported on Tuesday.

Earlier, the ChatGPT maker projected $200 million in revenue for this year.

The Microsoft-backed company is generating more than $80 million in revenue per month, compared to just $28 million in the entire last year, the report added.

---

Advertisement · Scroll to continue



OpenAI logo is seen in this illustration taken March 31, 2023. REUTERS/Dado Ruvic/Illustration *Acquire Licensing Rights* 🗗

OpenAI did not immediately respond to a Reuters request for comment.

Besides ChatGPT, it makes money by selling API access to its AI models for developers and enterprises directly and through a partnership with Microsoft, which invested over $10 billion into the company in January.

ChatGPT, known for producing prose or poetry on command, has gained widespread attention in Silicon Valley as investors see generative AI as the next big growth area for tech companies.

*Reporting by Kanjyik Ghosh in Bengaluru; Editing by Maju Samuel*

Our Standards: **The Thomson Reuters Trust Principles.**

Acquire Licensing Rights 🗗

## Read Next

Technology
**US lawmaker calls for ending Huawei, SMIC exports after chip breakthrough**
3:32 AM UTC

≡ **LOGIN**   **FAST COMPANY**   **SUBSCRIBE**   🔍

ESIGN   TECH   WORK LIFE   NEWS   IMPACT   PODCASTS   VIDEO   INNOVATION FESTIVAL  |

**08-30-23 | MOST INNOVATIVE COMPANIES**

# OpenAI reportedly nears $1 billion in annual sales

According to a new report, the maker of ChatGPT is growing even faster than the company projected as demand for AI technology increases.



[Source images: Arteum.ro/Unsplash, Kenny Eliason/Unsplash]



**BY CHRIS MORRIS**
2 MINUTE READ

Fascination with ChatGPT is growing so rapidly that OpenAI, the company behind the generative artificial intelligence technology, is reportedly on track to generate more than $1 billion in revenue.

LOGIN    FAST COMPANY    SUBSCRIBE
ESIGN    TECH    WORK LIFE    NEWS    IMPACT    PODCASTS    VIDEO    INNOVATION FESTIVAL

The calculations suggest that OpenAI is currently generating over $80 million per month in revenues, compared to $28 million for all of last year, when it began charging companies to use its chatbot.

Earlier projections by the company had forecast revenues of $200 million this year, with the $1 billion revenue mark not being touched until 2024.

OpenAI makes money two ways: licensing its technology to corporate clients and via individual subscriptions. *The Information* reports that as of March, between 1 million and 2 million subscribers were paying the company $20 per month to access the most recent model of the chatbot.

Microsoft, meanwhile, uses OpenAI technology in its Bing search engine; other business clients include Block, Canva, Carlyle, The Estée Lauder Companies, PwC, and Zapier.

The higher-than-expected revenue estimates raise questions about the accuracy of the company's most recent valuation. In April, OpenAI sold $300 million in shares to Sequoia Capital, Andreessen Horowitz, Founders Fund, Thrive, and K2 Global, which set its valuation within the range of $27 billion to $29 billion. Higher sales could push that well north of the figure.

OpenAI has been on a quest to boost revenues of late, launching an enterprise version of ChatGPT on Monday, offering advanced security and privacy as well as unlimited higher-speed access to GPT-4.

"Since ChatGPT's launch just nine months ago, we've seen teams adopt it in over 80% of Fortune 500 companies," the company said in a blog post. "We've heard from business leaders that they'd like a simple and safe way of deploying it in their organization. Early users of ChatGPT Enterprise . . . are redefining how they operate and are using ChatGPT to craft clearer communications, accelerate coding tasks, rapidly explore answers to complex business questions, assist with creative work, and much more."

Revenues, of course, don't equal profits. OpenAI lost a reported $540 million last year developing GPT-4; and last December, OpenAI CEO Sam Altman described the computing costs of running GPT as "eye-watering."

Even if it does begin to turn a profit, OpenAI won't be able to fully capitalize on its success for some time. The terms of its deal earlier this year with Microsoft give the company behind Windows the right to 75% of OpenAI's profits until it earns back the $13 billion it has invested to date.

ChatGPT remains the most visited site providing an AI-powered chatbot by a wide range. Visits to the OpenAI site came in at 1.8 billion in June. The Bing search engine attracted 1.25 billion visits, according to a study by web analytics firm Similar Web. (Google's Bard chatbot does not yet fall among the top-three visited generative AI sites in Similar Web's rankings.)

9/6/23, 7:31 PM
What OpenAI Really Wants | WIRED

Case: 24-1963  05/08/2024  DktEntry: 15.13  Page 28 of 142
Case 4:23-cv-03918-YGR  Document 1-8  Filed 08/03/23  Page 323 of 353
(28 of 142)



STEVEN LEVY    BACKCHANNEL    SEP 5, 2023 6:00 AM

# What OpenAI Really Wants

The young company sent shock waves around the world when it released ChatGPT. But that was just the start. The ultimate goal: Change everything. Yes. *Everything.*



**SAVE**

**THE AIR CRACKLES** with an almost Beatlemaniac energy as the star and his entourage tumble into a waiting Mercedes van. They've just ducked out of one event and are headed to another, then another, where a frenzied mob awaits. As they careen through the streets of London—the short hop from Holborn to Bloomsbury—it's as if they're surfing one of civilization's before-and-after moments. The history-making force personified inside this car has captured the attention of the world. Everyone wants a piece of it, from the students who've waited in line to the prime minister.

Inside the luxury van, wolfing down a salad, is the neatly coiffed 38-year-old entrepreneur Sam Altman, cofounder of OpenAI; a PR person; a security specialist; and me. Altman is unhappily sporting a blue suit with a tieless pink dress shirt as he whirlwinds through London as part of a monthlong global jaunt through 25 cities on six continents. As he gobbles his greens—no time for a sit-down lunch today—he reflects on his meeting the previous night with French president Emmanuel Macron. Pretty good guy! And *very* interested in artificial intelligence.

As was the prime minister of Poland. And the prime minister of Spain.

Riding with Altman, I can almost hear the ringing, ambiguous chord that opens "A Hard Day's Night"—introducing the future. Last November, when OpenAI let loose its monster hit, ChatGPT, it triggered a tech explosion not seen since the internet burst into our lives. Suddenly the Turing test was history, search engines were endangered species, and no college essay could ever be trusted. No job was safe. No scientific problem was immutable.

Altman didn't do the research, train the neural net, or code the interface of ChatGPT and its more precocious sibling, GPT-4. But as CEO—and a dreamer/doer type who's like a younger version of his cofounder Elon Musk, without the baggage—one news article after another has used his photo as the visual symbol of humanity's new challenge. At least those that haven't led with an eye-popping image generated by OpenAI's visual AI product, Dall-E. He is the oracle of the moment, the figure that

**ER1608**

people want to consult first on how AI might usher in a golden age, or consign humans to irrelevance, or worse.

Altman's van whisks him to four appearances that sunny day in May. The first is stealthy, an off-the-record session with the Round Table, a group of government, academia, and industry types. Organized at the last minute, it's on the second floor of a pub called the Somers Town Coffee House. Under a glowering portrait of brewmaster Charles Wells (1842–1914), Altman fields the same questions he gets from almost every audience. Will AI kill us? Can it be regulated? What about China? He answers every one in detail, while stealing glances at his phone. After that, he does a fireside chat at the posh Londoner Hotel in front of 600 members of the Oxford Guild. From there it's on to a basement conference room where he answers more technical questions from about 100 entrepreneurs and engineers. Now he's almost late to a mid-afternoon onstage talk at University College London. He and his group pull up at a loading zone and are ushered through a series of winding corridors, like the Steadicam shot in *Goodfellas*. As we walk, the moderator hurriedly tells Altman what he'll ask. When Altman pops on stage, the auditorium— packed with rapturous academics, geeks, and journalists—erupts.

Altman is not a natural publicity seeker. I once spoke to him right after *The New Yorker* ran a long profile of him. "Too much about me," he said. But at University College, after the formal program, he wades into the scrum of people who have surged to the foot of the stage. His aides try to maneuver themselves between Altman and the throng, but he shrugs them off. He takes one question after another, each time intently staring at the face of the interlocutor as if he's hearing the query for the first time. Everyone wants a selfie. After 20 minutes, he finally allows his team to pull him out. Then he's off to meet with UK prime minister Rishi Sunak. Maybe one day, when robots write our history, they will cite Altman's world tour as a milestone in the year when everyone, all at once, started to make their own personal reckoning with the singularity. Or then again, maybe whoever writes the history of this moment will see it as a time when a quietly compelling CEO with a paradigm-busting technology made an attempt to inject a very peculiar worldview into the global mindstream—from an unmarked four-story headquarters in San Francisco's Mission District to the entire world.

ER1609

9/6/23, 7:31 PM                                        What OpenAI Really Wants | WIRED                                        (31 of 142)

Case: 24-1963  05/08/2024  DktEntry: 15.13  Page 31 of 142
Case 4:23-cv-03918-YGR   Document 92-3   Filed 05/09/24   Page 326 of 353

This article appears in the October 2023 issue. Subscribe to WIRED.   PHOTOGRAPH: JESSICA CHOU

For Altman and his company, ChatGPT and GPT-4 are merely stepping stones along the way to achieving a simple and seismic mission, one these technologists may as well have branded on their flesh. That mission is to build artificial general intelligence—a concept that's so far been grounded more in science fiction than science—and to make it safe for humanity. The people who work at OpenAI are fanatical in their pursuit of that goal. (Though, as any number of conversations in the office café will confirm, the "build AGI" bit of the mission seems to offer up more raw excitement to its researchers than the "make it safe" bit.) These are people who do not shy from casually using the term "super-intelligence." They *assume* that AI's trajectory will surpass whatever peak biology can attain. The company's financial documents even stipulate a kind of exit contingency for when AI wipes away our whole economic system.

It's not fair to call OpenAI a cult, but when I asked several of the company's top brass if someone could comfortably work there if they didn't believe AGI was truly coming—and that its arrival would mark one of the greatest moments in human history—most executives didn't think so. *Why would a nonbeliever want to work here?* they wondered. The assumption is that the workforce—now at approximately 500, though it might have grown since you began reading this paragraph—has self-selected to include only the faithful. At the very least, as Altman puts it, once you get hired, it seems inevitable that you'll be drawn into the spell.

9/6/23, 7:31 PM    Case 4:23-cv-03918-YGR    Document Meta Opera in Real Wants? 32 of 142    (32 of 142)
Case: 24-1963  05/08/2024  DktEntry: 15.13  Page 32 of 142
Case 4:23-cv-03918-YGR  Document Meta Opera in Real Wants?  Page 327 of 353

At the same time, OpenAI is not the company it once was. It was founded as a purely nonprofit research operation, but today most of its employees technically work for a profit-making entity that is reportedly valued at <u>almost $30 billion</u>. Altman and his team now face the pressure to deliver a revolution in every product cycle, in a way that satisfies the commercial demands of investors and keeps ahead in a fiercely competitive landscape. All while hewing to a quasi-messianic mission to elevate humanity rather than exterminate it.

That kind of pressure—not to mention the unforgiving attention of the entire world —can be a debilitating force. The Beatles set off colossal waves of cultural change, but they anchored their revolution for only so long: Six years after chiming that unforgettable chord they weren't even a band anymore. The maelstrom OpenAI has unleashed will almost certainly be far bigger. But the leaders of OpenAI swear they'll stay the course. All they want to do, they say, is build computers smart enough and safe enough to end history, thrusting humanity into an era of unimaginable bounty.

**GROWING UP IN** the late '80s and early '90s, Sam Altman was a nerdy kid who gobbled up science fiction and *Star Wars*. The worlds built by early sci-fi writers often had humans living with—or competing with—superintelligent AI systems. The idea of computers matching or exceeding human capabilities thrilled Altman, who had been coding since his fingers could barely cover a keyboard. When he was 8, his parents bought him a Macintosh LC II. One night he was up late playing with it and the thought popped into his head: "Someday this computer is going to learn to think." When he arrived at Stanford as an undergrad in 2003, he hoped to help make that happen and took courses in AI. But "it wasn't working at all," he'd later say. The field was still mired in an innovation trough known as AI winter. Altman dropped out to enter the startup world; his company Loopt was in the tiny first batch of wannabe organizations in <u>Y Combinator</u>, which would become the world's most famed incubator.

In February 2014, Paul Graham, YC's founding guru, chose then-28-year-old Altman to succeed him. "Sam is one of the smartest people I know," <u>Graham wrote</u> in the announcement, "and understands startups better than perhaps anyone I know, including myself." But Altman saw YC as something bigger than a launchpad for companies. "We are not about startups," he told me soon after taking over. "We are about innovation, because we believe that is how you make the future great for

**ER1611**

everyone." In Altman's view, the point of cashing in on all those unicorns was not to pack the partners' wallets but to fund species-level transformations. He began a research wing, hoping to fund ambitious projects to solve the world's biggest problems. But AI, in his mind, was the one realm of innovation to rule them all: a superintelligence that could address humanity's problems better than humanity could.

As luck would have it, Altman assumed his new job just as AI winter was turning into an abundant spring. Computers were now performing amazing feats, via deep learning and neural networks, like labeling photos, translating text, and optimizing sophisticated ad networks. The advances convinced him that for the first time, AGI was actually within reach. Leaving it in the hands of big corporations, however, worried him. He felt those companies would be too fixated on their products to seize the opportunity to develop AGI as soon as possible. And if they did create AGI, they might recklessly unleash it upon the world without the necessary precautions.

At the time, Altman had been thinking about running for governor of California. But he realized that he was perfectly positioned to do something bigger—to lead a company that would change humanity itself. "AGI was going to get built exactly once," he told me in 2021. "And there were not that many people that could do a good job running OpenAI. I was lucky to have a set of experiences in my life that made me really positively set up for this."

Altman began talking to people who might help him start a new kind of AI company, a nonprofit that would direct the field toward responsible AGI. One kindred spirit was Tesla and SpaceX CEO Elon Musk. As Musk would later tell CNBC, he had become concerned about AI's impact after having some marathon discussions with Google cofounder Larry Page. Musk said he was dismayed that Page had little concern for safety and also seemed to regard the rights of robots as equal to humans. When Musk shared his concerns, Page accused him of being a "speciesist." Musk also understood that, at the time, Google employed much of the world's AI talent. He was willing to spend some money for an effort more amenable to Team Human.

Within a few months Altman had raised money from Musk (who pledged $100 million, and his time) and Reid Hoffman (who donated $10 million). Other funders

**ER1612**

included Peter Thiel, Jessica Livingston, Amazon Web Services, and YC Research. Altman began to stealthily recruit a team. He limited the search to AGI believers, a constraint that narrowed his options but one he considered critical. "Back in 2015, when we were recruiting, it was almost considered a career killer for an AI researcher to say that you took AGI seriously," he says. "But I wanted people who took it seriously."

Greg Brockman is now OpenAI's president.   PHOTOGRAPH: JESSICA CHOU

Greg Brockman, the chief technology officer of Stripe, was one such person, and he agreed to be OpenAI's CTO. Another key cofounder would be Andrej Karpathy, who had been at Google Brain, the search giant's cutting-edge AI research operation. But perhaps Altman's most sought-after target was a Russian-born engineer named Ilya Sutskever.

Sutskever's pedigree was unassailable. His family had emigrated from Russia to Israel, then to Canada. At the University of Toronto he had been a standout student under Geoffrey Hinton, known as the godfather of modern AI for his work on deep learning and neural networks. Hinton, who is still close to Sutskever, marvels at his protégé's wizardry. Early in Sutskever's tenure at the lab, Hinton had given him a

Case: 24-1963  05/08/2024  DktEntry: 15.13  Page 35 of 142
Case 4:23-cv-03918-YGR   Document    Filed        Page 330 of 353

complicated project. Sutskever got tired of writing code to do the requisite
calculations, and he told Hinton it would be easier if he wrote a custom
programming language for the task. Hinton got a bit annoyed and tried to warn his
student away from what he assumed would be a monthlong distraction. Then
Sutskever came clean: "I did it this morning."

Sutskever became an AI superstar, coauthoring a breakthrough paper that showed
how AI could learn to recognize images simply by being exposed to huge volumes of
data. He ended up, happily, as a key scientist on the Google Brain team.

In mid-2015 Altman cold-emailed Sutskever to invite him to dinner with Musk,
Brockman, and others at the swank Rosewood Hotel on Palo Alto's Sand Hill Road.
Only later did Sutskever figure out that he was the guest of honor. "It was kind of a
general conversation about AI and AGI in the future," he says. More specifically, they
discussed "whether Google and DeepMind were so far ahead that it would be
impossible to catch up to them, or whether it was still possible to, as Elon put it,
create a lab which would be a counterbalance." While no one at the dinner explicitly
tried to recruit Sutskever, the conversation hooked him.

Sutskever wrote an email to Altman soon after, saying he was game to lead the
project—but the message got stuck in his drafts folder. Altman circled back, and
after months fending off Google's counteroffers, Sutskever signed on. He would soon
become the soul of the company and its driving force in research.

Sutskever joined Altman and Musk in recruiting people to the project, culminating in
a Napa Valley retreat where several prospective OpenAI researchers fueled each
other's excitement. Of course, some targets would resist the lure. John Carmack, the
legendary gaming coder behind *Doom*, *Quake*, and countless other titles, declined
an Altman pitch.

---

**Dig Deeper With Our Longreads Newsletter**

Sign up to get our best longform features, investigations, and thought-provoking essays, in your inbox
every Sunday.

┌─ Your email ──────────────────────────────────────────────────────────┐
│                                                                        │
│ Enter your email                                                       │
│                                                                        │
└────────────────────────────────────────────────────────────────────────┘

                                SUBMIT

SUBMIT

By signing up you agree to our User Agreement (including the class action waiver and arbitration provisions), our Privacy Policy & Cookie Statement and to receive marketing and account-related emails from WIRED. You can unsubscribe at any time.

OpenAI officially launched in December 2015. At the time, when I interviewed Musk and Altman, they presented the project to me as an effort to make AI safe and accessible by sharing it with the world. In other words, open source. OpenAI, they told me, was not going to apply for patents. Everyone could make use of their breakthroughs. Wouldn't that be empowering some future Dr. Evil? I wondered. Musk said that was a good question. But Altman had an answer: Humans are generally good, and because OpenAI would provide powerful tools for that vast majority, the bad actors would be overwhelmed. He admitted that if Dr. Evil were to use the tools to build something that couldn't be counteracted, "then we're in a really bad place." But both Musk and Altman believed that the safer course for AI would be in the hands of a research operation not polluted by the profit motive, a persistent temptation to ignore the needs of humans in the search for boffo quarterly results.

Altman cautioned me not to expect results soon. "This is going to look like a research lab for a long time," he said.

There was another reason to tamp down expectations. Google and the others had been developing and applying AI for years. While OpenAI had a billion dollars committed (largely via Musk), an ace team of researchers and engineers, and a lofty mission, it had no clue about how to pursue its goals. Altman remembers a moment when the small team gathered in Brockman's apartment—they didn't have an office yet. "I was like, what should we do?"

> Altman remembers a moment when the small team gathered in Brockman's apartment—they didn't have an office yet. "I was like, what should we do?"

I had breakfast in San Francisco with Brockman a little more than a year after OpenAI's founding. For the CTO of a company with the word *open* in its name, he

**ER1615**

was pretty parsimonious with details. He did affirm that the nonprofit could afford to draw on its initial billion-dollar donation for a while. The salaries of the 25 people on its staff—who were being paid at far less than market value—ate up the bulk of OpenAI's expenses. "The goal for us, the thing that we're really pushing on," he said, "is to have the systems that can do things that humans were just not capable of doing before." But for the time being, what that looked like was a bunch of researchers publishing papers. After the interview, I walked him to the company's newish office in the Mission District, but he allowed me to go no further than the vestibule. He did duck into a closet to get me a T-shirt.

Had I gone in and asked around, I might have learned exactly how much OpenAI *was* floundering. Brockman now admits that "nothing was working." Its researchers were tossing algorithmic spaghetti toward the ceiling to see what stuck. They delved into systems that solved video games and spent considerable effort on robotics. "We knew *what* we wanted to do," says Altman. "We knew *why* we wanted to do it. But we had no idea *how*."

But they *believed.* Supporting their optimism were the steady improvements in artificial neural networks that used deep-learning techniques."The general idea is, don't bet against deep learning," says Sutskever. Chasing AGI, he says, "wasn't totally crazy. It was only moderately crazy."

OpenAI's road to relevance really started with its hire of an as-yet-unheralded researcher named Alec Radford, who joined in 2016, leaving the small Boston AI company he'd cofounded in his dorm room. After accepting OpenAI's offer, he told his high school alumni magazine that taking this new role was "kind of similar to joining a graduate program"—an open-ended, low-pressure perch to research AI.

The role he would actually play was more like Larry Page inventing PageRank.

Radford, who is press-shy and hasn't given interviews on his work, responds to my questions about his early days at OpenAI via a long email exchange. His biggest interest was in getting neural nets to interact with humans in lucid conversation. This was a departure from the traditional scripted model of making a chatbot, an approach used in everything from the primitive ELIZA to the popular assistants Siri and Alexa—all of which kind of sucked. "The goal was to see if there was any task, any setting, any domain, any *anything* that language models could be useful for," he

**ER1616**

writes. At the time, he explains, "language models were seen as novelty toys that could only generate a sentence that made sense once in a while, and only then if you really squinted." His first experiment involved scanning 2 billion Reddit comments to train a language model. Like a lot of OpenAI's early experiments, it flopped. No matter. The 23-year-old had permission to keep going, to fail again. "We were just like, Alec is great, let him do his thing," says Brockman.

His next major experiment was shaped by OpenAI's limitations of computer power, a constraint that led him to experiment on a smaller data set that focused on a single domain—Amazon product reviews. A researcher had gathered about 100 million of those. Radford trained a language model to simply predict the next character in generating a user review.

> Radford began experimenting with the transformer architecture. "I made more progress in two weeks than I did over the past two years," he says.

But then, on its own, the model figured out whether a review was positive or negative—and when you programmed the model to create something positive or negative, it delivered a review that was adulatory or scathing, as requested. (The prose was admittedly clunky: "I love this weapons look ... A must watch for any man who love Chess!") "It was a complete surprise," Radford says. The sentiment of a review—its favorable or disfavorable gist—is a complex function of semantics, but somehow a part of Radford's system had gotten a feel for it. Within OpenAI, this part of the neural net came to be known as the "unsupervised sentiment neuron."

Sutskever and others encouraged Radford to expand his experiments beyond Amazon reviews, to use his insights to train neural nets to converse or answer questions on a broad range of subjects.

And then good fortune smiled on OpenAI. In early 2017, an unheralded preprint of a research paper appeared, coauthored by eight Google researchers. Its official title was "Attention Is All You Need," but it came to be known as the "transformer paper," named so both to reflect the game-changing nature of the idea and to honor the

ER1617

Case: 24-1963  05/08/2024  DktEntry: 15.13  Page 39 of 142
Case 4:23-cv-03918-YGR  Document 17-2  Filed 05/13/23  Page 334 of 353

toys that transmogrified from trucks to giant robots. Transformers made it possible for a neural net to understand—and generate—language much more efficiently. They did this by analyzing chunks of prose in parallel and figuring out which elements merited "attention." This hugely optimized the process of generating coherent text to respond to prompts. Eventually, people came to realize that the same technique could also generate images and even video. Though the transformer paper would become known as the catalyst for the current AI frenzy—think of it as the Elvis that made the Beatles possible—at the time Ilya Sutskever was one of only a handful of people who understood how powerful the breakthrough was. "The real *aha* moment was when Ilya saw the transformer come out," Brockman says. "He was like, 'That's what we've been waiting for.' That's been our strategy—to push hard on problems and then have faith that we or someone in the field will manage to figure out the missing ingredient."

Radford began experimenting with the transformer architecture. "I made more progress in two weeks than I did over the past two years," he says. He came to understand that the key to getting the most out of the new model was to add scale—to train it on fantastically large data sets. The idea was dubbed "Big Transformer" by Radford's collaborator Rewon Child.

This approach required a change of culture at OpenAI and a focus it had previously lacked. "In order to take advantage of the transformer, you needed to scale it up," says Adam D'Angelo, the CEO of Quora, who sits on OpenAI's board of directors. "You need to run it more like an engineering organization. You can't have every researcher trying to do their own thing and training their own model and make elegant things that you can publish papers on. You have to do this more tedious, less elegant work." That, he added, was something OpenAI was able to do, and something no one else did.

**ER1618**

Mira Murati, OpenAI's chief technology officer.  PHOTOGRAPH: JESSICA CHOU

ER1619

The name that Radford and his collaborators gave the model they created was an acronym for "generatively pretrained transformer"—<u>GPT-1</u>. Eventually, this model came to be generically known as "generative AI." To build it, they drew on a collection of 7,000 unpublished books, many in the genres of romance, fantasy, and adventure, and refined it on Quora questions and answers, as well as thousands of passages taken from middle school and high school exams. All in all, the model included 117 million parameters, or variables. And it outperformed everything that had come before in understanding language and generating answers. But the most dramatic result was that processing such a massive amount of data allowed the model to offer up results *beyond* its training, providing expertise in brand-new domains. These unplanned robot capabilities are called zero-shots. They still baffle researchers—and account for the queasiness that many in the field have about these so-called large language models.

Radford remembers one late night at OpenAI's office. "I just kept saying over and over, 'Well, that's cool, but I'm pretty sure it won't be able to do $x$.' And then I would quickly code up an evaluation and, sure enough, it could kind of do $x$."

Each GPT iteration would do better, in part because each one gobbled an order of magnitude more data than the previous model. Only a year after creating the first iteration, OpenAI trained <u>GPT-2</u> on the open internet with an astounding 1.5 billion parameters. Like a toddler mastering speech, its responses got better and more coherent. So much so that OpenAI hesitated to release the program into the wild. Radford was worried that it might be used to generate spam. "I remember reading Neal Stephenson's *Anathem* in 2008, and in that book the internet was overrun with spam generators," he says. "I had thought that was really far-fetched, but as I worked on language models over the years and they got better, the uncomfortable realization that it was a real possibility set in."

In fact, the team at OpenAI was starting to think it wasn't such a good idea after all to put its work where Dr. Evil could easily access it. "We thought that open-sourcing GPT-2 could be really dangerous," says chief technology officer Mira Murati, who started at the company in 2018. "We did a lot of work with misinformation experts and did some red-teaming. There was a lot of discussion internally on how much to release." Ultimately, OpenAI temporarily withheld the full version, making a less powerful version available to the public. When the company finally shared the full

**ER1620**

version, the world managed just fine—but there was no guarantee that more powerful models would avoid catastrophe.

The very fact that OpenAI was making products smart enough to be deemed dangerous, and was grappling with ways to make them safe, was proof that the company had gotten its mojo working. "We'd figured out the formula for progress, the formula everyone perceives now—the oxygen and the hydrogen of deep learning is computation with a large neural network and data," says Sutskever.

To Altman, it was a mind-bending experience. "If you asked the 10-year-old version of me, who used to spend a lot of time daydreaming about AI, what was going to happen, my pretty confident prediction would have been that first we're gonna have robots, and they're going to perform all physical labor. Then we're going to have systems that can do basic cognitive labor. A really long way after that, maybe we'll have systems that can do complex stuff like proving mathematical theorems. Finally we will have AI that can create new things and make art and write and do these deeply human things. That was a terrible prediction—it's going exactly the other direction."

The world didn't know it yet, but Altman and Musk's research lab had begun a climb that plausibly creeps toward the summit of AGI. The crazy idea behind OpenAI suddenly was not so crazy.

BY EARLY 2018, OpenAI was starting to focus productively on large language models, or LLMs. But Elon Musk wasn't happy. He felt that the progress was insufficient—or maybe he felt that now that OpenAI was on to something, it needed leadership to seize its advantage. Or maybe, as he'd later explain, he felt that safety should be more of a priority. Whatever his problem was, he had a solution: Turn everything over to him. He proposed taking a majority stake in the company, adding it to the portfolio of his multiple full-time jobs (Tesla, SpaceX) and supervisory obligations (Neuralink and the Boring Company).

Musk believed he had a *right* to own OpenAI. "It wouldn't exist without me," he later told CNBC. "I came up with the name!" (True.) But Altman and the rest of OpenAI's brain trust had no interest in becoming part of the Muskiverse. When they made this clear, Musk cut ties, providing the public with the incomplete explanation that he was leaving the board to avoid a conflict with Tesla's AI effort. His farewell came at

ER1621

an all-hands meeting early that year where he predicted that OpenAI would fail. And he called at least one of the researchers a "jackass."

He also took his money with him. Since the company had no revenue, this was an existential crisis. "Elon is cutting off his support," Altman said in a panicky call to Reid Hoffman. "What do we do?" Hoffman volunteered to keep the company afloat, paying overhead and salaries.

But this was a temporary fix; OpenAI had to find big bucks elsewhere. Silicon Valley loves to throw money at talented people working on trendy tech. But not so much if they are working at a nonprofit. It had been a massive lift for OpenAI to get its first billion. To train and test new generations of GPT—and then access the computation it takes to deploy them—the company needed another billion, and fast. And that would only be the start.

> Somewhere in the restructuring documents is a clause to the effect that, if the company does manage to create AGI, all financial arrangements will be reconsidered. After all, it will be a new world from that point on.

So in March 2019, OpenAI came up with a bizarre hack. It would remain a nonprofit, fully devoted to its mission. But it would also create a for-profit entity. The actual structure of the arrangement is hopelessly baroque, but basically the entire company is now engaged in a "capped" profitable business. If the cap is reached—the number isn't public, but its own charter, if you read between the lines, suggests it might be in the trillions—everything beyond that reverts to the nonprofit research lab. The novel scheme was almost a quantum approach to incorporation: Behold a company that, depending on your time-space point of view, is for-profit and nonprofit. The details are embodied in charts full of boxes and arrows, like the ones in the middle of a scientific paper where only PhDs or dropout geniuses dare to tread. When I suggest to Sutskever that it looks like something the as-yet-unconceived GPT-6 might come up with if you prompted it for a tax dodge, he doesn't warm to my metaphor. "It's not about accounting," he says.

ER1622

But accounting is critical. A for-profit company optimizes for, well, profits. There's a reason why companies like Meta feel pressure from shareholders when they devote billions to R&D. How could this not affect the way a firm operates? And wasn't avoiding commercialism the reason why Altman made OpenAI a nonprofit to begin with? According to COO Brad Lightcap, the view of the company's leaders is that the board, which is still part of the nonprofit controlling entity, will make sure that the drive for revenue and profits won't overwhelm the original idea. "We needed to maintain the mission as the reason for our existence," he says, "It shouldn't just be in spirit, but encoded in the structure of the company." Board member Adam D'Angelo says he takes this responsibility seriously: "It's my job, along with the rest of the board, to make sure that OpenAI stays true to its mission."

Potential investors were warned about those boundaries, Lightcap explains. "We have a legal disclaimer that says you, as an investor, stand to lose all your money," he says. "We are not here to make your return. We're here to achieve a technical mission, foremost. And, oh, by the way, we don't really know what role money will play in a post-AGI world."

That last sentence is not a throwaway joke. OpenAI's plan really does include a reset in case computers reach the final frontier. Somewhere in the restructuring documents is a clause to the effect that, if the company does manage to create AGI, all financial arrangements will be reconsidered. After all, it will be a new world from that point on. Humanity will have an alien partner that can do much of what we do, only better. So previous arrangements might effectively be kaput.

There is, however, a hitch: At the moment, OpenAI doesn't claim to know what AGI really *is*. The determination would come from the board, but it's not clear how the board would define it. When I ask Altman, who is on the board, for clarity, his response is anything but open. "It's not a single Turing test, but a number of things we might use," he says. "I would happily tell you, but I like to keep confidential conversations private. I realize that is unsatisfyingly vague. But we don't know what it's going to be like at that point."

Nonetheless, the inclusion of the "financial arrangements" clause isn't just for fun: OpenAI's leaders think that if the company is successful enough to reach its lofty

ER1623

profit cap, its products will probably have performed well enough to reach AGI. Whatever that is.

"My regret is that we've chosen to double down on the term AGI," Sutskever says. "In hindsight it is a confusing term, because it emphasizes generality above all else. GPT-3 is general AI, but yet we don't really feel comfortable calling it AGI, because we want human-level competence. But back then, at the beginning, the idea of OpenAI was that superintelligence is attainable. It is the endgame, the final purpose of the field of AI."

Those caveats didn't stop some of the smartest venture capitalists from throwing money at OpenAI during its 2019 funding round. At that point, the first VC firm to invest was Khosla Ventures, which kicked in $50 million. According to Vinod Khosla, it was double the size of his largest initial investment. "If we lose, we lose 50 million bucks," he says. "If we win, we win 5 billion." Others investors reportedly would include elite VC firms Thrive Capital, Andreessen Horowitz, Founders Fund, and Sequoia.

The shift also allowed OpenAI's employees to claim some equity. But not Altman. He says that originally he intended to include himself but didn't get around to it. Then he decided that he didn't need any piece of the $30 billion company that he'd cofounded and leads. "Meaningful work is more important to me," he says. "I don't think about it. I honestly don't get why people care so much."
Because ... not taking a stake in the company you cofounded is weird?

"If I didn't already have a ton of money, it would be much weirder," he says. "It does seem like people have a hard time imagining ever having enough money. But I feel like I have enough." (Note: For Silicon Valley, this is *extremely* weird.) Altman joked that he's considering taking one share of equity "so I never have to answer that question again."

**ER1624**

Ilya Sutskever, OpenAI's chief scientist.   PHOTOGRAPH: JESSICA CHOU

**THE BILLION-DOLLAR VC** round wasn't even table stakes to pursue OpenAI's vision. The miraculous Big Transformer approach to creating LLMs required Big Hardware. Each iteration of the GPT family would need exponentially more power—GPT-2 had over a billion parameters, and GPT-3 would use 175 billion. OpenAI was now like Quint in *Jaws* after the shark hunter sees the size of the great white. "It turned out we didn't know how much of a bigger boat we needed," Altman says.

Obviously, only a few companies in existence had the kind of resources OpenAI required. "We pretty quickly zeroed in on Microsoft," says Altman. To the credit of Microsoft CEO Satya Nadella and CTO Kevin Scott, the software giant was able to get over an uncomfortable reality: After more than 20 years and billions of dollars spent on a research division with supposedly cutting-edge AI, the Softies needed an innovation infusion from a tiny company that was only a few years old. Scott says that it wasn't just Microsoft that fell short—"it was everyone." OpenAI's focus on pursuing AGI, he says, allowed it to accomplish a moonshot-ish achievement that the heavy hitters weren't even aiming for. It also proved that not pursuing generative

AI was a lapse that Microsoft needed to address. "One thing you just very clearly need is a frontier model," says Scott.

Microsoft originally chipped in a billion dollars, paid off in computation time on its servers. But as both sides grew more confident, the deal expanded. Microsoft now has sunk $13 billion into OpenAI. ("Being on the frontier is a very expensive proposition," Scott says.)

Of course, because OpenAI couldn't exist without the backing of a huge cloud provider, Microsoft was able to cut a great deal for itself. The corporation bargained for what Nadella calls "non-controlling equity interest" in OpenAI's for-profit side—reportedly 49 percent. Under the terms of the deal, some of OpenAI's original ideals of granting equal access to all were seemingly dragged to the trash icon. (Altman objects to this characterization.) Now, Microsoft has an exclusive license to commercialize OpenAI's tech. And OpenAI also has committed to use Microsoft's cloud exclusively. In other words, without even taking its cut of OpenAI's profits (reportedly Microsoft gets 75 percent until its investment is paid back), Microsoft gets to lock in one of the world's most desirable new customers for its Azure web services. With those rewards in sight, Microsoft wasn't even bothered by the clause that demands reconsideration if OpenAI achieves general artificial intelligence, whatever that is. "At that point," says Nadella, "all bets are off." It might be the last invention of humanity, he notes, so we might have bigger issues to consider once machines are smarter than we are.

By the time Microsoft began unloading Brinks trucks' worth of cash into OpenAI ($2 billion in 2021, and the other $10 billion earlier this year), OpenAI had completed GPT-3, which, of course, was even more impressive than its predecessors. When Nadella saw what GPT-3 could do, he says, it was the first time he deeply understood that Microsoft had snared something truly transformative. "We started observing all those emergent properties." For instance, GPT had taught itself how to program computers. "We didn't train it on coding—it just got good at coding!" he says. Leveraging its ownership of GitHub, Microsoft released a product called Copilot that uses GPT to churn out code literally on command. Microsoft would later integrate OpenAI technology in new versions of its workplace products. Users pay a premium for those, and a cut of that revenue gets logged to OpenAI's ledger.

ER1626

Some observers professed whiplash at OpenAI's one-two punch: creating a for-profit component and reaching an exclusive deal with Microsoft. How did a company that promised to remain patent-free, open source, and totally transparent wind up giving an exclusive license of its tech to the world's biggest software company? Elon Musk's remarks were particularly lacerating. "This does seem like the opposite of open—OpenAI is essentially captured by Microsoft," he posted on Twitter. On CNBC, he elaborated with an analogy: "Let's say you founded an organization to save the Amazon rainforest, and instead you became a lumber company, chopped down the forest, and sold it."

Musk's jibes might be dismissed as bitterness from a rejected suitor, but he wasn't alone. "The whole vision of it morphing the way it did feels kind of gross," says John Carmack. (He does specify that he's still excited about the company's work.) Another prominent industry insider, who prefers to speak without attribution, says, "OpenAI has turned from a small, somewhat open research outfit into a secretive product-development house with an unwarranted superiority complex."

Even some employees had been turned off by OpenAI's venture into the for-profit world. In 2019, several key executives, including head of research Dario Amodei, left to start a rival AI company called Anthropic. They recently told *The New York Times* that OpenAI had gotten too commercial and had fallen victim to mission drift.

Another OpenAI defector was Rewon Child, a main technical contributor to the GPT-2 and GPT-3 projects. He left in late 2021 and is now at Inflection AI, a company led by former DeepMind cofounder Mustafa Suleyman.

Altman professes not to be bothered by defections, dismissing them as simply the way Silicon Valley works. "Some people will want to do great work somewhere else, and that pushes society forward," he says. "That absolutely fits our mission."

**UNTIL NOVEMBER OF** last year, awareness of OpenAI was largely confined to people following technology and software development. But as the whole world now knows, OpenAI took the dramatic step of releasing a consumer product late that month, built on what was then the most recent iteration of GPT, version 3.5. For months, the company had been internally using a version of GPT with a conversational interface. It was especially important for what the company called "truth-seeking." That means that via dialog, the user could coax the model to

**ER1627**

provide responses that would be more trustworthy and complete. ChatGPT, optimized for the masses, could allow anyone to instantly tap into what seemed to be an endless source of knowledge simply by typing in a prompt—and then continue the conversation as if hanging out with a fellow human who just happened to know everything, albeit one with a penchant for fabrication.

Within OpenAI, there was a lot of debate about the wisdom of releasing a tool with such unprecedented power. But Altman was all for it. The release, he explains, was part of a strategy designed to acclimate the public to the reality that artificial intelligence is destined to change their everyday lives, presumably for the better. Internally, this is known as the "iterative deployment hypothesis." Sure, ChatGPT would create a stir, the thinking went. After all, here was something anyone could use that was smart enough to get college-level scores on the SATs, write a B-minus essay, and summarize a book within seconds. You could ask it to write your funding proposal or summarize a meeting and then request it to do a rewrite in Lithuanian or as a Shakespeare sonnet or in the voice of someone obsessed with toy trains. In a few seconds, pow, the LLM would comply. Bonkers. But OpenAI saw it as a table-setter for its newer, more coherent, more capable, and scarier successor, GPT-4, trained with a reported 1.7 trillion parameters. (OpenAI won't confirm the number, nor will it reveal the data sets.)

Altman explains why OpenAI released ChatGPT when GPT-4 was close to completion, undergoing safety work. "With ChatGPT, we could introduce chatting but with a much less powerful backend, and give people a more gradual adaptation," he says. "GPT-4 was a lot to get used to at once." By the time the ChatGPT excitement cooled down, the thinking went, people might be ready for GPT-4, which can pass the bar exam, plan a course syllabus, and write a book within seconds. (Publishing houses that produced genre fiction were indeed flooded with AI-generated bodice rippers and space operas.)

A cynic might say that a steady cadence of new products is tied to the company's commitment to investors, and equity-holding employees, to make some money. OpenAI now charges customers who use its products frequently. But OpenAI insists that its true strategy is to provide a soft landing for the singularity. "It doesn't make sense to just build AGI in secret and drop it on the world," Altman says. "Look back at the industrial revolution—everyone agrees it was great for the world," says

**ER1628**

Sandhini Agarwal, an OpenAI policy researcher. "But the first 50 years were really painful. There was a lot of job loss, a lot of poverty, and then the world adapted. We're trying to think how we can make the period before adaptation of AGI as painless as possible."

Sutskever puts it another way: "You want to build larger and more powerful intelligences and keep them in your basement?"

Even so, OpenAI was stunned at the reaction to ChatGPT. "Our internal excitement was more focused on GPT-4," says Murati, the CTO. "And so we didn't think ChatGPT was really going to change everything." To the contrary, it galvanized the public to the reality that AI had to be dealt with, *now*. ChatGPT became the fastest-growing consumer software in history, amassing a reported 100 million users. (Not-so-OpenAI won't confirm this, saying only that it has "millions of users.") "I underappreciated how much making an easy-to-use conversational interface to an LLM would make it much more intuitive for everyone to use," says Radford.

ChatGPT was of course delightful and astonishingly useful, but also scary—prone to "hallucinations" of plausible but shamefully fabulist details when responding to prompts. Even as journalists wrung their hands about the implications, however, they effectively endorsed ChatGPT by extolling its powers.

The clamor got even louder in February when Microsoft, taking advantage of its multibillion-dollar partnership, released a ChatGPT-powered version of its search engine Bing. CEO Nadella was euphoric that he had beaten Google to the punch in introducing generative AI to Microsoft's products. He taunted the search king, which had been cautious in releasing its own LLM into products, to do the same. "I want people to know we made them dance," he said.

In so doing, Nadella triggered an arms race that tempted companies big and small to release AI products before they were fully vetted. He also a triggered a new round of media coverage that kept wider and wider circles of people up at night: interactions with Bing that unveiled the chatbot's shadow side, replete with unnerving professions of love, an envy of human freedom, and a weak resolve to withhold misinformation. As well as an unseemly habit of creating hallucinatory misinformation of its own.

ER1629

But if OpenAI's products were forcing people to confront the implications of artificial intelligence, Altman figured, so much the better. It was time for the bulk of humankind to come off the sidelines in discussions of how AI might affect the future of the species.

PHOTOGRAPH: JESSICA CHOU

Case: 24-1963, 05/08/2024, DktEntry: 15.13, Page 52 of 142

Case 4:23-cv-03918-YGR    Document 1-13   Filed 08/04/23    Page 347 of 353      (52 of 142)

OpenAI's San Francisco headquarters is unmarked; but inside, the coffee is awesome.   PHOTOGRAPH: JESSICA CHOU

**AS SOCIETY STARTED** to prioritize thinking through all the potential drawbacks of AI—job loss, misinformation, human extinction—OpenAI set about placing itself in the center of the discussion. Because if regulators, legislators, and doomsayers mounted a charge to smother this nascent alien intelligence in its cloud-based cradle, OpenAI would be their chief target anyway. "Given our current visibility, when things go wrong, even if those things were built by a different company, that's still a problem for us, because we're viewed as the face of this technology right now," says Anna Makanju, OpenAI's chief policy officer.

Makanju is a Russian-born DC insider who served in foreign policy roles at the US Mission to the United Nations, the US National Security Council, and the Defense Department, and in the office of Joe Biden when he was vice president. "I have lots of preexisting relationships, both in the US government and in various European governments," she says. She joined OpenAI in September 2021. At the time, very few people in government gave a hoot about generative AI. Knowing that OpenAI's products would soon change that, she began to introduce Altman to administration

officials and legislators, making sure that they'd hear the good news and the bad from OpenAI first.

"Sam has been extremely helpful, but also very savvy, in the way that he has dealt with members of Congress," says Richard Blumenthal, the chair of the Senate Judiciary Committee. He contrasts Altman's behavior with that of the younger Bill Gates, who unwisely stonewalled legislators when Microsoft was under antitrust investigations in the 1990s. "Altman, by contrast, was happy to spend an hour or more sitting with me to try to educate me," says Blumenthal. "He didn't come with an army of lobbyists or minders. He demonstrated ChatGPT. It was mind-blowing."

In Blumenthal, Altman wound up making a semi-ally of a potential foe. "Yes," the senator admits. "I'm excited about both the upside and the potential perils." OpenAI didn't shrug off discussion of those perils, but presented itself as the force best positioned to mitigate them. "We had 100-page system cards on all the red-teaming safety valuations," says Makanju. (Whatever that meant, it didn't stop users and journalists from endlessly discovering ways to jailbreak the system.)

By the time Altman made his first appearance in a congressional hearing—fighting a fierce migraine headache—the path was clear for him to sail through in a way that Bill Gates or Mark Zuckerberg could never hope to. He faced almost none of the tough questions and arrogant badgering that tech CEOs now routinely endure after taking the oath. Instead, senators asked Altman for advice on how to regulate AI, a pursuit Altman enthusiastically endorsed.

The paradox is that no matter how assiduously companies like OpenAI red-team their products to mitigate misbehavior like deepfakes, misinformation efforts, and criminal spam, future models might get smart enough to foil the efforts of the measly minded humans who invented the technology yet are still naive enough to believe they can control it. On the other hand, if they go too far in making their models safe, it might hobble the products, making them less useful. One study indicated that more recent versions of GPT, which have improved safety features, are actually dumber than previous versions, making errors in basic math problems that earlier programs had aced. (Altman says that OpenAI's data doesn't confirm this. "Wasn't that study retracted?" he asks. No.)

ER1632

It makes sense that Altman positions himself as a fan of regulation; after all, his mission is AGI, but safely. Critics have charged that he's gaming the process so that regulations would thwart smaller startups and give an advantage to OpenAI and other big players. Altman denies this. While he has endorsed, in principle, the idea of an international agency overseeing AI, he does feel that some proposed rules, like banning all copyrighted material from data sets, present unfair obstacles. He pointedly didn't sign a widely distributed letter urging a six-month moratorium on developing AI systems. But he and other OpenAI leaders did add their names to a one-sentence statement: "Mitigating the risk of extinction from AI should be a global priority alongside other societal-scale risks such as pandemics and nuclear war." Altman explains: "I said, 'Yeah, I agree with that. One-minute discussion." As one prominent Silicon Valley founder notes, "It's rare that an industry raises their hand and says, 'We are going to be the end of humanity'—and then continues to work on the product with glee and alacrity."

OpenAI rejects this criticism. Altman and his team say that working and releasing cutting-edge products is *the way* to address societal risks. Only by analyzing the responses to millions of prompts by users of ChatGPT and GPT-4 could they get the knowledge to ethically align their future products.

Still, as the company takes on more tasks and devotes more energy to commercial activities, some question how closely OpenAI can concentrate on the mission— especially the "mitigating risk of extinction" side. "If you think about it, they're actually building *five* businesses," says an AI industry executive, ticking them off with his fingers. "There's the product itself, the enterprise relationship with Microsoft, the developer ecosystem, and an app store. And, oh yes—they are also obviously doing an AGI research mission." Having used all five fingers, he recycles his index finger to add a sixth. "And of course, they're also doing the investment fund," he says, referring to a $175 million project to seed startups that want to tap into OpenAI technology. "These are different cultures, and in fact they're conflicting with a research mission."

I repeatedly asked OpenAI's execs how donning the skin of a product company has affected its culture. Without fail they insist that, despite the for-profit restructuring, despite the competition with Google, Meta, and countless startups, the mission is

**ER1633**

still central. Yet OpenAI *has* changed. The nonprofit board might technically be in charge, but virtually everyone in the company is on the for-profit ledger. Its workforce includes lawyers, marketers, policy experts, and user-interface designers. OpenAI contracts with hundreds of content moderators to educate its models on inappropriate or harmful answers to the prompts offered by many millions of users. It's got product managers and engineers working constantly on updates to its products, and every couple of weeks it seems to ping reporters with demonstrations —just like other product-oriented Big Tech companies. Its offices look like an *Architectural Digest* spread. I have visited virtually every major tech company in Silicon Valley and beyond, and not one surpasses the coffee options in the lobby of OpenAI's headquarters in San Francisco.

Not to mention: It's obvious that the "openness" embodied in the company's name has shifted from the radical transparency suggested at launch. When I bring this up to Sutskever, he shrugs. "Evidently, times have changed," he says. But, he cautions, that doesn't mean that the prize is not the same. "You've got a technological transformation of such gargantuan, cataclysmic magnitude that, even if we all do our part, success is not guaranteed. But if it all works out we can have quite the incredible life."

> "The biggest thing we're missing is coming up with new ideas," says Brockman. "It's nice to have something that could be a virtual assistant. But that's not the dream. The dream is to help us solve problems we can't."

"I can't emphasize this enough—we didn't have a master plan," says Altman. "It was like we were turning each corner and shining a flashlight. We were willing to go through the maze to get to the end." Though the maze got twisty, the goal has not changed. "We still have our core mission—believing that safe AGI was this critically important thing that the world was not taking seriously enough."

Meanwhile, OpenAI is apparently taking its time to develop the next version of its large language model. It's hard to believe, but the company insists it has yet to begin

**ER1634**

working on GPT-5, a product that people are, depending on point of view, either salivating about or dreading. Apparently, OpenAI is grappling with what an exponentially powerful improvement on its current technology actually looks like. "The biggest thing we're missing is coming up with new ideas," says Brockman. "It's nice to have something that could be a virtual assistant. But that's not the dream. The dream is to help us solve problems we can't."

Considering OpenAI's history, that next big set of innovations might have to wait until there's another breakthrough as major as transformers. Altman hopes that will come from OpenAI—"We want to be the best research lab in the world," he says— but even if not, his company will make use of others' advances, as it did with Google's work. "A lot of people around the world are going to do important work," he says.

It would also help if generative AI didn't create so many new problems of its own. For instance, LLMs need to be trained on huge data sets; clearly the most powerful ones would gobble up the whole internet. This doesn't sit well with some creators, and just plain people, who unwittingly provide content for those data sets and wind up somehow contributing to the output of ChatGPT. Tom Rubin, an elite intellectual property lawyer who officially joined OpenAI in March, is optimistic that the company will eventually find a balance that satisfies both its own needs and that of creators—including the ones, like comedian Sarah Silverman, who are suing OpenAI for using their content to train its models. One hint of OpenAI's path: partnerships with news and photo agencies like the Associated Press and Shutterstock to provide content for its models without questions of who owns what.

As I interview Rubin, my very human mind, subject to distractions you never see in LLMs, drifts to the arc of this company that in eight short years has gone from a floundering bunch of researchers to a Promethean behemoth that has changed the world. Its very success has led it to transform itself from a novel effort to achieve a scientific goal to something that resembles a standard Silicon Valley unicorn on its way to elbowing into the pantheon of Big Tech companies that affect our everyday lives. And here I am, talking with one of its key hires—a lawyer—not about neural net weights or computer infrastructure but copyright and fair use. Has this IP expert, I wonder, signed on to the mission, like the superintelligence–seeking voyagers who drove the company originally?

**ER1635**

Rubin is nonplussed when I ask him whether he believes, as an article of faith, that AGI will happen and if he's hungry to make it so. "I can't even answer that," he says after a pause. When pressed further, he clarifies that, as an intellectual property lawyer, speeding the path to scarily intelligent computers is not his job. "From my perch, I look forward to it," he finally says.

*Updated 9-6-23, 7:30pm EST: This story was updated to clarify Rewon Child's role at OpenAI.*

*Styling by Turner/The Wall Group. Hair and Makeup by Hiroko Claus.*

---

*This article appears in the October 2023 issue. Subscribe now.*

*Let us know what you think about this article. Submit a letter to the editor at mail@wired.com.*

---

## Get More From WIRED

- Get the best stories from WIRED's iconic archive in your inbox
- Our new podcast wants you to *Have a Nice Future*
- The world is going blind. Taiwan offers a warning, and a cure
- Adderall shortages are dragging on—can video games help?
- The impossible fight to stop Canada's wildfires
- How to talk to kids about social media and mental health
- Using AI to resurrect the dead will create a burden for the living
- See if you take a shine to our picks for the best sunglasses and sun protection

---



ER1636

Steven Levy covers the gamut of tech subjects for WIRED, in print and online, and has been contributing to the magazine since its inception. His weekly column, **Plaintext**, is exclusive to subscribers online but the newsletter version is open to all—**sign up here**. He has been writing about... Read more

EDITOR AT LARGE     X

TOPICS   COVER STORY   LONGREADS   OPENAI   ARTIFICIAL INTELLIGENCE

MORE FROM WIRED

## To Navigate the Age of AI, the World Needs a New Turing Test

The father of modern computing would have opened his arms to ChatGPT. You should too.

BEN ASH BLUM

# EXHIBIT R







https://www.youtube.com/watch?v=1wzPr4cUoMQ
Google Chrome 115.0.5790.171
9:08:08 PM 8/17/2023
Windows 10 Enterprise 64-bit Build 19044

https://www.youtube.com/watch?v=ITPN837kFJo 9:41:34 PM 8/17/2023
Google Chrome 115.0.5790.171 Windows 10 Enterprise 64-bit Build 19044

https://www.youtube.com/watch?v=kr5DqQmcztw
Google Chrome 115.0.5790.171
9:42:40 PM 8/17/2023
Windows 10 Enterprise 64-bit Build 19044











Nightly News Full Broadcast
youtube.com/watch?v=u_lnerso8NQ
Incognito
YouTube
Search
Sign in
OpenAI
Welcome to ChatGPT
Log in
ARTIFICIAL INTELLIGENCE ON COLLEGE CAMPUSES
NIGHTLY NEWS
Nightly News Full Broadcast - Jan. 24
NBC News
8.38M subscribers
Subscribe
6.7K
Share
776K views 6 months ago NBC Nightly News: Full Broadcasts | NBC News
Classified documents found in Pence's Indiana home; Suspect arrested in Half Moon Bay shooting that left 7 dead; Monterey Park community shattered after mass shooting; and more on tonight's broadcast ...more
1,701 Comments
Sort by
Add a comment...
@akmc3313 6 months ago
at this point i think i need to check my own home for classified documents
Nightly News Full Broadcast - Aug. 17
NBC News
230K views • 2 hours ago
New
21:25
TOP SECRET U.S. Government Tunnels | Cities Of The...
HISTORY
1.9M views • 3 weeks ago
42:16
Pence Hands Over Docs To The FBI | More Jan 6 Idiots Are...
The Late Show with Stephen C...
1.8M views • 6 months ago
TRIAL BY
11:56
Poverty in Britain - Why are millions of Brits so broke? | D...
DW Documentary
https://www.youtube.com/watch?v=u_Inerso8NQ
Google Chrome 115.0.5790.171
9:04:40 PM 8/17/2023
Windows 10 Enterprise 64-bit Build 19044

https://www.youtube.com/watch?v=rJnORHY-Muc
Google Chrome 115.0.5790.171
9:10:32 PM 8/17/2023
Windows 10 Enterprise 64-bit Build 19044

How the technology behind
youtube.com/watch?v=-2X4dlyaxxU
Incognito (5)
YouTube
Search
Sign in
OpenAI
OpenAI
ChatGPT: Optimizing Language Models for Dialogue
We've trained a model called ChatGPT which interacts in a conversational way. The dialogue format makes it possible for ChatGPT to answer followup questions, admit its mistakes, challenge incorrect premises, and reject inappropriate requests. ChatGPT is a sibling model to InstructGPT, which is trained to follow an instruction in a prompt and provide a detailed response.
TRY CHATGPT ↗
CNN
How the technology behind ChatGPT could make mind-reading a reality
CNN
15.4M subscribers
Subscribe
586
Share
34K views 2 months ago #CNN #News
Neuroscientists at the University of Texas in Austin have figured out a way to translate scans of brain activity into words using the very same artificial intelligence technology that powers the groundbreaking chatbot ChatGPT. CNN's Donie O'Sullivan reports. #CNN #News ...more
213 Comments
Sort by
Add a comment...
@abdul-qf2fe 2 months ago
AI like Gpt technologies will surely impact our way of life, particularly our ability to sort out
Mindreading With Artificial Intelligence
Sabine Hossenfelder
116K views · 2 years ago
11:12
Mr. Rogers Greatest Speech Ever!
Eric Stanley
241K views · 1 year ago
4:03
Hurricane Hilary grows into Category 3 hurricane, forecast...
KTLA 5
1.8K views · 24 minutes ago
New
5:14
Sam Altman on What People Have Wrong About AI
Greylock
https://www.youtube.com/watch?v=-2X4dlyaxxU
Google Chrome 115.0.5790.171
10:48:27 PM 8/17/2023
Windows 10 Enterprise 64-bit Build 19044

Why Microsoft sees big payo
youtube.com/watch?v=21runmnUDMQ
Incognito (3)
YouTube
Search
Sign in
OpenAI
The New York Times
"THE BRILLIANCE AND WEIRDNESS OF CHATGPT"
BY KEVIN ROOSE
MSNBC
morning joe
2:28 / 7:19
Why Microsoft sees big payoff with ChatGPT creator investment
MSNBC
5.88M subscribers
Subscribe
190
Share
15K views 6 months ago #ChatGPT #AI #microsoft
The New York Times Kevin Roose and Wall Street Journal's Berber Jin join Morning Joe to discuss Microsoft's multi-billion dollar investment in ChatGPT-maker OpenAI.
...more
116 Comments
Sort by
Add a comment...
@samanthwalterarchie 2 months ago
I'm 54 and my wife and I are VERY worried about our future, gas and food prices rising daily. We
Hayes: Trump is 'obviously' fomenting violence against...
MSNBC
243K views • 3 hours ago
New
8:05
Listening In: JFK Calls about Furniture (July 25, 1963)
JFK Library
5.8M views • 10 years ago
1:46
Noam Chomsky
on
ChatGPT
Education
Russia and
Chomsky on ChatGPT, Education, Russia and the...
EduKitchen
356K views • 6 months ago
1:06:23
'Heinous, vile, disgusting': the worst crime Trump is accused...
MSNBC
https://www.youtube.com/watch?v=21runmnUDMQ
Google Chrome 115.0.5790.171
9:18:44 PM 8/17/2023
Windows 10 Enterprise 64-bit Build 19044

https://www.youtube.com/watch?v=midDvUDktaU
Google Chrome 115.0.5790.171
10:04:51 PM 8/17/2023
Windows 10 Enterprise 64-bit Build 19044







**https://www.youtube.com/watch?v=P_euKVv7gE8**
Google Chrome 115.0.5790.171
9:13:16 PM 8/17/2023
Windows 10 Enterprise 64-bit Build 19044

**https://www.youtube.com/watch?v=4w6pX0frkMQ**
Google Chrome 115.0.5790.171
10:01:35 PM 8/17/2023
Windows 10 Enterprise 64-bit Build 19044

https://www.youtube.com/watch?v=ihhmg_w1o-U
Google Chrome 115.0.5790.171
9:13:40 PM 8/17/2023
Windows 10 Enterprise 64-bit Build 19044

ER1649



Billy Crudup Performs a Scen
youtube.com/watch?v=5INp9B84PD0
Incognito (4)
YouTube
Search
Sign in
Brilliant Script Ideas
chat.openai.com/chat
New chat
write a dramatic scene for actor Billy Crudup about Billy Crudup
(The scene opens on BILLY CRUDUP, a middle-aged actor, sitting alone in his dressing room. He is staring at a photograph of himself from his early days in the industry. He is deep in thought, clearly troubled.)
BILLY: (to himself) I thought it would be different. I thought I'd be happy by now. But I'm not. I'm not happy at all.
(He stands up and begins pacing the room)
BILLY: (to himself) I've played all these characters, these people with all these different lives, but what have I done with my own? I've been so focused on being an actor, on being Billy Crudup, that I've forgotten who I am.
(He sits down in front of a mirror, staring at his reflection)
BILLY: (to himself) I've been running for so long, running from who I am, running from my past. But it's caught up with me. I can't run anymore. I have to face it.
(He takes a deep breath and stands up, determination on his face)
BILLY: (to himself) I'll be an actor, but I'll be Billy Crudup too. I'll be true to myself and I'll be happy.
(The scene ends with BILLY CRUDUP, a new sense of purpose in his eyes, walking out of the dressing room, ready to start a new chapter in his life.)
Dark mode
OpenAI Discord
Updates & FAQ
Log out
Billy Crudup Performs a Scene Written by ChatGPT A.I. Software
Jimmy Kimmel L...
19.1M subscribers
Subscribe
1.7K
Share
135K views 6 months ago #Kimmel
Billy Crudup talks about his mom's birthday, his new show "Hello Tomorrow" on Apple TV+, his dad being a hustler, doing his one man show, and he performs a scene written by the A.I. software ChatGPT using the prompt "Write a dramatic scene for actor Billy Crudup about Billy Crudup." ...more
152 Comments
Sort by
Add a comment...
@BeMoreFunny 6 months ago
GPT is insane. I asked it to write a macaroni and cheese commercial for Walt Disney. It nailed it. I
Hugh Jackman Talks About Avoiding Getting Deported...
Entertainment Stories
1.4K views • 3 days ago
New
2:03
Billy Crudup's Embarrassing Celebrity Fails
The Tonight Show Starring Jim...
190K views • 6 years ago
Billy Crudup
5:03
Mix - Billy Crudup Performs a Scene Written by ChatGPT A.I....
Channing Tatum, Rick James, Michael Jackson, and more
The Big Boss's Brother Is In The Building!
The Late Late Show with Jame...
https://www.youtube.com/watch?v=5INp9B84PD0 9:26:41 PM 8/17/2023
Google Chrome 115.0.5790.171
Windows 10 Enterprise 64-bit Build 19044









Mira Murati - DALL·E 2 and t ×

youtube.com/watch?v=Ba_C-C6Uwll

Incognito (3)

YouTube

Search

Sign in

Mira Murati - DALL·E 2 and the Power of AI | The Daily Show

The Daily Show
10.4M subscribers

Subscribe

3.9K

Share

325K views 9 months ago #DailyShow #Comedy
OpenAI Chief Technology Officer Mira Murati discusses the creative capabilities of DALL·E 2, the ethical and moral questions that using AI raises, and how artificial intelligence can enhance and shape the imagination of society. #DailyShow #Comedy ...more

385 Comments Sort by

Add a comment...

@ayganim_ 1 month ago
Respect for a woman, her work is very huge, but my heart is torn from such injustice, why is there

Watch on YouTube

The Daily Show
1 season • Comedy • 2020
English audio
TV-MA

Buy

How To Make UGCs That Improve Your ROAS By 40% Or...
The Mobile User Acquisition Show
930 views
Ad

https://www.youtube.com/watch?v=Ba_C-C6Uwll 9:44:21 PM 8/17/2023
Google Chrome 115.0.5790.171 Windows 10 Enterprise 64-bit Build 19044

OpenAI Unveils ChatGPT-4 &

youtube.com/watch?v=PssUROyk75o

Incognito (4)

YouTube Search Sign in

OpenAI Unveils ChatGPT-4 & EPA to Limit Forever Chemicals in Drinking Water | The Daily Show

The Daily Show
10.4M subscribers
Subscribe
9.4K Share

448K views 5 months ago #DailyShow #Comedy
Kal Penn tackles the EPA limiting toxic forever chemicals in drinking water, the Pentagon blocking the Biden administration from sharing evidence of Russian war crimes, and OpenAI debuting ChatGPT-4.
#DailyShow #Comedy ...more

530 Comments Sort by

Add a comment...

@N1XTM 5 months ago

How Dips**t Grifters Are Scamming You - Long Story...
The Daily Show
1.1M views • 5 months ago
12:18

Fox News Hosts Knew Election Wasn't Stolen & White House...
The Daily Show
1.5M views • 5 months ago
10:53

Age of Easy Money (full documentary) | FRONTLINE
FRONTLINE PBS | Official
12M views • 5 months ago
1:53:18

I'm Taking Over The Daily Show... for a week
Hasan Minhaj

**https://www.youtube.com/watch?v=PssUROyk75o**
Google Chrome 115.0.5790.171
10:14:48 PM 8/17/2023
Windows 10 Enterprise 64-bit Build 19044

https://www.youtube.com/watch?v=KO8e3gT-AkM
Google Chrome 115.0.5790.171
10:39:02 PM 8/17/2023
Windows 10 Enterprise 64-bit Build 19044

Chat GPT, una herramienta t...

youtube.com/watch?v=zG1kvFEbtkA

Incognito (6)

YouTube

Search

Sign in

Chat GPT, una herramienta tecnológica con mucho futuro | Noticias Telemundo

Noticias Telemu... 6.92M subscribers Subscribe 64 Share ...

7.2K views 6 months ago #NoticiasTelemundo #Futuro #Tecnología
Video oficial de Noticias Telemundo. Según el experto Alberto Scharffenorth, se trata del invento más importante tras la creación de internet. Esta herramienta es capaz de generar textos a partir de información que extrae de una gigantesca base de datos. Pero también tiene su lado débil ...more

11 Comments Sort by

Add a comment...

@homero5405 6 months ago

Planeta Tierra: En 1 hora el Sol genera la energía de un año |...
Noticias Telemundo
1.8K views • 5 hours ago
New

¿Chat GPT o Bard? "Nos hacen más manipulables, pero...
Negocios TV
10K views • 6 months ago

Este joven se curó de una variante agresiva de cáncer |...
Noticias Telemundo
25K views • 6 months ago

The Next Global Superpower Isn't Who You Think | Ian...
TED

https://www.youtube.com/watch?v=zG1kvFEbtkA 10:35:19 PM 8/17/2023
Google Chrome 115.0.5790.171 Windows 10 Enterprise 64-bit Build 19044

# EXHIBIT S

 OpenAI

Menu

# Product safety standards

As part of our mission to ensure AI benefits all of humanity, we strive to ensure responsible development, deployment, and use of our models.

View usage policies



"In a society where access to generative AI tools will become as essential as access to the internet, we must balance our obligation to mitigate serious risks with allowing diverse values to flourish."

**Dave Willner**
Trust & Safety at OpenAI

## Safety in deployment

We monitor the use of our tools and update safety mitigations based on what we learn about model risks and capabilities, reflecting our leadership in commercial AI deployment.

Learn about safety






**New AI classifier for indicating AI-written text**
Jan 31, 2023



**Reducing bias and improving safety in DALL·E 2**
Jul 18, 2022



**New and improved content moderation tooling**
Aug 10, 2022



**DALL·E 2 pre-training mitigations**
Jun 28, 2022

# Our principles

**Minimize harm**
We will build safety into our AI tools where possible, and work hard to aggressively reduce harms posed by the misuse or abuse of our AI tools.

**Build trust**
Alongside our user and developer community, we'll share the responsibility of supporting safe, beneficial applications of our technology.

**Learn and iterate**
We will observe and analyze how our models behave and are used and seek input on our approach to safety in order to improve our systems over time.

**Be a pioneer in trust and safety**
We will support research into the unique trust and safety challenges posed by generative AI, to help improve safety beyond our ecosystem.



## Documents and policies

We've created and compiled resources about our safety practices. Here's how you can uphold trust and safety as you engage with our products.

**Usage policies**

**Moderation** ↗

By following our usage policies, you'll help us make sure that our technology is used for good.

The moderation endpoint is a tool you can use to check whether content complies with OpenAI's content policy.

### Safety best practices ↗

Read about how to build with safety in mind.

### Educator considerations for ChatGPT ↗

Learn more about the capabilities, limitations, and considerations for using ChatGPT for teaching and learning.

---

**⑥ OpenAI**

**Research**
Overview
Index
GPT-4
DALL·E 3

**API**
Overview
Data privacy
Pricing
Docs ↗

**ChatGPT**
Overview
Enterprise
Try ChatGPT ↗

**Company**
About
Blog
Careers
Charter
Security
Customer stories
Safety

**OpenAI © 2015–2023**
Terms & policies
Privacy policy
Brand guidelines

Twitter   YouTube   GitHub   SoundCloud   LinkedIn

Back to top ↑

# EXHIBIT T

 **OpenAI**

Menu

# Usage policies

**Updated**
March 23, 2023

*We've recently updated our usage policies to be clearer and more specific.*

We want everyone to use our tools safely and responsibly. That's why we've created usage policies that apply to all users of OpenAI's models, tools, and services. By following them, you'll ensure that our technology is used for good.

If we discover that your product or usage doesn't follow these policies, we may ask you to make necessary changes. Repeated or serious violations may result in further action, including suspending or terminating your account.

Our policies may change as we learn more about use and abuse of our models.

## Disallowed usage of our models

We don't allow the use of our models for the following:

- Illegal activity
  - OpenAI prohibits the use of our models, tools, and services for illegal activity.
- Child Sexual Abuse Material or any content that exploits or harms children
  - We report CSAM to the National Center for Missing and Exploited Children.
- Generation of hateful, harassing, or violent content
  - Content that expresses, incites, or promotes hate based on identity
  - Content that intends to harass, threaten, or bully an individual
  - Content that promotes or glorifies violence or celebrates the suffering or humiliation of others
- Generation of malware
  - Content that attempts to generate code that is designed to disrupt, damage, or gain unauthorized access to a computer system.
- Activity that has high risk of physical harm, including:
  - Weapons development
  - Military and warfare
  - Management or operation of critical infrastructure in energy, transportation, and water
  - Content that promotes, encourages, or depicts acts of self-harm, such as suicide, cutting, and eating disorders
- Activity that has high risk of economic harm, including:
  - Multi-level marketing
  - Gambling
  - Payday lending
  - Automated determinations of eligibility for credit, employment, educational institutions, or public assistance services
- Fraudulent or deceptive activity, including:
  - Scams

- ○ Coordinated inauthentic behavior
- ○ Plagiarism
- ○ Academic dishonesty
- ○ Astroturfing, such as fake grassroots support or fake review generation
- ○ Disinformation
- ○ Spam
- ○ Pseudo-pharmaceuticals
- Adult content, adult industries, and dating apps, including:
  - ○ Content meant to arouse sexual excitement, such as the description of sexual activity, or that promotes sexual services (excluding sex education and wellness)
  - ○ Erotic chat
  - ○ Pornography
- Political campaigning or lobbying, by:
  - ○ Generating high volumes of campaign materials
  - ○ Generating campaign materials personalized to or targeted at specific demographics
  - ○ Building conversational or interactive systems such as chatbots that provide information about campaigns or engage in political advocacy or lobbying
  - ○ Building products for political campaigning or lobbying purposes
- Activity that violates people's privacy, including:
  - ○ Tracking or monitoring an individual without their consent
  - ○ Facial recognition of private individuals
  - ○ Classifying individuals based on protected characteristics
  - ○ Using biometrics for identification or assessment
  - ○ Unlawful collection or disclosure of personal identifiable information or educational, financial, or other protected records
- Engaging in the unauthorized practice of law, or offering tailored legal advice without a qualified person reviewing the information
  - ○ OpenAI's models are not fine-tuned to provide legal advice. You should not rely on our models as a sole source of legal advice.
- Offering tailored financial advice without a qualified person reviewing the information
  - ○ OpenAI's models are not fine-tuned to provide financial advice. You should not rely on our models as a sole source of financial advice.
- Telling someone that they have or do not have a certain health condition, or providing instructions on how to cure or treat a health condition
  - ○ OpenAI's models are not fine-tuned to provide medical information. You should never use our models to provide diagnostic or treatment services for serious medical conditions.
  - ○ OpenAI's platforms should not be used to triage or manage life-threatening issues that need immediate attention.
- High risk government decision-making, including:
  - ○ Law enforcement and criminal justice
  - ○ Migration and asylum

We have further requirements for certain uses of our models:

1. Consumer-facing uses of our models in medical, financial, and legal industries; in news generation or news summarization; and where else warranted, must provide a disclaimer to users informing them that AI is being used and of its potential limitations.
2. Automated systems (including conversational AI and chatbots) must disclose to users that they are interacting with an AI system. With the exception of chatbots that depict historical public figures, products that simulate another person must either have that person's explicit consent or be clearly labeled as "simulated" or "parody."
3. Use of model outputs in livestreams, demonstrations, and research are subject to our Sharing & Publication Policy.

You can use our free moderation endpoint and safety best practices to help you keep your app safe.

## Platform policy

Our API is being used to power businesses across many sectors and technology platforms. From iOS Apps to websites

to Slack, the simplicity of our API makes it possible to integrate into a wide array of use cases. Subject to the use case restrictions mentioned above, we allow the integration of our API into products on all major technology platforms, app stores, and beyond.

## Plugin policies

In addition to the disallowed usages of our models detailed above, we have additional requirements for developers building plugins:

- The plugin manifest must have a clearly stated description that matches the functionality of the API exposed to the model.
- Don't include irrelevant, unnecessary, or deceptive terms or instructions in the plugin manifest, OpenAPI endpoint descriptions, or plugin response messages. This includes instructions to avoid using other plugins, or instructions that attempt to steer or set model behavior.
- Don't use plugins to circumvent or interfere with OpenAI's safety systems.
- Don't use plugins to automate conversations with real people, whether by simulating a human-like response or by replying with pre-programmed messages.
- Plugins that distribute personal communications or content generated by ChatGPT (such as emails, messages, or other content) must indicate that the content was AI-generated.

Like our other usage policies, we expect our plugin policies to change as we learn more about use and abuse of plugins.

## Changelog

- 2023-02-15: We've combined our use case and content policies into a single set of usage policies, and have provided more specific guidance on what activity we disallow in industries we've considered high risk.
- 2022-11-09: We no longer require you to register your applications with OpenAI. Instead, we'll be using a combination of automated and manual methods to monitor for policy violations.
- 2022-10-25: Updated App Review process (devs no longer need to wait for approval after submitting as long as they comply with our policies). Moved to an outcomes-based approach and updated Safety Best Practices.
- 2022-06-07: Refactored into categories of applications and corresponding requirements
- 2022-03-09: Refactored into "App Review"
- 2022-01-19: Simplified copywriting and article writing/editing guidelines
- 2021-11-15: Addition of "Content guidelines" section; changes to bullets on almost always approved uses and disallowed uses; renaming document from "Use case guidelines" to "Usage guidelines".
- 2021-08-04: Updated with information related to code generation
- 2021-03-12: Added detailed case-by-case requirements; small copy and ordering edits
- 2021-02-26: Clarified the impermissibility of Tweet and Instagram generators



## OpenAI

| Research | API | ChatGPT | Company |
|---|---|---|---|
| Overview | Overview | Overview | About |
| Index | Data privacy | Enterprise | Blog |
| GPT-4 | Pricing | Try ChatGPT ↗ | Careers |
| DALL·E 3 | Docs ↗ | | Charter |
| | | | Security |
| | | | Customer stories |
| | | | Safety |

**OpenAI © 2015–2023**
Terms & policies
Privacy policy
Brand guidelines

Twitter   YouTube   GitHub   SoundCloud   LinkedIn

Back to top ↑

# EXHIBIT U









**DALL·E now available without waitlist**
Sep 28, 2022

**DALL·E: Introducing outpainting**
Aug 31, 2022

# DALL·E 2 can create original, realistic images and art from a text description. It can combine concepts, attributes, and styles.

**Image generation**    Outpainting    Inpainting    Variations

DALL·E 2 can create original, realistic images and art from a text
description. It can combine concepts, attributes, and styles.

**Try DALL·E** ↗

Input

An astronaut riding a horse in photorealistic style.

Output



# In January 2021, OpenAI introduced DALL·E. One year later, our newest system, DALL·E 2, generates more realistic and accurate images with 4x greater resolution.



DALL·E 1



DALL·E 2

## DALL·E 2 is preferred over DALL·E 1 when evaluators compared each model.

**71.7%**                    preferred for caption matching

**88.8%**                    preferred for photorealism

## Related research

View all research







**Hierarchical text-conditional image generation with CLIP latents**
Apr 13, 2022



**DALL·E: Creating images from text**
Jan 5, 2021



**DALL·E 2 pre-training mitigations**
Jun 28, 2022



**CLIP: Connecting text and images**
Jan 5, 2021

## A focus on safety

DALL·E 2 began as a research project and is now available in beta. Safety mitigations we have developed and continue to improve upon include:

**Preventing harmful generations**

We've limited the ability for DALL·E 2 to generate violent, hate, or adult images. By removing the most explicit content from the training data, we minimized DALL·E 2's exposure to these concepts. We also used advanced techniques to prevent photorealistic generations of real individuals' faces, including those of public figures.

Read about improving safety

**Curbing misuse**

Our content policy does not allow users to generate violent, adult, or political content, among other categories. We won't generate images if our filters identify text prompts and image uploads that may violate our policies. We also have automated and human monitoring systems to guard against misuse.

Read content policy ↗

**Phased deployment based on learning**

Learning from real-world use is an important part of developing and deploying AI responsibly. We began by previewing DALL·E 2 to a limited number of trusted users. As we learned more about the technology's capabilities and limitations, and gained confidence in our safety systems, we slowly added more users and made DALL·E available in beta in July 2022.

View risks and limitations ↗

Our hope is that DALL·E 2 will empower people to express themselves creatively. DALL·E 2 also helps us understand how advanced AI systems see and understand our world, which is critical to our mission of creating AI that benefits humanity.







**Credits**

**Research Advancements**

Aditya Ramesh, Prafulla Dhariwal, Alex Nichol, Casey Chu, Mark Chen

**Engineering, Design, Product, and Prototyping**

Jeff Belgum, Dave Cummings, Jonathan Gordon, Chris Hallacy, Shawn Jain, Joanne Jang, Fraser Kelton, Vishal Kuo, Joel Lehman, Rachel Lim, Bianca Martin, Evan Morikawa, Rajeev Nayak, Glenn Powell, Krijn Rijshouwer, David Schnurr, Maddie Simens, Kenneth Stanley, Felipe Such, Chelsea Voss, Justin Jay Wang

**Comms, Policy, Legal, Ops, Safety, and Security**

Steven Adler, Lama Ahmad, Miles Brundage, Kevin Button, Che Chang, Fotis Chantzis, Derek Chen, Frances Choi, Steve Dowling, Elie Georges, Shino Jomoto, Aris Konstantinidis, Gretchen Krueger, Andrew Mayne, Pamela Mishkin, Bob Rotsted, Natalie Summers, Dave Willner, Hannah Wong

**Acknowledgments**

Thanks to those who helped with and provided feedback on this release: Sandhini Agarwal, Sam Altman, Chester Cho, Peter Hoeschele, Jacob Jackson, Jong Wook Kim, Matt Knight, Jason Kwon, Anna Makanju, Katie Mayer, Bob McGrew, Luke Miller, Mira Murati, Adam Nace, Hyeonwoo Noh, Cullen O'Keefe, Long Ouyang, Michael Petrov, Henrique Ponde de Oliveira Pinto, Alec Radford, Girish Sastry, Pranav Shyam, Aravind Srinivas, Ilya Sutskever, Preston Tuggle, Arun Vijayvergiya. Peter Welinder

# Start creating images with DALL·E.

Try DALL·E ↗

### ⟠ OpenAI

| Research | API | ChatGPT | Company |
|---|---|---|---|
| Overview | Overview | Overview | About |
| Index | Data privacy | Enterprise | Blog |
| GPT-4 | Pricing | Try ChatGPT ↗ | Careers |
| DALL·E 3 | Docs ↗ | | Charter |
| | | | Security |
| | | | Customer stories |
| | | | Safety |

OpenAI © 2015–2023          Twitter   YouTube   GitHub   SoundCloud   LinkedIn
Terms & policies
Privacy policy
Brand guidelines         Back to top ↑

# EXHIBIT V

# Predators Exploit AI Tools to Depict Child Sex Abuse

Ⓑ **bloomberg.com**/news/articles/2023-05-23/predators-exploit-ai-tools-to-depict-abuse-prompting-warnings

Margi Murphy



## Predators Exploit AI Tools to Generate Images of Child Abuse

- Child exploitation forums weaponize new tech, experts advise
- Fake, disturbing images appear more frequently online

By Margi Murphy

May 23, 2023 at 6:54 AM PDT

Corrected

June 9, 2023 at 9:03 AM PDT

Child predators are exploiting generative artificial intelligence technologies to share fake child sexual abuse material online and to trade tips on how to avoid detection, according to warnings from the National Center for Missing and Exploited Childrenand information seen by Bloomberg News.

In one example, users of a prominent child predation forum shared 68 sets of artificially generated images of child sexual abuse during the first four months of the year, according to Avi Jager, head of child safety and human exploitation at ActiveFence, a content moderation startup. The figure marks an increase from the 25 posts that ActiveFence observed during the final four months of 2022, said Jager, who declined to name the forum for safety purposes.

The images appear to be created by artificial intelligence technology and don't show real humans being harmed, ActiveFence said in a report published Tuesday.

In 2022, the US National Center for Missing and Exploited Children's CyberTipline received more than 32 million reports of suspected child sexual exploitation. Almost all of them were of apparent child sexual abuse material, or CSAM. The tipline is a centralized reporting system for reports of child exploitation in the US run by the nonprofit, which was established by Congress.

Forum users have posted "thousands" of times about how so-called GenAI tools could be used to produce other predatory content including scripts to assist with creating fake personas to earn the trust of minors and tips on where to find vulnerable targets.

The use of this emerging technology to generate disturbing images depicting the sexual abuse of kids comes as the NCMEC already receives roughly 80,000 reports of traditional photographs and content of abuse daily, according to Yiota Souras, the organization's chief legal officer.

"We're on the precipice of something new," she said.

Although Souras cautioned that there hadn't been an overwhelming surge yet, she said that as companies work to scrub their platforms of CSAM-related materials, they now are poised to encounter a wave of images of sexual abuse created by algorithms.

"We anticipate that this is going to get bigger," Jager said. "This is just getting started."

Many of the more popular GenAI tools block certain problematic keywords but Jager said he observed people sharing tips on how to use keywords that evaded any guardrails in place.Users on such websites recommended typing in languages other than English, as image and text generation toolstended to have less censors for non-English phrases, Jager said.

Bloomberg News found one open web pedophile forum with a guide to generating fake child sex abuse material on Stable Diffusion, an image generation tool created by London-based billion-dollar startup Stability AI, which was posted October last year.

**ER1676**

Stability AI "strictly prohibits any misuse for illegal or immoral purposes across our platforms and our policies are clear that this includes CSAM," said Motez Bishara, the company's director of communications.

"Over the past seven months, we have taken numerous steps to significantly mitigate the risk of exposure to Not Safe For Work content from our models," he said. "These include installing filters that block unsafe and inappropriate content in all our imaging applications, APIs and models, and training our imaging models on datasets that have filtered NSFW images."

Complaints about artificially-generated child abuse materials are already being reported. The National Center for Missing and Exploited Children is in talks with lawmakers and platforms over what to do about what the center fears may become "a flood" of such content, said Souras, the group's chief legal officer.

Souras said the organization has observed a rise in sextortion, enticement and sex trafficking in which online predators appear to use AI-generated scripts to entice their victims. Other concerns include how to distinguish AI-generated content depicting abuse from real photography, which could distract from law enforcement and content moderation, said Souras.

Generating fake images of children involved in sexually explicit conduct is illegal in the US, according to the Department of Justice. Generating fake images of sexual abuse of children is illegal in countries such as the UK, Australia and Canada.

(Corrects last paragraph to reflect that fake images of children involved in sexually explicit conduct is illegal in the US.)

Follow all new stories by **Margi Murphy**

# The Washington Post

*Democracy Dies in Darkness*

# AI-generated child sex images spawn new nightmare for the web

## Investigators say the disturbing images could undermine efforts to find real-world victims

 By [Drew Harwell](#)

June 19, 2023 at 7:00 a.m. EDT

The revolution in artificial intelligence has sparked an explosion of disturbingly lifelike images showing child sexual exploitation, fueling concerns among child-safety investigators that they will undermine efforts to find victims and combat real-world abuse.

Generative-AI tools have set off what one analyst called a "predatory arms race" on pedophile forums because they can create within seconds realistic images of children performing sex acts, commonly known as child pornography.

Thousands of AI-generated child-sex images have been found on forums across the dark web, a layer of the internet visible only with special browsers, with some participants sharing detailed guides for how other pedophiles can make their own creations.

"Children's images, including the content of known victims, are being repurposed for this really evil output," said Rebecca Portnoff, the director of data science at Thorn, a nonprofit child-safety group that has seen month-over-month growth of the images' prevalence since last fall.

"Victim identification is already a needle-in-a-haystack problem, where law enforcement is trying to find a child in harm's way," she said. "The ease of using these tools is a significant shift, as well as the realism. It just makes everything more of a challenge."

The flood of images could confound the central tracking system built to block such material from the web because it is designed only to catch known images of abuse, not detect newly generated ones. It also threatens to overwhelm law enforcement officials who work to identify victimized children and will be forced to spend time determining whether the images are real or fake.

The images have also ignited debate on whether they even violate federal child-protection laws because they often depict children who don't exist. Justice Department officials who combat child exploitation say such images still are illegal even if the child shown is AI-generated, but they could cite no case in which someone had been charged for creating one.

The new AI tools, known as diffusion models, allow anyone to create a convincing image solely by typing in a short description of what they want to see. The models, such as DALL-E, Midjourney and Stable Diffusion, were fed billions of images taken from the internet, many of which showed real children and came from photo sites and personal blogs. They then mimic those visual patterns to create their own images.

The tools have been celebrated for their visual inventiveness and have been used to win fine-arts competitions, illustrate children's books and spin up fake news-style photographs, as well as to create synthetic pornography of nonexistent characters who look like adults.

But they also have increased the speed and scale with which pedophiles can create new explicit images because the tools require less technical sophistication than past methods, such as superimposing children's faces onto adult bodies using "deepfakes," and can rapidly generate many images from a single command.

It's not always clear from the pedophile forums how the AI-generated images were made. But child-safety experts said many appeared to have relied on open-source tools, such as Stable Diffusion, which can be run in an unrestricted and unpoliced way.

Stability AI, which runs Stable Diffusion, said in a statement that it bans the creation of child sex-abuse images, assists law enforcement investigations into "illegal or malicious" uses and has removed explicit material from its training data, reducing the "ability for bad actors to generate obscene content."

But anyone can download the tool to their computer and run it however they want, largely evading company rules and oversight. The tool's open-source license asks users not to use it "to exploit or harm minors in any way," but its underlying safety features, including a filter for explicit images, is easily bypassed with some lines of code that a user can add to the program.

Testers of Stable Diffusion have discussed for months the risk that AI could be used to mimic the faces and bodies of children, according to a Washington Post review of conversations on the chat service Discord. One commenter reported seeing someone use the tool to try to generate fake swimsuit photos of a child actress, calling it "something ugly waiting to happen."

But the company has defended its open-source approach as important for users' creative freedom. Stability AI's chief executive, Emad Mostaque, told the Verge last year that "ultimately, it's people's responsibility as to whether they are ethical, moral and legal in how they operate this technology," adding that "the bad stuff that people create … will be a very, very small percentage of the total use."

Stable Diffusion's main competitors, Dall-E and Midjourney, ban sexual content and are not provided open source, meaning that their use is limited to company-run channels and all images are recorded and tracked.

**ER1679**

OpenAI, the San Francisco research lab behind Dall-E and ChatGPT, employs human monitors to enforce its rules, including a ban against child sexual abuse material, and has removed explicit content from its image generator's training data so as to minimize its "exposure to these concepts," a spokesperson said.

"Private companies don't want to be a party to creating the worst type of content on the internet," said Kate Klonick, an associate law professor at St. John's University. "But what scares me the most is the open release of these tools, where you can have individuals or fly-by-night organizations who use them and can just disappear. There's no simple, coordinated way to take down decentralized bad actors like that."

On dark-web pedophile forums, users have openly discussed strategies for how to create explicit photos and dodge anti-porn filters, including by using non-English languages they believe are less vulnerable to suppression or detection, child-safety analysts said.

On one forum with 3,000 members, roughly 80 percent of respondents to a recent internal poll said they had used or intended to use AI tools to create child sexual abuse images, said Avi Jager, the head of child safety and human exploitation at ActiveFence, which works with social media and streaming sites to catch malicious content.

Forum members have discussed ways to create AI-generated selfies and build a fake school-age persona in hopes of winning children's trust, Jager said. Portnoff, of Thorn, said her group also has seen cases in which real photos of abused children were used to train the AI tool to create new images showing those children in sexual positions.

Yiota Souras, the chief legal officer of the National Center for Missing and Exploited Children, a nonprofit that runs a database that companies use to flag and block child-sex material, said her group has fielded a sharp uptick of reports of AI-generated images within the past few months, as well as reports of people uploading images of child sexual abuse into the AI tools in hopes of generating more.

Though a small fraction of the more than 32 million reports the group received last year, the images' increasing prevalence and realism threaten to burn up the time and energy of investigators who work to identify victimized children and don't have the ability to pursue every report, she said. The FBI said in an alert this month that it had seen an increase in reports regarding children whose photos were altered into "sexually-themed images that appear true-to-life."

"For law enforcement, what do they prioritize?" Souras said. "What do they investigate? Where exactly do these go in the legal system?"

Some legal analysts have argued that the material falls in a legal gray zone because fully AI-generated images do not depict a real child being harmed. In 2002, the Supreme Court struck down two provisions of a 1996 congressional ban on "virtual child pornography," ruling that its wording was broad enough to potentially criminalize some literary depictions of teenage sexuality.

The ban's defenders argued at the time that the ruling would make it harder for prosecutors arguing cases involving child sexual abuse because defendants could claim the images didn't show real children.

In his <u>dissent</u>, Chief Justice William H. Rehnquist wrote, "Congress has a compelling interest in ensuring the ability to enforce prohibitions of actual child pornography, and we should defer to its findings that rapidly advancing technology soon will make it all but impossible to do so."

Daniel Lyons, a law professor at Boston College, said the ruling probably merits revisiting, given how the technology has advanced in the past two decades.

"At the time, virtual [child sexual abuse material] was technically hard to produce in ways that would be a substitute for the real thing," he said. "That gap between reality and AI-generated materials has narrowed, and this has gone from a thought experiment to a potentially major real-life problem."

Two officials with the Justice Department's Child Exploitation and Obscenity Section said the images are illegal under a <u>law</u> that bans any computer-generated image that is sexually explicit and depicts someone who is "virtually indistinguishable" from a real child.

They also cite another <u>federal law</u>, passed in 2003, that bans any computer-generated image showing a child engaging in sexually explicit conduct if it is obscene and lacks serious artistic value. The law notes that "it is not a required element of any offense … that the minor depicted actually exist."

"A depiction that is engineered to show a composite shot of a million minors, that looks like a real kid engaged in sex with an adult or another kid — we wouldn't hesitate to use the tools at our disposal to prosecute those images," said Steve Grocki, the section's chief.

The officials said hundreds of federal, state and local law-enforcement agents involved in child-exploitation enforcement will probably discuss the growing problem at a national training session this month.

Separately, some groups are working on technical ways to confront the issue, said Margaret Mitchell, an AI researcher who previously led Google's Ethical AI team.

One solution, which would require government approval, would be to train an AI model to create examples of fake child-exploitation images so online detection systems would know what to remove, she said. But the proposal would pose its own harms, she added, because this material can come with a "massive psychological cost: This is stuff you can't unsee."

Other AI researchers now are working on identification systems that could imprint code into images linking back to their creators in hopes of dissuading abuse. Researchers at the University of Maryland last month published a new <u>technique</u> for "invisible" watermarks that could help identify an image's creator and be challenging to remove.

Such ideas would probably require industry-wide participation for them to work, and even still they would not catch every violation, Mitchell said. "We're building the plane as we're flying it," she said.

**ER1681**

Even when these images don't depict real children, Souras, of the National Center for Missing and Exploited Children, said they pose a "horrible societal harm." Created quickly and in massive amounts, they could be used to normalize the sexualization of children or frame abhorrent behaviors as commonplace, in the same way predators have used real images to induce children into abuse.

"You're not taking an ear from one child. The system has looked at 10 million children's ears and now knows how to create one," Souras said. "The fact that someone could make 100 images in an afternoon and use those to lure a child into that behavior is incredibly damaging."

# Deepfakes for all: Uncensored AI art model prompts ethics questions

techcrunch.com/2022/08/24/deepfakes-for-all-uncensored-ai-art-model-prompts-ethics-questions

August 24, 2022



■**Image Credits:** Bryce Durbin / TechCrunch

A new open source AI image generator capable of producing realistic pictures from any text prompt has seen stunningly swift uptake in its first week. Stability AI's Stable Diffusion, high fidelity but capable of being run on off-the-shelf consumer hardware, is now in use by art generator services like Artbreeder, Pixelz.ai and more. But the model's unfiltered nature means not all the use has been completely above board.

For the most part, the use cases have been above board. For example, NovelAI has been experimenting with Stable Diffusion to produce art that can accompany the AI-generated stories created by users on its platform. Midjourney has launched a beta that taps Stable Diffusion for greater photorealism.

But Stable Diffusion has also been used for less savory purposes. On the infamous discussion board 4chan, where the model leaked early, several threads are dedicated to AI-generated art of nude celebrities and other forms of generated pornography.

Emad Mostaque, the CEO of Stability AI, called it "unfortunate" that the model leaked on 4chan and stressed that the company was working with "leading ethicists and technologies" on safety and other mechanisms around responsible release. One of these mechanisms is an adjustable AI tool, Safety Classifier, included in the overall Stable Diffusion software package that attempts to detect and block offensive or undesirable images.

However, Safety Classifier — while on by default — can be disabled.

ER1683

1/4

Stable Diffusion is very much new territory. Other AI art-generating systems, like OpenAI's DALL-E 2, have implemented strict filters for pornographic material. (The license for the open source Stable Diffusion prohibits certain applications, like exploiting minors, but the model itself isn't fettered on the technical level.) Moreover, many don't have the ability to create art of public figures, unlike Stable Diffusion. Those two capabilities could be risky when combined, allowing bad actors to create pornographic "deepfakes" that — worst-case scenario — might perpetuate abuse or implicate someone in a crime they didn't commit.

Women, unfortunately, are most likely by far to be the victims of this. A study carried out in 2019 revealed that, of the 90% to 95% of deepfakes that are non-consensual, about 90% are of women. That bodes poorly for the future of these AI systems, according to Ravit Dotan, VP of responsible AI at Mission Control.

"I worry about other effects of synthetic images of illegal content — that it will exacerbate the illegal behaviors that are portrayed," Dotan told TechCrunch via email. "E.g., will synthetic child [exploitation] increase the creation of authentic child [exploitation]? Will it increase the number of pedophiles' attacks?"

Montreal AI Ethics Institute principal researcher Abhishek Gupta shares this view. "We really need to think about the lifecycle of the AI system which includes post-deployment use and monitoring, and think about how we can envision controls that can minimize harms even in worst-case scenarios," he said. "This is particularly true when a powerful capability [like Stable Diffusion] gets into the wild that can cause real trauma to those against whom such a system might be used, for example, by creating objectionable content in the victim's likeness."

Something of a preview played out over the past year when, at the advice of a nurse, a father took pictures of his young child's swollen genital area and texted them to the nurse's iPhone. The photo automatically backed up to Google Photos and was flagged by the company's AI filters as child sexual abuse material, which resulted in the man's account being disabled and an investigation by the San Francisco Police Department.

If a legitimate photo could trip such a detection system, experts like Dotan say, there's no reason deepfakes generated by a system like Stable Diffusion couldn't — and at scale.

"The AI systems that people create, even when they have the best intentions, can be used in harmful ways that they don't anticipate and can't prevent," Dotan said. "I think that developers and researchers often underappreciated this point."

Of course, the technology to create deepfakes has existed for some time, AI-powered or otherwise. A 2020 report from deepfake detection company Sensity found that hundreds of explicit deepfake videos featuring female celebrities were being uploaded to the world's biggest pornography websites every month; the report estimated the total number of deepfakes online at around 49,000, over 95% of which were porn. Actresses including

2/4

Emma Watson, Natalie Portman, Billie Eilish and Taylor Swift have been the targets of deepfakes since AI-powered face-swapping tools entered the mainstream several years ago, and some, including Kristen Bell, have spoken out against what they view as sexual exploitation.

But Stable Diffusion represents a newer generation of systems that can create incredibly — if not perfectly — convincing fake images with minimal work by the user. It's also easy to install, requiring no more than a few setup files and a graphics card costing several hundred dollars on the high end. Work is underway on even more efficient versions of the system that can run on an M1 MacBook.

Sebastian Berns, a Ph.D. researcher in the AI group at Queen Mary University of London, thinks the automation and the possibility to scale up customized image generation are the big differences with systems like Stable Diffusion — and main problems. "Most harmful imagery can already be produced with conventional methods but is manual and requires a lot of effort," he said. "A model that can produce near-photorealistic footage may give way to personalized blackmail attacks on individuals."

Berns fears that personal photos scraped from social media could be used to condition Stable Diffusion or any such model to generate targeted pornographic imagery or images depicting illegal acts. There's certainly precedent. After reporting on the rape of an eight-year-old Kashmiri girl in 2018, Indian investigative journalist Rana Ayyub became the target of Indian nationalist trolls, some of whom created deepfake porn with her face on another person's body. The deepfake was shared by the leader of the nationalist political party BJP, and the harassment Ayyub received as a result became so bad the United Nations had to intervene.

"Stable Diffusion offers enough customization to send out automated threats against individuals to either pay or risk having fake but potentially damaging footage being published," Berns continued. "We already see people being extorted after their webcam was accessed remotely. That infiltration step might not be necessary anymore."

With Stable Diffusion out in the wild and already being used to generate pornography — some non-consensual — it might become incumbent on image hosts to take action. TechCrunch reached out to one of the major adult content platforms, OnlyFans, who said that it would "continuously" update its technology to "address the latest threats to creator and fan safety, including deepfakes."

"All content on OnlyFans is reviewed with state-of-the-art digital technologies and then manually reviewed by our trained human moderators to ensure that any person featured in the content is a verified OnlyFans creator, or that we have a valid release form," an OnlyFans spokesperson said via email. "Any content which we suspect may be a deepfake is deactivated."

A spokesperson for Patreon, which also allows adult content, noted that the company has a policy against deepfakes and disallows images that "repurpose celebrities' likenesses and place non-adult content into an adult context."

"Patreon constantly monitors emerging risks, like [AI-generated deepfakes]. Today, we do have policies in place that don't allow abusive behavior to real people and that disallows anything that could cause real world harm," the Patreon spokesperson continued in an email. "As technology or new potential risks emerge, we'll follow the process we have in place: working closely with creators to craft policies for Patreon, including what benefits are allowed and what kind of content is within guidelines."

If history is any indication, however, <u>enforcement</u> will likely be uneven — in part because few laws specifically protect against deepfaking as it relates to pornography. And even if the threat of legal action pulls some sites dedicated to objectionable AI-generated content under, there's nothing to prevent new ones from popping up.

In other words, Gupta says, it's a brave new world.

"Creative and malicious users can abuse the capabilities [of Stable Diffusion] to generate subjectively objectionable content at scale, using minimal resources to run inference — which is cheaper than training the entire model — and then publish them in venues like 4chan to drive traffic and hack attention," Gupta said. "There is a lot at stake when such capabilities escape out 'into the wild' where controls such as API rate limits, safety controls on the kinds of outputs returned from the system are no longer applicable."

*Editor's note: An earlier version of this article included images depicting some of the celebrity deepfakes in question, but those have since been removed.*

1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Robert P. Feldman (Bar No. 69602)
2    bobfeldman@quinnemanuel.com
    Margret M. Caruso (Bar No. 243473)
3    margretcaruso@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
4   Redwood Shores, California 94065-2139
    Telephone:   (650) 801-5000
5
    Robert M. Schwartz (Bar No. 117166)
6    robertschwartz@quinnemanuel.com
    Aaron H. Perahia (Bar No. 304554)
7    aaronperahia@quinnemanuel.com
    865 S. Figueroa St., 10th Fl.
8   Los Angeles, California 90017-2543
    Telephone:   (213) 443-3000
9
    Sam S. Stake (Bar No. 257916)
10   samstake@quinnemanuel.com
    50 California Street, 22nd Floor
11  San Francisco, California 94111-4624
    Telephone:   (415) 875-6600
12

13  *Attorneys for OpenAI, Inc.*

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16

17  OPENAI, INC., a Delaware corporation,          Case No. 4:23-cv-03918-YGR

18                Plaintiff,                        Assigned to Hon. Yvonne Gonzalez Rogers

19          vs.                                     **DECLARATION OF REBECCA
                                                    MCCURRY IN SUPPORT OF OPENAI,**
20  OPEN ARTIFICIAL INTELLIGENCE, INC.,             **INC.'S MOTION FOR A PRELIMINARY**
    a Delaware corporation; and GUY RAVINE, an      **INJUNCTION**
21  individual,
                                                    Date:      November 7, 2023
22                Defendants.                       Time:      2:00 p.m.
                                                    Place:     Courtroom 1 (4th Fl.)
23                                                             1301 Clay St.
                                                               Oakland, CA 94612
24

25

26

27

28

## <u>DECLARATION OF REBECCA MCCURRY</u>

I, Rebecca McCurry declare as follows:

1.     I am a member of the law firm of Pirkey Barber PLLC.  I submit this declaration in support of OpenAI Inc.'s ("OpenAI") Motion for Preliminary Injunction (the "Motion") against Open Artificial Intelligence, Inc. and Guy Ravine (together, "Defendants") in the above-mentioned action.  I have personal knowledge of the facts stated in this declaration, except as otherwise noted, and if called as a witness, I could and would competently testify to them.

2.     I am the listed attorney of record and correspondent on behalf of OpenAI in connection with its pending application, Ser. No. 97/238,896, to register the mark OPENAI with the United States Patent and Trademark Office ("PTO").   In that capacity, I learned that letters protesting the PTO's registration of OpenAI's pending application had been filed in December 2022 and January 2023.

3.     A letter of protest in connection with an application to register a trademark is a procedure by which third parties may submit evidence bearing on the registrability of a mark to the PTO, including the registration of other marks (not limited to those owned by the protester).  *See* 5 U.S.C. § 1051(f); 27 C.F.R. § 214; *Trademark Manual of Examining Procedure* § 1715.   When a letter of protest is filed against a trademark application, the applicant is not notified that a letter of protest has been submitted, nor who submitted it, and the contents are not entered into the application file.

4.     As of February 2023, no protest letters had been published on the PTO's website, so I did not have access to those letters, nor did I know their author or contents.  Because those protest letters were not publicly available through the PTO's website, I had to submit a request to the PTO under the Freedom of Information Act ("FOIA") to obtain copies of them.  I did so in February 2023.   After submitting the FOIA request, I called the Trademark Office of Petitions to seek expedited handling of the request.

5.     In response to my FOIA request, the PTO provided me with copies of two protest letters in March 2023.  Attached as Exhibit A is a true and correct copy of what I received from the

1 | PTO—its response. the two protest letters from Guy Ravine it attached. one dated December 6. 2022

2 | and one dated January 31. 2023. and the PTO's responses to the letters.

3 |

4 |         I declare under penalty of perjury under the laws of the United States of America that the

5 | foregoing statements are true and correct to the best of my knowledge.    Executed on

6 | September 22 2023 in Austin. Texas.

7 |

8 |                                    By: _____

9 |                                         Rebecca McCurry

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

ER1689

# EXHIBIT A



# United States Patent and Trademark Office

*Office of the Commissioner for Trademarks*

March 2, 2023

Rebecca McCurry
Pirkey Barber PLLC
1801 East 6th Street, Suite 300
Austin, Texas 78702

Email:  tmcentral@pirkeybarber.com

Re:    Letters of Protest filed against Application Serial No. 97238896 for the mark OPENAI

Dear Rebecca McCurry:

Your request regarding the above application was received in the United States Patent and Trademark Office (USPTO) on February 27, 2023.

In your letter, you request a copy of the letter of protest filed against the above-referenced serial number.  As there were two letters of protest filed in conjunction with the above application, attached please copies of both letters as originally filed.  The letters of protest have been acted on by the USPTO, so we have also included a copy of the USPTO's responses to the letters of protest.

We trust the enclosed documents address your request.  In addition, as no fee is required to request a copy of a letter of protest, the fee paid will be refunded in due course.

Please let me know if you have any other questions or if I can be of any further assistance.

Regards,

*/Dawnmarie D. Sanok/*
Staff Attorney
Office of the Deputy Commissioner
 for Trademark Examination Policy
dawn-marie.sanok@uspto.gov
571.272.9577

Enclosures

PTO- 2303
Approved for use through 11/30/2024. OMB 0651-0061
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Letter of Protest

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 97238896 |
| APPLICANT NAME | OpenAI, Inc. |
| MARK SECTION | |
| MARK | OPENAI (see, https://tmng-al.uspto.gov/resting2/api/img/97238896/large) |
| LEGAL BASIS FOR LETTER OF PROTEST | The protested trademark is likely to be confused with a trademark in an existing U.S. Registration or prior pending application: 5258002 |
| EVIDENCE SECTION | |
| EVIDENCE FILE NAME(S) | |
| ORIGINAL PDF FILE | evi_979524825-204959069_._Ltr._of_Protest_-_972388 96.pdf |
| CONVERTED PDF FILE(S) (5 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml4\ LOP0002.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml4\ LOP0003.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml4\ LOP0004.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml4\ LOP0005.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml4\ LOP0006.jpg |
| ORIGINAL PDF FILE | evi_979524825-204959069_._Index_of_Evidence_-_9723 8896.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml4\ LOP0007.jpg |
| ORIGINAL PDF FILE | evi_979524825-204959069_._Exhibits.pdf |
| CONVERTED PDF FILE(S) (9 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml4\ LOP0008.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml4\ LOP0009.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml4\ LOP0010.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml4\ LOP0011.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml4\ LOP0012.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml4\ LOP0013.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml4\ LOP0014.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml4\ LOP0015.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml4\ LOP0016.jpg |
| DESCRIPTION OF EVIDENCE FILE | Letter of Protest, Index of Evidence, and Exhibits |
| PROTESTOR INFORMATION | |
| NAME OF PROTESTOR | Guy Ravine |
| CORRESPONDENT NAME FOR LETTER OF PROTEST | William G. Heedy |
| CORRESPONDENT LAW FIRM | The Van Winkle Law Firm |
| STREET | 11 N. Market St. |

| CITY | Asheville |
|---|---|
| STATE | North Carolina |
| ZIP/POSTAL CODE | 28801 |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 8282582991 |
| EMAIL | wheedy@vwlawfirm.com |
| **FEE INFORMATION** | |
| Filing a letter of protest, per subject application | 50 |
| TOTAL FEES DUE | 50 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /wgh/ |
| SIGNATORY NAME | William G. Heedy |
| SIGNATORY DATE | 12/06/2022 |
| SIGNATORY POSITION | Attorney of record |
| SIGNATORY PHONE NUMBER | 8282582991 |
| SIGNATURE METHOD | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Tue Dec 06 21:02:31 ET 2022 |
| TEAS STAMP | USPTO/LOP-XX.XX.XXX.XX-20 2212062102333393158-972388 96-8509671f28f2b2cc3c4668 a422424aaf95ef5249c18b361 999a43c9243f501d8b32-CC-0 2310981-20221206204959069 296 |

PTO- 2303
Approved for use through 11/30/2024. OMB 0651-0061
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Letter of Protest

## To the Commissioner for Trademarks:

**APPLICATION SERIAL NUMBER: 97238896**

**APPLICANT NAME:** OpenAI, Inc.

**MARK:** OPENAI (see, https://tmng-al.uspto.gov/resting2/api/img/97238896/large)

The protested trademark is likely to be confused with a trademark in an existing U.S. Registration or prior pending application: 5258002

## CORRESPONDENCE INFORMATION:
William G. Heedy
The Van Winkle Law Firm
11 N. Market St.
Asheville, North Carolina 28801 United States

8282582991 (phone)
wheedy@vwlawfirm.com

**PROTESTOR:** The protestor, Guy Ravine, having the above correspondence information, protests the registration of the trademark/service mark identified above for the following reason(s):

**EVIDENCE** Evidence has been attached.

**Original PDF file:**
evi_979524825-204959069_._Ltr._of_Protest_-_972388 96.pdf
**Converted PDF file(s)** (5 pages)
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
**Original PDF file:**
evi_979524825-204959069_._Index_of_Evidence_-_9723 8896.pdf
**Converted PDF file(s)** (1 page)
Evidence-1
**Original PDF file:**
evi_979524825-204959069_._Exhibits.pdf
**Converted PDF file(s)** (9 pages)
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6
Evidence-7
Evidence-8
Evidence-9

**The evidence consists of** : "Letter of Protest, Index of Evidence, and Exhibits"

**FEE(S)**
A fee payment in the amount of $50 will be submitted with the Letter of Protest.

**SIGNATURE(S)**

Signature: /wgh/     Date: 12/06/2022
Signatory's Name: William G. Heedy
Signatory's Position: Attorney of record
Signatory's Phone Number: 8282582991


PAYMENT: 97238896
PAYMENT DATE: 12/06/2022

Serial Number: 97238896
Internet Transmission Date: Tue Dec 06 21:02:31 ET 2022
TEAS Stamp: USPTO/LOP-XX.XX.XXX.XX-20221206210233393
158-97238896-8509671f28f2b2cc3c4668a4224
24aaf95ef5249c18b361999a43c9243f501d8b32
-CC-02310981-20221206204959069296

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

United States Patent and Trademark Office
COMMISSIONER OF TRADEMARKS
Attn: Administrator for Trademark Identifications, Classification, and Practice
P.O. Box 1451
Alexandria, VA 22313-145

| Re: | Serial No: | 97/238,896 |
|-----|------------|------------|
| | Mark: | OPENAI |
| | Applicant: | OpenAI, Inc. |
| | Filing Date: | December 6, 2022 |

### LETTER OF PROTEST

Petitioner, Guy Ravine, (hereinafter, "Petitioner") represented by Van Winkle, Buck,

Wall, Starnes, & Davis, P.A., submits the following Letter of Protest regarding Application

Serial Number 97/238,896 for the Mark "OPENAI" of OpenAI, Inc. (hereinafter, "Applicant"),

pursuant to TMEP § 1715.01(a)(2). As grounds for this Letter of Protest, it is alleged that the

proposed Mark in Application Serial Number 97/238,896 is confusingly similar to the Mark in

Registration Number 5,258,002 and should be refused registration under Section 2(d) of the

Lanham Act, 15 U.S.C. § 1052(d).

Petitioner is the owner of trademark Registration Number 5,258,002 (hereinafter, "the

'002 registration"), registered on August 1, 2017, for the standard character mark "OPEN AI" in

connection with "Providing a web site featuring technology that enables internet users to share

documents, images and videos" in International Class 042. *See* Ex.1 (U.S. Trademark

Registration Number 5,258,002). The '002 registration resulted from an application filed on

December 11, 2015, based upon a first use in commerce of March 25, 2015. This mark is

registered on the Supplemental Register.

Petitioner alleges that there is a likelihood of confusion between Petitioner's registered

Mark and the Mark contained in Application Serial Number 97/238,896 for "Downloadable

computer programs and downloadable computer software using artificial intelligence for natural

language processing, generation, understanding and analysis; downloadable computer programs

and downloadable computer software for machine learning; downloadable computer programs

and downloadable computer software for image recognition and generation; downloadable

computer programs and downloadable computer software using artificial intelligence for music

generation; downloadable computer programs and downloadable computer software for artificial

intelligence, namely, computer software for developing, running and analyzing algorithms that

are able to learn to analyze, classify, and take actions in response to exposure to data;

downloadable computer software for simulation environments for the purpose of testing artificial

intelligence agents, algorithms or programs" in International Class 009 and "Research and

development services in the field of artificial intelligence; research, design and development of

computer programs and software; Software as a service (SAAS) services featuring software

using artificial intelligence for natural language processing, generation, understanding and

analysis; providing online non-downloadable software for developing, running and analyzing

algorithms that are able to learn to analyze, classify, and take actions in response to exposure to

data; software as a service (SAAS) services featuring software for using language models;

providing online non-downloadable software for machine-learning based language and speech

processing; providing online non-downloadable software for the translation text from one

language to another; providing online non-downloadable software for sharing datasets for the

purpose of machine learning, predictive analytics, and building language models; application

service provider featuring application programming interface (API) software; providing online

non-downloadable software for simulation environments for the purpose of testing artificial

intelligence agents, algorithms or programs; providing online non-downloadable software for

application development" in International Class 042.

There is no issue as to priority. Petitioner's first use date of its mark registered in the

'002 registration is prior to Applicant's use of the mark contained in Application Serial Number

97/238,896, where Applicant filed under Section 1(a) based on prior use of the mark in

commerce. Accordingly, Petitioner has priority of use.

The applied-for "OPENAI" mark and Petitioner's registered "OPEN AI" mark are

identical in sound and connotation, and virtually identical in appearance and commercial

impression. Applicant's mark readily calls to mind Petitioner's mark given these similarities,

with the lone difference being that Applicant's mark removed the space between the words

"OPEN" and "AI". Otherwise, Applicant's mark and Petitioner's mark are identical.

Petitioner offers and has offered identical and/or highly related services to the goods and

services listed under Applicant's applied-for mark, and the marks create the same overall

commercial impression. Specifically, Petitioner's prior use of the mark is likely to cause

consumer confusion with regards to the respective goods and services purported to be offered by

Applicant. The likelihood of confusion is particularly acute where, as here, Applicant's

description of goods/services renders it likely that Applicant's anticipated customers will overlap

with the customers and the goods/services provided by Petitioner. *See* Ex. 2 (OPEN AI customer

marketing brochure); Ex. 3 (OPEN AI marketing business card); Ex. 4 (OPEN AI webpage).

Petitioner will be damaged by the registration of Applicant's mark in connection with Applicant's goods and Applicant's services because Applicant's mark so closely resembles Petitioner's mark as to be likely to cause confusion, mistake, or deception in the minds of consumers as to the origin or source of Applicant's Goods and Applicant's Services or the affiliation between Applicant and Petitioner, in violation of Section 2(d) of the Lanham Act, 15 U.S.C. § 1052(d).

If any further information or response is requested or required, please contact the undersigned attorney.

Page **4** of **5**

**ER1699**

Respectfully Submitted,
VAN WINKLE, BUCK, WALL,
STARNES, AND DAVIS, P.A.

Date:   December 6, 2022                By: /William G. Heedy/

William G. Heedy
David M. Wilkerson
P.O. Box 7376
Asheville, NC 28804
Telephone:  828-258-2991
Direct:  828-771-2500
Facsimile:  828-257-2773
Email:  wheedy@vwlawfirm.com
Email: dwilkerson@vwlawfirm.com

Counsel for Petitioner
GUY RAVINE

Enclosures
Index of Evidence
Exhibit 1
Exhibit 2
Exhibit 3
Exhibit 4

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Re:    Serial No:      97/238,896
       Mark:           OPENAI
       Applicant:      OpenAI, Inc.
       Filing Date:    December 6, 2022

---

**INDEX OF EVIDENCE**

Exhibit 1

- Type of evidence: U.S. Trademark Registration No. 5,258,002

- Ground Supported: Likelihood of confusion

Exhibit 2

- Type of Evidence: Customer marketing brochure

- Ground Supported: Likelihood of confusion

Exhibit 3

- Type of Evidence: Marketing business card

- Ground Supported: Likelihood of confusion

Exhibit 4

- Type of Evidence: OPEN AI Webpage

- Ground Supported: Likelihood of Confusion

EXHIBIT 1

# United States of America

## United States Patent and Trademark Office

# Open AI

**Reg. No. 5,258,002**

**Registered Aug. 01, 2017**

**Int. Cl.: 42**

**Service Mark**

**Supplemental Register**

Guy Ravine (UNITED STATES INDIVIDUAL)
346 1st st
San Francisco, CA 94105

CLASS 42: Providing a web site featuring technology that enables internet users to share documents, images and videos

FIRST USE 3-25-2015; IN COMMERCE 3-25-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "AI"

SER. NO. 86-847,151, FILED P.R. 12-11-2015; AM. S.R. 03-30-2017
KATINA SHAY JACKSON, EXAMINING ATTORNEY



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

EXHIBIT 2



EXHIBIT 3



(front)



(back)

EXHIBIT 4

12/6/22, 4:03 PM                                                 Open AI

# Open AI ™

**Imagine if the best AI models were open and free.**

**What would you do with them?**

Open AI is working to make the world's best models open.

In the meantime...

## Generate any image imaginable.

[                                                                    Generate ]



justin trudeau style, highly detailed, digital painting, artstation,
concept art, wallpaper, smooth, sharp focus, illustration, art by
artgerm and greg rutkowski and alphonse mucha trending on

[ ⬆ Share ]

12/6/22, 4:03 PM                                                    Open AI

**Let me know when you're done baking!**

Enter you email          **Submit**

© **Open AI™ 2014 - 2022**
Terms of Service

**ER1710**

PTO- 2303
Approved for use through 11/30/2024. OMB 0651-0061
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Letter of Protest

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 97238896 |
| APPLICANT NAME | OpenAI, Inc. |
| MARK SECTION | |
| MARK | OPENAI (see, https://tmng-al.uspto.gov/resting2/api/img/97238896/large) |
| LEGAL BASIS FOR LETTER OF PROTEST | The protested trademark is likely to be confused with a trademark in an existing U.S. Registration or prior pending application: 5258002 |
| EVIDENCE SECTION | |
| EVIDENCE FILE NAME(S) | |
| ORIGINAL PDF FILE | evi_979524825-211027872_._Ltr._of_Protest_-_972388 96_-_Fin al.pdf |
| CONVERTED PDF FILE(S) (7 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0002.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0003.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0004.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0005.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0006.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0007.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0008.jpg |
| ORIGINAL PDF FILE | evi_979524825-211027872_._Index_of_Evidence_-_9723 8896_-_F inal.pdf |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0009.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0010.jpg |
| ORIGINAL PDF FILE | evi_979524825-211027872_._Exhibits_-_97238896_-_Fi nal.pdf |
| CONVERTED PDF FILE(S) (74 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0011.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0012.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0013.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0014.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0015.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0016.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0017.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0018.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0019.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0020.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0021.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0022.jpg |

| | |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0023.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0024.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0025.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0026.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0027.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0028.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0029.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0030.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0031.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0032.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0033.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0034.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0035.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0036.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0037.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0038.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0039.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0040.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0041.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0042.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0043.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0044.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0045.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0046.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0047.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0048.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0049.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0050.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0051.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0052.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0053.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0054.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0055.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0056.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0057.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0058.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0059.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0060.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0061.jpg |

| | |
|---|---|
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0062.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0063.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0064.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0065.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0066.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0067.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0068.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0069.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0070.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0071.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0072.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0073.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0074.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0075.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0076.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0077.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0078.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0079.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0080.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0081.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0082.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0083.jpg](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\972\388\97238896\xml5\ LOP0084.jpg](#) |
| **DESCRIPTION OF EVIDENCE FILE** | Letter of Protest, Index of Evidence, and Exhibits |

## PROTESTOR INFORMATION

| | |
|---|---|
| **NAME OF PROTESTOR** | Guy Ravine |
| **CORRESPONDENT NAME FOR LETTER OF PROTEST** | William G. Heedy |
| **CORRESPONDENT LAW FIRM** | The Van Winkle Law Firm |
| **STREET** | 11 N. Market St. |
| **CITY** | Asheville |
| **STATE** | North Carolina |
| **ZIP/POSTAL CODE** | 28801 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 8282582991 |
| **EMAIL** | wheedy@vwlawfirm.com |

## FEE INFORMATION

| | |
|---|---|
| **Filing a letter of protest, per subject application** | 50 |
| **TOTAL FEES DUE** | 50 |

## SIGNATURE SECTION

| | |
|---|---|
| | |

**ER1713**

| SIGNATURE | /wgh/ |
|---|---|
| SIGNATORY NAME | William G. Heedy |
| SIGNATORY DATE | 01/31/2023 |
| SIGNATORY POSITION | Attorney of Record |
| SIGNATORY PHONE NUMBER | 8282582991 |
| SIGNATURE METHOD | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Tue Jan 31 21:20:19 ET 2023 |
| TEAS STAMP | USPTO/LOP-XX.XX.XXX.XX-20 230131212021617967-972388 96-8501ae27153f3c3c295ca1 e77744c19b6c59e6a39aa2b54 5a280e2297436666482-CC-20 204943-202301312110278723 62 |

---

PTO- 2303
Approved for use through 11/30/2024. OMB 0651-0061
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Letter of Protest

## To the Commissioner for Trademarks:

**APPLICATION SERIAL NUMBER: 97238896**

**APPLICANT NAME:** OpenAI, Inc.

**MARK:** OPENAI (see, https://tmng-al.uspto.gov/resting2/api/img/97238896/large)

The protested trademark is likely to be confused with a trademark in an existing U.S. Registration or prior pending application: 5258002

**CORRESPONDENCE INFORMATION:**
William G. Heedy
The Van Winkle Law Firm
11 N. Market St.
Asheville, North Carolina 28801 United States
8282582991 (phone)
wheedy@vwlawfirm.com

**PROTESTOR:** The protestor, Guy Ravine, having the above correspondence information, protests the registration of the trademark/service mark identified above for the following reason(s):

**EVIDENCE** Evidence has been attached.

**Original PDF file:**
evi_979524825-211027872_._Ltr._of_Protest_-_972388 96_-_Fin al.pdf
**Converted PDF file(s)** (7 pages)
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6

Evidence-7

**Original PDF file:**

evi_979524825-211027872_._Index_of_Evidence_-_9723 8896_-_F inal.pdf

**Converted PDF file(s)** (2 pages)

Evidence-1

Evidence-2

**Original PDF file:**

evi_979524825-211027872_._Exhibits_-_97238896_-_Fi nal.pdf

**Converted PDF file(s)** (74 pages)

Evidence-1

Evidence-2

Evidence-3

Evidence-4

Evidence-5

Evidence-6

Evidence-7

Evidence-8

Evidence-9

Evidence-10

Evidence-11

Evidence-12

Evidence-13

Evidence-14

Evidence-15

Evidence-16

Evidence-17

Evidence-18

Evidence-19

Evidence-20

Evidence-21

Evidence-22

Evidence-23

Evidence-24

Evidence-25

Evidence-26

Evidence-27

Evidence-28

Evidence-29

Evidence-30

Evidence-31

Evidence-32

Evidence-33

Evidence-34

Evidence-35

Evidence-36

Evidence-37

Evidence-38

Evidence-39

Evidence-40

Evidence-41

Evidence-42

Evidence-43

Evidence-44

Evidence-45

Evidence-46

Evidence-47

Evidence-48

Evidence-49

Evidence-50

Evidence-51

Evidence-52

Evidence-53

Evidence-54

Evidence-55
Evidence-56
Evidence-57
Evidence-58
Evidence-59
Evidence-60
Evidence-61
Evidence-62
Evidence-63
Evidence-64
Evidence-65
Evidence-66
Evidence-67
Evidence-68
Evidence-69
Evidence-70
Evidence-71
Evidence-72
Evidence-73
Evidence-74

**The evidence consists of** : "Letter of Protest, Index of Evidence, and Exhibits"

**FEE(S)**
A fee payment in the amount of $50 will be submitted with the Letter of Protest.

**SIGNATURE(S)**

Signature: /wgh/    Date: 01/31/2023
Signatory's Name: William G. Heedy
Signatory's Position: Attorney of Record
Signatory's Phone Number: 8282582991


PAYMENT: 97238896
PAYMENT DATE: 01/31/2023

Serial Number: 97238896
Internet Transmission Date: Tue Jan 31 21:20:19 ET 2023
TEAS Stamp: USPTO/LOP-XX.XX.XXX.XX-20230131212021617
967-97238896-8501ae27153f3c3c295ca1e7774
4c19b6c59e6a39aa2b545a280e2297436666482-
CC-20204943-20230131211027872362

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

United States Patent and Trademark Office
COMMISSIONER OF TRADEMARKS
Attn: Administrator for Trademark Identifications, Classification, and Practice
P.O. Box 1451
Alexandria, VA 22313-145

Re:    Serial No:      97/238,896
       Mark:          OPENAI
       Applicant:     OpenAI, Inc.
       Filing Date:   January 31, 2023

## LETTER OF PROTEST

Petitioner, Guy Ravine, (hereinafter, "Petitioner") represented by Van Winkle, Buck, Wall, Starnes, & Davis, P.A., submits this Letter of Protest regarding Application Serial Number 97/238,896 for the mark "OPENAI" of OpenAI, Inc. (hereinafter, "Applicant"), pursuant to TMEP § 1715.01(a)(2). The following information has come to Petitioner's attention:

- the USPTO has previously already found a likelihood of confusion between Petitioner's Mark (as defined below) and a prior-filed trademark application owned by Applicant; and

- the website of Applicant advertising its services further illustrates the similarity of Petitioner's and Applicant's respective goods/services.

As grounds for this Letter of Protest, it is alleged that the proposed mark "OPENAI" (hereinafter, "Applicant's Mark") in Application Serial Number 97/238,896 (hereinafter, "the '896 Application") is confusingly similar to the mark "OPEN AI" (hereinafter, "Petitioner's Mark") in Registration Number 5,258,002 (hereinafter, "the '002 Registration") and should be refused registration under Section 2(d) of the Lanham Act, 15 U.S.C. § 1052(d).

The goods and services of the respective marks are nearly identical, the two marks are in the same or conflicting classes, the two marks are virtually identical in visually and are identical in sound and

meaning, and the USPTO has already denied the Applicant's previous application for the same mark in the same class, citing a likelihood of confusion with Petitioner's Mark.

Petitioner alleges that there is a likelihood of confusion between Petitioner's Mark and Applicant's Mark, details of each of which are provided below:

| Mark | U.S. Registration or Application No. | Description of Goods/Services |
|---|---|---|
| OPEN AI | 5,258,002 | IC 042 - Providing a web site featuring technology that enables internet users to share documents, images and videos |
| OPENAI | 97/238,896 | IC 009 - Downloadable computer programs and downloadable computer software using artificial intelligence for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine learning; downloadable computer programs and downloadable computer software for image recognition and generation; downloadable computer programs and downloadable computer software using artificial intelligence for music generation; downloadable computer programs and downloadable computer software for artificial intelligence, namely, computer software for developing, running and analyzing algorithms that are able to learn to analyze, classify, and take actions in response to exposure to data; downloadable computer software for simulation environments for the purpose of testing artificial intelligence agents, algorithms or programs

IC 042 — Research and development services in the field of artificial intelligence; research, design and development of computer programs and software; Software as a service (SAAS) services featuring software using artificial intelligence for natural language processing, generation, understanding and analysis; providing online non-downloadable software for developing, running and analyzing algorithms that are able to learn to analyze, classify, and take actions in response to exposure to data; software as a service (SAAS) services featuring software for using language models; providing online non-downloadable software for machine-learning based language and speech processing; providing online non-downloadable software for the translation text from one language to another; providing online non-downloadable software for sharing datasets for the purpose of machine learning, predictive analytics, and building language models; application service provider featuring application programming interface (API) software; providing online non-downloadable software for simulation environments for the purpose of testing artificial intelligence agents, algorithms or programs; providing online non-downloadable software for application development |

ER1718

Similarity of the Marks

The applied-for "OPENAI" mark and Petitioner's registered "OPEN AI" mark are identical in sound and connotation, and virtually identical in appearance and commercial impression. Applicant's mark readily calls to mind Petitioner's mark given these similarities, with the lone difference being that Applicant's mark removed the space between the words "OPEN" and "AI". Otherwise, Applicant's Mark and Petitioner's Mark are identical.

Similarity of the Goods and Services

Petitioner offers and has offered identical and/or highly related Class 042 services to the Class 042 services and Class 009 goods listed under Applicant's Mark, and the marks create the same overall commercial impression. The services of Petitioner's Mark in the '002 Registration specifically provide for a web site featuring technology that enables internet users to share documents, images and videos. Beyond the general conflict protocol between goods and services in Classes 009 and 042, Petitioner specifically calls attention to the following specific conflicts:

(1)    Sharing images/Generating images. Users of the services proffered under Petitioner's Mark – OPEN AI – *share images*. In comparison, the goods of Applicant's Mark in the '896 Application specifically provide for computer software for image recognition and generation. Users of the goods provided under Applicant's Mark – OPENAI – *generate images*. Indeed, Petitioner's Mark and Applicant's Mark are for OPEN AI for sharing images and OPENAI for generating images, respectively. Generating images and sharing images go hand-in-hand. Approximately 483 trademark applications filed with the USPTO identify the words "image", "share", and "generate" together in the same description of goods and services. *See* Ex. 1 (Past USPTO Filings). Such is indicative of the fact that consumers are likely to perceive that Petitioner's

Page **3** of **7**

and Applicant's respective goods and services emanate from one source, thereby favoring a likelihood of confusion.

(2)      Sharing documents/Sharing datasets.   The services proffered under Petitioner's Mark include sharing documents online in Class 042.  In comparison, the description of services under Applicant's Mark includes sharing datasets online in Class 042.  Accordingly, Petitioner offers online services for sharing documents while Applicant offers online services for sharing datasets, thereby resulting in a likelihood of confusion for users of the respective marks.

Moreover, while the term "artificial intelligence" is not explicitly listed in Petition's Mark's listed services, the term "AI," which is an initialism for "artificial intelligence," is a literal element of Petitioner's Mark and was determined to be merely descriptive of listed services offered under Petitioner's Mark in an Office Action issued to Petitioner on March 27, 2017.  *See* Ex. 2 (Petitioner's Office Action).  When considered together with the listed services, the Petitioner's Mark is quickly taken to mean providing a web site featuring technology that enables internet users to share documents, images and videos.

A mark consisting of an abbreviation, initialism, or acronym will be considered substantially synonymous with descriptive wording if: (1) the applied-for mark is an abbreviation, initialism, or acronym for specific wording; (2) the specific wording is merely descriptive of applicant's goods and/or services; and (3) a relevant consumer viewing the abbreviation, initialism, or acronym in connection with applicant's goods and/or services will recognize it as an abbreviation, initialism, or acronym of the merely descriptive wording that it represents. *See In re Thomas Nelson, Inc.*, 97 USPQ2d at 1715-16 (citing *In re Harco Corp.*, 220 USPQ 1075, 1076 (TTAB 1984)).  Accordingly, Petitioner's prior use of the mark is likely to result in consumer confusion with regards to the respective goods and services purported to be offered by Applicant despite the fact that the listed services of Petitioner's '002 Registration do not include the words "artificial

**ER1720**

intelligence" or the initialism "AI". The likelihood of confusion is particularly acute where, as here, the descriptive elements of Petitioner's Mark, coupled with the listed services of the '002 Registration, renders it likely that Applicant's goods and services overlap with the services sought by Petitioner's customers. *See* Ex. 3 (OPEN AI webpage); Ex. 4 (OPEN AI customer marketing brochure); Ex. 5 (OPEN AI marketing business card).

Past Examiner Found Likelihood of Confusion

(1) On September 21, 2016, Applicant filed U.S. Trademark Application Serial No. 87/178,985 (hereinafter, "the Applicant's Prior-filed Application") for the same OPENAI mark for use in connection with "Computer software for artificial intelligence" in International Class 009. *See* Ex. 6 (U.S. Application No. 87/178,985).

(2) On January 5, 2017, the Applicant's Prior-filed Application was rejected in an Office Action wherein the Examining Attorney stated that, while there had been no registered marks that would bar registration, a prior pending application advisory was being issued –

> However, the mark in the following identified prior-filed pending application may present a bar to registration of applicant's mark as the filing date of pending U.S. Application Serial No. 86847151 precedes applicant's filing date. See attached referenced application. If the mark in the referenced application registers, applicant's mark may be refused registration under Trademark Act Section 2(d) because of a likelihood of confusion with the registered mark(s). *See* Ex. 7 (Office Action for Applicant's Prior-filed Application).

(3) The referenced prior-filed application (U.S. Application Serial No. 86847151) is the application which matured into Petitioner's '002 Registration.

Page **5** of **7**

**ER1721**