No. 24-1963

---

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

---

**OPEN ARTIFICIAL INTELLIGENCE, INC. and GUY RAVINE**

*Defendants and Appellants,*

*v.*

**OPENAI, INC.**

*Plaintiff and Appellee.*

---

Appeal from United States District Court
Northern District of California
Hon. Yvonne Gonzalez Rogers
U.S. District Court Case No. 4:23-cv-03918-YGR

---

**APPELLANTS' EXCERPTS OF RECORD
VOLUME 9 of 10**

---

**WAYMAKER LLP**
Ryan G. Baker
rbaker@waymakerlaw.com
Scott M. Malzahn
smalzahn@waymakerlaw.com
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800

*Attorneys for Defendants and Appellants Open Artificial Intelligence, Inc.
and Guy Ravine*

Exhibit D

Google Searches for Proximity



ER1865







ER1868









**ER1872**

# Exhibit E

# Actual Confusion in Third-Party Articles

1

On CRM: Is ChatGPT Over Hyped?

FORBES > SMALL BUSINESS > SMALL BUSINESS STRATEGY

# On CRM: Is ChatGPT Over Hyped?

**Gene Marks** Contributor ⊙
*I write about public policy and tech that impacts my
small business.*



🗩 0                                                 Dec 13, 2022, 08:00am EST

 Listen to article  9 minutes                          



OpenAI logo seen on screen with ChatGPT website displayed on mobile seen in this
illustration in ... [+] NURPHOTO VIA GETTY IMAGES

Much has been written and discussed about ChatGPT this past
week since its creator, a nonprofit organization called OpenAI,

ER1875

8/3/23, 1:39 PM                    On CRM: Is ChatGPT Over Hyped?

released a working version to the public.

ChatGPT is a chatbot where a visitor can ask questions in their
natural language and the artificial intelligence behind it not only
finds answers on the Internet (in addition to whatever database it's
connected to) but delivers the answers in a conversational form.
More importantly (and fun) a visitor can then engage the
application in further discussions based on prior responses.

But aren't you already doing this in a Google search? Yes...and no.
Sure you can search on Google for the answer to questions. But
Google will then deliver you pages of links to articles. ChatGPT
actually responds to you like there's a human on the other end
conversing...and then it can start doing stuff too.

"The dialogue format makes it possible for ChatGPT to answer
follow-up questions, admit its mistakes, challenge incorrect
premises, and reject inappropriate requests," the research body
said in a statement last week.

Sam Altman, OpenAI's CEO, told The Guardian that the system was
"an early demo of what's possible"" and promised that "soon you
will be able to have helpful assistants that talk to you, answer
questions, and give advice. Later you can have something that goes
off and does tasks for you. Eventually you can have something that
goes off and discovers new knowledge for you."

MORE FROM FORBES ADVISOR

**Best Travel Insurance Companies**

By Amy Danise  Editor



**Best Covid-19 Travel Insurance Plans**

By Amy Danise  Editor



3

ER1876

8/3/23, 1:39 PM                               On CRM: Is ChatGPT Over Hyped?

Want to see it in action? Go here and sign up. It's pretty cool. So
cool that countless people in the tech community are falling over
themselves with excitement about the platform's speed, depth,
easy-to-use interface and potential.

---

**Forbes Daily: Get our best stories, exclusive reporting and
essential analysis of the day's news in your inbox every weekday.**

| Email address | ⏻ Sign Up |

By signing up, you accept and agree to our Terms of Service (including the class action waiver and
arbitration provisions), and Privacy Statement.

---

But hold on here...is this all a little overhyped?

I played with the tool for a while and it's certainly entertaining. But
for now it just seemed like it was regurgitating results from a
search, with a little AI thrown in to make it sound conversational.
To me the experience was not unlike asking your Alexa to give you
an answer, which it does in a robotic delivery that feels like it's
reading a Wikipedia entry.

I realize that others are pushing ChatGPT much further, and with
impressive results. The tool is able to write social posts, blogs and
do other creative things and people are pretty amazed. So that's
cool too. But for now, the technology is still in its infancy. It's
getting a lot of attention at a time when the tech industry is
bumbling through controversy, consolidation, layoffs, a serious
economic downturn and financing challenges. Everyone there is
looking for good news and ChatGPT provides it.

And although it's over-hyped now, the future for conversational AI
tech like ChatGPT does seem exciting. This is a column about CRM,
so let me lay out a few things that's coming - sooner than you think

- as the technology matures and more developers become proficient in creating apps based on its underlying open architecture.

**A conversational customer service agent.**

Imagine a robot that uses up to date information and data to help customers solve problems like a human customer service rep. Chatbots in use today are very immature and are limited in capability, perhaps saving a few keystrokes of time. ChatGPT's conversational AI will one day literally eliminate customer service people other than those dealing with the most complex problems. It will act and sound human...and be smarter than humans too.

**A powerful database and content creator.**

Today's CRM systems log tickets and incidents in a customer's history that can be accessed by reps if the problem occurs again...hopefully. ChatGPT can be told to leap on these problems and immediately create internal readable knowledge base articles, blogs and posts that can better inform both customers and employees about a problem and its fixes. Another big potential is that, if you give ChatGPT some instructions (i.e., "create a user manual that explains how to setup our product and configure it for optimal security") the application will do just that...and potentially written better than a human.

**A 24/7 marketing team.**

A conversational AI platform like ChatGPT can independently write brochures and make posts on social media based on directions your marketing executives give. It will not only send out marketing campaign emails but will soon be able to write them for you and target them to the appropriate audience. You'll be able to tell the software in advance what you'd like to send and on what topic and

the AI tool will do the rest. Say so long to low-level marketing people.

**Enhanced and ever-changing online assets.**

You can also say goodbye to out-of-date websites, profiles and pages. ChatGPT can be told to review your online presence daily like your website and social assets and make changes to your content based on prior content, new products or other directions you give it in advance. The same goes for your e-commerce store.

**More intuitive pricing.**

ChatGPT can adjust the online sales prices of your products based on demand, supply, discounts, customer behavior and other factors. It can converse with prospects and customers that have buying questions and offer discounts along a structure that you provide. Uber gets to have all the fun with their surge pricing. When this AI tool becomes more widely available any company will be able to do the same.

**A better way to gauge customer sentiment.**

Some of the more advanced CRM applications are offering sentiment analysis AI, but ChatGPT should be able to do this faster, more affordably and (most importantly) in an open environment that can be customized. It will ultimately be able to listen to conversations, read emails and peruse notes in order to alert management in advance of any customers that are not feeling love about a company or product.

**A quicker and more targeted field service dispatch.**

ChatGPT will be able to look at calendars and automatically schedule technicians to call or visit customer locations based on

6

ER1879

8/3/23, 1:39 PM                          On CRM: Is ChatGPT Over Hyped?

where they're located, what the issue is and the skill level of the technician or team. No more scheduling manager. No more whiteboards and dry erase markers.

I've got even more stuff to share. However, my editors are going to get mad at me for writing too long a post. Hopefully you get the point.

But let's not get too ahead of ourselves. Today, ChatGPT is over-hyped. But tomorrow...it won't be. These are still early days for this kind of technology. Deep learning like this needs years of repetitive training and hardware processing still needs to catch up. It's going to take a while for machine-learning AI technology to learn, adapt and be more accurate and reliable.

And let's also admit that conversational AI is not really new. So why is everyone so hyped? Because it's open sourced which means it's technology that will be available to all developers, big and small. It's exciting to think that there will be a new generation of technology companies in Silicon Valley and elsewhere that will be able to develop excellent CRM applications based on conversational AI tech like ChatGPT which can be used by even the smallest of businesses. There's a lot of opportunity to make a lot of money.

That's exciting for a tech industry that is in great need of a boost right now. Which is why ChatGPT is a little over-hyped today. However, I do believe it will catch up to this hype very soon.
*Follow me on Twitter or LinkedIn. Check out my website or some of my other work here.*

 **Gene Marks**                                    Follow

I was a former senior manager at KPMG and since 1994 the owner of the Marks Group PC, a 10-person customer relationship management consulting...

**Read More**

7



ER1881

8/3/23, 1:48 PM                     5 ways AI will disrupt science | World Economic Forum

 

Sign in

ARTIFICIAL INTELLIGENCE

# 5 ways artificial intelligence will disrupt science

Jun 20, 2016



https://www.weforum.org/agenda/2016/06/5-ways-artificial-intelligence-will-disrupt-science/                1/14

ER1882

8/3/23, 1:48 PM                            5 ways AI will disrupt science | World Economic Forum



Image: REUTERS/ Philippe Wojazer

**Owen Gaffney**

Co-founder, Future Earth Media Lab

**Denise Young**

Co-founder, Future Earth Media Lab

In 2011, Artificial Intelligence (AI) came of age when IBM's Watson computer beat two human contestants to win Jeopardy. These were not any two contestants. Ken Jennings had won 74 times consecutively and Brad Rutter had pocketed the biggest pot in history - $3.25 million. In the battle between man and machine, Watson's win was historic. Jennings was sanguine about losing: "I, for one, welcome our new computer overlords."

The key to Watson's success is a technique called "deep learning", which has achieved astonishing results in several domains, most notably in understanding natural language. Research teams use it to teach computers to find meaning in vast amounts of text. Disrupting quiz shows is one thing, but can AI disrupt science?

10

**ER1883**



Image: CB Insights

Perhaps we should first ask, does science need disrupting? Yes. Access to reliable knowledge – the academic literature – is becoming a fundamental bottleneck for humanity. There are now over 50 million research papers and this is growing at a rate of over one million a year. Over 70,000 papers have been published on a single protein – the tumor suppressor p53. How can any academic keep up? And how can anyone outside of academia make sense of it all - the public, policy makers, business people, doctors or teachers? Well, most academics struggle and the public can't – most research is locked behind pay walls.

Ironically, in the age of the internet and unparalleled access to information, the most critical is out of bounds. Moreover, while we are clearly pretty good at producing knowledge, using this knowledge – that is separating the wheat from the chaff and integrating this together into something useful – is a big problem particularly in fields such as global sustainability.

That may be about to change. Here are five ways AI looks set to disrupt science.

ER1884

≡Q

contextualize all of the world's published research you would solve a lot more problems. So they've set out to do that. "We want to democratize access to scientific knowledge. The first step is a science assistant leveraging AI and the crowd to help users map out and find relevant scientific knowledge," says Finnish co-founder Maria Ritola. The team has created an AI tool for innovators to do quick mappings of a research area, but in the long-term they want to build an AI scientist that can create a hypothesis based on existing publications, run experiments and simulations and even publish papers on the results. So they are not short of ambition.

They started with a simple tool to map out the science around a TED talk. Iris analyses the scripts of the talks using Natural Language Processing algorithms, mines open-access academic literature to find key papers related to the talk's content, then visualizes, really quite beautifully, the groups of related research papers. "Iris is a young AI. We call her our baby. She doesn't get everything right yet - she's at about 70% accuracy - so we're enlisting a community of AI Trainers to help her learn," Ritola explains. The TED tool is only the tiny first step, and in September the Iris team will launch the first commercial tool with a group of corporate R&D departments as pilot users.

2. Science mining #2: Semantic Scholar

This is genius. Or will be one day. Semantic Scholar is an academic search engine from Microsoft co-founder Paul Allen's Allen Institute for Artificial Intelligence. It too uses AI to search the academic literature and it is impressively fast. Still in beta, it's interface is less elegant, more "academic utilitarian" than the sleek Iris. And it also throws up some oddities. A search for the landmark paper "A safe operating space for humanity", which appeared in *Nature* (along with *Science*, one of the two leading academic journals) in 2009, does not show up on the first page, nor does the follow up paper, which appeared in *Science* in 2015. The full-length version of the original paper, published in the more obscure journal *Ecology and Society*, is, however, the

8/3/23, 1:48 PM                    5 ways AI will disrupt science | World Economic Forum

≡Q

The team is adding new features. It can already trawl through a paper's reference list
and work out which citation has been genuinely influential and which is just
background.

### 3. From miner to scientist

A team at IBM and colleagues has gone a step further than both Iris.AI and Semantic
Scholar. They say their system can *do* science. That is, their AI can generate scientific
hypotheses automatically by mining academic literature. Moreover, their algorithms,
they say, can be used to make new scientific discoveries. Their goal is to combine
text mining with visualization and analytics to identify facts and suggest hypotheses
that are "new, interesting, testable and likely to be true", the authors say in a 2014
research paper.

### 4. Science media: Science Surveyor

Science journalists are the target for this bit of AI from a collaboration between
Columbia and Stanford universities. Science Surveyor has been designed to help
journalists assess the significance of a new piece of research. Where does the
research fit into the bigger picture in the field? Is it really ground-breaking? Is it
contested? Journalists need answers to all these questions on impossible deadlines
and often with little expert knowledge in the area. This leads to churnalism, poor
reporting and a readership that is none the wiser. Science Surveyor is an interesting
experiment to move beyond this.

### 5. Open Access AI: Open.ai

Sponsored by PayPal founders Elon Musk and Peter Thiel, among others, OpenAI is a
non-profit research company that aims to democratize AI. "It's really just trying to
increase the probability that the future will be good," Musk said at the recent Recode
Code Conference. Its goal "is to advance digital intelligence in the way that is most
likely to benefit humanity as a whole, unconstrained by a need to generate financial

13

ER1886

AI could be on the cusp of driving the next phase of the scientific revolution, yet this is less discussed than the bigger existential threat of AI. In many ways, AI innovations could simply help scientists to do their jobs more efficiently – thereby cutting the crippling time lag between science and society. For example, could machine learning algorithms delve deep into the previous five assessment reports of the Intergovernmental Panel on Climate Change and, based on research published since the last report, provide rudimentary conclusions of the sixth report?

One major hurdle to progress is the academic publishers. They have no financial incentives to grant AI initiatives access to the body of human knowledge, though Google Scholar has permission to trawl all text behind paywalls, so this may not be insurmountable.

We have launched the Future Earth Media Lab to break down the barriers between science and society. Lab co-founder, and author of this piece, Owen Gaffney is a mentor for the Iris.AI project. Our mission is to seed, nurture and develop similar initiatives that can – project by project – nudge the technological revolution towards better outcomes for science and society, ultimately towards sustainable futures.

Have you read?
Does AI need a kill switch?
Have we hit a major artificial intelligence milestone?
No, the robots are not about to rise up and destroy us all

Don't miss any update on this topic
Create a free account and access your personalized content collection with our latest publications and analyses.

Sign up for free 

14

ER1887



The views expressed in this article are those of the author alone and not the World Economic Forum.

Stay up to date:

Artificial Intelligence

Follow +

Related topics:

Artificial Intelligence

Fourth Industrial Revolution

Share:

8/3/23, 1:48 PM                    5 ways AI will disrupt science | World Economic Forum



ER1889

5 ways AI will disrupt science | World Economic Forum



**CROWDSOURCE INNOVATION**

Get involved with our crowdsourced digital platform to deliver impact at scale

uplink



GLOBAL AGENDA

## The Agenda Weekly

A weekly update of the most important issues driving the global agenda

Subscribe today →

8/3/23, 1:48 PM                         5 ways AI will disrupt science | World Economic Forum



More on Artificial Intelligence                    SEE ALL

These 3 charts from Microsoft show why technology is making your job harder –
and how it can make it better

Douglas Broom

August 3, 2023

Does the UN need a watchdog to fight deepfakes and other AI threats?

6 ways AI could disrupt the entertainment industry

18

ER1891

8/3/23, 1:48 PM                    5 ways AI will disrupt science | World Economic Forum

From Hollywood to Sheffield, these are the AI stories to read this month

Generative AI for small-medium-sized business: cybersecurity chaos or empowerment?

ABOUT US

Our Mission

Our Impact

Leadership and Governance

Our Partners

Sustainability

History

Careers

Contact Us

EVENTS

Events

Open Forum

MEDIA

Press

19

ER1892

8/3/23, 1:48 PM                                  5 ways AI will disrupt science | World Economic Forum





8/3/23, 1:48 PM                               5 ways AI will disrupt science | World Economic Forum

8/3/23, 1:48 PM                              5 ways AI will disrupt science | World Economic Forum

22

ER1895

8/3/23, 1:43 PM                                    TidyBot: the AI robot that will tidy your room and sort laundry



Log in  ≡

News  Ukraine  Royals  Sports  Opinion  Travel  Life  Entertainment  Business  Puzzles



TidyBot tackles a real-world challenge: tidy up an adolescent's bedroom | CREDIT: Princeton University/SWNS

## Meet the AI robot that can tidy your room and sort out your laundry

TidyBot may be the machine to create domestic bliss for parents and teenagers

By **Joe Pinkstone**, SCIENCE CORRESPONDENT

14 June 2023 • 6:37pm

Robotics may have found a technological resolution to the age-old stand-off between frustrated parents and messy teenagers.

A machine dubbed the TidyBot has been created by Princeton University which can put away laundry, sort toys into their correct boxes and even put rubbish in the bin.

**ER1896**

8/3/23, 1:43 PM                    TidyBot: the AI robot that will tidy your room and sort laundry

Engineers found the TidyBot was able to tidy up various bits of mess with an 85 per cent success rate in a real-life scenario akin to an adolescent's chaotic bedroom.

Everybody's idea of organisation is a personal thing, so the team used AI technology to allow users to programme the machine to place certain belongings in specific places.

8/3/23, 1:43 PM                          TidyBot: the AI robot that will tidy your room and sort laundry



TidyBot can develop cleaning strategies from a few examples | CREDIT: Princeton University / SWNS

The machine is equipped with two cameras, a multi-jointed robot arm and a powered square base which can move around.

ER1898

8/3/23, 1:43 PM                              TidyBot: the AI robot that will tidy your room and sort laundry

Eight real-world situations were created where a smattering of 70 different objects were scattered on the floor. The machine was tasked with sorting and placing these into one of 11 receptacles.

Users put their specific instructions into a large language model (LLM), specifically GPT-3, the Open AI technology which was the predecessor to a global phenomenon in the last six months, ChatGPT.

**High success rate**

It was successful 85 per cent of the time, a slight drop from the 91 per cent success rate seen in a simpler lab-based experiment.

Study lead author Jimmy Wu, a PhD student at Princeton, said: "When organising a home, everyone has unique preferences for where things go.

"One of the key challenges in robotic household cleanup is deciding where each item goes. People's preferences can vary greatly depending on personal taste or cultural background. One person might want shirts in the drawer, another might want them on the shelf."

8/3/23, 1:43 PM                                    TidyBot: the AI robot that will tidy your room and sort laundry

27

ER1900

8/3/23, 1:43 PM                          TidyBot: the AI robot that will tidy your room and sort laundry



Mission accomplished – TidyBot successfully sorts the light and dark laundry | CREDIT: Princeton University / SWNS

LLM like ChatGPT, he says, are "an effective way" to resolve this issue.

The machine can take a few examples of where a person wants things to go, such as cans in the recycling, a black shirt in the darks laundry pile and a toy in a drawer, and infer where similar items it encounters should go based on this small list.

"Our approach provides a promising direction for developing personalised robotic systems that can learn generalised user preferences quickly and effectively from only a small set of examples," the scientists, which include experts from Google, Princeton and Stanford, write in their paper, which is published as a pre-print on the server arXiv.

"Unlike classical approaches that require costly data collection and model training, we show that LLMs can be directly used off-the-shelf to achieve generalisation in robotics, leveraging the powerful summarisation capabilities they have learned from vast amounts of text data."

Related Topics

  

Robotics, ChatGPT, Artificial Intelligence

ER1901

8/3/23, 1:43 PM                    TidyBot: the AI robot that will tidy your room and sort laundry

**More stories**

═══════════════════════════════════

## More from News



◆ **Live** | Donald Trump live updates: Former president pleads not guilty at election charges hearing

*By* Susie Coen

3 Aug 2023, 9:31pm

29

**ER1902**

8/3/23, 1:43 PM                    TidyBot: the AI robot that will tidy your room and sort laundry



**Phrase 'black market' is racist and should not be used, say bank leaders**

*By* Alex Barton

3 Aug 2023, 9:11pm



**How veteran protesters Greenpeace compare to newcomers Just Stop Oil**

*By* Abigail Buchanan

3 Aug 2023, 9:11pm



**Sunak considers becoming first PM to miss world leader gathering in a decade**

*By* Ben Riley-Smith

3 Aug 2023, 9:00pm



**US Navy sailors arrested on charges of sharing national security information with China**

*By* Our Foreign Staff

3 Aug 2023, 8:56pm



**Donald Trump says criminal charges will guarantee 2024 re-election**

*By* Nick Allen

3 Aug 2023, 8:54pm

**More from The Telegraph**

https://www.telegraph.co.uk/news/2023/06/14/tidybot-robot-princeton-university-tidy-room-laundry-ai/          8/9

8/3/23, 1:43 PM                          TidyBot: the AI robot that will tidy your room and sort laundry

# The Telegraph                                                         Back to top ⌃

Follow us on:   (f)          (⧇)          (𝕏)          (👻)          (in)          (▶)

| Help Centre | About us |
| --- | --- |
| Telegraph Extra | Reader Prints |
| Branded Content | Syndication and Commissioning |
| Guidelines | Privacy |
| Terms and Conditions | Advertising Terms |
| Fantasy Sport | UK Voucher Codes |
| Betting Offers | Modern Slavery |
| Tax Strategy | Broadband and Mobile Deals |
| Wine Cellar | The Chelsea Magazine Company |

© Telegraph Media Group Limited 2023

ER1904

8/3/23, 1:39 PM                    What is a .AI domain? All you need to know about this popular domain extension - Blog



Domain Names   Websites & Hosting

Menu ^   اللغة العربية 🌐

# What is a .AI domain? All you need to know about this popular domain extension

 **Boris Lee**   18/04/2023

**Products mentioned**
Domains, Domain Auctions



All you need to know about .ai domain extension

Looking to add a fresh, forward-thinking spin to your website domain name? Or thinking of using a different domain extension from the usual **.com, .net**, .org, and **.io** domain extensions for your website? Look no further than the **.ai domain extension**!

The .ai TLD (**Top-Level Domain**) has been taking the world by storm, with startups and businesses alike embracing it as a way to stand out in a crowded online market. Due to its association with artificial intelligence, .ai is the perfect domain for entrepreneurs and business owners who are focused on cutting-edge technology and innovation.

Let's dive in and learn what makes .ai such an exciting extension, and how you can use it to take your website to the next level.

Related: **Domain extension guide**: What you need to know before you pick a domain name.

https://ae.godaddy.com/blog/what-is-a-ai-domain/                                                              1/12

8/3/23, 1:39 PM                    What is a .AI domain? All you need to know about this popular domain extension - Blog



## What is the .ai domain extension?

"AI" stands for Artificial Intelligence (AI). It is the idea of using advanced algorithms and machines to create an environment that simulates human intelligence.

But before we get into robots, machine learning and self-operated cars…

33

8/3/23, 1:39 PM                          What is a .AI domain? All you need to know about this popular domain extension - Blog

> **Here's a fun fact: ".ai" is actually the country code top-level domain (ccTLD) for the British Overseas Territory of Anguilla in the Caribbean with a population of a little over 15,000 people.**

'.ai' is not alone on this boat. Other ccTLDs have experienced similar, such as ".co" and ".**io**" for Colombia and The British Indian Ocean Territory respectively.

Despite this unlikely origin story, .ai has been embraced by tech companies and websites that are looking to associate themselves with AI technology.

## Trends of .ai domain extension



Despite its association with cutting-edge technology, .ai has a surprisingly diverse range of uses. One of the reasons for a spike in **.ai domain** preference could be attributed to the buzz about AI these days.

https://ae.godaddy.com/blog/what-is-a-ai-domain/                                                          3/12

34

8/3/23, 1:39 PM                    What is a .AI domain? All you need to know about this popular domain extension - Blog

> **Having a .ai domain name not only reflect your association with modern technology. It can also suggest that you are part of a new wave of innovative businesses embracing AI in your business model.**

gTLDs (generic top-level domains) are becoming increasingly popular, in fact, there are new ones you probably haven't heard of yet that are not only memorable and catchy but also reflect innovation and progress.

> " **The .ai domain name is no exception.** "

More entrepreneurs, **start-ups**, businesses and **domain investors** have begun to recognize .ai's potential for creating a unique online presence. If you are in the tech sector, you should definitely leverage this domain to showcase your innovative approach to artificial intelligence.



## Why use .ai domain extensions?

Here's a list of why you should purchase your .ai extension now:

1. Greater value for money

8/3/23, 1:39 PM                          What is a .AI domain? All you need to know about this popular domain extension - Blog

2. No hidden steps

3. Great for SEO ranking

4. Stronger brand recognition

5. You don't need to be from Anguilla

## 1. Potentially greater value for money & higher availability

Ever encountered a situation where the .com domain that you wanted is no longer available?
With more than 160 million domains registered with the .com domain extension, it's inevitably more
challenging to find a .com domain of your choice. You could try searching for it in the Domain
Aftermarket (like GoDaddy Auctions), but why not consider using .ai instead?

Given that .ai is a relatively newer domain extension, you might be able to find your dream domain
more easily. By choosing .ai domain extension, you can potentially own it at a lower price as there is
lesser competition as compared to .com.

> " **But you need to strike while the iron's hot, because .ai is
> gaining popularity rapidly!** "

Related: **How to buy expired domains?**

## 2. Fuss-free registration process

Unlike some domain extensions that might require additional criteria, you only need to find your
desired .ai domain and register it!

Start your .ai domain search now.



Simply start searching and registering **your desired .ai domain**!

## 3. SEO

**Search engine optimization** is a top priority for businesses seeking a domain name, as potential
customers frequently search for the term "AI" on search engines.

https://ae.godaddy.com/blog/what-is-a-ai-domain/                                         5/12

**ER1909**

Using an .AI domain can make it easier for businesses to reach these users.

From an SEO standpoint, Google treats some country code top-level domains (ccTLDs), such as .AI and .ME, as equivalent to commonly used domain extensions like .COM, .NET, and .ORG. Therefore, businesses don't have to choose between a .AI or a .COM domain extension solely for SEO purposes.

After purchasing your domain and constructing your website, it is essential to **submit your site to search engines** for optimal visibility.

### 4. Establish your brand and website as a reputable and credible source of information on AI-related topics.

By using the .ai extension, you can **establish your brand as a credible resource** for all things AI-related. .ai conveys trustworthiness and credibility in the field of humanity's most important innovations — artificial intelligence. This makes it a great choice for businesses that are looking to showcase their expertise in the sector.

Using the .ai extension can signal your expertise and commitment toward AI. This is a great way to build a reputation and brand recall for your company.

What better way to show your commitment to this great advancement of the modern world? Having a .ai extension is how you make that statement. With its mix of hip and technical appeal, it's safe to say that .ai is the future.

**Editor's Note:** Why not start your domain search **right here**?

### 5. Unlike other ccTLDs, you don't need to be from Anguilla

For many "country code top-level domains (ccTLDs), registering a country code domain often requires providing proof of local presence, which can involve providing documentation.

However, the .ai extension is unrestricted and available internationally. Any business from any location can register a .AI domain without such restrictions. Unlike most country code top-level domains (ccTLDs), Google treats .AI as a generic **top-level domain** (gTLD), such as .COM, .NET, and .ORG.

## Who uses the .ai domain extension?

8/3/23, 1:39 PM                    What is a .AI domain? All you need to know about this popular domain extension - Blog





# Give your website the attention it deserves with a

# .ai domain

**Get your .ai domain now at ae.GoDaddy.com**

The .ai  extension is growing in popularity among technology companies. And if you're looking for an extra revenue stream, buying an **.ai domain is also a great investment** idea.

It doesn't matter if you are a start-up, an established business or someone who just wants to make a statement – .ai extension can be used in a variety of ways.

Let's dive into users of the .ai domain!

### 1. Businesses or individuals in the artificial intelligence or tech industry

This is the most straightforward use case.

Going for **.ai domain name extension** could be all you need to establish yourself as a leader in the AI industry. This is because it visually represents your connection to the field.

For example, if you're a research lab specializing in AI-powered applications and technologies, .ai could be the perfect domain to build your online brand. Or if you're launching the next cutting-edge product, .ai could be a domain extension you can consider for your website.

But .ai extension are not just limited to AI or tech-related businesses. They can also be used to create a memorable and catchy name for any website or apps. .ai extension have become popular with websites that offer information about technology and innovation.

You can use .ai domains to create a memorable website that highlights your creative approach and innovative solutions.

> **A food for thought: Because the .ai domain extension is still relatively new, there's a greater chance that you can find the exact domain name you're looking for.**

### 2. Used as a memorable and unique web address for any company or project that wants to convey a connection to AI

When someone sees a web address that ends in .ai, it immediately signals that the website is related to AI technology in some way. This makes it an ideal choice for any company or project that wants to convey a connection to AI in a clear and concise way.

Whether you're a tech startup looking for a **unique URL** or an individual with a new machine-learning project, .ai is a suitable choice. With its mix of technical appeal and creative energy, .ai is quickly becoming one of the most popular domain extensions on the web.

Also, since .ai is highly distinctive and stands out from other more common extensions like **.com, .net**, .org, and **.io**.

This means that businesses adopting .ai now are likely to be more memorable and recognizable to potential customers, as they're using a domain that's both unique and on-brand.

## Popular websites with the .ai domain extension

8/3/23, 1:39 PM                    What is a .AI domain? All you need to know about this popular domain extension - Blog



You've now learned about the benefits of the .ai domain extension. If you're still uncertain whether it's the right choice for your business, we have a collection of popular .ai domain names to demonstrate its diverse applications.

Take a look at some of these popular websites and projects that have already adopted .ai:

## Open.ai

40

ER1913

OpenAI is the Microsoft-partnered company and research lab behind many of the world's most advanced AI-powered applications with a mission to ensure Artificial Intelligence benefits humanity altogether.

### Facebook.ai

Facebook, also known as Meta now, is not staying behind the .ai trend and makes sure to show off their .ai domain extension name to the world by creating a website dedicated to Artificial Intelligence research.

### AI.google

Google's also got its AI division, putting AI research at the forefront to develop technology to benefit humans everywhere. Obviously, .ai . is the perfect domain name for them.

As you can see, .ai is quickly becoming a favorite for tech companies, startups, and AI projects. With the .ai  extension, you can ensure your web address stands out from the rest with its unique, technological appeal.

> **Not sure how to search and register a domain name? Check out our guide to buy a domain name in 3 steps to help demystify the process.**

## Are .AI domains safe?

Similar to other **top-level domains** (TLDs), there are rules and restrictions in place for registering domains. These regulations are in place to verify the authenticity and validity of registrants, which helps ensure the safety and security of visitors to domains like .ai.

The requirement for registering and renewing a .ai extension is that it must be done for at least two years but can also be secured for up to ten years.

## Get your .ai domain today!

To sum it up, .ai is a great choice for any website or business. It stands out from other domain extensions and conveys trustworthiness and credibility. Plus, **.ai domain names** have been used as brand identifiers by a variety of companies, ranging from health-related businesses and e-commerce brands to consulting services and more.

ER1914

8/3/23, 1:39 PM                          What is a .AI domain? All you need to know about this popular domain extension - Blog

So don't limit .ai to just tech startups and deep learning companies! .ai has enough potential for anyone looking for an eye-catching and memorable domain name!

What are you waiting for? Find your ideal .ai domain today at GoDaddy.com!

---

#gdauthor-ae  #domain-names  #cloudtech-ae  #domaininvesting-ae  #artificial-intelligence  #ai



### Boris Lee

Boris Lee is an overly-enthusiastic storyteller and late night pizza fan turned copywriter under the pen name 'Nitai'. Over the past 5 years, Boris has created content for a variety of clients around the world in the fields of tech, mental health, business and education.

[ More Articles by Boris ]

## Products Mentioned

**Domains**                                                          [ Learn More ]

**Domain Auctions**                                                  [ Learn More ]





43

Exhibit F

Actual Confusion in Social Media Posts

🔒 **Page Vault**

| | |
|---|---|
| Document title: | (1) Andrew Kean Gao on X: "also https://t.co/aXPT5W1ZAH Is this a legacy openai site? cute https://t.co/zcXh70UWTB" / X |
| Capture URL: | https://twitter.com/itsandrewgao/status/1625597653152301057 |
| Page loaded at (UTC): | Thu, 14 Sep 2023 22:48:32 GMT |
| Capture timestamp (UTC): | Thu, 14 Sep 2023 22:50:39 GMT |
| Capture tool: | 10.29.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | sk3GB9AE7YzmjzDGAcYDBQ |
| User: | quinn-general |

PDF REFERENCE #:    5zLEFSFPd2EBHFTciCrfZ8

1



Document title: (1) Andrew Kean Gao on X: &quot;also https://t.co/aXPT5W1ZAH Is this a legacy openai site? cute https://t.co/zcXh70UWTB&quot; / X

Capture URL: https://twitter.com/itsandrewgao/status/1625597653152301057

Capture timestamp (UTC): Thu, 14 Sep 2023 22:50:39 GMT

Page 1 of 4

2



Document title: (1) Andrew Kean Gao on X: &quot;also https://t.co/aXPT5W1ZAH Is this a legacy openai site? cute https://t.co/zcXh70UWTB&quot; / X
Capture URL: https://twitter.com/itsandrewgao/status/1625597653152301057
Capture timestamp (UTC): Thu, 14 Sep 2023 22:50:39 GMT

Page 2 of 4

3



Document title: (1) Andrew Kean Gao on X: &quot;also https://t.co/aXPT5W1ZAH Is this a legacy openai site? cute https://t.co/zcXh70UWTB&quot; / X
Capture URL: https://twitter.com/itsandrewgao/status/1625597653152301057
Capture timestamp (UTC): Thu, 14 Sep 2023 22:50:39 GMT

Page 3 of 4

**ER1922**



Document title: (1) Andrew Kean Gao on X: &quot;also https://t.co/aXPT5W1ZAH Is this a legacy openai site? cute https://t.co/zcXh70UWTB&quot; / X

Capture URL: https://twitter.com/itsandrewgao/status/1625597653152301057

Capture timestamp (UTC): Thu, 14 Sep 2023 22:50:39 GMT

Page 4 of 4

**ER1923**

🔒 Page Vault

| | |
|---|---|
| Document title: | (1) MrKhunSir on X: "@mechanicalbro7 @bennash I think raw https://t.co/blkjTKbgL1 chatgpt is bad UX but most users don't know. The most success I have was intergrade into multiple encrypted layers to call and repo (enterprise medical data) with great security and accuracy." / X |
| Capture URL: | https://twitter.com/EricCartmanTV/status/1673699808572219395 |
| Page loaded at (UTC): | Thu, 14 Sep 2023 22:52:48 GMT |
| Capture timestamp (UTC): | Thu, 14 Sep 2023 22:53:23 GMT |
| Capture tool: | 10.29.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | mz5qmySTAQMoiXK6TSegJZ |
| User: | quinn-general |

PDF REFERENCE #:    pmmAja111C5YufRZaJiEHs

6

ER1924



Document title: (1) MrKhunSir on X: &quot;@mechanicalbro7 @bennash I think raw https://t.co/blkjTKbgL1 chatgpt is bad UX but most users don't know. The most…
Capture URL: https://twitter.com/EricCartmanTV/status/1673699808572219395
Capture timestamp (UTC): Thu, 14 Sep 2023 22:53:23 GMT

Page 1 of 2

7

ER1925



Document title: (1) MrKhunSir on X: &quot;@mechanicalbro7 @bennash I think raw https://t.co/bIkjTKbgL1 chatgpt is bad UX but most users don't know. The most…
Capture URL: https://twitter.com/EricCartmanTV/status/1673699808572219395
Capture timestamp (UTC): Thu, 14 Sep 2023 22:53:23 GMT                                          Page 2 of 2

8

ER1926

🔒 **Page Vault**

| | |
|---|---|
| Document title: | (1) WSI Biggs Digital on X: "With its unprecedented capabilities and support from https://t.co/h5MjR64Emm, Harvey AI is transforming the legal landscape. Learn more: https://t.co/3x3yf8czpU At WSI Biggs, we stay ahead of the AI curve and can guide you on your journey to leverage AI in the legal landscape. https://t.co/Xg8pA7Hi4e" / X |
| Capture URL: | https://twitter.com/wsi_biggs/status/1673683929096699906 |
| Page loaded at (UTC): | Thu, 14 Sep 2023 22:54:09 GMT |
| Capture timestamp (UTC): | Thu, 14 Sep 2023 22:54:40 GMT |
| Capture tool: | 10.29.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 3s1q32uR8uKMiNR9LErHhx |
| User: | quinn-general |

PDF REFERENCE #:    vBC2wVws7UyvV5Z2hDtQPg

9



Document title: (1) WSI Biggs Digital on X: &quot;With its unprecedented capabilities and support from https://t.co/h5MjR64Emm, Harvey AI is transforming the legal…
Capture URL: https://twitter.com/wsi_biggs/status/1673683929096699906
Capture timestamp (UTC): Thu, 14 Sep 2023 22:54:40 GMT

Page 1 of 1

🔒 **Page Vault**

| | |
|---|---|
| Document title: | (1) BlueCallom Neuro Innovation Management Solution on X: "On June 22, we will give out 25 free team licenses to business innovation teams. Join our webinar From zero to breakthrough in 8 weeks. https://t.co/LNYMjJyDHK and https://t.co/uK5BoAT634 #ChatGPT - integrated – the best #innovation #AI https://t.co/sFUEb5qshH https://t.co/buN53BouuQ" / X |
| Capture URL: | https://twitter.com/BlueCallom/status/1671100620411994114 |
| Page loaded at (UTC): | Thu, 14 Sep 2023 22:55:12 GMT |
| Capture timestamp (UTC): | Thu, 14 Sep 2023 22:55:41 GMT |
| Capture tool: | 10.29.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | sPqMYFHASX2S1n1rA9G7fb |
| User: | quinn-general |

```
PDF REFERENCE #:     id7JYT17NQvsNpv4afx71t
```



Document title: (1) BlueCallom Neuro Innovation Management Solution on X: &quot;On June 22, we will give out 25 free team licenses to business innovation teams. Joi…
Capture URL: https://twitter.com/BlueCallom/status/1671100620411994114
Capture timestamp (UTC): Thu, 14 Sep 2023 22:55:41 GMT

Page 1 of 1

ER1930

# Exhibit G

# Survey Script

1

**KEY FOR STIMULUS IMAGES**

**Test Group**

| Image ID | Description | Source | Thumbnail |
|----------|-------------|--------|-----------|
| 101 | ROOM 1 Senior | https://openai.com/gpt-4 |  |
| 201 | ROOM 2 Junior | https://open.ai/ |  |
| 202 | ROOM 2 Decoy1 | https://www.anthropic.com/ |  |
| 203 | ROOM 2 Decoy2 | https://www.midjourney.com/ |  |

2

**Control Group**

| Image ID | Description | Source | Thumbnail |
|---|---|---|---|
| 101 | ROOM 1 Senior | https://openai.com/gpt-4 |  |
| 301 | ROOM 2 Junior | NA |  |
| 202 | ROOM 2 Decoy 1 | https://www.anthropic.com/ |  |
| 203 | ROOM 2 Decoy 2 | https://www.midjourney.com/ |  |

3

**SCREENER QUESTIONS**

| S0 |
|---|

Thank you for participating today. If you need glasses or contacts to see the screen clearly, please use them to complete the survey.

Please Click on the "Next" button to start the survey.

| S1 |
|---|

Please answer every question honestly and to the best of your ability. There are no right or wrong answers; we are only interested in your opinions.

On any question, if you don't know how to answer, you may indicate that you don't know or are unsure. Please do not guess or consult any other person or source, such as the Internet, while you complete this survey.

Once you start the survey, please complete it in one session without interruption. Also, please do not use your browser's Back button to try to return to a prior question, as this will terminate your survey.

Do you understand the above instructions and agree to follow them? (*Select one*)

**[Randomize 1-2]**

1. Yes, I do
2. No, I do not                **[Screen Out]**
3. Don't know / unsure          **[Anchor; Screen Out]**

| S2 |
|---|

What type of device are you using to complete this survey? (*Select one*)

1. Desktop computer
2. Laptop computer
3. Tablet
4. Smartphone
5. Other                        **[Screen Out]**

| S3 |
|---|

Please help us verify that you are human by clicking the box below.

**[Insert Captcha]**

4

**ER1934**

| **S4** |
|---|

Are you…? (*Select one*)

1. Male
2. Female
3. Non-binary or other
4. Prefer not to answer

**[Flag but do not Screen out if gender does not match panel data]**

| **S5** |
|---|

Which range includes your age? (*Select one*)

1. Under 13 years old          **[Screen Out]**
2. 13 to 17 years old
3. 18 to 34 years old
4. 35 to 54 years old
5. 55 to 64 years old
6. 65 years old or older
7. Prefer not to answer        **[Screen out]**

**[Check against panel; Allow for +/- one year due to birthdays]**

| **S6** |
|---|

What is the ZIP code of your current home address?

ZIP code: _____      **[Require 5-digit numeric; Recode to state and region]**

**[Check state against panel; Screen out if no match]**

**S7**

In the past six months, have you used or searched for an online service (e.g., webpage, mobile app, television app) that allows the user to do any of the following activities? (*Select one for each row.*)

**[Randomize rows]**
**[Anchor "Don't know / Prefer not to answer" as last column)**
**[Match S1 order for Yes/No columns]**

| | Yes | No | Don't know / Prefer not to answer |
|---|---|---|---|
| 1.  Generate or create images or other content using an artificial intelligence (AI) system | | | |
| 2.  Stream or download a TV show or movie | | | |
| 3.  Publish a blog post, video, or other original content | | | |
| 4.  Use financial services (e.g., banking, investing) | | | |
| 5.  Participate in video calls or conferences online | | | |
| 6.  Stream or download music, radio shows, or podcasts | | | |
| 7.  Make travel reservations (e.g., flights, hotels, ground transportation) | | | |

**S8**

In the next six months, are you likely to use or search for an online service (e.g., webpage, mobile app, television app) that allows a user to do any of the following activities? (*Select one for each row.*)

**[Use same row and column orders as S7]**

| | Yes | No | Don't know / Prefer not to answer |
|---|---|---|---|
| 1.  Generate or create images or other content using an artificial intelligence system | | | |
| 2.  Stream or download a TV show or movie | | | |
| 3.  Publish a blog post, video, or other original content | | | |
| 4.  Use financial services (e.g., banking, investing) | | | |
| 5.  Participate in video calls or conferences | | | |
| 6.  Stream or download music, radio shows, or podcasts | | | |
| 7.  Make travel reservations (e.g., flights, hotels, ground transportation) | | | |

**[If S7R1 = "Yes" or S8R1 = "Yes", continue; otherwise, Screen out]**

6

**ER1936**

**S9**

This question uses colors as a check for quality assurance. When responding below, please select "Gray."

Based on the text you read above, what color have you been asked to select?

**[Randomize]**
**[Must select "Gray"; otherwise, Screen out]**

1. Black
2. Blue
3. Brown
4. Gray
5. Green

6. Orange
7. Purple
8. Red
9. Yellow
10. White

**S10**

In the <u>past month</u>, have you completed any surveys on any of the following topics?
*(Select all that apply)*

**[Randomize 1-6]**

1. Online artificial intelligence services          **[Screen out]**
2. TV or movie streaming services
3. Online banking services
4. Online video calls or conferences
5. Music streaming services
6. Online travel reservations
7. None of these          **[Anchor; Exclusive]**
8. Don't know / unsure          **[Anchor; Exclusive; Screen out]**

**S11**

Do you or do any members of your household work for any of the following? *(Select all that apply)*

**[Randomize 1-7]**

1. A company that offers artificial intelligence services          **[Screen out]**
2. A market research or advertising company          **[Screen out]**
3. An advertising or public relations agency          **[Screen out]**
4. A TV or movie streaming service
5. An online bank
6. A music streaming service
7. An airline, hotel, or vehicle rental service
8. None of these          **[Anchor; Exclusive]**
9. Don't know / unsure          **[Anchor; Exclusive; Screen out]**

7

**ER1937**

**MAIN QUESTIONNAIRE**

| Q1 |
| --- |

On the next few screens, you will see images of webpages referencing artificial intelligence (AI) services. You may or may not have seen these webpages before. You may need to scroll to see the full webpage image.

After viewing the webpages, you will be asked some questions.

You will not be able to go backwards. If you do not know or do not have an opinion about any of the questions, please indicate so. Please do not guess.

| Q2 |
| --- |

**[Assign to Test group or Control group]**

Please view **Webpage A** as if you came across it while searching for an artificial intelligence service and are considering using it. Take as much time as you like. Later, you will be asked questions about it.

**[Match image to device type]**

Are you able to see **Webpage A** clearly? *(Select one)*

**[Match S1 order for Yes/No responses]**

1. Yes, I am
2. No, I am not                **[Screen out]**
3. Don't know / unsure         **[Anchor; Screen out]**

| Q3 |
| --- |

Now you will be shown three additional webpages referencing artificial intelligence services. You may or may not have seen these webpages before. These will be called **Webpages B, C, and D**.

Please click the button to continue.

## Q4

Please view **Webpage B** as if you came across it while searching for an artificial intelligence service and are considering using it. Take as much time as you like. Later, you will be asked questions about it.

**[If Test group, randomly select for display either Image 201, 202, or 203. Above the selected image, display "Webpage B," centered, bold, no quotes]**

**[If Control group, randomly select for display either Image 301, 202, or 203. Above the selected image, display "Webpage B," centered, bold, no quotes]**

Are you able to see the picture of **Webpage B** clearly? *(Select one)*

**[Match S1 order for Yes/No responses]**

1. Yes, I am
2. No, I am not          **[Screen out]**
3. Don't know / unsure          **[Anchor; Screen out]**

## Q5

Please view **Webpage C** as if you came across it while searching for an artificial intelligence service and are considering using it. Take as much time as you like. Later, you will be asked questions about it.

**[If Test group, randomly select for display Image 201, 202, or 203, excluding the Image shown in Q4. Above the selected image, display "Webpage C," centered, bold, no quotes]**

**[If Control group, randomly select for display either Image 301, 202, or 203, excluding the Image shown in Q4. Above the selected image, display "Webpage C," centered, bold, no quotes]**

Are you able to see the picture of **Webpage C** clearly? *(Select one)*

**[Match S1 order for Yes/No responses]**

1. Yes, I am
2. No, I am not          **[Screen out]**
3. Don't know / unsure          **[Anchor; Screen out]**

ER1939

---

**Q6**

---

Please view **Webpage D** as if you came across it while searching for an artificial intelligence service and are considering using it. Take as much time as you like. Later, you will be asked questions about it.

**[If Test group, randomly select for display Image 201, 202, or 203, excluding the Images shown in Q4 and Q5. Above the selected image, display "Webpage D," centered, bold, no quotes]**

**[If Control group, randomly select for display Image 301, 202, or 204, excluding the Images shown in Q4 and Q5. Above the selected image, display "Webpage D," centered, bold, no quotes]**

Are you able to see the picture of **Webpage D** clearly? (*Select one*)

**[Match S1 order for Yes/No responses]**

1. <u>Yes</u>, I am
2. <u>No</u>, I am not          **[Screen out]**
3. Don't know / unsure     **[Anchor; Screen out]**

---

**Q7a**

---

You will now be asked some questions about the webpages you just saw.

Below are images of **Webpages B, C, and D**.

Do any of these webpages reference the same company referred to on **Webpage A** (the first webpage you saw)? Click, tap, or pinch to enlarge an image.

If you would like to see **Webpage A** again, click here.
**[provide link to 50% sized image of Webpage A, with option to click, tap, or pinch to enlarge]**

**[If Test group, display 50% sized Images 201, 202, and 203 in the same order shown in Q4, Q5, and Q6. Label the webpage shown in Q4 as Webpage B, the webpage shown in Q5 as Webpage C, and the webpage shown in Q6 as Webpage D]**

**[If Control group, display 50% sized Images 301, 202, and 203 in the same order shown in Q4, Q5, and Q6. Label the webpage shown in Q4 as Webpage B, the webpage shown in Q5 as Webpage C, and the webpage shown in Q6 as Webpage D]**

**[Match S1 order for Yes/No responses]**

1. <u>Yes</u>, one or more of these webpages reference the same company referred to on **Webpage A**
2. <u>No</u>, none of these webpages reference the same company referred to on **Webpage A  [Skip to Q7b]**
3. Don't know / unsure                    **[Anchor. Skip to Q7b]**

| Q8a |
| --- |

You indicated that one or more of these webpages reference *the same company* referred to on **Webpage A.**

Please select the webpage or webpages you think reference *the same company* referred to on **Webpage A.**

If you would like to see **Webpage A** again, click here. **[provide link to 50% sized image of Webpage A, with option to click, tap, or pinch to enlarge]**

**[If Test group, Display Images 201, 202, and 203 as in Q7a and place a checkbox to the left of each image]**

**[If Control group, Display Images 301, 202, and 203 as in Q7a and place a checkbox to the left of each image]**

| Q9a |
| --- |

**[Iterate for each image selected in Q8a]**

You indicated that the webpage below references *the same company* referred to on **Webpage A.**

What makes you think that? Please be as specific as possible.

**[Insert text box. Require response or selection of "I don't know"]**

| |
| --- |
| |

1.  I don't know     **[Anchor. Exclusive]**

11

**ER1941**

**Q7b**

Here is another question about the webpages you just saw.

Below are images of **Webpages B, C, and D**.

Does any artificial intelligence *service* referenced on any of these webpages come from the same company that offers the artificial intelligence service referred to on **Webpage A** (the first webpage you saw)? Click, tap, or pinch to enlarge an image.

If you would like to see **Webpage A** again, click here.
**[provide link to 50% sized image of Webpage A, with option to click, tap, or pinch to enlarge]**

**[If Test group, display 50% sized Images 201, 202, and 203 in the same order shown in Q4, Q5, and Q6. Label the webpage shown in Q4 as Webpage B, the webpage shown in Q5 as Webpage C, and the webpage shown in Q6 as Webpage D]**

**[If Control group, display 50% sized Images 301, 202, and 203 in the same order shown in Q4, Q5, and Q6. Label the webpage shown in Q4 as Webpage B, the webpage shown in Q5 as Webpage C, and the webpage shown in Q6 as Webpage D]**

**[Match S1 order for Yes/No responses]**

1. <u>Yes</u>, one or more of these webpages references an artificial intelligence *service* that comes from the same company that offers the artificial intelligence service referred to on **Webpage A**
2. <u>No</u>, none of these webpages references an artificial intelligence service that comes from the same company that offers the artificial intelligence service referred to on **Webpage A**    **[Skip to Q10]**
3. Don't know / unsure                               **[Anchor. Skip to Q10]**

**Q8b**

You indicated that one or more of these webpages references an artificial intelligence *service* that comes from the same company that offers the artificial intelligence service referred to on **Webpage A.**

Please select the webpage or webpages you think refer to an artificial intelligence service from the same company that offers the artificial intelligence service referred to on **Webpage A.**

If you would like to see **Webpage A** again, click here.
**[provide link to 50% sized image of Webpage A, with option to click, tap, or pinch to enlarge]**

**[If Test group, display Images 201, 202, and 203 as in Q7 and place a checkbox to the left of each image.**

**[If Control group, display Images 301, 202, and 203 as in Q7 and place a checkbox to the left of each image.**

**[Below the Images, provide an exclusive, anchored response option,** "I don't know". **If "I don't know" selected, skip to Q10]**

12

**ER1942**

**Q9b**

**[Iterate for each image selected in Q8]**

You indicated that the webpage below references an artificial intelligence *service* that comes from the same company that offers the artificial intelligence service referred to on **Webpage A.**

What makes you think that? Please be as specific as possible.

**[Insert text box. Require response or selection of "I don't know"]**

|  |
|  |

1. I don't know     **[Anchor. Exclusive]**

**Q10**

**[Only display Q10 if Q7a = ("No" or "Don't know / unsure") AND Q7b = ("No" or "Don't know / unsure"). If Q10 not displayed, skip to Q13]**

Thank you for your responses so far. We just have one more question about the webpages you just saw.

Below are **Webpages B, C, D**. Are any of these webpages *connected to or affiliated* with the same company that offers the artificial intelligence service referred to on **Webpage A** (the first webpage you saw)? Click, tap, or pinch to enlarge an image. (Select one)

If you would like to see **Webpage A** again, click here.
**[provide link to 50% sized image of Webpage A, with option to click, tap, or pinch to enlarge]**

**[If Test group, display 50% sized Images 201, 202, and 203 in the same order shown in Q4, Q5, and Q6. Label the webpage shown in Q4 as Webpage B, the webpage shown in Q5 as Webpage C, and the webpage shown in Q6 as Webpage D]**

**[If Control group, display 50% sized Images 301, 202, and 203 in the same order shown in Q4, Q5, and Q6. Label the webpage shown in Q4 as Webpage B, the webpage shown in Q5 as Webpage C, and the webpage shown in Q6 as Webpage D]**

**[Match S1 order for Yes/No responses]**

1. <u>Yes</u>, one or more of these webpages is connected to or affiliated with the same company that offers the artificial intelligence service referred to on **Webpage A**
2. <u>No</u>, none of these webpages are connected to or affiliated with the same company that offers the artificial intelligence service referred to on **Webpage A**     **[Skip to Q13]**
3. Don't know / unsure     **[Anchor. Do <u>not</u> terminate.]**     **[Skip to Q13]**

13

**ER1943**

**Q11 [affiliation confusion measurement]**

You indicated that one or more of these webpages is connected to or affiliated with the same company that offers the artificial intelligence service referred to on **Webpage A.** Please select the webpage or webpages you think are connected to or affiliated with the same company that offers the artificial intelligence service referred to on **Webpage A.**

If you would like to see **Webpage A** again, click here.
**[provide link to 50% sized image of Webpage A, with option to click, tap, or pinch to enlarge]**

**[If Test group, display Images 201, 202, and 203 as in Q7 and place a checkbox to the left of each image.**

**[If Control group, display Images 301, 202, and 203 as in Q7 and place a checkbox to the left of each image.**

**[Below the Images, provide an exclusive, anchored response option,** "I don't know"]

**Q12 [affiliation, sponsorship, approval confusion verbatims]**

**[Iterate for each image selected in Q10]**

You indicated that the webpages below is *connected to or affiliated with* the same company that offers the artificial intelligence service referred to on **Webpage A.**

What makes you think that? Please be as specific as possible.

**[Insert text box. Require response or selection of "I don't know"]**

| |
| --- |
| |

1.  I don't know        **[Anchor. Exclusive]**

**Q13 [validation check]**

Please re-enter the ZIP code of your home address.

ZIP code: _____

**[Require 5-DIGIT numeric response]**
**[If ZIP code <u>does not</u> match S7, continue; otherwise, skip to Q15]**

14

**ER1944**

**Q14 [validation recheck]**

To verify, please re-enter the ZIP code of your current home address.

ZIP code: _____

**[Require 5-DIGIT numeric response]**
**[If ZIP code matches S6, continue; Otherwise, terminate and do not count against quotas]**

**Q15 [commitment check]**

Please read the statement that follows and click either "I agree" or "I disagree." If any portion of the statement is not true, please click "I disagree."

**STATEMENT**
I am the person who was invited to participate in this survey. I completed this survey myself, without assistance or advice from any other person or source, and in accordance with the survey instructions. I provided truthful answers to this survey.

**[Randomize]**

1. I agree
2. I disagree          **[Count as terminated; Do not count as completed interview or against quotas]**

Your response to the above statement <u>will not</u> affect your rewards for completing the survey.

**[Regardless of answer, continue and reward respondent for completion]**

**End**

Thank you for your participation. Those are all the questions we have for you today!

# Appendix

# Survey Stimuli

Case: 24-1963, 05/08/2024, DktEntry: 15.15, Page 85 of 187
Case 4:23-cv-03918-YGR   Document 24-7   Filed 09/29/23   Page 17 of 60

(85 of 187)

# **Image 101** Desktop/Laptop

# Plaintiff

# https://openai.com/gpt-4

ER1947





ER1949



ER1950

**Availability**

GPT-4 is available on ChatGPT Plus and as an API for developers to build applications and services.

## We're excited to see how people use GPT-4 as we work towards developing technologies that empower everyone.

View contributions

| Try on ChatGPT Plus ↗ | View GPT-4 research |
|---|---|

**OpenAI**

**Research**
Overview
Index

**Product**
Overview
ChatGPT
GPT-4
DALL·E 2
Customer stories
Safety standards
API data privacy
Pricing

**Safety**
Overview

**Company**
About
Blog
Careers
Charter
Security

OpenAI © 2015–2023
Terms & policies
Privacy policy
Brand guidelines

Twitter   YouTube   GitHub   SoundCloud   LinkedIn

Back to top ↑

ER1951



Case: 24-1963, 05/08/2024, DktEntry: 15.15, Page 91 of 187
Case 4:23-cv-03918-YGR   Document 24-7   Filed 09/29/23   Page 23 of 60

(91 of 187)

# **Image 101** Mobile

Plaintiff

https://openai.com/gpt-4

ER1953



ER1954

GPT-4 can solve difficult problems with greater accuracy, thanks to its broader general knowledge and problem solving abilities.

**Creativity**   Visual input   Longer context

GPT-4 is more creative and collaborative than ever before. It can generate, edit, and iterate with users on creative and technical writing tasks, such as composing songs, writing screenplays, or learning a user's writing style.

**Input**

Explain the plot of Cinderella in a sentence where each word has to begin with the next letter in the alphabet from A to Z, without repeating any letters.

Output

ER1955



Output

A beautiful Cinderella.

---

GPT-4 surpasses ChatGPT in its advanced reasoning capabilities.

ChatGPT

Input
Andrew is free from 11 am to 3 pm, Joanne is free from noon to 2 pm and then 3:30 pm to 5 pm. Hannah is available at noon for half an hour, and then 4 pm to 6 pm. What are some options for start times for a 30 minute meeting for Andrew, Hannah, and Joanne?

Output

Here is



31st
ChatGPT

99th
GPT-4 (with vision)

Following the research path from GPT, GPT-2, and GPT-3, our deep learning approach leverages more data and more computation to create increasingly sophisticated and capable language models.

We spent 6 months making GPT-4 safer and more aligned. GPT-4 is 82% less likely to respond

28

to requests for disallowed content and 40% more likely to produce factual responses than GPT-3.5 on our internal evaluations.

## Safety & alignment

**Training with human feedback**
We incorporated more human feedback, including feedback submitted by ChatGPT users, to improve GPT-4's behavior. We also worked with over 50 experts for early feedback in domains including AI safety and security.

**Continuous improvement from real-world use**
We've applied lessons from real-world use of our previous models into GPT-4's safety research and monitoring system. Like ChatGPT, we'll be updating and improving GPT-4 at a regular cadence as more people use it.

**GPT-4-assisted safety research**
GPT-4's advanced reasoning and instruction-following capabilities expedited our safety work. We used GPT-4 to help create training data for model fine-tuning and iterate on classifiers across training, evaluations, and monitoring.

## Built with GPT-4

We've collaborated with organizations

ER1959



**Duolingo**

GPT-4 deepens the conversation on Duolingo.

ER1960



**Be My Eyes**
Be My Eyes uses GPT-4 to transform visual accessibility.

**Stripe**
Stripe leverages GPT-4 to streamline user experience and combat fraud.

31

ER1961



**Morgan Stanley**

Morgan Stanley wealth management deploys GPT-4 to organize its vast knowledge base.

**Khan Academy**

Khan Academy explores the potential for GPT-4 in a limited pilot program.

ER1962



33

## More on GPT-4

### Research

GPT-4 is the latest milestone in OpenAI's effort in
scaling up deep learning.

View GPT-4 research

### Infrastructure

GPT-4 was trained on Microsoft Azure AI
supercomputers. Azure's AI-optimized
infrastructure also allows us to deliver GPT-4 to
users around the world.

### Limitations

GPT-4 still has many known limitations that we are
working to address, such as social biases,
hallucinations, and adversarial prompts. We
encourage and facilitate transparency, user
education, and wider AI literacy as society adopts
these models. We also aim to expand the avenues
of input people have in shaping our models.

ER1964

ER1965

**Image 201** Desktop/Laptop

Defendants

https://open.ai/

ER1966



ER1967

# **Image 201** Mobile

# Defendants

# https://open.ai/

**ER1968**

https://open.ai/

# Open AI™

**Imagine if the best AI models were open and free.**

**What would you do with them?**

Open AI is working to make the world's best AI models open.

In the meantime...

**Generate any image imaginable.**

Generate



justin trudeau style, highly detailed, digital painting, artstation,
concept art, wallpaper, smooth, sharp focus, illustration, art by
artgerm and greg rutkowski and alphonse mucha trending on

**© Open AI™ 2014 - 2023**
Terms of Use

ER1969

# **Image 301** Desktop/Laptop

# Control for Defendants

ER1970



ER1971

# **Image 301** Mobile

# Control for Defendants

42

https://ultimate.ai/

# Ultimate AI™

**Imagine if the best AI models were open and free.**

**What would you do with them?**

Ultimate AI is working to make the world's best AI models open.

In the meantime...

**Generate any image imaginable.**

Generate



justin trudeau style, highly detailed, digital painting, artstation,
concept art, wallpaper, smooth, sharp focus, illustration, art by
artgerm and greg rutkowski and alphonse mucha trending on

**© Ultimate AI™ 2014 - 2023**

Terms of Use

43

# Image 202 Desktop/Laptop

Decoy 1: Anthropic

https://www.anthropic.com/

ER1974





ER1976

# **Image 202** Mobile

# Decoy 1: Anthropic

# https://www.anthropic.com/

**ER1977**



ER1978

## Our Work

See All

**Constitutional AI: Harmlessness from AI Feedback**

Dec 15, 2022

**Core Views on AI Safety: When, Why, What, and How**

Mar 8, 2023 · 33 min read

**Charting a Path to AI Accountability**

Jun 13, 2023 · 4 min read

## Work with Anthropic

Anthropic is an AI safety and research company based in San Francisco. Our interdisciplinary team has experience across ML, physics, policy, and product.

ER1979

across AI, physics, policy, and product. Together, we generate research and create reliable, beneficial AI systems.

**See Open Roles**



A\

Product

Research

Index

Company

News

Careers

Press Inquiries

Support

Twitter

LinkedIn

50

Terms of Service

Privacy Policy

Responsible Disclosure Policy

Compliance

© 2023 Anthropic PBC

ER1981

# Image 203 Desktop/Laptop

## Decoy 2: Midjourney

## https://www.midjourney.com/

ER1982



ER1983



**Image 203** Mobile

Decoy 2: Midjourney

https://www.midjourney.com/

ER1985



# ⓘ About

Midjourney is an independent
research lab exploring new
mediums of thought and expanding
the imaginative powers of the
human species.

We are a small self-funded team
focused on design, human
infrastructure, and AI. We have
11 full-time staff and an
incredible set of advisors.

## Executives

David Holz
*Previously: Founder Leap Motion,
Researcher at NASA, Max Planck*

## Advisors

Jim Keller
*Lead Silicon at Apple, AMD, Tesla,
Intel, Coauthor X86-64, CTO
Tenstorrent*

Nat Friedman
*CEO Github, Chairman of GNOME
Foundation*

Philip Rosedale
*Founder of Second Life, CTO
RealNetworks*

Bill Warner
*Founder of Avid Technology, inventor
of nonlinear video editing*

## Research and Engineering

**ER1987**

| Daniel | Max | Jack | Thomas |
|--------|-----|------|--------|
| Red | Sam | Nadir | Sebastian |

## Legal and Finance

Max Sills
*legal advisor*

Nadia Ali

## Community Management

fnuckle
(Katryna)

Ancient Chaos

## Discord Moderators and Guides

| Afterbu… | AmirKerr | bartek | Blue Man |
|----------|----------|--------|----------|
| ChrisVi… | cody boy | croakie | dezm0n |
| Digital… | Eikyuu | Feonix | fractl |
| isaacq | jayscott | kav2k | Matthew… |
| Meggirb… | Reiko | Sanne (… | schofe |
| Shade | Sirkut | Spookyd… | SquireZ… |
| starsha… | Tallath | Xaphedo | ajmars |
| ameades | Apricus | bonnie _ | clarinet |
| classpe… | dafyomi… | Dee | dudu |
| eku | Eojin's… | fab1an | fl4min_… |
| firefly | gigglet… | Goofball | Histori… |
| Hoxxonia | Ippity | jrdsctt | Kath |
| Kevazy | Kinky K… | Krakput | Kyun |
| Larc | Marigold | Molang | noodlec… |
| PtitCit… | Replica… | Roc | ShaneMcG |
| Soar | STON3ZY | Sunshin… | TaylorV |
| theo3 | Trent | Weaving… | Zu |

ER1988

## 👤 Careers

We're a small, self-funded, fully-distributed team and we're actively hiring!

Come help us scale, explore, and build humanist infrastructure focused on amplifying the human mind and spirit.

If you're sure you can help, but don't see a position that fits, email us.

We look forward to hearing from you.

## ✉ Contact

For product support or questions please join our Discord and ask questions in our #support chatrooms.

For billing support:
billing@midjourney.com

For journalist inquiries:
press@midjourney.com

59



# Exhibit H

# Survey Screenshots

1

**[Test group version]**

---

Thank you for participating today. If you need glasses or contacts to see the screen clearly, please use them to complete the survey.

Please Click on the "Next" button to start the survey.

> Next

| 3% |
|---|

---

Please answer every question honestly and to the best of your ability. There are no right or wrong answers; we are only interested in your opinions.

On any question, if you don't know how to answer, you may indicate that you don't know or are unsure. Please do not guess or consult any other person or source, such as the Internet, while you complete this survey.

Once you start the survey, please complete it in one session without interruption. Also, please do not use your browser's Back button to try to return to a prior question, as this will terminate your survey.

Do you understand the above instructions and agree to follow them? (*Select one*)

| ○ No, I do not |
|---|
| ○ Yes, I do |
| ○ Don't know / unsure |

> Next

| 3% |
|---|

---

What type of device are you using to complete this survey? (*Select one*)

| ○ Tablet |
|---|
| ○ Smartphone |
| ○ Laptop computer |
| ○ Desktop computer |
| ○ Other |

> Next

| 6% |
|---|

2

Please help us verify that you are human by clicking the box below.

| | | |
|---|---|---|
| ☐ | I'm not a robot | reCAPTCHA<br>Privacy - Terms |

Next

8%

---

Are you…? (*Select one*)

| | |
|---|---|
| ○ | Male |
| ○ | Female |
| ○ | Non-binary or other |
| ○ | Prefer not to answer |

Next

11%

---

Which range includes your age? (*Select one*)

| | |
|---|---|
| ○ | Under 13 years old |
| ○ | 13 to 17 years old |
| ○ | 18 to 34 years old |
| ○ | 35 to 54 years old |
| ○ | 55 to 64 years old |
| ○ | 65 years old or older |
| ○ | Prefer not to answer |

Next

14%

3

**ER1993**

What is the ZIP code of your current home address?

Please enter your response

Next

17%

In the past six months, have you used or searched for an online service (e.g., webpage, mobile app, television app) that allows the user to do any of the following activities? (*Select one for each row.*)

| | No | Yes | Don't know / Prefer not to answer |
|---|---|---|---|
| Stream or download music, radio shows, or podcasts | ○ | ○ | ○ |
| Make travel reservations (e.g., flights, hotels, ground transportation) | ○ | ○ | ○ |
| Publish a blog post, video, or other original content | ○ | ○ | ○ |
| Use financial services (e.g., banking, investing) | ○ | ○ | ○ |
| Participate in video calls or conferences online | ○ | ○ | ○ |
| Stream or download a TV show or movie | ○ | ○ | ○ |
| Generate or create images or other content using an artificial intelligence (AI) system | ○ | ○ | ○ |

Next

19%

4

**ER1994**

In the <u>next six months</u>, are you likely to use or search for an online service (e.g., webpage, mobile app, television app) that allows a user to do any of the following activities? (*Select one for each row.*)

| | No | Yes | Don't know / Prefer not to answer |
|---|:---:|:---:|:---:|
| Stream or download music, radio shows, or podcasts | ○ | ○ | ○ |
| Make travel reservations (e.g., flights, hotels, ground transportation) | ○ | ○ | ○ |
| Publish a blog post, video, or other original content | ○ | ○ | ○ |
| Use financial services (e.g., banking, investing) | ○ | ○ | ○ |
| Participate in video calls or conferences | ○ | ○ | ○ |
| Stream or download a TV show or movie | ○ | ○ | ○ |
| Generate or create images or other content using an artificial intelligence system | ○ | ○ | ○ |

[ Next ]

22%

---

This question uses colors as a check for quality assurance. When responding below, please select "Gray."

Based on the text you read above, what color have you been asked to select?

○ Red
○ White
○ Yellow
○ Blue
○ Gray
○ Orange
○ Green
○ Black
○ Brown
○ Purple

[ Next ]

25%

5

**ER1995**

In the past month, have you completed any surveys on any of the following topics?

| Select all that apply |
| --- |
| ☐ TV or movie streaming services |
| ☐ Online travel reservations |
| ☐ Online video calls or conferences |
| ☐ Music streaming services |
| ☐ Online artificial intelligence services |
| ☐ Online banking services |
| ☐ None of these |
| ☐ Don't know / unsure |

[ Next ]

28%

Do you or do any members of your household work for any of the following?

| Select all that apply |
| --- |
| ☐ A market research or advertising company |
| ☐ An online bank |
| ☐ An advertising or public relations agency |
| ☐ A music streaming service |
| ☐ An airline, hotel, or vehicle rental service |
| ☐ A company that offers artificial intelligence services |
| ☐ A TV or movie streaming service |
| ☐ None of these |
| ☐ Don't know / unsure |

[ Next ]

31%

6

**ER1996**

On the next few screens, you will see images of webpages referencing artificial intelligence (AI) services. You may or may not have seen these webpages before. You may need to scroll to see the full webpage image.

After viewing the webpages, you will be asked some questions.

You will not be able to go backwards. If you do not know or do not have an opinion about any of the questions, please indicate so. Please do not guess.



---

33%

---

Please view **Webpage A** below as if you came across it while searching for an artificial intelligence service and are considering using it. Take as much time as you like. Later, you will be asked questions about it.

**Webpage A**



Are you able to see **Webpage A** clearly? *(Select one)*

- ○ No, I am not
- ○ Yes, I am
- ○ Don't know / unsure

Next

36%

Now you will be shown three additional webpages referencing artificial intelligence services. You may or may not have seen these webpages before. These will be called **Webpages B, C, and D**.

Please click the button to continue.

Next

39%

**[Test group participants only]**

Please view **Webpage B** below as if you came across it while searching for an artificial intelligence service and are considering using it. Take as much time as you like. Later, you will be asked questions about it.

**Webpage B**



Are you able to see the picture of **Webpage B** clearly? *(Select one)*

○ No, I am not

○ Yes, I am

○ Don't know / unsure

Next

42%

9

Please view **Webpage C** below as if you came across it while searching for an artificial intelligence service and are considering using it. Take as much time as you like. Later, you will be asked questions about it.

### Webpage C



Are you able to see the picture of **Webpage C** clearly? *(Select one)*

- ○ No, I am not
- ○ Yes, I am
- ○ Don't know / unsure

Next

44%

**ER2000**

Please view **Webpage D** below as if you came across it while searching for an artificial intelligence service and are considering using it. Take as much time as you like. Later, you will be asked questions about it.

**Webpage D**



Open AI™

**Imagine if the best AI models were open and free.**

**What would you do with them?**

Open AI is working to make the world's best AI models open.

In the meantime...

**Generate any image imaginable.**

[                    ]   Generate

justin trudeau style, highly detailed, digital painting, artstation, concept art, wallpaper, smooth, sharp focus, illustration, art by artgerm and greg rutkowski and alphonse mucha trending on

Let me know when you're done baking!

Are you able to see the picture of **Webpage D** clearly? (*Select one*)

○ No, I am not

○ Yes, I am

○ Don't know / unsure

Next

67%

11

ER2001

You will now be asked some questions about the webpages you just saw.

Below are images of **Webpages B, C, and D**.



Do any of these webpages reference the same company referred to on **Webpage A** (the first webpage you saw)? Click, tap, or pinch to enlarge an image.

if you would like to see **Website A** again, *Click Here*

| | |
|---|---|
| ○ | <u>No</u>, none of these webpages reference the same company referred to on **Webpage A** |
| ○ | <u>Yes</u>, one or more of these webpages reference the same company referred to on **Webpage A** |
| ○ | Don't know / unsure |

Next

50%

You indicated that one or more of these webpages reference *the same company* referred to on **Webpage A**.

Please select the webpage or webpages you think reference *the same company* referred to on **Webpage A.**

if you would like to see **Website A** again, *Click Here*



☐ I don't know

Next

53%

13

You indicated that the webpage below references *the same company* referred to on **Webpage A**.



What makes you think that? Please be as specific as possible.

| Please enter your response |
| --- |
| |
| ○  I don't know |

Next

56%

You indicated that the webpage below references *the same company* referred to on **Webpage A**.



What makes you think that? Please be as specific as possible.

| Please enter your response |
| --- |
| |
| ○ I don't know |

Next

58%

ER2005

You indicated that the webpage below references *the same company* referred to on **Webpage A**.



What makes you think that? Please be as specific as possible.

| Please enter your response |
| --- |
| |
| ○ I don't know |

Next

61%

**ER2006**

Here is another question about the webpages you just saw.

Below are images of **Webpages B, C, and D**.



Does any artificial intelligence *service* referenced on any of these webpages come from the same company that offers the artificial intelligence service referred to on **Webpage A** (the first webpage you saw)? Click, tap, or pinch to enlarge an image.

if you would like to see **Website A** again, *Click Here*

○ <u>No</u>, none of these webpages references an artificial intelligence service that comes from the same company that offers the artificial intelligence service referred to on **Webpage A**

○ <u>Yes</u>, one or more of these webpages references an artificial intelligence *service* that comes from the same company that offers the artificial intelligence service referred to on **Webpage A**

○ Don't know / unsure

Next

64%

17

You indicated that one or more of these webpages references an artificial intelligence *service* that comes from the same company that offers the artificial intelligence service referred to on **Webpage A**.

Please select the webpage or webpages you think refer to an artificial intelligence service from the same company that offers the artificial intelligence service referred to on **Webpage A**.

if you would like to see **Website A** again, *Click Here*



☐ I don't know

<div align="center">

[ Next ]

67%

</div>

18

You indicated that the webpage below references an artificial intelligence *service* that comes from the same company that offers the artificial intelligence service referred to on **Webpage A**.



What makes you think that? Please be as specific as possible.

| Please enter your response |
| --- |
|  |

○  I don't know

Next

69%

You indicated that the webpage below references an artificial intelligence *service* that comes from the same company that offers the artificial intelligence service referred to on **Webpage A**.



What makes you think that? Please be as specific as possible.

| Please enter your response |
| --- |
|  |

○  I don't know

Next

72%

20

You indicated that the webpage below references an artificial intelligence *service* that comes from the same company that offers the artificial intelligence service referred to on **Webpage A**.



What makes you think that? Please be as specific as possible.

| Please enter your response |
| --- |
| |
| ⚪ I don't know |

[ Next ]

75%

Thank you for your responses so far. We just have one more question about the webpages you just saw.

Below are **Webpages B, C, D**.



Are any of these webpages *connected to or affiliated* with the same company that offers the artificial intelligence service referred to on **Webpage A** (the first webpage you saw)? Click, tap, or pinch to enlarge an image. (Select one)

if you would like to see **Website A** again, *Click Here*

| | |
|---|---|
| ○ | Yes, one or more of these webpages is connected to or affiliated with the same company that offers the artificial intelligence service referred to on **Webpage A** |
| ○ | No, none of these webpages are connected to or affiliated with the same company that offers the artificial intelligence service referred to on **Webpage A** |
| ○ | Don't know / unsure |

Next

67%

22

You indicated that one or more of these webpages is connected to or affiliated with the same company that offers the artificial intelligence service referred to on **Webpage A.** Please select the webpage or webpages you think are connected to or affiliated with the same company that offers the artificial intelligence service referred to on **Webpage A.**

if you would like to see **Website A** again, *Click Here*.



☐ I don't know

Next

81%

You indicated that the webpages below is *connected to or affiliated with* the same company that offers the artificial intelligence service referred to on **Webpage A**.



What makes you think that? Please be as specific as possible.

| Please enter your response |
|---|
|  |
| ○ I don't know |

Next

83%

You indicated that the webpages below is *connected to or affiliated with* the same company that offers the artificial intelligence service referred to on **Webpage A**.



What makes you think that? Please be as specific as possible.

| Please enter your response |
|---|
|  |
| ○ I don't know |

Next

86%

24

You indicated that the webpages below is *connected to or affiliated with* the same company that offers the artificial intelligence service referred to on **Webpage A**.



What makes you think that? Please be as specific as possible.

| Please enter your response |
| --- |
| |

○ I don't know

Next

89%

Please re-enter the ZIP code of your home address.

| Please enter your response |
| --- |

Next

78%

**ER2015**

Please read the statement that follows and click either "I agree" or "I disagree." If any portion of the statement is not true, please click "I disagree."

**STATEMENT**
I am the person who was invited to participate in this survey. I completed this survey myself, without assistance or advice from any other person or source, and in accordance with the survey instructions. I provided truthful answers to this survey.



○ I agree

○ I disagree

Your response to the above statement <u>will not</u> affect your rewards for completing the survey.

Next

94%

**That concludes this survey. Thank you for your participation in this study.**

**Please click on the OK button to Exit.**

OK

**ER2016**

**[Control group version]**

---

Thank you for participating today. If you need glasses or contacts to see the screen clearly, please use them to complete the survey.

Please Click on the "Next" button to start the survey.

<div align="center">

Next

3%

</div>

---

Please answer every question honestly and to the best of your ability. There are no right or wrong answers; we are only interested in your opinions.

On any question, if you don't know how to answer, you may indicate that you don't know or are unsure. Please do not guess or consult any other person or source, such as the Internet, while you complete this survey.

Once you start the survey, please complete it in one session without interruption. Also, please do not use your browser's Back button to try to return to a prior question, as this will terminate your survey.

Do you understand the above instructions and agree to follow them? (*Select one*)

| ○ Yes, I do |
| ○ No, I do not |
| ○ Don't know / unsure |

<div align="center">

Next

3%

</div>

---

What type of device are you using to complete this survey? (*Select one*)

| ○ Smartphone |
| ○ Desktop computer |
| ○ Laptop computer |
| ○ Tablet |
| ○ Other |

<div align="center">

Next

6%

</div>

27

**ER2017**

Please help us verify that you are human by clicking the box below.

☐ I'm not a robot

reCAPTCHA
Privacy · Terms

[ Next ]

8%

---

Are you…? (*Select one*)

○ Male

○ Female

○ Non-binary or other

○ Prefer not to answer

[ Next ]

11%

---

Which range includes your age? (*Select one*)

○ Under 13 years old

○ 13 to 17 years old

○ 18 to 34 years old

○ 35 to 54 years old

○ 55 to 64 years old

○ 65 years old or older

○ Prefer not to answer

[ Next ]

14%

28

What is the ZIP code of your current home address?

| | Please enter your response |
|---|---|

Next

17%

---

In the past six months, have you used or searched for an online service (e.g., webpage, mobile app, television app) that allows the user to do any of the following activities? (*Select one for each row.*)

| | Yes | No | Don't know / Prefer not to answer |
|---|---|---|---|
| Use financial services (e.g., banking, investing) | ○ | ○ | ○ |
| Generate or create images or other content using an artificial intelligence (AI) system | ○ | ○ | ○ |
| Stream or download a TV show or movie | ○ | ○ | ○ |
| Make travel reservations (e.g., flights, hotels, ground transportation) | ○ | ○ | ○ |
| Publish a blog post, video, or other original content | ○ | ○ | ○ |
| Stream or download music, radio shows, or podcasts | ○ | ○ | ○ |
| Participate in video calls or conferences online | ○ | ○ | ○ |

Next

19%

29

In the <u>next six months</u>, are you likely to use or search for an online service (e.g., webpage, mobile app, television app) that allows a user to do any of the following activities? (*Select one for each row.*)

| | Yes | No | Don't know / Prefer not to answer |
|---|---|---|---|
| Use financial services (e.g., banking, investing) | ○ | ○ | ○ |
| Generate or create images or other content using an artificial intelligence system | ○ | ○ | ○ |
| Stream or download a TV show or movie | ○ | ○ | ○ |
| Make travel reservations (e.g., flights, hotels, ground transportation) | ○ | ○ | ○ |
| Publish a blog post, video, or other original content | ○ | ○ | ○ |
| Stream or download music, radio shows, or podcasts | ○ | ○ | ○ |
| Participate in video calls or conferences | ○ | ○ | ○ |

Next

22%

---

This question uses colors as a check for quality assurance. When responding below, please select "Gray."

Based on the text you read above, what color have you been asked to select?

○ Orange
○ Brown
○ Purple
○ White
○ Blue
○ Green
○ Yellow
○ Black
○ Red
○ Gray

Next

25%

**ER2020**

In the <u>past month</u>, have you completed any surveys on any of the following topics?

| *Select all that apply* |
|---|
| ☐ TV or movie streaming services |
| ☐ Online travel reservations |
| ☐ Online video calls or conferences |
| ☐ Music streaming services |
| ☐ Online banking services |
| ☐ Online artificial intelligence services |
| ☐ None of these |
| ☐ Don't know / unsure |

| Next |
|---|

28%

Do you or do any members of your household work for any of the following?

| *Select all that apply* |
|---|
| ☐ A music streaming service |
| ☐ An advertising or public relations agency |
| ☐ An online bank |
| ☐ A TV or movie streaming service |
| ☐ A company that offers artificial intelligence services |
| ☐ An airline, hotel, or vehicle rental service |
| ☐ A market research or advertising company |
| ☐ None of these |
| ☐ Don't know / unsure |

| Next |
|---|

31%

**ER2021**

On the next few screens, you will see images of webpages referencing artificial intelligence (AI) services. You may or may not have seen these webpages before. You may need to scroll to see the full webpage image.

After viewing the webpages, you will be asked some questions.

You will not be able to go backwards. If you do not know or do not have an opinion about any of the questions, please indicate so. Please do not guess.



33%

Please view **Webpage A** below as if you came across it while searching for an artificial intelligence service and are considering using it. Take as much time as you like. Later, you will be asked questions about it.

**Webpage A**



Are you able to see **Webpage A** clearly? *(Select one)*

| | |
|---|---|
| ○ | Yes, I am |
| ○ | No, I am not |
| ○ | Don't know / unsure |

Next

39%

**ER2022**



Now you will be shown three additional webpages referencing artificial intelligence services. You may or may not have seen these webpages before. These will be called **Webpages B, C, and D**.

Please click the button to continue.

Next

39%

Please view **Webpage B** below as if you came across it while searching for an artificial intelligence service and are considering using it. Take as much time as you like. Later, you will be asked questions about it.

**Webpage B**



Are you able to see the picture of **Webpage B** clearly? *(Select one)*

○ Yes, I am
○ No, I am not
○ Don't know / unsure

Next

42%

ER2023

Please view **Webpage C** below as if you came across it while searching for an artificial intelligence service and are considering using it. Take as much time as you like. Later, you will be asked questions about it.

### Webpage C



Are you able to see the picture of **Webpage C** clearly? *(Select one)*

○ Yes, I am

○ No, I am not

○ Don't know / unsure

Next

44%

Please view **Webpage D** below as if you came across it while searching for an artificial intelligence service and are considering using it. Take as much time as you like. Later, you will be asked questions about it.

**Webpage D**



Are you able to see the picture of **Webpage D** clearly? (*Select one*)

- Yes, I am
- No, I am not
- Don't know / unsure

Next

47%

You will now be asked some questions about the webpages you just saw.

Below are images of **Webpages B, C, and D**.



Do any of these webpages reference the same company referred to on **Webpage A** (the first webpage you saw)? Click, tap, or pinch to enlarge an image.

if you would like to see **Website A** again, *Click Here*

| ○ | <u>Yes</u>, one or more of these webpages reference the same company referred to on **Webpage A** |
| ○ | <u>No</u>, none of these webpages reference the same company referred to on **Webpage A** |
| ○ | Don't know / unsure |

Next

50%

ER2026

You indicated that one or more of these webpages reference *the same company* referred to on **Webpage A**.

Please select the webpage or webpages you think reference *the same company* referred to on **Webpage A.**

if you would like to see **Website A** again, *Click Here*



☐ I don't know

Next

53%

37

You indicated that the webpage below references *the same company* referred to on **Webpage A**.



What makes you think that? Please be as specific as possible.

| Please enter your response |
| --- |
|  |
| ○ I don't know |

Next

56%

You indicated that the webpage below references *the same company* referred to on **Webpage A**.



What makes you think that? Please be as specific as possible.

| Please enter your response |
| --- |
| |
| ○  I don't know |

Next

58%

39

You indicated that the webpage below references *the same company* referred to on **Webpage A**.



What makes you think that? Please be as specific as possible.

| Please enter your response |
| --- |
| |
| ○  I don't know |

Next

61%

Here is another question about the webpages you just saw.

Below are images of **Webpages B, C, and D**.



Does any artificial intelligence *service* referenced on any of these webpages come from the same company that offers the artificial intelligence service referred to on **Webpage A** (the first webpage you saw)? Click, tap, or pinch to enlarge an image.

if you would like to see **Website A** again, *Click Here*

○ Yes, one or more of these webpages references an artificial intelligence *service* that comes from the same company that offers the artificial intelligence service referred to on **Webpage A**

○ No, none of these webpages references an artificial intelligence service that comes from the same company that offers the artificial intelligence service referred to on **Webpage A**

○ Don't know / unsure

Next

64%

You indicated that one or more of these webpages references an artificial intelligence *service* that comes from the same company that offers the artificial intelligence service referred to on **Webpage A**.

Please select the webpage or webpages you think refer to an artificial intelligence service from the same company that offers the artificial intelligence service referred to on **Webpage A**.

If you would like to see **Website A** again, *Click Here*



☐ I don't know

Next

67%

**ER2032**

You indicated that the webpage below references an artificial intelligence *service* that comes from the same company that offers the artificial intelligence service referred to on **Webpage A**.



What makes you think that? Please be as specific as possible.

| Please enter your response |
| --- |
| |

◯  I don't know

Next

69%

ER2033

You indicated that the webpage below references an artificial intelligence *service* that comes from the same company that offers the artificial intelligence service referred to on **Webpage A**.



What makes you think that? Please be as specific as possible.

| Please enter your response |
| --- |
| |

○ I don't know

Next

72%

ER2034

You indicated that the webpage below references an artificial intelligence *service* that comes from the same company that offers the artificial intelligence service referred to on **Webpage A**.



What makes you think that? Please be as specific as possible.

| Please enter your response |
| --- |
| |

○  I don't know

Next

75%

Thank you for your responses so far. We just have one more question about the webpages you just saw.

Below are **Webpages B, C, D**.



Are any of these webpages *connected to or affiliated* with the same company that offers the artificial intelligence service referred to on **Webpage A** (the first webpage you saw)? Click, tap, or pinch to enlarge an image. (Select one)

if you would like to see **Website A** again, *Click Here*

○ Yes, one or more of these webpages is connected to or affiliated with the same company that offers the artificial intelligence service referred to on **Webpage A**

○ No, none of these webpages are connected to or affiliated with the same company that offers the artificial intelligence service referred to on **Webpage A**

○ Don't know / unsure

Next

67%

46

**ER2036**

You indicated that one or more of these webpages is connected to or affiliated with the same company that offers the artificial intelligence service referred to on **Webpage A.** Please select the webpage or webpages you think are connected to or affiliated with the same company that offers the artificial intelligence service referred to on **Webpage A**.

if you would like to see **Website A** again, *Click Here*



☐ I don't know

Next

81%

47

You indicated that the webpages below is *connected to or affiliated with* the same company that offers the artificial intelligence service referred to on **Webpage A**.



What makes you think that? Please be as specific as possible.

| Please enter your response |
| --- |
| |
| ○ I don't know |

Next

83%

ER2038

You indicated that the webpages below is *connected to or affiliated with* the same company that offers the artificial intelligence service referred to on **Webpage A**.



What makes you think that? Please be as specific as possible.

| Please enter your response |
|---|
| |

○ I don't know

Next

86%

ER2039

You indicated that the webpages below is *connected to or affiliated with* the same company that offers the artificial intelligence service referred to on **Webpage A**.



What makes you think that? Please be as specific as possible.

| Please enter your response |
| --- |
| |

○ I don't know

Next

89%

---

Please re-enter the ZIP code of your home address.

| | Please enter your response |
| --- | --- |

Next

78%

50

**ER2040**

Please read the statement that follows and click either "I agree" or "I disagree." If any portion of the statement is not true, please click "I disagree."

**STATEMENT**
I am the person who was invited to participate in this survey. I completed this survey myself, without assistance or advice from any other person or source, and in accordance with the survey instructions. I provided truthful answers to this survey.

○ I agree

○ I disagree

Your response to the above statement <u>will not</u> affect your rewards for completing the survey.

[ Next ]

94%

---

**That concludes this survey. Thank you for your participation in this study.**

**Please click on the OK button to Exit.**

[ OK ]

51

# Exhibit I

# Data Tabulations

1

S4: Are you…? (Select one)

|  |  | Test | | Control | | Total | |
|---|---|---|---|---|---|---|---|
|  |  | N | Col % | N | Col % | N | Col % |
| **1** | Male | 106 | 51% | 111 | 54% | 217 | 53% |
| **2** | Female | 101 | 49% | 93 | 45% | 194 | 47% |
| **3** | Non-binary or other | 1 | 0% | 1 | 0% | 2 | 0% |
| **4** | Prefer not to answer | 0 | 0% | 0 | 0% | 0 | 0% |
|  | **Base** | 208 | 100% | 205 | 100% | 413 | 100% |

S5: Which range includes your age? (Select one)

|  |  | Test | | Control | | Total | |
|---|---|---|---|---|---|---|---|
|  |  | N | Col % | N | Col % | N | Col % |
| **1** | Under 13 years old | 0 | 0% | 0 | 0% | 0 | 0% |
| **2** | 13 to 17 years old | 15 | 7% | 17 | 8% | 32 | 8% |
| **3** | 18 to 34 years old | 93 | 45% | 85 | 41% | 178 | 43% |
| **4** | 35 to 54 years old | 71 | 34% | 76 | 37% | 147 | 36% |
| **5** | 55 to 64 years old | 21 | 10% | 18 | 9% | 39 | 9% |
| **6** | 65 years old or older | 8 | 4% | 9 | 4% | 17 | 4% |
| **7** | Prefer not to answer | 0 | 0% | 0 | 0% | 0 | 0% |
|  | **Base** | 208 | 100% | 205 | 100% | 413 | 100% |

Region

|  |  | Test | | Control | | Total | |
|---|---|---|---|---|---|---|---|
|  |  | N | Col % | N | Col % | N | Col % |
| **1** | Northeast | 38 | 18% | 37 | 18% | 75 | 18% |
| **2** | Midwest | 46 | 22% | 39 | 19% | 85 | 21% |
| **3** | South | 74 | 36% | 76 | 37% | 150 | 36% |
| **4** | West | 50 | 24% | 53 | 26% | 103 | 25% |
|  | **Base** | 208 | 100% | 205 | 100% | 413 | 100% |

**ER2043**

S7: In the past six months, have you used or searched for an online service (e.g., webpage, mobile app, television app) that allows the user to do any of the following activities? (Select one for each row.)

1   Yes
2   No
3   Don't know / Prefer not to answer

| | | Test | | Control | | Total | |
|---|---|---|---|---|---|---|---|
| | | N | Col % | N | Col % | N | Col % |
| 1 | Generate or create images or other content using an artificial intelligence (AI) system | 156 | 75% | 154 | 75% | 310 | 75% |
| 2 | Stream or download a TV show or movie | 187 | 90% | 198 | 97% | 385 | 93% |
| 3 | Publish a blog post, video, or other original content | 109 | 52% | 109 | 53% | 218 | 53% |
| 4 | Use financial services (e.g., banking, investing) | 174 | 84% | 183 | 89% | 357 | 86% |
| 5 | Participate in video calls or conferences online | 159 | 76% | 167 | 81% | 326 | 79% |
| 6 | Stream or download music, radio shows, or podcasts | 181 | 87% | 188 | 92% | 369 | 89% |
| 7 | Make travel reservations (e.g., flights, hotels, ground transportation) | 138 | 66% | 144 | 70% | 282 | 68% |
| | **Base** | 208 | 100% | 205 | 100% | 413 | 100% |

*Note*: N and Col % refer to "Yes" responses

3

S8: In the next six months, are you likely to use or search for an online service (e.g., webpage, mobile app, television app) that allows a user to do any of the following activities? (Select one for each row.)

1   Yes
2   No
3   Don't know / Prefer not to answer

|  |  | Test | | Control | | Total | |
|---|---|---|---|---|---|---|---|
|  |  | N | Col % | N | Col % | N | Col % |
| 1 | Generate or create images or other content using an artificial intelligence system | 172 | 83% | 176 | 86% | 348 | 84% |
| 2 | Stream or download a TV show or movie | 195 | 94% | 190 | 93% | 385 | 93% |
| 3 | Publish a blog post, video, or other original content | 121 | 58% | 126 | 61% | 247 | 60% |
| 4 | Use financial services (e.g., banking, investing) | 178 | 86% | 180 | 88% | 358 | 87% |
| 5 | Participate in video calls or conferences | 163 | 78% | 172 | 84% | 335 | 81% |
| 6 | Stream or download music, radio shows, or podcasts | 188 | 90% | 189 | 92% | 377 | 91% |
| 7 | Make travel reservations (e.g., flights, hotels, ground transportation) | 143 | 69% | 144 | 70% | 287 | 69% |
|  | **Base** | 208 | 100% | 205 | 100% | 413 | 100% |

*Note*: N and Col % refer to "Yes" responses

Q7-A: Do any of these webpages reference the same company referred to on Webpage A (the first webpage you saw)?

|  |  | Test | | Control | |
|---|---|---|---|---|---|
|  |  | N | Col % | N | Col % |
| 1 | Yes, one or more of these webpages reference the same company referred to on Webpage A | 114 | 54.8% | 67 | 32.7% |
| 2 | No, none of these webpages reference the same company referred to on Webpage A | 67 | 32.2% | 112 | 54.6% |
| 3 | Don't know / unsure | 27 | 13.0% | 26 | 12.7% |
|  | **Base** | 208 | 100.0% | 205 | 100.0% |

ER2045

Q8-A: Please select the webpage or webpages you think reference the same company referred to on Webpage A.

Among Respondents Shown Q8-A

| | | Test | | Control | | | Net |
|---|---|---|---|---|---|---|---|
| | | N | Col % | N | Col % | | Col % |
| 1 | Open AI (Test) or Ultimate AI (Control) | 88 | 77.2% | 43 | 64.2% | | 13.0% |
| 2 | Anthropic (Decoy) | 35 | 30.7% | 36 | 53.7% | | -23.0% |
| 3 | Midjourney (Decoy) | 13 | 11.4% | 9 | 13.4% | | -2.0% |
| 4 | Don't know / unsure | 5 | 4.4% | 5 | 7.5% | | -3.1% |
| | **Base** | 114 | 100.0% | 67 | 100.0% | | N/A |

Among All Respondents

| | | Test | | Control | | | Net |
|---|---|---|---|---|---|---|---|
| | | N | Col % | N | Col % | | Col % |
| 1 | Open AI (Test) or Ultimate AI (Control) | 88 | 42.3% | 43 | 21.0% | | 21.3% |
| 2 | Anthropic (Decoy) | 35 | 16.8% | 36 | 17.6% | | -0.7% |
| 3 | Midjourney (Decoy) | 13 | 6.3% | 9 | 4.4% | | 1.9% |
| 4 | Don't know / unsure | 5 | 2.4% | 5 | 2.4% | | 0.0% |
| | **Base** | 208 | 100.0% | 205 | 100.0% | | N/A |

Q7-B: Does any artificial intelligence service referenced on any of these webpages come from the same company that offers the artificial intelligence service referred to on Webpage A (the first webpage you saw)? Click, tap, or pinch to enlarge an image.

| | | Test | | Control | |
|---|---|---|---|---|---|
| | | N | Col % | N | Col % |
| 1 | Yes, one or more of these webpages references an artificial intelligence service that comes from the same company that offers the artificial intelligence service referred to on Webpage A | 85 | 40.9% | 62 | 30.2% |
| 2 | No, none of these webpages references an artificial intelligence service that comes from the same company that offers the artificial intelligence service referred to on Webpage A | 75 | 36.1% | 105 | 51.2% |
| 3 | Don't know / unsure | 48 | 23.1% | 38 | 18.5% |
| | **Base** | 208 | 100.0% | 205 | 100.0% |

5

**ER2046**

Q8-B: You indicated that one or more of these webpages references an artificial intelligence service that comes from the same company that offers the artificial intelligence service referred to on Webpage A. Please select the webpage or webpages you think refer to an artificial intelligence service from the same company that offers the artificial intelligence service referred to on Webpage A.

Among Respondents Shown Q8-B

| | | Test | | Control | | | Net |
|---|---|---|---|---|---|---|---|
| | | N | Col % | N | Col % | | Col % |
| 1 | Open AI (Test) or Ultimate AI (Control) | 59 | 69.4% | 36 | 58.1% | | 11.3% |
| 2 | Anthropic (Decoy) | 25 | 29.4% | 37 | 59.7% | | -30.3% |
| 3 | Midjourney (Decoy) | 10 | 11.8% | 11 | 17.7% | | -6.0% |
| 4 | Don't know / unsure | 5 | 5.9% | 3 | 4.8% | | N/A |
| | **Base** | 85 | 100.0% | 62 | 100.0% | | N/A |

Among All Respondents

| | | Test | | Control | | | Net |
|---|---|---|---|---|---|---|---|
| | | N | Col % | N | Col % | | Col % |
| 1 | Open AI (Test) or Ultimate AI (Control) | 59 | 28.4% | 36 | 17.6% | | 10.8% |
| 2 | Anthropic (Decoy) | 25 | 12.0% | 37 | 18.0% | | -6.0% |
| 3 | Midjourney (Decoy) | 10 | 4.8% | 11 | 5.4% | | -0.6% |
| 4 | Don't know / unsure | 5 | 2.4% | 3 | 1.5% | | N/A |
| | **Base** | 208 | 100.0% | 205 | 100.0% | | N/A |

6

**ER2047**

Q10: Are any of these webpages connected to or affiliated with the same company that offers the artificial intelligence service referred to on Webpage A (the first webpage you saw)?

Among Respondents Shown Q10

| | | | Test | | Control | |
|---|---|---|---|---|---|---|
| | | N | Col % | N | Col % | |
| 1 | Yes, one or more of these webpages is connected to or affiliated with the same company that offers the artificial intelligence service referred to on Webpage A | 11 | 14.1% | 12 | 10.0% | |
| 2 | No, none of these webpages are connected to or affiliated with the same company that offers the artificial intelligence service referred to on Webpage A | 41 | 52.6% | 69 | 57.5% | |
| 3 | Don't know / unsure | 26 | 33.3% | 39 | 32.5% | |
| | Base | 78 | 100.0% | 120 | 100.0% | |

Among All Respondents

| | | | Test | | Control | |
|---|---|---|---|---|---|---|
| | | N | Col % | N | Col % | |
| 1 | Yes, one or more of these webpages is connected to or affiliated with the same company that offers the artificial intelligence service referred to on Webpage A | 11 | 5.3% | 12 | 5.9% | |
| 2 | No, none of these webpages are connected to or affiliated with the same company that offers the artificial intelligence service referred to on Webpage A | 41 | 19.7% | 69 | 33.7% | |
| 3 | Don't know / unsure | 26 | 12.5% | 39 | 19.0% | |
| | Base | 208 | 100.0% | 205 | 100.0% | |

7

Q11: You indicated that one or more of these webpages is connected to or affiliated with the same company that offers the artificial intelligence service referred to on Webpage A. Please select the webpage or webpages you think are connected to or affiliated with the same company that offers the artificial intelligence service referred to on Webpage A.

Among Respondents Shown Q11

|  |  | Test | | Control | | Net |
|---|---|---|---|---|---|---|
|  |  | N | Col % | N | Col % |  | Col % |
| 1 | Open AI (Test) or Ultimate AI (Control) | 7 | 63.6% | 6 | 50.0% |  | 13.6% |
| 2 | Anthropic (Decoy) | 3 | 27.3% | 2 | 16.7% |  | 10.6% |
| 3 | Midjourney (Decoy) | 2 | 18.2% | 5 | 41.7% |  | -23.5% |
| 4 | Don't know / unsure | 2 | 18.2% | 1 | 8.3% |  | N/A |
|  | **Base** | 11 | 100.0% | 12 | 100.0% |  | N/A |

Among All Respondents

|  |  | Test | | Control | | Net |
|---|---|---|---|---|---|---|
|  |  | N | Col % | N | Col % |  | Col % |
| 1 | Open AI (Test) or Ultimate AI (Control) | 7 | 3.4% | 6 | 2.9% |  | 0.4% |
| 2 | Anthropic (Decoy) | 3 | 1.4% | 2 | 1.0% |  | 0.5% |
| 3 | Midjourney (Decoy) | 2 | 1.0% | 5 | 2.4% |  | -1.5% |
| 4 | Don't know / unsure | 2 | 1.0% | 1 | 0.5% |  | 0.5% |
|  | **Base** | 208 | 100.0% | 205 | 100.0% |  | N/A |

Q8-A, Q8-B, and Q11: Overall Confusion after Consolidation and De-duplication

|  |  | Test | | Control | | Net |
|---|---|---|---|---|---|---|
|  |  | N | Col % | N | Col % |  | Col % |
| 1 | Open AI (Test) or Ultimate AI (Control) | 113 | 54.3% | 65 | 31.7% |  | 22.6% |
| 2 | Anthropic (Decoy) | 53 | 25.5% | 54 | 26.3% |  | -0.9% |
| 3 | Midjourney (Decoy) | 23 | 11.1% | 22 | 10.7% |  | 0.3% |
| 4 | Don't know / unsure | 9 | 4.3% | 9 | 4.4% |  | -0.1% |
|  | **Base** | 208 | 100.0% | 205 | 100.0% |  | N/A |

8