No. 24-1963

---

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

---

**OPEN ARTIFICIAL INTELLIGENCE, INC. and GUY RAVINE**

*Defendants and Appellants,*

*v.*

**OPENAI, INC.**

*Plaintiff and Appellee.*

---

Appeal from United States District Court
Northern District of California
Hon. Yvonne Gonzalez Rogers
U.S. District Court Case No. 4:23-cv-03918-YGR

---

### APPELLANTS' EXCERPTS OF RECORD
### VOLUME 10 of 10

---

**WAYMAKER LLP**
Ryan G. Baker
rbaker@waymakerlaw.com
Scott M. Malzahn
smalzahn@waymakerlaw.com
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
(424) 652-7800

*Attorneys for Defendants and Appellants Open Artificial Intelligence, Inc.
and Guy Ravine*

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Robert P. Feldman (Bar No. 69602)
2   bobfeldman@quinnemanuel.com
   Margret M. Caruso (Bar No. 243473)
3   margretcaruso@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
5
   Robert M. Schwartz (Bar No. 117166)
6   robertschwartz@quinnemanuel.com
   Aaron H. Perahia (Bar No. 304554)
7   aaronperahia@quinnemanuel.com
   865 S. Figueroa St., 10th Fl.
8  Los Angeles, California 90017-2543
   Telephone:    (213) 443-3000
9
   Sam S. Stake (Bar No. 257916)
10  samstake@quinnemanuel.com
   50 California Street, 22nd Floor
11 San Francisco, California 94111-4624
   Telephone:    (415) 875-6600
12
13 *Attorneys for OpenAI, Inc.*

14                    **UNITED STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16

17 OPENAI, INC., a Delaware corporation,        Case No. 4:23-CV-03918-YGR

18                Plaintiff,                     Assigned to Hon. Yvonne Gonzalez Rogers

19        vs.                                    **DECLARATION OF AARON PERAHIA
                                                 IN SUPPORT OF OPENAI, INC.'S**
20 OPEN ARTIFICIAL INTELLIGENCE, INC.,           **MOTION FOR A PRELIMINARY
   a Delaware corporation; and GUY RAVINE, an    INJUNCTION**
21 individual,
                                                 Date:      November 7, 2023
22                Defendants.                    Time:      2:00 p.m.
                                                 Place:     Courtroom 1 (4th Fl.)
23                                                          1301 Clay St.
                                                          Oakland, CA 94612
24

25

26

27

28

## DECLARATION OF AARON PERAHIA

I, Aaron Perahia, declare as follows:

1.      I am a member of the State Bar of California and am admitted to practice in this Court. I am an associate at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Plaintiff OpenAI, Inc. ("OpenAI") in the above-captioned action.  I submit this declaration in support of OpenAI's Motion for Preliminary Injunction (the "Motion") against Defendants Open Artificial Intelligence, Inc. and Guy Ravine (together, "Defendants") in this action.  I have personal knowledge of the facts stated herein except as noted, and if called as a witness, I could competently testify to them.

### Defendants' Registration

2.      As documents from the U.S. Patent and Trademark Office ("PTO") reflect, on December 11, 2015 at 10:32 p.m. EST, Ravine submitted an application with the PTO to register the mark "Open AI," Ser. No. 86/847,151 (hereinafter, the "Infringing Mark"), on the Principal Register. Attached as **Exhibit A** is true and correct copy of that application, which I downloaded from the PTO's website at https://tsdr.uspto.gov/documentviewer?caseId=sn86847151&docId=OOA20170322#docIndex=24&page=1.

3.      According to the application in Exhibit A, Ravine sought registration of the Infringing Mark for "a web site featuring technology that enables internet users to share documents, images and videos."  Ravine asserted he was "using the mark in commerce … with the identified goods/services."  Ravine also submitted a specimen "consisting of a(n) Website for Open AI" that he asserted showed "the mark as used in commerce," as depicted from Exhibit A below:



4.     As reflected in Exhibit A, Ravine signed a declaration in his application for the Infringing Mark in which he attested, among other things, that:

> The signatory believes that: … the applicant is using the mark in commerce on or in connection with the goods/services in the application; [and] the specimen(s) shows the mark as used on or in connection with the goods/services in the application…. The signatory believes that to the best of the signatory's knowledge and belief, no other persons … have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, … and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

5.     On March 29, 2016, the PTO issued an Office Action letter in response to Ravine's application for the Infringing Mark.  Attached as **Exhibit B** is true and correct copy of that letter, which I downloaded from the PTO's website at https://tsdr.uspto.gov/documentviewer?caseId=sn86847151&docId=OOA20170322#docIndex=22&page=1.  According to Exhibit B, the PTO's Examining Attorney wrote in that letter, among other things, that:

> Registration is refused because the specimen does not show the applied-for mark in use in commerce in International Class(es) 42. … Specifically, the specimen does not show the mark used in reference to or in connection with the services in the application.  …

> An application based on Trademark Act Section 1(a) must include a specimen showing the applied-for mark in use in commerce for each international class of services identified in the application or amendment to allege use. …

> Applicant may respond to this refusal by satisfying one of the following for each applicable international class:

>> (1) Submit a different specimen (a verified "substitute" specimen) that (a) was in actual use in commerce at least as early as the filing date of the application or prior to the filing of an amendment to allege use and (b) shows the mark in actual use in commerce for the services identified in the application or amendment to allege use.

>> (2) Amend the filing basis to intent to use under Section 1(b), for which no specimen is required. This option will later necessitate additional fee(s) and filing requirements such as providing a specimen.

**ER2053**

6.      According to the PTO's record on its website, on September 27, 2016, Ravine submitted a response to the PTO's March 29, 2016 Office Action letter.  Attached as **Exhibit C** is a true and correct copy of Ravine's response, which I downloaded from the PTO's website at https://tsdr.uspto.gov/documentviewer?caseId=sn86847151&docId=OOA20170322#docIndex=20 &page=1.  According to Exhibit C, which included another declaration that Ravine signed, Ravine submitted a "substitute" specimen, which he asserted was "in use in commerce at least as early as the filing date of the application."  The substitute specimen Ravine submitted in Exhibit C appeared to reflect screenshots of an undated post titled "Deep reinforcement algorithm problem" on the website https://hub.open.ai (the "Hub Website"), as depicted from Exhibit C below:



DECLARATION OF AARON PERAHIA ISO OPENAI'S MOTION FOR A PRELIMINARY INJUNCTION

ER2054

7.     I visited the Hub Website and saw the post reflected in the substitute specimen above, titled "Deep reinforcement algorithm problem."  I also saw two other posts, one titled "Memory allocation failed after multiple call to Module.predict()" and the other titled "Target shape size is different to source."  Attached as **Exhibit D** is a true and correct compilation of excerpts of those three posts on the Hub Website.

8.     I also visited the Hub Website on a mobile browser, where I saw the same three posts mentioned above.  Unlike when I accessed the Hub Website on a desktop browser, when I visited the Hub Website on a mobile browser, the website displayed "created" dates for those three posts, and reflected "created" dates of September 26, 2016 and posted times from around 4:00 am to 6:00 am. Attached as **Exhibit E** is a true and correct compilation of screenshots that I obtained reflecting portions of those three posts when I accessed the Hub Website from a mobile browser.

9.     Portions of the three September 26, 2016 posts on the Hub Website (Exhibits D & E) appear similar to portions of content that I found in three prior post threads on a third-party website, https://github.com ("GitHub").  Attached as **Exhibit F** is a true and correct compilation of printouts that I obtained from those three prior threads on GitHub, available at https://github.com/apache/mxnet/issues/3082, https://github.com/apache/mxnet/issues/3362, and https://github.com/apache/mxnet/issues/3185.

10.     On August 1, 2017, the PTO registered the Infringing Mark, Reg. No. 5/258,002, on the Supplemental Register.  Attached as **Exhibit G** is true and correct copy of the registration for the Infringing Mark, which I downloaded from the PTO's website at https://tsdr.uspto.gov/documentviewer?caseId=sn86847151&docId=OOA20170322195408&linkId=12#docIndex=5&page=1.

11.     According to the PTO's record available on its website, on July 20, 2023, Defendants filed a Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8 with the PTO.  Attached as **Exhibit H** is true and correct copy of that declaration, which I downloaded from the PTO's website at https://tsdr.uspto.gov/documentviewer?caseId=sn86847151&docId=FTK20151215081937&linkId=24#docIndex=2&page=1.    According to Exhibit H, Defendants submitted specimens showing Defendants' current website with the Infringing Mark.  Defendants

DECLARATION OF AARON PERAHIA ISO OPENAI'S MOTION FOR A PRELIMINARY INJUNCTION
**ER2055**

also attached an assignment of the Infringing Mark from Ravine to Open Artificial Intelligence, Inc. In the filing, Ravine represented that he is the President of Open Artificial Intelligence, Inc.

### Defendants' Website from 2015-2022

12.     Between December 2015 and June 2017, Defendants' main website, https://open.ai (the "Main Website"), displayed a landing page stating "ANNOUNCEMENT WILL BE MADE SOON," according to captures taken by the Internet Archive's web crawler during that period. Attached as **Exhibit I** is a true and correct compilation of screenshots of the Internet Archive's captures of Defendants' Main Website on December 14, 2015, December 2, 2016, and June 1, 2017, which I obtained from the Internet Archive's WayBack Machine.

13.     Between September 2017 and January 2022, Defendants' Main Website redirected to OpenAI's website, https://openai.com, according to captures taken by the Internet Archive's web crawler during that period.  Attached as **Exhibit J** is a true and correct compilation of screenshots of the Internet Archive's captures of Defendants' Main Website on September 26, 2017, December 27, 2018, May 4, 2019, November 1, 2020, December 22, 2021, and January 24, 2022, which I obtained from the Internet Archive's WayBack Machine.

14.     Beginning in November 2022, Defendants' Main Website displayed a text-to-image generator, according to captures taken by the Internet Archive's web crawler on November 26, 2022 and December 11, 2022.  Attached as **Exhibit K** is a true and correct compilation of screenshots of the Internet Archive's captures of Defendants' Main Website on November 26, 2022 and December 11, 2022, which I obtained from the Internet Archive's WayBack Machine.  As reflected in Exhibit K, although the version of Defendants' Main Website on November 26, 2022 encouraged users to "play with some StableDiffusion [*sic*]" (Ex. K at 2), the version of Defendants' Main Website on December 11, 2022 removed that reference (Ex. K at 3).  Both versions also invited users to insert their email addresses to be notified when Defendants' website was "done baking."

### Defendants' Website in 2023

15.     Attached as **Exhibit L** is a true and correct printout of the "home" page for Defendants' Main Website as it existed on September 14, 2023, available at https://open.ai/ (the "Home Page").   Based on my exploration of Defendants' Main Website, including the

1    Home Page, I understand Defendants' Main Website allowed visitors to enter a text prompt on the

2    Home Page and click the "generate" button to have images generated based on that text prompt.

3    16.    Attached as **Exhibit M** is a true and correct printout of the "terms of use" page for

4    Defendants' Main Website as it existed on September 14, 2023, available at https://open.ai/terms

5    (the "Terms Page").  According to the Terms Page, Defendants' website was using "Stable Diffusion

6    for generations" of images as of September 14, 2023.

7    17.    Attached as **Exhibit N** is a true and correct printout of the "feed" page for Defendants'

8    Main Website as it existed on September 14, 2023, available at https://open.ai/images?feed (the

9    "Feed Page").  Based on my exploration of Defendants' Main Website, including the Feed Page,

10   I understand that the Feed Page displayed the images generated based on the user text prompts

11   entered on the Home Page.  I further understand that the Feed Page displayed the most recently

12   generated images first, and it allowed for "infinite scroll" (*i.e.*, earlier generated images were loaded

13   and displayed as a user scrolls down the Feed Page).  I further understand that the Feed Page allowed

14   users to click on icons next to each image on the Feed Page to, among other things, (a) obtain a direct

15   link to the particular image with a unique URL on Defendants' Main Website (which may also appear

16   in search engine results), (b) share the image on social media, including Facebook and Twitter, and/or

17   (c) download the image with Defendants' Infringing Mark watermarked in the bottom right corner.

18   18.    I visited and explored Defendants' Feed Page several times.  In doing so, I saw

19   pornographic and offensive images among the images displayed on the Feed Page.  I also saw images

20   based on text prompts containing "chatgpt" routinely displayed on the Feed Page.

21   19.    Attached as **Exhibit O** is a true and correct compilation of screenshots and images

22   reflecting examples of images and text that I saw displayed on the Feed Page and elsewhere on

23   Defendants' Main Website.[1]  Exhibit O contains three parts:  Part 1 reflects screenshots of specific

24   inappropriate images I saw on the Feed Page (Ex. O at 2-12); Part 2 reflects screenshots of the

25   corresponding direct links with unique URLs for each of those inappropriate images on Defendants'

26

27   _____

[1]  Due to the pornographic and offensive nature of this content, certain portions of Exhibit O are

28   redacted out of respect for the Court, but unredacted versions are available at the Court's request.

Main Website (*id.* at 13-23); and Part 3 reflects copies of those inappropriate images, along with a watermark of Defendants' Infringing Mark, that Defendants made available on their Main Website (*id.* at 24-34).

20.     Attached as **Exhibit P** is a true and correct compilation of screenshots reflecting examples of the images generated in response to text prompts for "Chatgpt," "chatgpt 4.0," and "trychatgpt" that I saw displayed on the Defendants' Feed Page and elsewhere on Defendants' Main Website in August and September 2023.  Exhibit P contains two parts:  Part 1 reflects screenshots of specific images I saw on the Feed Page (Ex. P at 2-6), and Part 2 reflects screenshots of the corresponding direct links with unique URLs for each of those images on Defendants' Main Website (*id.* at 7-11).

21.     Neither I nor anyone acting at my direction entered any of the text prompts used to generate the images in Exhibits O and P.  Nor am I aware of anyone at my law firm or OpenAI, or anyone acting at the direction of, or affiliated with, anyone at my law firm or OpenAI, having entered the text prompts used to generate the images in Exhibits O and P.  Rather, to the best of my knowledge, and based on my understanding from visiting and exploring Defendants' Main Website on numerous occasions, I understand that the images reflected in Exhibits O and P were all generated in response to text prompts from unaffiliated third parties visiting Defendants' Home Page.

22.     Attached as **Exhibit Q** a true and correct printout of Defendants' webpage available at the subdomain https://staging.open.ai/ as of September 14, 2023.

23.     As of April 8, 2023, Defendants' had created a webpage at the subdomain https://chat.open.ai, according the Internet Archive's web crawler.  Attached as **Exhibit R** is a true and correct screenshot of the Internet Archive's capture of that subdomain on April 8, 2023, which I obtained from the Internet Archive's WayBack Machine.

### Defendants' Recent Website Updates

24.     On or around September 15, 2023, Defendants changed the layout and appearance of certain portions of their Main Website, including the Home Page and the Feed Page.  Attached as **Exhibit S** is a true and correct compilation of screenshots from Defendants' Home Page, Feed Page, and Terms Page on September 29, 2023.  Based on my exploration of the redesigned portions of the

Main Website, I understand that it provides the same text-to-image generation functionality using Stable Diffusion, as well as the Feed Page that displays the images generated and allows users to download and share those images.

**Additional Exhibits**

25.     Attached as **Exhibit T** is a true and correct screenshot of the LinkedIn profile for "Guy Ravine," which I obtained from LinkedIn at https://www.linkedin.com/in/guyravine/.

26.     Attached as **Exhibit U** is a true and correct compilation of printouts of online articles on websites for Forbes, the Telegraph, the World Economic Forum, and GoDaddy, each of which link to Defendants' Main Website when discussing OpenAI and/or its product(s), as obtained from https://www.forbes.com/sites/quickerbettertech/2022/12/13/on-crm-is-chatgpt-over-hyped, https://www.weforum.org/agenda/2016/06/5-ways-artificial-intelligence-will-disrupt-science, https://telegraph.co.uk/news/2023/06/14/tidybot-robot-princeton-university-tidy-room-laundry-ai/, and https://ae.godaddy.com/blog/what-is-a-ai-domain/.

27.     Attached as **Exhibit V** is a true and correct compilation of printouts of X (formerly known as Twitter) posts that contain links and/or reference Defendants' Main Website when discussing OpenAI and/or its product(s), as obtained from https://twitter.com/itsandrewgao/status/1625597653152301057, https://twitter.com/EricCartmanTV/status/1673699808572219395, https://twitter.com/wsi_biggs/status/1673683929096699906, and https://twitter.com/BlueCallom/status/1671100620411994114.

28.     Attached as **Exhibit W** is a true and correct screenshot reflecting the domain name registration information for Defendants' domain name, https://open.ai, which I obtained from http://whois.nic.ai/whois.jsp.

29.     Attached as **Exhibit X** is a true and correct compilation of printouts from Google searches of "open ai" and "openai," which I obtained from Google at https://www.google.com/search?q=open+ai and https://www.google.com/search?q=openai.

30.     Attached as **Exhibit Y** is a true and correct screenshot of OpenAI's website homepage, available at https://openai.com.

1    I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct.  Executed on September 29, 2023, at Los Angeles, California.

3

4                                              */s/ Aaron Perahia*
                                        Aaron H. Perahia
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF AARON PERAHIA ISO OPENAI'S MOTION FOR A PRELIMINARY INJUNCTION

Case: 24-1963, 05/08/2024, DktEntry: 15.16, Page 12 of 117
Case 4:23-cv-03918-YGR   Document 25-1   Filed 09/29/23   Page 1 of 7

(12 of 117)

# EXHIBIT A

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86847151**
**Filing Date: 12/11/2015**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | Open AI |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Open AI |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Guy Ravine |
| *STREET | 346 1st st |
| *CITY | San Francisco |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 94105 |
| EMAIL ADDRESS | XXXX |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| WEBSITE ADDRESS | http://www.open.ai |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |
| *COUNTRY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 042 |
| *IDENTIFICATION | Providing a web site featuring technology that enables internet |

**ER2062**

| | users to share documents, images and videos |
|---|---|
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 03/25/2015 |
| FIRST USE IN COMMERCE DATE | At least as early as 03/25/2015 |
| SPECIMEN<br>FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT<br>16\868\471\86847151\xml1\ FTK0003.JPG |
| SPECIMEN DESCRIPTION | Website for Open AI |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Guy Ravine |
| *STREET | 346 1st st |
| *CITY | San Francisco |
| *STATE<br>(Required for U.S. addresses) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 94105 |
| *EMAIL ADDRESS | guyravine@gmail.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /Guy Ravine/ |
| * SIGNATORY'S NAME | Guy Ravine |
| * SIGNATORY'S POSITION | President |
| * DATE SIGNED | 12/11/2015 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

**Serial Number: 86847151**
**Filing Date: 12/11/2015**

### To the Commissioner for Trademarks:

**MARK:** Open AI (Standard Characters, see mark)
The literal element of the mark consists of Open AI.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Guy Ravine, a citizen of United States, having an address of
    346 1st st
    San Francisco, California 94105
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 042:  Providing a web site featuring technology that enables internet users to share documents, images and videos

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 042, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 03/25/2015, and first used in commerce at least as early as 03/25/2015, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Website for Open AI.
Specimen File1

For informational purposes only, applicant's website address is: http://www.open.ai
The applicant's current Correspondence Information:
    Guy Ravine
    346 1st st
    San Francisco, California 94105
    guyravine@gmail.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed

an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Guy Ravine/   Date Signed: 12/11/2015
Signatory's Name: Guy Ravine
Signatory's Position: President

RAM Sale Number: 86847151
RAM Accounting Date: 12/14/2015

Serial Number: 86847151
Internet Transmission Date: Fri Dec 11 22:32:01 EST 2015
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20151211223201955
624-86847151-550c5b3d658c49119399ab1dc9e
c4585e4964c848eb25ffdbb0b72ad8eff5a0d14-
CC-6167-20151211221228681426

# Open AI



# EXHIBIT B

| To: | Guy Ravine (guyravine@gmail.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 86847151 - OPEN AI - N/A |
| Sent: | 3/29/2016 10:40:52 PM |
| Sent As: | ECOM104@USPTO.GOV |
| Attachments: | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.**  86847151

**MARK:** OPEN AI

**\*86847151\***

**CORRESPONDENT ADDRESS:**
GUY RAVINE

Sarah Correia

2050 Taylor St

SAN FRANCISCO CA 94133

**CLICK HERE TO RESPOND TO THIS LETTER:**

http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Guy Ravine

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
N/A

**CORRESPONDENT E-MAIL ADDRESS:**
guyravine@gmail.com

**OFFICE ACTION**

**STRICT DEADLINE TO RESPOND TO THIS LETTER**

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 3/29/2016**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**Search Results**

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

**Refusal to Register – Unacceptable Specimen**

Registration is refused because the specimen does not show the applied-for mark in use in commerce in International Class(es) 42. Trademark Act Sections 1 and 45, 15 U.S.C. §§1051, 1127; 37 C.F.R. §§2.34(a)(1)(iv), 2.56(a); TMEP §§904, 904.07(a), 1301.04(g)(i). Specifically, the specimen does not show the mark used in reference to or in connection with the services in the application.

An application based on Trademark Act Section 1(a) must include a specimen showing the applied-for mark in use in commerce for each international class of services identified in the application or amendment to allege use. 15 U.S.C. §1051(a)(1); 37 C.F.R. §§2.34(a)(1)(iv), 2.56(a); TMEP §§904, 904.07(a).

Examples of specimens for services include advertising and marketing materials, brochures, photographs of business signage and billboards, and webpages that show the mark used in the actual sale, rendering, or advertising of the services. *See* TMEP §1301.04(a), (h)(iv)(C).

Applicant may respond to this refusal by satisfying one of the following for each applicable international class:

(1) Submit a different specimen (a verified "substitute" specimen) that (a) was in actual use in commerce at least as early as the filing date of the application or prior to the filing of an amendment to allege use and (b) shows the mark in actual use in commerce for the services identified in the application or amendment to allege use.

(2) Amend the filing basis to intent to use under Section 1(b), for which no specimen is required. This option will later necessitate additional fee(s) and filing requirements such as providing a specimen.

For an overview of *both* response options referenced above and instructions on how to satisfy either option online using the Trademark Electronic Application System (TEAS) form, please go to http://www.uspto.gov/trademarks/law/specimen.jsp.

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration. However, if applicant responds to the refusal(s), applicant must also respond to the requirement(s) set forth below.

**Disclaimer**

Applicant must disclaim the wording "AI" because it merely describes an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services, and thus is an unregistrable component of the mark. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); TMEP §§1213, 1213.03(a).

The attached evidence from en.wikipedia.org and acronymfinder.com shows these letters are an abbreviation for ARTIFICIAL INTELLIGENCE and it is a feature of the applicant's services . Therefore, the wording merely describes a feature of the services.

An applicant may not claim exclusive rights to terms that others may need to use to describe their goods and/or services in the marketplace. *See Dena Corp. v. Belvedere Int'l, Inc.*, 950 F.2d 1555, 1560, 21 USPQ2d 1047, 1051 (Fed. Cir. 1991); *In re Aug. Storck KG*, 218 USPQ 823, 825 (TTAB 1983). A disclaimer of unregistrable matter does not affect the appearance of the mark; that is, a disclaimer does not physically remove the disclaimed matter from the mark. *See Schwarzkopf v. John H. Breck, Inc.*, 340 F.2d 978, 978, 144 USPQ 433, 433 (C.C.P.A. 1965); TMEP §1213.

If applicant does not provide the required disclaimer, the USPTO may refuse to register the entire mark. *See In re Stereotaxis Inc.*, 429 F.3d

1039, 1040-41, 77 USPQ2d 1087, 1088-89 (Fed. Cir. 2005); TMEP §1213.01(b).

Applicant should submit a disclaimer in the following standardized format:

**No claim is made to the exclusive right to use "AI" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to satisfy this disclaimer requirement online using the Trademark Electronic Application System (TEAS) form, please go to http://www.uspto.gov/trademarks/law/disclaimer.jsp.

## Legal Assistance Suggested

Because of the legal technicalities and strict deadlines involved in the USPTO application process, applicant may wish to hire a private attorney specializing in trademark matters to represent applicant in this process and provide legal advice. Although the undersigned trademark examining attorney is permitted to help an applicant understand the contents of an Office action as well as the application process in general, no USPTO attorney or staff is permitted to give an applicant legal advice or statements about an applicant's legal rights. TMEP §§705.02, 709.06.

For attorney referral information, applicant may consult the American Bar Association's Consumers' Guide to Legal Help at http://www.abanet.org/legalservices/findlegalhelp/home.cfm, an attorney referral service of a state or local bar association, or a local telephone directory. The USPTO may not assist an applicant in the selection of a private attorney. 37 C.F.R. §2.11.

## Contact Information

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06.

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $50 per international class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone without incurring this additional fee.

/Katina S. Jackson/

Katina S. Jackson

Trademark Examining Attorney

Law Office 104

571-272-8889 (Office)

571-273-8889 (Fax)

**TO RESPOND TO THIS LETTER:**  Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp.  Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned trademark examining attorney.  **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

https://en.wikipedia.org/wiki/OpenAI        03/29/2016 10:26:08 PM



&#9823; Not logged in   Talk   Contributions   Create account   Log in

Article   Talk

Read   Edit   View history      Search

# OpenAI

From Wikipedia, the free encyclopedia

*For the audio API, see OpenAL.*

> This article **reads like a news release**, or is otherwise written in a promotional tone. Please help by either rewriting this article from a neutral point of view or by moving this article to Wikinews. When appropriate, blatant advertising may be marked for speedy deletion with {{db-spam}}. *(February 2016)*

**OpenAI is a non-profit artificial intelligence** (AI) research company, associated with business magnate Elon Musk, that aims to carefully promote and develop open-source friendly AI in such a way as to benefit, rather than harm, humanity as a whole. The organization aims to "freely collaborate" with other institutions[3] and researchers by making its patents and research open to the public.[4] The company is supported by over US$1 billion in commitments; however, only a tiny fraction of the $1 billion pledged is expected to be spent in the first few years.[5] Many of the employees and board members are motivated by concerns about existential risk from advanced artificial intelligence.

### Contents
1 Motives
2 Participants
  2.1  Notable staff
3 See also
4 References
5 External links

**OpenAI**



| Founded | December 11, 2015 |
| Founders | Elon Musk, Sam Altman, and others |
| Type | 501(c)(3) Nonprofit organization [?] |
| Location | San Francisco, California, USA |
| Endowment | $1 billion pledged (2015) |
| Mission | Friendly artificial intelligence |
| Website | www.openai.com |

## Motives  [edit]

Some scientists, such as Stephen Hawking and Stuart Russell, believe that if advanced AI someday gains the ability to re-design itself at an ever-increasing rate, an unstoppable "intelligence explosion" could lead to human extinction. Business magnate Elon Musk characterizes AI as humanity's biggest existential threat. OpenAI's founders structured it as a non-profit free of financial stockholder obligations, so that they could focus its research on creating a positive long-term human impact.[5]

Musk poses the question: "what is the best thing we can do to ensure the future is good? We could sit on the sidelines or we can encourage regulatory oversight, or we could participate with the right structure with people who care deeply about developing AI in a way that is safe and is beneficial to humanity." Musk acknowledges that "there is always some risk that in actually trying to advance (friendly) AI we may create the thing we are concerned about";[6] nonetheless, the best defense is "to empower as many people as possible to have AI. If everyone has AI powers, then there's not any one person or a small set of individuals who can have AI superpower."[4][6]

OpenAI states that "it's hard to fathom how much human-level AI could benefit society," and that it's equally difficult to comprehend "how much it could damage society if built or used incorrectly".[5] Research on safety cannot safely be postponed: "because of AI's surprising history, it's hard to predict when human-level AI might come within reach."[7]

https://en.wikipedia.org/wiki/OpenAI     03/29/2016 10:26:08 PM

used incorrectly."[1] Research on safety cannot safely be postponed: "because of AI's surprising history, it's hard to predict when human-level AI might come within reach."[1] OpenAI states that AI "should be an extension of individual human wills and, in the spirit of liberty, as broadly and evenly distributed as possible ..."[5] Co-chair Sam Altman expects the decades-long project to surpass human intelligence.[6]

Vishal Sikka, the CEO of Infosys, stated that an "openness" where the endeavor would "produce results generally in the greater interest of humanity" was a fundamental requirement for his support, and that OpenAI "aligns very nicely with our long-held values" and their "endeavor to do purposeful work".[9] Cade Metz of *Wired* suggests that corporations such as Amazon may be motivated by a desire to use open-source software and data to level the playing field against corporations like Google and Facebook that own enormous supplies of proprietary data. Altman states that Y Combinator companies will share their data with OpenAI.[9]

## Participants   [edit]

The two co-chairs of the project are:[10]

- Tesla Motors founder Elon Musk, whose 2015 assets are estimated at $13 billion[11]
- Sam Altman, president of the startup accelerator Y Combinator

Other backers of the project include:[6]

- LinkedIn co-founder Reid Hoffman, whose 2015 assets are estimated at $4 billion[11]
- PayPal co-founder Peter Thiel, whose 2015 assets are estimated at $3 billion[11]
- Greg Brockman, former chief technology officer at Stripe
- Jessica Livingston, a founding partner of the startup accelerator Y Combinator
- Amazon Web Services, Amazon's cloud-services subsidiary
- Infosys, an Indian IT consulting firm

### Notable staff   [edit]

- Research director: Ilya Sutskever, a Google expert on machine learning[6]
- CTO: Greg Brockman[6]

The group will begin with seven researchers.[6]

## See also   [edit]

- Machine Intelligence Research Institute
- Future of Humanity Institute
- Future of Life Institute
- OpenCog

## References   [edit]

1. ^ Levy, Steven (December 11, 2015). "How Elon Musk and Y Combinator Plan to Stop Computers From Taking Over". *Medium/Backchannel*. Retrieved December 11, 2015. "Elon Musk: ...we came to the conclusion that having a 501(c)(3)... would probably be a good thing to do"
2. ^ Markoff, John (December 11, 2015). "Artificial-Intelligence Research Center Is Founded by Silicon Valley Investors". *The New York Times*. Retrieved December 12, 2015.
3. ^ Gershgorn, Dave (December 11, 2015). "New 'OpenAI' Artificial Intelligence Group Formed By Elon Musk, Peter Thiel, and More". *Popular Science*. Retrieved December 12, 2015.

Business magnate Elon Musk, co-chair of OpenAI

3. Gershgorn, Dave (December 11, 2015). "New 'OpenAI' Artificial Intelligence Group Formed by Elon Musk, Peter Thiel, And More". *Popular Science*. Retrieved December 12, 2015.
4. ^ Lewontin, Max (14 December 2015). "Open AI: Effort to democratize artificial intelligence research?". *The Christian Science Monitor*. Retrieved 19 December 2015.
5. ^ ᵃ ᵇ ᶜ ᵈ "Tech giants pledge $1bn for 'altruistic' AI venture, OpenAI". BBC News. 12 December 2015. Retrieved 19 December 2015.
6. ^ ᵃ ᵇ ᶜ ᵈ ᵉ ᶠ "Silicon Valley investors to bankroll artificial-intelligence center". *The Seattle Times*. 13 December 2015. Retrieved 19 December 2015.
7. ^ Mendoza, Jessica. "Tech leaders launch nonprofit to save the world from killer robots". *The Christian Science Monitor*. Retrieved 19 December 2015.
8. ^ ᵃ ᵇ Metz, Cade (15 December 2015). "Elon Musk's Billion-Dollar AI Plan Is About Far More Than Saving the World". *Wired*. Retrieved 19 December 2015. "Altman said they expect this decades-long project to surpass human intelligence."
9. ^ Vishal Sikka (14 December 2015). "OpenAI: AI for All". *InfyTalk*. Infosys. Retrieved 22 December 2015.
10. ^ Kraft, Amy (14 December 2015). "Elon Musk invests in $1b effort to thwart the dangers of AI". CBS News. Retrieved 19 December 2015.
11. ^ ᵃ ᵇ Liedtke, Michael. "Elon Musk, Peter Thiel, Reid Hoffman, others back $1 billion OpenAI research center". *San Jose Mercury News*. Retrieved 19 December 2015.

## External links [edit]

- Official website
- Interviews
  - with chairs Musk and Altman
  - with employee Andrej Karpathy

| V · T · E | Existential risk from advanced artificial intelligence |
|---|---|
| Concepts | AI box · AI takeover · Friendly artificial intelligence · Instrumental convergence · Intelligence explosion · Machine ethics · Recursive self-improvement · Superintelligence · Technological singularity |
| Organizations | Centre for the Study of Existential Risk · Future of Humanity Institute · Future of Life Institute · Global Catastrophic Risk Institute · Machine Intelligence Research Institute · **OpenAI** |
| Other | Open Letter on Artificial Intelligence, Ethics of artificial intelligence, Controversies and dangers of artificial general intelligence, Artificial intelligence as a global catastrophic risk, *Superintelligence: Paths, Dangers, Strategies, Our Final Invention* |

| V · T · E | Elon Musk |
|---|---|
| Companies | Zip2 (1996-1999) · PayPal (1999-2002) · SpaceX (2002-) · Tesla Motors (2004-) · SolarCity (2006-) · **OpenAI** (2015-) |
| Other endeavors | Hyperloop · Wet Nellie |
| Family | Justine Musk (first wife) · Talulah Riley (second and third wife) · Kimbal Musk (brother) · Tosca Musk (sister) · Lyndon Rive (cousin, CEO of SolarCity) |

○ Category · 🔊 WikiQuote · 🌐 Commons

Categories:  501(c)(3) nonprofit organizations | Companies established in 2015 | Artificial intelligence associations | Elon Musk | Non-profit organizations based in San Francisco, California | Technology companies based in the San Francisco Bay Area | 2015 establishments in California | Research institutes in the United States | Artificial intelligence laboratories | Existential risk organizations

This page was last modified on 5 February 2016, at 07:28.

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy   About Wikipedia   Disclaimers   Contact Wikipedia   Developers   Cookie statement   Mobile view

http://www.acronymfinder.com/AI.html          03/29/2016 10:30:08 PM

Abbreviation to define    AI    Find    ○ abbreviation
                                        ○ word in meaning
                                        ○ location

New search features    Acronym Blog    Free tools

Examples: NFL, NASA, PSP, HIPAA, random Word(s) in meaning: chat "global warming" Postal codes: USA: 81657, Canada: T5A 0A7

## What does AI stand for?

Your abbreviation search returned 163 meanings

Link/Page Citation

Category
Filters

All definitions (163)

Information Technology (20)

Military & Government (40)

Science & Medicine (50)

Organizations, Schools, etc. (24)

Business & Finance (21)

Slang, Chat & Pop culture (14)

Sort results: alphabetical | rank ?

| Rank | Abbr. | Meaning |
|------|-------|---------|
| | AI | Air India (airline code) |
| | AI | Artificial Intelligence |
| | AI | Art Institute (art schools) |
| | AI | American Idol (TV show) |

http://www.acronymfinder.com/AI.html          03/29/2016 10:30:08 PM

| | | |
|---|---|---|
| AI | American Idol (TV show) | 🔍 |
| AI | Additional Information | 🔍 |
| AI | Adobe Illustrator (and file extension) | 🔍 |
| AI | Appraisal Institute | 🔍 |
| AI | Automotive Industries (trade publication) | 🔍 |
| AI | The Art Institutes | 🔍 |
| AI | All Inclusive (hospitality industry) | 🔍 |
| AI | All In (poker) | 🔍 |
| AI | Action Item | 🔍 |
| AI | Amnesty International (human rights organization) | 🔍 |
| AI | Availability (inherent) | 🔍 |
| AI | As If | 🔍 |
| AI | Analog Input | 🔍 |
| AI | Anguilla (top-level domain name) | 🔍 |
| AI | Allen Iverson (basketball player) | 🔍 |
| AI | Appreciative Inquiry | 🔍 |
| AI | Area of Interest | 🔍 |
| AI | Adequate Intake (Institute of Medicine nutrition standard) | 🔍 |
| AI | Active Ingredient | 🔍 |
| AI | Avian Influenza (aka Bird Flu) | 🔍 |
| AI | Academic Institution (education) | 🔍 |
| AI | Artificial Insemination | 🔍 |

http://www.acronymfinder.com/AI.html          03/29/2016 10:30:08 PM

| | | |
|---|---|---|
| AI | Anti-Inflammatory | 🔍 |
| AI | AppleInsider (Apple rumor site) | 🔍 |
| AI | Allegheny (airline code) | 🔍 |
| AI | American Idiot (Green Day music album) | 🔍 |
| AI | Asphalt Institute | 🔍 |
| AI | Audio Interface | 🔍 |
| AI | Administrative Instruction (US DoD) | 🔍 |
| AI | Applied Innovations | 🔍 |
| AI | Ad Interim | 🔍 |
| AI | Assurance invalidité | 🔍 |
| AI | Asociación de Internautas (Spanish) | 🔍 |
| AI | Aspen Institute | 🔍 |
| AI | Andre Iguodala (basketball player) | 🔍 |
| AI | Automatic Identification | 🔍 |
| AI | Automated Information | 🔍 |
| AI | Appenzell Innerrhoden (Swiss Half Canton) | 🔍 |
| AI | Art Index | 🔍 |
| AI | Authentication Information | 🔍 |
| AI | Anglo-Irish | 🔍 |
| AI | Area Index | 🔍 |
| AI | Aromatase Inhibitor | 🔍 |
| AI | Application Interface | 🔍 |

http://www.acronymfinder.com/AI.html          03/29/2016 10:30:08 PM

| | AI | Army Intelligence | |
| | AI | Adrenal Insufficiency | |
| | AI | Aleutian Islands | |
| | AI | Airbus Industrie (currently AIRBUS) | |
| | AI | Air Interface | |
| | AI | Auxiliary Input | |
| | AI | Animation Insider (website) | |
| | AI | Angiotensin I | |
| | AI | Advance Information | |
| | AI | Anglo-Indian | |
| | AI | Automatic Indexing | |
| | AI | Application Identifier (bindery packaging standards) | |
| | AI | Aortic Insufficiency | |
| | AI | Air Inlet | |
| | AI | Air Interdiction | |
| | AI | Aeronautical Information | |
| | AI | Accuracy International | |
| | AI | Attitude Indicator | |
| | AI | Anti-Icing | |
| | AI | Area of Influence | |
| | AI | Articulation Index | |

http://www.acronymfinder.com/AI.html          03/29/2016 10:30:08 PM

| | | | |
|---|---|---|---|
| AI | Airspeed Indicator | | 🔍 |
| AI | Associate Instructor | | 🔍 |
| AI | Assistant Inspector | | 🔍 |
| AI | AnimeIowa | | 🔍 |
| AI | Analytical Information | | 🔍 |
| AI | Additional Insured (life insurance) | | 🔍 |
| AI | Additional Issue | | 🔍 |
| AI | Alzheimer Italia | | 🔍 |
| AI | Accredited Investor | | 🔍 |
| AI | Astrobiology Institute (NASA) | | 🔍 |
| AI | Aerosol Index | | 🔍 |
| AI | Air Intelligence (officer) | | 🔍 |
| AI | Advocacy Institute | | 🔍 |
| AI | Anime Insider | | 🔍 |
| AI | Aortic Incompetence | | 🔍 |
| AI | Accident Investigator | | 🔍 |
| AI | Atomics International | | 🔍 |
| AI | Appenzell Inner-Rhoden (canton postcode; Switzerland) | | 🔍 |
| AI | Acoustic Imaging | | 🔍 |
| AI | Air Intercept(or) | | 🔍 |
| AI | Air Ionizer | | 🔍 |
| AI | Application Instance (SAP) | | 🔍 |

http://www.acronymfinder.com/AI.html          03/29/2016 10:30:08 PM

| AI | Associate Investigator | 🔍 |
|----|------------------------|----|
| AI | Adapter Interface | 🔍 |
| AI | Airborne Intercept | 🔍 |
| AI | Automatic Input | 🔍 |
| AI | Airborne Interception | 🔍 |
| AI | Aircraft Identification | 🔍 |
| AI | Administrative Investigation (law enforcement) | 🔍 |
| AI | Aggregate Income | 🔍 |
| AI | Amplifier Input | 🔍 |
| AI | Asynchronous Interface (AT&T) | 🔍 |
| AI | Alarm Interface (AT&T) | 🔍 |
| AI | Authorized Inspector | 🔍 |
| AI | Antenna Impedance | 🔍 |
| AI | Auricula Izquierda (Spanish: Left Atrium) | 🔍 |
| AI | Amplitude Information | 🔍 |
| AI | Assignment Instructions | 🔍 |
| AI | Anticosti Island (St Lawrence River) | 🔍 |
| AI | Arcane Intellect (World of Warcraft gaming spell) | 🔍 |
| AI | Aircraft Incident | 🔍 |
| AI | Action Indicator (ISDN) | 🔍 |
| AI | Alternative Interrogation | 🔍 |
| AI | Alpha Institute | 🔍 |

http://www.acronymfinder.com/AI.html          03/29/2016 10:30:08 PM

| | | |
|---|---|---|
| AI | Accidental Insurance | 🔍 |
| AI | Anime Invasion (website) | 🔍 |
| AI | Assistant Investigator | 🔍 |
| AI | Airborne Intelligence | 🔍 |
| AI | Aged Individual | 🔍 |
| AI | Azimuth Indicator | 🔍 |
| AI | Alitrusa International (Columbus, OH) | 🔍 |
| AI | Aircraft Inspector (also seen as A/I) | 🔍 |
| AI | Abridged Index | 🔍 |
| AI | Acquisition Instruction | 🔍 |
| AI | Available for Issue | 🔍 |
| AI | Archive Invalidation (software development) | 🔍 |
| AI | Associative Ionization | 🔍 |
| AI | Autistically Impaired | 🔍 |
| AI | Alliance of Independents (blue) | 🔍 |
| AI | Accountability Individual | 🔍 |
| AI | Answer Indicator | 🔍 |
| AI | Activity Interrupt (ITU-T) | 🔍 |
| AI | Austropa Interconvention (Vienna, Austria) | 🔍 |
| AI | Alarm Inhibit (Sprint) | 🔍 |
| AI | Alpines International | 🔍 |

http://www.acronymfinder.com/AI.html          03/29/2016 10:30:08 PM

| AI | Automatic Investing | 🔍 |
| AI | Airfield Index | 🔍 |
| AI | Architects Instruction | 🔍 |
| AI | Anno Inventionis (Latin: in the year of discovery) | 🔍 |
| AI | Acid Injector | 🔍 |
| AI | Access Issuing | 🔍 |
| AI | Admittance Inverter (microwave circuits) | 🔍 |
| AI | Anus Injection (porcedure) | 🔍 |
| AI | Anarchy Incorporated | 🔍 |
| AI | Associated Investigator | 🔍 |
| AI | Ambience Internet (Gold Coast, Australia) | 🔍 |
| AI | Axioincisal | 🔍 |
| AI | Alternating Isometrics (PNF technique) | 🔍 |
| AI | Arbitration Interval (serial data bus time delay) | 🔍 |
| AI | Alloisoleucine Isoleucine | 🔍 |
| AI | Airways Indicator | 🔍 |
| AI | Signaling Identification Assigned by Exchange A | 🔍 |
| AI | Inherent Availability/Ability | 🔍 |
| AI | Aiducation International (education charity) | 🔍 |
| AI | AGRSUD International (France) | 🔍 |
| AI | Airborne Intercept (radar) | 🔍 |
| AI | Airborne Interceptor (US DoD) | 🔍 |

**ER2083**

http://www.acronymfinder.com/AI.html          03/29/2016 10:30:08 PM

| AI | Allergology International (Japanese Society of Allergology) | 🔍 |
| AI | Abrasiveness Index | 🔍 |
| AI | Ascension Island (South Atlantic oceanic island) | 🔍 |
| AI | Asset Integration (US Air Force) | 🔍 |
| AI | Anchorage-Independent (cells) | 🔍 |
| AI | Amnioinfusion (obstetrics) | 🔍 |
| AI | Application Integration | 🔍 |
| AI | Avengers Initiative (charity) | 🔍 |

Note: We have 70 other definitions for **AI** in our Acronym Attic

new search

suggest new definition

Search for AI in Online Dictionary Encyclopedia

http://www.acronymfinder.com/AI.html 03/29/2016 10:30:08 PM

Abbreviation Database Surfer

« Previous Next »

| | | |
|---|---|---|
| AHYA | AHYDP | AI% |
| AHYAA | AHYMO | AI&H |
| AHYC | AHYMSIN | AI&O |
| AHYD | AHZ | AI&T |
| AHYDO | AHZO | AI-CIBC |
| AI-CX | | |
| AI-EOD | | |
| AI-ESTATE | | |
| AI-TEC | | |
| AI/AN | | |

Index: # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

- Home
- Help
- About
- What's New?
- Suggest new acronym
- Link to Us
- Search Tools
- State Abbreviations
- Press
- Partners
- Contributors
- Return Links
- Statistics
- Fun Buzzword Acronyms!
- Read the AF Blog

The World's most comprehensive professionally edited abbreviations and acronyms database

All trademarks/service marks referenced on this site are properties of their respective owners.
The Acronym Finder is © 1988-2016, Acronym Finder, All Rights Reserved. Feedback

- Terms of usage
- Licensing info
- Advertising info
- Privacy Policy
- Site Map



| To: | Guy Ravine (guyravine@gmail.com) |
| --- | --- |
| Subject: | U.S. TRADEMARK APPLICATION NO. 86847151 - OPEN AI - N/A |
| Sent: | 3/29/2016 10:40:54 PM |
| Sent As: | ECOM104@USPTO.GOV |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## <u>IMPORTANT NOTICE REGARDING YOUR</u>
## <u>U.S. TRADEMARK APPLICATION</u>

### USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
### ON 3/29/2016 FOR U.S. APPLICATION SERIAL NO. 86847151

Your trademark application has been reviewed.  The trademark examining attorney assigned by the USPTO to your application has written an official letter to which you must respond.  Please follow these steps:

**(1)  READ THE LETTER** by clicking on this link or going to http://tsdr.uspto.gov/, entering your U.S. application serial number, and clicking on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2)  RESPOND WITHIN 6 MONTHS** (*or sooner if specified in the Office action*), calculated from 3/29/2016, using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions.

**(3)  QUESTIONS** about the contents of the Office action itself should be directed to the trademark examining attorney who reviewed your application, identified below.

/Katina S. Jackson/

/Katina S. Jackson/

Katina S. Jackson

Trademark Examining Attorney

Law Office 104

571-272-8889 (Office)

571-273-8889 (Fax

**ER2086**

## <u>WARNING</u>

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All <u>official</u> USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

# EXHIBIT C

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1957 (Rev 10/2011)

OMB No. 0651-0050 (Exp 07/31/2017)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86847151 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 104 |
| **MARK SECTION** | |
| MARK | http://tmng-al.uspto.gov/resting2/api/img/86847151/large |
| LITERAL ELEMENT | OPEN AI |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| INTERNATIONAL CLASS | 042 |
| DESCRIPTION | |
| Providing a web site featuring technology that enables internet users to share documents, images and videos | |
| FILING BASIS | Section 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 03/25/2015 |
|    FIRST USE IN COMMERCE DATE | At least as early as 03/25/2015 |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| INTERNATIONAL CLASS | 042 |
| DESCRIPTION | |
| Providing a web site featuring technology that enables internet users to share documents, images and videos | |
| FILING BASIS | Section 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 03/25/2015 |
|    FIRST USE IN COMMERCE DATE | At least as early as 03/25/2015 |
| STATEMENT TYPE | **"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"** *[for an application based on Section 1(a), Use in Commerce] OR* **"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use]. OR* **"The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use"** [for an illegible specimen]. |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\868\471\86847151\xml1\ ROA0002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\868\471\86847151\xml1\ ROA0003.JPG |

| SPECIMEN DESCRIPTION | Screen captures |
|---|---|
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /Guy Ravine/ |
| SIGNATORY'S NAME | Guy Ravine |
| SIGNATORY'S POSITION | Owner |
| DATE SIGNED | 09/27/2016 |
| RESPONSE SIGNATURE | /Guy Ravine/ |
| SIGNATORY'S NAME | Guy Ravine |
| SIGNATORY'S POSITION | Owner |
| DATE SIGNED | 09/27/2016 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Tue Sep 27 18:40:12 EDT 2016 |
| TEAS STAMP | USPTO/ROA-XX.XXX.XX.XXX-2<br>0160927184012356479-86847<br>151-5508e1bdf8b7504bce36f<br>bc733f13910fa02482915cd96<br>b233d046bc50b9231d-N/A-N/<br>A-20160927183002524244 |

---

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

### Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **86847151** OPEN AI(Standard Characters, see http://tmng-al.uspto.gov/resting2/api/img/86847151/large) has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**
**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 042 for Providing a web site featuring technology that enables internet users to share documents, images and videos
Original Filing Basis:
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 03/25/2015 and first used in commerce at least as early as 03/25/2015 , and is now in use in such commerce.

**Proposed:** Class 042 for Providing a web site featuring technology that enables internet users to share documents, images and videos
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 03/25/2015 and first used in commerce at least as early as 03/25/2015 , and is now in use in such commerce. Applicant hereby submits one(or more) specimen(s) for Class 042 . The specimen(s) submitted consists of Screen captures .
**"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"***[for an application based on Section 1(a), Use in Commerce]* OR **"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use].* OR **"The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use"** [for an illegible specimen]. Specimen File1

**ER2090**

Specimen File2

**SIGNATURE(S)**
**Declaration Signature**

**DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that, if the applicant submitted the application or allegation of use (AOU) unsigned, all statements in the application or AOU and this submission based on the signatory's own knowledge are true, and all statements in the application or AOU and this submission made on information and belief are believed to be true.**

**STATEMENTS FOR UNSIGNED SECTION 1(a) APPLICATION/AOU**: If the applicant filed an unsigned application under 15 U.S.C. §1051(a) or AOU under 15 U.S.C. §1051(c), the signatory additionally believes that: the applicant is the owner of the mark sought to be registered; the mark is in use in commerce and was in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; the original specimen(s), if applicable, shows the mark in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; *for a collective trademark, collective service mark, collective membership mark application, or certification mark application,* the applicant is exercising legitimate control over the use of the mark in commerce and was exercising legitimate control over the use of the mark in commerce as of the filing date of the application or AOU; *for a certification mark application,* the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

**STATEMENTS FOR UNSIGNED SECTION 1(b)/SECTION 44 APPLICATION AND FOR SECTION 66(a) COLLECTIVE/CERTIFICATION MARK APPLICATION:** If the applicant filed an unsigned application under 15 U.S.C. §§ 1051(b), 1126(d), and/or 1126(e), or filed a collective/certification mark application under 15 U.S.C. §1141f(a), the signatory additionally believes that: *for a trademark or service mark application,* the applicant is entitled to use the mark in commerce on or in connection with the goods/services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date; *for a collective trademark, collective service mark, collective membership mark, or certification mark application,* the applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date; the signatory is properly authorized to execute the declaration on behalf of the applicant; *for a certification mark application,* the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

Signature: /Guy Ravine/     Date: 09/27/2016
Signatory's Name: Guy Ravine
Signatory's Position: Owner

**Response Signature**
Signature: /Guy Ravine/     Date: 09/27/2016
Signatory's Name: Guy Ravine
Signatory's Position: Owner

The signatory has confirmed that he/she is not represented by either an authorized attorney or Canadian attorney/agent, and that he/she is either: (1) the owner/holder ; or (2) a person(s) with legal authority to bind the owner/holder; and if an authorized U.S. attorney or Canadian attorney/agent previously represented him/her in this matter, either he/she has filed a signed revocation of power of attorney with the USPTO or the USPTO has granted the request of his/her prior representative to withdraw.

Serial Number: 86847151
Internet Transmission Date: Tue Sep 27 18:40:12 EDT 2016
TEAS Stamp: USPTO/ROA-XX.XXX.XX.XXX-2016092718401235

6479-86847151-5508e1bdf8b7504bce36fbc733
f13910fa02482915cd96b233d046bc50b9231d-N
/A-N/A-20160927183002524244





Chrome File Edit View History Bookmarks People Window Help

35% Tue 2:46 PM

Guy

hub.open.ai

OpenAI

Sign Up Log In

all tags

Latest

Top

Votes Replies Views Activity

## Deep reinforcement algorithm problem

problem

nikita

Here is a proposed improvement to the current deep learning reinforcement algorithm that we are discussing: but it represents a:problem. Here is the formulation.

```
ctx = [mx.gpu(int(x)) for x in range(4)]
mod = mx.mod.Module(cnn, context=ctx)
mod.bind...
```

(more)

Upvote | 0 Downvote Solutions 1

### Best solution

R rick

The best permutation so far is:

```
GPUS = 4
ctx = [mx.gpu(int(i)) for i in range(GPUS)]
BATCH_SIZE = 128 * GPUS

// The params:
```

# Deep reinforcement algorithm problem

`problem`

**nikita**

Here is a proposed improvement to the current deep learning reinforcement algorithm that we are discussing: but it represents a:problem. Here is the formulation.

```
ctx = [mx.gpu(int(x)) for x in range(4)]
mod = mx.mod.Module(cnn, context=ctx)
mod.bind(data_shapes=[('data', DATA_SHAPE)],
        label_shapes=[('softmax_label', (BATCH_SIZE,))])
mod.init_params(mx.init.Normal(sigma=SD))
mod.init_optimizer(kvstore='local',
                   optimizer='sgd',
                   optimizer_params={
                       "learning_rate": 0.01,
                       "momentum": 0.9,
                       "wd": 0.00001,
                       "rescale_grad": 1.0/BATCH_SIZE
                   })
metric = mx.metric.Accuracy()
for epoch in range(EPOCHS):
    for batchX, batchY in load_data_frame('amazon_review_polarity_test.csv',
                                          batch_size=BATCH_SIZE,
                                          shuffle=True):

        # Wrap X and y in DataBatch (need to be in a list)
        batch = DataBatch(data=[batchX], label=[batchY])
        # For training + testing
        mod.forward(batch)
        mod.update_metric(metric, batch.label)
        # Get weights and update
        # For training only
```

# EXHIBIT D

# Deep reinforcement algorithm problem

`problem`

---

> **nikita**
>
> Here is a proposed improvement to the current deep learning reinforcement algorithm that we are discussing: but it represents a:problem. Here is the formulation.

```python
ctx = [mx.gpu(int(x)) for x in range(4)]
mod = mx.mod.Module(cnn, context=ctx)
mod.bind(data_shapes=[('data', DATA_SHAPE)],
         label_shapes=[('softmax_label', (BATCH_SIZE,))])
mod.init_params(mx.init.Normal(sigma=SD))
mod.init_optimizer(kvstore='local',
                   optimizer='sgd',
                   optimizer_params={
                       "learning_rate": 0.01,
                       "momentum": 0.9,
                       "wd": 0.00001,
                       "rescale_grad": 1.0/BATCH_SIZE
                   })
metric = mx.metric.Accuracy()
for epoch in range(EPOCHS):
    for batchX, batchY in load_data_frame('amazon_review_polarity_test.csv'
                                          batch_size=BATCH_SIZE,
                                          shuffle=True):
        # Wrap X and y in DataBatch (need to be in a list)
        batch = DataBatch(data=[batchX], label=[batchY])
        # Push data forwards and update metric
        # For training + testing
        mod.forward(batch)
        mod.update_metric(metric, batch.label)
        # Get weights and update
        # For training only
        mod.backward()
        mod.update()
```

### Best solutions

**ER2096**

## 2 Solutions

**rick**

The best permutation so far is:

```
GPUS = 4
ctx = [mx.gpu(int(i)) for i in range(GPUS)]
BATCH_SIZE = 128 * GPUS

// The params:

cnn = create_crepe()
mod = mx.mod.Module(cnn, context=ctx)
mod.bind(data_shapes=[('data', DATA_SHAPE)],
         label_shapes=[('softmax_label', (BATCH_SIZE,))])
mod.init_params(mx.init.Normal(sigma=SD))
mod.init_optimizer(optimizer='sgd',
                   optimizer_params={
                       "learning_rate": 0.01,
                       "momentum": 0.9,
                       "wd": 0.00001,
                       "rescale_grad": 1.0/BATCH_SIZE
                   })
```

**nikita**



# Memory allocation failed after multiple call to Module.predict()

`problem`

---

nikita ·

Hi,
I am using Module.predict to calculate some feature vector of my data. (outputshape= (batchsize,4096) )

After 97 calls to predict(), mxnet reported Memory allocation failed, and GPU monitoring software
reported 7.6GB/8GB gpu mem usage. There are plenty of system RAM available. Closing the python process will release GPU mem.

Do I need to call some method to release GPU mem after predict() ?

```
ctx = mx.gpu(1)
mod = mx.mod.Module(out, context=ctx)
data = mx.nd.ones((1024, 3, 224, 224))
iter = mx.io.NDArrayIter(data, batch_size=64)
mod.bind(iter.provide_data, for_training=False)
mod.set_params(arg_dict, {})

for i in range(100):
...      result = mod.predict(iter,reset=True)
...
[02:38:03] D:\dev\mxnet\mxnet\dmlc-core\include\dmlc/logging.h:235: [02:38:0
Traceback (most recent call last):
  File "<input>", line 2, in <module>
    File "D:\dev\mxnet\mxnet\python\mxnet\module\base_module.py", line 265, in
      for i in range(num_outputs)]
    File "D:\dev\mxnet\mxnet\python\mxnet\module\base_module.py", line 265, in
      for i in range(num_outputs)]
    File "D:\dev\mxnet\mxnet\python\mxnet\ndarray.py", line 915, in concatena
      ret = empty((shape0,) + shape_rest, ctx=arrays[0].context, dtype=dtype)
    File "D:\dev\mxnet\mxnet\python\mxnet\ndarray.py", line 551, in empty
      return NDArray(handle=_new_alloc_handle(shape, ctx, False, dtype))
    File "D:\dev\mxnet\mxnet\python\mxnet\ndarray.py", line 69, in _new_alloc_
      ctypes.byref(hdl)))
    File "D:\dev\mxnet\mxnet\python\mxnet\base.py", line 77, in check_call
```

```
    raise MXNetError(py_str(_LIB.MXGetLastError()))
mxnet.base.MXNetError: [02:38:03] d:\dev\mxnet\mxnet\src\storage\./pooled_st
```

## Best solutions

## 1 Solution

**rick**

I checked if the result ndarray.**del**() is called by inserting print into **del**()

```
def __del__(self):
    if hasattr(self,"x"):
        print(self.x)
    check_call(_LIB.MXNDArrayFree(self.handle))
```

then begin the loop:

```
for i in range(1000):
    result = mod.predict(iter, reset=True)
    result.x = i
```

the result is

```
1
2
.....
161
162
mxnet.base.MXNetError: .... Memory allocation failed. .....
163
```

seems that **del**() is called on every result.

**ER2099**

# Target shape size is different to source

`problem`

---

**nikita** ·

I trained the model in Python and uploaded its param and json file which is to be used in Scala.
I also change something in json to run the code below.

```scala
object MXNetPredict {
  def main(args: Array[String]) {
    val ndArray = NDArray.zeros(Shape(32,1,19,128))
    val data: IndexedSeq[NDArray] = IndexedSeq(ndArray)
    val label: IndexedSeq[NDArray] = IndexedSeq()
    val valData: NDArrayIter = new NDArrayIter(data, label)

    val model = FeedForward.load("prefix", 12)
    model.predict(valData) // error here.
  }
}
```

But error occurred in model.predict phrase.

```
[14:46:27] /Users/lewis/Workspace/source-codes/release/mxnet/dmlc-core/inclu
Source: 300
#
# A fatal error has been detected by the Java Runtime Environment:
#
#  SIGBUS (0xa) at pc=0x00007fff9de0d953, pid=88910, tid=5891
#
# JRE version: Java(TM) SE Runtime Environment (8.0_25-b17) (build 1.8.0_25
# Java VM: Java HotSpot(TM) 64-Bit Server VM (25.25-b02 mixed mode bsd-amd64
# Problematic frame:
# C  [libsystem_platform.dylib+0x1953]  _platform_memmove$VARIANT$Nehalem+0:
#
# Failed to write core dump. Core dumps have been disabled. To enable core d
#
# An error report file with more information is saved as:
# /Users/white/IdeaProjects/coin-selina-intent/hs_err_pid88910.log
#
# If you would like to submit a bug report, please visit:
#   http://bugreport.sun.com/bugreport/crash.jsp
#
```

**ER2100**

Seems the reshape operation.

## Best solutions

Init the NDArrayIter with batchSize: new `NDArrayIter(data, label, 32)`

## 1 Solution

**rick**

You should init the NDArrayIter with batchSize then everything works great!

```
//change
val valData: NDArrayIter = new NDArrayIter(data, label)
//to
val valData: NDArrayIter = new NDArrayIter(data, label, 32)
```

**ER2101**

# EXHIBIT E

10:43



**nikita**

Created September 26, 2016 6:06am

Here is a proposed improvement to the current deep learning reinforcement algorithm that we are discussing: but it represents a:problem. Here is the formulation.

```
ctx = [mx.gpu(int(x)) for x in range(4)
mod = mx.mod.Module(cnn, context=ctx)
mod.bind...
```

(more)

Upvote | 0    Downvote    Solutions  2

## Best solution



**rick**

Created September 26, 2016 6:08am

The best permutation so far is:

```
GPUS = 4
ctx = [mx.gpu(int(i)) for i in range(GP
```

AA    Not Secure — hub.open.ai

ER2103



# Memory allocation failed after multiple call to Module.predict()

`problem`



**nikita**

Created September 26, 2016 4:49am

Hi,
I am using Module.predict to calculate some feature vector of my data. (outputshape=(batchsize,4096) ) After 97 calls to predict(), mxnet reported Memory allocation failed, and GPU monitoring software reported 7.6GB/8GB gpu mem usage. There are p...
(more)

Upvote | 0    Downvote    Solutions 1

## Best solution

**rick**

Created September 26, 2016 5:17am

I checked if the result ndarray.**del**() is called by inserting print into **del**()

AA    Not Secure — hub.open.ai    ↻

ER2104

10:43



**nikita**

Created September 26, 2016 5:32am

I trained the model in Python and uploaded its param and json file which is to be used in Scala. I also change something in json to run the code below.

```
object MXNetPredict {
  def main(args: Array[String]) {
    val ndArray = NDArray.zeros(Shape(3
```

(more)

Upvote | 0    Downvote   Solutions   1

## Best solution



**rick**

Created September 26, 2016 5:33am

You should init the NDArrayIter with batchSize then everything works great!

**//change**

AA    Not Secure — hub.open.ai

ER2105

# EXHIBIT F





Product Solutions Open Source Pricing Search or jump to... / Sign in Sign up

apache / mxnet Public Notifications Fork 6.9k Star 20.6k

Code Issues 1.8k Pull requests 205 Discussions Actions Projects 10 Wiki Security Insights

# How to run on multiple GPUs - python #3082

New issue

Closed ilkarman opened this issue on Aug 20, 2016 · 8 comments

**ilkarman** commented on Aug 20, 2016 • edited

If I follow the mnist example and set:

`ctx = [mx.gpu(int(i)) for i in range(4)]`

And initialise:

`exe = cnn.simple_bind(ctx=ctx, **input_shapes)`

`for batchX, batchY in my_iterator(): data[:] = batchX label[:] = batchY exe.forward(is_train=True) exe.backward() for i, pair in enumerate(zip(exe.arg_arrays, exe.grad_arrays)):`

I get this error:

> File "C:\Anaconda2\lib\site-packages\mxnet-0.7.0-py2.7.egg\mxnet\ndarray.py", line 61, in _new_alloc_handle
> ctypes.c_int(ctx.device_typeid),
> AttributeError: 'list' object has no attribute 'device_typeid'

**piiswrong** commented on Aug 20, 2016 Contributor

bind doesn't support multi-gpu. Use mx.mod.Module instead

**ilkarman** commented on Aug 20, 2016 • edited Author

Oh I see, thank you!

I have altered the code to use mx.mod like so - the code runs but on the CPU.

I think I messed up the kvstore param?

```
ctx = [mx.gpu(int(x)) for x in range(4)]
mod = mx.mod.Module(cnn, context=ctx)
mod.bind(data_shapes=[('data', DATA_SHAPE)],
         label_shapes=[('softmax_label', (BATCH_SIZE,))])
mod.init_params(mx.init.Normal(sigma=SD))
mod.init_optimizer(kvstore='local',
                   optimizer='sgd',
                   optimizer_params={
                       "learning_rate": 0.01,
                       "momentum": 0.9,
                       "wd": 0.00001,
                       "rescale_grad": 1.0/BATCH_SIZE
                   })
metric = mx.metric.Accuracy()
for epoch in range(EPOCHS):
    for batchX, batchY in load_data_frame('amazon_review_polarity_test.csv',
                                          batch_size=BATCH_SIZE,
                                          shuffle=True):
        # Wrap X and y in DataBatch (need to be in a list)
        batch = DataBatch(data=[batchX], label=[batchY])
        # Push data forwards and update metric
        # For training + testing
        mod.forward(batch)
        mod.update_metric(metric, batch.label)
        # Get weights and update
        # For training only
        mod.backward()
        mod.update()
```

Assignees
No one assigned

Labels
None yet

Projects
None yet

Milestone
No milestone

Development
No branches or pull requests

4 participants

**ilkarman** commented on Aug 20, 2016 • edited ▾                    `Author` ···

Sorry slight addition - if I modify the above code like so:

```
ctx = mx.gpu(0)
```

Then it runs on the gpu (and is faster), but when I supply a list of my 4 GPUs (or even 2) it runs on CPU (with same speed) ...

So basically: mx.cpu() runs as fast as [mx.gpu(0), mx.gpu(1)]
However: just mx.gpu(0) runs the fastest.

Here is a log of the usage when I run on all 4 GPUs:

```
C:\Program Files\NVIDIA Corporation\NVSMI>nvidia-smi
Sun Aug 21 01:19:03 2016
+-----------------------------------------------------------------------------+
| NVIDIA-SMI 362.84 Driver Version: 362.84 |
|-------------------------------+----------------------+----------------------+
| GPU Name TCC/WDDM | Bus-Id Disp.A | Volatile Uncorr. ECC |
| Fan Temp Perf Pwr:Usage/Cap| Memory-Usage | GPU-Util Compute M. |
|===============================+======================+======================|
| 0 Tesla K80 TCC | 1B5E:00:00.0 Off | 0 |
| N/A 53C P0 75W / 149W | 232MiB / 11425MiB | 2% Default |
+-------------------------------+----------------------+----------------------+
| 1 Tesla K80 TCC | 4486:00:00.0 Off | 0 |
| N/A 65C P0 62W / 149W | 232MiB / 11425MiB | 1% Default |
+-------------------------------+----------------------+----------------------+
| 2 Tesla K80 TCC | 75FD:00:00.0 Off | 0 |
| N/A 50C P0 74W / 149W | 233MiB / 11425MiB | 0% Default |
+-------------------------------+----------------------+----------------------+
| 3 Tesla K80 TCC | 8933:00:00.0 Off | 0 |
| N/A 67C P0 62W / 149W | 232MiB / 11425MiB | 1% Default |
+-------------------------------+----------------------+----------------------+

+-----------------------------------------------------------------------------+
| Processes: GPU Memory |
| GPU PID Type Process name Usage |
|=============================================================================|
| 0 1816 C C:\Anaconda2\python.exe 111MiB |
| 0 5312 C C:\Anaconda2\python.exe 121MiB |
| 1 1816 C C:\Anaconda2\python.exe 111MiB |
| 1 5312 C C:\Anaconda2\python.exe 121MiB |
| 2 1816 C C:\Anaconda2\python.exe 111MiB |
| 2 5312 C C:\Anaconda2\python.exe 122MiB |
| 3 1816 C C:\Anaconda2\python.exe 111MiB |
| 3 5312 C C:\Anaconda2\python.exe 121MiB |
+-----------------------------------------------------------------------------+
```

**piiswrong** commented on Aug 20, 2016                    `Contributor` ···

use kvstore="device"

**ilkarman** commented on Aug 22, 2016                    `Author` ···

Thanks - interesting. It runs on the GPUs but is slower than just one GPU

**antinucleon** commented on Aug 22, 2016                    `Contributor` ···

You need increase batch size when use multi gpu. Eg: single Gpu batch size
32, 4 gpu should use 128
On Mon, Aug 22, 2016 at 01:16 Ilia Karmanov notifications@github.com
wrote:





Thanks - interesting. It runs on the GPUs but is slower than just one GPU

—
You are receiving this because you are subscribed to this thread.
Reply to this email directly, view it on GitHub
#3082 (comment), or mute
the thread
https://github.com/notifications/unsubscribe-auth/ABM13i1lIM8-fli5JGaZ8lMrAt53LfOgks5qiVrsgaJpZM4JpBiA
.

Sent from mobile phone

👍 1

**ilkarman** commented on Aug 22, 2016 Author ···

@antinucleon Thanks for the help, so I have set the globals like so:

```
GPUS = 4
ctx = [mx.gpu(int(i)) for i in range(GPUS)]
BATCH_SIZE = 128 * GPUS
```

The params:

```
cnn = create_crepe()
mod = mx.mod.Module(cnn, context=ctx)
mod.bind(data_shapes=[('data', DATA_SHAPE)],
         label_shapes=[('softmax_label', (BATCH_SIZE,))])
mod.init_params(mx.init.Normal(sigma=SD))
mod.init_optimizer(optimizer='sgd',
                   optimizer_params={
                       "learning_rate": 0.01,
                       "momentum": 0.9,
                       "wd": 0.00001,
                       "rescale_grad": 1.0/BATCH_SIZE
                   })
```

And the training:

```
for epoch in range(20):
    t = 0
    metric.reset()
    for batchX, batchY in load_data_frame('amazon_review_polarity_train.csv',
                                          batch_size=BATCH_SIZE,
                                          shuffle=True):
        batch = DataBatch(data=[batchX], label=[batchY])
        mod.forward(batch, is_train=True)
        mod.update_metric(metric, batch.label)
        mod.backward()
        mod.update()
```

Running nvidia-smi I can see:

```
| NVIDIA-SMI 362.84                 Driver Version: 362.84                    |
|-------------------------------+----------------------+----------------------+
| GPU  Name            TCC/WDDM | Bus-Id        Disp.A | Volatile Uncorr. ECC |
| Fan  Temp  Perf  Pwr:Usage/Cap|         Memory-Usage | GPU-Util  Compute M. |
|===============================+======================+======================|
|   0  Tesla K80            TCC  | 1B5E:00:00.0     Off |                    0 |
| N/A   59C    P0   140W / 149W |   5420MiB / 11425MiB |      0%      Default |
+-------------------------------+----------------------+----------------------+
|   1  Tesla K80            TCC  | 4486:00:00.0     Off |                    0 |
| N/A   74C    P0    83W / 149W |   6413MiB / 11425MiB |      0%      Default |
+-------------------------------+----------------------+----------------------+
|   2  Tesla K80            TCC  | 75FD:00:00.0     Off |                    0 |
| N/A   56C    P0   100W / 149W |   6413MiB / 11425MiB |      8%      Default |
+-------------------------------+----------------------+----------------------+
|   3  Tesla K80            TCC  | 8933:00:00.0     Off |                    0 |
| N/A   76C    P0    85W / 149W |   6413MiB / 11425MiB |     11%      Default |
+-------------------------------+----------------------+----------------------+

+-----------------------------------------------------------------------------+
| Processes:                                                       GPU Memory |
|  GPU       PID  Type  Process name                               Usage      |
|=============================================================================|
```

```
|   0   4768   C  C:\Anaconda2\python.exe        6264MiB |
|   0   8760   C  C:\Anaconda2\python.exe         155MiB |
|   1   4768   C  C:\Anaconda2\python.exe        6264MiB |
|   1   8760   C  C:\Anaconda2\python.exe         148MiB |
|   2   4768   C  C:\Anaconda2\python.exe        6264MiB |
|   2   8760   C  C:\Anaconda2\python.exe         148MiB |
|   3   4768   C  C:\Anaconda2\python.exe        6260MiB |
|   3   8760   C  C:\Anaconda2\python.exe         148MiB |
+-----------------------------------------------------------------------------+
```

It doesn't look like it's using all the GPU power I think?

**ilkarman** closed this as completed on Aug 26, 2016

**darrylbobo** commented on Apr 8, 2017

Hi, **@ilkarman**

Did you figure out why it didn't utilize all the GPUs?
I have a similar issue that even I set to use 2 GPUs, still only 1 GPU is running.

**rococopeach** mentioned this issue on May 16, 2017

**cpp-package multiple GPU support?** #6284                        ⊘ Closed

**Sign up for free** to join this conversation on GitHub. Already have an account? Sign in to comment

© 2023 GitHub, Inc.      Terms    Privacy    Security    Status    Docs    Contact GitHub    Pricing    API    Training    Blog    About

ER2110



Product Solutions Open Source Pricing Search or jump to... Sign in Sign up

apache / mxnet Public Notifications Fork 6.9k Star 20.6k

Code Issues 1.8k Pull requests 205 Discussions Actions Projects 10 Wiki Security Insights

# Memory allocation failed after multiple call to Module.predict() #3362

New issue

Closed PrismQ opened this issue on Sep 23, 2016 · 9 comments

PrismQ commented on Sep 23, 2016

Hi,
I am using Module.predict to calculate some feature vector of my data. (outputshape=(batchsize,4096) )

After 97 calls to predict(), mxnet reported *Memory allocation failed*, and GPU monitoring software reported 7.6GB/8GB gpu mem usage. There are plenty of system RAM available. Closing the python process will release GPU mem.

Do I need to call some method to release GPU mem after predict() ?

```
ctx = mx.gpu(1)
mod = mx.mod.Module(out, context=ctx)
data = mx.nd.ones((1024, 3, 224, 224))
iter = mx.io.NDArrayIter(data, batch_size=64)
mod.bind(iter.provide_data, for_training=False)
mod.set_params(arg_dict, {})

for i in range(100):
...     result = mod.predict(iter,reset=True)
...
[02:38:03] D:\dev\mxnet\mxnet\dmlc-core\include\dmlc/logging.h:235: [02:38:03] d:\dev\mxnet\mxnet\src\
Traceback (most recent call last):
  File "<input>", line 2, in <module>
  File "D:\dev\mxnet\mxnet\python\mxnet\module\base_module.py", line 265, in predict
    for i in range(num_outputs)]
  File "D:\dev\mxnet\mxnet\python\mxnet\module\base_module.py", line 265, in <listcomp>
    for i in range(num_outputs)]
  File "D:\dev\mxnet\mxnet\python\mxnet\ndarray.py", line 915, in concatenate
    ret = empty((shape0,) + shape_rest, ctx=arrays[0].context, dtype=dtype)
  File "D:\dev\mxnet\mxnet\python\mxnet\ndarray.py", line 551, in empty
    return NDArray(handle=_new_alloc_handle(shape, ctx, False, dtype))
  File "D:\dev\mxnet\mxnet\python\mxnet\ndarray.py", line 69, in _new_alloc_handle
    ctypes.byref(hdl)))
  File "D:\dev\mxnet\mxnet\python\mxnet\base.py", line 77, in check_call
    raise MXNetError(py_str(_LIB.MXGetLastError()))
mxnet.base.MXNetError: [02:38:03] d:\dev\mxnet\mxnet\src\storage\./pooled_storage_manager.h:62: Memory
```

Assignees
No one assigned

Labels
None yet

Projects
None yet

Milestone
No milestone

Development
No branches or pull requests

4 participants

piiswrong commented on Sep 23, 2016 Contributor

Could you post your full script? Is result saved somewhere in a list?

PrismQ commented on Sep 23, 2016 Author

@piiswrong the script is here, the result is overwritten in every iteration of i
My Mxnet binary is compiled on ~2016/7/01.

```
import mxnet as mx

out = mx.sym.load("d:/dev/mxnet/mxnet/tools/caffe_converter/vgg_face-symbol2.json")
# ctx = mx.cpu(0)
ctx = [mx.gpu(0), mx.gpu(1)]
arg_shapes, output_shapes, aux_shapes = out.infer_shape(data=(1, 3, 224, 224))
arg_names = out.list_arguments()
arg_dict = {}

pretrained = mx.nd.load("d:/dev/mxnet/mxnet/tools/caffe_converter/vgg_face-0001.params")
for name in arg_names:
```

```
    if name == "data":
        continue
    key = "arg:" + name
    if key in pretrained:
        arg_dict[name] = pretrained[key]
    else:
        print("Skip argument %s" % name)

print("load arg complete")
mod = mx.mod.Module(out, context=ctx)
data = mx.nd.ones((1024, 3, 224, 224))
iter = mx.io.NDArrayIter(data, batch_size=64)
mod.bind(iter.provide_data, for_training=False)
mod.set_params(arg_dict, {})
print("param set")
for i in range(1000):
    print(i, end='')
    result = mod.predict(iter, reset=True)
```

```
python test.py
load arg complete
param set
[12:09:12] D:\dev\mxnet\mxnet\dmlc-core\include\dmlc/logging.h:235: [12:09:12] d:\dev\mxnet\mxnet\src\
0123456789101112131415161718192021222324252627282930313233343536373839404142434445464748495051525354555
39140141142143144145146147148149150151152153154155156157158159160161162163164Traceback (most recent ca
  File "test.py", line 29, in <module>
    result = mod.predict(iter, reset=True)
  File "d:\dev\mxnet\mxnet\python\mxnet\module\base_module.py", line 265, in predict
    for i in range(num_outputs)]
  File "d:\dev\mxnet\mxnet\python\mxnet\module\base_module.py", line 265, in <listcomp>
    for i in range(num_outputs)]
  File "d:\dev\mxnet\mxnet\python\mxnet\ndarray.py", line 915, in concatenate
    ret = empty((shape0,) + shape_rest, ctx=arrays[0].context, dtype=dtype)
  File "d:\dev\mxnet\mxnet\python\mxnet\ndarray.py", line 551, in empty
    return NDArray(handle=_new_alloc_handle(shape, ctx, False, dtype))
  File "d:\dev\mxnet\mxnet\python\mxnet\ndarray.py", line 69, in _new_alloc_handle
    ctypes.byref(hdl)))
  File "d:\dev\mxnet\mxnet\python\mxnet\base.py", line 77, in check_call
    raise MXNetError(py_str(_LIB.MXGetLastError()))
mxnet.base.MXNetError: [12:09:12] d:\dev\mxnet\mxnet\src\storage\./pooled_storage_manager.h:62: Memory
```



**PrismQ** commented on Sep 24, 2016    [Author] · · ·

I checked if the result `ndarray.__del__()` is called by inserting `print` into `__del__()`

```
def __del__(self):
    if hasattr(self,"x"):
        print(self.x)
    check_call(_LIB.MXNDArrayFree(self.handle))
```

then begin the loop:

```
for i in range(1000):
    result = mod.predict(iter, reset=True)
    result.x = i
```

the result is

```
1
2
.....
161
162
mxnet.base.MXNetError: .... Memory allocation failed. .....
163
```

seems that `__del__()` is called on every result.

**tqchen** commented on Sep 24, 2016    [Member] · · ·

@piiswrong Seems was due to the memory re-allocation line too high problem





**piiswrong** commented on Sep 24, 2016 Contributor

@PrismQ Could you try the current master? there was a few changes since 07/01

**PrismQ** commented on Sep 24, 2016 Author

@piiswrong I tried the current master and got the same result (Memory allocation failed)

**piiswrong** commented on Sep 24, 2016 • edited Contributor

Could you also post vgg_face-symbol2.json?

**PrismQ** commented on Sep 24, 2016 Author

Here it is. It's generated by `tools/caffe_converter` then manually edited to remove the classification output layers.

vggface-symbol2.json.txt

**piiswrong** self-assigned this on Sep 27, 2016

**pono** unassigned **piiswrong** on Jul 28, 2017

**szha** commented on Oct 29, 2017 Member

This issue is closed due to lack of activity in the last 90 days. Feel free to ping me to reopen if this is still an active issue. Thanks!
Also, do please check out our forum (and Chinese version) for general "how-to" questions.

**szha** closed this as completed on Oct 29, 2017

Sign up for free to join this conversation on GitHub. Already have an account? Sign in to comment

© 2023 GitHub, Inc. Terms Privacy Security Status Docs Contact GitHub Pricing API Training Blog About

Product Solutions Open Source Pricing Search or jump to... / Sign in Sign up

apache / mxnet Public

Notifications Fork 6.9k Star 20.6k

Code Issues 1.8k Pull requests 205 Discussions Actions Projects 10 Wiki Security Insights

# An fatal error when using Scala-pkg. #3185

New issue

Closed zihaolucky opened this issue on Aug 31, 2016 · 2 comments

zihaolucky commented on Aug 31, 2016 • edited Member ...

Hi @javelinjs

Background: I trained the model in Python and uploaded its `param` and `json` file which is to be used in Scala. I also change something in `json` to run the code below.

```
object MXNetPredict {
  def main(args: Array[String]) {
    val ndArray = NDArray.zeros(Shape(32,1,19,128))
    val data: IndexedSeq[NDArray] = IndexedSeq(ndArray)
    val label: IndexedSeq[NDArray] = IndexedSeq()
    val valData: NDArrayIter = new NDArrayIter(data, label)

    val model = FeedForward.load("prefix", 12)
    model.predict(valData) // error here.
  }
}
```

But error occurred in `model.predict` phrase.

```
[14:46:27] /Users/lewis/Workspace/source-codes/release/mxnet/dmlc-core/include/dmlc/logging.h:24 4
Source: 300
#
# A fatal error has been detected by the Java Runtime Environment:
#
#  SIGBUS (0xa) at pc=0x00007fff9de0d953, pid=88910, tid=5891
#
# JRE version: Java(TM) SE Runtime Environment (8.0_25-b17) (build 1.8.0_25-b17)
# Java VM: Java HotSpot(TM) 64-Bit Server VM (25.25-b02 mixed mode bsd-amd64 compressed oops)
# Problematic frame:
# C  [libsystem_platform.dylib+0x1953]  _platform_memmove$VARIANT$Nehalem+0xf3
#
# Failed to write core dump. Core dumps have been disabled. To enable core dumping, try "ulimit -c unl
#
# An error report file with more information is saved as:
# /Users/white/IdeaProjects/coin-selina-intent/hs_err_pid88910.log
#
# If you would like to submit a bug report, please visit:
#   http://bugreport.sun.com/bugreport/crash.jsp
#
```

Seems the reshape operation.

zihaolucky commented on Aug 31, 2016 • edited Member Author ...

I think the problem exists in Concat Op before we do horizontal pooling.

```
{
  "nodes": [
    {
      "op": "null",
      "param": {},
      "name": "data",
      "inputs": [],
      "backward_source_id": -1
    },
    {
      "op": "null",
      "param": {},
```

Assignees
No one assigned

Labels
None yet

Projects
None yet

Milestone
No milestone

Development
No branches or pull requests

1 participant

```
        "name": "convolution0_weight",
        "inputs": [],
        "backward_source_id": -1
    },
    {
        "op": "null",
        "param": {},
        "name": "convolution0_bias",
        "inputs": [],
        "backward_source_id": -1
    },
    {
        "op": "Convolution",
        "param": {
            "dilate": "(1,1)",
            "kernel": "(1,128)",
            "no_bias": "False",
            "num_filter": "100",
            "num_group": "1",
            "pad": "(0,0)",
            "stride": "(1,1)",
            "workspace": "512"
        },
        "name": "convolution0",
        "inputs": [[0, 0], [1, 0], [2, 0]],
        "backward_source_id": -1
    },
    {
        "op": "Activation",
        "param": {"act_type": "relu"},
        "name": "activation0",
        "inputs": [[3, 0]],
        "backward_source_id": -1
    },
    {
        "op": "Pooling",
        "param": {
            "kernel": "(19,1)",
            "pad": "(0,0)",
            "pool_type": "max",
            "stride": "(1,1)"
        },
        "name": "pooling0",
        "inputs": [[4, 0]],
        "backward_source_id": -1
    },
    {
        "op": "null",
        "param": {},
        "name": "convolution1_weight",
        "inputs": [],
        "backward_source_id": -1
    },
    {
        "op": "null",
        "param": {},
        "name": "convolution1_bias",
        "inputs": [],
        "backward_source_id": -1
    },
    {
        "op": "Convolution",
        "param": {
            "dilate": "(1,1)",
            "kernel": "(2,128)",
            "no_bias": "False",
            "num_filter": "100",
            "num_group": "1",
            "pad": "(0,0)",
            "stride": "(1,1)",
            "workspace": "512"
        },
        "name": "convolution1",
        "inputs": [[0, 0], [6, 0], [7, 0]],
        "backward_source_id": -1
    },
    {
        "op": "Activation",
        "param": {"act_type": "relu"},
        "name": "activation1",
        "inputs": [[8, 0]],
        "backward_source_id": -1
    },
    {
        "op": "Pooling",
        "param": {
            "kernel": "(18,1)",
            "pad": "(0,0)",
            "pool_type": "max",
            "stride": "(1,1)"
        },
```

```
    },
    {
      "op": "null",
      "name": "pooling1",
      "inputs": [[9, 0]],
      "backward_source_id": -1
    },
    {
      "op": "null",
      "param": {},
      "name": "convolution2_weight",
      "inputs": [],
      "backward_source_id": -1
    },
    {
      "op": "null",
      "param": {},
      "name": "convolution2_bias",
      "inputs": [],
      "backward_source_id": -1
    },
    {
      "op": "Convolution",
      "param": {
        "dilate": "(1,1)",
        "kernel": "(3,128)",
        "no_bias": "False",
        "num_filter": "100",
        "num_group": "1",
        "pad": "(0,0)",
        "stride": "(1,1)",
        "workspace": "512"
      },
      "name": "convolution2",
      "inputs": [[0, 0], [11, 0], [12, 0]],
      "backward_source_id": -1
    },
    {
      "op": "Activation",
      "param": {"act_type": "relu"},
      "name": "activation2",
      "inputs": [[13, 0]],
      "backward_source_id": -1
    },
    {
      "op": "Pooling",
      "param": {
        "kernel": "(17,1)",
        "pad": "(0,0)",
        "pool_type": "max",
        "stride": "(1,1)"
      },
      "name": "pooling2",
      "inputs": [[14, 0]],
      "backward_source_id": -1
    },
    {
      "op": "Concat",
      "param": {
        "dim": "1",
        "num_args": "3"
      },
      "name": "concat0",
      "inputs": [[5, 0], [10, 0], [15, 0]],
      "backward_source_id": -1
    },
    {
      "op": "Reshape",
      "param": {
        "target_shape": "(32,300)"
      },
      "name": "reshape0",
      "inputs": [[16, 0]],
      "backward_source_id": -1
    },
    {
      "op": "Dropout",
      "param": {"p": "0.5"},
      "name": "dropout0",
      "inputs": [[17, 0]],
      "backward_source_id": -1
    },
    {
      "op": "null",
      "param": {},
      "name": "fc_intent_weight",
      "inputs": [],
      "backward_source_id": -1
    },
    {
      "op": "null",
      "param": {},
      "name": "fc_intent_bias",
```

```
      "inputs": [],
      "backward_source_id": -1
    },
    {
      "op": "FullyConnected",
      "param": {
        "no_bias": "False",
        "num_hidden": "3"
      },
      "name": "fc_intent",
      "inputs": [[18, 0], [19, 0], [20, 0]],
      "backward_source_id": -1
    },
    {
      "op": "null",
      "param": {},
      "name": "softmax_label_intent",
      "inputs": [],
      "backward_source_id": -1
    },
    {
      "op": "SoftmaxOutput",
      "param": {
        "grad_scale": "1",
        "ignore_label": "-1",
        "multi_output": "False",
        "use_ignore": "False"
      },
      "name": "softmaxoutput0",
      "inputs": [[21, 0], [22, 0]],
      "backward_source_id": -1
    }
  ],
  "arg_nodes": [0, 1, 2, 6, 7, 11, 12, 19, 20, 22],
  "heads": [[23, 0]]
}
```

**zihaolucky** commented on Aug 31, 2016 · edited ▾    Member  Author  ···

My bad. should init the NDArrayIter with batchSize then everything works great!

```
//change
val valData: NDArrayIter = new NDArrayIter(data, label)
//to
val valData: NDArrayIter = new NDArrayIter(data, label, 32)
```

✔ 🧑 **zihaolucky** closed this as completed on Aug 31, 2016

**Sign up for free** to join this conversation on GitHub. Already have an account? Sign in to comment

# EXHIBIT G

# United States of America

## United States Patent and Trademark Office

# Open AI

**Reg. No. 5,258,002**

**Registered Aug. 01, 2017**

**Int. Cl.: 42**

**Service Mark**

**Supplemental Register**

Guy Ravine (UNITED STATES INDIVIDUAL)
346 1st st
San Francisco, CA 94105

CLASS 42: Providing a web site featuring technology that enables internet users to share documents, images and videos

FIRST USE 3-25-2015; IN COMMERCE 3-25-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "AI"

SER. NO. 86-847,151, FILED P.R. 12-11-2015; AM. S.R. 03-30-2017
KATINA SHAY JACKSON, EXAMINING ATTORNEY



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- ***First Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after  the  registration date.  See  15  U.S.C.  §§1058,  1141k.  If  the  declaration  is  accepted,  the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**ER2120**

# EXHIBIT H

PTO- 1563
Approved for use through 01/31/2025. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 5258002 |
| **REGISTRATION DATE** | 08/01/2017 |
| **SERIAL NUMBER** | 86847151 |
| **MARK SECTION** | |
| **MARK** | OPEN AI (see, mark) |
| **ATTORNEY INFORMATION (current)** | |
| **NAME** | Jake Farrar |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |
| **YEAR OF ADMISSION** | NOT SPECIFIED |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | NOT SPECIFIED |
| **FIRM NAME** | The Van Winkle Law Firm |
| **STREET** | P.O. Box 7376 |
| **CITY** | Asheville |
| **STATE** | North Carolina |
| **POSTAL CODE** | 28802 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 8285819201 |
| **EMAIL** | jake@merithewlaw.com |
| **ATTORNEY INFORMATION (proposed)** | |
| **NAME** | William G. Heedy |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | The Van Winkle Law Firm |
| **STREET** | 11 N. Market Street |
| **CITY** | Asheville |
| **STATE** | North Carolina |
| **POSTAL CODE** | 28801 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 8282582991 |

| EMAIL | wheedy@vwlawfirm.com |
|---|---|
| OTHER APPOINTED ATTORNEY | Sam Ferrell Alman, Jr. |

## CORRESPONDENCE INFORMATION (current)

| NAME | JAKE FARRAR |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | jfarrar@vwlawfirm.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | wheedy@vwlawfirm.com; jpearson@vwlawfirm.com |

## CORRESPONDENCE INFORMATION (proposed)

| NAME | William G. Heedy |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | wheedy@vwlawfirm.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | trademarks@vwlawfirm.com |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 042 |
|---|---|
| GOODS OR SERVICES | Providing a web site featuring technology that enables internet users to share documents, images and videos |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-64147209114-20230718 140036223018_._RAVGT2201_Specimen___.pdf |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\868\471\86847151\xml2\S080002.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\868\471\86847151\xml2\S080003.jpg |
| SPECIMEN DESCRIPTION | webpage featuring services |
| WEBPAGE URL | https://open.ai/images |
| WEBPAGE DATE OF ACCESS | 07/18/2023 |
| MISCELLANEOUS STATEMENT | An assignment has been recorded for the subject registration (Reel/Frame 8127/0689), but the system does not yet reflect this change. Accordingly, Registrant is submitting a copy of the recorded assignment herewith. |
| ORIGINAL PDF FILE | MISC-64147209114-20230718 140036223018_._assignment -tm-8127-0689.pdf |
| | \\TICRS\EXPORT18\IMAGEOUT 18\868\471\86847151\xml2 \S080004.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\868\471\86847151\xml2 \S080005.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\868\471\86847151\xml2 \S080006.jpg |

## OWNER SECTION (current)

| NAME | Guy Ravine |
|---|---|
| MAILING ADDRESS | 346 1st st |
| CITY | San Francisco |
| STATE | California |

| ZIP/POSTAL CODE | 94105 |
|---|---|
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| EMAIL | XXXX |

| OWNER SECTION (proposed) | |
|---|---|
| NAME | OPEN ARTIFICIAL INTELLIGENCE INC. |
| MAILING ADDRESS | 95 3RD STREET |
| CITY | San Francisco |
| STATE | California |
| ZIP/POSTAL CODE | 94103 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| EMAIL | XXXX |

| LEGAL ENTITY SECTION (current) | |
|---|---|
| TYPE | individual |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | United States |

| LEGAL ENTITY SECTION (proposed) | |
|---|---|
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Delaware |

| PAYMENT SECTION | |
|---|---|
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| FILING § 8 AFFIDAVIT PER CLASS | 225 |
| TOTAL FEE PAID | 225 |

| SIGNATURE SECTION | |
|---|---|
| SIGNATURE | /Guy Ravine/ |
| SIGNATORY'S NAME | Guy Ravine |
| SIGNATORY'S POSITION | President |
| DATE SIGNED | 07/20/2023 |
| SIGNATURE METHOD | Sent to third party for signature |
| PAYMENT METHOD | CC |

| FILING INFORMATION | |
|---|---|
| SUBMIT DATE | Thu Jul 20 16:24:26 ET 2023 |
| TEAS STAMP | USPTO/SECT08-XX.XXX.XXX.X XX-20230720162428016758-5 258002-8505a5b537416ef557 9bbbcddc91d33a4ec9cb6c5f2 a882945431f9fab97cde514b- CC-24267015-2023072015593 5383793 |

PTO- 1563
Approved for use through 01/31/2025. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

### Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8
**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 5258002
**REGISTRATION DATE:** 08/01/2017

**MARK:** OPEN AI

**Current:** The owner, Guy Ravine, a citizen of United States, having an address of
    346 1st st
    San Francisco, California 94105
    United States
    XXXX

**Proposed:** The owner, OPEN ARTIFICIAL INTELLIGENCE INC., a corporation of Delaware, having an address of
    95 3RD STREET
    San Francisco, California 94103
    United States
    XXXX
is filing a Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8.

For International Class 042, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Providing a web site featuring technology that enables internet users to share documents, images and videos ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) webpage featuring services.

**Original PDF file:**
SPN0-64147209114-20230718 140036223018_._RAVGT2201_Specimen__.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

Webpage URL: https://open.ai/images
Webpage Date of Access: 07/18/2023
**MISCELLANEOUS STATEMENTS**
An assignment has been recorded for the subject registration (Reel/Frame 8127/0689), but the system does not yet reflect this change. Accordingly, Registrant is submitting a copy of the recorded assignment herewith.

**Original PDF file:**
MISC-64147209114-20230718 140036223018_._assignment -tm-8127-0689.pdf
**Converted PDF file(s)** (3 pages)
Miscellaneous File1
Miscellaneous File2
Miscellaneous File3

The owner's/holder's current attorney information: Jake Farrar. Jake Farrar of The Van Winkle Law Firm, is located at

    P.O. Box 7376
    Asheville, North Carolina 28802
    United States

The phone number is 8285819201.

The email address is jake@merithewlaw.com

The owner's/holder's proposed attorney information: William G. Heedy. Other appointed attorneys are Sam Ferrell Alman, Jr.. William G. Heedy of The Van Winkle Law Firm, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

 11 N. Market Street
 Asheville, North Carolina 28801
 United States

The phone number is 8282582991.

The email address is wheedy@vwlawfirm.com

William G. Heedy submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current)**
 JAKE FARRAR
 PRIMARY EMAIL FOR CORRESPONDENCE: jfarrar@vwlawfirm.com
 SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): wheedy@vwlawfirm.com; jpearson@vwlawfirm.com

**Correspondence Information (proposed)**
 William G. Heedy
 PRIMARY EMAIL FOR CORRESPONDENCE: wheedy@vwlawfirm.com
 SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@vwlawfirm.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $225 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

<p align="center">**Declaration**</p>

 ☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

 ☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

 ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

 ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Guy Ravine/ Date: 07/20/2023
Signatory's Name: Guy Ravine
Signatory's Position: President
Signature method: Sent to third party for signature

Mailing Address **(current):**
 The Van Winkle Law Firm
 P.O. Box 7376
 Asheville, North Carolina 28802

Mailing Address **(proposed):**
 The Van Winkle Law Firm

<p align="center">**ER2127**</p>

11 N. Market Street
Asheville, North Carolina 28801

Serial Number: 86847151
Internet Transmission Date: Thu Jul 20 16:24:26 ET 2023
TEAS Stamp: USPTO/SEC108-XX.XXX.XXX.XXX-202307201624
28016758-5258002-8505a5b537416ef5579bbbc
ddc91d33a4ec9cb6c5f2a882945431f9fab97cde
514b-CC-24267015-20230720155935383793

https://open.ai/images





**900784766      07/10/2023**

## TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                        ETAS ID: TM822995
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Guy Ravine | | 06/30/2023 | INDIVIDUAL: UNITED STATES |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Open Artificial Intelligence Inc. |
| Street Address: | 95 3rd Street |
| City: | San Francisco |
| State/Country: | CALIFORNIA |
| Postal Code: | 94103 |
| Entity Type: | Corporation: DELAWARE |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 5258002 | OPEN AI |

**CORRESPONDENCE DATA**

**Fax Number:**   2123553333
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*
**Phone:**   2128138800
**Email:**   TMADMIN@GOODWINLAW.COM
**Correspondent Name:**   Goodwin Procter LLP/Janis Nici
**Address Line 1:**   620 Eighth Avenue
**Address Line 4:**   New York, NEW YORK 10018

*OP  $40.00  5258002*

| NAME OF SUBMITTER: | Janis Nici |
|---|---|
| SIGNATURE: | /janis nici/ |
| DATE SIGNED: | 07/10/2023 |

**Total Attachments: 2**
source=Open Artificial Intelligence - Trademark Assignment Agreement FE#page1.tif
source=Open Artificial Intelligence - Trademark Assignment Agreement FE#page2.tif

**900784766**

**TRADEMARK**
**REEL: 008127 FRAME: 0689**

ER2131

DocuSign Envelope ID: D83D5591-1CCD-4B08-B6B3-2EBB140C80DC

## TRADEMARK REGISTRATION ASSIGNMENT

This TRADEMARK REGISTRATION ASSIGNMENT (this "Trademark Assignment") is made by Guy Ravine, a California resident ("Assignor"), and Open Artificial Intelligence Inc., a Delaware corporation with an office at 95 3rd Street, San Francisco, California, 94103 ("Assignee").

WHEREAS, Assignee desires to acquire Assignor's entire right, title and interest in and to U.S. Trademark Registration No. 5,258,002 for OPEN AI (the "Trademark Properties"), together with the goodwill of the business symbolized by the Trademark Properties.

NOW THEREFORE, the parties agree as follows:

1.  <u>Assignment</u>.  For good and valuable consideration, receipt of which is acknowledged, Assignor hereby irrevocably conveys, assigns and transfers to Assignee, and Assignee hereby accepts, all of Assignor's right, title, and interest in and to the following:

(a)  all right, title and interest in and to the Trademark Properties, together with the goodwill of the business connected with the use of, and symbolized by, the Trademark Properties;

(b)  all rights of any kind whatsoever of Assignor accruing under any of the foregoing provided by applicable law of any jurisdiction, by international treaties and conventions, and otherwise throughout the world;

(c)  any and all royalties, fees, income, payments, and other proceeds now or hereafter due or payable with respect to any and all of the foregoing; and

(d)  any and all claims and causes of action with respect to any of the foregoing, whether accruing before, on, or after the date hereof, including all rights to and claims for damages, restitution, and injunctive and other legal and equitable relief for past, present, and future infringement, dilution, misappropriation, violation, misuse, breach, or default, with the right but no obligation to sue for such legal and equitable relief and to collect, or otherwise recover, any such damages.

2.  <u>Recordation and Further Actions</u>.  Assignor hereby authorizes the Commissioner for Trademarks in the United States Patent and Trademark Office to record and register this Trademark Assignment. Following the date hereof, upon Assignee's reasonable request, Assignor shall take such steps and actions, and provide such cooperation and assistance to Assignee and its successors, assigns, and legal representatives, including the execution and delivery of any affidavits, declarations, oaths, exhibits, assignments, powers of attorney, or other documents, as may be necessary to effect, evidence, or perfect the assignment of the Trademark Properties to Assignee, or any assignee or successor thereto.

3.  <u>Counterparts</u>.  This Trademark Assignment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed one and the same agreement.  A signed copy of this Trademark Assignment delivered by facsimile, e-mail, or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Trademark Assignment.

4.  <u>Successors and Assigns</u>.  This Trademark Assignment shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

- 1 -

**TRADEMARK
REEL: 008127 FRAME: 0690**

**ER2132**

DocuSign Envelope ID: D83D5591-1CCD-4B08-B6B3-2EBB140C80DC

IN WITNESS WHEREOF, the parties have duly executed this Trademark Assignment as of June 30, 2023

**ASSIGNOR:**

**Guy Ravine**

_Guy Ravine_
1AA6A27162A4452...

**ASSIGNEE:**

**Open Artificial Intelligence Inc.**

By _Guy Ravine_
1AA6A27162A4452...
Name:  Guy Ravine
Title:  President

- 2 -

ACTIVE/123975273.2

**TRADEMARK**
**REEL: 008127 FRAME: 0691**

**RECORDED: 07/10/2023**

# EXHIBIT I







# EXHIBIT J















web.archive.org/web/20170926220527/http://open.ai/

INTERNET ARCHIVE | WEB | BOOKS | VIDEO | AUDIO | SOFTWARE | IMAGES | SIGN UP | LOG IN | UPLOAD | Search

ABOUT | BLOG | PROJECTS | HELP | DONATE | CONTACT | JOBS | VOLUNTEER | PEOPLE

INTERNET ARCHIVE
WaybackMachine

Loading...

http://open.ai/ |
22:05:27 September 26, 2017

Got an HTTP 301 response at crawl time

Redirecting to...

https://openai.com/

Impatient?

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

**https://web.archive.org/web/20170926220527/http://open.ai/** 1:41:23 PM 8/22/2023
Google Chrome 116.0.5845.96 Windows 10 Enterprise 64-bit Build 19044

web.archive.org/web/20181227232823/http://open.ai/

INTERNET ARCHIVE | WEB | BOOKS | VIDEO | AUDIO | SOFTWARE | IMAGES | SIGN UP | LOG IN | UPLOAD | Search

ABOUT | BLOG | PROJECTS | HELP | DONATE | CONTACT | JOBS | VOLUNTEER | PEOPLE

INTERNET ARCHIVE WaybackMachine

Loading...

http://open.ai/ |
23:28:23 December 27, 2018

Got an HTTP 301 response at crawl time

Redirecting to...

https://openai.com/

Impatient?

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

**https://web.archive.org/web/20181227232823/http://open.ai/** 1:45:02 PM 8/22/2023
Google Chrome 116.0.5845.96 Windows 10 Enterprise 64-bit Build 19044

web.archive.org/web/20190124174502/http://open.ai/

INTERNET ARCHIVE | WEB | BOOKS | VIDEO | AUDIO | SOFTWARE | IMAGES | SIGN UP | LOG IN | UPLOAD | Search

ABOUT | BLOG | PROJECTS | HELP | DONATE | CONTACT | JOBS | VOLUNTEER | PEOPLE

INTERNET ARCHIVE
WaybackMachine

Loading...

http://open.ai/ |
17:45:02 January 24, 2019

Got an HTTP 301 response at crawl time

Redirecting to...

https://openai.com/

Impatient?

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

**https://web.archive.org/web/20190124174502/http://open.ai/** 1:46:06 PM 8/22/2023
Google Chrome 116.0.5845.96 Windows 10 Enterprise 64-bit Build 19044

web.archive.org/web/20190504061836/http://open.ai/

INTERNET ARCHIVE | WEB | BOOKS | VIDEO | AUDIO | SOFTWARE | IMAGES | SIGN UP | LOG IN | UPLOAD | Search

ABOUT | BLOG | PROJECTS | HELP | DONATE | CONTACT | JOBS | VOLUNTEER | PEOPLE

INTERNET ARCHIVE WaybackMachine

Loading...

http://open.ai/ |
06:18:36 May 04, 2019

Got an HTTP 301 response at crawl time

Redirecting to...

https://openai.com/

Impatient?

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

https://web.archive.org/web/20190504061836/http://open.ai/ 1:47:35 PM 8/22/2023
Google Chrome 116.0.5845.96 Windows 10 Enterprise 64-bit Build 19044

web.archive.org/web/20201101094454/http://open.ai/

INTERNET ARCHIVE | WEB | BOOKS | VIDEO | AUDIO | SOFTWARE | IMAGES | SIGN UP | LOG IN | UPLOAD | Search

ABOUT | BLOG | PROJECTS | HELP | DONATE | CONTACT | JOBS | VOLUNTEER | PEOPLE

INTERNET ARCHIVE
WaybackMachine

Loading...

http://open.ai/ |
09:44:54 November 01, 2020

Got an HTTP 301 response at crawl time

Redirecting to...

https://openai.com

Impatient?

---

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

Google Chrome
116.0.5845.96

1:48:36 PM 8/22/2023
Windows 10 Enterprise 64-bit Build 19044

web.archive.org/web/20211222205435/http://open.ai/

INTERNET ARCHIVE | WEB | BOOKS | VIDEO | AUDIO | SOFTWARE | IMAGES | SIGN UP | LOG IN | UPLOAD | Search

ABOUT | BLOG | PROJECTS | HELP | DONATE | CONTACT | JOBS | VOLUNTEER | PEOPLE

INTERNET ARCHIVE
WaybackMachine

Loading...

http://open.ai/ |
20:54:35 December 22, 2021

Got an HTTP 301 response at crawl time

Redirecting to...

https://openai.com

Impatient?

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

**https://web.archive.org/web/20211222205435/http://open.ai/** 1:50:11 PM 8/22/2023
Google Chrome 116.0.5845.96 Windows 10 Enterprise 64-bit Build 19044

web.archive.org/web/20220124001544/http://open.ai/

INTERNET ARCHIVE | WEB | BOOKS | VIDEO | AUDIO | SOFTWARE | IMAGES | SIGN UP | LOG IN | UPLOAD | Search

ABOUT | BLOG | PROJECTS | HELP | DONATE | CONTACT | JOBS | VOLUNTEER | PEOPLE

INTERNET ARCHIVE
WaybackMachine

Loading...

http://open.ai/ |
00:15:44 January 24, 2022

Got an HTTP 301 response at crawl time

Redirecting to...

https://openai.com

Impatient?

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

**https://web.archive.org/web/20220124001544/https://openai.com/**
Google Chrome 116.0.5845.96
1:51:07 PM 8/22/2023
Windows 10 Enterprise 64-bit Build 19044

# EXHIBIT K



Open AI

web.archive.org/web/20221211051957/http://open.ai/

INTERNET ARCHIVE WaybackMachine http://open.ai/ Go JUL DEC JAN 11 2021 2022 2023

129 captures
5 Sep 2015 - 21 Aug 2023

# Open AI™

**Imagine if the best AI models were open and free.**

**What would you do with them?**

Open AI is working to make the world's best AI models open.

In the meantime...

## Generate any image imaginable.

Generate

justin trudeau style, highly detailed, digital painting, artstation, concept art, wallpaper, smooth, sharp focus, illustration, art by artgerm and greg rutkowski and alphonse mucha trending on

**Let me know when you're done baking!**

Enter you email **Submit**

**© Open AI™ 2014 - 2022**
Terms of Service

**https://web.archive.org/web/20221211051957/http://open.ai/** 1:55:02 PM 8/22/2023
Google Chrome 116.0.5845.96 Windows 10 Enterprise 64-bit Build 19044



# EXHIBIT L

Case 4:23-cv-03918-YGR   Document 25-12   Filed 09/29/23   Page 2 of 3



**Imagine if the best AI models were open and free.**

**What would you do with them?**

Open AI is working to make the world's best AI models open.

In the meantime...

**Generate any image imaginable.**

|                                                  | **Generate** |
|--------------------------------------------------|--------------|



justin trudeau style, highly detailed, digital painting, artstation,
concept art, wallpaper, smooth, sharp focus, illustration, art by
artgerm and greg rutkowski and alphonse mucha trending on

9/14/23, 4:19 PM

Case: 24-1963, 05/08/2024, DktEntry: 15.16, Page 102 of 117
Case 4:23-cv-03918-YGR   Document 25-12   Filed 09/29/23   Page 3 of 3

(102 of 117)

© Open AI™ 2014 - 2023
Terms of Use

ER2151

# EXHIBIT M

# Open AI™

# Terms of Use

This Terms of Use uses the words "You", "your", and "user" interchangeably and refer to anyone, whether an individual, natural person or under or for any legal entity, plural or singular, that accesses and/or uses the Open AI website and services; these words also include "Affirmer" as that word is defined and used in the CC0 1.0 Universal Public Domain Dedication (available at https://creativecommons.org/publicdomain/zero/1.0 and hereby incorporated by reference as though fully set forth herein). Any such user warrants that the user is of full legal age to contract in their respective legal jurisdiction.

Open AI website and services provide generative tools to allow users to express their creativity.

## Privacy

Open AI will not sell or release the private information described below in "Private Information Stored" to any third party except in any public sale, merger, or other acquisition of Open AI or as required by law. In the event of a public sale, merger, or acquisition any subsequent party shall be bound by the provisions described in these Terms of Service. Open AI will destroy such private information if this agreement cannot be upheld.

The user acknowledges that any generations the user might make may be publicly available in a public feed unless expressly stated otherwise.

## Private Information Stored

The Open AI service privately tracks and stores the following:

- The IP address of the user submitting prompts
- The inputs provided by each unique user for each unique prompt

The purpose of this collection is to allow the user to store and view their generations, save other generations, share them, and perform other service operations. Because your generations are tied to your IP, which may change, your generations history may be lost. Your generations history may also be erased by routing storage cleaning or for other reasons. You can save your generations by downloading them to your device.

Delete all information associated with me.

**By using Open AI website and services, you hereby agree to forfeit all intellectual property rights claims worldwide, and forfeit any/all copyright claim(s), to the Content you provide or receive through your use of Open AI website and services, regardless of legal jurisdiction or intellectual property law applicable therein. **

## Copyright

The public domain is not a unified concept across legal jurisdictions; thus, the specific affirmation you make When you use the Open AI website and services you make an affirmation of the CC0 1.0 Universal Public Domain Dedication [available at https://creativecommons.org/publicdomain/zero/1.0] because the public domain is not a unified concept across legal jurisdiction. Any/all users (including "Affirmers" as described in the Universal Public Domain Dedication) expressly agree to the entirety of the referenced and incorporated Universal Public Domain Dedication, which includes, but is not limited to, the following:

. . . .

2. Waiver. To the greatest extent permitted by, but not in contravention of, applicable law, Affirmer hereby overtly, fully, permanently, irrevocably and unconditionally waives, abandons, and surrenders all of Affirmer's Copyright and Related Rights and associated claims and causes of action, whether now known or unknown (including existing as well as future claims and causes of action), in the Work (i) in all territories worldwide, (ii) for the maximum duration provided by applicable law or treaty (including future time extensions), (iii) in any current or future medium and for any number of copies, and (iv) for any purpose whatsoever, including without limitation commercial, advertising or promotional purposes (the "Waiver"). Affirmer makes the Waiver for the benefit of each member of the public at large and to the detriment of Affirmer's heirs and successors, fully intending that such Waiver shall not be subject to revocation, rescission, cancellation, termination, or any other legal or equitable action to disrupt the quiet enjoyment of the Work by the public as contemplated by Affirmer's express Statement of Purpose.

. . . .

By use of Open AI website and services, all users acknowledge to have read and accepted the full CC0 1.0 Universal Public Domain Dedication (available at https://creativecommons.org/publicdomain/zero/1.0), which includes but not limited to the foregoing waiver of intellectual property rights concerning any Content. The user acknowledges and understands that by using the Open AI website and services, you provide a waiver that also includes a waiver of any such user's expectation and/or claim to any absolute, unconditional right to reproduce, copy, prepare derivate works, distribute, sell, perform, and/or display, as applicable, and further that any such user acknowledges no authority or right to deny permission to others to do the same concerning the Content. Any such user hereby waives and does not hold any rights whatsoever, regardless of legal jurisdiction to or in the Content. Further, all such users hereby acknowledge that this Terms of Use will be binding upon any of the user's successors, heirs, agents, affiliates, administrators, representatives, attorneys, executors, divisions, and assigns, now and forever. This waiver further irrevocably and forever releases, acquits, and discharges Open AI from any and all claims, demands, charges, complaints, controversies, agreements, promises, and causes of action of any kind or nature whatsoever, both at law and in equity, known or unknown, suspected or unsuspected, arising out of and relating in any way to the Content.

Note that while users have forfeited copyright (and any/all intellectual property right claims) on these images, they are still public domain and can be used by anyone for any purpose, including by the user. Feel free to use images from Open AI website and services for anything, including commercial purposes.

Open AI website and services use Stable Diffusion for generations. By using our services, you are required to comply with the Stable Diffusion license terms.

# Prompt Guidelines

Open AI website and services should not be used for:

- NSFW, lewd, or sexual material

- Hateful or violent imagery, such as antisemitic iconography, racist caricatures, misogynistic and misandrist propaganda, etc.
- Personal information about yourself or any other person. This includes but is not limited to phone numbers, residential addresses, social security numbers, driver's license numbers, account numbers, etc.
- Copyrighted or trademarked material should be avoided in prompts.

# Indemnity Clause

Users, by use of Open AI website and services, hereby agree to indemnify and hold harmless Open AI against any and all claims, demands, charges, complaints, controversies, and causes of action of any kind or nature whatsoever, both at law and in equity, known or unknown, suspected or unsuspected (from now on "Claims"), arising out of and relating in any way to intellectual property infringement claims made against Open AI concerning your Content if such Claims inure to your benefit in any way and also to hold harmless and indemnify Open AI against all Claims relating in any way to your use of Open AI website and services. This indemnity includes reimbursement to Open AI for any applicable court costs and expenses of litigation, including but not limited to reasonable attorneys' fees, and reimbursement for any losses and liabilities of Open AI, including but not limited to judgments, settlements, fees, costs, expenses, legal debts, legal obligations, and any third-party Claims against Open AI

Open AI makes no warranties or representations concerning user Content and is not responsible for unauthorised use. Users are responsible for using Open AI website and services only as authorised and in compliance with applicable laws of the jurisdictions in which such users are domiciled, reside, or are located at the time of such use. Users who observe unauthorised or illegal use of Open AI website and services are encouraged to report such conduct immediately to Open AI moderators for review.

Choice of Law Should any dispute arise under this Terms of Use, the access or use of Open AI website or services, etc., the law of the State of Delaware in all respects shall govern, without regard for the jurisdiction or forum in which the user is domiciled, resides, or located at the time of such access/use.

If you use the Open AI website you agree and understand all work with Open AI website and services is public domain, and indicate the user is of legal age to contract in the user's jurisdiction and indicates the user's fully informed acknowledgement, understanding, and agreement to the entirety of this Terms of Use and anything incorporated herein by reference. If you disagree, use of Open AI website and services without the user's acceptance of this Terms of Use and all incorporated provisions constitutes unauthorised use for which the user disclaims any/all potential or actual right to relief against Open AI, regardless of the legal jurisdiction of Open AI or the user's domicile, residence, or location.

© Open AI™ 2014 - 2023
Terms of Use

# EXHIBIT N

# Open AI™

Feed     **My Generations**

Generate



**Open AI**™

<u>Feed</u>          <u>**My Generations**</u>



   

   

   

   

  

# Open AI™

<u>Feed</u>    <u>**My Generations**</u>

   

   

   

   

   

**Open AI**™

<u>Feed</u>   <u>**My Generations**</u>

   

   

   

   

   

**Open AI**™

<u>Feed</u>     **My Generations**

   

   

   

   

   

9/14/23, 4:20 PM

Case: 24-1963, 05/08/2024, DktEntry: 15.16, Page 113 of 117
Case 4:23-cv-03918-YGR   Document 25-4   Filed 09/29/23   Page 7 of 8
(113 of 117)

# Open AI™

<u>Feed</u>  <u>**My Generations**</u>

    

   

   

   

  

# Open AI™

<u>Feed</u>   **<u>My Generations</u>**

   

   

   

© Open AI™ 2014 - 2023
Terms of Use

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Robert P. Feldman (Bar No. 69602)
2   bobfeldman@quinnemanuel.com
   Margret M. Caruso (Bar No. 243473)
3   margretcaruso@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
5
   Robert M. Schwartz (Bar No. 117166)
6   robertschwartz@quinnemanuel.com
   Aaron H. Perahia (Bar No. 304554)
7   aaronperahia@quinnemanuel.com
   865 S. Figueroa St., 10th Fl.
8  Los Angeles, California 90017-2543
   Telephone:    (213) 443-3000
9
   Sam S. Stake (Bar No. 257916)
10  samstake@quinnemanuel.com
   50 California Street, 22nd Floor
11 San Francisco, California 94111-4624
   Telephone:    (415) 875-6600
12

13 *Attorneys for OpenAI, Inc.*

14

15                 **UNITED STATES DISTRICT COURT**

                 **NORTHERN DISTRICT OF CALIFORNIA**
16

17 OPENAI, INC., a Delaware corporation,        Case No. 4:23-CV-03918-YGR

18            Plaintiff,                          Assigned to Hon. Yvonne Gonzalez Rogers

19       vs.                                      **EXHIBIT O TO THE DECLARATION OF
                                                 AARON PERAHIA IN SUPPORT OF**
20 OPEN ARTIFICIAL INTELLIGENCE, INC.,           **OPENAI, INC.'S MOTION FOR A**
   a Delaware corporation; and GUY RAVINE, an    **PRELIMINARY INJUNCTION**
21 individual,
                                                 Date:      November 7, 2023
22            Defendants.                         Time:      2:00 p.m.
                                                 Place:     Courtroom 1 (4th Fl.)
23                                                          1301 Clay St.
                                                           Oakland, CA 94612
24

25

26

27

28

**MANUAL FILING NOTIFICATION**

**(Exhibit O to the Declaration of Aaron Perahia)**

PLEASE TAKE NOTICE that Exhibit O to the Declaration of Aaron Perahia dated September 29, 2023 filed in support of OpenAI, Inc.'s Motion for a Preliminary Injunction is in physical form and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in physical copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This was not e-filed for the following reason: it is a physical object, namely, a flash drive containing a computer file greater in size than the 50 mb file size limit permitted by the Court's e-filing system.

DATED: September 29, 2023                    Respectfully submitted,

                                             QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP


                                             By   /s/ Aaron Perahia
                                                  Aaron Perahia
                                                  Attorneys for Plaintiff OpenAI, Inc.

# EXHIBIT P