# Part 1:
# Feed Page









Case: 24-1963, 05/08/2024, DktEntry: 15.17, Page 6 of 117
Case 4:23-cv-03918-YGR   Document 25-16   Filed 09/29/23   Page 7 of 11

(6 of 117)

# Part 2:
# Direct Link Pages









# EXHIBIT Q

# Open AI™

**+ New chat**





General AI ⌄

You are now talking to "General AI" to switch, you can type in the chat of who you want to talk to.

**Hello!**
**Ask me anything I'll respond with text and images.**

i.e. "Got any creative ideas for a 10 year old's birthday?"

# EXHIBIT R



Open AI

web.archive.org/web/20230408115443/https://chat.open.ai/

Incognito

https://chat.open.ai/ Go

11 captures
8 Apr 2023 - 24 Aug 2023

MAR APR MAY
08
2022 2023 2024

About this capture

In the meantime...

# Open AI™

## Generate any image imaginable.

Generate

Imagine if the best AI models were open and free.

What would you do with them?

Open AI is working to make the world's best AI models open.

justin trudeau style, highly detailed, digital painting, artstation, concept art, wallpaper, smooth, sharp focus, illustration, art by artgerm and greg rutkowski and alphonse mucha trending on

Let me know when you're done baking!

Enter you email Submit

© Open AI™ 2014 - 2023
Terms of Use

Google Chrome
116.0.5845.188

12:19:29 PM 9/24/2023
Windows 10 Enterprise 64-bit Build 19044

# EXHIBIT S





**Open AI**™

## Terms of Use

This Terms of Use uses the words "You", "your", and "user" interchangeably and refer to anyone, whether an individual, natural person or under or for any legal entity, plural or singular, that accesses and/or uses the Open AI website and services; these words also include "Affirmer" as that word is defined and used in the CC0 1.0 Universal Public Domain Dedication (available at https://creativecommons.org/publicdomain/zero/1.0 and hereby incorporated by reference as though fully set forth herein). Any such user warrants that the user is of full legal age to contract in their respective legal jurisdiction.

Open AI website and services provide generative tools to allow users to express their creativity.

### Privacy

Open AI will not sell or release the private information described below in "Private Information Stored" to any third party except in any public sale, merger, or other acquisition of Open AI or as required by law. In the event of a public sale, merger, or acquisition any subsequent party shall be bound by the provisions described in these Terms of Service. Open AI will destroy such private information if this agreement cannot be upheld.

The user acknowledges that any generations the user might make may be publicly available in a public feed unless expressly stated otherwise.

### Private Information Stored

The Open AI service privately tracks and stores the following:

- The IP address of the user submitting prompts
- The inputs provided by each unique user for each unique prompt

The purpose of this collection is to allow the user to store and view their generations, save other generations, share them, and perform other service operations. Because your generations are tied to your IP, which may change, your generations history may be lost. Your generations history may also be erased by routing storage cleaning or for other reasons. You can save your generations by downloading them to your device.

Delete all information associated with me.

**By using Open AI website and services, you hereby agree to forfeit all intellectual property rights claims worldwide, and forfeit any/all copyright claim(s), to the Content you provide or receive through your use of Open AI website and services, regardless of legal jurisdiction or intellectual property law applicable therein. **

### Copyright

The public domain is not a unified concept across legal jurisdictions; thus, the specific affirmation you make When you use the Open AI website and services you make an affirmation of the CC0 1.0 Universal Public Domain Dedication [available at https://creativecommons.org/publicdomain/zero/1.0] because the public domain is not a unified concept across legal jurisdiction. Any/all users (including "Affirmers" as described in the Universal Public Domain Dedication) expressly agree to the entirety of the referenced and incorporated Universal Public Domain Dedication, which includes, but is not limited to, the following:
. . . .

2. Waiver. To the greatest extent permitted by, but not in contravention of, applicable law, Affirmer hereby overtly, fully, permanently, irrevocably and unconditionally waives, abandons, and surrenders all of Affirmer's Copyright and Related Rights and associated claims and causes of action, whether now known or unknown (including existing as well as future claims and causes of action), in the Work (i) in all territories worldwide, (ii) for the maximum duration provided by applicable law or treaty (including future time extensions), (iii) in any current or future medium and for any number of copies, and (iv) for any purpose whatsoever, including without limitation commercial, advertising or promotional purposes (the "Waiver"). Affirmer makes the Waiver for the benefit of each member of the public at large and to the detriment of Affirmer's heirs and successors, fully intending that such Waiver shall not be subject to revocation, rescission, cancellation, termination, or any other legal or equitable action to disrupt the quiet enjoyment of the Work as contemplated by Affirmer's express Statement of Purpose.

By use of Open AI website and services, all users acknowledge to have read and accepted the full CC0 1.0 Universal Public Domain Dedication (available at https://creativecommons.org/publicdomain/zero/1.0), which includes but not limited to the foregoing waiver of intellectual property rights concerning any Content. The user acknowledges and understands that by using the Open AI website and services, you provide a waiver that also includes a waiver of any such user's expectation and/or claim to any absolute, unconditional right to reproduce, copy, prepare derivate works, distribute, sell, perform, and/or display, as applicable, and further that any such user acknowledges no authority or right to deny permission to others to do the same concerning the Content. Any such user hereby waives and does not hold any rights whatsoever, regardless of legal jurisdiction to or in the Content. Further, all such users hereby acknowledge that this Terms of Use will be binding upon any of the user's successors, heirs, agents, affiliates, administrators, representatives, attorneys, executors, divisions and assigns, now and forever. This waiver further irrevocably and forever releases, acquits, and discharges Open AI from any and all claims, demands, charges, complaints, controversies, agreements, promises, and causes of action of any kind or nature whatsoever, both at law and in equity, known or unknown, suspected or unsuspected, arising out of and relating in any way to the Content.

Note that while users have forfeited copyright (and any/all intellectual property right claims) on these images, they are still public domain and can be used by anyone for any purpose, including by the user. Feel free to use images from Open AI website and services for anything, including commercial purposes.

Open AI website and services use Stable Diffusion for generations. By using our services, you are required to comply with the Stable Diffusion license terms.

### Prompt Guidelines

Open AI website and services should not be used for:

- NSFW, lewd, or sexual material
- Hateful or violent imagery, such as antisemitic iconography, racist caricatures, misogynistic and misandrist propaganda, etc.
- Personal information about yourself or any other person. This includes but is not limited to phone numbers, residential addresses, social security numbers, driver's license numbers, account numbers, etc.
- Copyrighted or trademarked material should be avoided in prompts.

### Indemnity Clause

Users, by use of Open AI website and services, hereby agree to indemnify and hold harmless Open AI against any and all claims, demands, charges, complaints, controversies, and causes of action of any kind or nature whatsoever, both at law and in equity, known or unknown, suspected or unsuspected (from now on "Claims"), arising out of and relating in any way to intellectual property infringement claims made against Open AI concerning your Content if such Claims inure to your benefit in any way and also to hold harmless and indemnify Open AI against all Claims relating in any way to your use of Open AI website and services. This indemnity includes reimbursement to Open AI for any applicable court costs and expenses of litigation, including but not limited to reasonable attorneys' fees, and reimbursement for any losses and liabilities of Open AI, including but not limited to judgments, settlements, fees, costs, expenses, legal debts, legal obligations, and any third-party Claims against Open AI

Open AI makes no warranties or representations concerning user Content and is not responsible for unauthorised use. Users are responsible for using Open AI website and services only as authorised and in compliance with applicable laws of the jurisdictions in which such users are domiciled, reside, or are located at the time of such use. Users who observe unauthorised or illegal use of Open AI website and services are encouraged to report such conduct immediately to Open AI moderators for review.

Choice of Law Should any dispute arise under this Terms of Use, the access or use of Open AI website or services, etc., the Law of the State of Delaware in all respects shall govern, without regard for the jurisdiction or forum in which the user is domiciled, resides, or located at the time of such access/use.

If you use the Open AI website you agree and understand all work with Open AI website and services is public domain, and indicate the user is of legal age to contract in the user's jurisdiction and indicates the user's fully informed acknowledgement, understanding, and agreement to the entirety of this Terms of Use and anything incorporated herein by reference. If you disagree, use of Open AI website and services without the user's acceptance of this Terms of Use and all incorporated provisions constitutes unauthorised use for which the user disclaims any/all potential or actual right to relief against Open AI, regardless of the legal jurisdiction of Open AI or the user's domicile, residence, or location.

# EXHIBIT T

   

**Linked**in

Articles  People  Learning  Jobs  Join now  Sign in



**Sign in**
Stay updated on your professional world

**Sign in**

G  Continue with Google

New to LinkedIn? Join now

**Guy Ravine**  OpenAI
I build the future
San Francisco, California, United States
1K followers · 500+ connections

See your mutual connections

Join to view profile



**Explore collaborative articles**
We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

## About

I build the future.

## Experience

 **Originator**
OpenAI
2014 - Present · 9 years

 **Founder, Inventor of the Modern Mobile Video Paradigm**
Video.io
2012 - Present · 11 years

Invented the modern mobile video paradigm currently popularized by TikTok, and Stories, together used by 3.5 billion people daily today. Our app, We in 2012 was the precursor to Snapchat Stories and Instagram Stories, and introduced the first TikTok-like video feed.

Span out and built Video.io, a mobile video stack, API and SDK for developers.

https://patents.google.com/patent/US9565226B2/en

 **Inventor/Tinkerer**
Hyperspace
2009 - 2011 · 2 years

Took two years off to tinker with personal projects while looking for the next big idea. The efforts led to the foundations for a new type of computing architecture, Hyperspace.

 **Founder, Designer & Chief Tinkerer**
Eo (Land Glider)
2007 - 2009 · 2 years

Los Angeles, California

## Others named **Guy Ravine**

**Guy Ravine**
Chargé de clientèle - Feu Vert
France

**Guy Ravine**
Woodturner
Greater Northampton Area, United Kingdom

2 others named Guy Ravine are on LinkedIn

See others named **Guy Ravine**

## Guy's public profile badge

Include this LinkedIn profile on other websites



View profile badges

Had a crazy idea to build a single person electric vehicle. Put together an amazing team involving some of the top car designers, engineers and executives. Designed and developed the prototype. The Nissan Land Glider was inspired in part based on our early designs for the Eo.



**CTO**

Startups and Established Companies

2006 - 2009 · 3 years

Provided consulting at an interim CTO/director of development capacity with a team of developers to various startups and established companies.



**Started the MIT Playground - an unofficial MIT incubator made of MIT undergrads**

Massachusetts Institute of Technology

2003 - 2005 · 2 years

Started the MIT Playground, an unofficial internet incubator at MIT comprised of MIT undergraduates. We developed multiple innovations, including the equivalents of Twitter, Groupon, AirBnB, and others years before they existed, but could not get them funded. Location (Boston is known for its conservative VC community) and timing (2003-2004 post dot com collapse) made it difficult for us kids with wild ideas to get funded.



**Founder**

Wireless Ocean

2002 - 2002 · less than a year

Wireless Ocean developed a wireless base station and marketplace for open distributed wireless access.



**Founder & CEO**

Entity

1999 - 2001 · 2 years

Developed an AI expert system. Pivoted to software based internet traffic acceleration system.

---

## View Guy's full profile

⚬ See who you know in common

▢ Get introduced

⚎ Contact Guy directly

[ Join to view full profile ]

**Linked**in · © 2023 · About · Accessibility · User Agreement · Privacy Policy · Your California Privacy Choices · Cookie Policy · Copyright Policy · Brand Policy · Guest Controls

Community Guidelines · Language ⌄

https://www.linkedin.com/in/guyravine                    4:10:33 PM 9/29/2023
Google Chrome 117.0.5938.92                              Windows 10 Enterprise 64-bit Build 19044

# EXHIBIT U

# On CRM: Is ChatGPT Over Hyped?

**F** forbes.com/sites/quickerbettertech/2022/12/13/on-crm-is-chatgpt-over-hyped

Gene Marks                                                          December 13, 2022





OpenAI logo seen on screen with ChatGPT website
displayed on mobile seen in this illustration in ... [+]
NurPhoto via Getty Images

Much has been written and discussed about ChatGPT this past week since its creator, a
nonprofit organization called <u>OpenAI</u>, released a working version to the public.

ChatGPT is a chatbot where a visitor can ask questions in their natural language and the
artificial intelligence behind it not only finds answers on the Internet (in addition to whatever
database it's connected to) but delivers the answers in a conversational form. More
importantly (and fun) a visitor can then engage the application in further discussions based
on prior responses.

But aren't you already doing this in a Google search? Yes...and no. Sure you can search on
Google for the answer to questions. But Google will then deliver you pages of links to
articles. ChatGPT actually responds to you like there's a human on the other end
conversing…and then it can start doing stuff too.

"The dialogue format makes it possible for ChatGPT to answer follow-up questions, admit its
mistakes, challenge incorrect premises, and reject inappropriate requests," the research
body <u>said in a statement</u> last week.

Sam Altman, OpenAI's CEO, told The Guardian that the system was "an early demo of what's possible"" and promised that "soon you will be able to have helpful assistants that talk to you, answer questions, and give advice. Later you can have something that goes off and does tasks for you. Eventually you can have something that goes off and discovers new knowledge for you."

MORE FROMFORBES ADVISOR

Want to see it in action? Go here and sign up. It's pretty cool. So cool that countless people in the tech community are falling over themselves with excitement about the platform's speed, depth, easy-to-use interface and potential.

Forbes Daily: Get our best stories, exclusive reporting and essential analysis of the day's news in your inbox every weekday.

By signing up, you accept and agree to our Terms of Service (including the class action waiver and arbitration provisions), and Privacy Statement.
But hold on here…is this all a little overhyped?

I played with the tool for a while and it's certainly entertaining. But for now it just seemed like it was regurgitating results from a search, with a little AI thrown in to make it sound conversational. To me the experience was not unlike asking your Alexa to give you an answer, which it does in a robotic delivery that feels like it's reading a Wikipedia entry.

I realize that others are pushing ChatGPT much further, and with impressive results. The tool is able to write social posts, blogs and do other creative things and people are pretty amazed. So that's cool too. But for now, the technology is still in its infancy. It's getting a lot of attention at a time when the tech industry is bumbling through controversy, consolidation, layoffs, a serious economic downturn and financing challenges. Everyone there is looking for good news and ChatGPT provides it.

And although it's over-hyped now, the future for conversational AI tech like ChatGPT does seem exciting. This is a column about CRM, so let me lay out a few things that's coming - sooner than you think - as the technology matures and more developers become proficient in creating apps based on its underlying open architecture.

**A conversational customer service agent.**

Imagine a robot that uses up to date information and data to help customers solve problems like a human customer service rep. Chatbots in use today are very immature and are limited in capability, perhaps saving a few keystrokes of time. ChatGPT's conversational AI will one day literally eliminate customer service people other than those dealing with the most complex problems. It will act and sound human…and be smarter than humans too.

**A powerful database and content creator.**

Today's CRM systems log tickets and incidents in a customer's history that can be accessed by reps if the problem occurs again...hopefully. ChatGPT can be told to leap on these problems and immediately create internal readable knowledge base articles, blogs and posts that can better inform both customers and employees about a problem and its fixes. Another big potential is that, if you give ChatGPT some instructions (i.e., "create a user manual that explains how to setup our product and configure it for optimal security") the application will do just that…and potentially written better than a human.

**A 24/7 marketing team.**

A conversational AI platform like ChatGPT can independently write brochures and make posts on social media based on directions your marketing executives give. It will not only send out marketing campaign emails but will soon be able to write them for you and target them to the appropriate audience. You'll be able to tell the software in advance what you'd like to send and on what topic and the AI tool will do the rest. Say so long to low-level marketing people.

**Enhanced and ever-changing online assets.**

You can also say goodbye to out-of-date websites, profiles and pages. ChatGPT can be told to review your online presence daily like your website and social assets and make changes to your content based on prior content, new products or other directions you give it in advance. The same goes for your e-commerce store.

**More intuitive pricing.**

ChatGPT can adjust the online sales prices of your products based on demand, supply, discounts, customer behavior and other factors. It can converse with prospects and customers that have buying questions and offer discounts along a structure that you provide. Uber gets to have all the fun with their surge pricing. When this AI tool becomes more widely available any company will be able to do the same.

**A better way to gauge customer sentiment.**

Some of the more advanced CRM applications are offering sentiment analysis AI, but ChatGPT should be able to do this faster, more affordably and (most importantly) in an open environment that can be customized. It will ultimately be able to listen to conversations, read emails and peruse notes in order to alert management in advance of any customers that are not feeling love about a company or product.

**A quicker and more targeted field service dispatch.**

ChatGPT will be able to look at calendars and automatically schedule technicians to call or visit customer locations based on where they're located, what the issue is and the skill level of the technician or team. No more scheduling manager. No more whiteboards and dry erase

markers.

I've got even more stuff to share. However, my editors are going to get mad at me for writing too long a post. Hopefully you get the point.

But let's not get too ahead of ourselves. Today, ChatGPT is over-hyped. But tomorrow…it won't be. These are still early days for this kind of technology. Deep learning like this needs years of repetitive training and hardware processing still needs to catch up. It's going to take a while for machine-learning AI technology to learn, adapt and be more accurate and reliable.

And let's also admit that conversational AI is not really new. So why is everyone so hyped? Because it's open sourced which means it's technology that will be available to all developers, big and small. It's exciting to think that there will be a new generation of technology companies in Silicon Valley and elsewhere that will be able to develop excellent CRM applications based on conversational AI tech like ChatGPT which can be used by even the smallest of businesses. There's a lot of opportunity to make a lot of money.

That's exciting for a tech industry that is in great need of a boost right now. Which is why ChatGPT is a little over-hyped today. However, I do believe it will catch up to this hype very soon.

Follow me on Twitter or LinkedIn. Check out my website or some of my other work here.



Gene Marks
I was a former senior manager at KPMG and since 1994 the owner of the Marks Group PC, a 10-person customer relationship management

...

# 5 ways artificial intelligence will disrupt science

☞ **weforum.org**/agenda/2016/06/5-ways-artificial-intelligence-will-disrupt-science

<u>Artificial Intelligence</u>Jun 20, 2016



Image: REUTERS/Philippe Wojazer

In 2011, Artificial Intelligence (AI) came of age when <u>IBM's Watson</u> computer beat two human contestants to win <u>Jeopardy</u>. These were not any two contestants. Ken Jennings had won 74 times consecutively and Brad Rutter had pocketed the biggest pot in history - $3.25 million. In the battle between man and machine, Watson's win was historic. Jennings was sanguine about losing: "I, for one, welcome our new computer overlords."

The key to Watson's success is a technique called "deep learning", which has achieved astonishing results in several domains, most notably in understanding natural language. Research teams use it to teach computers to find meaning in vast amounts of text. Disrupting quiz shows is one thing, but can AI disrupt science?



Image: CB Insights

Perhaps we should first ask, does science need disrupting? Yes. Access to reliable knowledge – the academic literature – is becoming a fundamental bottleneck for humanity. There are now over 50 million research papers and this is growing at a rate of over one million a year. Over 70,000 papers have been published on a single protein – the tumor suppressor p53. How can any academic keep up? And how can anyone outside of academia make sense of it all - the public, policy makers, business people, doctors or teachers? Well, most academics struggle and the public can't – most research is locked behind pay walls.

Ironically, in the age of the internet and unparalleled access to information, the most critical is out of bounds. Moreover, while we are clearly pretty good at producing knowledge, using this knowledge – that is separating the wheat from the chaff and integrating this together into something useful – is a big problem particularly in fields such as global sustainability.

That may be about to change. Here are five ways AI looks set to disrupt science.

**1. Science mining #1: Iris.AI**

The co-founders of this new AI start-up believe that if you could access and contextualize all of the world's published research you would solve a lot more problems. So they've set out to do that. "We want to democratize access to scientific knowledge. The first step is a science assistant leveraging AI and the crowd to help users map out and find relevant scientific knowledge," says Finnish co-founder Maria Ritola. The team has created an AI tool for innovators to do quick mappings of a research area, but in the long-term they want to build an AI scientist that can create a hypothesis based on existing publications, run experiments and simulations and even publish papers on the results. So they are not short of ambition.

ER2194

They started with a simple tool to map out the science around a TED talk. Iris analyses the scripts of the talks using Natural Language Processing algorithms, mines open-access academic literature to find key papers related to the talk's content, then visualizes, really quite beautifully, the groups of related research papers. "Iris is a young AI. We call her our baby. She doesn't get everything right yet - she's at about 70% accuracy - so we're enlisting a community of AI Trainers to help her learn," Ritola explains. The TED tool is only the tiny first step, and in September the Iris team will launch the first commercial tool with a group of corporate R&D departments as pilot users.

## 2. Science mining #2: <u>Semantic Scholar</u>

This is genius. Or will be one day. Semantic Scholar is an academic search engine from Microsoft co-founder Paul Allen's Allen Institute for Artificial Intelligence. It too uses AI to search the academic literature and it is impressively fast. Still in beta, it's interface is less elegant, more "academic utilitarian" than the sleek Iris. And it also throws up some oddities. A search for the landmark paper "A safe operating space for humanity", which appeared in *Nature* (along with *Science*, one of the two leading academic journals) in 2009, does not show up on the first page, nor does the follow up paper, which appeared in *Science* in 2015. The full-length version of the original paper, published in the more obscure journal *Ecology and Society*, is, however, the first entry. But, given the team only started in 2015, and they are first focusing on computer science papers, this is not bad going.

The team is adding new features. It can already trawl through a paper's reference list and work out which citation has been genuinely influential and which is just background.

## 3. From miner to scientist

A team at <u>IBM</u> and colleagues has gone a step further than both Iris.AI and Semantic Scholar. They say their system can *do* science. That is, their AI can generate scientific hypotheses automatically by mining academic literature. Moreover, their algorithms, they say, can be used to make new scientific discoveries. Their goal is to combine text mining with visualization and analytics to identify facts and suggest hypotheses that are "new, interesting, testable and likely to be true", the authors say in a 2014 research paper.

## 4. Science media: <u>Science Surveyor</u>

Science journalists are the target for this bit of AI from a collaboration between Columbia and Stanford universities. Science Surveyor has been designed to help journalists assess the significance of a new piece of research. Where does the research fit into the bigger picture in the field? Is it really ground-breaking? Is it contested? Journalists need answers to all these questions on impossible deadlines and often with little expert knowledge in the area. This leads to <u>churnalism</u>, poor reporting and a readership that is none the wiser. Science Surveyor is an interesting experiment to move beyond this.

## 5. Open Access AI: Open.ai

Sponsored by PayPal founders Elon Musk and Peter Thiel, among others, OpenAI is a non-profit research company that aims to democratize AI. "It's really just trying to increase the probability that the future will be good," Musk said at the recent Recode Code Conference. Its goal "is to advance digital intelligence in the way that is most likely to benefit humanity as a whole, unconstrained by a need to generate financial return." This is a wildcard. No one is really sure what could come out of it, but if Musk is behind it, expect the unexpected – fast.

AI could be on the cusp of driving the next phase of the scientific revolution, yet this is less discussed than the bigger existential threat of AI. In many ways, AI innovations could simply help scientists to do their jobs more efficiently – thereby cutting the crippling time lag between science and society. For example, could machine learning algorithms delve deep into the previous five assessment reports of the Intergovernmental Panel on Climate Change and, based on research published since the last report, provide rudimentary conclusions of the sixth report?

One major hurdle to progress is the academic publishers. They have no financial incentives to grant AI initiatives access to the body of human knowledge, though Google Scholar has permission to trawl all text behind paywalls, so this may not be insurmountable.

We have launched the Future Earth Media Lab to break down the barriers between science and society. Lab co-founder, and author of this piece, Owen Gaffney is a mentor for the Iris.AI project. Our mission is to seed, nurture and develop similar initiatives that can – project by project – nudge the technological revolution towards better outcomes for science and society, ultimately towards sustainable futures.

**Have you read?**
Does AI need a kill switch?
Have we hit a major artificial intelligence milestone?
No, the robots are not about to rise up and destroy us all

Don't miss any update on this topic

Create a free account and access your personalized content collection with our latest publications and analyses.

Sign up for free

License and Republishing

World Economic Forum articles may be republished in accordance with the Creative Commons Attribution-NonCommercial-NoDerivatives 4.0 International Public License, and in accordance with our Terms of Use.

The views expressed in this article are those of the author alone and not the World Economic Forum.

Related topics:

Artificial IntelligenceFourth Industrial Revolution



Global Agenda

## The Agenda Weekly

A weekly update of the most important issues driving the global agenda

Subscribe today
→
You can unsubscribe at any time using the link in our emails. For more details, review our privacy policy.

# Meet the AI robot that can tidy your room and sort out your laundry

**telegraph.co.uk**/news/2023/06/14/tidybot-robot-princeton-university-tidy-room-laundry-ai

By Joe Pinkstone,

Robotics may have found a technological resolution to the age-old stand-off between frustrated parents and messy teenagers.

A machine dubbed the TidyBot has been created by Princeton University which can put away laundry, sort toys into their correct boxes and even put rubbish in the bin.

Engineers found the TidyBot was able to tidy up various bits of mess with an 85 per cent success rate in a real-life scenario akin to an adolescent's chaotic bedroom.

Everybody's idea of organisation is a personal thing, so the team used AI technology to allow users to programme the machine to place certain belongings in specific places.



TidyBot can develop cleaning strategies from a few examples Credit: Princeton University / SWNS

The machine is equipped with two cameras, a multi-jointed robot arm and a powered square base which can move around.

Eight real-world situations were created where a smattering of 70 different objects were scattered on the floor. The machine was tasked with sorting and placing these into one of 11 receptacles.

ER2198

Users put their specific instructions into a <u>large language model</u> (LLM), specifically GPT-3, the <u>Open AI technology</u> which was the predecessor to a global phenomenon in the last six months, <u>ChatGPT</u>.

## High success rate

It was successful 85 per cent of the time, a slight drop from the 91 per cent success rate seen in a simpler lab-based experiment.

Study lead author Jimmy Wu, a PhD student at Princeton, said: "When organising a home, everyone has unique preferences for where things go.

"One of the key challenges in robotic household cleanup is deciding where each item goes. People's preferences can vary greatly depending on personal taste or cultural background. One person might want shirts in the drawer, another might want them on the shelf."



Mission accomplished – TidyBot successfully sorts the light and dark laundry
Credit: Princeton University / SWNS

LLM like ChatGPT, he says, are "an effective way" to resolve this issue.

The machine can take a few examples of where a person wants things to go, such as cans in the recycling, a black shirt in the darks laundry pile and a toy in a drawer, and infer where similar items it encounters should go based on this small list.

"Our approach provides a promising direction for developing personalised robotic systems that can learn generalised user preferences quickly and effectively from only a small set of examples," the scientists, which include experts from Google, Princeton and Stanford, write in their paper, which is published as a pre-print on the server arXiv.

**ER2199**

2/3

"Unlike classical approaches that require costly data collection and model training, we show that LLMs can be directly used off-the-shelf to achieve generalisation in robotics, leveraging the powerful summarisation capabilities they have learned from vast amounts of text data."

# What is a .AI domain? All you need to know about this popular domain extension

🌐 **ae.godaddy.com**/blog/what-is-a-ai-domain

18/04/2023



Boris Lee

All you need to know about .ai domain extension

Looking to add a fresh, <u>forward-thinking spin to your website domain name</u>? Or thinking of using a different domain extension from the usual **.com, .net**, .org, and **.io.ai domain extension**!

The .ai TLD (**Top-Level Domain**) has been taking the world by storm, with startups and businesses alike embracing it as a way to stand out in a crowded online market. Due to its association with artificial intelligence, .ai is the perfect domain for entrepreneurs and business owners who are focused on cutting-edge technology and innovation.

Let's dive in and learn what makes .ai such an exciting extension, and how you can use it to take your website to the next level.

Related: **Domain extension guide**: What you need to know before you pick a domain name.



## What is the .ai domain extension?

ER2201

"AI" stands for Artificial Intelligence (AI). It is the idea of using advanced algorithms and machines to create an environment that simulates human intelligence.

But before we get into robots, machine learning and self-operated cars…

> Here's a fun fact: ".ai" is actually the country code top-level domain (ccTLD) for the British Overseas Territory of Anguilla in the Caribbean with a population of a little over 15,000 people.

'.ai' is not alone on this boat. Other ccTLDs have experienced similar, such as ".co" and "**.io**" for Colombia and The British Indian Ocean Territory respectively.

Despite this unlikely origin story, .ai has been embraced by tech companies and websites that are looking to associate themselves with AI technology.

## Trends of .ai domain extension



Despite its association with cutting-edge technology, .ai has a surprisingly diverse range of uses. One of the reasons for a spike in **.ai domain** preference could be attributed to the buzz about AI these days.

Having a **.ai domain name** not only reflect your association with modern technology. It can also suggest that you are part of a new wave of innovative businesses embracing AI in your business model.
gTLDs (generic top-level domains) are becoming increasingly popular, in fact, there are new ones you probably haven't heard of yet that are not only memorable and catchy but also reflect innovation and progress.

> The .ai domain name is no exception.

ER2202

More entrepreneurs, **start-ups**, businesses and **domain investors** have begun to recognize .ai's potential for creating a unique online presence. If you are in the tech sector, you should definitely leverage this domain to showcase your innovative approach to artificial intelligence.



Watch Video At: https://youtu.be/vlq0enX7BLo

## Why use .ai domain extensions?

Here's a list of why you should purchase your .ai extension now:

1. Greater value for money
2. No hidden steps
3. Great for SEO ranking
4. Stronger brand recognition
5. You don't need to be from Anguilla

## 1. Potentially greater value for money & higher availability

Ever encountered a situation where the .com domain that you wanted is no longer available? With more than 160 million domains registered with the .com domain extension, it's inevitably more challenging to find a .com domain of your choice. You could try searching for it in the Domain Aftermarket (like GoDaddy Auctions), but why not consider using .ai instead?

Given that .ai is a relatively newer domain extension, you might be able to find your dream domain more easily. By choosing .ai domain extension, you can potentially own it at a lower price as there is lesser competition as compared to .com.

> But you need to strike while the iron's hot, because .ai is gaining popularity rapidly!

Related: **How to buy expired domains?**

## 2. Fuss-free registration process

**ER2203**

Unlike some domain extensions that might require additional criteria, you only need to find your desired .ai domain and register it!

Start your .ai domain search now.

Simply start searching and registering **your desired .ai domain**!

## 3. SEO

**Search engine optimization** is a top priority for businesses seeking a domain name, as potential customers frequently search for the term "AI" on search engines.

Using an .AI domain can make it easier for businesses to reach these users.

From an SEO standpoint, Google treats some country code top-level domains (ccTLDs), such as .AI and .ME, as equivalent to commonly used domain extensions like .COM, .NET, and .ORG. Therefore, businesses don't have to choose between a .AI or a .COM domain extension solely for SEO purposes.

After purchasing your domain and constructing your website, it is essential to **submit your site to search engines** for optimal visibility.

## 4. Establish your brand and website as a reputable and credible source of information on AI-related topics.

By using the .ai extension, you can **establish your brand as a credible resource** for all things AI-related. .ai conveys trustworthiness and credibility in the field of humanity's most important innovations — artificial intelligence. This makes it a great choice for businesses that are looking to showcase their expertise in the sector.

Using the .ai extension can signal your expertise and commitment toward AI. This is a great way to build a reputation and brand recall for your company.

What better way to show your commitment to this great advancement of the modern world? Having a .ai extension is how you make that statement. With its mix of hip and technical appeal, it's safe to say that .ai is the future.

**Editor's Note:** Why not start your domain search right here?

## 5. Unlike other ccTLDs, you don't need to be from Anguilla

For many "country code top-level domains (ccTLDs), registering a country code domain often requires providing proof of local presence, which can involve providing documentation.

**ER2204**

However, the .ai extension is unrestricted and available internationally. Any business from any location can register a .AI domain without such restrictions. Unlike most country code top-level domains (ccTLDs), Google treats .AI as a generic **top-level domain** (gTLD), such as .COM, .NET, and .ORG.

## Who uses the .ai domain extension?



The .ai  extension is growing in popularity among technology companies. And if you're looking for an extra revenue stream, buying an **.ai domain is also a great investment** idea.

It doesn't matter if you are a start-up, an established business or someone who just wants to make a statement – .ai extension can be used in a variety of ways.

Let's dive into users of the .ai domain!

## 1. Businesses or individuals in the artificial intelligence or tech industry

This is the most straightforward use case.

Going for **.ai domain name extension** could be all you need to establish yourself as a leader in the AI industry. This is because it visually represents your connection to the field.

For example, if you're a research lab specializing in AI-powered applications and technologies, .ai could be the perfect domain to build your online brand. Or if you're launching the next cutting-edge product, .ai could be a domain extension you can consider for your website.

5/8

ER2205

But .ai extension are not just limited to AI or tech-related businesses. They can also be used to create a memorable and catchy name for any website or apps. .ai extension have become popular with websites that offer information about technology and innovation.

You can use .ai domains to create a memorable website that highlights your creative approach and innovative solutions.

A food for thought: Because the .ai domain extension is still relatively new, there's a greater chance that you can find the exact domain name you're looking for.

## 2. Used as a memorable and unique web address for any company or project that wants to convey a connection to AI

When someone sees a web address that ends in .ai, it immediately signals that the website is related to AI technology in some way. This makes it an ideal choice for any company or project that wants to convey a connection to AI in a clear and concise way.

Whether you're a tech startup looking for a **unique URL** or an individual with a new machine-learning project, .ai is a suitable choice. With its mix of technical appeal and creative energy, .ai is quickly becoming one of the most popular domain extensions on the web.

Also, since .ai is highly distinctive and stands out from other more common extensions like **.com, .net**, .org, and **.io.**

This means that businesses adopting .ai now are likely to be more memorable and recognizable to potential customers, as they're using a domain that's both unique and on-brand.

## Popular websites with the .ai domain extension



You've now learned about the benefits of the .ai domain extension. If you're still uncertain whether it's the right choice for your business, we have a collection of popular .ai domain names to demonstrate its diverse applications.

Take a look at some of these popular websites and projects that have already adopted .ai:

## Open.ai

OpenAI is the Microsoft-partnered company and research lab behind many of the world's most advanced AI-powered applications with a mission to ensure Artificial Intelligence benefits humanity altogether.

## Facebook.ai

Facebook, also known as Meta now, is not staying behind the .ai trend and makes sure to show off their .ai domain extension name to the world by creating a website dedicated to Artificial Intelligence research.

## AI.google

Google's also got its AI division, putting AI research at the forefront to develop technology to benefit humans everywhere. Obviously, .ai . is the perfect domain name for them.

As you can see, .ai is quickly becoming a favorite for tech companies, startups, and AI projects. With the .ai extension, you can ensure your web address stands out from the rest with its unique, technological appeal.

Not sure how to search and register a domain name? Check out our guide to **buy a domain name in 3 steps** to help demystify the process.

**ER2207**

## Are .AI domains safe?

Similar to other **top-level domains** (TLDs), there are rules and restrictions in place for registering domains. These regulations are in place to verify the authenticity and validity of registrants, which helps ensure the safety and security of visitors to domains like .ai.

The requirement for registering and renewing a .ai extension is that it must be done for at least two years but can also be secured for up to ten years.

## Get your .ai domain today!

To sum it up, .ai is a great choice for any website or business. It stands out from other domain extensions and conveys trustworthiness and credibility. Plus, **.ai domain names** have been used as brand identifiers by a variety of companies, ranging from health-related businesses and e-commerce brands to consulting services and more.

So don't limit .ai to just tech startups and deep learning companies! .ai has enough potential for anyone looking for an eye-catching and memorable domain name!

What are you waiting for? Find your ideal .ai domain today at GoDaddy.com!

8/8

**ER2208**

# EXHIBIT V

**Page Vault**

| | |
|---|---|
| Document title: | (1) Andrew Kean Gao on X: "also https://t.co/aXPT5W1ZAH Is this a legacy openai site? cute https://t.co/zcXh70UWTB" / X |
| Capture URL: | https://twitter.com/itsandrewgao/status/1625597653152301057 |
| Page loaded at (UTC): | Thu, 14 Sep 2023 22:48:32 GMT |
| Capture timestamp (UTC): | Thu, 14 Sep 2023 22:50:39 GMT |
| Capture tool: | 10.29.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | sk3GB9AE7YzmjzDGAcYDBQ |
| User: | quinn-general |

PDF REFERENCE #:          5zLEFSFPd2EBHFTciCrfZ8







← Post

Search

**Andrew Kean Gao** @itsandrewgao · Feb 14

looks like @openai bought the domain ai.com and hooked it up to chatgpt.

maybe everyone alr knew this and im just finding out lol...

accidentally found this out bc i was curious who owned the domain.

#ai #chatgpt #openai #gpt3

23 30 280 106.6K

**Andrew Kean Gao**
@itsandrewgao

also open.ai
Is this a legacy openai site? cute

8:47 PM · Feb 14, 2023 · **5,547** Views

5 2 41 6

Post your reply Reply

**Andrew Kean Gao** @itsandrewgao · Feb 14

i think im playing with DALLE1 or something, this is kinda fun. it gives eight pictures and there are social share buttons embedded for each pic

## Relevant people

**Andrew Kean Gao** @itsandrewgao Follow

CS @Stanford; Z Fellow; Building @meet_lily

## What's happening

MLB · Starts at 11:40 PM
**Twins at White Sox**

**#AHauntingInVenice**
Now Playing Only In Theaters
Promoted by 20th Century Studios

Trending in United States
**ARCA**
2,855 posts

Only on Twitter · Trending
**#GHVIPEstreno**
51.7K posts

Sports · Trending
**#PAKvsSL**
126K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

Post

Search

**Andrew Kean Gao** @itsandrewgao · Feb 14

i think im playing with DALLE1 or something, this is kinda fun. it gives eight pictures and there are social share buttons embedded for each pic

1 | 12 | 4,825

**Andrew Kean Gao** @itsandrewgao · Feb 14

update: it's stable diffusion

2 | 23 | 4,065

**Andrew Kean Gao** @itsandrewgao · Feb 14

There's also a live feed of user generations. Kinda like midjourney.

2 | 725

**theDeepView** @theDeepView Ad

We spend all week researching the top AI tools so you don't have to...

Get insights, tools, and news for free when you join our community of 40,000+ readers.

1. ChatGPT: The OG large language model (LLM)
2. Midjourney: Text-to-image tool built in discord
3. Runway: Text-to-video in real-time
4. Perplexity: LLM for research
5. ElevenLabs: Text-to-speech and voice-cloning
6. BabyAGI: Opensource AI-powered task manager
7. Jasper: Generate branded copy from s from
8. CopyAI: Compose text faster
9. Claude: AI-assistant for tasks
10. Krisp: Removes background noise from sound files
11. Notion AI: Summarize items with a single click
12. Llama 2: LLM that leverages public datasets
13. Voicemod: Transform your voice in real-time
14. Grammarly: Speed up and enhance your writing
15. Whisper: OpenAI's automatic speech recognition
16. AgentGPT: Assemble, configure, and deploy AI agents

## Relevant people

**Andrew Kean Gao** @itsandrewgao Follow

CS @Stanford; Z Fellow; Building @meet_lily

## What's happening

MLB · Starts at 11:40 PM
**Twins at White Sox**

**#AHauntingInVenice**
Now Playing Only In Theaters
Promoted by 20th Century Studios

Trending in United States
**ARCA**
2,855 posts

Only on Twitter · Trending
**#GHVIPEstreno**
51.7K posts

Sports · Trending
**#PAKvsSL**
126K posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

12. **Llama 2:** LLM that leverages public datasets
13. **Voicemod:** Transform your voice in real-time
14. **Grammarly:** Speed up and enhance your writing
15. **Whisper:** OpenAI's automatic speech recognition
16. **AgentGPT:** Assemble, configure, and deploy AI agents
17. **Zapier:** Automate your work without code
18. **Writesonic:** Create SEO-friendly content
19. **Bard:** Your creative and helpful collaborator
20. Framer: Design a website like a pro without code

thedeepview.co
Join The Deep View Newsletter for FREE

💬 270    🔁 1,699    ♡ 7,437    📊 3.6M    ⬆️

Show more replies

## More Tweets

**Andrew Kean Gao** ✓ @itsandrewgao · 4h
if we could digitize every book in every library, that would be insane

> **Jim Fan** ✓ @DrJimFan · 8h
> This is the way to unlock the next trillion high-quality tokens, currently frozen in textbook pixels that are not LLM-ready.
>
> Nougat: an open-source OCR model that accurately scans books with heavy math/scientific notations. It's ages ahead of other open OCR options. Meta is... Show more

💬 3    🔁    ♡ 10    📊 1,485    ⬆️

### Relevant people

**Andrew Kean Gao** ✓  [Follow]
@itsandrewgao
CS @Stanford; Z Fellow; Building @meet_lily

### What's happening

MLB · Starts at 11:40 PM
**Twins at White Sox**



#AHauntingInVenice 🕯️
Now Playing Only In Theaters
📣 Promoted by 20th Century Studios

Trending in United States
**ARCA**
2,855 posts

Only on Twitter · Trending
**#GHVIPEstreno**
51.7K posts

Sports · Trending
**#PAKvsSL**
126K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

Post



**Andrew Kean Gao** ✓ @itsandrewgao · 4h

if we could digitize every book in every library, that would be insane

> **Jim Fan** ✓ @DrJimFan · 8h
>
> This is the way to unlock the next trillion high-quality tokens, currently frozen in textbook pixels that are not LLM-ready.
>
> Nougat: an open-source OCR model that accurately scans books with heavy math/scientific notations. It's ages ahead of other open OCR options. Meta is... Show more

💬 3   🔁   ♡ 10   📊 1,485   ⬆️

**Relevant people**

**Andrew Kean Gao** ✓
@itsandrewgao

**Follow**

CS @Stanford; Z Fellow; Building @meet_lily

**What's happening**

MLB · Starts at 11:40 PM
**Twins at White Sox**

#AHauntingInVenice 🕯️
Now Playing Only In Theaters
📀 Promoted by 20th Century Studios

Trending in United States
**ARCA**
2,855 posts

Only on Twitter · Trending
**#GHVIPEstreno**
51.7K posts

Sports · Trending
**#PAKvsSL**
126K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

🔒 **Page Vault**

| | |
|---|---|
| Document title: | (1) MrKhunSir on X: "@mechanicalbro7 @bennash I think raw https://t.co/blkjTKbgL1 chatgpt is bad UX but most users don't know. The most success I have was intergrade into multiple encrypted layers to call and repo (enterprise medical data) with great security and accuracy." / X |
| Capture URL: | https://twitter.com/EricCartmanTV/status/1673699808572219395 |
| Page loaded at (UTC): | Thu, 14 Sep 2023 22:52:48 GMT |
| Capture timestamp (UTC): | Thu, 14 Sep 2023 22:53:23 GMT |
| Capture tool: | 10.29.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | mz5qmySTAQMoiXK6TSegJZ |
| User: | quinn-general |

PDF REFERENCE #:          pmmAja1l1C5YufRZaJiEHs



Document title: (1) MrKhunSir on X: &quot;@mechanicalbro7 @bennash I think raw https://t.co/blkjTKbgL1 chatgpt is bad UX but most users don't know. The most…
Capture URL: https://twitter.com/EricCartmanTV/status/1673699808572219395
Capture timestamp (UTC): Thu, 14 Sep 2023 22:53:23 GMT



Post

Search

**MrKhunSir**
@EricCartmanTV

I think raw open.ai chatgpt is bad UX but most users don't know. The most success I have was intergrade into multiple encrypted layers to call and repo (enterprise medical data) with great security and accuracy.

2:28 PM · Jun 27, 2023 · **73** Views

4

Post your reply

Reply

## Relevant people

**MrKhunSir**
@EricCartmanTV
Follow
My art work is free to use if you tag me or cite me as the artist.

**MeK**
@mechanicalbro7
Follow
— UI - UX - AI — @Redgrinblu

**Ben Nash**
@bennash
Follow
- thinking big & iterating daily - Full Stack Creator: designer, developer, entrepreneur, artist
youtube.com/bennash bennash.com - Daily AI Obsession Network

## What's happening

MLB · Starts at 11:40 PM
**Twins at White Sox**

**#AHauntingInVenice**
Now Playing Only In Theaters
Promoted by 20th Century Studios

Trending in United States
**ARCA**
2,926 posts

Trending in United States
**#LastTimeISawYou**
Trending with #BigDifference

Fantasy games · Trending
**Yuffie**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

🔒 **Page**Vault

| | |
|---|---|
| Document title: | (1) WSI Biggs Digital on X: "With its unprecedented capabilities and support from https://t.co/h5MjR64Emm, Harvey AI is transforming the legal landscape. Learn more: https://t.co/3x3yf8czpU At WSI Biggs, we stay ahead of the AI curve and can guide you on your journey to leverage AI in the legal landscape. https://t.co/Xg8pA7Hi4e" / X |
| Capture URL: | https://twitter.com/wsi_biggs/status/1673683929096699906 |
| Page loaded at (UTC): | Thu, 14 Sep 2023 22:54:09 GMT |
| Capture timestamp (UTC): | Thu, 14 Sep 2023 22:54:40 GMT |
| Capture tool: | 10.29.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 3s1q32uR8uKMiNR9LErHhx |
| User: | quinn-general |

PDF REFERENCE #:          vBC2wVws7UyvV5Z2hDtQPg



**WSI Biggs Digital**
@wsi_biggs

With its unprecedented capabilities and support from Open.AI, Harvey AI is transforming the legal landscape. Learn more: clio.com/blog/harvey-ai...

At WSI Biggs, we stay ahead of the AI curve and can guide you on your journey to leverage AI in the legal landscape.

1:25 PM · Jun 27, 2023 · **67** Views

Document title: (1) WSI Biggs Digital on X: &quot;With its unprecedented capabilities and support from https://t.co/h5MjR64Emm, Harvey AI is transforming the legal...
Capture URL: https://twitter.com/wsi_biggs/status/1673683929096699906
Capture timestamp (UTC): Thu, 14 Sep 2023 22:54:40 GMT

**ER2219**

🔒 Page Vault

| | |
|---|---|
| Document title: | (1) BlueCallom Neuro Innovation Management Solution on X: "On June 22, we will give out 25 free team licenses to business innovation teams. Join our webinar From zero to breakthrough in 8 weeks. https://t.co/LNYMjJyDHK and https://t.co/uK5BoAT634 #ChatGPT - integrated – the best #innovation #AI https://t.co/sFUEb5qshH https://t.co/buN53BouuQ" / X |
| Capture URL: | https://twitter.com/BlueCallom/status/1671100620411994114 |
| Page loaded at (UTC): | Thu, 14 Sep 2023 22:55:12 GMT |
| Capture timestamp (UTC): | Thu, 14 Sep 2023 22:55:41 GMT |
| Capture tool: | 10.29.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | sPqMYFHASX2S1n1rA9G7fb |
| User: | quinn-general |

PDF REFERENCE #:      id7JYT17NQvsNpv4afx71t

ER2220



← Post

Search

**BlueCallom Neuro Innovation Management Solution**
@BlueCallom

On June 22, we will give out 25 free team licenses to business innovation teams. Join our webinar
From zero to breakthrough in 8 weeks. BlueCallom.AI and Open.AI #ChatGPT - integrated – the best #innovation #AI
bluecallom.com/news/

10:20 AM · Jun 20, 2023 · **60** Views

1 2 2

Post your reply

Reply

## Relevant people

**BlueCallom Neuro Inn...**
@BlueCallom
Follow

BlueCallom is a standalone AI-native enterprise software company delivering end-to-end innovation & business transformation development solutions.

## What's happening

MLB · Starts at 11:40 PM
**Twins at White Sox**

**#AHauntingInVenice**
Now Playing Only In Theaters
Promoted by 20th Century Studios

Trending in United States
**ARCA**
2,965 posts

Trending in United States
**#LastTimeISawYou**
Trending with #BigDifference

News · Trending
**Katy Tur**
3,150 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

# EXHIBIT W





whois.nic.ai

WHOIS Query Domain

| | |
|---|---|
| **Domain** | |
| Domain Name: | open.ai |
| Registry Domain ID: | 220558_nic_ai |
| Registry WHOIS Server: | whois.nic.ai |
| Creation Date: | 2017-12-16T00:51:48.363Z |
| **Registrar** | |
| Registrar: | Zenaida.cate.ai |
| Registrar Abuse Contact Email: | vincecate@gmail.com |
| Registrar Abuse Contact Phone: | +1.2645815398 |
| **Registrant Contact** | |
| Registry RegistrantID: | x8TgI-0MwvL |
| RegistrantName: | Jeff Larson |
| RegistrantOrganization: | OpenAI |
| RegistrantStreet: | 123 Main St |
| RegistrantCity: | unkown |
| RegistrantState/Province: | unknown |
| RegistrantPostal Code: | unknown |
| RegistrantCountry: | CA |
| RegistrantPhone: | +1.7054456545 |
| RegistrantEmail: | jeffblarson@gmail.com |
| **Admin Contact** | |
| Registry AdminID: | f6GbQ-AB52W |
| AdminName: | Jeff Larson |
| AdminStreet: | 100 |
| AdminCity: | San Francisco |
| AdminState/Province: | CA |
| AdminPostal Code: | 94101 |
| AdminCountry: | US |
| AdminPhone: | +1.2122122212 |
| AdminEmail: | jeffblarson@gmail.com |
| **Technical Contact** | |
| Registry TechID: | s1Hb0-78usw |
| TechName: | Jeff Larson |
| TechStreet: | 100 |
| TechCity: | San Francisco |
| TechState/Province: | CA |
| TechPostal Code: | 94101 |
| TechCountry: | US |
| TechPhone: | +1.2122122212 |
| TechEmail: | jeffblarson@gmail.com |
| **Billing Contact** | |

| | |
|---|---|
| Billing Contact | |
| Registry BillingID: | Jumb2-ckinP |
| BillingName: | Jeff Larson |
| BillingStreet: | 100 |
| BillingCity: | San Francisco |
| BillingState/Province: | CA |
| BillingPostal Code: | 94101 |
| BillingCountry: | US |
| BillingPhone: | +1.2122122212 |
| BillingEmail: | jeffblarson@gmail.com |
| Name Server(s) | |
| Name Server: | mns01.domaincontrol.com |
| Name Server: | mns02.domaincontrol.com |
| DNSSEC: | unsigned |

>>> Last update of WHOIS database: 2023-09-29T23:13:28.783Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of electronic processes that are high-volume and automated. THis WHOIS database is provided by as a service to the internet community. The data is for information purposes only. We do not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to CoCCA it's members (or CoCCA or member computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited.

Object

WQPM

Captcha

Search

**http://whois.nic.ai/whois.jsp**
Google Chrome 117.0.5938.92

4:13:51 PM 9/29/2023
Windows 10 Enterprise 64-bit Build 19044

# EXHIBIT X





Google

open ai

Sign in

Login | Playground | News | Videos | Chat | Com gpt | Chatbot | Images | Tool

All filters | Tools | SafeSearch

About 1,510,000,000 results (0.30 seconds)

Did you mean: ***openai***

OpenAI
https://openai.com

### OpenAI

Creating safe AGI that benefits all of humanity.

#### ChatGPT

ChatGPT is an AI-powered language model developed by ...

#### Introducing ChatGPT

We've trained a model called ChatGPT which interacts in a ...

#### About

OpenAI is an AI research and deployment company. Our ...

#### Playground

Explore resources, tutorials, API docs, and dynamic examples to ...

More results from openai.com »

## People also ask

What is OpenAI for?

Is OpenAI made by Elon?

Is it legal to use OpenAI?

Can I use OpenAI for free?

Feedback

open.ai
https://open.ai

### Open AI

Feed My Generations. the interaction of abundance, lightness, ice and color, an installation in the nyc moma. © **Open AI** TM 2014 - 2023 Terms of Use.

https://twitter.com/OpenAI

### OpenAI (@OpenAI) · Twitter

## OpenAI

Artificial intelligence company

openai.com

OpenAI is an American artificial intelligence research laboratory consisting of the non-profit OpenAI, Inc. and its for-profit subsidiary corporation OpenAI, L.P. registered in Delaware. Wikipedia

**CTO:** Mira Murati

**Founded:** December 11, 2015

### Profiles

Twitter | Facebook | LinkedIn | SoundClo

### People also search for

Khan Academy | freeCodeCa... | Code.org | Musk Foundatior

Claim this knowledge panel

Feedb

ChatGPT ●

DALL·E 3 🤝 ChatGPT

Twitter · 2 days ago



Our new text-to-image model, DALL·E 3, can translate nuanced requests into extremely detailed and accurate images.

Coming soon to ChatGPT Plus & Enterprise, which can help you craft amazing prompts to bring your ideas to life:

openai.com/dall-e-3

Twitter · 2 days ago

We're inviting domain experts from a variety of fields to join the OpenAI Red Teaming Network. Apply to collaborate with us to improve the safety of our models:

openai.com/blog/red-tea...

Twitter · 3 days ago

## ▶️ Videos



Open AI Founder on Artificial Intelligence's Future ...

YouTube · Bloomberg Originals
1 week ago

24:02



Leveraging Azure OpenAI Service in the Power Platform

YouTube · Microsoft Power Platform
21 hours ago

55:17



Famous authors sue Open AI company over book copyright ...

YouTube · Good Morning America
1 day ago

3:04

Feedback

View all →



Axios
https://www.axios.com › Technology

**Open AI debuts next version of its image generation tool**

2 days ago — **Open AI** debuts next version of its image generation tool · DALL E 3 is designed to reject requests that ask for an image in the style of living ...



Wired
https://www.wired.com › Business › OpenAI

**OpenAI's Dall-E 3 Is an Art Generator Powered by ChatGPT**

2 days ago — **OpenAI** has announced Dall-E 3, its latest AI art tool. It uses **OpenAI's** smash-hit chatbot, ChatGPT, to help create more complex and ...



Reuters
https://www.reuters.com › technology › openai-unveils-d...

**OpenAI unveils Dall-E 3, latest version of its text-to-image tool**

2 days ago — **OpenAI** on Wednesday unveiled Dall-E 3, the latest version of its text-to-image tool that uses its wildly popular AI chatbot ChatGPT to help ...



Wikipedia
https://en.wikipedia.org › wiki › OpenAI

**OpenAI**

**OpenAI** is an American artificial intelligence (AI) research laboratory consisting of the non-profit
**OpenAI**, Inc. and its for-profit subsidiary corporation ...

## Related searches  ⋮

| | |
|---|---|
| 🔍  open ai **login** | 🔍  open **ai.com gpt** |
| 🔍  **open.ai playground** | 🔍  open **ai.com chat gpt login** |
| 🔍  **open.ai chat** | 🔍  **chatgpt** |
| 🔍  **open.ai chatbot** | 🔍  open ai **elon musk** |

More results ⌄











Google openai Sign in

News | Login | Playground | Chat | Images | Videos | Gpt-3 | Chatbot | Free | All filters | Tools | SafeSearch

About 250,000,000 results (0.32 seconds)

OpenAI
https://openai.com

OpenAI
Creating safe AGI that benefits all of humanity.

ChatGPT
ChatGPT is an AI-powered language model developed by ...

Introducing ChatGPT
We've trained a model called ChatGPT which interacts in a ...

About
OpenAI is an AI research and deployment company. Our ...

Careers
OpenAI Residency is a six-month program which offers a pathway ...

More results from openai.com »

People also ask

Did Google own OpenAI?

Can I use OpenAI for free?

Is OpenAI owned by Bill Gates?

How do I access Dall E 3?

Feedback

https://twitter.com/OpenAI

OpenAI (@OpenAI) · Twitter

ChatGPT

DALL·E 3 🧡ChatGPT

Twitter · 2 days ago

Our new text-to-image model, DALL·E 3, can translate nuanced requests into extremely detailed and accurate images.

Coming soon to ChatGPT Plus & Enterprise, which can help you craft amazing prompts to bring your ideas to life:

openai.com/dall-e-3

Twitter · 2 days ago

We're inviting domain experts from a variety of fields to join the OpenAI Red Teaming Network. Apply to collaborate with us to improve the safety of our models:
openai.com/blog/red-tea...

Twitter · 3 days ago

OpenAI
Artificial intelligence company

openai.com

OpenAI is an American artificial intelligence research laboratory consisting of the non-profit OpenAI, Inc. and its for-profit subsidiary corporation OpenAI, L.P. registered in Delaware. Wikipedia

**CTO:** Mira Murati

**Founded:** December 11, 2015

Profiles

Twitter | LinkedIn | Facebook | SoundClo

People also search for

Khan Academy | freeCodeCa... | Code.org | Musk Foundatior

Claim this knowledge panel

Feedb

 Google



**AP** AP News

**'Game of Thrones' creator and other authors sue ChatGPT-maker OpenAI for copyright...**

1 day ago

The New York Times

**Franzen, Grisham and Other Prominent Authors Sue OpenAI**

2 days ago

 CNBC

**John Grisham, George R.R. Martin and other prominent authors sue OpenAI**

2 days ago

**CNET** CNET

**George R.R. Martin and Other Authors Sue ChatGPT-Maker OpenAI**

1 day ago

Vulture

**George R.R. Martin Among 17 Authors Suing Over ChatGPT**

20 hours ago

### Also in the news

The Washington Post

**New AI tools from Google, OpenAI launch before they are fully ready**

12 hours ago

The New York Times

**ChatGPT Can Now Generate Images, Too**

2 days ago

More news →

## Perspectives ⋮

Jessica Levinson
MSNBC News



**Why famous authors' lawsuit against OpenAI and ChatGPT matters**

This week, the Authors Guild sued OpenAI for allegedly violating the Copyright Act of 1976. The authors allege th...

6 hours ago

Valerie
Medium



**Open Interpreter — A Fantastic Tool That Will Allow AI To Run Code On Your Computer**

Being a programmer in this day and age is amazing. Even if you are a solopreneur or a...

6 hours ago

Jiadong Chen
Medium



**Developing Generative AI Solutions, Enhancing Security, and Managing Costs**

Embarking on the journey to develop a generative AI solution isn't just about...

17 hours ago

 Wikipedia
https://en.wikipedia.org › wiki › OpenAI ⋮

**OpenAI**

**OpenAI** is an American artificial intelligence (AI) research laboratory consisting of the non-profit **OpenAI**, Inc. and its for-profit subsidiary corporation ...

https://www.google.com/search?q=openai#ip=1



OpenAI

May 28, 2023 — **OpenAI** is an AI research and deployment company dedicated to ensuring that general-purpose artificial intelligence benefits all of humanity.



GitHub
https://github.com › openai   ⋮

**OpenAI**

Evals is a framework for evaluating LLMs and LLM systems, and an open-source registry of benchmarks. Python 11.9k 2.3k · **openai**-python Public.



MIT Technology Review
https://www.technologyreview.com › 2020/02/17 › ai-...   ⋮

**The messy, secretive reality behind OpenAI's bid to save ...**

Feb 17, 2020 — Every year, **OpenAI's** employees vote on when they believe artificial general intelligence, or AGI, will finally arrive.

## Related searches ⋮

| | |
|---|---|
| 🔍 openai **playground** | 🔍 openai **chatbot** |
| 🔍 openai **login** | 🔍 openai **free** |
| 🔍 openai **chat** | 🔍 openai **chatgpt login** |
| 🔍 openai **gpt-3** | 🔍 chat.openai.com login |



Twitter
https://twitter.com › OpenAI   ⋮

**OpenAI**

Our mission is to ensure that artificial general intelligence—AI systems that are generally smarter than humans—benefits all of humanity.



YouTube
https://www.youtube.com › @OpenAI   ⋮

**OpenAI**

**OpenAI's** mission is to ensure that artificial general intelligence benefits all of humanity. Subscribe.



TechTarget
https://www.techtarget.com › searchenterpriseai › OpenAI   ⋮

**What is OpenAI? Definition and History ...**

**OpenAI** is a private research laboratory that aims to develop and direct artificial intelligence (AI) in ways that benefit humanity as a whole.



Wired
https://www.wired.com › Backchannel › Cover Story   ⋮

**What OpenAI Really Wants**

Sep 5, 2023 — It was founded as a purely nonprofit research operation, but today most of its employees technically work for a profit-making entity that is ...



Wired
https://www.wired.com › Business › OpenAI   ⋮

OpenAI's Dall-E 2 Is an Art Generator Powered by ChatGPT

Case: 24-1963, 05/08/2024, DktEntry: 15.17, Page 66 of 117
Case 4:23-cv-03918-YGR   Document 24   Filed 09/29/23   Page 8 of 9

 Google

 Microsoft Azure
https://azure.microsoft.com › products › ai-services

**Azure OpenAI Service – Advanced Language Models**

Azure **OpenAI** Service offers industry-leading coding and language AI models that you can fine-tune to your specific needs for a variety of use cases.

 YouTube
https://www.youtube.com › openai

**OpenAI**

**OpenAI's** mission is to ensure that artificial general intelligence benefits all of humanity.Learn more: https://**openai**.com.

 Reuters
https://www.reuters.com › technology › openai-unveils-d...

**OpenAI unveils Dall-E 3, latest version of its text-to-image tool**

2 days ago — **OpenAI** on Wednesday unveiled Dall-E 3, the latest version of its text-to-image tool that uses its wildly popular AI chatbot ChatGPT to help ...

 TechCrunch
https://techcrunch.com › 2023/09/20 › openai-unveils...

**OpenAI unveils DALL-E 3, allows artists to opt out of training**

2 days ago — **OpenAI** today unveiled an upgraded version of its text-to-image tool, DALL-E, that uses ChatGPT — **OpenAI's** viral chatbot — to take some of ...

 CNET
https://www.cnet.com › Tech › Services & Software

**OpenAI Brings ChatGPT and Dall-E Together for Next-Gen ...**

1 day ago — **OpenAI** said the tool will be integrated into its generative AI chatbot ChatGPT, and you'll be able to create and adjust generated images with ...

 Crunchbase
https://www.crunchbase.com › organization › openai

**OpenAI - Crunchbase Company Profile & Funding**

**OpenAI** is an AI research and deployment company that conducts research and implements machine learning. The research organization is dedicated to advancing ...

 The Verge
https://www.theverge.com › openai-dalle-third-version...

**OpenAI releases third version of DALL-E**

2 days ago — **OpenAI**, possibly to avoid lawsuits, will also allow artists to opt their art out of future versions of text-to-image AI models. Creators can ...

 Washington Post
https://www.washingtonpost.com › 2023/09/22 › new-...

**New AI tools from Google, OpenAI launch before they are ...**

12 hours ago — A flood of new AI products just arrived — whether we're ready or not. Google, Microsoft, Amazon and **OpenAI** are in an arms race to push out new ...

 open.ai
https://open.ai

**Open AI**

a majestic waterfall under a bright rainbow, surrounded by lush green vegetation. © **Open AI** ™ 2014 - 2023 Terms of Use.

The New York Times
https://www.nytimes.com › 2023/09/20 › books › author...

**Franzen, Grisham and Other Prominent Authors Sue OpenAI**

3 days ago — A group of prominent novelists, including John Grisham, Jonathan Franzen and Elin

ER2232

        Sign in

Open AI debuts next version of its image generation tool

2 days ago — **Open AI** debuts next version of its image generation tool · DALL E 3 is designed to reject requests that ask for an image in the style of living ...

 Google Play
https://play.google.com › store › apps › dev   ⋮

**Android Apps by OpenAI on Google Play**

**OpenAI** is an AI research and deployment company. Our mission is to ensure that artificial general intelligence benefits all of humanity. More by **OpenAI**.

 npm.js
https://www.npmjs.com › package › openai   ⋮

**openai**

Client library for the **OpenAI** API. Latest version: 4.10.0, last published: a day ago. Start using **openai** in your project by running `npm i openai`.

 Reddit
https://www.reddit.com › OpenAI   ⋮

**OpenAI**

r/**OpenAI**: **OpenAI** is an AI research and deployment company. **OpenAI's** mission is to ensure that artificial general intelligence benefits all of ...

 OpenAI Startup Fund
https://openai.fund   ⋮

**OpenAI Startup Fund**

Investing in startups with big ideas about AI.

More results ⌄

# EXHIBIT Y



QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Aaron H. Perahia (Bar No. 304554)
 aaronperahia@quinnemanuel.com
865 S. Figueroa St., 10th Fl.
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000

Sam S. Stake (Bar No. 257916)
 samstake@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone:     (415) 875-6600

Margret M. Caruso (Bar No. 243473)
 margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000

*Attorneys for OpenAI, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPENAI, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OPEN ARTIFICIAL INTELLIGENCE, INC., a Delaware corporation; and GUY RAVINE, an individual,<br><br>Defendants. | Case No. 3:23-cv-3918<br><br>**COMPLAINT FOR:**<br><br>1. **FEDERAL TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION (15 U.S.C. § 1125(a))**<br>2. **COMMON LAW TRADEMARK INFRINGEMENT**<br>3. **FRAUDULENT REGISTRATION (15 U.S.C. § 1120)**<br>4. **CANCELLATION—NO BONA FIDE USE (15 U.S.C. § 1119)**<br>5. **CANCELLATION— MISREPRESENTING SOURCE (15 U.S.C. § 1119)**<br><br>**DEMAND FOR JURY TRIAL** |

OpenAI, Inc. ("OpenAI"), for its claims against Defendants Open Artificial Intelligence, Inc. and its president, Guy Ravine (collectively, "Defendants"), alleges as follows:

## INTRODUCTION

1.      OpenAI brings this lawsuit to stop Defendants from confusing the millions of users of OpenAI's products into mistakenly believing that Defendants have any connection to, association with, or sponsorship by OpenAI when, in fact, there is none.  Defendants unlawfully adopted the name "Open AI" after OpenAI began operations, evidently to sow consumer confusion by falsely associating themselves with OpenAI.

2.      As the senior user of the name "OpenAI" and the logos bearing that name as trademarks (collectively, the "OpenAI Marks"), OpenAI has become closely associated in the marketplace as the source of artificial intelligence models and applications, including ChatGPT. In contrast, it was only after OpenAI's first use of one of the OpenAI Marks that Defendants began using their confusingly similar mark, "Open AI" (the "Infringing Mark"), the only difference with the OpenAI Marks being a space between "Open" and "AI."  Defendants have had nothing to do with OpenAI's artificial intelligence models and applications.  They improperly seek to misappropriate and monetize the hard work and goodwill that OpenAI has created by confusing consumers and the marketplace into mistakenly believing they are the originators of, or affiliated with, OpenAI's products.

3.      Defendants' motives are transparent.  The day OpenAI announced its founding, which received widespread coverage in national and international news media, Ravine filed an application with the United States Patent and Trademark Office ("USPTO") for the Infringing Mark.  The USPTO refused to register the mark, noting that the initial submission had not shown the Infringing Mark being used in commerce.  Undeterred, Defendants manufactured evidence related to their website to mislead the USPTO into believing their mark was being used in commerce even though Defendants had never used the Infringing Mark in connection with any goods or services it offered in interstate commerce—i.e., as a trademark.  Indeed, during four

COMPLAINT

years of its existence, the domain associated with Defendants' trademark application redirected visitors to *OpenAI's* website.

4.     Not only have Defendants caused actual confusion through their website, but Defendants also have recently attempted to undermine OpenAI's efforts to register its own trademarks with the USPTO.  In addition, just last month, Ravine submitted paperwork to the USPTO "assigning" the Infringing Mark to Defendant Open Artificial Intelligence Inc., of which he claims to be the president.  The confusing similarity of that name to OpenAI's well-recognized name, "OpenAI, Inc.," leaves no doubt as to Defendants' intent to profit by confusing the public into thinking that there is an affiliation between Defendants and OpenAI.

5.     Defendants should not be allowed to profit from their misappropriation of OpenAI's established name, leverage for themselves OpenAI's goodwill, or fraudulently divert public interest in and demand for OpenAI's products.

## JURISDICTION AND VENUE

6.     This Court has subject matter jurisdiction over OpenAI's federal trademark infringement and federal unfair competition claims pursuant to 15 U.S.C. sections 1121(a) and 1125 and 28 U.S.C. section 1338(a) and supplemental jurisdiction over OpenAI's state law claims pursuant to 28 U.S.C. sections 1338(b) and 1367(a) as all claims herein form part of the same case or controversy.

7.     This Court has subject matter jurisdiction under 15 U.S.C. section 1121 (action arising under the Lanham Act); 28 U.S.C. section 1331 (federal question); and 28 U.S.C. section 1338(a) (act of Congress relating to trademarks).

8.     This Court has supplemental jurisdiction over OpenAI's state law claims under 28 U.S.C. section 1367(a).

9.     This Court has personal jurisdiction over Defendants because they committed acts in this District that give rise to all claims asserted here and are likely to confuse residents of this District and cause injury here.  In addition, on information and belief, Defendant Ravine resides within this District, and Defendant Open Artificial Intelligence, Inc.'s principal place of business

2

**COMPLAINT**

is in this district, and both otherwise have substantial, systematic, and continuous contacts with this District.

10.     Venue is proper in this District under 28 U.S.C. sections 1391 and 1400(b), at least because a substantial part of the events or omissions giving rise to the claims occurred in this District, and because Defendants have committed, and is likely to commit acts of infringement, false designation of origin, and unfair competition in this District and has a regular and established place of business in this District.  In addition, venue is proper because OpenAI's principal place of business is in this District and OpenAI will suffer harm in this District.

<div align="center"><u>**THE PARTIES**</u></div>

11.     OpenAI is a Delaware corporation with its principal place of business at 3180 18th Street, Suite 100, San Francisco, California 94110.

12.     Defendant Open Artificial Intelligence, Inc., on information and belief, is a Delaware corporation with its principal place of business at 95 3rd Street, San Francisco, California 94103.

13.     Defendant Ravine is an individual who, on information and belief, resides in San Francisco, California, and who holds himself out as the president of Defendant Open Artificial Intelligence, Inc.  Given the uncertainty over the relationship between these two, and as noted above, they are referred to herein collectively as "Defendants."

14.     OpenAI is informed and believes, and on that basis alleges, that, at all relevant times mentioned herein, Defendants, and each of them, were, and are, the agents, servants, alter egos, and/or employees of each of the other Defendants, and all the things alleged to have been done by Defendants were done in the capacity of and as agent, servant, alter ego and/or employee of and for the other Defendants, with their knowledge, approval, and ratification.

<div align="center"><u>**FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS**</u></div>

<div align="center"><u>**OpenAI And Its Valuable Marks**</u></div>

15.     OpenAI is an artificial-intelligence software research and deployment company.  Its mission is to ensure that artificial general intelligence benefits all of humanity.

<div align="center">3</div>

COMPLAINT

16.     OpenAI announced its founding on December 11, 2015.  The announcement was widely covered in the media, including articles in *The New York Times*, *Wired*, and *Business Insider*.

17.     For the past seven years, OpenAI has researched and developed artificial intelligence models and applications.  This has led to the release of numerous AI tools, including the ChatGPT chatbot, the DALL·E text to image generation software, and the Whisper automatic speech recognition (ASR) system.  These products and services—in particular ChatGPT—have been extraordinarily popular.  For example, OpenAI's ChatGPT chatbot was widely adopted, with tens of millions of users in the months after it launched.

18.     Since its inception in 2015, OpenAI has developed valid and enforceable nationwide trademark rights in its OpenAI Marks.  OpenAI has continuously used the mark "OpenAI" in interstate commerce in connection with its artificial-intelligence research services since at least December 2015.  OpenAI filed applications with the USPTO to register its "OpenAI" word mark on the Principal Register, Ser. No. 97/238,896 (filed Jan. 26, 2022) and Ser. No. 98/010,861 (filed May 24, 2023).

19.     Since at least March 22, 2017, OpenAI has continuously used its logo in connection with its artificial-intelligence research services, depicted below.  The OpenAI Logo is registered on the Principal Register, Reg. No. 5,448,123.



20.     Since at least March 22, 2017, OpenAI has continuously used its composite logo in connection with its artificial-intelligence research services, depicted below.  OpenAI has filed an application with the USPTO to register its Composite Logo Mark, Ser. No. 97/238,902.



4

COMPLAINT

21.     In addition to its registered rights, OpenAI enjoys strong goodwill and common law rights in its OpenAI Marks, all of which are commercially and conceptually strong.  OpenAI's offerings under its OpenAI Marks include, but are not limited to, downloadable computer programs and software and software services for artificial intelligence, machine learning, and related software and computer programs.

22.     OpenAI has used the OpenAI Marks in connection with its goods and services.  For example, OpenAI's website prominently displays the OpenAI Marks on its webpages, and has done so continuously since on or around December 11, 2015.  The OpenAI Marks are prominently displayed on OpenAI's social media platforms, such as Twitter, which OpenAI joined in December 2015.  And the OpenAI Marks appear on pages or at the top of OpenAI's AI tools.

23.     OpenAI's uses of its marks have significant reach. As of July 2023, OpenAI's website reportedly ranked as the world's 20th highest traffic website.  OpenAI has over 2.4 million Twitter followers, more than 1.6 million LinkedIn followers, and more than 600,000 YouTube subscribers.

24.     As a result of OpenAI's long-term and continuous use of the OpenAI Marks in connection with its products and services, and its substantial investment of time, effort, and money in the brand, OpenAI has built substantial goodwill and equity in its OpenAI Marks.  The OpenAI Marks are well known, and consumers in the United States and around the world have come to associate the OpenAI Marks with OpenAI and to recognize OpenAI as a leading company that studies, builds, and deploys artificial intelligence.  OpenAI's branded offerings have earned significant downloads and interactions from users in the United States, and the OpenAI Marks are exceptionally valuable assets to OpenAI.

25.     OpenAI, along with its widely popular products, has received significant unsolicited media coverage and social media attention, resulting in widespread recognition of the OpenAI Marks by both OpenAI's consumers and the general public.  OpenAI and its representatives have appeared on nationally televised shows and in widely watched online videos, which prominently display OpenAI Marks and discuss OpenAI and its products and services.  As

5

COMPLAINT

a result, the OpenAI Marks have become distinctive and source-identifying designations of OpenAI and its products and services.  Comments from major news publications, organizations, and other third parties reflect the widespread recognition and renown of the OpenAI Marks.  To cite just a few examples:

> a.    "In 2023, everyone knows OpenAI's name."  – *Forbes*
>
> b.    "OpenAI … is rocketing into the mainstream" – *The Washington Post*
>
> c.    "The popularity of OpenAI's surprisingly intelligent and conversant ChatGPT chatbot has sent a groundswell through the tech industry." – *Fast Company*
>
> d.    "OpenAI has really risen to fame …" – *World Economic Forum*

26.    As these comments reflect, consumers perceive "OpenAI" as a source-identifying trademark associated with OpenAI and its products and services.

**Defendants And Their Fraudulent Registration**

27.    In the evening of December 11, 2015, the same day after OpenAI publicly announced its founding, Ravine filed trademark application Ser. No. 86/847,151 for the Infringing Mark with the USPTO.  Ravine asserted section 1(a) as the "filing basis" for the application, which is reserved for marks that are being used in commerce at the time of the application.  In the application, Ravine declared that: (i) he first used the Infringing Mark in commerce on March 25, 2015, and (ii) he was currently using the Infringing Mark in commerce as of December 11, 2015.

28.    In support of his use-based application under section 1(a), Ravine submitted a specimen with the application.  Ravine described the specimen as "Website for Open AI."  Ravine further declared that the specimen showed Ravine's use of the Infringing Mark in commerce as of December 11, 2015.

29.    The initial specimen Ravine submitted with his application showed a screenshot of the domain name www.open.ai, which is itself confusing and conveys a false association with OpenAI.  The specimen depicted a website landing page with the terms "Open" and "AI" above

COMPLAINT

text that includes "ANNOUNCEMENT WILL BE MADE SOON." It encouraged visitors to enter their "email to be informed of developments or join the initiative." Ravine's specimen is below:



30. On March 29, 2016, the USPTO issued an Office Action letter concerning Ravine's application. In that letter, the USPTO notified Ravine it refused his application because of an "unacceptable specimen." Specifically, the USPTO stated: "Registration is refused because the specimen does not show the applied-for mark in use in commerce." The USPTO further explained that "the specimen does not show the mark used in reference to or in connection with the services in the application."

31. The USPTO's March 2016 letter informed Ravine that he may respond by either "(1) [s]ubmit[ing] a different specimen (a verified 'substitute' specimen) that (a) was in actual use in commerce at least as early as the filing date of the application or prior to the filing of an amendment to allege use and (b) shows the mark in actual use in commerce for the services identified in the application or amendment to allege use, [or] (2) [a]mend[ing] the filing basis to intent to use under Section 1(b), for which no specimen is required."

32. On September 27, 2016, Ravine responded to the USPTO's March 2016 letter by submitting a new specimen purporting to show his use of the Infringing Mark (the "2016

**COMPLAINT**

1  Specimen").  In submitting the 2016 Specimen, Ravine represented that the "substitute (or new, or

2  originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as

3  the filing date of the application."  The 2016 Specimen contained two screenshots from a

4  subdomain of www.open.ai, www.hub.open.ai, which depicted a post titled "Deep reinforcement

5  algorithm problem":





COMPLAINT

33.     On information and belief, the 2016 Specimen did not reflect the Infringing Mark's actual use in commerce as of December 15, 2015.  Rather, on information and belief, Ravine created the 2016 Specimen and the purported website posts to mislead the USPTO into believing that the Infringing Mark was being used in commerce, thereby resolving the defect the USPTO cited in refusing to register the Infringing Mark.

34.     Specifically, Defendants' www.hub.open.ai website shown in the 2016 Specimen had only two users as of September 27, 2016: "nikita" and "rick."  Both users registered on the website on September 26, 2016, the day before Ravine submitted the 2016 Specimen.  In addition, Defendants' website had only three post threads when Ravine submitted the 2016 Specimen.  All three of those threads were created by "nikita" and replied to by "rick" between 4:49 am and 6:08 am on September 26, 2016, the day before Ravine submitted the 2016 Specimen.

35.     Moreover, although Ravine's 2016 Specimen purported to show genuine user content created on Defendants' website, www.hub.open.ai, the content was copied from previous posts elsewhere on the internet.  Specifically, the three post threads on Defendants' website on September 26, 2016 all contain content copied nearly verbatim from prior posts on GitHub, an unaffiliated third-party website.

36.     For example, the content in the thread on Defendants' website titled "Target shape size is different to source" was taken—effectively verbatim—from an earlier August 31, 2016 thread on GitHub titled "An fatal error when using Scala-pkg."  The content Defendants copied in this thread, which was all written by a single GitHub user (zihaolucky), is shown below:

9

COMPLAINT

| Source | Content |
|---|---|
| GitHub | **An fatal error when using Scala-pkg.** #3185<br><br>⊘ Closed   zihaolucky opened this issue on Aug 31, 2016 · 2 comments<br><br>**zihaolucky** commented on Aug 31, 2016 · edited ▾    Member<br><br>Hi @javelinjs<br><br>Background: I trained the model in Python and uploaded its `param` and `json` file which is to be used in Scala. I also change something in `json` to run the code below.<br><br>```
object MXNetPredict {
  def main(args: Array[String]) {
    val ndArray = NDArray.zeros(Shape(32,1,19,128))
    val data: IndexedSeq[NDArray] = IndexedSeq(ndArray)
    val label: IndexedSeq[NDArray] = IndexedSeq()
    val valData: NDArrayIter = new NDArrayIter(data, label)
``` |
| Defendants' hub.open.ai website | **Target shape size is different to source**<br><br>problem<br><br>nikita ·<br><br>I trained the model in Python and uploaded its param and json file which is to be used in Scala I also change something in json to run the code below.<br><br>```
object MXNetPredict {
  def main(args: Array[String]) {
    val ndArray = NDArray.zeros(Shape(32,1,19,128))
    val data: IndexedSeq[NDArray] = IndexedSeq(ndArray)
    val label: IndexedSeq[NDArray] = IndexedSeq()
    val valData: NDArrayIter = new NDArrayIter(data, label)
``` |

37.     Content in the thread on Defendants' website titled "Memory allocation failed after multiple call to Module.predict()" was copied essentially verbatim from a September 23, 2016 thread on GitHub titled "Memory allocation failed after multiple call to Module.predict()."  The content Defendants copied in this thread, which was all written by a single GitHub user (PrismQ), is shown below:

10

COMPLAINT

| **Source** | **Content** |
|---|---|
| GitHub | Memory allocation failed after multiple call to Module.predict() #3362<br>Closed PrismQ opened this issue on Sep 23, 2016 · 9 comments<br>PrismQ commented on Sep 23, 2016<br>Hi,<br>I am using Module.predict to calculate some feature vector of my data. (outputshape=(batchsize,4096) )<br>After 97 calls to predict(), mxnet reported *Memory allocation failed*, and GPU monitoring software<br>reported 7.6GB/8GB gpu mem usage. There are plenty of system RAM available. Closing the python process will release GPU mem.<br>Do I need to call some method to release GPU mem after predict() ? |
| Defendants' hub.open.ai website | **Memory allocation failed after multiple call to Module.predict()**<br>problem<br>nikita<br>Hi,<br>I am using Module.predict to calculate some feature vector of my data. (outputshape=(batchsize,4096) )<br>After 97 calls to predict(), mxnet reported Memory allocation failed, and GPU monitoring software<br>reported 7.6GB/8GB gpu mem usage. There are plenty of system RAM available. Closing the python process will release GPU mem.<br>Do I need to call some method to release GPU mem after predict() ? |

38. Notice that Defendants' website copied not only the text, but even the unnecessary line break in the second paragraph, after the word "software" and before the word "reported."

39. Content in the thread titled "Deep reinforcement algorithm problem" was copied nearly verbatim from an August 20, 2016 GitHub thread on "How to run multiple GPUs – python." The content Defendants copied in this thread, which was all written by a single GitHub user (ilkarman), is shown below:

Case 3:23-cv-03918 Document 1 Filed 08/04/23 Page 13 of 27

| **Source** | **Content** |
| --- | --- |
| GitHub | ilkarman commented on Aug 22, 2016<br>@antinucleon Thanks for the help, so I have set the globals like so:<br>`GPUS = 4`<br>`ctx = [mx.gpu(int(i)) for i in range(GPUS)]`<br>`BATCH_SIZE = 128 * GPUS`<br>The params:<br>`cnn = create_crepe()`<br>`mod = mx.mod.Module(cnn, context=ctx)`<br>`mod.bind(data_shapes=[('data', DATA_SHAPE)],`<br>`label_shapes=[('softmax_label', (BATCH_SIZE,))])`<br>`mod.init_params(mx.init.Normal(sigma=SD))`<br>`mod.init_optimizer(optimizer='sgd',`<br>`optimizer_params={`<br>`"learning_rate": 0.01,`<br>`"momentum": 0.9,`<br>`"wd": 0.00001,`<br>`"rescale_grad": 1.0/BATCH_SIZE`<br>`})` |
| Defendants' hub.open.ai website | rick<br>The best permutation so far is:<br>`GPUS = 4`<br>`ctx = [mx.gpu(int(i)) for i in range(GPUS)]`<br>`BATCH_SIZE = 128 * GPUS`<br>`// The params:`<br>`cnn = create_crepe()`<br>`mod = mx.mod.Module(cnn, context=ctx)`<br>`mod.bind(data_shapes=[('data', DATA_SHAPE)],`<br>`label_shapes=[('softmax_label', (BATCH_SIZE,))])`<br>`mod.init_params(mx.init.Normal(sigma=SD))`<br>`mod.init_optimizer(optimizer='sgd',`<br>`optimizer_params={`<br>`"learning_rate": 0.01,`<br>`"momentum": 0.9,`<br>`"wd": 0.00001,`<br>`"rescale_grad": 1.0/BATCH_SIZE`<br>`})` |

40. Ravine's deception to the USPTO went even further. On information and belief, when Ravine copied the content in each GitHub thread, he took a post from a single GitHub user, split the post in two, and used the two pieces on his website to create a false "dialogue" between

two fictitious users.  For example, although all of the content that Ravine took in the second example above was posted by a single GitHub user (PrismQ), Ravine split up that content on his own website, using a portion of it in the initial post from user "nikita" and the rest of it in the reply post from user "rick."  This evidence strongly indicates that Ravine created false user dialogue on his website in a fraudulent effort to create an appearance of use in commerce that did not exist.

| **Source** | **Content** |
|---|---|
| GitHub | PrismQ commented on Sep 23, 2016<br><br>Hi,<br>I am using Module.predict to calculate some feature vector of my data. (outputshape=(batchsize,4096) ) |
| Defendants' hub.open.ai website | nikita ·<br><br>Hi,<br>I am using Module.predict to calculate some feature vector of my data. (outputshape= (batchsize,4096) ) |
| GitHub | PrismQ commented on Sep 24, 2016<br><br>I checked if the result `ndarray.__del__()` is called by inserting `print` into `__del__()`<br><br>`def __del__(self):`<br>`    if hasattr(self,"x"):` |
| Defendants' hub.open.ai website | rick<br><br>I checked if the result ndarray.**del**() is called by inserting print into **del**()<br><br>`def __del__(self):`<br>`    if hasattr(self,"x"):` |

41.    In addition to the fraud, the 2016 Specimen did not show use of the Infringing Mark for the services covered in Ravine's application and subsequent registration, *i.e.*, "providing a web site featuring technology that enables internet users to share documents, images and videos."  Nor could it have shown use of the Infringing Mark in commerce "at least as early as the filing date of the application," as Ravine had represented that it did, because it depicted posts made in September 2016 (not December 2015).  On information and belief, Ravine could not have shown use for his Infringing Mark as of the date of his application or the 2016 Specimen because Ravine had not used it in commerce.

13

COMPLAINT

42.     In a November 2016 Office Action letter, the USPTO found Defendants' 2016 Specimen resolved the specimen defect noted in the USPTO's March 2016 letter.  However, in a further March 2017 Office Action letter, the USPTO refused registration of the Infringing Mark on the Principal Register, finding the Infringing Mark was descriptive.  In doing so, the USPTO advised that Ravine could "amend[] the application to seek registration on the Supplemental Register" instead.  After Ravine amended his application accordingly, the USPTO registered the Infringing Mark on the Supplemental Register on August 1, 2017, Reg. No. 5,258,002.  Unlike registration on the Principal Register, registration on the Supplemental Register does not provide prima facie evidence of the nationwide exclusive right to use the trademark, a presumption of validity for the registered trademark, or a presumption of ownership of the registered trademark.

43.     On or about June 30, 2023, Ravine purported to assign this registration to Defendant Open Artificial Intelligence Inc.  That choice of that name unmistakably attempts to confuse the public into thinking the company is, or is associated with or sponsored by, OpenAI.

**Defendants' Infringing Conduct**

44.     Although Defendants' website has displayed varied content over the years, at no point has either Defendant used the Infringing Mark as a trademark.

45.     According to September 2017 screenshots of Defendants' website, Defendants redirected their website visitors to OpenAI's website, www.openai.com, creating the inaccurate appearance that the two websites were officially connected.  The Internet Archive screenshots below show that Defendants' website redirected to OpenAI's website as of September 26, 2017:

14

COMPLAINT





46.     According to website screenshots archived from January 24, 2019, some 16 months later, Defendants' website continued to redirect visitors to OpenAI's website, www.openai.com. Accurate screenshots from the Internet Archive are below, which shows that open.ai redirected to OpenAI's website:





47. Numerous Internet Archive screenshots of Defendants' website taken over the next five years, including in 2018, 2019, 2020, 2021, and 2022, showed that Defendants continued to redirect visitors to OpenAI's website for years. For example, Internet Archive screenshots of

16

1  Defendants' website in January 2022 show that Defendants' website continued to redirect visitors

2  to OpenAI's website, www.openai.com, as of January 24, 2022, as shown below:





24      48.     In a February 19, 2022 email, OpenAI contacted Ravine to inform him that

25  Ravine's website was redirecting to OpenAI's website.  In that email, OpenAI inquired about

26  acquiring the domain from Ravine.

COMPLAINT

49.     Ravine responded the same day: "Elon Musk paid $11 million for the Tesla domain and trademark in 2017. As we both know, OpenAI holds the potential to become larger than Tesla, and in either event, will become one of the largest companies in the world in a relatively short period of time. So the ultimate value of the domain and the brand are substantial."

50.     On information and belief, Ravine has not taken any affirmative steps to use the OpenAI Marks in connection with goods or services in commerce.

51.     After OpenAI's February 2022 contact with Ravine, Defendants' domain name began directing users to a website titled "CryptoArt" by July 2022.  Notably, that "CryptoArt" website did not use or display the Infringing Mark.  Nor did the "CryptoArt" website provide the goods or services for which the Infringing Mark was registered.  Below is a screenshot from the Internet Archive of Defendants' "CryptoArt" website on July 1, 2022:



52.     Currently, Defendants' website displays the message "Open AI is working to make the world's best AI models open. In the meantime … Generate any image imaginable."  At the bottom of the website, Defendants provide an email form with the message "Let me know when you're done baking!"  Below is a screenshot of Defendants' website as of August 4, 2023:

18

**COMPLAINT**



53.     Defendants' current website has caused actual confusion.  Below is an accurate screenshot from a Twitter user asking if Defendants' website is a "legacy" website of OpenAI:



54.     On information and belief, Defendants have never offered in commerce the services covered by the Infringing Mark, namely, "[p]roviding a web site featuring technology that enables internet users to share documents, images and videos."

19

COMPLAINT

55.     On information and belief, Defendants are maintaining the supplemental

registration in the Infringing Mark with the intent to profit off of OpenAI's legitimate use of its

own OpenAI Marks, and engaged in fraud during the registration process for the Infringing Mark.

56.     Further demonstrating their bad faith, Defendants created subdomains of their

"www.open.ai" domain name that mirror commonly-used subdomains of OpenAI's domain name.

For example, since November 30, 2022, OpenAI has used the subdomain "chat.openai.com" to

direct to OpenAI's ChatGPT chatbot.  On information and belief, as of April 8, 2023, Defendants

created the subdomain "chat.open.ai," which redirected to Defendants' current website.

### Ravine's Letters Of Protest

57.     Between December 2015 and December 6, 2022, Defendants never objected to

OpenAI's use or registration of the OpenAI Marks.  But after being contacted by OpenAI, Ravine

filed a Letter of Protest with the USPTO regarding OpenAI's Application Ser. No. 97/238,896, on

the grounds that the applied-for mark is allegedly confusingly similar to the Infringing Mark and

should be refused registration.  On January 31, 2023, Ravine filed another Letter of Protest with

the USPTO regarding OpenAI's Application Ser. No. 97/238,896, submitting additional evidence

and continuing to argue that the applied-for mark is "confusingly similar" to Defendants'

Infringing Mark.  The USPTO informed OpenAI that a Letter of Protest had been filed, but did not

reveal who filed it.  Only by filing a FOIA request did OpenAI later obtain access to the Letters of

Protest and learn that Ravine filed them.

### FIRST CAUSE OF ACTION

### For Trademark Infringement and Unfair Competition

### (15 U.S.C. § 1125(a))

58.     OpenAI incorporates and realleges paragraphs 1 through 57 of this Complaint.

59.     OpenAI has nationwide, common law rights in the OpenAI Marks senior to any

legitimate rights that Defendants may have.

60.     Defendants are using the Infringing Mark in a manner that is likely to cause

confusion, mistake, and deception and that creates a false and misleading impression as to the

20

**COMPLAINT**

affiliation, connection, or association of Defendants with OpenAI and the OpenAI Marks, and as to the origin, sponsorship, endorsement, and approval of the contents, links, and information on Defendants' website with OpenAI.

61.     Defendants' selection, adoption, and use of the Infringing Mark are intended to reap the benefit of the goodwill in the OpenAI Marks and constitute unfair competition and false designation of origin.

62.     Defendants' conduct is intentional, willful, deliberate, in bad faith and undertaken with knowledge of OpenAI's prior rights in the OpenAI Marks, and with full knowledge that Defendants have no right, license, or authority to use the OpenAI Marks or any confusingly similar variation thereof.

63.     OpenAI is entitled to damages pursuant to 15 U.S.C. § 1117(a).

64.     Defendants' conduct has caused and is causing irreparable injury to OpenAI and its OpenAI Marks and, unless enjoined by this Court, will continue to both damage OpenAI and deceive the public.  OpenAI has no adequate remedy at law.

**SECOND CAUSE OF ACTION**

**For Common Law Trademark Infringement**

65.     OpenAI incorporates and realleges paragraphs 1 through 57 of this Complaint.

66.     OpenAI has nationwide, common law rights in the OpenAI Marks senior to any legitimate rights that Defendants may have.

67.     Defendants are using the Infringing Mark in a manner that is likely to cause confusion, mistake, and deception and that creates a false and misleading impression as to the origin, sponsorship, endorsement, approval, affiliation, connection, or association of Defendants and/or the contents, links, and information on Defendants' website with OpenAI and/or its OpenAI Marks.

68.     Defendants' conduct is intentional, willful, deliberate, in bad faith, and undertaken with knowledge of OpenAI's prior rights in the OpenAI Marks, and with full knowledge that

**COMPLAINT**

Defendants have no right, license, or authority to use OpenAI's OpenAI Marks or any confusingly similar variation thereof.

69.    Defendants' acts constitute common law trademark infringement and have created and will continue to create a likelihood of confusion, thereby causing irreparable harm to OpenAI and its OpenAI Marks, including injury to OpenAI's reputation and business identity and diminished goodwill and reputation of the OpenAI Marks.

70.    Defendants' conduct has caused and is causing monetary injury to OpenAI, in an amount to be determined at trial, including actual damages and lost profits, and merits punitive and exemplary damages in an amount sufficient to deter such conduct in the future.

71.    Defendants' conduct has caused and is causing irreparable injury to OpenAI and, unless enjoined by this Court, will continue to both damage OpenAI and deceive the public. OpenAI has no adequate remedy at law.

### THIRD CAUSE OF ACTION

### For Civil Liability for False and/or Fraudulent Registration

### (15 U.S.C. § 1120)

72.    OpenAI incorporates and realleges paragraphs 1 through 57 of this Complaint.

73.    Defendants' procurement of the Infringing Mark (Reg. No. 5,258,002) included one or more material false representations, including the submission of fraudulent specimens purporting to show that Ravine made use of the Infringing Mark in commerce when he had not made such use.

74.    OpenAI has suffered injury as a consequence of Defendants' registration and maintenance of the Infringing Mark.

75.    Defendants' conduct has caused and is causing monetary injury to OpenAI, in an amount to be determined at trial, including actual damages and lost profits.

### FOURTH CAUSE OF ACTION

### For Cancellation of Registration No. 5,258,002

### (15 U.S.C. § 1119)

### Based On No Bona Fide Use

76.     OpenAI incorporates and realleges paragraphs 1 through 57 of this Complaint.

77.     The Infringing Mark (Reg. No. 5,258,0002) creates a likelihood of confusion with the OpenAI Marks, for which OpenAI has priority.

78.     Ravine filed the application for the Infringing Mark based on alleged use of the Infringing Mark in commerce under Section 1(a).  At the time, Ravine had no bona fide use of the Infringing Mark.  Neither Defendant makes—or has ever made—bona fide use of the Infringing Mark in commerce.

79.     Neither Defendant has made continuous use of the Infringing Mark and neither has acquired or maintained the goodwill associated with any rights they may have been assigned in the Infringing Mark.

80.     OpenAI believes it will be damaged by the continued registration of the Infringing Mark, and thus hereby petitions to cancel it.

81.     Thus, the Registration of the Infringing Mark should be cancelled under 15 U.S.C. §§ 1119, 1052, and/or 1064.

### FIFTH CAUSE OF ACTION

### For Cancellation of Registration No. 5,258,002

### (15 U.S.C. § 1119)

### Based On Misrepresenting Source

82.     OpenAI incorporates and realleges paragraphs 1 through 57 of this Complaint.

83.     A registration is subject to cancellation if the mark "is being used by, or with the permission of, the registrant so as to misrepresent the source of the goods or services on or in connection with which the mark is used."  15 U.S.C. § 1064(3).

23

**COMPLAINT**

84.     Defendants have used the domain name www.open.ai to redirect visitors from that domain name to the domain name and website of OpenAI.  Such activity is not a bona fide use of the Infringing Mark in connection with goods or services offered by Defendants.

85.     Such redirection suggests Defendants offer services that in fact originate from OpenAI itself.

86.     In this way, Defendants have misrepresented to consumers that the parties' services originate from the same source.

87.     Such conduct by Defendants is calculated to trade on the goodwill and reputation of OpenAI.

88.     The Registration for the Infringing Mark should therefore be cancelled under 15 U.S.C. §§ 1119 and/or 1064(3) because, Defendants have misrepresented the source of the services on or in connection with which the Infringing Mark is allegedly used.

## **PRAYER FOR RELIEF**

WHEREFORE, OpenAI prays for relief, as follows:

A.     A judgment that Defendants:

    1.     have infringed OpenAI's federal and common law trademark rights;

    2.     is unfairly competing with OpenAI, and has been unjustly enriched;

    3.     acted willfully and with malice, oppression, and/or fraud;

B.     An order and judgment preliminarily and permanently enjoining Defendants and all of their affiliates, employees, agents, officers, directors, attorneys, successors, and assigns, and all those acting on behalf of or in active concert or participation with any of them, from further acts of infringement and unfair competition;

C.     Actual damages suffered as a result of Defendants' unlawful conduct, in an amount to be proven at trial, as well as all pre-judgment and post-judgment interest, at the maximum rate permitted law;

D.     An accounting of Defendants' profits;

E.     A judgment trebling any damages award;

24

COMPLAINT

1    F.    Punitive damages;

2    G.    Restitution against Defendants and in favor of OpenAI, including disgorgement of

3  any wrongfully obtained profits and any other appropriate relief;

4    H.    Costs of suit and reasonable attorneys' fees;

5    I.    An order cancelling Defendants' Infringing Mark and transferring the www.open.ai

6  domain name to OpenAI; and

7    J.    Any other remedy to which OpenAI may be entitled in law or equity.

8  DATED: August 4, 2023              QUINN EMANUEL URQUHART &
9                                     SULLIVAN, LLP

10

11                                     By _____
12                                            Robert M. Schwartz
                                         Attorneys for OpenAI, Inc.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

25

**COMPLAINT**

1

## **DEMAND FOR JURY TRIAL**

2          Pursuant to Rule 38 of the Federal Rules of Civil Procedure, OpenAI respectfully demands

3    a trial by jury on all issues triable by jury.

4

5    DATED: August 4, 2023                         QUINN EMANUEL URQUHART &
                                                    SULLIVAN, LLP

6

7                                          By_____

8                                                  Robert M. Schwartz
                                              Attorneys for OpenAI, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

1 | Ryan G. Baker (Bar No. 214036)
   rbaker@waymakerlaw.com
2 | Scott M. Malzahn (Bar No. 229204)
   smalzahn@waymakerlaw.com
3 | Patricia Rojas-Castro (Bar No. 339087)
   projas-castro@waymakerlaw.com
4 | WAYMAKER LLP
5 | 515 S. Flower Street, Suite 3500
   Los Angeles, California 90071
6 | Telephone:     (424) 652-7800
7 | Facsimile:     (424) 652-7850

8 | *Attorneys for Defendants Guy Ravine & Open*
   *Artificial Intelligence, Inc.*
9 |

10 | **UNITED STATES DISTRICT COURT**

11 | **NORTHERN DISTRICT OF CALIFORNIA**

12 |

13 | OPENAI, INC., a Delaware corporation,

14 |                 Plaintiff,

15 |         v.

16 | OPEN ARTIFICIAL INTELLIGENCE, INC.,
   a Delaware corporation; and GUY RAVINE,
   an individual,

19 |                 Defendants.

Case No. 4:23-cv-3918-YGR

**AMENDED NOTICE OF PRELIMINARY INJUNCTION APPEAL AND APPEAL FROM ORDER ON POSTJUDGMENT MOTION, BY DEFENDANTS OPEN ARTIFICIAL INTELLIGENCE, INC. AND GUY RAVINE**

Action Filed: August 4, 2023

Case No. 4:23-cv-3918-YGR

DEFENDANTS' AMENDED NOTICE OF APPEAL OF PRELIMINARY INJUNCTION ORDER
AND ORDER DENYING POSTJUDGMENT MOTION

**ER2263**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Please take notice that pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B)(ii), Defendants Open Artificial Intelligence, Inc. and Guy Ravine (collectively, "Defendants") hereby amend Defendants' March 29, 2024 Notice of Appeal (DE 85), and appeal to the United States Court of Appeals for the Ninth Circuit from:

(1) the Court's February 28, 2024 order granting Plaintiff OpenAI, Inc.'s ("Plaintiff") Motion for Preliminary Injunction (DE 63); and

(2) the Court's April 5, 2024 order denying Defendants' Rule 59(e)/Rule 60(b) Motion to Alter or Amend, or for Relief From, the February 28, 2024 Preliminary Injunction order (DE 95).

Pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B)(iii), no additional fee is required to file this amended notice of appeal.

DATED: April 8, 2024                    WAYMAKER LLP


By:      */s/ Ryan G. Baker*
         _____
         RYAN G. BAKER
         Attorneys for Defendants Guy Ravine & Open
         Artificial Intelligence, Inc.

DEFENDANTS' AMENDED NOTICE OF APPEAL OF PRELIMINARY INJUNCTION ORDER
AND ORDER DENYING POSTJUDGMENT MOTION
**ER2264**

1  Ryan G. Baker (Bar No. 214036)
    rbaker@waymakerlaw.com
2  Scott M. Malzahn (Bar No. 229204)
    smalzahn@waymakerlaw.com
3  Patricia Rojas-Castro (Bar No. 339087)
    projas-castro@waymakerlaw.com
4  WAYMAKER LLP
5  515 S. Flower Street, Suite 3500
   Los Angeles, California 90071
6  Telephone:      (424) 652-7800
   Facsimile:      (424) 652-7850
7
8  *Attorneys for Defendants Guy Ravine & Open*
   *Artificial Intelligence, Inc.*
9

10              **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12

13  OPENAI, INC., a Delaware corporation,      Case No. 4:23-cv-3918-YGR

14              Plaintiff,                       **NOTICE OF PRELIMINARY**
                                                 **INJUNCTION APPEAL BY**
15        v.                                     **DEFENDANTS OPEN ARTIFICIAL**
                                                 **INTELLIGENCE, INC. AND GUY**
16                                               **RAVINE**
    OPEN ARTIFICIAL INTELLIGENCE, INC.,
17  a Delaware corporation; and GUY RAVINE,
    an individual,                               Action Filed: August 4, 2023
18
19              Defendants.
20
21
22
23
24
25
26
27
28
                                                Case No. 4:23-cv-3918-YGR

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that Defendants Open Artificial Intelligence Inc. and Guy Ravine (collectively, "Defendants") appeal to the United States Court of Appeals for the Ninth Circuit from the February 28, 2024 Order Granting Plaintiff OpenAI, Inc.'s ("Plaintiff") Motion for Preliminary Injunction (DE 63 ("Order")). This is the first appeal in this case.

Please also take notice that on March 27, 2024, Defendants filed a Motion to Alter or Amend the Order pursuant to Fed. R. Civ. P. 59(e), or in the alternative, for relief from the Order pursuant to Fed. R. Civ. P. 60(b) ("Motion"), and this Motion remains pending before this Court. (*See* DE Nos. 76-82.)

This Court retains jurisdiction to rule on Defendants' Rule 59(e)/Rule 60(b) Motion. *See* Fed. R. App. P. 4(a)(4)(B); *Tripati v. Henman*, 845 F.2d 205, 206 (9th Cir. 1988) (district court must rule on Rule 59(e) motion to alter or amend the judgment before appellate review); *Miller v. Marriott Int'l, Inc.*, 300 F.3d 1061, 1064 (9th Cir. 2002) (district court erred in declining to rule on the Rule 60(b) motions "under the mistaken impression that it did not have jurisdiction once the Millers filed notices of appeal").

DATED: March 29, 2024                          WAYMAKER LLP


                                              By:      *s/ Ryan G. Baker*
                                                    RYAN G. BAKER
                                                    Attorneys for Defendants Guy Ravine & Open
                                                    Artificial Intelligence, Inc.

DEFENDANTS' NOTICE OF PRELIMINARY INJUNCTION APPEAL
**ER2266**

ADRMOP,AO279,APPEAL,PROTO,PRVADR

# U.S. District Court
# California Northern District (Oakland)
# CIVIL DOCKET FOR CASE #: 4:23-cv-03918-YGR

| | |
|---|---|
| OpenAI, Inc. v. Open Artificial Intelligence, Inc. et al | Date Filed: 08/04/2023 |
| Assigned to: Judge Yvonne Gonzalez Rogers | Jury Demand: Plaintiff |
| Cause: 15:1125 Trademark Infringement (Lanham Act) | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**OpenAI, Inc.**                    represented by     **Robert Michael Schwartz**
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
213-443-3675
Fax: 213-443-3100
Email: robertschwartz@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dylan I Scher**
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Ave
22nd Floor
New York, NY 10010
212-849-7492
Email: dylanscher@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Margret Mary Caruso**
Quinn Emanuel
555 Twin Dolphin Drive,
Suite 560
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: margretcaruso@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Robert P. Feldman**
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5069
Fax: 650-801-5100
Email: bobfeldman@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Sam Stephen Stake**
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6387
Fax: 415-875-6700
Email: samstake@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Aaron H Perahia**
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100
Email: aaronperahia@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Open Artificial Intelligence, Inc.**          represented by   **Ryan Geoffrey Baker**
Waymaker LLP
515 South Flower Street
Suite 3500
Los Angeles, CA 90071
424-652-7800
Fax: 424-652-7850
Email: rbaker@waymakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cameron Ryan Partovi**
Bird, Marella, Rhow, Lincenberg, Drooks &
Nessim, LLP
1875 Century Park E
Ste 23rd Floor
Los Angeles, CA 90067
310-201-2100
Email: cpartovi@birdmarella.com
*TERMINATED: 03/21/2024*

**Ekwan Eric Rhow**
Bird, Marella, Rhow, Lincenberg, Drooks &
Nessim, LLP
1875 Century Park East
Suite 2300
Los Angeles, CA 90067
310-201-2100
Email: eer@birdmarella.com
*TERMINATED: 03/21/2024*

**Jose R. Nuno**
Waymaker LLP
777 S. Figueroa Street
Suite 2850
Los Angeles, CA 90017
424-652-7800
Email: jnuno@waymakerlaw.com
*ATTORNEY TO BE NOTICED*

**Joshua Michael Masur**
Zuber Lawler LLP
2000 Broadway Street, Suite 154
Redwood City, CA 94063
(213) 596-5620
Fax: (213) 596-5621
Email: jmasur@zuberlawler.com
*TERMINATED: 10/05/2023*

**Norma Patricia Rojas-Castro**
Waymaker
Waymaker
515 S. Flower Street
Suite 3500
90071
Los Angeles, CA 90071
424-652-7800
Email: projas-castro@waymakerlaw.com

**Paul S. Chan**
Bird, Marella, Rhow, Lincenberg, Drooks &
Nessim, LLP
1875 Century Park East
Ste 23rd Floor
Los Angeles, CA 90067
310-201-2100
Email: psc@birdmarella.com
*TERMINATED: 03/21/2024*

**Scott Matthew Malzahn**
Waymaker LLP
515 S. Flower Street
Suite 3500
Los Angeles, CA 90071
424-652-7800
Fax: 424-652-7850
Email: smalzahn@waymakerlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Guy Ravine**                             represented by  **Ryan Geoffrey Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cameron Ryan Partovi**
(See above for address)
*TERMINATED: 03/21/2024*

**Ekwan Eric Rhow**
(See above for address)
*TERMINATED: 03/21/2024*

**Jose R. Nuno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norma Patricia Rojas-Castro**
(See above for address)

**Paul S. Chan**
(See above for address)
*TERMINATED: 03/21/2024*

**Scott Matthew Malzahn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Guy Ravine**                   represented by   **Ryan Geoffrey Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cameron Ryan Partovi**
(See above for address)
*TERMINATED: 03/21/2024*

**Ekwan Eric Rhow**
(See above for address)
*TERMINATED: 03/21/2024*

**Jose R. Nuno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Norma Patricia Rojas-Castro**
(See above for address)

**Paul S. Chan**
(See above for address)
*TERMINATED: 03/21/2024*

**Scott Matthew Malzahn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**ER2270**

**Open Artificial Intelligence, Inc.**          represented by     **Ryan Geoffrey Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cameron Ryan Partovi**
(See above for address)
*TERMINATED: 03/21/2024*

**Ekwan Eric Rhow**
(See above for address)
*TERMINATED: 03/21/2024*

**Jose R. Nuno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Michael Masur**
(See above for address)
*TERMINATED: 10/05/2023*

**Norma Patricia Rojas-Castro**
(See above for address)

**Paul S. Chan**
(See above for address)
*TERMINATED: 03/21/2024*

**Scott Matthew Malzahn**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**OpenAI, Inc.**          represented by     **Robert Michael Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dylan I Scher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margret Mary Caruso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert P. Feldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sam Stephen Stake**

**ER2271**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Aaron H Perahia**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2023 | 1 | COMPLAINT *with Jury Demand for Trademark Infringement, Unfair Competition, Fraudulent Registration, and Cancellation of Registration* against All Defendants ( Filing fee $ 402, receipt number ACANDC-18515239.). Filed byOPENAI, INC.. (Attachments: # 1 Civil Cover Sheet)(Perahia, Aaron) (Filed on 8/4/2023) (Entered: 08/04/2023) |
| 08/04/2023 | 2 | Proposed Summons. (Perahia, Aaron) (Filed on 8/4/2023) (Entered: 08/04/2023) |
| 08/04/2023 | 3 | Rule 7.1 Disclosures by OPENAI, INC. *and Certification re: Conflicts and Interested Parties Per Civ. L.R. 3-15* (Perahia, Aaron) (Filed on 8/4/2023) (Entered: 08/04/2023) |
| 08/04/2023 | 4 | REPORT on the filing or determination of an action regarding *Trademark (Suppl. Reg. No. 5,258,002)* (cc: form mailed to register). (Perahia, Aaron) (Filed on 8/4/2023) (Entered: 08/04/2023) |
| 08/04/2023 | 5 | NOTICE of Appearance by Sam Stephen Stake *on behalf of Plaintiff OpenAI, Inc.* (Stake, Sam) (Filed on 8/4/2023) (Entered: 08/04/2023) |
| 08/04/2023 | 6 | NOTICE of Appearance by Robert Michael Schwartz *on behalf of Plaintiff OpenAI, Inc.* (Schwartz, Robert) (Filed on 8/4/2023) (Entered: 08/04/2023) |
| 08/04/2023 | 7 | Case assigned to Magistrate Judge Thomas S. Hixson.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 8/18/2023. (kmg, COURT STAFF) (Filed on 8/4/2023) (Entered: 08/04/2023) |
| 08/07/2023 | 8 | NOTICE of Appearance by Margret Mary Caruso *on behalf of Plaintiff OpenAI, Inc.* (Caruso, Margret) (Filed on 8/7/2023) (Entered: 08/07/2023) |
| 08/07/2023 | 9 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 10/26/2023. Initial Case Management Conference set for 11/2/2023 10:00 AM in San Francisco, Courtroom E, 15th Floor. (hdj, COURT STAFF) (Filed on 8/7/2023) (Entered: 08/07/2023)** |
| 08/07/2023 | 10 | Summons Issued as to Open Artificial Intelligence, Inc., Guy Ravine. (hdj, COURT STAFF) (Filed on 8/7/2023) (Entered: 08/07/2023) |
| 08/25/2023 | 11 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by OpenAI, Inc... (Caruso, Margret) (Filed on 8/25/2023) (Entered: 08/25/2023) |
| 09/05/2023 | 12 | STIPULATION re 10 Summons Issued, 1 Complaint, *TO EXTEND DEFENDANT OPEN ARTIFICIAL INTELLIGENCE, INC.'S TIME TO RESPOND TO COMPLAINT* filed by |

| | | |
|---|---|---|
| | | Open Artificial Intelligence, Inc.. (Masur, Joshua) (Filed on 9/5/2023) (Entered: 09/05/2023) |
| 09/05/2023 | 13 | Rule 7.1 Disclosures by Open Artificial Intelligence, Inc. *and Civ. L.R. 3-15 Certification* (Masur, Joshua) (Filed on 9/5/2023) (Entered: 09/05/2023) |
| 09/18/2023 | 14 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Open Artificial Intelligence, Inc... (Masur, Joshua) (Filed on 9/18/2023) (Entered: 09/18/2023) |
| 09/18/2023 | 15 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (rmm2, COURT STAFF) (Filed on 9/18/2023) (Entered: 09/18/2023) |
| 09/19/2023 | 16 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Yvonne Gonzalez Rogers for all further proceedings. Magistrate Judge Thomas S. Hixson no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Signed by Clerk on 09/19/2023. (Attachments: # 1 Notice of Eligibility for Video Recording)(mbc, COURT STAFF) (Filed on 9/19/2023) (Entered: 09/19/2023)** |
| 09/19/2023 | 17 | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE. You are hereby notified that the Initial Case Management Conference will be held by Zoom Webinar. Joint Case Management Statement is due by 10/23/2023. Initial Case Management Conference set for 10/30/2023 at 02:00 PM in Oakland, - Videoconference Only.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/ygr<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at ygrcrd@cand.uscourts.gov no later than October 27, 2023 at 12:00 PM PST.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>(eac, COURT STAFF) (Filed on 9/19/2023) (Entered: 09/19/2023) |
| 09/21/2023 | 18 | NOTICE of Appearance by Robert P. Feldman (Feldman, Robert) (Filed on 9/21/2023) (Entered: 09/21/2023) |

| 09/29/2023 | 19 | CERTIFICATE OF SERVICE by OpenAI, Inc. *of Complaint on Open Artificial Intelligence, Inc.* (Perahia, Aaron) (Filed on 9/29/2023) (Entered: 09/29/2023) |
|---|---|---|
| 09/29/2023 | 20 | WAIVER OF SERVICE Returned Executed filed by OpenAI, Inc.. Service waived by Guy Ravine waiver sent on 8/11/2023, answer due 10/10/2023. (Perahia, Aaron) (Filed on 9/29/2023) (Entered: 09/29/2023) |
| 09/29/2023 | 21 | MOTION for Preliminary Injunction *Against Defendants Open Artificial Intelligence, Inc. and Guy Ravine* filed by OpenAI, Inc.. Motion Hearing set for 11/7/2023 02:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Responses due by 10/13/2023. Replies due by 10/20/2023. (Attachments: # 1 Proposed Order Granting OpenAI's Motion)(Perahia, Aaron) (Filed on 9/29/2023) (Entered: 09/29/2023) |
| 09/29/2023 | 22 | Declaration of James Dyett in Support of 21 MOTION for Preliminary Injunction *Against Defendants Open Artificial Intelligence, Inc. and Guy Ravine* filed byOpenAI, Inc.. (Attachments: # 1 Exhibit A - OpenAI's Introduction Post, # 2 Exhibit B - Articles re: OpenAI's Founding, # 3 Exhibit C - OpenAI's DALL E Announcement, # 4 Exhibit D - OpenAI's ChatGPT Announcement, # 5 Exhibit E - Reuters Article re: ChatGPT, # 6 Exhibit F - OpenAI's DALL E Announcement, # 7 Exhibit G - OpenAI's ChatGPT Plus Announcement, # 8 Exhibit H - OpenAI's Website on December 11, 2015, # 9 Exhibit I - OpenAI's ChatGPT Login Page (Desktop), # 10 Exhibit J - OpenAI's ChatGPT Login Page (Mobile), # 11 Exhibit K - OpenAI's GPT-4 Page (Desktop), # 12 Exhibit L - OpenAI's GPT-4 Page (Mobile), # 13 Exhibit M - OpenAI's Website Traffic, # 14 Exhibit N - OpenAI's Twitter Profile, # 15 Exhibit O - OpenAI's LinkedIn Profile, # 16 Exhibit P - OpenAI's YouTube Profile, # 17 Exhibit Q - Press Coverage re: OpenAI, # 18 Exhibit R - TV News Coverage re: OpenAI, # 19 Exhibit S - OpenAI's Safety Standards Page, # 20 Exhibit T - OpenAI's Usage Policy Page, # 21 Exhibit U - OpenAI's DALL E 2 Page, # 22 Exhibit V - News Articles re: Competitors)(Related document(s) 21 ) (Perahia, Aaron) (Filed on 9/29/2023) (Entered: 09/29/2023) |
| 09/29/2023 | 23 | Declaration of Rebecca McCurry in Support of 21 MOTION for Preliminary Injunction *Against Defendants Open Artificial Intelligence, Inc. and Guy Ravine* filed byOpenAI, Inc.. (Attachments: # 1 Exhibit A - U.S. PTO Response to Document Request)(Related document(s) 21 ) (Perahia, Aaron) (Filed on 9/29/2023) (Entered: 09/29/2023) |
| 09/29/2023 | 24 | Declaration of Dr. Scott D. Swain in Support of 21 MOTION for Preliminary Injunction *Against Defendants Open Artificial Intelligence, Inc. and Guy Ravine* filed byOpenAI, Inc.. (Attachments: # 1 Exhibit A - Dr. Swain's Curriculum Vitae, # 2 Exhibit B - Dr. Swain's Testimony in Last 4 Years, # 3 Exhibit C - Dr. Swain's Materials Considered, # 4 Exhibit D - Google Searches for Proximity, # 5 Exhibit E - Actual Confusion in Third-Party Articles, # 6 Exhibit F - Actual Confusion in Social Media Posts, # 7 Exhibit G - Dr. Swain's Survey Script, # 8 Exhibit H - Screenshots of Survey, # 9 Exhibit I - Data Tabulations)(Related document(s) 21 ) (Perahia, Aaron) (Filed on 9/29/2023) (Entered: 09/29/2023) |
| 09/29/2023 | 25 | Declaration of Aaron Perahia in Support of 21 MOTION for Preliminary Injunction *Against Defendants Open Artificial Intelligence, Inc. and Guy Ravine* filed byOpenAI, Inc.. (Attachments: # 1 Exhibit A - Ravine's Trademark Application, # 2 Exhibit B - March 2016 PTO Office Action, # 3 Exhibit C - September 2016 Ravine Response to PTO, # 4 Exhibit D - Defendants' Hub Website (Desktop), # 5 Exhibit E - Defendants' Hub Website (Mobile), # 6 Exhibit F - GitHub Posts, # 7 Exhibit G - Supplemental Registration, # 8 Exhibit H - Defendants' Declaration of Use, # 9 Exhibit I - Defendants' Website (2015-2017), # 10 Exhibit J - Defendants' Website (2017-2022), # 11 Exhibit K - Defendants' Website (Late 2022), # 12 Exhibit L - Defendants' Home Page, # 13 Exhibit M - Defendants' Terms of Use Page, # 14 Exhibit N - Defendants' Feed Page, # 15 Exhibit O - Notice of Manual Filing, # 16 Exhibit P - ChatGPT-Related Prompts, # 17 Exhibit Q - |

| | | |
|---|---|---|
| | | Defendants' Staging Subdomain, # 18 Exhibit R - Defendants' Chat Subdomain, # 19 Exhibit S - Defendants' Revised Webpages, # 20 Exhibit T - Guy Ravine LinkedIn Profile, # 21 Exhibit U - Online Articles re: Actual Confusion, # 22 Exhibit V - Social Media Posts re Actual Confusion, # 23 Exhibit W - Open.AI WhoIS, # 24 Exhibit X - Google Searches, # 25 Exhibit V - OpenAI's Homepage)(Related document(s) 21 ) (Perahia, Aaron) (Filed on 9/29/2023) (Entered: 09/29/2023) |
| 09/29/2023 | 26 | Received EXHIBIT O - Thumb drive to re 25 Declaration in Support filed byOpenAI, Inc.. (Related document(s) 25 ) (jml, COURT STAFF) (Filed on 9/29/2023) (Entered: 10/02/2023) |
| 10/03/2023 | 27 | NOTICE of Appearance by Ekwan Eric Rhow *of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.* (Rhow, Ekwan) (Filed on 10/3/2023) (Entered: 10/03/2023) |
| 10/03/2023 | 28 | NOTICE of Appearance by Paul S. Chan *of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.* (Chan, Paul) (Filed on 10/3/2023) (Entered: 10/03/2023) |
| 10/03/2023 | 29 | NOTICE of Appearance by Cameron Ryan Partovi *of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.* (Partovi, Cameron) (Filed on 10/3/2023) (Entered: 10/03/2023) |
| 10/03/2023 | 30 | NOTICE by Open Artificial Intelligence, Inc. *of Withdrawal of Counsel* (Masur, Joshua) (Filed on 10/3/2023) (Entered: 10/03/2023) |
| 10/09/2023 | 31 | STIPULATION WITH PROPOSED ORDER re 21 MOTION for Preliminary Injunction *Against Defendants Open Artificial Intelligence, Inc. and Guy Ravine* filed by Open Artificial Intelligence, Inc., Guy Ravine. (Attachments: # 1 Declaration DECLARATION OF CAMERON R. PARTOVI IN SUPPORT OF STIPULATION TO ALTER THE BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION)(Partovi, Cameron) (Filed on 10/9/2023) (Entered: 10/09/2023) |
| 10/09/2023 | 32 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Caruso, Margret) (Filed on 10/9/2023) (Entered: 10/09/2023) |
| 10/10/2023 | 33 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *Defendant Guy Ravine* (Partovi, Cameron) (Filed on 10/10/2023) (Entered: 10/10/2023) |
| 10/10/2023 | 34 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *Defendant Open Artificial Intelligence, Inc.* (Partovi, Cameron) (Filed on 10/10/2023) (Entered: 10/10/2023) |
| 10/10/2023 | 35 | **Order by Judge Yvonne Gonzalez Rogers Granting 31 Stipulation to Alter the Briefing Schedule on Motion for Preliminary Injunction. (eac, COURT STAFF) (Filed on 10/10/2023) (Entered: 10/10/2023)** |
| 10/10/2023 | | \*\*\*Deadlines terminated. Reset Deadlines as to 35 Order on Stipulation, 21 MOTION for Preliminary Injunction *Against Defendants Open Artificial Intelligence, Inc. and Guy Ravine*. Defendant's Opposition due by 10/16/2023. Plaintiff's Reply due by 10/24/2023. Motion for Preliminary Injunction Hearing set for 11/7/2023 at 01:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. (eac, COURT STAFF) (Filed on 10/10/2023) (Entered: 10/10/2023) |
| 10/11/2023 | 36 | MOTION to Dismiss *PLAINTIFFS CLAIMS FOR PRELIMINARY INJUNCTIVE RELIEF* filed by Open Artificial Intelligence, Inc., Guy Ravine. Motion to Dismiss Hearing set for 12/12/2023 02:00 PM in Oakland, Courtroom 1, 4th Floor. Responses due by 10/25/2023. Replies due by 11/1/2023. (Attachments: # 1 Proposed Order Granting Defendants |

| | | |
|---|---|---|
| | | Motion To Dismiss Plaintiffs Claims For Preliminary Injunctive Relief)(Rhow, Ekwan) (Filed on 10/11/2023) (Entered: 10/11/2023) |
| 10/11/2023 | 37 | Request for Judicial Notice re 36 MOTION to Dismiss *PLAINTIFFS CLAIMS FOR PRELIMINARY INJUNCTIVE RELIEF* filed byOpen Artificial Intelligence, Inc., Guy Ravine. (Attachments: # 1 Exhibit A - February 23, 2023 USPTO Office Action, # 2 Exhibit B - April 12, 2023 USPTO Office Action, # 3 Exhibit C - January 5, 2017 USPTO Office Action, # 4 Exhibit D - Aug 4, 2017 USPTO Office Action, # 5 Proposed Order Granting Defendants Request For Judicial Notice In Support Of Motion To Dismiss Plaintiffs Claims For Preliminary Injunctive Relief)(Related document(s) 36 ) (Rhow, Ekwan) (Filed on 10/11/2023) (Entered: 10/11/2023) |
| 10/16/2023 | 38 | OPPOSITION/RESPONSE (re 21 MOTION for Preliminary Injunction *Against Defendants Open Artificial Intelligence, Inc. and Guy Ravine* ) filed byOpen Artificial Intelligence, Inc., Guy Ravine. (Attachments: # 1 Proposed Order, # 2 Declaration of Guy Ravine, # 3 Exhibit 1 - 2017 N. Bostrom Article, # 4 Exhibit 2 - Initial Collaboration Tool Screenshot, # 5 Exhibit 3 - 2015.09.05 Open AI Landing Page, # 6 Exhibit 4 - Hub Screenshot, # 7 Exhibit 5 - Evolved Collaboration Tool Screenshot, # 8 Exhibit 6 - Decentralized Screenshot, # 9 Exhibit 7 - 2023.10.15 Open AI Image Generator Screenshot, # 10 Exhibit 8 - 2015.12.11 Introducing OpenAI Blog Post, # 11 Exhibit 9 - 2022.01.26 OpenAI Trademark Application, # 12 Exhibit 10 - 2023.02.23 USPTO Nonfinal Office Action, # 13 Exhibit 11 - 2015.12.15 Email re Open AI Mark, # 14 Exhibit 12 - 2017.01.05 USPTO Action (App. No. 87178985), # 15 Exhibit 13 - 2017.08.04 USPTO Notice of Abandonment (App. No. 87178985), # 16 Exhibit 14 - 2017.08.01 Registration Certificate (Reg. No. 5258002), # 17 Exhibit 15 - 2022.02.18 Email re OpenAI Mark, # 18 Exhibit 16 - 2023.04.12 Rejection of 97238902 App, # 19 Exhibit 17 - Status Search Webpage re App. No. 98010861, # 20 Exhibit 18 - 2023.02.03 Vice News Article re ChatGPT, # 21 Exhibit 19 - 2022.12.09 New Statesman Article re ChatGPT, # 22 Exhibit 20 - 2022.12.01 Motherboard Article re ChatGPT, # 23 Exhibit 21 - 2023.03.27 GPT- 4 Technical Report, # 24 Exhibit 22 - 2023.01.03 Nonfinal Office Action, # 25 Exhibit 23 - 2019.03.11 OpenAI LP, # 26 Exhibit 24 - 2021.03.25 GPT-3 powers next gen of apps)(Rhow, Ekwan) (Filed on 10/16/2023) (Entered: 10/16/2023) |
| 10/18/2023 | 39 | Notice of Withdrawal of Motion *TO DISMISS PLAINTIFFS CLAIMS FOR PRELIMINARY INJUNCTIVE RELIEF* (Partovi, Cameron) (Filed on 10/18/2023) (Entered: 10/18/2023) |
| 10/20/2023 | 40 | Certificate of Interested Entities by Guy Ravine *(Pursuant to Local Rule 3-15)* (Rhow, Ekwan) (Filed on 10/20/2023) (Entered: 10/20/2023) |
| 10/20/2023 | 41 | CASE MANAGEMENT STATEMENT *by Plaintiff and Defendants* filed by OpenAI, Inc.. (Perahia, Aaron) (Filed on 10/20/2023) (Entered: 10/20/2023) |
| 10/23/2023 | 42 | *Defendants'* ANSWER to Complaint byOpen Artificial Intelligence, Inc., Guy Ravine. (Partovi, Cameron) (Filed on 10/23/2023) (Entered: 10/23/2023) |
| 10/23/2023 | 43 | MOTION for leave to appear in Pro Hac Vice *of Dylan I. Scher* ( Filing fee $ 317, receipt number ACANDC-18765608.) filed by OpenAI, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing)(Scher, Dylan) (Filed on 10/23/2023) (Entered: 10/23/2023) |
| 10/24/2023 | 44 | **Order Application for Admission of Attorney Pro Hac Vice by Judge Yvonne Gonzalez Rogers Granting 43 Motion for Pro Hac Vice (Dylan Scher). (eac, COURT STAFF) (Filed on 10/24/2023) (Entered: 10/24/2023)** |
| 10/24/2023 | 45 | REPLY (re 21 MOTION for Preliminary Injunction *Against Defendants Open Artificial Intelligence, Inc. and Guy Ravine* ) filed byOpenAI, Inc.. (Caruso, Margret) (Filed on 10/24/2023) (Entered: 10/24/2023) |

| 10/24/2023 | 46 | Declaration of Greg Brockman in Support of 45 Reply to Opposition/Response *to Motion for Preliminary Injunction* filed byOpenAI, Inc.. (Attachments: # 1 Exhibit A - Dec. 11, 2015 OpenAI Announcement, # 2 Exhibit B - Dec. 12, 2015 Email, # 3 Exhibit C - Dec. 14, 2015 Open.AI Web Capture, # 4 Exhibit D - Dec. 17, 2015 Email)(Related document(s) 45 ) (Caruso, Margret) (Filed on 10/24/2023) (Entered: 10/24/2023) |
|---|---|---|
| 10/24/2023 | 47 | Declaration of Dr. Seth James Nielson in Support of 45 Reply to Opposition/Response *to Motion for Preliminary Injunction* filed byOpenAI, Inc.. (Attachments: # 1 Exhibit A - CV & Testimony, # 2 Exhibit B - Materials Considered, # 3 Exhibit C - 2011-2013 Wikineering Captures, # 4 Exhibit D - Dec. 2014 Wikineering Capture, # 5 Exhibit E - Nov. 16, 2015 Wikineering Capture, # 6 Exhibit F - Wikineering Website Screenshot, # 7 Exhibit G - Mar. 25, 2015 iNeed Capture, # 8 Exhibit H - Google Results for Wikineering, # 9 Exhibit I - Excerpt of Mathematics of Autonomy, # 10 Exhibit J - Comparison of Copied Content, # 11 Exhibit K - Discourse.com Screenshot, # 12 Exhibit L - Guy.Open.AI Screenshot, # 13 Exhibit M - Google Results for Open.AI Subdomains) (Related document(s) 45 ) (Caruso, Margret) (Filed on 10/24/2023) (Entered: 10/24/2023) |
| 10/24/2023 | 48 | Declaration of Dylan I. Scher in Support of 45 Reply to Opposition/Response *to Motion for Preliminary Injunction* filed byOpenAI, Inc.. (Attachments: # 1 Exhibit A - Petition to Director filed by Defendant, # 2 Exhibit B - PTO Trademark Specimens Overview, # 3 Exhibit C - Defendants Claimed Uses, # 4 Exhibit D - Compilation of Articles)(Related document(s) 45 ) (Caruso, Margret) (Filed on 10/24/2023) (Entered: 10/24/2023) |
| 10/30/2023 | 49 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Initial Case Management Conference held on 10/30/2023. Motion Hearing set for 11/20/2023 at 01:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Total Time in Court: 13 Minutes. Court Reporter: Rhonda Aquilina, via Zoom. (eac, COURT STAFF) (Date Filed: 10/30/2023) (Entered: 11/01/2023)** |
| 11/03/2023 | 50 | TRANSCRIPT ORDER for proceedings held on 10/30/2023 before Judge Yvonne Gonzalez Rogers by OpenAI, Inc., for Court Reporter Rhonda Aquilina. (Scher, Dylan) (Filed on 11/3/2023) (Entered: 11/03/2023) |
| 11/10/2023 | 51 | Proposed Order re 21 MOTION for Preliminary Injunction *Against Defendants Open Artificial Intelligence, Inc. and Guy Ravine* by OpenAI, Inc.. (Perahia, Aaron) (Filed on 11/10/2023) (Entered: 11/10/2023) |
| 11/17/2023 | 52 | CLERK'S NOTICE. You are hereby notified that the Motion Hearing set on 11/20/2023 is advanced from 1:00 PM to 12:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (eac, COURT STAFF) (Filed on 11/17/2023) (Entered: 11/17/2023) |
| 11/20/2023 | 55 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Motion Hearing held on 11/20/2023. Total Time in Court: 2:05. Court Reporter: Pamela Batalo-Hebel. (eac, COURT STAFF) (Date Filed: 11/20/2023) (Entered: 11/24/2023)** |
| 11/21/2023 | 53 | TRANSCRIPT ORDER for proceedings held on 11/20/2023 before Judge Yvonne Gonzalez Rogers by OpenAI, Inc., for Court Reporter Pam Batalo-Hebel. (Scher, Dylan) (Filed on 11/21/2023) (Entered: 11/21/2023) |
| 11/21/2023 | 54 | TRANSCRIPT ORDER for proceedings held on 11/20/2023 before Judge Yvonne Gonzalez Rogers by Open Artificial Intelligence, Inc., Guy Ravine, for Court Reporter Pam Batalo-Hebel. (Partovi, Cameron) (Filed on 11/21/2023) (Entered: 11/21/2023) |
| 11/30/2023 | 56 | Transcript of Proceedings held on 11/20/2023, before Judge Gonzalez Rogers. Court Reporter Pamela Batalo Hebel, telephone number 626-688-7509; pamela_batalo- |

| | | |
|---|---|---|
| | | hebel@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 53 Transcript Order ) Redaction Request due 12/21/2023. Redacted Transcript Deadline set for 1/2/2024. Release of Transcript Restriction set for 2/28/2024. (Related documents(s) 53 ) (Batalo, Pam) (Filed on 11/30/2023) (Entered: 11/30/2023) |
| 12/01/2023 | 57 | Transcript of Proceedings held on 10/30/2023, before Judge Yvonne Gonzalez Rogers. Court Reporter Rhonda L. Aquilina, telephone number 415-264-0580. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 50 Transcript Order ) Redaction Request due 12/22/2023. (Related documents(s) 50 ) (Aquilina, Rhonda) (Filed on 12/1/2023) (Entered: 12/01/2023) |
| 01/29/2024 | 58 | ADMINISTRATIVE MOTION For Leave to Supplement the Record on OpenAI's Preliminary Injunction Motion filed by OpenAI, Inc.. Responses due by 2/2/2024. (Attachments: # 1 Declaration of Robert P. Feldman and Exs. A & B, # 2 Proposed Order) (Feldman, Robert) (Filed on 1/29/2024) (Entered: 01/29/2024) |
| 01/29/2024 | 59 | Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed by OpenAI, Inc.. (Attachments: # 1 Administrative Motion for Leave to Supplement the Record on OpenAI's Preliminary Injunction Motion, # 2 Plaintiff OpenAI, Inc.'s [Proposed] Supplemental Brief Regarding Documents Defendants Produced, # 3 [Proposed] Scher Decl. Exs. A-N)(Feldman, Robert) (Filed on 1/29/2024) (Entered: 01/29/2024) |
| 02/02/2024 | 60 | OPPOSITION/RESPONSE (re 58 ADMINISTRATIVE MOTION For Leave to Supplement the Record on OpenAI's Preliminary Injunction Motion ) filed byOpen Artificial Intelligence, Inc., Guy Ravine. (Attachments: # 1 Proposed Order [PROPOSED] ORDER DENYING PLAINTIFF OPENAI, INC.S ADMINISTRATIVE MOTION FOR LEAVE TO SUPPLEMENT THE RECORD ON ITS PRELIMINARY INJUNCTION MOTION)(Partovi, Cameron) (Filed on 2/2/2024) (Entered: 02/02/2024) |
| 02/02/2024 | 61 | Statement *of Recent Decision* by Open Artificial Intelligence, Inc., Guy Ravine. (Attachments: # 1 Declaration of Cameron Partovi, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Partovi, Cameron) (Filed on 2/2/2024) (Entered: 02/02/2024) |
| 02/05/2024 | 62 | REPLY (re 59 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ) filed byOpen Artificial Intelligence, Inc., Guy Ravine. (Partovi, Cameron) (Filed on 2/5/2024) (Entered: 02/05/2024) |
| 02/28/2024 | 63 | **ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION by Judge Yvonne Gonzalez Rogers Denying 58 Administrative Motion; Granting 59 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed; Granting 21 Motion for Preliminary Injunction. (eac, COURT STAFF) (Filed on 2/28/2024) (Entered: 02/28/2024)** |
| 02/28/2024 | 64 | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE. You are hereby notified that the Further Case Management Conference will be held by Zoom Webinar. Joint Case Management Statement is due by 3/18/2024. Further Case Management Conference set for 3/25/2024, at 02:00 PM in Oakland, - Videoconference Only. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* |

**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/ygr

**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at YGRCRD@cand.uscourts.gov no later than March 22, 2024, at 12:00 PM PST.

**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.

**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.

(eac, COURT STAFF) (Filed on 2/28/2024) (Entered: 02/28/2024)

| | | |
|---|---|---|
| 02/29/2024 | 65 | NOTICE of Substitution of Counsel by Cameron Ryan Partovi *for Defendants Guy Ravine and Open Artifical Intelligence, Inc.; Proposed Order* (Partovi, Cameron) (Filed on 2/29/2024) (Entered: 02/29/2024) |
| 02/29/2024 | 66 | ERRATA re 65 Notice of Substitution of Counsel *NOTICE OF ERRATA REGARDING NOTICE OF SUBSTITION OF COUNSEL FOR DEFENDANTS GUY RAVINE AND OPEN ARTIFICIAL INTELLIGENCE, INC.* by Open Artificial Intelligence, Inc., Guy Ravine. (Partovi, Cameron) (Filed on 2/29/2024) (Entered: 02/29/2024) |
| 03/04/2024 | 67 | NOTICE of Appearance by Ryan Geoffrey Baker (Baker, Ryan) (Filed on 3/4/2024) (Entered: 03/04/2024) |
| 03/04/2024 | 68 | NOTICE of Appearance by Scott Matthew Malzahn (Malzahn, Scott) (Filed on 3/4/2024) (Entered: 03/04/2024) |
| 03/05/2024 | 69 | NOTICE of Appearance by Norma Patricia Rojas-Castro (Rojas-Castro, Norma) (Filed on 3/5/2024) (Entered: 03/05/2024) |
| 03/18/2024 | 70 | JOINT CASE MANAGEMENT STATEMENT *AND [PROPOSED] ORDER* filed by OpenAI, Inc.. (Feldman, Robert) (Filed on 3/18/2024) (Entered: 03/18/2024) |
| 03/20/2024 | 71 | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS GUY RAVINE AND OPEN ARTIFICIAL INTELLIGENCE, INC.; ORDER Granting 65 Notice of Substitution of Counsel. Signed by Judge Yvonne Gonzalez Rogers on 3/20/2024. (eac, COURT STAFF) (Filed on 3/20/2024) (Entered: 03/20/2024)** |
| 03/25/2024 | 72 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Further Case Management Conference held on 3/25/2024. Total Time in Court: 14 minutes. Court Reporter: Kendra Steppler; via Zoom. (eac, COURT STAFF) (Date Filed: 3/25/2024) (Entered: 03/26/2024)** |
| 03/26/2024 | 73 | TRANSCRIPT ORDER for proceedings held on 03/25/2024 before Judge Yvonne Gonzalez Rogers by OpenAI, Inc., for Court Reporter Kendra Steppler. (Scher, Dylan) (Filed on 3/26/2024) (Entered: 03/26/2024) |
| 03/26/2024 | 74 | **CASE MANAGEMENT AND PRETRIAL ORDER: Defendants' Counterclaims due by 4/30/2024. ADR by Private Mediation to be Completed by 7/19/2024. Non-Expert Discovery Cutoff 12/12/2024. Opening Reports due by 1/30/2025. Rebuttal Reports due by 2/20/2025. Expert Discovery Cutoff 3/13/2024. Dispositive and Daubert Motion Filing due by 4/2/2025. Opposition due by 4/24/2025. Reply due by 5/8/2025. Dispositive and Daubert Motion Hearings set for 6/10/2025, at 02:00 PM in Oakland,** |

Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Exchange of Exhibits and Pretrial Filings due by 7/17/2025. Joint Pretrial Conference Statement due by 9/12/2025. Compliance Deadline set for 9/19/2025, at 09:01 AM in Oakland, Chambers. Pretrial Conference set for 9/26/2025, at 09:00 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Jury Selection set for 10/13/2025, at 08:00 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Jury Trial set for 10/13/2025, at 08:00 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers.

Further Case Management Conference will be held by Zoom webinar. Case Management Statement due by 3/10/2025. Further Case Management Conference set for 3/17/2025 02:00 PM in Oakland, - Videoconference Only.

Webinar Access: All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/ygr

Court Appearances: Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at ygrcrd@cand.uscourts.gov no later than March 14, 2025, at 12:00 PM PST.

General Order 58. Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.

Zoom Guidance and Setup: https://www.cand.uscourts.gov/zoom/.

Signed by Judge Yvonne Gonzalez Rogers on 3/26/2024. (eac, COURT STAFF) (Filed on 3/26/2024) (Entered: 03/26/2024)

| | | |
|---|---|---|
| 03/26/2024 | 75 | TRANSCRIPT ORDER for proceedings held on March 25, 2024 before Judge Yvonne Gonzalez Rogers by Open Artificial Intelligence, Inc., Guy Ravine, for Court Reporter Kendra Steppler. (Baker, Ryan) (Filed on 3/26/2024) (Entered: 03/26/2024) |
| 03/27/2024 | 76 | MOTION to Alter Judgment *DEFENDANTS OPEN ARTIFICIAL INTELLIGENCE, INC. AND GUY RAVINES NOTICE OF MOTION AND MOTION TO ALTER OR AMEND A JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e), OR IN THE ALTERNATIVE, FOR RELIEF FROM A JUDGMENT OR ORDER PURSUANT TO FED. R. CIV. P. 60(b)* filed by Open Artificial Intelligence, Inc., Guy Ravine. Motion Hearing set for 5/7/2024 02:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Responses due by 4/10/2024. Replies due by 4/17/2024. (Attachments: # 1 Proposed Order)(Baker, Ryan) (Filed on 3/27/2024) (Entered: 03/27/2024) |
| 03/27/2024 | 77 | Declaration of JOSE R. NUNO in Support of 76 MOTION to Alter Judgment *DEFENDANTS OPEN ARTIFICIAL INTELLIGENCE, INC. AND GUY RAVINES NOTICE OF MOTION AND MOTION TO ALTER OR AMEND A JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e), OR IN THE ALTERNATIVE, FOR RELIEF FROM A JUDGMENT OR ORDER PURSUANT T* filed byOpen Artificial Intelligence, Inc., Guy Ravine. (Attachments: # 1 Exhibit A)(Related document(s) 76 ) (Baker, Ryan) (Filed on 3/27/2024) (Entered: 03/27/2024) |
| 03/27/2024 | 78 | Declaration of Thomas Gruber in Support of 76 MOTION to Alter Judgment *DEFENDANTS OPEN ARTIFICIAL INTELLIGENCE, INC. AND GUY RAVINES NOTICE OF MOTION AND MOTION TO ALTER OR AMEND A JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e), OR IN THE ALTERNATIVE, FOR RELIEF* |

| | | |
|---|---|---|
| | | *FROM A JUDGMENT OR ORDER PURSUANT T filed byOpen Artificial Intelligence, Inc., Guy Ravine. (Related document(s) 76 ) (Baker, Ryan) (Filed on 3/27/2024) (Entered: 03/27/2024)* |
| 03/27/2024 | 79 | Declaration of Kaustuv Debiswas in Support of 76 MOTION to Alter Judgment *DEFENDANTS OPEN ARTIFICIAL INTELLIGENCE, INC. AND GUY RAVINES NOTICE OF MOTION AND MOTION TO ALTER OR AMEND A JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e), OR IN THE ALTERNATIVE, FOR RELIEF FROM A JUDGMENT OR ORDER PURSUANT T filed byOpen Artificial Intelligence, Inc., Guy Ravine. (Related document(s) 76 ) (Baker, Ryan) (Filed on 3/27/2024) (Entered: 03/27/2024)* |
| 03/27/2024 | 80 | Declaration of Guy Ravine in Support of 76 MOTION to Alter Judgment *DEFENDANTS OPEN ARTIFICIAL INTELLIGENCE, INC. AND GUY RAVINES NOTICE OF MOTION AND MOTION TO ALTER OR AMEND A JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e), OR IN THE ALTERNATIVE, FOR RELIEF FROM A JUDGMENT OR ORDER PURSUANT T filed byOpen Artificial Intelligence, Inc., Guy Ravine. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Related document(s) 76 ) (Baker, Ryan) (Filed on 3/27/2024) (Entered: 03/27/2024)* |
| 03/27/2024 | 81 | Declaration of J. Luke Tenery in Support of 76 MOTION to Alter Judgment *DEFENDANTS OPEN ARTIFICIAL INTELLIGENCE, INC. AND GUY RAVINES NOTICE OF MOTION AND MOTION TO ALTER OR AMEND A JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e), OR IN THE ALTERNATIVE, FOR RELIEF FROM A JUDGMENT OR ORDER PURSUANT T filed byOpen Artificial Intelligence, Inc., Guy Ravine. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Related document(s) 76 ) (Baker, Ryan) (Filed on 3/27/2024) (Entered: 03/27/2024)* |
| 03/27/2024 | 82 | Request for Judicial Notice re 76 MOTION to Alter Judgment *DEFENDANTS OPEN ARTIFICIAL INTELLIGENCE, INC. AND GUY RAVINES NOTICE OF MOTION AND MOTION TO ALTER OR AMEND A JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e), OR IN THE ALTERNATIVE, FOR RELIEF FROM A JUDGMENT OR ORDER PURSUANT T filed byOpen Artificial Intelligence, Inc., Guy Ravine. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Related document(s) 76 ) (Baker, Ryan) (Filed on 3/27/2024) (Entered: 03/27/2024)* |
| 03/28/2024 | 83 | ADMINISTRATIVE MOTION to Strike Defendants' Motion for Reconsideration re 81 Declaration in Support,, 82 Request for Judicial Notice, 78 Declaration in Support, 76 MOTION to Alter Judgment *DEFENDANTS OPEN ARTIFICIAL INTELLIGENCE, INC. AND GUY RAVINES NOTICE OF MOTION AND MOTION TO ALTER OR AMEND A JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e), OR IN THE ALTERNATIVE, FOR RELIEF FROM A JUDGMENT OR ORDER PURSUANT T, 79 Declaration in Support, 80 Declaration in Support,, 77 Declaration in Support, filed by OpenAI, Inc.. Responses due by 4/1/2024. (Attachments: # 1 Declaration of Margret M. Caruso, # 2 Proposed Order)(Feldman, Robert) (Filed on 3/28/2024) (Entered: 03/28/2024)* |
| 03/29/2024 | 84 | Transcript of Proceedings held on March 25, 2024, before Judge Yvonne Gonzalez Rogers. Court Reporter Kendra Steppler, telephone number 406-489-3498. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date, it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 73 Transcript Order ) Release of Transcript Restriction set for 6/27/2024. (Related documents(s) 73 ) (Steppler, Kendra) (Filed on 3/29/2024) (Entered: 03/29/2024) |

| | | |
|---|---|---|
| 03/29/2024 | 85 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Open Artificial Intelligence, Inc., Guy Ravine. Appeal of Order on Administrative Motion per Civil Local Rule 7-11,, Order on Administrative Motion to Consider Whether Another Partys Material Should Be Sealed,, Order on Motion for Preliminary Injunction, 63 (Appeal fee of $605 receipt number ACANDC-19273701 paid.) *Notice of Preliminary Injunction Appeal* (Attachments: # 1 Form 6 - Representation Statement)(Baker, Ryan) (Filed on 3/29/2024) (Entered: 03/29/2024) |
| 03/29/2024 | 86 | AFFIDAVIT re 63 Order on Administrative Motion per Civil Local Rule 7-11,, Order on Administrative Motion to Consider Whether Another Partys Material Should Be Sealed,, Order on Motion for Preliminary Injunction, *DEFENDANTS DECLARATION OF COMPLIANCE WITH PRELIMINARY INJUNCTION ORDER* by Open Artificial Intelligence, Inc., Guy Ravine. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Baker, Ryan) (Filed on 3/29/2024) (Entered: 03/29/2024) |
| 03/30/2024 | 87 | TRANSCRIPT ORDER for proceedings held on October 30, 2023 before Judge Yvonne Gonzalez Rogers by Open Artificial Intelligence, Inc., Guy Ravine, for Court Reporter Rhonda Aquilina. (Baker, Ryan) (Filed on 3/30/2024) (Entered: 03/30/2024) |
| 04/01/2024 | 88 | OPPOSITION/RESPONSE (re 83 ADMINISTRATIVE MOTION to Strike Defendants' Motion for Reconsideration re 81 Declaration in Support,, 82 Request for Judicial Notice, 78 Declaration in Support, 76 MOTION to Alter Judgment *DEFENDANTS OPEN ARTIFICIAL INTELLIGENC ) DEFENDANTS OPEN ARTIFICIAL INTELLIGENCE, INC. AND GUY RAVINES OPPOSITION TO PLAINTIFFS MOTION TO STRIKE RULE 59(e) / RULE 60(b) MOTION filed byOpen Artificial Intelligence, Inc., Guy Ravine. (Attachments: # 1 Proposed Order)(Baker, Ryan) (Filed on 4/1/2024) (Entered: 04/01/2024)* |
| 04/02/2024 | 89 | STIPULATION WITH PROPOSED ORDER *for Protective Order* filed by OpenAI, Inc.. (Caruso, Margret) (Filed on 4/2/2024) (Entered: 04/02/2024) |
| 04/03/2024 | 90 | NOTICE of Appearance by Jose R. Nuno (Nuno, Jose) (Filed on 4/3/2024) (Entered: 04/03/2024) |
| 04/03/2024 | | Set Hearing: Status Conference set for 4/3/2024, at 03:00 PM in Oakland, - Videoconference Only before Judge Yvonne Gonzalez Rogers. This proceeding will be held via Zoom.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>(eac, COURT STAFF) (Filed on 4/3/2024) (Entered: 04/03/2024) |
| 04/03/2024 | 91 | ORDER of USCA as to **24-1963** 85 Notice of Appeal to the Ninth Circuit,, filed by Guy Ravine, Open Artificial Intelligence, Inc. (hdj, COURT STAFF) (Filed on 4/3/2024) (Entered: 04/03/2024) |
| 04/03/2024 | **93** | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Status Conference held on 4/3/2024. Total Time in Court: 15 minutes. Court Reporter: Recorded via Zoom. Assigned Transcriber: Tara Jauregui (eac, COURT STAFF) (Date Filed: 4/3/2024) Modified on 4/5/2024 to add assigned transcriber (wft, COURT STAFF). (Entered: 04/04/2024)** |

| 04/04/2024 | [92](#) | TRANSCRIPT ORDER for proceedings held on April 4, 2024 before Judge Yvonne Gonzalez Rogers by Open Artificial Intelligence, Inc., Guy Ravine, for Recorded Proceeding - Oakland. (Baker, Ryan) (Filed on 4/4/2024) (Entered: 04/04/2024) |
|---|---|---|
| 04/04/2024 | [94](#) | TRANSCRIPT ORDER for proceedings held on 04/03/2024 before Judge Yvonne Gonzalez Rogers by OpenAI, Inc., for Recorded Proceeding - Oakland. (Scher, Dylan) (Filed on 4/4/2024) (Entered: 04/04/2024) |
| 04/05/2024 | [95](#) | **NOTICE OF ERRATA; ORDER DENYING DEFENDANTS' MOTION TO ALTER OR AMEND A JUDGMENT PURSUANT TO FED. R. CIV. P. 59(E) OR, IN THE ALTERNATIVE, RELIEF FROM A JUDGMENT OR ORDER PURSUANT TO FED. R. CIV. P. 60(B) by Judge Yvonne Gonzalez Rogers Denying [76](#) Motion to Alter Judgment; Denying as Moot [83](#) Administrative Motion. (eac, COURT STAFF) (Filed on 4/5/2024) (Entered: 04/05/2024)** |
| 04/06/2024 | [96](#) | Transcript of Proceedings held on 04/03/24, before Judge Yvonne Gonzalez Rogers. Court Reporter/Transcriber Echo Reporting, Inc., telephone number echoreporting@yahoo.com. Tape Number: 2:58 - 3:13. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re [92](#) Transcript Order ) Redaction Request due 4/29/2024. Redacted Transcript Deadline set for 5/7/2024. Release of Transcript Restriction set for 7/5/2024. (Related documents(s) [92](#) ) (Jauregui, Tara) (Filed on 4/6/2024) (Entered: 04/06/2024) |
| 04/08/2024 | [97](#) | AMENDED NOTICE OF APPEAL by Open Artificial Intelligence, Inc., Guy Ravine as to [63](#) Order on Administrative Motion per Civil Local Rule 7-11,, Order on Administrative Motion to Consider Whether Another Partys Material Should Be Sealed,, Order on Motion for Preliminary Injunction, [95](#) Order on Motion to Alter Judgment,, Order on Administrative Motion per Civil Local Rule 7-11, . Appeal Record due by 5/8/2024. (Baker, Ryan) (Filed on 4/8/2024) (Entered: 04/08/2024) |
| 04/11/2024 | [98](#) | **Order by Judge Yvonne Gonzalez Rogers Granting [89](#) Stipulation for Protective Order. (eac, COURT STAFF) (Filed on 4/11/2024) (Entered: 04/11/2024)** |
| 04/18/2024 | [99](#) | Transcript Designation Form for proceedings held on 10/30/23, 11/20/23, 03/25/24, 04/03/24 before Judge Yvonne Gonzalez Rogers, re [97](#) Amended Notice of Appeal, [85](#) Notice of Appeal to the Ninth Circuit,, Transcript due by 4/19/2024. (Baker, Ryan) (Filed on 4/18/2024) (Entered: 04/18/2024) |
| 04/30/2024 | [100](#) | COUNTERCLAIM *TO COMPLAINT* against OpenAI, Inc.. Filed by Guy Ravine, Open Artificial Intelligence, Inc.. (Baker, Ryan) (Filed on 4/30/2024) (Entered: 04/30/2024) |
| 05/06/2024 | [101](#) | STIPULATION WITH PROPOSED ORDER re [100](#) Counterclaim *To Withdraw Defendants' Counterclaims And Set Deadline For Defendants' Amended Counterclaims And Response Deadline* filed by OpenAI, Inc.. (Caruso, Margret) (Filed on 5/6/2024) (Entered: 05/06/2024) |

ER2283