# No. 24-1963

IN THE

# United States Court of Appeals

FOR THE NINTH CIRCUIT

▶▶◀◀

OPENAI, INC.,

*Plaintiff-Appellee,*

v.

OPEN ARTIFICIAL INTELLIGENCE, INC. AND GUY RAVINE,

*Defendants-Appellants.*

*On Appeal From The United States District Court For The Northern District Of California*
*Hon. Yvonne Gonzalez Rogers, District Judge*
*Case No. 4:23-cv-03918-YGR*

## Appellee's Supplemental Excerpts of Record
## Index Volume

Margret M. Caruso
Robert P. Feldman
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, CA 94065 (650) 801-5000

Robert M. Schwartz
Aaron H. Perahia
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

William B. Adams
Dylan I. Scher
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Sam S. Stake
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600

*Counsel for Plaintiff-Appellee*

June 5, 2024

# INDEX
## Appellee's Supplemental Excerpts Of Record

### Ninth Circuit Case No. 24-1963

| VOLUME 1 of 2 |
|---|---|---|---|---|---|
| Date | Docket No. | Description | Vol of SER | Pages of SER |
| 3/26/2024 | 74 | Case Management and Pretrial Order | 1 | 2-3 |
| 1/29/2024 | 58 | Plaintiff OpenAI, Inc.'s Administrative Motion for Leave to Supplement the Record on Its Preliminary Injunction Motion | 1 | 4-8 |
| 1/29/2024 | 58-1 | Declaration of Robert P. Feldman In Support of Plaintiff OpenAI, Inc.'s Administrative Motion for Leave to Supplement the Record on Its Preliminary Injunction Motion | 1 | 9-24 |
| 1/29/2024 | 58-2 | [Proposed] Order Granting Plaintiff OpenAI, Inc.'s Administrative Motion for Leave to Supplement the Record on Its Preliminary Injunction Motion | 1 | 25-26 |
| VOLUME 2 of 2 |
| Date | Docket No. | Description | Vol of SER | Pages of SER |
| 1/29/2024 | 59 | Administrative Motion Pursuant to Local Rule 79-5(F) to Consider Whether Defendants' Material Should Be Sealed | 2 | 28-30 |
| 1/29/2024 | 59-1 | Plaintiff OpenAI, Inc.'s Administrative Motion for Leave to Supplement the Record on Its Preliminary Injunction Motion | 2 | 31-35 |
| 1/29/2024 | 59-2 | Plaintiff OpenAI, Inc.'s [Proposed] Supplemental Brief Regarding Documents Defendants Produced | 2 | 36-43 |
| 1/29/2024 | 59-3 | [Proposed] Declaration of Dylan I. Scher in Support of OpenAI, Inc.'s Supplemental Brief Regarding Documents Defendants Produced | 2 | 44-90 |