UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 5 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

OPENAI, INC.,

Plaintiff - Appellee,

v.

OPEN ARTIFICIAL INTELLIGENCE, INC. and GUY RAVINE,

Defendants - Appellants.

No. 24-1963

D.C. No.
4:23-cv-03918-YGR

Northern District of California, Oakland

MANDATE

The judgment of this Court, entered November 13, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT